# EXHIBIT A

## PCB PRESENTATION
## TO
### CORPORATE DEVELOPMENT COMMITTEE

I.   INTRODUCTION:

We are here today to acquaint you with the PCB (Aroclor) pollution problem and to secure your guidance and approval on a recommended plan of action.

The problem is Certain PCB's have recently been identified by various scientists along with DDT in fish, birds, and other wildlife.

From the standpoint of reproduction, the PCB's are highly toxic to birds.  In a few moments, Elmer Wheeler will describe the problem in detail.

Our objective is to describe for you the basic problems, the issues involved, review alternative courses of action, and suggest an action plan program for your approval.

This is a serious matter, not only from the pollution viewpoint, but also because of the $22 M worldwide customer business involved with resultant gross profits of $10 M and a net investment of approximately $9 M.  In addition, there could be possible adverse legal and public relations problems leveled against Monsanto.

Our Agenda will be as follows:

MONS   058730



PLAINTIFF'S
EXHIBIT
ALL-STATE LEGAL®
3D002

CV96-J-0440-E
DATE 04/02/01

PLFF EXHIBIT NO.   105

-2-

## PCB AGENDA REVIEW

I.   INTRODUCTION

II.  THE PROBLEM

- DEVELOPMENTS INCRIMINATING PCB's
- COMPLEXITY OF IDENTIFICATION
- NATURE OF
- SERIOUSNESS

III. LAW DEPARTMENT VIEWPOINT AND RECOMMENDATIONS

IV.  EFFECT ON MONSANTO AND ALTERNATIVES

V.   FUNCTIONAL FLUID BUSINESS GROUP DISCUSSION

- MARKETS, USES
- SOURCES OF POLLUTION
- CUSTOMER EFFECT

VI.  PLASTICIZER BUSINESS GROUP DISCUSSION

- MARKETS, USES
- SOURCES OF POLLUTION

VII. RECOMMENDED ACTION PLAN

VIII. SUMMARY

MONS  058731

-3-

By way of introduction, the Organic Division and the Medical
Department has been actively engaged for the last 18 months
in developing facts and knowledge on this subject by personal
visits to Universities and Industrial test laboratories, other
worldwide producers, and other industrial collaborators, as
well as keeping abreast of all literature and news sources
on the subject as well as funding a toxicological and analytical
test program in excess of $200 M. We established an Ad Hoc
Committee of both Business Groups and Medical which recently
issued a report - much of which will be discussed today. We
have learned a lot, but there is much yet to learn as you will
hear.

What are PCB's?  They are polychlorinated biphenyls - better
known to us as Aroclors.  The next slide will quickly re-
familiarize you with our Aroclor business.

MONS  058732

-4-

## MONSANTO WORLDWIDE AROCLOR BUSINESS

| | |
|---|---|
| POUNDS/YEAR | 104 M   (70 M in Functional Fluids<br>34 M in Plasticizers) |
| SALES/YEAR | $22 M   ($16 M in Functional Fluids<br>$ 6 M in Plasticizers) |
| GROSS PROFIT/YEAR | $10.0 M ($7.5 M in Functional Fluids<br>$2.5 M in Plasticizers) |
| GROSS INVESTMENT | $13 M   ($8.8 M net investment) |
| ROI | 10.5% |
| WORLDWIDE M/I | 62% |
| MONSANTO PRODUCTION LOCATIONS: | USA (2 plants, Anniston, Alabama<br>Sauget, Illinois)<br><br>UK  (Newport)<br><br>JAPAN (Yokkaichi) |
| OTHER PRODUCERS: | Bayer, Prodelec, Caffaro, Flick,<br>Kanegahuchi, and several Eastern<br>European producers (all ex-USA)<br>*& ex UK* |

MONS  058733

5

-5-

## THE AROCLOR PRODUCT LINE

| CHEMICAL NAME | TRADE NAME | NATURE OF MATERIAL |
|---|---|---|
| MONOCHLOROBIPHENYL | AROCLOR 1221 | THIN LIQUID |
| DICHLOROBIPHENYL | AROCLOR 1232 | |
| TRICHLOROBIPHENYL | AROCLOR 1242 | OILY LIQUID |
| TETRACHLOROBIPHENYL | AROCLOR 1248 | |
| PENTACHLOROBIPHENYL | AROCLOR 1254 | HEAVY MOLASSES |
| HEXACHLOROBIPHENYL | AROCLOR 1260 | THICK TAR |
| HEPTACHLOROBIPHENYL | AROCLOR 1262 | |
| OCTACHLOROBIPHENYL | AROCLOR 1268 | |
| DECACHLOROBIPHENYL | AROCLOR 1270 | SOLID |
| TERPHENYLS | SANTOWAX | |
| CHLORINATED TERPHENYL | AROCLOR 5460 | SOLID |

MONS 058734

5.

-6-

There are theoretically 210 different isomers of chlorinated
biphenyls.

Monsanto entered the Aroclor market in 1930 by acquiring
Swan Chemical Company.  The first load of Aroclor went out
of Anniston, Alabama to General Electric in 1931.  Since then,
the market has grown to one of Monsanto's most profitable
franchises.  This franchise is now being threatened *not by competition* by
recently found pollution problems which Elmer Wheeler will
now discuss.

    II.   The Problem (Wheeler) - see attached Appendix A

    III.  Law Department Viewpoint and Recommendations (French)

IV.  Effect on Monsanto and Our Alternative Courses of Action
     As discussed, Aroclors 1254 and 1260 -- the 5 and 6 Cl
     ringed biphenyls are the ones most seriously involved in the
     pollution problem.  Both Plasticizers and Fluids Groups are
     involved as shown:

MONS  058735

-9-

AROCLOR SALES
(M POUNDS)

|                        | FLUIDS | PLASTICIZERS | TOTAL |
|------------------------|--------|--------------|-------|
| AROCLOR 1254           | 1.45   | 5.4          | 6.85  |
| AROCLOR 1260 & ABOVE   | 3.7    | 1.7          | 5.4   |
|                        | 5.15   | 7.1          | 12.25 |

MONS 058736

S

-9-

We considered 4 alternative courses of action:


(Slide)


Alternative 1:  Do nothing was considered unacceptable from
a legal, moral, and customer & public relations & company
policy viewpoint.  This is also the quickest route to being
forced out of business.


Alternative 2:  Go out of total Aroclor business was considered
unacceptable from a Divisional viewpoint, but from a Corporate
viewpoint may be necessary.  Only you can make that decision.
All Aroclor products are not serious pollutants - many degrade;
there is too much customer/market need and selfishly too much
Monsanto profit to go out.  To go out would require a write
off of Aroclor net investment of $7 M (10¢/share) or if biphenyl
included $8.8 M (12¢/share).  In addition, inventory disposition,
continuing cost of utilities, and back-up capital and serious
manpower & resources reallocation at Anniston.


Alternative 3:  Go out of Aroclor 1254 and 1260.  This was
seriously considered and may eventually occur by our actions
and customer actions, nevertheless, we feel that segments of
this business are defensible or are so "confined" in use that
specific plans of action are called for this portion.  Our reasons
for eliminating this alternative will become clearer as we outline
our action plans.

MONS  058737

-10-

## ALTERNATIVE COURSES OF ACTION

1.  DO NOTHING - JUST REACT TO LEGISLATION AND EMOTION.

2.  GO OUT OF TOTAL AROCLOR BUSINESS.

3.  GO OUT OF AROCLOR 1254 AND 1260 PRODUCTION

4.  DEVELOP SPECIFIC ACTION PLANS "TAILORED" TO EACH BUSINESS GROUP AND EACH CUSTOMER/MARKET SITUATION TO "CLEAN UP" THE MESS.

MONS  058738

-10-

Alternative 4:  Develop specific action plans tailored to each
Business Group and each customer/market situation, - was the
alternative selected at this point of time and based on our
knowledge from a Divisional viewpoint as making Monsanto act
in the most positive, responsible way to society and our
customers, as well as our interests.

However, because of the magnitude and seriousness of this
problem and its total implications for Corporate Monsanto,
*Your plan* *Your guidance and approval is needed .*
~~the final decision~~ on this matter must be ~~made by the CDC~~.


V.   Functional Fluids Business Group Discussion:

Aroclors are used widely in 3 of our 4 market areas in the
Fluids Group:

MGNS  058739

-12-

## FLUIDS USE OF AROCLORS
## BY MARKET AREA

| | DOMESTIC MARKET AREA | | | |
|---|---|---|---|---|
| AROCLOR PRODUCT | INDUSTRIAL | HEAT TRANSFER | ELECTRICAL | TOTAL |
| 1242 | 4.1 | 1.1 | 36 | 41.2 |
| 1248 | 1.2 | 1.0 | - | 2.2 |
| 1254 | - | 0.1 | 0.8 | 0.9 |
| 1260 & Above | 0.6 | - | 3.5 | 4.1 |
| | 5.9 | 2.2 | 40.3 | 48.4 |

MONS  058740

S

-13-

## SOURCES OF FLUIDS POLLUTION

| APPLICATION | INTENSITY OF POLLUTION | |
|---|---|---|
| INDUSTRIAL FLUIDS | GREATEST | (DIRECT) |
| DIELECTRICS | | (INDIRECT CONTAINED) |
| HEAT TRANSFER | | (INDIRECT CONTAINED) |
| PRODUCING PLANTS | LEAST | (DIRECT) |

MONS Q58741

S

-13-

## FLUIDS CUSTOMER ALTERNATIVES

| AREA OF APPLICATION | PRODUCT OF CHOICE | CUSTOMER OPTIONS |
|---|---|---|
| Industrial Fluids | Pydraul 312/F-9/ A-200/Phosphate Esters/ Water Glycol | Customer could get along without us, but Pydraul 312 favored. $H_2O$ Glycol has some pollution problems. Phosphate ester route ok at present. |
| Transformer | Air/Oil/Aroclor/Gas | Could drop Aroclor at sacrifice of safety, cost or size of equipment or noise level. |
| Capacitors | Aroclors | No immediate replacement available.  Longer term - oil at expense of size and cost of efficiency and redesign of equipment. |
| Heat Transfer | Therminol | No option for FR liquid market.  Other system possibility. |
| | Oil/Dowtherm/T66 T55 T77 T68 | Liquid systems favored. T66 and T55 increasing rapidly in use.  Oil also a pollution problem. |

MONS  058742

S

-14-

<u>Customer Choices & Alternatives & Penalties</u>:

Summarizing, some of our customers have no immediate alternative,
some could change only at sacrifices of safety, or cost or
various technical factors.  Only in the Industrial field
could the customer make an immediate conversion.


<u>PCB Threat to Functional Fluids Business and Profit</u>:

MONS  058743

-16-

## FLUIDS BUSINESS THREATENED

### (1970 BUDGET)

| PROBLEM | SALES | GROSS PROFIT |
|---|---|---|
| 1. Confined to A-1254/ 1260 only. | $ 3.0 M | $1.36 M |
| 2. Spreads to A-1242 and 1248 | | |
| First to: a) Industrial Fluids | $ 4.0 M | $1.6 M |
| Then to: b) Dielectric Fluids | $ 8.0 M | $3.8 M |
| Then to: c) Heat Transfer | $ 1.0 M | $ .6 M |
| | $16.0 M | $7.36 M |

— Turn over to Jim Springgate

MONS 058744

S

15 +1
dk

VI    PLASTICIZERS
      (WORLD-WIDE)

|                       | ALL AROCLORS | AROCLOR 1254/1260 TYPE |
|-----------------------|--------------|------------------------|
| 1959 SALES, DOLLARS   | $ 6.0 M      | $1.7 M  (28%)          |
| POUNDS                | 34.0 M       | 9.5 M  (28%)           |
| GROSS PROFIT          | $ 2.5 M      | $0.8 M  (32%)          |

MONS 058745

-16-

COMMENTS:  DISTINCTIONS FROM F.E.

1.   Large number of direct U.S. customers - <u>570</u>.

2.   Customers are small:  23 direct customers - 47% A-1254/1260 sales.

3.   50% domestic A-1254/1260 sales through distributors - difficult to police.

MONS  058746

*17*

| MARKETS | 1968 SALES | MAJOR AROCLOR USED |
|---|---|---|
| Carbonless Carbon Paper | 8.8 M lb. | Aroclor 1242 |
| Hot Melt Adhesives | 5.7 M lb. | Aroclor 5460 |
| Swimming Pool Paints | 1.7 M lb. | Aroclor 1254)<br>Aroclor 5460) |
| Protective Coatings | 5.3 M lb. | Aroclor 1254)<br>Aroclor 5460) |
| Emulsion Adhesives | 1.5 M lb. | Aroclor 1254)<br>Aroclor 1260) |
| Sealants | 3.0 M lb. | Aroclor 1254)<br>Aroclor 1254) |
| Wax Modification | 2.0 M lb. | Aroclor 1254)<br>Aroclor 5460) |
| Miscellaneous | 5.0 M lb. | Aroclor 1248)<br>Aroclor 1254) |

COMMENTS: 1. PCA major customer (85% of Aroclor 1242 sold .

2. List of domestic Aroclors sold through distributors.

MONS 058747

## POSSIBLE CONTAMINATION SOURCES

### (PLASTICIZERS)

| DEGREE OF CONTAMINATION | MARKET | APPLICATION | SOURCE | IS A-1254 /1260 USED? |
|---|---|---|---|---|
| Most | Coatings | Marine Paints) Water tank --) linings ) | Leaching | Yes |
| | Coatings | Swimming Pool Paints | Leaching | Yes |
| | Carbonless Carbon Paper | - | Vaporization | No |
| | Wax Modification | - | Vaporization | Yes |
| | Emulsion Adhesives | - | Contact with product via packaging.  Incineration. | Yes |
| | Hot Melt Adhesives | - | Contact with product via packaging.  Incineration. | No |
| Least | Sealants | Automotive Construction Joint sealants | Long-term leaching | Yes |

COMMENTS:  1. Unlike fluids, Aroclor plasticizers are combined into plastics to produce the final product - therefore, far less mobile.

2. Problems such as wastes from our manufacturing plants, customers plants and and leasing of drums common to both groups.

3. Exterior protective coatings are not considered a high point source.

4. Vaporization of Aroclors during plant processing or the product.  Rain will wash vapors back to earth.

MONS  058748

19

## PLASTICIZER BUSINESS THREATENED

| PROBLEM | SALES RETAINED* | $ G.P. RETAINED (LOST) |
|---|---|---|
| 1. Confined to A-1254/1260 type only. | $4.3 M | $1.7 M  (-$0.8 M) |
| 2. Spreads to all chlorinated biphenyls. | $2.0 | $0.6 M  (-$1.9 M) |
| 3. Spreads to all PCB's and all chlorinated terphenyls | 0.0 | 0.0  (-$2.5 M) |

*Based on 965 prospects.

COMMENTS   Plasticizers sell Aroclor 1262/4465 which are very
close to A-1254/1260 and these have been included
in A-1254/1260.

MONS  058749

-58- 2w

RECOMMENDED ACTION PLAN

THE JOINT ACTION PLAN DEVELOPED BY THE FUNCTIONAL FLUIDS
AND PLASTICIZER BUSINESS GROUPS, AND THE MEDICAL AND LAW
DEPARTMENTS IS AS FOLLOWS:

1.  Appoint a Project Manager - responsible for the
    overall management of the Aroclor pollution
    problem.  He would be assisted by a Task Force
    from members of each Business Group plus Medical,
    Law, Engineering and Manufacturing.

2.  Notify all Aroclor customers of PCB problem and
    relabel containers - within 60 days.

3.  Clean up Monsanto plants' effluents within 12 months.

4.  Develop and implement new packaging systems for
    Aroclor 1254/1260 - within 6 months.

5.  Educate customers on need for clean-up at their
    plants - within 4 months.

6.  Introduce to market, replacement products for
    Aroclor 1254/1260 - beginning 1/1/70 (Fluids),
    4/1/70 (Plasticizers).

MONS  058750

S

-24-
21

## RECOMMENDED ACTION PLAN

7.  Continue and expand biodegratation test program with Aroclor series, particularly 1242, 1248 and 1254.

8.  Continue toxicological test program.

9.  Accelerate present analytical test program.

10. Determine feasibility and cost of eliminating 5/6 $Cl_2$ in Aroclors 1242 and 1248.  (3/70)

11. Study incineration products.  (3/70)

12. Develop business plan to offer:

    Monsanto Fluid Reclamation and Recovery with Enviro Chem (4/70). (Reclamation already underway at Findett.)

MONS  058751

S

22

## WHAT COULD WE EXPECT FROM THIS PROGRAM?

Through this action program, Monsanto would expect to:

1.  Retain or convert a good portion of our business and profits:

| PROBLEMS | CONVERT OR RETAIN | $M SALES OUT OF PRESENT | ODDS OF SUCCESS |
|---|---|---|---|
| a. Confined to A-1254/ 1260. | $20.3 M | $22 M | 70% |
| b. Spreads to A-1248 and 1242. | $10 M | $22 M | 60% |

2.  Gain further valuable knowledge and time to:

   a.   Learn more facts.

   b.   Protect our position.

   c.   Make further decisions regarding our program.

   d.   Contribute to overall pollution knowledge.

3.  Clean up the major contributing PCB pollution factors.

4.  Minimize customer complaints and hardships.

MONS   058752

The Program Would:

1.   Cost some money.

   Est. SARE     - $400-500 M
   Est. Capital - $700 M
                  $1.1 M - 1.2 M

2.   Expose us to continued adverse publicity and possible law
     suits.

3.   Cause some customer discontent - but much less than an
     abrupt termination of production.

MONS  058753