# EXHIBIT B

October 11, 1937.

"Experimental work in animals shows that prolonged exposure to Aroclor vapors evolved at high temperatures or by repeated oral ingestion will lead to systemic toxic effects.

Repeated bodily contact with the liquid Aroclors may lead to an acne-form skin eruption.

Suitable draft ventilation to control the vapors evolved at elevated temperatures, as well as protection by suitable garments from extensive bodily contact with the liquid Aroclors, should prevent any untoward effect."

In talking with Dr. Kelly before these three paragraphs were written, we agreed that they might as well be phrased so that they could be used not only in the Aroclor booklet, but quoted in correspondence as that may be necessary.

L.A. Watt



MONS 061332

Attachment 3-2

3.2

CV96-J-0440-E
DATE 04/02/01

PLFF EXHIBIT NO. 877