# EXHIBIT D

| | |
|---|---|
| From **MONSANTO CHEMICAL COMPANY** | cc Mr. J. Cresce –Krumm. Plt |
| At St. Louis | Mr. E. W. Lieben –" " |
| | Mr. R. M. Webber –" " |

**CONFIDENTIAL**   Date   November 14, 1955

To   Mr. H. B. Patrick   Reference

At   Krummrich Plant   Subject   DEPARTMENT 246 (AROCLORS)

It is the opinion of the Medical Department that the eating of lunches should not be allowed in this department for a number of reasons.

(1) Aroclor vapors and other process vapors could contaminate the lunches unless they were properly protected.

(2) When working with this material, the chance of contaminating hands and subsequently contaminating the food is a definite possiblity.

(3) It has long been the opinion of the Medical Department that eating in process departments is a potentially hazardous procedure that could lead to serious difficulties. While the Aroclors are not particularly hazardous from our own experience, this is a difficult problem to define because early literature work claimed that chlorinated biphenyls were quite toxic materials by ingestion or inhalation. In any case where a workman claimed physical harm from any contaminated food, it would be extremely difficult on the basis of past literature reports to counter such claims.

Jack T. Garrett

JTG:SMB



PLAINTIFF'S EXHIBIT 6
4403