# EXHIBIT J

Monsanto

FROM (NAME & LOCATION): W. R. Richard - Research Center

DATE: September 9, 1969

SUBJECT: DEFENSE OF AROCLOR F. FLUIDS

cc: P. Hodges — PHODG
M. Farrar — Res. 1
H. Bergen — HBERG

TO: E. Wheeler - EWHEE

### General Policy

Make the Govt., States and Universities prove their case, but avoid as much confrontation as possible. Comply and work with public officials to meet or exceed requirements ahead of time. Adverse publicity and competition are the real weapons.

Analytical for Aroclor
- In Air — Which Aroclors are present? Where?
- In Water — Which compounds
- In Animals — interfere?
} Govt. Agencie

Keep track of how much contamination - which sources.

Prove Bioharmful - Let Govt. prove its case, on case by case basis

  Monsanto Visit-Govt. Biolabs - in search of toxicological experiments and evidence vs. Aroclors to keep up with progress.

Monsanto Prove Bioharmless - Limited work at Ind. Bio-test -

"Safe" toxic level for
- man
- mammals via
- fish

Rats
Chickens
Fish

Seek evidence of Biodegradation
Question evidence against us.
Question shrimp toxicology especially other toxic chemicals.
If Aroclor bad, others must be worse.

### Probable Outcome

We can prove some things are OK at low concentration. Give Monsanto some defense.

We can't defend vs. everything. Some animals or fish or insects will be harmed.

Aroclor degradation rate will be slow. Tough to defend against. Higher chlorination compounds will be worse ... lower chlorine compounds.

Therefore we will have to restrict uses and clean-up as much as we can, starting immediately.

DSW 014256

-2-

Therefore we will have to work for alternate products in end use applications; for Aroclor production facilities.

<u>Clean Up</u> Aroclors and <u>substitute products where necessary and when required</u>, before threats of <u>publicity and competitive</u> activity overwhelm us.

### Water Pollution seems to be first issue

Aroclor product is refractive, will settle out on solids - sewerage sludge - river bottoms, and apparently has a long life.

<u>Florida or Gulf Coast</u> - Aroclor 1254 - Aroclor 1260 present issue.
    40-200 ppb - causing problem at Pensacola (Monsanto) in plant effluent-causing " with shrimp.
        - can't risk shut-down of plant.

Federal and State can extrapolate to other plants in Gulf area.

<u>San Francisco</u> - Aroclor 1254 and 1260

    Reported Aroclor to be present in San Francisco Bay.

    Reported to be thin egg shells in birds -

    Lot of screaming -

<u>Great Lakes</u>    Warf studies on DDT
                     Aroclor 1254 will be found!
                     Aroclor 1242 will be found?

<u>Air Pollution</u> - Possible spread - but less of an issue right now.
               Analytical work more difficult.

### Direct Contact with Product

Doesn't seem to be an issue - except for food heat transfer

We don't believe Aroclor is being used as carrier for insecticide - sprayed around -

We are not positive but most uses are "closed" systems or products used in solid plastics, or adhesives, or sealants.

DSW 014257

-3-

| F. Fluids | Possible Pollution by Customers Plant Operation | Possible Polluti[on] by Customers Pr[o...] |
|---|---|---|
| Product | | |
| Hydraulic Fluids | Yes, leakage external | Possible - See Johnson Motors Castings. |
| Air Compressor Fluids | Yes, leakage external | Leakage into produ[ct] |
| Heat Transfer | Yes, leakage external | Leakage into produ[ct] |
| Capacitor Fluids | Yes, leakage from plant - Scrap materials. | In product but closed for end use |
| Transformer Fluids | No, Should be clean. Yes, Reworked transformers | In product but closed for end use |

    \* Capacitors can go to land fill dumps. Probably not burned, in Al containers.

  \*\* Need to take care of Aroclor in discarded transformers. Product could be drained and reworked.

Probable Conclusions

| | |
|---|---|
| Hydraulic Leakage | — Product could be caught at machines but will take a lot of clean-up work with customers. - Will have to have replacement product - with less-sensitive components. Work from this base on clean-up to prevent more pollution problems. |
| Air Compressor Fluids | " |
| Hydraulic Fluids | Must expect "shrimp" experiments, West Florida State, to be "aired" sometime soon; next few months. |
| | This will lead to bad publicity and competitive action vs. all Pydrauls. |
| | We will have to try to confine to Aroclor 1254 and Aroclor 1260. |

DSW 014258

-4-

We will have to take action before that time.

### Gulf Coast -

| | |
|---|---|
| Action<br>W. Richard | Be able to replace Aroclor 1254 and Aroclor 1260 in Pydraul AC and 625 in 2 month's time before Nov. 15, 1969. |
| Fallon/Richard | Have trial product in hands of Gulf Coast accounts and distributor before Dec. 15. |
| Fallon | Suggest possible buy of "all phosphate" ester from Food Machinery.<br>Use this as one trial fluid MCS___ for insurance. |
| Richard/ | Suggest possible substitution of Aroclor 5442 for Aroclor 1254 in hydraulic and compressor blends. E. Wheeler judges lower order of toxicity and solubility for 5442 series. Have to test product in pump test for deposits. |
| Fallon/Richard | Suggest field trials of our own all-phosphate ester. |
| Fallon/Kuhn/Kountz | Work with large customers to clean-up streams. Bring in Findett as mfg. partner in the recycle business. Get money out of recycle operations. |

### Inland-Waterways-

| | |
|---|---|
| Wheeler/Richard | Be close enough to Great Lakes studies to judge situation. Are there animals which are being affected by the concentrations found? |
| Richard | Be prepared to replace Aroclor 1254 and Aroclor 1260 in 4 months in hydraulic fluids and in air compressor fluids. |
| Richard | Be prepared to replace all Aroclor 1242 or 1248 in 6 months in hydraulic fluids. This means replacement of Pydraul 312 series, and control of sale of Aroclor 1248 to other hydraulic accounts such as Cities Service and Mobil. |

DSW 014259

### Heat Transfer

| | |
|---|---|
| Fallon/Roush/Kountz | Systems will have some leakage depending strongly on engineering and maintenance. Need to work with customers on clean-up. |
| Fallon/Roush | Need to replace FR especially in food or sensitive product areas where the product is getting into water. See dish washer compounds. See letter E. Wheeler to T. Fallon. |
| | We have possible replacement products in Thermin 55.<br>Thermin.. 66. |

| | Action | |
|---|---|---|
| Kuhn | Try to assure adequate production of Therminol 66 in face of decreased Aroclor production. $H_2$ and terphenyl supply may become short. | |
| | Switch customers to Therminol 55 or Therminol 66 ahead of pollution problems in customers plant. | |
| | Work with customers on plant and dumping practices. | |
| Kuhn/ Fallon | Findett already set up to rework. Need to make them a manufacturing arm. We get sale of recycle-rework fluid. | |

| Capacitor Fluids | | Capacitor products |
|---|---|---|
| | Capacitor plants have re-purification and recycle systems but up to 5% of product can be lost by poor plant producers and off-quality material. | Enclosed in Al or stainless steel for 5 to 25 year period. |
| Mkt. Benignus/ Bryant | | Will ultimately have to dispose of capacitor products. |
| Eng.-Kountz/ Mfg-Hodges | 5% of production could be 1M lbs/year. This is a big loss for the type of pollution we are trying now to guard against. | Recommend we try to save this product for a time. |
| Action | Monsanto must start to work with capacitor people to clean up plant practices. We have set-up to accept material for rework into hydraulic fluid but this relocation is not a satisfactory solution. Material must be reworked to electrical grade or destroyed, whichever is more economical. Must start now to get control of off-grade material. | Recommend replacement of future Aroclor business with other products. Have 2 years. |
| Eng.,TSD- Plant Pollution Control | | |
| Hodges/ Kountz | | |
| Action | Monsanto must help plant clean-up of customer plants decantation, coalescing, adsorption, disposal of adsorbent or recycle of adsorbents. Monsanto badly needs "know-how" for clean-up. | |
| | Monsanto should seek Govt. contract money for clean-up research. (See MRC R. Binning, D. Nelson) | |

DSM 014260

-6-

| | | |
|---|---|---|
| Transformers | Transformer Plant can operate in a clean, efficient manner with recycle of off-grade Aroclor. | Product transformer can remain closed; no exposure for 2? |
| Action<br>Benignus/<br>Bryant | Should advise disposal of filter element materials so as to minimize chance of water pollution. Incinerate or dispose. | |
| | Reworked transformers pose a threat if the Aroclor is dumped into a water stream. | Should try to retain business by clean-up by education of customers. |
| Action<br>Benignus/<br>Bryant | Should try to minimize chance of dumping "old" fluid by reworking and by educating co. shops and collecting product for rework or disposal. | |
| | Dalton is set up in England to rework electrical grade fluid. | |
| Kuhn/Kountz<br>Findett? | Need rework facility here + disposal scheme. | |

## Monsanto Plants

The Dept. of Interior and/or State authorities could monitor plant outfall and find ppm of chlorinated biphenyls at Krummrich or Anniston anytime they choose to do so. This would shut us down depending on what plants or animals they choose to find harmed.

Action - Take steps to see that every precaution is taken to prevent Aroclor entering water streams. Try to reduce to ppb level.

P.Hodges - Seek a Govt. contract on adsorption and incineration
TSD       cycles - MRC.
Engrg.-
Kountz    Take samples of streams and river water and mud evidence for before and after clean-up. Samples can be stored for further analysis if we can't keep up current with analytical determinations.

Apply Monsanto clean-up methods to customer plant clean up equipment and procedures.

OSW 014261

-7-

| | | |
|---|---|---|
| Action - <br> Engrg. & Mfg. <br> Kountz and Kuhn | Evaluate liquid incinerators vs. solids handling incinerators for disposing of Aroclor and pentachlorophenol wastes. I estimate Aroclor disposal at 1-4M lbs/year, exclusive of cleaning up river bottoms or outfall bottoms. | |
| | Hydraulics   20% of 4M lbs | 800,000 lbs |
| | Heat Transfer 10% of 2M lbs | 200,000 lbs |
| | Capacitors   5% of 20M | 1,000,000 lbs |
| | Transformers 5% of 15M | 750,000 lbs |
| | | 2,750,000 lbs |

Central  
Eng. &  
Mfg TSD  

Kountz &  
Kuhn  

Set up an incinerator to handle Aroclor disposal - preferably one which will handle solids such as muds - slurries as well as liquids. Have in operation within 12 months. Ideally have incinerators available different sections for disposal.

Possible  
help from  
MRC

### Chronic Toxicity Studies - Ind. Bio-Test

Wheeler  
Keller  
Ind.Bio-  
Test

Continue studies to establish FDA type limits of toxicity on Aroclor 1242, Aroclor 1254 and Aroclor 1260.

Rework with R. Keller-S. Tucker the number of samples which are to be analyzed for Aroclor in tissue. Try to see if Aroclors are changed metabolically. Does concentration level off, decline if feeding is stopped?

Institute studies against the most limiting biological parameters. If shrimp are the most limiting species for Aroclor levels of toxicity, then we will have to have biological studies on these species to confirm or deny adverse findings.

OSW  014262

-7-

| | | |
|---|---|---:|
| Action – | Evaluate liquid incinerators vs. solids handling incinerators for disposing of Aroclor and pentachlorophenol wastes. I estimate Aroclor disposal at 1-4M lbs/year, exclusive of cleaning up river bottoms or outfall bottoms. | |
| Engrg. & Mfg. | | |
| Kountz and Kuhn | | |
| | Hydraulics    20% of 4M lbs | 800,000 lbs |
| | Heat Transfer 10% of 2M lbs | 200,000 lbs |
| | Capacitors    5% of 20M | 1,000,000 lbs |
| | Transformers  5% of 15M | 750,000 lbs |
| | | 2,750,000 lbs |

Central Eng. & Mfg TSD

Kountz & Kuhn

Possible help from MRC

Set up an incinerator to handle Aroclor disposal – preferably one which will handle solids such as muds – slurries as well as liquids. Have in operation within 12 months. Ideally have incinerators available different sections for disposal.

Chronic Toxicity Studies – Ind. Bio-Test

Wheeler
Keller
Ind.Bio-Test

Continue studies to establish FDA type limits of toxicity on Aroclor 1242, Aroclor 1254 and Aroclor 1260.

Rework with R. Keller-S. Tucker the number of samples which are to be analyzed for Aroclor in tissue. Try to see if Aroclors are changed metabolically. Does concentration level off, decline if feeding is stopped?

Institute studies against the most limiting biological parameters. If shrimp are the most limiting species for Aroclor levels of toxicity, then we will have to have biological studies on these species to confirm or deny adverse findings.

DSW 014262

-8-

### Biodegradation Studies

Swisher
Set up rate of biodegradation studies with Inorganic Div. on Aroclor 1242 vs. Aroclor 1254
    Aroclor 5442 vs. Aroclor 5460
    Chlorinated diphenyl ether
    Chlorinated paraffin vs. chlorinated naphthalene
    Chlorobromo Aroclors 1242 and 1248

Baxter
Lidgett
MCL
Contact Baxter and Lidgett at MCL regularly for results on Aroclor degradation. They are reported to be moving on laboratory experiments.

Establish contact with chlorophenol degradation studies of Cellu-Chem Group.

W. R. Richard

WRR:ms

DSM 014263

-8-

### Biodegradation Studies

Swisher
Set up rate of biodegradation studies with Inorganic Div. on Aroclor 1242 vs. Aroclor 1254
   Aroclor 5442 vs. Aroclor 5460
   Chlorinated diphenyl ether
   Chlorinated paraffin vs. chlorinated naphthalene
   Chlorobromo Aroclors 1242 and 1248

Baxter
Lidgett
MCL
Contact Baxter and Lidgett at MCL regularly for results on Aroclor degradation. They are reported to be moving on laboratory experiments.

Establish contact with chlorophenol degradation studies of Cellu-Chem Group.

W. R. Richard

WRR:ms

DSW 014263