# EXHIBIT K

Elmer P. Wheeler, Medical Department  
January 29, 1970

Status of Aroclor Toxicological Studies

J. S. Barrett, ~~Anton~~  
~~R. O. Bergen,~~ ~~~~  
W. B. Papageorge, ~~~~

D. S. Cameron  
Brussels

Enclosed is a copy of the reports from our consulting laboratory indicating the status of the animal toxicity studies. I have summarized the pertinent findings separately and as indicated in the table.

We have given copies of these data to one U. S. customer, the U. S. FDA and one or two other state agencies. I don't see why this information cannot be released with discretion in Britain or Europe.

Our interpretation is that the PCB's are exhibiting a greater degree of toxicity in this chronic study than we had anticipated. Secondly, although there are variations depending on species of animals, the PCB's are about the same as DDT in mammals.

We have additional interim data which will perhaps be more discouraging. We are repeating some of the experiments to confirm or deny the earlier findings and are not distributing the early results at this time.

Elmer P. Wheeler

EPW:ju

Enclosure

PLAINTIFF'S EXHIBIT 4A9

MONS 098480