# EXHIBIT N

## Monsanto

**N. T. Johnson   St. Louis**

DATE: February 16, 1970

SUBJECT: POLLUTION LETTER

TO:

P. Craska - Wilmington
C. Clay - St. Louis
J. H. Davidson - Los Angeles
R. A. Damiani - Chicago
G. F. Fague - Detroit
R. A. Garcia - Akron
R. Garnsworthy - Melbourne
J. A. Heilala - Akron
R. Irwin - Houston
J. S. Pullman - New York
J. J. Roder - Chicago
R. Giles - Melbourne

CC:
P. J. A. Marsh - Brussels
R. Enrhardt - New York
T. W. Oneson - Montreal
J. N. Haggart - Brussels
V. Morse - St. Louis
J. Brydon - Montreal
R. Graham - New York
P. G. Benignus
J. G. Bryant
D. E. Roush
J. R. Fallon
D. A. Hall
D. R. Pogue
D. F. Smith
D. A. Olson

Attached is a list of questions and answers which may be asked of you by customers receiving our Aroclor-PCB letter. You can give verbal answers; no answers should be given in writing. If the customer asks a question you can't answer or if he wants an answer in writing, then send his questions to me and we will answer from here.

We want to avoid any situation where a customer wants to return fluid. The new reformulated products will be available within a month. We would prefer that the customer use up his current inventory and purchase Pydraul 625A, Pydraul ACA, Pydraul ACA Winter Grade and Pydraul 540A when available. He will then top off with the new fluid and eventually all Aroclor 1254 and Aroclor 1260 will be out of his system. <u>We don't want to take fluid back.</u> Sell him the replacement.

We must be very positive in our approach with each customer relative to our decision to eliminate the use of Aroclor 1254 and Aroclor 1260 in our Pydraul products. We (your customer and Monsanto) are not interested in using a product which may present a problem to our environment. We certainly have no reason to be defensive or apologetic about making this change. The decision to change makes good sense and our customers should commend us, not criticize our actions. No one has forced us to make this

PLAINTIFFS EXHIBIT

change. We have done it to keep our customers out of possible trouble. They should appreciate our effort, and stay with us as a customer on the reformulated Pydrauls. To make this change has cost us research monies and time. Fortunately, we possess the technical skills to make a change in our formulations without affecting the performance of products. Be positive. Take the offense. Don't let a customer or competitor intimidate you. I doubt if our competitors know whether their product could present a problem to our environment. You might ask your customer, if he has ever asked Houghton or Stauffer, Carbine, etc. about the effects of their products.

We should also recognize (point this out to your customer) we must clean-up. The Chemical Week article gives him an idea of laws in effect in his state. Read this yourself. Be familiar with the data on each state in which your customers are located. Use this in your discussions.

We have no replacement products for Aroclor 1254 and Aroclor 1260. We will continue to make these products; however, customers will have to use their own judgement on continued use.

We can't afford to lose one dollar of business. Our attitude in discussing this subject with our customer will be the deciding factor in our success or failure in retaining all our present business. Good luck.

(We have also attached a copy of the letter sent to transformer customers.)

N. T. Johnson

lb

MONS 100124