# EXHIBIT O

bcc: W. R. Richard
Tom Ford
H. S. Bergen
J. E. Springgate

March 24, 1969

Mr. Harry Chatfield
Los Angeles County Air Pollution
  Control District
434 South San Pedro Street
Los Angeles, California 90013

Dear Mr. Chatfield:

Enclosed is a copy of the physical properties of our Aroclor compounds I promised you by phone. We have added the oral and skin absorption toxicity to the bottom of this list to give you some idea of the relative toxicity of these compounds. You will notice that they are not particularly toxic by oral ingestion or skin absorption. In addition, I have enclosed a copy of a paper that was printed in the American Industrial Hygiene Association quarterly in June, 1956. This paper discusses the vapor toxicity of Aroclor 1242 and Aroclor 1254. As I told you on the phone the 12 prefix in this case means biphenyl and the 42 or 54 suffix in this case represents 42% and 54% chlorine by weight, respectively.

We at Monsanto cannot understand the origin of the materials reported in the recent newspaper articles on the West Coast. These compounds are utilized generally in enclosed systems and very little would normally be expected either in the air or in the liquid discharges from a using industry.

If we can provide you with any additional data we would be glad to do so.

Sincerely,

Jack T. Garrett
Manager, Pollution Abatement
  and Industrial Hygiene

JTG:ojs
Enclosures