# EXHIBIT Q

Monsanto

FROM NAME & LOCATION: E. P. Wheeler

DATE: May 26, 1969

SUBJECT:

REFERENCE:

TO: W. R. Richard

CC:
R. E. Keller
E. S. Tucker
H. S. Bergen
J. E. Springgate
C. Paton
W. R. Kuhn
P. B. Hodges
Dave Nelson - MRC

JUN 2 1969

Dave Nelson of MRC called me today to relay the following information:

1. A Mr. Bob Day in the Cincinnati Laboratories of the National Air Pollution Control Administration had called him and asked for any information Monsanto might have relating to what might happen to chlorinated biphenyls in products that might be incinerated. Day indicated that he needed the information for "his boss" John Ludwig, assistant commissioner of NAPCA in Washington by Monday, May 26.

   After trying to reach Day and finding busy circuits I called John Ludwig directly since I know him personally. Ludwig was surprised and said if the question of PCBs had come up he had forgotten it or at least didn't remember that he wanted an answer by next Monday. He offered to have Day call me directly but I told him that I would get through to Mr. Day.

   I did reach the latter and after much discussion it turned out that some member of Congress had sent a letter directly to the NAPCA offices in Washington asking what NAPCA knew about distribution of PCBs by incineration and Ludwig had passed the letter on to Cincinnati to get information for a reply.

   Mr. Day was under the same misconception as so many others concerning the widespread situation of PCBs in such things as automobile tires. I set this matter straight quoting from the company prepared statement. We then got into some detail because it became apparent that Day was not a "Knight on a White Horse" but was reasonable and objective. As we chatted further and expanded comments about mutual acquaintances, Day finally told me that he is a Monsanto employee from Pensacola fulfilling his millitary commitment as a member of the Commission Corps. in the Public Health Service.

   He indicated that the laboratory in Cincinnati may try to set up a program where waste materials containing PCBs will be incinerated (in one of the several experimental incinerators which they have there) and analyze the decomposition products. He asked if Monsanto would be in a position to provide wastes or

NCR-FOX-0575888

W. R. Richard            -2-            May 26, 1969

plastic materials containing Aroclor which they could use in their experiments. I offered to cooperate in any way we could.

He will send word back to Washington which will then be related to the member of Congress that the PCBs are not used in some of the applications which have been indicated in the public press and in general try to present Monsanto's views to wit: "We can not conceive how the PCBs can be getting into the environment in a widespread fashion and that the company is actively involved in research programs to try to shed some light on the situation."

2. Dave Nelson attended a meeting at the Federal Water Pollution Control Administration Laboratory in Athens, Georgia recently to see if there were areas where MRC could bid on government grants for research in connection with pesticide residues.

Dave says that in the course of the meeting some of the FWPCA boys raised the question as to what Monsanto at Anniston, Alabama does to control the escape of polychlorinated biphenyls or waste products getting out of the plant. Obviously Dave would not have any of the details of our programs at Anniston but passed this word on to me with the thought that — we can anticipate that the Feds will be looking at creek, river or lake water and mud samples below Anniston for PCBs.

Elmer P. Wheeler

cs

NCR-FOX-0575889