# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR 18 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

City of San Diego

                **Plaintiff,**

V.

Monsanto Company, et al.

                **Defendant.**

Case No. 15CV0578-JAH(NLS)

### REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:     "Low-Numbered Case No.:    09CV2275-WQH(JLB)

       Title:    City of San Diego v. National Steel & Shipbuilding Company et al

       Nature of Case:    42:9607 Real Property Tort to Land

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☒ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

**New Case #:**    15CV0578-WQH(JLB)

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                                                  **John Morrill**, Clerk of Court,

Dated:    3/13/15                 By:   s/ J. Petersen

                                                           J. Petersen, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:    3/16/15

                                                            William Q. HAyes
                                                            United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge William Q. HAyes and Magistrate Judge Jill L. Burkhardt for all further proceedings.

Dated:    3-18-15

                                                            John A. Houston
                                                           United States District Judge