UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>MONSANTO COMPANY; SOLUTIA INC., and PHARMACIA CORPORATION,<br>　　　　　　　　　　Defendants. | Case No.: 15cv578-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

　　The matters before the Court are the three motions to withdraw as counsel filed by counsel for Plaintiff San Diego Unified Port District. (ECF Nos. 227, 228, 229).

　　On July 17, 2018, Plaintiff San Diego Unified Port District ("the Port District") filed three motions requesting that Lauren K. Valastro, Melanie Ann McDonald, and Ann L. Al-Bahish be withdrawn as counsel because they are no longer working on the case. (ECF Nos. 227, 228, 229). In declarations filed in support of the motions by William J. Jackson, counsel for the San Diego Unified Port District, Jackson states that these attorneys are no longer working on the case, that Kelly Drye & Warren LLP will continue to represent the

Port District, and that withdrawal of these attorneys will not cause any prejudice or delay. (ECF Nos. 227-1, 228-1, 229-1).

An attorney may not withdraw as counsel except by leave of court. *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). The Court has discretion to grant or deny an attorney's motion to withdraw in a civil case. *See, e.g.*, *Deal v. Countrywide Home Loans*, Case No. C 09-01643 SBA, 2010 WL 3702459 at *2 (N.D. Cal. Sept. 15, 2010); *Washington v. Sherwin Real Estate, Inc.*, 694 F.2d 1081, 1087 (7th Cir. 1982). Among other things, courts ruling upon motions to withdraw as counsel have considered,

> (1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case.

*Deal*, 2010 WL 3702459 at *2.

After reviewing the record and the reasons for withdrawal, the Court concludes that there is good cause to grant the motions to withdraw as counsel.

IT IS HEREBY ORDERED that the motions to withdraw Lauren K. Valastro, Melanie Ann McDonald, and Ann L. Al-Bahish as counsel are GRANTED. (ECF Nos. 227, 228, 229).

Dated: July 19, 2018

Hon. William Q. Hayes
United States District Court