**WHITE AND WILLIAMS LLP**
Thomas M. Goutman (PA. Bar No. 30236)
(Admitted *Pro Hac Vice*)
1650 Market Street, Suite 1800
Philadelphia, PA 19103
Telephone: 215.864.7057
Facsimile: 215.789.7557
Email: goutman@whiteandwilliams.com

Richard Campbell (Mass. Bar No. 663934)
(Admitted *Pro Hac Vice*)
Melissa Nott Davis (Mass. Bar No. 654546)
(Admitted *Pro Hac Vice*)
Stephen Hansen (Mass. Bar No. 679134)
(Admitted *Pro Hac Vice*)
101 Arch Street, Suite 1930
Boston, Massachusetts 02110
Telephone: 617.748.5209
Facsimile:  617.748.5201
Email: campbellrl@whiteandwilliams.com
Email: davism@whiteandwilliams.com
Email: hansens@whiteandwilliams.com

**LATHAM & WATKINS LLP**
Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, California  92130
Tel:  858.523.5400 / Fax:  858.523.5450
Email:  robert.howard@lw.com
Email:  daniel.brunton@lw.com

Attorneys for Defendants Monsanto Company,
Solutia Inc., and Pharmacia LLC
*Additional Counsel Listed on Signature Page(s)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>                    Defendants. | CASE NO. 3:15-cv-00578-WQH-AGS<br><br>**PHARMACIA LLC'S EX PARTE APPLICATION FOR MODIFICATION OF THE HEARING FOR MOTION TO JUDICIALLY ESTOP AND STRIKE EXPERT REPORTS OF PLAINTIFFS' DAMAGES EXPERT**<br><br>Hon. Andrew G. Schopler |

Pursuant to Local Rule 7.1.e.5, Defendant Pharmacia LLC ("Pharmacia") files this ex parte application respectfully requesting that this Court modify the hearing date for Pharmacia's Motion to Judicially Estop and Strike Expert Reports of Plaintiffs' Damages Expert, Paul Fuglevand ("Motion") (Dkt. No. 383) and to set the date for the hearing for July 22, 2019 at 4:00 p.m. Pharmacia has conferred with the Plaintiff, San Diego Unified Port District ("Port District"), who has indicated that it has no objection to the modification of the hearing date to July 22, 2019.[1] In addition, Pharmacia respectfully requests that the Motion be transferred to Judge William Hayes for hearing and decision.

The Motion is presently scheduled to be heard on July 11, 2019 at 4:00 p.m. in Courtroom 5C before Judge Schopler. Good cause exists here to modify the date of the hearing where local counsel for Pharmacia is unable to attend due to a conflict and counsel for the Port District does not object to the rescheduled date.

Furthermore, Pharmacia respectfully requests that the Motion be transferred to and heard by Judge Hayes. As good cause, Pharmacia states that the Motion seeks to judicially estop the Port District and to strike Damages Expert Reports based on prior representations made in this litigation before Judge Hayes. The representations at issue were made during a February 27, 2019 hearing before Judge Hayes, and therefore, he is best placed to assess Pharmacia's Motion and the requested relief. In addition, the Motion implicates issues that are likely to be raised in forthcoming *Daubert* motions, Pharmacia's Motion for Summary Judgment, and other pre-trial motions likely to be considered by Judge Hayes.

---

[1] Mr. Fuglevand only offers opinions regarding the Port District's damages claims. His opinions do not relate to the City of San Diego.

For these reasons, Pharmacia respectfully asks that this Court grant this ex parte application and set the hearing date for the motion for July 22, 2019 at 4:00 p.m. before Judge Hayes.

Respectfully submitted,

Dated: June 25, 2019

**WHITE AND WILLIAMS LLP**

By   s/ Melissa Nott Davis
Thomas M. Goutman (PA. Bar No. 30236)
(Admitted *Pro Hac Vice*)
David S. Haase (PA Bar No. 73835)
(Admitted *Pro Hac Vice*)
1650 Market Street, Suite 1800
Philadelphia, PA 19103
Telephone: 215.864.7057
Facsimile: 215.789.7557
Email: goutman@whiteandwilliams.com
Email: haased@whiteandwilliams.com

Richard Campbell (Mass. Bar No. 663934)
(Admitted *Pro Hac Vice*)
Melissa Nott Davis (Mass. Bar No. 654546)
(Admitted *Pro Hac Vice*)
Stephen Hansen (Mass. Bar No. 679134)
(Admitted *Pro Hac Vice*)
101 Arch Street, Suite 1930
Boston, Massachusetts 02110
Telephone: 617.748.5209
Facsimile:  617.748.5201
Email: campbellrl@whiteandwilliams.com
Email: davism@whiteandwilliams.com
Email: hansens@whiteandwilliams.com

**LATHAM AND WATKINS**

Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, California  92130
Telephone:  858.523.5400
Facsimile:  858.523.5450
Email:  robert.howard@lw.com
Email: daniel.brunton@lw.com

|   |   |
|---|---|
| 1 | **CAPES, SOKOL, GOODMAN & SARACHAN, P.C.** |
| 2 |   |
| 3 | Adam E. Miller, MOBA No. 40945 (Admitted *Pro Hac Vice*) |
| 4 | Michael W. Cromwell, MOBA No. 210511 (Admitted *Pro Hac Vice*) |
| 5 | 7701 Forsyth Boulevard, Twelfth Floor St. Louis, Missouri 63105 |
| 6 | Telephone: 314.721.7701 Facsimile: 314.754.4849 |
| 7 | Email: miller@capessokol.com Email: cromwell@capessokol.com |
| 8 |   |
| 9 | Daniel Blakey (Bar No. 143748) 3601 Oak Avenue |
| 10 | Manhattan Beach, California 90266 Telephone: 310.545.1723 |
| 11 | Facsimile: 314.754.4849 Email: blakey@capessokol.com |
| 12 |   |
| 13 | *Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC* |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

3    CASE NUMBER: 15-cv-00578-WQH-AGS<br>
EX PARTE APPLICATION TO MODIFY HEARING<br>
ON MOTION TO JUDICIALLY ESTOP

23022461v.2

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, I electronically filed the foregoing through this Court's electronic filing system (ECF) and served through the Notice of Electronic Filing (NEF) hyperlink, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

      Executed on June 25, 2019.

                                                            s/ Melissa Nott Davis
                                                            Melissa Nott Davis, Esq.

4    CASE NUMBER: 15-cv-00578-WQH-AGS
EX PARTE APPLICATION TO MODIFY HEARING
ON MOTION TO JUDICIALLY ESTOP

23022461v.2