UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY;<br>SOLUTIA INC., and<br>PHARMACIA CORPORATION,<br><br>                                    Defendants. | Case No.:  15cv578-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

　　The matters before the Court are the Motion to Judicially Estop and Strike the Expert Reports of Plaintiffs' Damages Expert, Paul Fuglevand filed by Defendants (ECF No. 383), the Ex Parte Motion to modify the hearing for the motion on Plaintiffs' damages expert filed by Defendants (ECF No. 398), and the motion to clarify the scheduling order filed by Plaintiffs (ECF No. 399).

　　On March 13, 2015, Plaintiffs San Diego Unified Port District (the Port District) and the City of San Diego initiated this action by jointly filing a complaint against Defendants Monsanto Company, Solutia Inc., and Pharmacia Corporation (collectively, Monsanto). (ECF No. 1).  On August 3, 2015, the Port District filed a first amended complaint against

Monsanto, the operative pleading in the Port District's action.  (ECF No. 25).  The Port District brought causes of action against Monsanto for public nuisance, equitable indemnity, and purpresture related to polychlorinated biphenyl (PCB) contamination of the San Diego Bay.  *Id.*

On September 28, 2016, the Court dismissed the Port District's equitable indemnity claims.  (ECF No. 81).  The Port District proceeds in this litigation on the public nuisance cause of action and the purpresture cause of action.

On December 22, 2016, the City of San Diego filed a second amended complaint against Monsanto, the operative pleading in the City of San Diego's action.  (ECF No. 93). The City of San Diego brings a cause of action against Monsanto for continuing public nuisance related to PCB contamination of the San Diego Bay.

On May 16, 2017, the parties filed a joint discovery plan.  (ECF No. 115).

On June 2, 2017, the Court filed a scheduling order regulating discovery and other pretrial proceedings.  (ECF No. 121).

On September 20, 2017, the Court filed an amended scheduling order pursuant to the request of the parties.  (ECF No. 141).

On December 14, 2017, the Court filed a second amended scheduling order pursuant to the request of the parties.  (ECF No. 174).

On March 21, 2018, the Court filed a third amended scheduling order pursuant to the request of the parties.  (ECF No. 207).

On August 30, 2018, the Court denied the Port District's motion for leave to supplement the Port District's first amended complaint.  (ECF No. 245).  The Court stated that "the Port District fails to provide an adequate legal basis for a supplemental pleading for post-filing, pre-judgment damages related to its representative public nuisance cause of action under California Code of Civil Procedure section 731."  *Id.* at 10.

On September 4, 2018, the City of San Diego and Monsanto filed a joint motion for a fourth amended scheduling order (ECF No. 250), which the Port District opposed (ECF No. 262).

15cv578-WQH-AGS

On September 21, 2018, the Court denied a motion to sever the claims of the Port District from the claims of the City of San Diego, concluding that "fundamental fairness and judicial economy weigh against severance." (ECF No. 268 at 4).

On September 24, 2018, the Court filed a fourth amended scheduling order that granted in part and denied in part the parties' motions to amend the third amended scheduling order. (ECF No. 270).

On March 1, 2019, the Court denied the Port District's motion to sever the Port District's claims from the City of San Diego's claims. (ECF No. 313). The Court granted in part the Port District's alternative motion to amend the fourth amended scheduling order and set forth a July 8, 2019 deadline for completion of fact discovery.

On March 29, 2019, the Court filed a fifth amended scheduling order pursuant to the request of the parties. (ECF No. 327).

On June 6, 2019, Defendants filed the Motion to Judicially Estop and Strike the Expert Reports of Plaintiffs' Damages Expert, Paul Fuglevand. (ECF No. 383). The Motion is set to be heard before the Magistrate Judge on July 11, 2019 at 4:00 PM.

On June 25, 2019, Defendants filed the Ex Parte Motion to modify the hearing on the motion related to Plaintiffs' damages expert. (ECF No. 398). Defendants request that the motion be set before this Court because the motion relates to issues previously raised before this Court and "issues that are likely to be raised in forthcoming *Daubert* motions, Pharmacia's Motion for Summary Judgment, and other pre-trial motions likely to be considered by Judge Hayes." *Id.* at 2. Defendants request that the hearing be rescheduled for July 22, 2019. Defendants assert that the Port District does not object to the July 22, 2019 date.

On June 26, 2019, the Port District and the City of San Diego filed the Motion to Clarify the Court's Operative Scheduling Order. (ECF No. 399). The Port District and the City of San Diego request that the Court "confirm[] that the Court's August 2, 2019 deadline to file pretrial motions does not include motions in limine, and specifically motions to exclude unqualified expert opinions ('Daubert Motions') or any other  motions

to strike or exclude expert witnesses and their testimony." *Id.* at 2. The Port District and the City of San Diego understand that *Daubert* motions will be subject to a motions in limine deadline that the Court will set at the Final Pretrial Conference.

On June 27, 2019, Defendants filed a response in opposition to the motion to clarify, "request[ing] confirmation that the Court's August 2, 2019 deadline to file pretrial motions does include *Daubert* motions, or in the alternative, request[ing] that the Court set a *Daubert* motion deadline near August 2, 2019 to allow the Court time to thoroughly consider those case-narrowing, potentially case-dispositive issues." (ECF No. 400 at 2).

IT IS HEREBY ORDERED that the ex parte motion to modify the hearing on the motion regarding Plaintiffs' damages expert filed by Defendants (ECF No. 398) is GRANTED in part and otherwise denied. The motion is set before this Court.

IT IS FURTHER ORDERED that the Motion to Judicially Estop and Strike the Expert Reports of Plaintiffs' Damages Expert filed by Defendants (ECF No. 383) is DENIED as premature without prejudice and with leave to refile. The Court will set deadlines for motions to exclude experts and motions in limine during the pretrial conference, currently set for December 6, 2019. *See* ECF No. 327; Civil Pretrial & Trial Procedures, https://www.casd.uscourts.gov/Judges/hayes/docs/Hayes%20Civil%20Pretrial%20and%20Trial%20Procedures.pdf.

IT IS FURTHER ORDERED that the motion to clarify the scheduling order filed by the Port District and the City of San Diego (ECF No. 399) is GRANTED in part and otherwise denied. Motions to exclude experts are not subject to the August 2, 2019 pretrial motion deadline. The Court will set deadlines for motions to exclude experts and motions in limine during the pretrial conference.

Dated:  June 28, 2019

Hon. William Q. Hayes
United States District Court