**LATHAM & WATKINS LLP**
Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, California 92130
Tel: 858.523.5400 / Fax: 858.523.5450
Email: robert.howard@lw.com
Email: daniel.brunton@lw.com

**CAPES, SOKOL, GOODMAN AND SARACHAM, PC**
Adam E. Miller, MOBA No. 40945
(Admitted *Pro Hac Vice*)
Michael W. Cromwell, MOBA No. 210511
(Admitted *Pro Hac Vice*)
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, Missouri 63105
Tel.: 314.754.4870 / Fax: 314.754.4811
Email: miller@capessokol.com
Email: cromwell@capessokol.com

Daniel Blakey (Bar No. 143748)
3601 Oak Avenue
Manhattan Beach, California 902066
Tel: 310.545.1723 / Fax: 314.754.4849

Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC

*Additional Counsel on Signature Pages*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | CASE NO. 3:15-cv-00578-WQH-AGS<br><br>*DISCOVERY MATTER*<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA OF CLAY COMPANY AND FOR A PROTECTIVE ORDER**<br><br>Hon. Andrew G. Schopler<br><br>Hearing Date: August 6, 2019<br>Time: 4:00 PM<br>Ctrm: 5c |

**PLEASE TAKE NOTICE** that on August 6, 2019, at 4:00 pm, or as soon thereafter as the matter may be heard before the Honorable Andrew G. Schopler, in Courtroom 5c of the Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, California 92101, Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (collectively "Defendants") will hereby move the Court for an order quashing and/or a protective order against Plaintiff San Diego Unified Port District's ("Port District") Subpoena of Clay Company. This motion is made pursuant to Rules 26(c) and 45(d) of the Federal Rules of Civil Procedure ("Federal Rules").

This motion is made based on this Notice, the supporting Memorandum, the Declaration of Robert M. Howard, the pleadings and records on file in the case, and such arguments as may be presented to the court at or before the hearing on this motion.

## LOCAL RULE 26.1 CERTIFICATE OF COMPLIANCE

Pursuant to Southern District of California Local Rules, Civil Rule 26.1, counsel met and conferred in person and by email on July 1, 2019 in a good faith effort to resolve the issues presented in this motion, following Defendants' written objections to the Port District's Subpoena of Clay Company, sent on June 28, 2019. As described in the accompanying memorandum and in the declaration of Robert M. Howard, the parties were unable to resolve the disputes raised in this motion despite such efforts.

Dated: July 8, 2019

**LATHAM & WATKINS LLP**

By s/ Robert M. Howard
Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, California 92130
Tel: 858.523.5400 / Fax: 858.523.5450
Email: robert.howard@lw.com
Email: daniel.brunton@lw.com

| | |
|---|---|
| 1 | **CAPES, SOKOL, GOODMAN AND SARACHAM, P.C.** |
| 2 | Adam E. Miller, MOBA No. 40945 |
| | (Admitted *Pro Hac Vice*) |
| 3 | Michael W. Cromwell, MOBA No. 210511 |
| 4 | (Admitted *Pro Hac Vice*) |
| | Lisa N. Debord, MOBA No. 210511 |
| 5 | (Admitted *Pro Hac Vice*) |
| | 7701 Forsyth Boulevard, Twelfth Floor |
| 6 | St. Louis, Missouri 63105 |
| | Tel: 314.754.4870 / Fax: 314.754.4811 |
| 7 | Email:  miller@capessokol.com |
| | Email:  cromwell@capessokol.com |
| 8 | |
| | Daniel Blakey (Bar No. 143748) |
| 9 | 3601 Oak Avenue |
| | Manhattan Beach, California 902066 |
| 10 | Tel:  310.545.1723 / Fax:  314.754.4849 |
| 11 | **WHITE AND WILLIAMS LLP** |
| | Thomas M. Goutman (PA. Bar No. 30236) |
| 12 | *(Admitted Pro Hac Vice)* |
| | David S. Haase (PA. Bar No. 73835) |
| 13 | *(Admitted Pro Hac Vice)* |
| | Rosemary R. Schnall, (PA. Bar No. 73455) |
| 14 | *(Admitted Pro Hac Vice)* |
| | 1650 Market Street, Suite 1800 |
| 15 | Philadelphia, PA 19103 |
| | Telephone: 215.864.7057 |
| 16 | Facsimile: 215.789.7557 |
| | Email: goutman@whiteandwilliams.com |
| 17 | Email: haased@whiteandwilliams.com |
| 18 | Richard Campbell (Mass. Bar No. 663934) |
| | (Admitted *Pro Hac Vice*) |
| 19 | Melissa Nott Davis (Mass. Bar No. 654546) |
| 20 | (Admitted *Pro Hac Vice*) |
| | Stephen J. Hansen (Mass. Bar No. 679134) |
| 21 | (Admitted *Pro Hac Vice*) |
| | Brandon L. Arber (Mass. Bar No. 676425) |
| 22 | (Admitted *Pro Hac Vice*) |
| | 101 Arch Street, Suite 1930 |
| 23 | Boston, Massachusetts 02110 |
| | Telephone: 617.748.5209 |
| 24 | Facsimile: 617.748.5201 |
| | Email: campbellrl@whiteandwilliams.com |
| 25 | Email: davism@whiteandwilliams.com |
| | Email: hansens@whiteandwilliams.com |
| 26 | |
| | *Attorneys for Defendants Monsanto* |
| 27 | *Company, Solutia Inc., and Pharmacia LLC* |
| 28 | |

US-DOCS\109407549

CASE NUMBER: 3:15-cv-00578-WQH-AGS
2   DEFS.' NOTICE OF MOT. & MOT. TO QUASH
SUBPOENA OF CLAY CO. & FOR A PROT. ORDER