**LATHAM & WATKINS LLP**
Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, California 92130
Tel: 858.523.5400 / Fax: 858.523.5450
Email: robert.howard@lw.com
Email: daniel.brunton@lw.com

**CAPES, SOKOL, GOODMAN AND SARACHAM, PC**
Adam E. Miller, MOBA No. 40945
(Admitted *Pro Hac Vice)*
Michael W. Cromwell, MOBA No. 210511
(Admitted *Pro Hac Vice*)
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, Missouri 63105
Tel.: 314.754.4870 / Fax: 314.754.4811
Email: miller@capessokol.com
Email: cromwell@capessokol.com

Daniel Blakey (Bar No. 143748)
3601 Oak Avenue
Manhattan Beach, California 902066
Tel: 310.545.1723 / Fax: 314.754.4849

Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation,

Plaintiffs,

v.

MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,

Defendants.

CASE NO. 3:15-cv-00578-WQH-AGS

***DISCOVERY MATTER***

**DECLARATION OF ROBERT M. HOWARD ISO DEFENDANTS' MOTION TO QUASH AND FOR A PROTECTIVE ORDER**

Hon. Andrew G. Schopler

Hearing Date: August 6, 2019
Time: 4:00 PM
Ctrm: 5c

US-DOCS\109391784

CASE NO. 3:15-cv-00578-WQH-AGS // DECL. OF R. HOWARD ISO DEFS.' MOTION TO QUASH DEP. OF CLAY CO. AND FOR PROTECTIVE ORDER

I, Robert M. Howard, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am a partner at Latham & Watkins LLP, counsel of record for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") in the above-captioned action. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. Clay Company is a public affairs and consulting firm that, in the past, worked with Monsanto on public relations in the San Diego area in connection with the pending litigation.

3. At all times, Clay Company worked under the direction of Monsanto's attorneys.

4. Clay Company was retained in July 2016—after the Port District filed this lawsuit in 2015—to advise Defendants' attorneys on the public and government relations aspects of their litigation and defense strategy.

5. Monsanto utilized Clay Company's public relations services beginning in July 2016 through approximately September 2018.

6. Clay Company's work for Monsanto involved coordinating several meetings between Monsanto and other non-decisionmaking stakeholders. This outreach involved communications with businesses and industry groups in the San Diego area that could be impacted by future public nuisance claims, in light of the Port District's pending lawsuit against Monsanto.

7. Clay Company also conducted certain outreach to the San Diego Port Tenants' Association related to the broader impacts of California Senate Bill 859, Section 11, which, beginning in 2018, created standing for trustees of public lands to bring public nuisance claims. These communications focused on the future implications of Senate Bill 859 for the Port's tenants.

8. On or around June 3, 2019, the Port District issued a Subpoena to

US-DOCS\109391784

1

CASE NO. 3:15-cv-00578-WQH-AGS // DECL. OF R. HOWARD ISO DEFS.' MOTION TO QUASH DEP. OF CLAY CO. AND FOR PROTECTIVE ORDER

Testify at a Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) to Clay Company ("30(b)(6) Subpoena"). On or around June 4, 2019, the Port District issued a corrected version of the Subpoena, correcting the deposition time. Attached as **Exhibits 1** and **2** are true and correct copies of the original and corrected 30(b)(6) Subpoenas served on the Clay Company.

9. The Port District also served counsel for Defendants with a Notice of the Subpoena on June 3, 2019 (and served the corrected version of the Notice on June 4, 2019). Attached as **Exhibits 3** and **4** are true and correct copies of Kenneth Blankenship's emails to counsel for Defendants, which attached the Notices of Subpoenas.

10. Clay Company's Rule 30(b)(6) deposition was originally noticed for July 8, 2019. The Port District seeks information regarding: (1) "Clay Company's agreement with Defendants, including the scope of services [Clay Company is] providing and the compensation [Clay Company is] receiving from Defendants," (2) "All Communications between [Clay Company] and Defendants (specifically including their legal counsel) regarding the Port District, its business or operations, PCBs, and/or the Action," (3) "All Communications [Clay Company] ha[s] had with the tenants of the Port District (including, but not limited to members of the San Diego Port Tenants' Association), Concerning the Port District, its business or operations, PCBs, and/or the Action," and (4) "All Communications [Clay Company] ha[s] had with any Third Parties and/or governmental entities Concerning the Port District, its business or operations, PCBs, and/or the Action." *See* **Exhibit 2**.

11. The Subpoena also demands production of (1) "[Clay Company's] contract with Defendants, and any amendments thereto, and any Communications between [Clay Company] and Defendants regarding the contract, amendment, or negotiations concerning the same," (2) "[a]ll documents and communications (specifically including email, text messages, and other ESI/recorded electronic

communications) between or among [Clay Company], Defendants, and any tenants of the Port District (including, but not limited to, members of the San Diego Port Tenants' Association), Concerning the Port District, its business or operations, PCBs and/or the Action," (3) "[a]ll Documents and Communications (specifically including email, text messages, and other recorded electronic communications) between or among [Clay Company], Defendants, and any Third Parties and/or governmental entities Concerning the Port District, its business or operations, PCBs, and/or the Action," and (4) "[a]ll Documents [Clay Company] ha[s] prepared, provided to, or received from Defendants, the Port District's tenants (including, but not limited to, members of the San Diego Port Tenants' Association), governmental entities and/or other Third Parties Concerning the Port District, its business or operations, PCBs, and/or the Action." *See id.*

12. On June 28, 2019, counsel for Defendants sent the Port District's counsel a letter objecting to the Subpoena, and requesting that it be withdrawn. Attached as **Exhibit 5** is a true and correct copy of the June 28, 2019 email and attached objection letter, which I sent to Mr. Tahir L. Boykins of Kelley Drye & Warren LLP.

13. On July 1, 2019, counsel for Defendants met and conferred with counsel for the Port District and requested that the Subpoena be withdrawn. On July 1, 2019, Andrew Homer, counsel to the Port District, advised me orally and through email that the Port District would not agree to withdraw the Subpoena. Attached as **Exhibit 6** is a true and correct copy of Andrew Homer's email sent to me on July 1, 2019.

14. Defendants' counsel advised the Port District's counsel during the meet and confer process that, in light of the Port District's refusal to withdraw the Subpoena, Defendants would be filing a motion to quash and/or for a protective order.

US-DOCS\109391784

3  CASE NO. 3:15-cv-00578-WQH-AGS // DECL. OF R. HOWARD ISO DEFS.' MOTION TO QUASH DEP. OF CLAY CO. AND FOR PROTECTIVE ORDER

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2019.

s/ Robert M. Howard

Robert M. Howard

US-DOCS\109391784

4

CASE NO. 3:15-cv-00578-WQH-AGS // DECL. OF R. HOWARD ISO DEFS.' MOTION TO QUASH DEP. OF CLAY CO. AND FOR PROTECTIVE ORDER

**Index of Exhibits**

| Exhibit | Description | Page(s) |
|---|---|---|
| 1. | Port District's Subpoena to Testify at a Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) to Clay Company dated June 3, 2019 | 6-17 |
| 2. | Corrected Port District Subpoena to Testify at a Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) to Clay Company dated June 4, 2019 | 18-28 |
| 3. | Email from K. Blankenship to counsel for Defendants regarding Notice of Subpoena to Clay Company dated June 3, 2019 | 29-31 |
| 4. | Email from K. Blankenship to counsel for Defendants regarding corrected Notice of Subpoena to Clay Company dated June 4, 2019 | 32-34 |
| 5. | Email from counsel for Defendants sending the Port District's counsel a letter objecting to the Subpoena | 35 - 38 |
| 6. | Email from A. Homer to counsel for Defendants regarding refusal to withdraw subpoena | 39 - 41 |

US-DOCS\109391784

5

CASE NO. 3:15-cv-00578-WQH-AGS // DECL. OF R. HOWARD ISO DEFS.' MOTION TO QUASH DEP. OF CLAY CO. AND FOR PROTECTIVE ORDER