
1 | **LATHAM & WATKINS LLP**
Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, California 92130
Tel: 858.523.5400 / Fax: 858.523.5450
Email: robert.howard@lw.com
Email: daniel.brunton@lw.com

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**
Adam E. Miller, MOBA No. 40945
*(Admitted Pro Hac Vice)*
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, Missouri 63105
Tel: 314.721.7701 / Fax: 314.754.4849
Email: miller@capessokol.com

Daniel Blakey (Bar No. 143748)
3601 Oak Avenue
Manhattan Beach, California 90266
Tel: 310.545.1723 / Fax: 314.754.4849
Email: blakey@capessokol.com

Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC

*Additional Counsel Listed on Signature Page(s)*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, <br><br> Defendants. | CASE NO. 3:15-cv-00578-WQH-AGS <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF CITY OF SAN DIEGO [FRCP 56]** <br><br> *[FILED CONCURRENTLY WITH POINTS AND AUTHORITIES AND SEPARATE STATEMENT OF UNDISPUTED FACTS]* <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** <br><br> Judge: Hon. William Q. Hayes <br> File Date: March 13, 2015 <br> Trial Date: February 18, 2020 <br> Hearing Date: September 9, 2019 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109944237

CASE NUMBER: 3:15-cv-00578-WQH-AGS
DEFENDANTS' NOTICE OF MOTION FOR
SUMMARY JUDGMENT AGAINST CITY

**PLEASE TAKE NOTICE** that on September 9, 2019, or as soon thereafter as the matter may be heard before the Honorable William Q. Hayes, in Courtroom 14B of the James M. Carter and Judith N. Keep U.S. Courthouse, 333 West Broadway, San Diego, California 92101, Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (collectively "Defendants") hereby move the Court for summary judgment or, in the alternative, partial summary judgment under F.R.C.P. Rule 56 as follows.

Defendants file this motion for summary judgment against the City of San Diego because (i) none of its requested damages is available as a matter of law to the City in its non-representative public nuisance claim, and (ii) no genuine issue of material fact exists following discovery to support the City's allegation that a public nuisance exists within the City's stormwater system from PCBs. This motion follows over 50 depositions, including (i) 15 depositions of Plaintiffs' experts, (ii) 17 depositions of Defendants' experts, (iii) the City's Rule 30(b)(6) deposition (three witnesses), (iv) the Port's Rule 30(b)(6) deposition (six witnesses), (v) Monsanto's Rule 30(b)(1) deposition (one witness), and (vi) approximately nine depositions of third-parties and non-retained expert witnesses.

This motion is made based on this Notice, the supporting Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts, the "omnibus" Declaration of Robert M. Howard, the pleadings and records on file in the case, and such arguments as may be presented to the Court at or before the hearing on these motions.

Dated: August 2, 2019                LATHAM & WATKINS LLP

By    s/ Robert M. Howard
Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
Jeffrey P. Carlin (Bar No. 227539)
12670 High Bluff Drive
San Diego, California  92130
Telephone:  858.523.5400

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109944237

1

CASE NUMBER: 3:15-cv-00578-WQH-AGS
DEFENDANTS' NOTICE OF MOTION FOR
SUMMARY JUDGMENT AGAINST CITY

```
 1              Facsimile:  858.523.5450
                Email:  robert.howard@lw.com
 2              Email: daniel.brunton@lw.com
                Email:  jeff.carlin@lw.com
 3
 4              CAPES, SOKOL, GOODMAN
                & SARACHAN, P.C.
 5              Adam E. Miller, MOBA No. 40945
                (Admitted Pro Hac Vice)
 6              Michael W. Cromwell, MOBA No. 210511
                (Admitted Pro Hac Vice)
 7              Lisa N. Debord, MOBA No. 61658
                (Admitted Pro Hac Vice)
 8              7701 Forsyth Boulevard, Twelfth Floor
                St. Louis, Missouri 63105
 9              Telephone: 314.721.7701
                Facsimile: 314.754.4849
10              Email: miller@capessokol.com
                Email: cromwell@capessokol.com
11
12              Daniel Blakey (Bar No. 143748)
                3601 Oak Avenue
13              Manhattan Beach, California 90266
                Telephone: 310.545.1723
14              Facsimile: 314.754.4849
                Email: blakey@capessokol.com
15
16              WHITE AND WILLIAMS LLP
                Rosemary R. Schnall, (PA. Bar No. 73455)
17              (Admitted Pro Hac Vice)
                1650 Market Street, Suite 1800
18              Philadelphia, PA 19103
                Telephone: 215.864.7057
19              Facsimile: 215.789.7557
                Email: schnallr@whiteandwilliams.com
20
                Melissa Nott Davis (Mass. Bar No. 654546)
21              (Admitted Pro Hac Vice)
                Stephen J. Hansen (Mass. Bar No. 679134)
22              (Admitted Pro Hac Vice)
                Brandon L. Arber (Mass. Bar No. 676425)
23              (Admitted Pro Hac Vice)
                101 Arch Street, Suite 1930
24              Boston, Massachusetts 02110
                Telephone: 617.748.5209
25              Facsimile:  617.748.5201
                Email:  davism@whiteandwilliams.com
26              Email: hansens@whiteandwilliams.com
                Email: arberb@whiteandwilliams.com
27
28
```

LATHAM&WATKINS LLP US-DOCS\109944237
ATTORNEYS AT LAW
SAN DIEGO

2

CASE NUMBER: 3:15-cv-00578-WQH-AGS
DEFENDANTS' NOTICE OF MOTION FOR
SUMMARY JUDGMENT AGAINST CITY

|    |                                                                                                                   |
|----|-------------------------------------------------------------------------------------------------------------------|
| 1  | SHOOK HARDY & BACON LLP                                                                                           |
| 2  | Thomas M. Goutman (PA. Bar No. 30236)<br>*(Admitted Pro Hac Vice)*                                                |
| 3  | David S. Haase (PA. Bar No. 73835)<br>*(Admitted Pro Hac Vice)*                                                   |
| 4  | Two Commerce Square<br>2001 Market Street, Suite 3000                                                             |
| 5  | Philadelphia, PA 19103<br>Telephone: 215.278.2555                                                                 |
| 6  | Facsimile:  215.278.2594<br>Email: tgoutman@shb.com                                                               |
| 7  | Email: dhaase@shb.com                                                                                             |
| 8  | Richard Campbell (Mass. Bar No. 663934)                                                                           |
| 9  | *(Admitted Pro Hac Vice)*<br>101 Federal Street, 19th Floor                                                       |
| 10 | Boston, MA 02110<br>Telephone: 816.559.4025                                                                       |
| 11 | Email: rcampbell@sbhb.com                                                                                         |
| 12 | *Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*                                      |

LATHAM&WATKINS LLP  US-DOCS\109944237
ATTORNEYS AT LAW
SAN DIEGO

3

CASE NUMBER: 3:15-cv-00578-WQH-AGS
DEFENDANTS' NOTICE OF MOTION FOR
SUMMARY JUDGMENT AGAINST CITY