1  **LATHAM & WATKINS LLP**
   Robert M. Howard (Bar No. 145870)
2  Daniel P. Brunton (Bar No. 218615)
   12670 High Bluff Drive
3  San Diego, California 92130
   Tel: 858.523.5400 / Fax: 858.523.5450
4  Email: robert.howard@lw.com
   Email: daniel.brunton@lw.com
5
   **CAPES, SOKOL, GOODMAN**
6  **& SARACHAN, P.C.**
   Adam E. Miller, MOBA No. 40945
7  *(Admitted Pro Hac Vice)*
   7701 Forsyth Boulevard, Twelfth Floor
8  St. Louis, Missouri 63105
   Tel: 314.721.7701 / Fax: 314.754.4849
9  Email: miller@capessokol.com

10  Daniel Blakey (Bar No. 143748)
    3601 Oak Avenue
11  Manhattan Beach, California 90266
    Tel: 310.545.1723 / Fax: 314.754.4849
12  Email: blakey@capessokol.com

13  Attorneys for Defendants Monsanto Company,
    Solutia Inc., and Pharmacia LLC

14  *Additional Counsel Listed on Signature Page(s)*

15            **UNITED STATES DISTRICT COURT**

16            **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | CASE NO. 3:15-cv-00578-WQH-AGS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF SAN DIEGO UNIFIED PORT DISTRICT (ABATEMENT)**<br><br>*[FILED CONCURRENTLY WITH POINTS AND AUTHORITIES AND SEPARATE STATEMENT OF UNDISPUTED FACTS]*<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Judge: Hon. William Q. Hayes<br>File Date: March 13, 2015<br>Trial Date: February 18, 2020<br>Hearing Date: September 9, 2019 |

LATHAM & WATKINS LLP  US-DOCS\109943196
ATTORNEYS AT LAW
SAN DIEGO

CASE NUMBER: 3:15-cv-00578-WQH-AGS
DEFENDANTS' NOTICE OF MOTION FOR
SUMMARY JUDGMENT (ABATEMENT)

**PLEASE TAKE NOTICE** that on September 9, 2019, or as soon thereafter as the matter may be heard before the Honorable William Q. Hayes, in Courtroom 14B of the James M. Carter and Judith N. Keep U.S. Courthouse, 333 West Broadway, San Diego, California 92101, Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (collectively "Defendants") hereby move the Court for summary judgment or, in the alternative, partial summary judgment under F.R.C.P. Rule 56 as follows.

Defendants file this motion for summary judgment against the Port on its public nuisance and purpresture claims to the extent these two redundant claims seek a judicially established abatement fund based upon, among other things, unpermitted and completely "theoretical" dredging and filling projects and unreliable cost estimates. In so doing, the Port improperly seeks to displace through common law extensive statutory and regulatory authority vesting dredging/filling licensing and approval decisions in San Diego Bay in the California Regional Water Quality Control Board, San Diego Region ("Regional Board"). Because the Regional Board has not approved any dredge or fill project, the Port's requested abatement relief is also unripe.

This motion follows over 50 depositions, including (i) 15 depositions of Plaintiffs' experts, (ii) 17 depositions of Defendants' experts, (iii) the City of San Diego's Rule 30(b)(6) deposition (three witnesses), (iv) the Port's Rule 30(b)(6) deposition (six witnesses), (v) Monsanto's Rule 30(b)(1) deposition (one witness), and (vi) approximately nine depositions of third-parties and non-retained expert witnesses.

This motion is made based on this Notice, the supporting Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts, the "omnibus" Declaration of Robert M. Howard, the pleadings and records on file in the case, and such arguments as may be presented to the Court at or before the hearing on these motions.

| | |
|---|---|
| 1  Dated:  August 2, 2019 | LATHAM & WATKINS LLP |
| 2 | |
| 3 | By   s/ Robert M. Howard |
|   | Robert M. Howard (Bar No. 145870) |
| 4 | Daniel P. Brunton (Bar No. 218615) |
|   | Jeffrey P. Carlin (Bar No. 227539) |
| 5 | 12670 High Bluff Drive |
|   | San Diego, California  92130 |
| 6 | Telephone:  858.523.5400 |
|   | Facsimile:  858.523.5450 |
| 7 | Email:  robert.howard@lw.com |
|   | Email: daniel.brunton@lw.com |
| 8 | Email:  jeff.carlin@lw.com |
| 9 | |
|   | CAPES, SOKOL, GOODMAN |
| 10 | & SARACHAN, P.C. |
|   | Adam E. Miller, MOBA No. 40945 |
| 11 | *(Admitted Pro Hac Vice)* |
|   | Michael W. Cromwell, MOBA No. 210511 |
| 12 | *(Admitted Pro Hac Vice)* |
|   | Lisa N. Debord, MOBA No. 61658 |
| 13 | *(Admitted Pro Hac Vice)* |
|   | 7701 Forsyth Boulevard, Twelfth Floor |
| 14 | St. Louis, Missouri 63105 |
|   | Telephone: 314.721.7701 |
| 15 | Facsimile: 314.754.4849 |
|   | Email: miller@capessokol.com |
| 16 | Email: cromwell@capessokol.com |
| 17 | |
|   | Daniel Blakey (Bar No. 143748) |
| 18 | 3601 Oak Avenue |
|   | Manhattan Beach, California 90266 |
| 19 | Telephone: 310.545.1723 |
|   | Facsimile: 314.754.4849 |
| 20 | Email: blakey@capessokol.com |
| 21 | |
|   | WHITE AND WILLIAMS LLP |
| 22 | Rosemary R. Schnall*,* (PA. Bar No. 73455) |
|   | *(Admitted Pro Hac Vice)* |
| 23 | 1650 Market Street, Suite 1800 |
|   | Philadelphia, PA 19103 |
| 24 | Telephone: 215.864.7057 |
|   | Facsimile: 215.789.7557 |
| 25 | Email: schnallr@whiteandwilliams.com |
| 26 | |
| 27 | |
| 28 | |

LATHAM&WATKINS LLP US-DOCS\109943196
ATTORNEYS AT LAW
SAN DIEGO

2

CASE NUMBER: 3:15-cv-00578-WQH-AGS
DEFENDANTS' NOTICE OF MOTION FOR
SUMMARY JUDGMENT (ABATEMENT)

| | |
|---|---|
| 1 | |
| 2 | Melissa Nott Davis (Mass. Bar No. 654546) |
| 3 | (Admitted *Pro Hac Vice*) |
|   | Stephen J. Hansen (Mass. Bar No. 679134) |
| 4 | (Admitted *Pro Hac Vice*) |
|   | Brandon L. Arber (Mass. Bar No. 676425) |
| 5 | (Admitted *Pro Hac Vice*) |
|   | 101 Arch Street, Suite 1930 |
| 6 | Boston, Massachusetts 02110 |
|   | Telephone: 617.748.5209 |
| 7 | Facsimile:  617.748.5201 |
|   | Email:  davism@whiteandwilliams.com |
| 8 | Email: hansens@whiteandwilliams.com |
|   | Email: arberb@whiteandwilliams.com |
| 9 | |
| 10 | SHOOK HARDY & BACON LLP |
|    | Thomas M. Goutman (PA. Bar No. 30236) |
| 11 | *(Admitted Pro Hac Vice)* |
|    | David S. Haase (PA. Bar No. 73835) |
| 12 | *(Admitted Pro Hac Vice)* |
|    | Two Commerce Square |
| 13 | 2001 Market Street, Suite 3000 |
|    | Philadelphia, PA 19103 |
| 14 | Telephone: 215.278.2555 |
|    | Facsimile:  215.278.2594 |
| 15 | Email: tgoutman@shb.com |
|    | Email: dhaase@shb.com |
| 16 | |
| 17 | Richard Campbell (Mass. Bar No. 663934) |
|    | (Admitted *Pro Hac Vice*) |
| 18 | 101 Federal Street, 19th Floor |
|    | Boston, MA 02110 |
| 19 | Telephone: 816.559.4025 |
|    | Email: rcampbell@sbhb.com |
| 20 | |
| 21 | *Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109943196

3

CASE NUMBER: 3:15-cv-00578-WQH-AGS
DEFENDANTS' NOTICE OF MOTION FOR
SUMMARY JUDGMENT (ABATEMENT)