**LATHAM & WATKINS LLP**
Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, California 92130
Tel: 858.523.5400 / Fax: 858.523.5450
Email: robert.howard@lw.com
Email: daniel.brunton@lw.com

**CAPES, SOKOL, GOODMAN
AND SARACHAM, PC**
Adam E. Miller, MOBA No. 40945
(Admitted *Pro Hac Vice*)
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, Missouri 63105
Tel.: 314.754.4870 / Fax: 314.754.4811
Email: miller@capessokol.com
Email: cromwell@capessokol.com

Daniel Blakey (Bar No. 143748)
3601 Oak Avenue
Manhattan Beach, California 902066
Tel: 310.545.1723 / Fax: 314.754.4849
Email: blakey@capessokol.com

Attorneys for Defendants Monsanto
Company, Solutia Inc., and Pharmacia LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, <br><br> Defendants. | CASE NO. 3:15-cv-00578-WQH-AGS <br><br> **OMNIBUS DECLARATION OF ROBERT M. HOWARD IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFFS CITY OF SAN DIEGO AND SAN DIEGO UNIFIED PORT DISTRICT** <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** <br><br> Judge: Hon. William Q. Hayes <br> File Date: March 13, 2015 <br> Trial Date: February 18, 2020 <br> Hearing Date: September 9, 2019 |

LATHAM&WATKINS LLP  US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

1        I, Robert M. Howard, hereby declare:

2        1.     I am an attorney licensed to practice law in the State of California and

3 am admitted before this Court.  I am a partner at Latham & Watkins LLP, counsel

4 of record for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC

5 ("Defendants") in the above-captioned action.  I have personal knowledge of the

6 matters recited herein, and if called upon to testify concerning them under oath, I

7 could and would testify competently thereto.

8        2.     I make this declaration in support of Defendants' four motions for

9 summary judgment or partial summary judgment.  As set forth below, copies of the

10 documents, exhibits, and transcripts cited in the four motions are attached to this

11 declaration.

12        3.     Attached as **Exhibit 1** are true and correct copies of the deposition

13 transcripts of San Diego Unified Port District ("Port") Rule 30(b)(6) witness,

14 David Michael Johns (Windward Environmental LLC), taken on April 30 and May

15 1, 2019.

16        4.     Attached as **Exhibit 2** is a true and correct copy of the deposition

17 transcript of Port Rule 30(b)(6) witness, Eileen Maher (Port Director of

18 Environmental Conservation), taken on May 7, 2019.

19        5.     Attached as **Exhibit 3** are true and correct copies of the deposition

20 transcripts of Port Rule 30(b)(6) witness, Karen Holman (Port Director of

21 Environmental Protection), taken on May 16 and June 13, 2019.

22        6.     Attached as **Exhibit 4** are true and correct copies of the deposition

23 transcripts of Port Rule 30(b)(6) witness, Duane Bennett (Former Port Attorney),

24 taken on May 8 and 9, 2019.

25        7.     Attached as **Exhibit 5** is a true and correct copy of the deposition

26 transcript of Port Rule 30(b)(6) witness, Jason Giffen (Port Assistant Vice

27 President of Planning and Green Port), taken on May 15, 2019.

28 / / /

LATHAM&WATKINS^LLP US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

8.      Attached as **Exhibit 6** is a true and correct copy of the deposition transcript of Port Rule 30(b)(6) witness, Cid Tesoro (Port Assistant Vice President of Infrastructure), taken on May 2, 2019.

9.      Attached as **Exhibit 7** is a true and correct copy of the deposition transcript of Port employee, Paul Brown, taken on June 11, 2019.

10.     Attached as **Exhibit 8** are true and correct copies of the deposition transcripts of City of San Diego ("City") Rule 30(b)(6) witness, Ruth Kolb (Program Manager for City of San Diego Storm Water Division), taken on June 21 and 25, 2019.

11.     Attached as **Exhibit 9** is a true and correct copy of the deposition transcript of City Rule 30(b)(6) witness, Roger Wammack (Assistant Deputy Director, Operations and Maintenance, City of San Diego Storm Water Division), taken on June 24, 2019.

12.     Attached as **Exhibit 10** is a true and correct copy of the deposition transcript of City Rule 30(b)(6) witness, Shawn Brown (City Attorney's Office Inspector), taken on June 26, 2019.

13.     Attached as **Exhibit 11** is a true and correct copy of the deposition transcript of Port Tenants Association President, Sharon Cloward, taken on April 24, 2019.

14.     Attached as **Exhibit 12** is a true and correct copy of the deposition transcript of Norman Abell, Managing Partner of San Diego Bay Aquaculture, taken on April 26, 2019.

15.     Attached as **Exhibit 13** is a true and correct copy of the deposition transcript of Torre Polizzi, Principal of Sunken Seaweed, taken on June 25, 2019.

16.     Attached as **Exhibit 14** is a true and correct copy of the deposition transcript of Richard Motta, High Seas Fuel Dock, taken on July 2, 2019.

17.     Attached as **Exhibit 15** is a true and correct copy of the deposition transcript of Port and City expert, William D. Golightly, taken on June 4, 2019.

LATHAM&WATKINS LLP  US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

2

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

18.     Attached as **Exhibit 16** is a true and correct copy of the deposition transcript of Port and City expert, Philip Bedient, Ph.D., taken on June 7, 2019.

19.     Attached as **Exhibit 17** is a true and correct copy of the deposition transcript of Port expert, Paul Fuglevand, taken on June 19, 2019.

20.     Attached as **Exhibit 18** is a true and correct copy of the deposition transcript of City expert, J. Michael Trapp, Ph.D., taken on June 19, 2019.

21.     Attached as **Exhibit 19** is a true and correct copy of the deposition transcript of Port and City expert, John Toll, Ph.D., taken on June 21, 2019.

22.     Attached as **Exhibit 20** is a true and correct copy of the deposition transcript of Port and City expert, Ann S. Jones, Ph.D., taken on June 24, 2019.

23.     Attached as **Exhibit 21** is a true and correct copy of the deposition transcript of Port and City expert, Charles J. Cicchetti, Ph.D., taken on July 10, 2019.

24.     Attached as **Exhibit 22** is a true and correct copy of the deposition transcript of Port and City expert, Richard DeGrandchamp, taken on June 18, 2019.

25.     Attached as **Exhibit 23** is a true and correct copy of the deposition transcript of Defendants' expert, Richard G. Luthy, Ph.D., taken on July 12, 2019.

26.     Attached as **Exhibit 24** is a true and correct copy of the Expert Report of Paul Fuglevand, produced by Port on April 5, 2019.

27.     Attached as **Exhibit 25** is a true and correct copy of the Supplement to Expert Report of Paul Fuglevand, produced by the Port on May 8, 2019.

28.     Attached as **Exhibit 26** is a true and correct copy of the Expert Statement of Ann S. Jones, produced by the Port and the City on April 5, 2019.

29.     Attached as **Exhibit 27** is a true and correct copy of the Response to Expert Statements by Ann S. Jones, produced by the Port and the City on June 14, 2019.

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

3

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

30.     Attached as **Exhibit 28** is a true and correct copy of the Expert Report of John Toll, produced by the Port and the City on April 5, 2019.

31.     Attached as **Exhibit 29** is a true and correct copy of the Expert Opinion Report of J. Michael Trapp, produced by the City on April 19, 2019.

32.     Attached as **Exhibit 30** is a true and correct copy of the Expert Report of Charles J. Cicchetti, produced by the Port and the City on April 5, 2019.

33.     Attached as **Exhibit 31** is a true and correct copy of the Rebuttal Expert Report of Charles J. Cicchetti, produced by the Port and the City on June 14, 2019.

34.     Attached as **Exhibit 32** is a true and correct copy of the Expert Report of Jason Conder, Ph.D., produced by Defendants on May 10, 2019.

35.     Attached as **Exhibit 33** is a true and correct copy of the Expert Report of Gary H. London, produced by Defendants on May 10, 2019.

36.     Attached as **Exhibit 34** is a true and correct copy of the Expert Report of Richard G. Luthy, Ph.D., produced by Defendants on May 10, 2019.

37.     Attached as **Exhibit 35** is a true and correct copy of the Transcript of Hearing on the City's Motion to Sever, *San Diego Unified Port District v. Monsanto Co.*, Case No. 3:15-cv-0578, taken on February 27, 2019.

38.     Attached as **Exhibit 36** is a true and correct copy of Exhibit 8 to the deposition of Sharon Cloward, entitled U.S.S. Midway Museum, Museum Fact Sheet, updated December 26, 2017.

39.     Attached as **Exhibit 37** is a true and correct copy of Exhibit 5 to the deposition of D. Michael Johns, Letter from the Port (David Merk) to the California Regional Water Quality Control Board (Song Her) regarding Comment Letter – 2006 Federal CWA Section 303(d) List, dated October 20, 2006.

40.     Attached as **Exhibit 38** is a true and correct copy of Exhibit 10 to the deposition of Port/City Expert Philip Bedient, Ph.D., City of San Diego Characterization and Assessment of Storm Drain Sediments from Switzer Creek,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

4

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

1    dated March 20, 2009.

2        41.    Attached as **Exhibit 39** is a true and correct copy of Exhibit 14 to the

3    deposition of D. Michael Johns, excerpts of the Joint U.S. Navy-Port report

4    entitled San Diego Bay – Integrated Natural Resources Plan, dated September

5    2013.

6        42.    Attached as **Exhibit 40** is a true and correct copy of Exhibit 17 to the

7    deposition of D. Michael Johns, California Regional Water Quality Control Board,

8    San Diego Region ("Regional Board"), Cleanup and Abatement Order No. 86-92,

9    dated October 17, 1986.

10       43.    Attached as **Exhibit 41** is a true and correct copy of Exhibit 18 to the

11   deposition of D. Michael Johns, Regional Board Cleanup and Abatement Order

12   No. 95-21, dated May 24, 1995.

13       44.    Attached as **Exhibit 42** is a true and correct copy of Exhibit 19 to the

14   deposition of D. Michael Johns & Exhibit 36 to the deposition of R. Kolb,

15   Regional Board Cleanup and Abatement Order No. R9-2012-0024, dated March

16   14, 2012.

17       45.    Attached as **Exhibit 43** is a true and correct copy of Exhibit 29 to the

18   deposition of D. Michael Johns, the Port Master Plan, dated August 2017.

19       46.    Attached as **Exhibit 44** is a true and correct copy of Exhibit 34 to the

20   deposition of D. Michael Johns, Office of Environmental Health Hazard

21   Assessment, Information About Eating Fish from San Diego Bay, dated October

22   2013.

23       47.    Attached as **Exhibit 45** is a true and correct copy of Exhibit 54 to the

24   deposition of D. Michael Johns, Convair Lagoon Basis of Design Report,

25   Submitted to the Regional Board by Teledyne Ryan Aeronautical, dated June 1992.

26       48.    Attached as **Exhibit 46** is a true and correct copy of Exhibit 89 to the

27   deposition of Eileen Maher, 2008 San Diego Bay Eelgrass Inventory and

28   Bathymetry Update, presented by Eric Chavez to the San Diego Unified Port

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

5

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

1     District Environmental Advisory Committee, dated September 10, 2009.

2           49.      Attached as **Exhibit 47** is a true and correct copy of Exhibit 93 to the

3     deposition of Eileen Maher, Coastal Development Permit for the Convair Lagoon

4     Sandcapping Project, dated October 24, 1996.

5           50.      Attached as **Exhibit 48** is a true and correct copy of Exhibit 94 to the

6     deposition of Eileen Maher, Board of Port Commissioners Resolution 93-325,

7     Final Environmental Impact Report/Remedial Action Plan regarding Convair

8     Lagoon Remediation, dated October 19, 1993.

9           51.      Attached as **Exhibit 49** is a true and correct copy of Exhibit 95 to the

10     deposition of Eileen Maher, Coastal Development Permit for Sediment

11     Remediation and Aquatic Enhancement at the Former Campbell Shipyard,

12     approved by the Board of Port Commissioners on August 31, 2004.

13           52.      Attached as **Exhibit 50** is a true and correct copy of Exhibit 132 to the

14     deposition of Duane Bennett, Lease Termination Agreement between the Port and

15     Campbell Industries, dated November 16, 1999.

16           53.      Attached as **Exhibit 51** is a true and correct copy of Exhibit 168 to the

17     deposition of Jason Giffen, printout of the San Diego Anglers Foundation website

18     "Programs" page, dated May 18, 2019.

19           54.      Attached as **Exhibit 52** is a true and correct copy of Exhibit 169 to the

20     deposition of Jason Giffen, printout of "Port-Sponsored Events:  23rd Annual

21     Open Bay Bass Tournament" page from the Port's website, dated February 16,

22     2019.

23           55.      Attached as **Exhibit 53** is a true and correct copy of Exhibit 183 to the

24     deposition of Jason Giffen, Blue Economy Agreement between the Port and San

25     Diego Bay Aquaculture, LLC for Shellfish FLUPSY Demonstration Project, dated

26     September 15, 2017.

27           56.      Attached as **Exhibit 54** is a true and correct copy of Exhibit 186 to the

28     deposition of Jason Giffen, Blue Economy Agreement between the Port and

LATHAM&WATKINS_LLP_
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

6

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

1    Sunken Seaweed, LLC for Seaweed Farm Demonstration Project, dated July 23,

2    2018.

3         57.    Attached as **Exhibit 55** is a true and correct copy of Exhibit 11 to the

4    deposition of Port/City Expert Philip Bedient, Ph.D., Chollas Creek and Paleta

5    Creek Storm Drain Characterization Study, submitted by Tetra Tech to the City on

6    July 16, 2010.

7         58.    Attached as **Exhibit 56** is a true and correct copy of Exhibit 196 to the

8    deposition of Karen Holman, Letter from the Port to the Regional Board regarding

9    San Diego Unified Port District Should Not Be Added as Responsible Party for

10   Compliance for NPDES Permits, dated February 20, 1991.

11        59.    Attached as **Exhibit 57** is a true and correct copy of Exhibit 12 to the

12   deposition of Port/City Expert Philip Bedient, Ph.D., Downtown Anchorage/B

13   Street/Broadway Piers Storm Drain Characterization Study, submitted by Tetra

14   Tech to the City on July 16, 2010.

15        60.    Attached as **Exhibit 58** is a true and correct copy of Exhibit 6 to the

16   deposition of Paul Fuglevand, Cost Estimates for 9 San Diego Bay Dredging

17   Scenarios and Assumptions.

18        61.    Attached as **Exhibit 59** is a true and correct copy of Exhibit 12 to the

19   deposition of Paul Fuglevand, Draft Final Basis of Design Memorandum:  San

20   Diego Shipyard Sediment Site – North Shipyard, prepared by Anchor QEA, L.P.,

21   dated August 2013.

22        62.    Attached as **Exhibit 60** is a true and correct copy of Exhibit 38 to the

23   deposition of Ruth Kolb, City of San Diego's Comprehensive Annual Financial

24   Report for the Fiscal Year Ended June 30, 2015, issued by the City on December 8,

25   2015.

26        63.    Attached as **Exhibit 61** is a true and correct copy of Exhibit 41 to the

27   deposition of Ruth Kolb, Regional Board Order No. R9-2013-0001, amended

28   November 18, 2015.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

7

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

64.     Attached as **Exhibit 62** is a true and correct copy of Exhibit 42 to the deposition of Ruth Kolb, San Diego Bay Watershed Management Area Water Quality Improvement Plan, submitted to the Regional Board, dated June 2015.

65.     Attached as **Exhibit 63** is a true and correct copy of Exhibit 13 to the deposition of Charles J. Cicchetti, State Lands Commission Benchmark Rental Rates, dated 2016.

66.     Attached as **Exhibit 64** is a true and correct copy of an Order on Joint Motion for Determination of Good Faith Settlement, *City of San Diego v. National Steel & Shipbuilding Co.*, Case No. 09-cv-2275-WQH (BGS) (S.D. Cal.), dated Apr. 21, 2015.

67.     Attached as **Exhibit 65** is a true and correct copy of an Order Confirming Good Faith Settlement, *City of San Diego v. National Steel & Shipbuilding Co.*, Case No. 09-cv-2275-WQH (BGS) (S.D. Cal.), dated May 12, 2015.

68.     Attached as **Exhibit 66** is a true and correct copy of the City's Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures, served May 12, 2017.

69.     Attached as **Exhibit 67** is a true and correct copy of the City's First Amended Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures, served October 10, 2017.

70.     Attached as **Exhibit 68** is a true and correct copy of the Port's Amended Damages and Abatement Disclosures, served February 26, 2019.

71.     Attached as **Exhibit 69** is a true and correct copy of the Port's Second Amended Damages and Abatement Disclosures, served April 4, 2019.

72.     Attached as **Exhibit 70** is a true and correct copy of the Port's Supplemental Responses to Pharmacia LLC's Special Interrogatories (Set Six [Nos. 17 and 18]), served May 10, 2019.

73.     Attached as **Exhibit 71** is a true and correct copy of the City's Amended Fifth Supplemental Responses to Pharmacia LLC's Special

LATHAM&WATKINS LLP US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

8

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

1    Interrogatories (Set One), served July 3, 2019.

2        74.    Attached as **Exhibit 72** is a true and correct copy of the Final

3    Environmental Impact Report/Final Remedial Action Plan for the Convair Lagoon

4    Remediation, prepared by Ogden Environmental and Energy Services for the Port,

5    dated October 1993.

6        75.    Attached as **Exhibit 73** is a true and correct copy of the Convair

7    Lagoon Post Closure Monitoring Report, prepared by Geosyntec Consultants,

8    dated August 14, 2018, and available on the Regional Board's website at

9    https://geotracker.waterboards.ca.gov/esi/uploads/geo_report/4304220795/L10008

10   531269.PDF.

11       76.    Attached as **Exhibit 74** is a true and correct copy of Port Resolution

12   2003-197, Campbell Sediment Remediation Aquatic Enhancement Project:

13   Certification of Final Supplemental Environmental Impact Report, dated December

14   2, 2003.

15       77.    Attached as **Exhibit 75** is a true and correct copy of Regional Board

16   Order No. R9-2013-0093, Waste Discharge Requirements for National Steel and

17   Shipbuilding Company, dated July 10, 2013, and available on the Regional

18   Board's website at

19   https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2013/R

20   9-2013-0093.pdf.

21       78.    Attached as **Exhibit 76** is a true and correct copy of Regional Board

22   Investigative Order No. R9-2017-0082, An Order Directing Continental Maritime

23   of San Diego, the California Department of Transportation, and the City of San

24   Diego to Submit Technical Reports Pertaining to an Investigation of Sediment

25   Chemistry in San Diego Bay Adjacent to Continental Maritime of San Diego,

26   dated August 4, 2017, and available on the Regional Board's website at

27   https://www.waterboards.ca.gov/sandiego/board_decisions/adopted_orders/2017/R

28   9-2017-0082.pdf.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO                        US-DOCS\109825133

9

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

1    79.    Attached as **Exhibit 77** is a true and correct copy of a letter from the

2  Regional Board regarding Order No. R9-2019-0106, Denial of Water Quality

3  Certification and Waiver of Waste Discharge Requirements for the Otay Hills

4  Construction Aggregate and Inert Debris Engineered Fill Operation Project, dated

5  May 13, 2019, and available on the Regional Board's website at

6  https://www.waterboards.ca.gov/water_issues/prorgrams/401_certification/docs/de

7  nied/2019/R9-2019-0106.pdf.

8    80.    Attached as **Exhibit 78** is a true and correct copy of an Order on Good

9  Faith Settlement, *City of San Diego v. National Steel & Shipbuilding Co.*, Case No.

10  09-cv-2275-WQH (JLB) (S.D. Cal.), dated July 10, 2014.

11    81.    Attached as **Exhibit 79** is a true and correct copy of the Settlement

12  Agreement entered in *City of San Diego v. National Steel & Shipbuilding Co.*,

13  Case No. 09-cv-2275-WQH (JLB) (S.D. Cal.), dated October 2, 2015.

14    82.    Attached as **Exhibit 80** is a true and correct copy of a letter from

15  Anchor QEA to the Regional Board, attaching the Final Cleanup and Abatement

16  Completion Report for the San Diego Shipyard Sediment Site, dated July 14, 2016.

17    83.    Attached as **Exhibit 81** is a true and correct copy of a letter from the

18  Regional Board to BAE Systems Ship Repair Inc. and NASSCO regarding the

19  North Shipyard Remedial Action Plan Implementation Report and Final Cleanup

20  and Abatement Completion Report for the San Diego Shipyard Sediment Site,

21  dated November 23, 2016.

22    84.    Attached as **Exhibit 82** is a true and correct copy of excerpts of the

23  California State Water Resources Control Board Staff Report and Substitute

24  Environmental Document for Amendments to the Water Quality Control Plan for

25  Enclosed Bays and Estuaries – Part 1: Sediment Quality, dated June 5, 2018, and

26  available on the State Water Resources Control Board's website at

27  https://www.waterboards.ca.gov/water_issues/programs/bptcp/docs/sediment/sqofu

28  llstaffreport.pdf.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

10

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

85.     Attached as **Exhibit 83** is a true and correct copy of a letter from the San Diego Bay Environmental Restoration Fund to the Regional Board regarding Remedial Monitoring Progress Report, dated February 5, 2019.

86.     Attached as **Exhibit 84** is a redacted copy of Plaintiff San Diego Unified Port District's Draft Resolution Authorizing Contingent Fee Agreement with Jackson Gilmour & Dobbs PC for Legal Services Related to *SDUPD v. Monsanto Co.*, dated August 11, 2015, and obtained from the Port's website.

87.     Attached as **Exhibit 85** is a true and correct copy of the deposition transcript of Port expert, James R. Olson, taken on June 25, 2019.

88.     Attached as **Exhibit 86** is a true and correct copy of Exhibit 8 to the deposition of Richard G. Luthy, Ph.D., Spreadsheet of Analysis of Invoices attached to City expert Michael Trapp's Report.

89.     Attached as **Exhibit 87** is a true and correct copy of Exhibit 9 to the deposition of Richard G. Luthy, Ph.D., Spreadsheet of Shipyard Invoices.

90.     Attached as **Exhibit 88** is a true and correct copy of an Order Confirming Good Faith Settlement, *City of San Diego v. National Steel & Shipbuilding Co.*, Case No. 09-cv-2275-WQH (JLB) (S.D. Cal.), dated November 13, 2015.


I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2019.


                              s/ Robert M. Howard
                              Robert M. Howard

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

11

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

**Index of Exhibits**

| Ex. | Description | Date(s) | Page(s) |
|---|---|---|---|
| 1. | Deposition Transcript of D. Michael Johns (Port Rule 30(b)(6) witness), Windward Environmental LLC | Apr. 30, 2019 May 1, 2019 | 24-191 |
| 2. | Deposition Transcript of Eileen Maher (Port Rule 30(b)(6) witness), Port Director of Environmental Conservation | May 7, 2019 | 192-300 |
| 3. | Deposition Transcript of Karen Holman (Port Rule 30(b)(6) witness), Port Director of Environmental Protection | May 16, 2019 June 13, 2019 | 301-475 |
| 4. | Deposition Transcript of Duane Bennett (Port Rule 30(b)(6) witness), Former Port Attorney | May 8, 2019 May 9, 2019 | 476-664 |
| 5. | Deposition Transcript of Jason Giffen (Port Rule 30(b)(6) witness), Port Assistant Vice President of Planning and Green Port | May 15, 2019 | 665-780 |
| 6. | Deposition Transcript of Cid Tesoro (Port Rule 30(b)(6) witness),  Port Assistant VP of Infrastructure | May 2, 2019 | 781-850 |
| 7. | Deposition Transcript of Paul Brown, Port employee, Port Dept. of Env. Protection | June 11, 2019 | 851-952 |
| 8. | Deposition Transcript of Ruth Kolb (City Rule 30(b)(6) witness), Program Manager, Storm Water Inspections, City of San Diego Storm Water Division | June 21, 2019 June 25, 2019 | 953-1134 |

LATHAM&WATKINS LLP US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

12

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Pages(s) |
|---|---|---|---|
| 9. | Deposition Transcript of Roger Wammack (City Rule 30(b)(6) witness), Assistant Deputy Director, Operations and Maintenance, City of San Diego Storm Water Division | June 24, 2019 | 1135-1180 |
| 10. | Deposition Transcript of Shawn Brown (City Rule 30(b)(6) witness),  City Attorney's Office Inspector | June 26, 2019 | 1181-1232 |
| 11. | Deposition Transcript of Sharon Cloward, Port Tenant Association President | Apr. 24, 2019 | 1233-1323 |
| 12. | Deposition Transcript of Norman Abell, Managing Partner of San Diego Bay Aquaculture | Apr. 26, 2019 | 1324-1379 |
| 13. | Deposition Transcript of Torre Polizzi, Principal of Sunken Seaweed | June 25, 2019 | 1380-1427 |
| 14. | Deposition Transcript of Richard Motta, High Seas Fuel Dock | July 2, 2019 | 1428-1447 |
| 15. | Deposition Transcript of Port/City Expert William D. Golightly (Kleinfelder) | June 4, 2019 | 1448-1540 |
| 16. | Deposition Transcript of Port/City Expert Philip Bedient, Ph.D. | June 7, 2019 | 1541-1622 |
| 17. | Deposition Transcript of Port Expert Paul Fuglevand | June 19, 2019 | 1623-1748 |
| 18. | Deposition Transcript of City Expert J. Michael Trapp, Ph.D. | June 19, 2019 | 1749-1812 |

LATHAM&WATKINS LLP  US-DOCS\109825133

ATTORNEYS AT LAW
SAN DIEGO

13

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Pages(s) |
|---|---|---|---|
| 19. | Deposition Transcript of Port/City Expert John Toll, Ph.D. | June 21, 2019 | 1813-1882 |
| 20. | Deposition Transcript of Port/City Expert Ann S. Jones, Ph.D. | June 24, 2019 | 1883-1955 |
| 21. | Deposition Transcript of Port/City Expert Charles  J. Cicchetti, Ph.D. | July 10, 2019 | 1956-2081 |
| 22. | Deposition Transcript of Port/City Expert Richard DeGrandchamp, Ph. D. | June 18, 2019 | 2082-2207 |
| 23. | Deposition Transcript of Defendants' Expert Richard G. Luthy, Ph.D. | July 12, 2019 | 2208-2307 |
| 24. | Report of Port Expert Paul Fuglevand | Apr. 5, 2019 | 2308-2857 |
| 25. | Supplemental Report of Port Expert Paul Fuglevand | May 8, 2019 | 2858-4438 |
| 26. | Statement of Port/City Expert Ann Shellenbarger Jones, Ph.D. | Apr. 5, 2019 | 4439-4475 |
| 27. | Response to Expert Statement by Port/City Expert Ann Shellenbarger Jones, Ph.D. | June 14, 2019 | 4476-5062 |
| 28. | Report of Port/City Expert John Toll, Ph.D. | Apr. 5, 2019 | 5063-5102 |
| 29. | Report of City Expert J. Michael Trapp, Ph.D. | Apr. 19, 2019 | 5103-6003 |
| 30. | Report of Port/City Expert Charles J. Cicchetti, Ph.D. | Apr. 5, 2019 | 6004-6117 |
| 31. | Rebuttal Report of Port/City Expert Charles J. Cicchetti, Ph.D. | June 14, 2019 | 6118-6672 |
| 32. | Report of Defendants' Expert Jason Conder, Ph.D. (GeoSyntec Consultants) | May 10, 2019 | 6673-6746 |

LATHAM&WATKINS LLP US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

14

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|---|---|---|---|
| 33. | Report of Defendants' Expert Gary H. London (London Moeder Advisors) | May 10, 2019 | 6747-6821 |
| 34. | Report of Defendants' Expert Richard G. Luthy, Ph.D. | May 10, 2019 | 6822-6972 |
| 35. | Transcript for Hearing on Plaintiff City of San Diego's Motion to Sever | Feb. 27, 2019 | 6973-7046 |
| 36. | U.S.S. Midway Museum Fact Sheet (Cloward Dep. Exhibit 8) | Dec. 26, 2017 | 7047-7049 |
| 37. | Letter from San Diego Unified Port District to State Water Resources Control Board (Johns Dep. Exhibit 5) | Oct. 20, 2006 | 7050-7055 |
| 38. | City of San Diego, Characterization and Assessment of Storm Drain Sediments from Switzer Creek, Final Report (Bedient Dep. Exhibit 10) | Mar. 20, 2019 | 7056-7102 |
| 39. | Excerpt of Joint Navy-Port San Diego Bay Integrated Natural Resources Management Plan (Johns Dep. Exhibit 14) | Sept. 2013 | 7103-7116 |
| 40. | California Regional Water Quality Control Board, San Diego Region, Cleanup and Abatement Order No. 86-92 for Teledyne Ryan Aeronautical Near Lindbergh Field (Johns Dep. Exhibit 17) | Oct. 17, 1986 | 7117-7140 |
| 41. | California Regional Water Quality Control Board, San Diego Region, Cleanup and Abatement Order No. 95-21 for Campbell | May 24, 1995 | 7141-7183 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

15

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|-----|-------------|---------|---------|
|  | Industries, Marine Construction and Design Company (Johns Dep. Exhibit 18) |  |  |
| 42. | California Regional Water Quality Control Board San Diego Region Cleanup and Abatement Order No. R9-2012-0024 (Johns Dep. Exhibit 19; Kolb Dep. Exhibit 36) | Mar. 14, 2012 | 7184-7234 |
| 43. | Port Master Plan (Johns Dep. Exhibit 29) | Aug. 2017 | 7235-7377 |
| 44. | California EPA, Office of Environmental Health Hazard Assessment, Information About Eating Fish from San Diego Bay (Johns Dep. Exhibit 34) | Oct. 2013 | 7378-7382 |
| 45. | Convair Lagoon Basis of Design Report by Teledyne Ryan Aeronautical to California Regional Water Quality Control Board (Johns Dep. Exhibit 54) | June 1992 | 7383-7432 |
| 46. | NOAA National Marine Fisheries Service, 2008 San Diego Bay Eelgrass Inventory and Bathymetry Update, San Diego Unified Port District Environmental Advisory Committee (Maher Dep. Exhibit 89) | Sept. 10, 2009 | 7433-7439 |
| 47. | Coastal Development Permit – Convair Lagoon Sandcapping Project (Maher Dep. Exhibit 93) | Oct. 24, 1996 | 7440-7444 |
| 48. | Resolution 93-325, Convair Lagoon | Oct. 19, 1993 | 7445-7455 |

LATHAM&WATKINS LLP  US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

16

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|---|---|---|---|
| | Remediation Final Environmental Impact Report/Remedial Action Plan, Filing of Notice of Determination (Maher Dep. Exhibit 94) | | |
| 49. | Coastal Development Permit – Sediment Remediation and Aquatic Enhancement at Former Campbell Shipyard (Maher Dep. Exhibit 95) | Aug. 31, 2004 | 7456-7483 |
| 50. | Lease Termination Agreement between San Diego Unified Port District and Campbell Industries (Bennett Dep. Exhibit 132) | Nov. 16, 1999 | 7484-7517 |
| 51. | San Diego Anglers Foundation Warriors on the Water Next Event (Giffen Dep. Exhibit 168) | May 18, 2019 | 7518-7526 |
| 52. | Port-Sponsored Events – 23rd Annual Open Bay Bass Tournament (Giffen Dep. Exhibit 169) | Feb. 16, 2019 | 7527-7528 |
| 53. | Blue Economy Agreement Between San Diego Unified Port District and San Diego Bay Aquaculture, LLC for Shellfish Flupsy Demonstration Project (Giffen Dep. Exhibit 183) | Sept. 15, 2017 | 7529-7572 |
| 54. | Blue Economy Agreement Between San Diego Unified Port District and Sunken Seaweed, LLC for Seaweed Farm Demonstration Project (Giffen Dep. | July 23, 2018 | 7573-7619 |

LATHAM&WATKINS LLP US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

17

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|---|---|---|---|
| | Exhibit 186) | | |
| 55. | City of San Diego, Chollas Creek and Paleta Creek Storm Drain Characterization Study (Bedient Dep. Exhibit 11) | July 16, 2010 | 7620-7945 |
| 56. | Letter to California Regional Water Quality Control Board, San Diego Unified "Port District Should Not Be Added as Responsible Party For Compliance For NPDES Permits" (Holman Dep. Exhibit 196) | Feb. 20, 1991 | 7946-7949 |
| 57. | City of San Diego, Downtown Anchorage B Street Broadway Piers Storm Drain Characterization Study Final report (Bedient Dep. Exhibit 12) | July 2010 | 7950-8229 |
| 58. | Fuglevand's Cost Estimates for 9 San Diego Bay Dredging Scenarios (April 5 Report & May 8, 2019 Supplement) (Fuglevand Dep. Exhibit 6) | June 19, 2019 | 8230-8232 |
| 59. | Draft Final Basis of Design Memorandum San Diego Shipyard Sediment Site, North Shipyard by Anchor QEA, L.P. (Fuglevand Dep. Exhibit 12) | Aug. 2013 | 8233-8236 |
| 60. | Comprehensive Annual Financial Report City of San Diego Fiscal Year Ended June 30, 2015 (Kolb Dep. Exhibit 38) | Dec. 8, 2015 | 8237-8547 |
| 61. | California Regional Water Quality Control | Nov. 18, 2015 | 8548-8804 |

LATHAM&WATKINS LLP  US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

18

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|-----|-------------|---------|---------|
|  | Board, San Diego Region, Order No. R9-2013-0001 (Kolb Dep. Exhibit 41) |  |  |
| 62. | San Diego Bay Watershed Management Area Water Quality Improvement Plan (Kolb Dep. Exhibit 42) | June 2015 | 8805-9238 |
| 63. | State Lands Commission Benchmark Rental Rates (Cicchetti Dep. Exhibit 13) | 2016 | 9239-9247 |
| 64. | Order on Joint Motion for Determination of Good Faith Settlement, *City of San Diego v. National Steel & Shipbuilding* Co., Case No. 09-cv-2275-WQH (BGS) (S.D. Cal.) | Apr. 21, 2015 | 9248-9270 |
| 65. | Order Confirming Good Faith Settlement, *City of San Diego v. National Steel & Shipbuilding Co*., Case No. 09-cv-2275-WQH (JLB) (S.D. Cal.) | May 12, 2015 | 9271-9274 |
| 66. | City of San Diego's Rule 26(a)(1) Initial Disclosures | May 12, 2017 | 9275-9288 |
| 67. | City of San Diego's First Amended Rule 26(a)(1) Initial Disclosures | Oct. 10, 2017 | 9289-9303 |
| 68. | San Diego Unified Port District's Amended Damages and Abatement Disclosures | Feb. 26, 2019 | 9304-9320 |
| 69. | San Diego Unified Port District's Second Amended Damages and Abatement Disclosures | Apr. 4, 2019 | 9321-9338 |
| 70. | San Diego Unified Port District's Supplemental Answers to Pharmacia | May 10, 2019 | 9339-9351 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

19

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|---|---|---|---|
| | LLC's Special Interrogatories (Set Six [SI Nos. 17 and 18] | | |
| 71. | Plaintiff City of San Diego's Amended Fifth Supplemental Responses to Pharmacia LLC's Special Interrogatories (Set One) | July 3, 2019 | 9352-9365 |
| 72. | Final Environmental Impact Report/Final Remedial Action Plan, Convair Lagoon Remediation, Ogden Env. and Energy Services | Oct. 1993 | 9366-9707 |
| 73. | Convair Lagoon Post Closure Monitoring Report, Geosyntec Consultants | Aug. 14, 2018 | 9708-9770 |
| 74. | Resolution 2003-197, Campbell Sediment Remediation Aquatic Enhancement Project: Certification of Final Supplemental Environmental Impact Report | Dec. 2, 2003 | 9771-9815 |
| 75. | California Regional Water Quality Control Board, San Diego Region, Order No. R9-2013-0093, Waste Discharge Requirements for National Steel and Shipbuilding Company | July 10, 2013 | 9816-9892 |
| 76. | California Regional Water Quality Control Board, San Diego Region, Investigative Order No. R9-2017-0082, An Order Directing Continental Maritime of San | Aug. 4, 2017 | 9893-9914 |

LATHAM&WATKINS LLP   US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|---|---|---|---|
| | Diego, the California Department of Transportation, and the City of San Diego to Submit Technical Reports Pertaining to an Investigation of Sediment Chemistry in San Diego Bay Adjacent to Continental Maritime of San Diego | | |
| 77. | Letter from San Diego Regional Water Quality Control Board, Order R9-2019-0106 for Denial of Water Quality Certification and Waiver of Waste Discharge Requirements for the Otay Hills Construction Aggregate and Inert Debris Engineered Fill Operation Project | May 13, 2019 | 9915-9923 |
| 78. | Order on Good Faith Settlement, *City of San Diego v. National Steel & Shipbuilding Co.*, Case No. 09-cv-2275- WQH (JLB) (S.D. Cal.) | July 10, 2014 | 9924-9972 |
| 79. | Settlement Agreement, *City of San Diego v. National Steel & Shipbuilding Co.*, Case No. 09-cv-2275-WQH (JLB) (S.D. Cal.) | Oct. 2, 2015 | 9973-10008 |
| 80. | Letter from Anchor QEA to California Regional Water Quality Control Board, San Diego Region, attaching Final Cleanup and Abatement Completion Report San Diego Shipyard Sediment Site | July 14, 2016 | 10009-10030 |
| 81. | Letter from California Regional Water | Nov. 23, 2016 | 10031- |

LATHAM&WATKINS LLP US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

21

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|---|---|---|---|
| | Quality Control Board, San Diego Region, to BAE Systems Ship Repair Inc. and NASSCO re North Shipyard Remedial Action Plan Implementation Report; Final Cleanup and Abatement Completion Report – San Diego Sediment Site | | 10034 |
| 82. | Excerpts of State Water Resources Control Board, Staff Report and Substitute Environmental Document for Amendments to the Water Quality Control Plan for Enclosed Bays and Estuaries – Part 1: Sediment Quality | June 5, 2018 | 10035-10039 |
| 83. | Letter from San Diego Bay Environmental Restoration Fund to California Regional Water Quality Control Board, San Diego Region, Year 2 Post – Remedial Monitoring Progress Report | Feb. 5, 2019 | 10040-10041 |
| 84. | San Diego Unified Port District, Draft Resolution Authorizing Contingent Fee Agreement with Jackson Gilmour & Dobbs, PC, For Legal Services Related to *SDUPD v. Monsanto* (redacted) | Aug. 11, 2015 | 10042-10044 |
| 85. | Deposition Transcript of Port Expert James R. Olson | June 25, 2019 | 10045-10157 |
| 86. | Spreadsheet of Analysis of Invoices attached to Trapp Report (Luthy Ex. 8) | Undated | 10158-10175 |

LATHAM&WATKINS LLP US-DOCS\109825133
ATTORNEYS AT LAW
SAN DIEGO

22

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT

| Ex. | Description | Date(s) | Page(s) |
|---|---|---|---|
| 87. | Spreadsheet of Shipyard Invoices (Luthy Ex. 9) | Undated | 10176-10182 |
| 88. | Order Confirming Good Faith Settlement, *City of San Diego v. National Steel & Shipbuilding Co*., Case No. 09-cv-2275-WQH (JLB) (S.D. Cal.) | Nov. 13, 2015 | 10183-10188 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\109825133

23

CASE NO. 3:15-cv-00578-WQH-AGS
OMNIBUS DECL. OF R. HOWARD ISO DEFS.'
MOTIONS FOR SUMMARY JUDGMENT