# EXHIBIT 1

Exhibit 1
24

Page 1

1                    UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF CALIFORNIA

3

4       SAN DIEGO UNIFIED PORT DISTRICT,

        a public corporation; and

5       CITY OF SAN DIEGO, a municipal

        corporation,

6                             Plaintiff,

7                    vs.                Case No. 3:15-cv-

                                        00578-WQH-AGS

8       MONSANTO COMPANY, SOLUTIA INC. and

        PHARMACIA CORPORATION,

9

                              Defendant.

10      _____

11

12

13

14              VIDEOTAPED 30(b)(6) DEPOSITION OF

15                  DAVID MICHAEL JOHNS, PH.D.

16       ON BEHALF OF THE SAN DIEGO UNIFIED PORT DISTRICT

17                    SAN DIEGO, CALIFORNIA

18                       APRIL 30, 2019

19

20      Reported by:

21      Lorie Rhyne

22      RPR, CRR, CSR No. 12905

23      Job No.: 160067

24

25

## Page 2

April 30, 2019
10:02 a.m.

DEPOSITION OF DAVID MICHAEL JOHNS, PH.D., held at the offices of Port of San Diego Administration Building, 3165 Pacific Highway, San Diego, California, before Lorie Rhyne, Certified Realtime Reporter, Certified Shorthand Reporter No. 12905.

## Page 3

A P P E A R A N C E S :

KELLEY DRYE & WARREN
Attorneys for Plaintiff, San Diego Unified
Port District
    7825 Fay Avenue
    La Jolla, California 92037
BY:  ANDREW HOMER, ESQ.

KELLEY DRYE & WARREN
Attorneys for Plaintiff, San Diego Unified
Port District
    515 Post Oak Boulevard
    Houston, Texas 77027
BY:  MICHAEL DOBBS, ESQ.
    NANCY YANOCHIK, ESQ.

BARON & BUDD
Attorneys for Plaintiff, City of San Diego
    11440 West Bernardo Court
    San Diego, California 92127
BY:  JASON JULIUS, ESQ.

## Page 4

A P P E A R A N C E S (Continued):
    WHITE AND WILLIAMS
    Attorneys for Defendants
        101 Arch Street
        Boston, Massachusetts 02110
    BY:  MELISSA DAVIS, ESQ.

    LATHAM & WATKINS
    Attorneys for Defendants
        12670 High Bluff Drive
        San Diego, California 92130
    BY:  ROBERT HOWARD, ESQ.
        SHAWN COBB, ESQ.

    CAPES, SOKOL, GOODMAN & SARACHAN
    Attorneys for Defendants
        Pierre Laclede Center
        7701 Forsyth Boulevard
        St. Louis, Missouri  63105
    BY:  ADAM MILLER, ESQ.

    VIDEOGRAPHER:
        MICHAEL DUARTE

## Page 5

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that filing and sealing and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

- oOo -

Exhibit 1
26

Page 6

1    THE VIDEOGRAPHER:  This is the start of
2 media labeled Number 1 in the video-recorded deposition
3 of San Diego Unified Port District in the matter of
4 San Diego Unified Port District et al. versus Monsanto
5 Company, et al., in the United States District Court,
6 Southern District of California,
7 Number 3:15-cv-00578-WQH-AGS.
8    This deposition is being held at
9 3165 Pacific Highway, San Diego, California 92101, on
10 April 30th, 2019, at approximately 10:02 a.m.
11    My name is Michael Duarte.  I am the legal
12 video specialist from TSG Reporting Inc., headquartered
13 at 747 Third Avenue, New York, New York.  The court
14 reporter is Lorie Rhyne in association with
15 TSG Reporting.
16    Counsel, please introduce yourselves.
17    MR. HOWARD:  Robert Howard of
18 Latham & Watkins on behalf of the defendants.
19    MR. COBB:  Shawn Cobb, Latham & Watkins, on
20 behalf of the defendants.
21    MR. MILLER:  Adam Miller on behalf of
22 defendants.
23    MS. DAVIS:  Melissa Davis with White and
24 Williams on behalf of the defendants.
25    MS. YANOCHIK:  Nancy Yanochik on behalf of

Page 7

1 plaintiff.
2    MR. DOBBS:  Michael Dobbs on behalf of
3 plaintiff.
4    MR. HOMER:  Andrew Homer, Kelley Drye &
5 Warren, on behalf of the Plaintiff, San Diego Unified
6 Port District.  And we have --
7    MR. JULIUS:  Jason Julius on behalf of the
8 Plaintiff, City of San Diego.
9    THE VIDEOGRAPHER:  Will the court reporter
10 please swear in the witness?
11
12 D A V I D   M I C H A E L   J O H N S, P H . D.,
13    called as a witness, having been duly sworn
14    by the certified shorthand reporter, was
15    examined and testified as follows:
16 EXAMINATION BY
17 MR. HOWARD:
18    Q.  Mr. Johns, could you state your full name
19 for the record, please?
20    A.  Yes.  My full name is David Michael Johns.
21    Q.  Okay.  Have you been deposed before,
22 Mr. Johns?
23    A.  I have.
24    Q.  How many times?
25    A.  Probably five.

Page 8

1    Q.  Do you know -- so if you've been deposed
2 five times, you understand that there's sort of rules
3 of these depositions that I'd like to go over just so
4 that we have a common understanding of how to proceed
5 for the next couple days.  Is that okay if I go through
6 them briefly?
7    A.  Yes, that's fine.
8    Q.  You understand --
9    MR. HOMER:  Bob, before you do that, can I
10 just interject for a moment?
11    MR. HOWARD:  Sure.
12    MR. HOMER:  So last night we served
13 objections to the notice and said -- and those
14 objections that we've produced at the deposition,
15 documents that Mr. Johns considered -- Dr. Johns
16 considered, as well as a designation, including his
17 resume.  So I want to pass those out to you if you
18 like.
19    MR. HOWARD:  Yeah.  So let me understand
20 what the -- are these the documents that have been
21 relied upon -- did you refer to the witness as
22 Dr. Jones?
23    MR. HOMER:  Dr. Johns.
24    MR. HOWARD:  Dr. Johns.  I'm sorry.  Sorry
25 about Mr. Johns.

Page 9

1    THE WITNESS:  That's all right.
2    MR. HOWARD:  So are these the documents that
3 Dr. Johns relied upon for purposes of today's
4 deposition?
5    MR. HOMER:  Yeah.  We have a few things.  So
6 this designation lists a lot of documents by Bates
7 number, as well as the topics he's been put up on.
8 Then we have some additional documents that Dr. Johns
9 collected himself in preparing that don't have Bates
10 numbers, and so we were going to turn those over to you
11 now as well.
12    MR. HOWARD:  So as to those other
13 documents -- and they -- safe to assume that they
14 haven't been produced and -- through discovery yet?
15    MS. YANOCHIK:  Some of them have.
16    MR. HOMER:  Yeah.
17    MS. YANOCHIK:  We can identify the ones that
18 have been.
19    MR. HOWARD:  Okay.
20    MR. HOMER:  And let me take that.  So some
21 of them have, but of course, he was preparing on
22 relatively short notice and right up to the last
23 minute, so there's some documents we haven't
24 cross-checked against the production set yet.
25    MR. HOWARD:  Can I see --

Exhibit 1
27

## Page 10

1   MR. HOMER:  Yeah.

2   MR. HOWARD:  The first document -- is this a
3   list of Bates numbers of the documents that he relied
4   upon?

5   MR. HOMER:  Among other things.  It's a
6   designation identifying Dr. Johns, the topics he's here
7   for and the documents he's relied on -- they're in
8   Bates -- as well as including other responses to the
9   RFPs that were included with the notice.

10   So in addition to the documents that we have
11   that Dr. Johns gathered for himself and relied upon to
12   prepare, we have his, for example, current resume in
13   response to Request for Production Number 1.

14   MR. HOWARD:  All right.  And then we have --
15   well, I'm looking at this -- I see two Redwelds of
16   additional documents that are being produced to us
17   today.

18   MR. HOMER:  Correct.

19   MR. HOWARD:  And we don't know whether
20   they've been produced through the course of discovery
21   or not, at this point.

22   MR. HOMER:  Correct.  Those that we could
23   quickly identify had been produced through the course
24   of discovery are listed in there by Bates.

25   MR. HOWARD:  Um-hum.

## Page 11

1   MR. HOMER:  But as I said, we haven't had
2   the chance to catch that up to the last minute.

3   MS. DAVIS:  Andrew, do these Redwelds
4   include the transcripts?

5   MS. YANOCHIK:  Yes.

6   MR. HOMER:  Yeah.

7   MS. DAVIS:  So these are the fiveish
8   transcripts?

9   MS. YANOCHIK:  Fiveish?

10   MS. DAVIS:  Just heard the witness say he
11   had been deposed five times, so are these the
12   transcripts from those depositions.

13   MR. HOMER:  Well, the request for production
14   for transcripts doesn't cover all testimony.

15   MS. DAVIS:  So how many transcripts are
16   here?

17   MS. YANOCHIK:  It's one.  We have five
18   copies here.

19   MR. HOMER:  It's a transcript of Dr. Johns
20   testifying before the San Diego Regional Water Quality
21   Control Board related to the shipyard sediment site.
22   And just for posterity, the request for production
23   reads, Transcripts of all prior testimony given by the
24   Court District's Rule 30(b)(6) designees that relate in
25   any way to PCBs, water quality in the bay or

## Page 12

1   contamination in the bay or to any deposition topics
2   set forth in Attachment A of this deposition notice
3   other than those that have been previously produced in
4   the litigation.

5   (Court reporter interruption.)

6   MR. HOWARD:  Okay.  So let's -- let me
7   recommend this as a way to proceed.  I ordinarily would
8   want to mark this, but I don't want to lose -- I want
9   our defense counsel to review this.  I think we're
10   going to want to mark a couple of these --

11   MR. HOMER:  Okay.

12   MR. HOWARD:  -- for purposes of the
13   deposition.  I'm not going to do it immediately, but I
14   want -- I want to be able to -- so I think you have
15   some break to take a look at these and figure out what
16   we have and which ought to be marked and what ought not
17   to be marked for purposes of the deposition.

18   Okay.  So I'm going to pass that to counsel.

19   MR. HOMER:  Sounds good.  You have five
20   copies there.  I have extra.  That's just the
21   designation.

22   MR. HOWARD:  Okay.

23   MR. HOMER:  Do you want these now as well?

24   MR. HOWARD:  Yeah.  We'll take those because
25   we're going to need to understand.

## Page 13

1   MS. YANOCHIK:  They've already pulled one
2   copy out.

3   MR. HOMER:  So --

4   MR. HOWARD:  Are those extra copies?

5   MR. HOMER:  That's right.  So Mr. Miller has
6   one copy of this already.  This is a document labeled
7   "California Regional Water Quality Control Board,
8   San Diego Region, Transcript of Proceedings, San Diego
9   California, Tuesday, November 15th, 2011."

10   Is there something else in here?

11   MS. YANOCHIK:  They're all --

12   MR. HOMER:  Okay.

13   MS. YANOCHIK:  -- copies of that.

14   MR. HOWARD:  Okay.

15   MS. YANOCHIK:  That just shows the starting
16   point of his testimony.

17   MR. HOWARD:  Thank you.

18   MR. HOMER:  So you have five copies of that
19   now.  The one that has this flag on it just indicates
20   where Dr. Johns' testimony begins.

21   MR. HOWARD:  These are two different
22   transcripts?  Oh, I see what you're saying.

23   MR. HOMER:  Yeah.

24   MR. HOWARD:  Okay.  That's just the part
25   relating to his testimony.

## Page 14

1      Very well.  We'll take -- at a break we'll
2   take a look at this and assess how to proceed in terms
3   of whether these need to be marked or not, but it's on
4   the record at this point.
5          MR. HOMER:  And the one other preliminary
6   thing I wanted to do -- and sorry to cut you off so
7   quickly -- is just to discuss the stipulation that you
8   and I discussed beforehand, that all objections can be
9   stated as "objection to the form" unless we're going to
10  instruct the witness not to answer based on privilege
11  or scope.
12         MR. HOWARD:  And is the concept here that
13  that objection would apply to all forms of objections
14  other than legal privilege?
15         MR. HOMER:  That's correct, unless you want
16  to alter that in any way.
17         MR. HOWARD:  No, I don't -- I think that's
18  consistent with the Federal Rules.  I'm comfortable
19  with that.  Just want to make sure that we're not, at
20  the time of trial, waiving our ability to be more
21  specific on the -- on the form of the objection.
22         MR. HOMER:  Likewise.  Yeah, we'd like to
23  just state form here.  And I think in most cases, we'll
24  probably understand the objection that each other are
25  making.  But just to keep things moving along, we don't

## Page 15

1   need to --
2          MR. HOWARD:  Just want to make sure that
3   understanding is okay with our co-counsel?
4          MS. DAVIS:  Yes.
5          MR. MILLER:  That's fine.
6          MR. HOWARD:  All right.  We'll move forward
7   with that stipulation.
8          MR. HOMER:  Thank you.
9          MR. HOWARD:  Any other housecleaning --
10  housekeeping matters we need to discuss?
11         MR. HOMER:  I think that's it for me.
12         MR. HOWARD:  All right.
13  BY MR. HOWARD:
14     Q.  Dr. Johns, you've been deposed five times.
15  Let me -- you understand that now you're under oath as
16  if we're testifying in a courtroom and before a jury?
17     A.  I do.
18     Q.  I'd ask you to listen carefully to my
19  questions.  If you don't understand a specific
20  question, please ask me to rephrase it.  Is that all
21  right?
22     A.  Correct.
23     Q.  I'd also ask that we resist the temptation
24  to speak over each other.  The court reporter has a
25  tough job, and I ask that you allow me to finish my

## Page 16

1   question and I'll do my very best to allow you to
2   finish your answer before we talk over each other.  Is
3   that all right?
4      A.  That's correct.
5      Q.  You're also here -- as we discussed on the
6   record, objections for the record -- once those are
7   made, unless you're instructed not to answer, you would
8   be required to answer.  Do you understand that?
9      A.  I understand.
10     Q.  At the end of this process, you will have an
11  opportunity to sign -- review, sign and, if necessary,
12  make any corrections to your testimony.  But if you do
13  make any substantive changes, I'll be able to comment
14  upon that at the time of trial.  Do you understand
15  that?
16     A.  I understand.
17     Q.  The purpose being that we're entitled to
18  your best testimony as you sit here today.
19     A.  Yes.
20     Q.  All right.  Is there any reason why this
21  deposition should not proceed today?  Are you under any
22  medication or anything that will impair your ability to
23  give good testimony?
24     A.  I am not.
25     Q.  All right.  You're here under subpoena, and

## Page 17

1   I'd like to mark as Exhibit Number 1 a document
2   entitled "Pharmacia's Amended Notice of Videotaped
3   Rule 30(b)(6) Deposition of San Diego Unified Port
4   District."
5          (Port Exhibit 1, Pharmacia's    11:49
6          Amended Notice of Videotaped Rule 30(B)(6)
7          Deposition of San Diego Unified Port
8          District, marked for identification, as of
9          this date.)
10     Q.  Ask the witness if you've seen that before?
11     A.  Yes, I have.
12     Q.  You understand -- you understand that today
13  you're here to testify on behalf of the San Diego
14  Unified Port District as its designated representative
15  as to certain topics?
16     A.  I am.  I understand.
17     Q.  And I understand that the topics that you've
18  been assigned to cover are 18 in number, and I just
19  want to read the topics into the record -- not the
20  descriptions, but the topic numbers, and make sure that
21  we're on the same page.  And there's one I have a
22  follow-up question with respect to.
23         MR. HOWARD:  So the topics I understand that
24  Dr. Johns will cover as the Port representative are
25  topics 28, 31, 33, 34, 38, 43, 46, 47, 65, 75, 83, 84,

Page 18

1  93, 95, 96, 97, 98 and 99.
2      Q.  Is that consistent with your understanding
3  of the topics you've been assigned --
4      A.  Can I take a look at that?
5      Q.  -- to testify with respect to?
6      A.  I'd like to just take a quick look.  I could
7  not track all the way through.  It sounded right, but
8  let me just verify.
9      MR. HOMER:  Turn back here.
10     THE WITNESS:  Oh, there.  Thank you.
11     A.  Yes, that's -- that's my understanding.
12     Q.  I want to follow up on topic 33 just because
13  I -- I want to make sure that there's not a
14  misunderstanding.  But topic 33 pertains to Port
15  evidence of PCBs in the conveyance system or bay as
16  being manufactured by Monsanto.  And I want to
17  understand.
18     Is -- will you be testifying or able to
19  testify as to specific tests that the Port performed or
20  others performed, the test methods used?  I'm trying to
21  get a sense on your understanding of the substantive
22  depth of -- that you're prepared to testify as to that
23  specific topic, because they seem to be sort of a
24  little bit out of character with the general tone of
25  the other topics.  And we're talking about storm

Page 19

1  conveyance at a -- with a different witness on a
2  different day.
3      MR. HOMER:  Object to the form.
4      A.  Yes.  I -- at some level I'll be able to
5  talk about the data that are available and some of the
6  test methods that were used.  But I'm not an analytical
7  chemist, so I can go only so deep on those issues.
8      Q.  What are you a doctor of?  What's your
9  specialty or expertise?
10     A.  I have a doctorate in marine science, a
11  specialist -- or focus on marine biology.
12     Q.  All right.  So thank you for that
13  clarification.
14     You testified that you've been deposed five
15  prior times.  Were those all in connection with Port
16  matters?
17     MR. HOMER:  Objection; vague.
18     MR. HOWARD:  I thought we had a stipulation
19  that we were going to go as to form.
20     MR. HOMER:  We did.
21     MR. HOWARD:  Was that just an honest mistake
22  or?
23     MR. HOMER:  That was an honest mistake.  And
24  what I was getting at is are you asking about the
25  Port of San Diego or other ports?

Page 20

1      MR. HOWARD:  Oh.  Well, that's a fair -- all
2  right.
3      Q.  Have you worked for more than one port?
4      A.  I have worked for multiple ports.
5      Q.  I see.  Can you tell me the various ports
6  that you've worked for?
7      A.  I have worked for the Port of Seattle,
8  Port of San Diego, Port of L.A.  Our company worked for
9  the Port of Everett, Washington, and I have contributed
10  some effort to that.
11     Q.  You said "our company."  Are you not a Port
12  employee?
13     A.  I am not a Port employee.
14     Q.  That explains why I didn't recognize you.
15     So who do you work for?  I mean, who -- you
16  say you don't work for the Port.  Who do you work for?
17     A.  A company called Windward Environmental.
18     Q.  Now, I understand Woodward [sic]
19  Environmental is also serving as an -- as a litigation
20  expert in this case; correct?
21     A.  There is a member of the company serving as
22  a litigation expert, yes.
23     Q.  And who's that -- who's that member of the
24  company serving as a litigation expert?
25     A.  Dr. John Toll.

Page 21

1      Q.  Are you working with Dr. Toll on --
2      A.  No.
3      Q.  -- or -- excuse me.  That was -- I paused.
4      Are you working with Dr. Toll in any way in
5  this case?
6      A.  I am not.
7      Q.  Have you consulted with Dr. Toll for
8  purposes of developing his expert report?
9      A.  I did not.
10     Q.  How is it that you work -- you and Dr. Toll
11  work at the same company but you haven't consulted for
12  purposes of this case?  How does that -- how does that
13  work?  Do you have a wall, separate -- ethics wall
14  between you, or how is that set up?
15     A.  No, we just don't talk about it.  Just...
16     Q.  You haven't participated in any joint
17  meetings with Dr. Toll on San Diego Bay?
18     A.  I have.
19     Q.  Okay.  Can you describe those joint
20  meetings?
21     A.  Yes.  I've met with several of the experts,
22  along with counsel.
23     MR. HOMER:  I'm going to assert a privilege
24  objection here and instruct the witness not to talk
25  about the substance of conversations with counsel.

Page 22

1    Q.  I'm not going to probe into the discussions
2  with counsel, but give me a sense of -- or please be
3  specific as to the experts in this case that you have
4  met with for any reason.
5    A.  I've met Dr. Toll, Dr. Douglas, Golightly.
6  I've met Dr. Bedient and Dr. Cicchetti and Dr. Jones.
7    Q.  So I count six experts who are working for
8  the Port in this litigation that you've met with at
9  some point in time about this -- about San Diego Bay;
10  correct?
11    A.  That's correct.
12    Q.  Have you worked with any of the six that
13  you've enumerated for purposes of developing their
14  expert report?
15    A.  I did not.
16    Q.  Did you work with any of the staff members
17  of those six experts you've enumerated for purposes of
18  developing any of their expert reports?
19    A.  Not on this case.
20    Q.  Okay.  So the staff members that Dr. Toll
21  has used for purposes of working on this case and
22  developing his expert report are in no way
23  communicating with staff members at Windward
24  Environmental that are supporting you; correct?
25    A.  Could you repeat that?  I've lost track of

Page 23

1  the question.
2    Q.  Let me rephrase it.  You're saying that none
3  of the staff members that have -- are working with
4  Dr. Toll in any capacity in connection with his work in
5  this case are separate and apart from any staff members
6  who are working with you for purposes of this case and
7  those staff members have not communicated?
8    MR. HOMER:  Object to the form.
9    A.  There may be one staff member who -- who
10  is -- who has communicated with Dr. Toll, but I'm not
11  familiar with any communications that she may have had.
12  But I can think of one as a possibility, yes.
13    Q.  What's her name, please?
14    A.  Jennifer Parker.
15    Q.  And what does Jennifer Parker do?
16    A.  Jennifer is just one of our senior
17  associates.  So she does a variety of --
18    Q.  But what's her -- what's her specialty?
19    A.  She came from analytical chemistry.
20    Q.  She's an analytical chemist?
21    A.  Yes.
22    Q.  And what does -- what is Ms. Parker doing
23  for you as an analytical chemist in connection with the
24  San Diego Bay matter?
25    A.  Well, she is -- she has worked with me for a

Page 24

1  number of years on a variety of my projects, and she
2  works with me on projects that I have.
3    MR. HOMER:  I'm going to object as to being
4  outside of the scope of the topics.  To the extent that
5  you want to pursue this line of questioning, Dr. Johns
6  is not speaking in a binding sense on behalf of the
7  Port District.
8    MR. HOWARD:  Well, I don't expect him to
9  bind the Port District, but I'm entitled to understand
10  sort of the -- as foundation the nature of his work for
11  the Port.  And to the extent there's overlap going on
12  with Port experts, I'm entitled to understand that.
13  But I -- your point is taken that I'm not asking him to
14  bind the Port as to some of the communications that
15  he's having right now with -- with other individuals.
16    Q.  All right.  Is there a document that
17  Windward Environmental has prepared that identifies
18  that your work, Dr. Johns, shall at all times be
19  separate from the work that Dr. Tolls [sic] is doing as
20  a litigation consultant for the Port in this case?
21    A.  No, there is not.
22    MR. HOMER:  Same objection.
23    Q.  And why is that?
24    A.  We understood going in that as a -- we're a
25  small firm, so we understood going in that he had a

Page 25

1  task and a job to do and I had one to do as well.  And
2  we just felt that was -- that was sufficient to keep
3  our efforts separate -- separated.
4    Q.  So it's an informal agreement?
5    A.  Yes.
6    Q.  Do you both work in the same office?
7    A.  The same building, yes.
8    Q.  And where is that located?
9    A.  Seattle, Washington.
10    Q.  And you said it was a small firm.  How many
11  people work for west -- Windward Environmental?
12    A.  Thirty-five.
13    Q.  Do you work on the same floor as Mr. -- as
14  Dr. Toll?
15    A.  I do.
16    Q.  Is your office located close to Dr. Toll's?
17    A.  It's probably five or six offices apart.
18    Q.  Do you have access to any of Dr. Toll's
19  documents that he's using in this case?
20    A.  I -- I don't know for sure because I've not
21  looked or asked.  But given the fact that I've worked
22  on issues in San Diego Bay for a number of years, then
23  I would assume that there's some documents that would
24  be the same.
25    Q.  Does Dr. Toll have access to your records

Page 26

1  that you used in this case?
2      A.  No.
3      Q.  And how do you know that?
4      A.  Because they're -- the file is locked down
5  to privilege to only certain people can use it.
6      Q.  Describe that.  What file is locked down as
7  to privilege?
8      A.  Well, I have a project file for this
9  particular work, and it's privileged to only certain
10 people can sign into that, that file.  So if you don't
11 have that sign-in privilege, you can't open the file.
12     Q.  So are you saying that the records that you
13 have developed -- your work product that you've
14 developed for purposes of San Diego Bay are kept in a
15 secured database of some form?
16         MR. HOMER:  Object to form.
17     A.  It's not a secured database.  Within our --
18 within our file server, the administrator can lock
19 privilege on files.  Only certain people can gain
20 access to them.  An example is only the partners can
21 access a file called Partner Business.  It doesn't
22 matter if you sign in.  You go to the administrative
23 file.  Even if you see that file, you can't -- you
24 can't access it.  You're denied access unless you have
25 the privilege to do that.

Page 27

1      Q.  When was that secured database set up for
2  purposes of your work in this case?
3      A.  Well, when I was -- when I was asked to be
4  designated a 30(b)(6) witness.
5      Q.  And when was that?
6      A.  Early December of last -- well, 2018 I was
7  asked to consider if I would do it.
8      Q.  December 2018?
9      A.  Yes.
10     Q.  So you've known that you'd be designated as
11 a Port corporate representative for the last four to
12 five months; correct?
13     A.  I had agreed to do it.  We had following
14 conversations, and then it wasn't until we saw the list
15 that I did a final agreement that I would -- I would do
16 it.
17     Q.  How is -- how are you being compensated for
18 your testimony today?  Does Windward have a global
19 contract of some sort with the Port?
20     A.  No.
21     Q.  So how -- how are you being compensated
22 today for your testimony?
23     A.  I have a contract with the Port.
24     Q.  Is it a separate contract with the Port,
25 just specific as to Dr. Johns?

Page 28

1      A.  Solely to Dr. Johns?
2      Q.  Correct.
3      A.  I -- I -- I have a retention letter from
4  Kelley Dryer [sic].  And I guess, in reality, my
5  invoices go to Kelley Dryer, right?  They don't go to
6  the Port.  So I guess my contract is really with Kelley
7  Dryer.
8      Q.  So your -- to be clear, your contract for
9  the work you're --
10     A.  Um-hum.
11     Q.  -- performing in this case is with the
12 Port's outside litigation attorneys?
13     A.  That's correct.  Right.
14     Q.  And are you separately retained through
15 Kelley Drye separate and apart from Dr. Toll?
16     A.  Yes.
17     Q.  So you're both retained by the Port's
18 outside litigation attorneys through separate retention
19 agreements?
20     A.  Um-hum.  That's my understanding.  Yes.
21     Q.  And were you retained by Kelley Drye in
22 December of 2018?
23         MR. HOMER:  Objection; privilege.  I don't
24 know how far you want to go down this path, Bob, but --
25         MR. HOWARD:  I'm not asking him about

Page 29

1  discussions, but I'm entitled to know when he started
2  working for Kelley Drye.
3         MR. HOMER:  I would say you're entitled to
4  know when he started working for Kelley Drye in the
5  Port District in his capacity to serve as a 30(b)(6)
6  witness.
7         MR. HOWARD:  I couldn't disagree more with
8  that.  So I'm entitled to know when the Port's
9  representative here on these 18 topics was retained by
10 the Port's litigation firm to work in any capacity on
11 the San Diego Bay matter.
12     Q.  Is that December of 2018 or some earlier
13 point?
14     A.  It's some earlier point.
15     Q.  How much earlier?
16     A.  I don't remember.  It was -- I -- I think it
17 was in -- sometime in 2018.  Could have been early --
18 could have been 2017, like late 2017.
19     Q.  And when you were first retained, that was
20 not for purposes of serving as the Port's 30(b)(6)
21 witness; correct?
22     A.  It was not.
23     Q.  It was for some other purpose?
24     A.  It was.
25     Q.  So if I understand the chronology, you've

Exhibit 1
32

Page 30

1   been working for the Port in connection with this
2   lawsuit sometime starting in the beginning of 2018,
3   which is basically for the last year and a few months;
4   correct?
5        A.  Year, year and a half, yes.
6        Q.  And during --
7        A.  I think that's correct.
8        Q.  Okay.  During that year, year and a half,
9   it's your testimony that you've never talked with
10  Dr. Toll about any subject in connection with
11  San Diego Bay --
12       MR. HOMER:  Object to the form.
13       Q.  -- correct?
14       A.  Other than earlier you had asked me if I
15  ever met with them, and I said, yes, I had.
16       Q.  On one occasion or more than one occasion?
17       A.  With Dr. Toll, I think one time in person
18  and one time on the phone.
19       Q.  So you recall two -- two interactions with
20  Dr. Toll about some issue in connection with
21  San Diego Bay?
22       A.  That's correct.
23       Q.  Can you tell me the content of those
24  discussions?
25       MR. HOMER:  Objection; privilege.  I'm going

Page 31

1   to instruct the witness not to answer.
2        MR. HOWARD:  It's not -- it doesn't have
3   anything to do with attorney communications.
4        MR. HOMER:  You're talking about --
5        MR. HOWARD:  This is witness-to-witness
6   discussions.
7        MR. HOMER:  I think you've asked if he was
8   retained by the Port District's counsel and he's
9   answered that he is to assist with this litigation,
10  and now you're asking about the substance of his
11  conversations with others on the litigation team.
12       MR. HOMER:  I'm just asking him about his
13  conversations with Dr. Toll, who he works with at the
14  same firm in connection with San Diego Bay.
15       MR. HOMER:  And I'm going to again object on
16  the basis of privilege and instruct the witness not to
17  give any information about the content of his
18  conversations with Dr. Toll, the Port District in
19  connection with this case, the Port District's lawyers
20  in connection with this case or any other consulting
21  expert in connection with this case.
22       MR. HOWARD:  So let me understand the
23  instruction.  You're instructing the Port's
24  representative here not to speak about the content of
25  any discussions that they've had with any other

Page 32

1   litigation expert that the Port has employed for this
2   lawsuit?
3        MR. MILLER:  And disclosed.
4        MR. HOMER:  I'm instructing the Port's
5   30(b)(6) witness on these discrete topics that you read
6   into the record earlier today to not talk about the
7   substance of his conversations with other experts
8   retained in this case, testifying or otherwise, or with
9   counsel or with Port District employees or other agents
10  of the Port District, all in connection with this case.
11       MR. HOWARD:  That's completely overbroad.
12  That is completely overbroad.  You're telling -- you're
13  instructing the witness not to talk about any
14  communications that this witness has had with any Port
15  employees.
16       MR. HOMER:  Outside of preparing for the
17  30(b)(6) deposition that he's here for today.  And I
18  would say it's not actually that broad.  I'm asking for
19  him not to discuss conversations he's had and the
20  content of those conversations with Port District
21  employees to the extent he was doing so under his
22  retention agreement with our firm, Kelley Drye &
23  Warren, in connection with this case.
24       MR. HOWARD:  So is this witness here as a
25  port litigation expert, or is this witness here as a

Page 33

1   representative of the Port to talk about substantive
2   topics?
3        MR. HOMER:  He's here as a representative of
4   the Port to talk about substantive topics, including
5   those you listed earlier in the deposition, and that's
6   the extent of it.
7        MR. HOWARD:  But you're treating him as if
8   he's a litigation expert.
9        MR. HOMER:  You asked about his role in the
10  case prior to being selected and asked to perform this
11  task as a 30(b)(6) witness.  And that all is a
12  different subject matter, and I would assert privilege
13  over the content of all of those cases.
14       MR. MILLER:  And will there be an
15  opportunity for us to ask questions about what
16  Dr. Johns has shared with Dr. Toll regarding his
17  experiences in the San Diego Bay and for the Port that
18  Dr. Toll might have relied upon?
19       MR. HOMER:  I think that the opportunity for
20  you to do that is at Dr. Toll's expert deposition and
21  that -- today we're here to talk about the topics that
22  you listed into the record earlier today.
23       MR. MILLER:  Okay.  So you understand
24  there's going to be an opportunity for us to serve a
25  subpoena on Dr. Johns to understand more fully what

Exhibit 1
33

Page 34

1    information has been provided to Dr. Toll?  And -- just
2    so you understand, that will be forthcoming.
3            MR. DOBBS:  I'd expect that you start with
4    Dr. Toll.
5            MR. MILLER:  It doesn't matter what you
6    expect.  We're entitled to take the discovery in the
7    order in which we think is appropriate.
8            MR. HOWARD:  So we'll do it any way you -- I
9    mean, if that's what you're instructing, we'll adjust
10   accordingly.  But if -- if you're not allowing us in
11   this deposition to understand the nature of the
12   communications with Dr. Toll, then we'll -- we'll have
13   to serve a subpoena and seek that testimony separately,
14   outside the framework of this 30(b)(6) deposition.
15           MR. HOMER:  Okay.  Understood.  And I think
16   that's a fair working assumption.  When we take a
17   break, we'll discuss, and if it's all right with you,
18   we'll get back to you and confirm that or talk about
19   any variation we think is appropriate.
20   BY MR. HOWARD:
21       Q.  So, Dr. Johns, I counted four separate port
22   districts that you've worked for; correct?
23       A.  That's correct.
24       Q.  And how long have you been performing any
25   work for the Port of San Diego?

Page 35

1        A.  Since 2007.
2        Q.  And I'll get into that in a second.
3            The -- the five depositions that you
4    referenced -- were those in connection with Port of
5    San Diego or some other matter?
6        A.  I won't count -- I'm not counting speaking
7    in front of the commissioners as a deposition, so none.
8        Q.  Okay.  None of those five depositions were
9    testimony in connection with any Port of San Diego
10   matter; right?
11       A.  No.
12       Q.  How many times did you testify on behalf of
13   the San Diego Port District in front of administrative
14   agencies?
15       A.  One time.
16       Q.  And that one time is the testimony that you
17   just produced to us today; correct?
18       A.  That's correct.
19       Q.  Let me take a step back.  I just want to be
20   clear in terms of the boundaries of today's deposition.
21           In your communications with Dr. Douglas,
22   Mr. Golightly, Bedient, Dr. Cicchetti, Dr. Jones, did
23   you have conversations with those experts in connection
24   with this lawsuit?
25       A.  Yes.

Page 36

1            MR. HOWARD:  And, Counsel, are you saying
2    that those communications are also outside -- you're
3    going to instruct the witness not to testify as to
4    those communications as well?
5            MR. HOMER:  As to the substance of those
6    communications, unless they were used for the purpose
7    of preparing for this 30(b)(6) deposition, we're going
8    to instruct the witness not to answer on the basis of
9    privilege.
10       Q.  Did you talk with any of the six experts
11   you've outlined for purposes of preparing for today's
12   30(b)(6) deposition?
13       A.  No.
14       Q.  Did you talk with any -- putting your -- the
15   lawyers aside, did you talk with anyone else to prepare
16   for your deposition?
17       A.  I talked to several Port staff.
18       Q.  Who would they be?
19       A.  Paul Brown, Karen Holman, Eileen Maher.
20       Q.  Did you talk with those three Port employees
21   collectively or separately?
22       A.  I think it's a combination of both.  I think
23   they were all in the room at one time, and then I may
24   have talked -- had a follow-on conversation with one
25   individuals -- one of the -- as individuals.

Page 37

1        Q.  When was the larger group discussion?
2        A.  It was this year, and I believe it was
3    probably January.  Could have been February, but I --
4    it was one of the -- near late January/early February.
5        Q.  And that was specifically for purposes of
6    preparing for this deposition?
7        A.  That is correct.
8        Q.  Did you ask for that meeting, or did the
9    Port -- or did the -- Mr. Brown, Karen Holman and
10   Eileen Maher ask for that meeting?
11           MR. HOMER:  Object to the form.
12       A.  I asked for the meeting.
13       Q.  And what did you discuss at that meeting?
14           MR. HOMER:  Objection; privilege.
15           MR. HOWARD:  For purposes of preparing for
16   this deposition.
17           MR. HOMER:  To the extent the conversation
18   covered any topics other than preparing for this
19   30(b)(6) deposition and assignment of topics for this
20   30(b)(6) deposition and involved counsel, I would
21   assert privilege and ask the -- instruct the witness
22   not to answer.
23       Q.  Did the meeting that you had with
24   Paul Brown, Karen Holman and Eileen Maher involve any
25   attorneys?

Exhibit 1
34

Page 38

1   A.  Yes.
2   Q.  There was a Port attorney present?  Who was
3  that?
4   A.  Yes.  It was -- it would have likely been
5  somebody from Kelley Dryer [sic].
6   Q.  Was there just that one group meeting with
7  you, the three staff -- Port staff people and the
8  attorney?
9   A.  That's correct.
10   Q.  And after that meeting, you had follow-up
11  discussions by phone with certain individuals?
12   A.  No.  I had -- that same day we met -- you
13  asked if we met as a group, and I says yes.  And then I
14  met with them individually or I -- I can't remember
15  exactly who I talked to, but I did ask some follow-on
16  questions.
17   Q.  During that individual meeting or meetings,
18  was an attorney present?
19   A.  Yes.
20   Q.  Can you estimate how many hours you've spent
21  preparing for today's deposition?
22   A.  Maybe 80.
23   Q.  Have you ever been asked to testify as an
24  expert in litigation?
25   A.  As an expert in litigation?  Yes.

Page 39

1   Q.  How many times?
2   A.  I believe I said four or five times.
3   Q.  Did you give deposition testimony as an
4  expert in those matters?
5   A.  I did.
6   Q.  And did you testify at trial in those
7  matters?
8   A.  In two cases I testified at trial.
9   Q.  What were those cases?
10   A.  The Kalamazoo cost recovery case and
11  NL Industries.
12   Q.  Spell that, please.
13   A.  N-L, just the letters, NL Industries versus
14  Raritan Baykeepers.
15   Q.  Where were those cases litigated?
16   A.  Grand Rapids, Michigan and Trenton,
17  New Jersey.
18   Q.  And on what topics were you asked to testify
19  as an expert in those four to five cases?
20   A.  In the Kalamazoo case, I was -- I testified
21  as to the sufficiency of -- it was a cost recovery
22  case, so I was evaluating whether or not the work that
23  was performed by the performing party was consistent
24  with the NCP.
25   Q.  Um-hum.

Page 40

1   A.  In the NL Industries case, it was a citizen
2  lawsuit.  And I will clarify that that -- the testimony
3  at the Trenton case, the NL Industry case, was an
4  evidentiary hearing.
5   Q.  Who were the parties in the Kalamazoo case?
6   A.  Georgia-Pacific.  My client was
7  Weyerhaeuser.
8   Q.  Okay.
9   A.  There were a variety of others there as
10  well.
11   Q.  That was a CERCLA cost recovery case?
12   A.  It was.
13   Q.  Was NL Industries a CERCLA cost recovery
14  case?
15   A.  It is not.
16   Q.  You said a citizen suit.  A citizen suit in
17  connection with what?
18   A.  On the Clean Water Act.
19   Q.  How about the other two to three times that
20  you've been deposed?
21   A.  Okay.  Deposed in an insurance coverage
22  case.
23   Q.  Do you recall the name of that case or where
24  it was located?
25   A.  It was in the state of Pennsylvania.  The

Page 41

1  case did not go to trial.  I was deposed in Cleveland.
2  It was State court-level case in Pennsylvania.
3   Q.  Did it involve issues of marine science?
4   A.  It was a -- I was providing an opinion as to
5  what the potential natural resource damage claim might
6  be against a client in terms of seeking insurance
7  coverage.
8   Q.  Does your expertise include natural resource
9  damages?
10   A.  It does.
11   MR. HOMER:  I'm going to object, again, on
12  scope.  I understand you want to explore some of this,
13  Bob, but --
14   MR. HOWARD:  Well, we have his CV; right?
15   MR. HOMER:  Yes.
16   Q.  Is that referenced in your CV?  Is your
17  expert in natural resources damages referenced in your
18  CV?
19   MR. HOWARD:  We just saw it, you know, but
20  haven't been able to review it.  I'm just trying to
21  understand the nature of the witness's expertise.
22   MR. HOMER:  Yeah.  And again, I'm just
23  objecting that right now you're asking a lot of
24  questions about the witness's personal background and
25  not about the topics that he's been designated for.  So

TSG Reporting - Worldwide     877-702-9580

Exhibit 1
35

Page 42

1    to the extent we're covering this stuff, it's not in a
2    binding sense as a spokesperson for the Port District.
3          MR. HOWARD:  I understand all that --
4          MR. HOMER:  Okay.
5          MR. HOWARD:  -- but I wasn't expecting
6    someone that arguably is a litigation expert in the
7    role of a -- the Port representative.  So I'm trying to
8    understand exactly the witness -- and to be fair, we
9    weren't provided -- until this witness walked in today,
10   we weren't provided any information on who this witness
11   would be.  So a lot of this could have been cleared up
12   in advance if the Port extended us the courtesy of
13   allowing us to know who Witness Number 1 was.
14         MR. MILLER:  Well, notwithstanding that,
15   we're entitled, in the 30(b)(6) deposition, to
16   understand who the witness is, what the nature of that
17   witness's experience is, what he did to prepare for the
18   deposition, et cetera.  So that's fair game in any
19   30(b)(6) deposition.
20         MR. HOMER:  Understood.  I'll reaffirm my
21   objection.  We're just objecting to the scope and the
22   fact that, you know, all of this background information
23   that you are entitled to or say you're entitled to,
24   we're not -- Dr. Johns is not testifying on behalf of
25   the Port District when you're asking about his

Page 43

1    experience in other cases as a --
2          MR. HOWARD:  Are we also withdrawing the
3    stipulation about objections as to form?  Because these
4    are -- these are long speaking objections.  Are we
5    going to withdraw that?
6          MR. HOMER:  I believe what I said was -- at
7    the beginning was that to the extent counsel wants to
8    add to the objection to the form, it can, but an
9    objection to the form is sufficient.
10         MR. HOWARD:  I think we're changing the
11   stipulation.  All right.  Let's move on.
12         MR. HOMER:  All right.  Well, let's stop
13   just because I don't want to change the stipulation and
14   I don't want to be -- get into long objections.  I just
15   want to make clear -- and I might do it a few more
16   times, but until you're done exploring with Dr. Johns'
17   background -- that he's here to testify on behalf of
18   the Port District for the topics designated and that
19   were read into the record before.
20   BY MR. HOWARD:
21      Q.  All right.  So we talked about the insurance
22   coverage matter from Pennsylvania which involved
23   natural resources damages.  What were the other matters
24   that you've given deposition testimony with respect to?
25      A.  A cost recovery case for the Port of L.A.

Page 44

1      Q.  Any others that you recall?
2      A.  Yes.  It was a natural resource damage
3    trial, the Coeur D'Alene Mining District case.
4      Q.  Can you give me your best understanding of
5    when that occurred?
6      A.  It'll be in my CV, hopefully, the date, but
7    I -- I'm trying to recall.
8      Q.  Can I withdraw -- are all the cases and
9    deposition testimony you've just outlined in your CV?
10     A.  They -- they should be, but it's -- it may
11   not necessarily show the date that you asked.
12     Q.  Okay.  We'll take a look at that in a -- in
13   a break.
14         MR. HOWARD:  But to counsel's objections,
15   some of this would have been sorted through if we had
16   received this in advance of the deposition.  So we're
17   doing this as we go.
18         MR. HOMER:  Understood.  And I'm trying to
19   leave as much leeway as possible.
20     Q.  Have you ever testified as an expert on
21   dredging?
22     A.  No.
23     Q.  Have you ever authored any professional
24   articles on -- on the 18 subjects you will be
25   testifying about for the Port, or is that also

Page 45

1    referenced in your CV?
2      A.  All the papers I've published are referenced
3    in my CV.
4          MR. HOMER:  Object to the form.
5      Q.  Tell me what the testimony -- excuse me.
6    Tell me what you presented to the San Diego Regional
7    Water Quality Control Board related to.
8      A.  Yes.  I spoke on behalf of -- well, as a --
9    I wouldn't say I was a representative of the Port, but
10   I spoke on a shipyard case, site case during the
11   hearings.
12     Q.  Is that the administrative hearings before
13   the regional board in connection with the NASSCO and
14   BAE shipyard cleanup and abatement order?
15     A.  That's correct.
16     Q.  And that would have been approximately a
17   decade ago?
18     A.  Yes.
19     Q.  And when you testified to the board, were
20   you in support or in opposition to the proposed cleanup
21   standard for the shipyards?
22     A.  I was in support of the -- of the cleanup
23   standards for that -- for that site.
24     Q.  Did you prepare a written presentation?
25     A.  I prepared a PowerPoint, yes.

---

Page 46

1   Q.  Has that PowerPoint been produced to the
2   defendants?
3   A.  I don't -- I don't know.
4   Q.  Did you provide that PowerPoint to Port
5   counsel?
6   A.  I did not.
7   Q.  Did they ask for that PowerPoint from you?
8   A.  I don't believe so.
9   Q.  What else did you use in preparation of your
10  presentation to the regional board and the shipyard
11  site?
12  A.  Could you clarify?
13  Q.  Other than a PowerPoint, was there anything
14  else that you prepared in connection with the shipyard
15  site?
16  A.  No.
17  Q.  Have you -- were you ever asked in
18  connection with the shipyard site to do any evaluation
19  about PCBs and sediments?
20      MR. HOMER:  Objection; privilege.
21      To the extent you're being asked about work
22  that was commissioned by the office of general counsel
23  for the Port and being asked to disclose the substance
24  of that work, I'm going to instruct the witness not to
25  answer.

---

Page 47

1       MR. HOWARD:  I asked a foundational
2   question.
3   Q.  Did any of your work in connection with the
4   San Diego shipyard site involve the topic of PCBs?
5       MR. HOMER:  You can answer.
6   A.  PCBs were one of multiple contaminants at
7   the shipyard site.  So, yes, I had to address or
8   consider all contaminants.
9   Q.  And in connection with that work, you
10  realized that the cleanup level that was adopted by the
11  regional board was 194 parts per billion at the
12  shipyard site; correct?
13      MR. HOMER:  Object to form.
14  A.  That was the surface weighted average
15  concentration for the entire site following
16  remediation; that's correct.
17  Q.  Was your position in support of that level
18  or in opposition to that level?
19  A.  The conversations I had related to that
20  subject matter were under -- or during the settlement
21  negotiations.  I don't know if I'm allowed to answer
22  that.
23  Q.  I'm asking about positions that you've made
24  to the administrative hearing by the regional board.
25  A.  I did -- okay.  I'm sorry.  I did not

---

Page 48

1   support -- or I did not provide any testimony in
2   support or against the 194 value number or the 84 for
3   background.
4   Q.  And you were working for the Port during
5   that -- during that administrative process; correct?
6   A.  I was.
7   Q.  You didn't work for the shipyards as part of
8   that process?
9   A.  I did not.
10  Q.  Did you consult with the shipyards during
11  that process?
12  A.  Can you define "consult"?
13  Q.  Did you ever meet with the shipyards about
14  the cleanup levels that were under evaluation at the
15  shipyard site?
16  A.  Never discussed the cleanup levels, no.
17  Q.  What did you discuss with the shipyards
18  outside the presence of attorneys?
19  A.  Outside the presence of attorneys?
20  Q.  Correct.
21  A.  Nothing.
22      MR. HOMER:  Bob, if I may, I think Dr. Johns
23  was involved in matters that involved multiple parties
24  but were subject to settlement, so --
25      MR. HOWARD:  Well, let me just -- because

---

Page 49

1   I'm going to get into this later.  Maybe this will
2   short-circuit it.
3   Q.  Were you involved in the NASSCO cost
4   allocation settlement discussions?
5   A.  No.
6   Q.  Give me a general sense of what your role
7   was for the Port in connection with the shipyard site.
8   A.  Sure.  I was first retained to review the
9   documents that were the study documents, the underlying
10  documents that were done by Exponent.  Shortly after
11  that, the parties entered into settlement negotiations.
12  And I served generally as a technical advisor to the
13  Port during those settlement negotiations, and we set
14  the footprint.  We evaluated the data; we set the
15  footprint; we set the long-term monitoring program.  So
16  really was there for technical advice to the Port.
17  Q.  But you, yourself, didn't participate in the
18  settlement discussions on behalf of the Port?
19  A.  I was there the whole time.
20  Q.  Oh, you participated in those settlement
21  discussions --
22  A.  I did.
23  Q.  -- with Tim Gallagher?
24  A.  Yes.
25  Q.  Okay.  We'll talk about -- a little bit

---

TSG Reporting - Worldwide        877-702-9580

Exhibit 1
37

Page 50

1    about that later.  All right.
2         So when I want to find out about your
3    educational background, your postgraduate education,
4    professional schools, are all those set forth in the CV
5    we just received this morning?
6         A.  They are.
7         Q.  And you've never held any positions with the
8    Port of San Diego itself; correct?
9         A.  I have not.
10        Q.  Let me talk -- turn to our first topic
11   concerning the Port's knowledge of PCBs in the bay.
12   And I want to ask some -- also some foundational
13   questions.
14        Does the Port have any evidence that the
15   three defendants in this lawsuit themselves discharged
16   any PCBs into San Diego Bay or any Port trust property
17   at any time? * lowercase in part 3
18        A.  No, not that I'm aware of.
19        Q.  Does the Port have any evidence of any
20   regulatory enforcement action taken against Monsanto by
21   the Regional Water Quality Control Board related to
22   PCBs in San Diego Bay?
23        A.  I'm not aware.
24        Q.  Has the Port ever sought to evaluate who
25   used and disposed of PCBs around San Diego Bay?

Page 51

1         A.  I'm sorry.  Let me -- I was looking at the
2    question again.  Can you define "evaluate"?
3         Q.  Has the Port investigated, sought to
4    identify, who used and disposed of PCBs around the bay?
5         A.  In the course of evaluating sites, there
6    have been source analysis studies conducted.
7         Q.  Anything beyond a site-specific analysis of
8    PCB dischargers?
9         A.  Not that I'm aware.
10        Q.  As you sit here today, does the Port have
11   information about how many of its former and current
12   tenants use PCBs or PCB-containing products?
13        A.  I do not have that knowledge.
14        Q.  Has the Port ever sought to identify which
15   of its former or current tenants discharged PCBs into
16   the bay?
17        A.  As it relates to sites, yes.
18        Q.  What sites?
19        A.  As sites that are currently under
20   investigative orders.
21        Q.  So other than sites that are subject to
22   investigation, the Port has not sought to identify more
23   broadly PCB dischargers into the bay; correct?
24        A.  As I understand it -- well, as far as the
25   testimony for the questions that I've been asked to

Page 52

1    provide input on, no.
2         Q.  You, as part of your work for the Port,
3    haven't compiled a roster of all known dischargers of
4    PCBs into the bay; correct?
5         A.  I have not.
6         Q.  Is it the Port's position that every single
7    PCB molecule found in San Diego Bay was manufactured by
8    Monsanto prior to 1977?
9         A.  I don't believe that's the position.
10        Q.  What is the position of the Port?
11        A.  There are some individual congeners that are
12   produced as byproducts of other manufacturing processes
13   that also can be detected in San Diego Bay.
14        Q.  Has the Port ever undertaken any evaluation
15   to determine how much of the PCBs in the bay relate to
16   non-Monsanto sources?
17        A.  I've -- I have reviewed the expert reports
18   that have been presented in this case, and I believe
19   that Dr. Douglas has done some analysis of that.
20        Q.  So is part of your testimony here today
21   based on your review of the expert reports that have
22   been prepared by the Port?
23        A.  No.
24        Q.  You said you reviewed --
25        A.  I have.

Page 53

1         Q.  You said you reviewed expert reports that
2    have been prepared in this case.
3         A.  I have.
4         Q.  Did you review -- which expert reports did
5    you review?
6         A.  Douglas, Golightly, Toll, Jones.
7         Q.  Did you review Bedient's expert report?
8         A.  No.
9         Q.  Did you review Dr. Cicchetti's expert
10   report?
11        A.  Yes, I did.
12        Q.  So you reviewed five expert reports that
13   have been prepared by the Port for purposes of this
14   litigation; correct?
15        A.  I did.
16        Q.  No other expert reports that you recall?
17        A.  None that I am aware of.
18        Q.  And what was the purpose of your review?
19        A.  At one time until recently, there were a
20   number of reports that were on the docket that
21   I was asked to respond to, and every single one of them
22   related to the expert reports.  So I felt I had to read
23   the expert reports to respond to your questions on --
24        Q.  Okay.  So as you sit here today as the
25   representative of the Port, you've reviewed a number of

TSG Reporting - Worldwide      877-702-9580

Exhibit 1
38

Page 54

1   documents, but you've also reviewed the expert reports
2   prepared by the plaintiff's experts; correct?
3       A.  Yes.  And let me clarify that statement.  I
4   would not have reviewed those reports if those
5   questions had not been pending.  So if those questions
6   had not shown up, I would not have bothered to review
7   the reports.  I would review them solely to answer the
8   questions that were being posed by --
9       Q.  Whose questions?
10          MR. HOMER:  Topic.
11      A.  Topics -- the topics here -- there was a
12  list of topics, 110 topics.  There were a number of
13  topics in there that were related to material that
14  appeared to be expert report-driven questions, and so I
15  reviewed their reports in preparation that I would have
16  to answer those questions.  But those questions are no
17  longer mine to deal with.
18      Q.  Okay.  So you've -- when you reviewed those
19  reports, which topic were you trying to prepare for?
20      A.  Fifty-two, 72, 73, 74, 76, 77, 78, 79, 80,
21  81 and 109.
22      Q.  Okay.  Now, most of those topics are not
23  being covered by you, so help me understand the
24  discrepancy.
25      A.  Those --

Page 55

1          MR. HOMER:  If I may, Bob --
2          MR. HOWARD:  Yes.
3          MR. HOMER:  -- those are topics that were
4   rejected by the Court on April 25th that were --
5          MR. HOWARD:  All of them?
6          MR. HOMER:  -- previously designated for
7   Dr. Jones.
8          MR. HOWARD:  Oh.  Okay.
9       A.  That's why I was making the clarification
10  that the only reason I read those expert reports was to
11  prepare for those topics that were rejected by the
12  Court -- ultimately rejected by the Court.
13      Q.  Okay.  So are you -- are you relying upon
14  any of those expert reports for purposes of framing
15  your testimony for the 18 topics that you'll be
16  discussing today?
17      A.  No.
18      Q.  Can you list the tenants which discharge
19  PCBs into San Diego Bay or the ones that you know
20  about?
21      A.  The tenants at Tow Basin.
22      Q.  That's Lockheed and General Dynamics?
23      A.  That's correct.  Teledyne for
24  Convair Lagoon, Teledyne for Laurel Hawthorn,
25  General Dynamics for Laurel Hawthorn, Solar Turbine for

Page 56

1   Laurel Hawthorn, Campbell Shipyard, NASSCO, BAE, SDG&E
2   and Rohr and South Bay Power Plant, so -- is at SDG&E,
3   I believe.
4       Q.  So you listed 18 -- excuse me -- 11 known
5   dischargers of PCBs into the bay.  Any others that you
6   can recall?
7       A.  I -- there have been assessments relative to
8   MS4s, but I don't know if that's a known discharge or
9   whether that's a conveyance.
10      Q.  Let me ask you from the perspective of the
11  Port.  From the perspective of the Port, the Port is
12  not aware of PCB discharges beyond the list of 11 that
13  you've enumerated; correct?
14          MR. HOMER:  Object to the form.
15      A.  I don't know.
16      Q.  On the topic of whether every single PCB
17  molecule found in the bay is Monsanto's or not, has the
18  Port done any evaluation of inadvertently produced
19  PCBs?
20      A.  Other than what I read in the expert report
21  of Greg Douglas.
22      Q.  Other than that, no?
23      A.  Not that I'm aware of, no.
24      Q.  Does the Port have any evidence that its
25  past or current tenants discharged PCBs into the bay

Page 57

1   because those tenants had been instructed by Monsanto
2   to do so?
3       A.  I'm not aware.
4       Q.  Does the Port have any evidence of any
5   PCB-related handling or disposal instructions provided
6   by Monsanto that directed its customers to dispose of
7   PCBs in any specific fashion?
8       A.  I'm not aware.
9          MR. HOMER:  Bob, I want to object on scope,
10  and maybe you can just catch me up on that.
11          MR. HOWARD:  It's foundational for topic
12  34 -- this document.  That's why I asked him about, you
13  know, the -- the discharges in the conveyance system
14  being manufactured by Monsanto.
15          MR. HOMER:  Okay.  So I just want to be
16  clear that on 34 we're talking about discharges of PCBs
17  or contaminants onto trust property or into the bay,
18  not off-site disposal?
19          MR. HOWARD:  I didn't ask about nonsite
20  disposal.
21          MR. HOMER:  I thought you asked, going back,
22  does the Port have any evidence of any PCB-related
23  handling or disposal instructions provided by Monsanto
24  that directed its customers to dispose of PCBs in any
25  specific fashion.

Page 58

1   MR. HOWARD:  Any fashion; that's correct.
2   MR. HOMER:  That's outside of the topic.
3   There might be evidence that -- about disposal
4   instructions to -- you know, something else to do with
5   it other than discharge at the trust property or the
6   bay.  So if you're asking him about --
7   MR. HOWARD:  I'm asking -- look, I need a --
8   I asked a broad question, all right?
9   MR. HOMER:  Okay.
10  MR. HOWARD:  And that's specifically
11  designed to any product-related instructions.  The
12  witness answered that he's not -- he's not aware of it.
13  MR. HOMER:  Okay.  And he's not here to bind
14  the Port with respect to instructions Monsanto may have
15  given to its customers, Port tenant or otherwise, as to
16  how to dispose of PCBs other than if they fall within
17  the scope of 34, discharge into the bay or conveyance.
18  BY MR. HOWARD:
19  Q.  Does the Port have any evidence of any
20  PCB-related handling or disposal instructions provided
21  by Monsanto that directed its customers to dispose of
22  PCBs into San Diego Bay or its conveyance system?
23  A.  I'm not aware.
24  Q.  Thank you.  Does the Port believe the City
25  of San Diego is a discharger of PCBs into

Page 59

1   San Diego Bay?
2   MR. HOMER:  Object to the form.
3   MR. JULIUS:  Join.
4   (Court reporter interruption.)
5   A.  I believe that there has been identification
6   of some MS4 discharges.
7   Q.  So is that "yes"?
8   MR. HOMER:  Object to the form.
9   A.  As to the -- as to if they own that MS4, I
10  guess that's an answer yes.
11  Q.  Has the Port taken any action with respect
12  to the City of San Diego to stop those MS4 discharges
13  of PCBs?
14  MR. JULIUS:  Object to the form.
15  MR. HOMER:  Join.
16  A.  I'm not aware.
17  Q.  Do you know why they have not -- why the
18  Port has not taken any action?
19  MR. JULIUS:  Same objection.
20  MR. HOMER:  Same.
21  A.  I'm not providing answers on conveyance
22  system or monitoring of conveyance systems, and so I
23  don't have any knowledge.
24  Q.  Does the Port believe the City of
25  Chula Vista is a source of PCBs into San Diego Bay?

Page 60

1   MR. JULIUS:  Object to the form.
2   MR. HOMER:  Object to the form.
3   A.  Not that I'm aware.
4   Q.  So the Port's testimony is it doesn't
5   believe the City of Chula Vista is a source of PCBs
6   into the bay?
7   MR. HOMER:  Object to the form.
8   A.  I am not aware of whether they believe they
9   were --
10  Q.  You can't answer the question is what you're
11  saying?
12  A.  Yeah, I just -- I think I just answered it.
13  I'm not aware that they -- that they believe that
14  Chula Vista is --
15  Q.  What do you --
16  A.  Not believe.
17  Q.  I guess there's yes, no or you just -- you
18  just don't know, and that's what I'm trying to figure
19  out.
20  A.  Oh, okay.  I'm sorry.  I don't know.
21  MR. MILLER:  Why don't we take 10 minutes?
22  MR. HOWARD:  Okay.  We're a little over an
23  hour.  Why don't we take a five-minute break and go off
24  the record?
25  THE VIDEOGRAPHER:  Going off record.  The

Page 61

1   time is 11:10 a.m.
2   (Whereupon, a brief recess was taken
3   from 11:10 a.m. to 11:25 a.m.)
4   THE VIDEOGRAPHER:  We are back on the
5   record.  The time is 11:25 a.m.
6   BY MR. HOWARD:
7   Q.  Dr. Johns, we just talked about the
8   11 sources known to the Port that have discharged PCBs
9   and MS4 dischargers.  What other --
10  MR. HOMER:  Object to -- I'm sorry.
11  Q.  -- what other considerations has the Port
12  made to try to identify sources beyond the two that we
13  just discussed?
14  MR. HOMER:  Object to the form.
15  A.  I'm sorry.  What two did we discuss?
16  Q.  The 11 known PCB dischargers and the
17  separate category was MS4 discharges by municipalities.
18  A.  Although it's not a subject matter for me to
19  discuss, I believe that there have been monitoring of
20  MS4 -- for its MS4 systems.
21  Q.  By the Port?
22  A.  That's my understanding, yes.
23  Q.  Has the Port sought to identify sources when
24  it's not under a cleanup and abatement order of PCBs?
25  Has the Port sought to identify sources of the PCBs

Page 62

1  when not under a cleanup and abatement order or an
2  investigation order?
3      A.  There was some work done by the experts to
4  collect additional data in the bay.  I think they're in
5  John Toll's and Greg Douglas's reports.  I can think of
6  one survey that was done in East Basin in 2017 that I
7  don't believe was under an IO or a CAO.
8      Q.  And that work was performed by the Port?
9      A.  It was.
10     Q.  So other than the actions in the -- outlined
11 in the expert reports and the East Basin, no other Port
12 actions that you're aware of to identify PCB sources
13 outside the context of a regional board order; correct?
14     A.  Their support and funding -- partial funding
15 of the Regional Harbor Monitoring Program and by
16 accumulation studies that either are currently underway
17 or plan to be underway are also general survey studies.
18     Q.  Do those general surveys identify with
19 specificity PCB sources?
20     A.  They do not.
21         MR. HOMER:  Bob, I'm going to object to the
22 form and ask a question if I may.  What topic does
23 specific identification as a -- as it's being
24 characterized, exhaustive identification of sources --
25 fall under?

Page 63

1          MR. HOWARD:  It's a number of categories.
2  The Port's knowledge of the presence of PCBs in the bay
3  and where it came from.  Isn't that foundational?
4          MR. HOMER:  But we -- you just read in where
5  it came from.
6          MR. HOWARD:  Well, isn't that foundational,
7  the Port's knowledge of PCBs in the bay?
8          MR. HOMER:  Okay.  So I'll just tell you
9  now -- and we can go off the record if you want to talk
10 about this or we can stay on, but Dr. Johns was not
11 asked to identify an exhaustive list of PCB sources in
12 preparing for this.
13         MR. HOWARD:  We're going to be talking about
14 CAOs --
15         MR. HOMER:  Yep.
16         MR. HOWARD:  -- okay?  We're talking about
17 the five sites, the CAOs that the Port's been named on.
18 These are all -- these are all fair game.
19         MR. HOMER:  Absolutely they're fair game.
20 What's not fair game is to bind the Port to these are
21 the 11 known sources.  Dr. Johns wasn't asked to do
22 that.
23         MR. HOWARD:  Well -- okay.  Well, then you
24 need -- this is the witness the Port has provided.
25         MR. HOMER:  But for what -- I'm asking what

Page 64

1  topic does it say provide --
2          MR. HOWARD:  First of all, I don't have to
3  be here and identify every single question in every
4  particular topic --
5          MR. HOMER:  No, I'm --
6          MR. HOWARD:  -- okay?
7          MR. HOMER:  Listen, I'm trying to --
8          MR. HOWARD:  The Port's -- I understand.
9  The Port's knowledge of PCs in the bay -- PCBs in the
10 bay -- where did it come from?  What's the
11 discharger --
12         MR. HOMER:  Okay.
13         MR. HOWARD:  -- one.  Cleanup and abatement
14 orders who are identified, who are the dischargers.
15 And I'm asking is there any other thing outside the
16 context of a CAO where the Port has sought to identify
17 a PCB discharger?
18         MR. HOMER:  Okay.  And what I'm concerned
19 with is this testimony being improperly used to say
20 that the Port knew of only these 11 dischargers all
21 time.  He wasn't asked to provide an exhaustive list.
22 I don't know if he's prepared to provide an exhaustive
23 list.
24         MR. HOWARD:  I mean, you --
25         MR. HOMER:  You can ask --

Page 65

1          MR. HOWARD:  I'm sorry.  In fairness, you
2  chose the witness.
3          MR. HOMER:  We did choose the witness and we
4  didn't prepare him for that topic --
5          MR. HOWARD:  Okay.
6          MR. HOMER:  -- because we didn't see it
7  here.
8          MR. HOWARD:  All right.  Well, I'm moving
9  on, so...
10         MR. DOBBS:  Just object; beyond the scope.
11         MR. HOWARD:  Okay.
12         MR. HOMER:  Yeah, we'll leave that as an
13 objection.  When asked to identify an exhaustive list
14 of sources, that's beyond the scope of the topics
15 Dr. Johns was designated for.
16 BY MR. HOWARD:
17     Q.  With respect to understanding PCBs in the
18 bay and who discharged PCBs in the bay, is there anyone
19 in the Port that has that information?
20         MR. HOMER:  Again, I'm going to object to
21 the scope -- sorry -- object to the form.
22     A.  I don't know.  I will add, by the way, to
23 your list there.  Now that we're thinking about it --
24 we didn't walk through the sites -- the Navy would also
25 be added to that list.

Page 66

1    Q.  Okay.  So added.  Thank you.
2        Approximately when did the Port first become
3    aware of PCBs in San Diego Bay?
4        A.  It is unclear the exact date, but some of
5    the early studies that were done in the late '70s to
6    early '80s -- the Mussel Watch Program identified PCBs
7    in mussels that were placed in the bay and, in
8    particular, in Convair Lagoon, and the concentrations
9    were high enough in Convair Lagoon to exceed the FDA
10   limit for PCBs in tissue for food sources.  And so I
11   believe that probably marks the first time that the
12   Port would have been aware that PCBs were in the -- in
13   the bay.
14       Q.  Sometime in connection with the State Mussel
15   Watch Program?
16       A.  I believe so, yes.
17       Q.  Okay.  Can I have Exhibits 2 and 3, please?
18       MR. HOWARD:  Exhibit 2 is entitled
19   "California State Mussel Watch," a report prepared by
20   the State Water Resource Control Board in March of
21   1980.  That's Exhibit 2.  Hand that to the witness.
22       (Port Exhibit 2, Document
23       entitled "California State Mussel Watch,"
24       marked for identification, as of this
25       date.)

Page 67

1        MR. HOWARD:  And Exhibit 3 is a -- entitled
2    "California State Mussel Watch, 1980 to '81," also
3    authored by the State Water Resources Control Board,
4    dated May 1982.  Hand those to the witness.
5        (Port Exhibit 3, Document       11:49
6        entitled "California State Mussel Watch
7        1980-1981" marked for identification, as of
8        this date.)
9        Q.  Take a moment to review those.  Have you
10   seen those two reports before, Dr. Johns?
11       A.  I have.
12       Q.  And these were the -- and these are reports
13   in connection with the State Mussel Watch Program that
14   you're referring to as basically the first indication
15   that the Port had of PCBs in San Diego Bay?
16       A.  Yes, that's correct.
17       Q.  Do you know whether the Port -- this has a
18   Port's Bates number on it, but do you know whether the
19   Port received contemporaneously or at the relevant time
20   this 1980 California Mussel Watch report?
21       A.  I do not know that.
22       Q.  These reports evaluated a number of
23   compounds in mussels around California; correct?
24       A.  That's correct.
25       Q.  Do you know where within San Diego Bay the

Page 68

1    mussels were tested pursuant to this Mussel Watch
2    Program?
3        A.  Convair Lagoon.
4        Q.  And you base that on what?  Because I didn't
5    see that specifically in the report.
6        A.  It was a history of -- the timeline for the
7    Convair Lagoon.  I don't remember it was in the CAO for
8    that, but I do recall reading it at one time.  They
9    identified that as the trigger for listing -- requiring
10   additional studies in Convair Lagoon.  They identified
11   the samples as having been collected there.
12       Q.  "They" being whom?
13       A.  The water board.
14       Q.  The water -- but not the authors of this
15   particular report; correct?  Let me say it differently.
16       Does -- are you aware as you sit here today
17   whether these reports indicate that the testing was
18   performed on Convair Lagoon or not?
19       A.  I think they do, but I'm looking to see --
20   yeah, that looks like the site is listed as Shelter
21   Island, but it's not Shelter Island either.
22       Q.  What are you looking at?
23       A.  Exhibit 3, page 77.
24       MR. HOMER:  It's the last page, Bob.
25       A.  Last page of that document.

Page 69

1        Q.  Shelter Island is not near Convair Lagoon;
2    correct?
3        A.  That's correct.
4        Q.  And then on page 77, it has Mission Bay,
5    Shelter Island, G Street and Coronado Bridge; right?
6        A.  That is correct.
7        Q.  Okay.
8        A.  But they show -- the site where the mussels
9    were looks really to be off of Harbor Island.
10       Q.  All right.  Let's move on to the next
11   question.  It's not -- I want to turn your attention
12   to --
13       A.  I looked at the map again.  It is
14   Shelter Island where they identify the site.  I was
15   looking at it one --
16       Q.  That's my understanding, too.
17       A.  Okay.  Yeah.
18       Q.  And Shelter Island is not Convair Lagoon;
19   correct?
20       A.  It is not; that's correct.
21       Q.  Is it a fair statement that the Port --
22   Port's first indication of PCBs in the bay was the
23   result of these -- of these two State Mussel Watch
24   reports?
25       A.  I believe that's correct, yes.

Page 70

1   Q.  On page -- I'm turning your attention to
2   Exhibit 2, page 3 on the first paragraph.  The second
3   line up states, Similarly, the Mussel Watch Program has
4   shown that levels of polychlorinated biphenyls (PCB)
5   along the California coast have also declined between
6   1971 to 1978.
7       Do you see that statement?
8   A.  Yes.
9   Q.  Does the Port have any indication of
10  declining PCB levels in San Diego Bay?
11      MR. HOMER:  Object to the form.
12      (Court reporter interruption.)
13  A.  Yeah, I think there's -- there's an
14  indication that they have declined.
15  Q.  Can you elaborate on that and what's that
16  based on?
17  A.  Yes.  Well, one is the cleanups of sites
18  with elevated PCBs have occurred, and so that inventory
19  or those concentrations have been removed from the bay
20  and replaced with relatively clean cover material.
21  Q.  Um-hum.
22  A.  So those areas themselves have improved.
23  Q.  Okay.
24  A.  There has been no designed trend analysis
25  study done for the bay, so it's very difficult to say

Page 71

1   that with certainty that's occurred.  But I think -- I
2   believe the RHMP studies have noted that the bay has
3   generally improved over time.  And they do take
4   stations.  They're not the same exact stations each
5   time, but they're randomly selected, by and large,
6   stations.  And they've come to that conclusion.
7       But in terms of assuredly saying that the
8   trend has -- has been for reductions is -- is not based
9   on a singular study or a time series study, but given
10  the fact that contaminated sites have been cleaned up
11  and -- and the bay, in toto, has -- is certainly
12  getting lower concentrations; cleaner.
13  Q.  Are there other explanations to why there's
14  a general trend in reduction of PCBs in the bay?  For
15  example, maintenance dredging?
16  A.  I didn't look at any maintenance dredging
17  records, but to the extent that there were some PCBs in
18  maintenance dredging, that would certainly remove some
19  of that material.
20  Q.  Okay.  Has the Port evaluated the extent to
21  which dredging has removed PCBs from the bay?
22  A.  Not that I'm --
23      MR. HOMER:  Object to the form.
24  A.  Not that I'm aware.
25  Q.  Has the Port evaluated the extent that tidal

Page 72

1   influence has reduced the amount of PCBs in the bay?
2       MR. HOMER:  Object to the form.
3   A.  I think they're aware of some of the studies
4   that were done by the -- by contractors, I believe, on
5   behalf of the Navy where they discussed potential
6   losses to the -- to the ocean through tidal action and
7   redistribution of PCBs or redistribution of
8   contaminants in the bay through tidal action.
9   Q.  Is the Port tracking the trends in PCB
10  concentrations in the bay in 2019?
11      MR. HOMER:  Object to the form.
12  A.  I'm not aware -- I'm not aware of a program
13  that is designed to occupy the same exact stations over
14  time.  But through the -- through the work they support
15  through the RHMP -- which comes every five years, I
16  believe, or on a periodic basis -- that data provides
17  some insight as to whether or not PCB concentrations in
18  the bay are changing.
19  Q.  I understand that.  So -- but my question is
20  a little bit different.  Is the Port working to
21  understand, for example, that in 2019 concentrations
22  around the bay are at a certain quantitative level?
23  A.  I believe that Dr. Toll's expert report has
24  a heat map in it, called a heat map, and that map
25  provides a snapshot of concentration gradients in the

Page 73

1   bay based on the existing data.
2   Q.  Okay.  So for answering that question, then,
3   you would turn us to look at the -- to the Dr. Toll
4   report?
5   A.  I think so, yes.  Correct.
6   Q.  On Exhibit 3, on the back cover of the title
7   page, there's a date stamp -- if you look -- turn that
8   cover page over, there should be a date stamp, Received
9   October 28th, 1982, Port of San Diego, Environmental --
10  A.  Um-hum.
11  Q.  -- Manager.
12      Do you see that date stamp?
13  A.  I do.
14  Q.  By October 20th, 1982, is it fair to say the
15  Port is now on notice of PCBs in San Diego Bay?
16  A.  I don't understand the term "on notice," but
17  I do believe that they're aware of it, having received
18  that report.
19  Q.  Okay.  Do you have any information that the
20  Port was aware of PCBs in the bay prior to this
21  October 28th, 1982 report?
22  A.  Not that I could find.
23  Q.  I'm just basically looking at -- something
24  that tells me when the Port --
25  A.  Yes.

Exhibit 1
43

Page 74

1    Q.  -- was on notice of PCBs in the bay.
2    A.  Yeah.  Being able to find somebody who was
3  here, has a recollection of that in the environmental
4  group -- I could not find any.
5    Q.  Did you ask that question of the
6  environmental group?
7    A.  I asked if anybody was here in 1982 or in
8  that time, and the answer was no.
9    Q.  What did the Port do in response to the
10  disclosure back in 1982 of PCBs in the bay, if
11  anything?
12    A.  I'm not aware or I don't know.
13    Q.  Now, do you consider yourself a bay
14  historian?
15    MR. HOMER:  Object to the form.
16    A.  You know, at some level, yes, I kind of -- I
17  generally understand what was going on in the bay at
18  certain times.  But I wouldn't consider myself a
19  historian, no.
20    Q.  The reason I asked is because I'm going to
21  get into some discussions about CAOs and I want to know
22  how much foundation I'm going to have to provide on
23  that.
24    Are you aware of anyone who was at the Port
25  back in 1982 that could answer the question of when the

Page 75

1  Port was first on notice of PCBs in the bay?
2    A.  I'm not aware.
3    Q.  And you didn't talk to anyone from the Port
4  back in 1982 that could answer that?
5    A.  I did not.
6    Q.  Now, you're aware that in 1986 the regional
7  board issued an order to Teledyne-Ryan to investigate
8  storm drains entering into Convair Lagoon?
9    A.  I am.
10    Q.  And you're aware that Convair Lagoon was
11  capped in 1998?
12    A.  Correct.
13    Q.  Okay.  So if we take 1982 as generally
14  the -- chronologically the starting point of when the
15  Port was on formal notice of PCBs in the bay, the next
16  major development in San Diego Bay in connection with
17  PCBs would be Convair Lagoon; correct?
18    MR. HOMER:  Object to the form.
19    A.  There are some other studies that were
20  published I guess about -- about that same time.
21    Q.  What --
22    A.  Ferry [phonetic] conducted a study -- he was
23  also with National Marine Fisheries or NOAA --
24  conducted a study that he published, I think in '92 or
25  '98 where they looked at samples from 350 stations in

Page 76

1  the bay and did some toxicological testing.  Then there
2  was a study by McCain that looked at tissue
3  concentrations in fish for both PCBs and at PAHs and
4  looked at histopathology and liver concentrations and
5  concentrations in bile and stuff like that.  Those were
6  published peer-reviewed papers.
7    Without having found anybody from that time
8  period, I would assume that they were available in the
9  literature and they may have been aware of those --
10  those studies.
11    Q.  Okay.  All right.  So we have -- '82 we have
12  the Mussel Watch.  And then I want to turn to 1986,
13  which is Convair Lagoon.
14    All right.  So let me jump ahead -- and
15  chronologically, 1982 was sort of the starting point of
16  Port awareness, and then there was a major PCB
17  remediation at Convair Lagoon that started in 1986;
18  correct?
19    MR. HOMER:  Object to the form.
20    A.  That is correct.
21    Q.  I want to talk -- I want to jump ahead just
22  for a moment to the State Water Resources Control
23  Board's proposed listing of all of San Diego Bay under
24  Section 303(d) of the Clean Water Act for PCBs.  Okay?
25  Are you familiar with --

Page 77

1    A.  Yes.
2    Q.  -- that part of the story of San Diego Bay?
3    A.  Yes.
4    Q.  And San Diego Bay was listed as impaired for
5  PCBs in approximately 2006; correct?
6    A.  For fish tissue.  Correct.
7    MR. HOWARD:  I want to introduce Exhibits 4
8  and 5, please.
9    (Port Exhibit 4, Letter dated
10    January 19, 2006 from David Merk to
11    Selica Potter, marked for identification,
12    as of this date.)
13    (Port Exhibit 5, Letter dated
14    October 20, 2006 from David Merk to Song
15    Her, marked for identification, as of this
16    date.)
17    MR. HOWARD:  Let me identify for the record.
18  Exhibit 4 is an unsigned letter from David Merk,
19  Director of Environmental Services, to Selica Potter at
20  the State Water Resources Control Board, dated
21  January 19th, 2006.  Subject: Proposed 303(d) listing
22  of entire San Diego Bay for polychlorinated biphenyls.
23    And Exhibit 5 is a signed letter from
24  David Merk, Director of Environmental Services
25  Department, to Ms. Song, S-O-N-G, Her, H-E-R, with the

## Page 78

1  State Water Resources Control Board, dated
2  October 20th, 2006.  Subject: Comment letter 2006
3  Federal CWA Section 303(d) list.
4      Hand that to the witness.
5      Q.  And ask you if you've seen those two letters
6  before.
7      A.  I have not.
8      Q.  In preparing for this deposition --
9  Rule 30(b)(6) deposition, did you consult with
10  Mr. Merk?
11     A.  I did not.
12     Q.  Why not?
13     A.  I wasn't familiar with them -- him.
14     Q.  Have you ever met Mr. Merk?
15     A.  I have not.
16     Q.  Do you know how long he worked at the Port
17  of San Diego?
18     A.  I do not.
19     Q.  Do you know when he left the Port of
20  San Diego?
21     A.  I do not.
22     Q.  So Exhibits 4 and 5 -- the first time you've
23  seen these -- these two letters?
24     A.  I have -- yes, it is the first time.
25     Q.  Okay.  Since you're here representing the

## Page 79

1  Port, are you prepared to speak to these two letters?
2      MR. HOMER:  Object to the form.  Bob, he's
3  stated that he lacks knowledge on --
4      MR. HOWARD:  He hasn't stated yet.  Don't
5  tell him what he hasn't stated yet.
6      A.  I said earlier I had not read these letters,
7  so I'm not aware of them.
8      Q.  But my question is different.  Are you
9  prepared to testify on the fact that the Port was
10  opposed to listing San Diego Bay as 303(d) impaired?
11     A.  I am not.
12     MR. HOMER:  Object to the form.
13     A.  I am not.
14     Q.  Are you aware that San -- that the San Diego
15  Port District filed comments opposing the listing by
16  the State of California of the bay as impaired for PCBs
17  under Section 303(d)?
18     MR. HOMER:  Object to the form and to the
19  scope, Bob.  This is topic 53, which is -- we've
20  designated Karen Holman for on May 16th.  I mean, it's
21  literally the exact topic.
22     MR. HOWARD:  Okay.  We'll move on.
23     Q.  But as we -- okay.  So are you aware, in
24  terms of your understanding of the bay, that the Port
25  was opposed to listing the bay as impaired for PCBs?

## Page 80

1      A.  I was not.
2      Q.  As a general proposition --
3      MR. HOMER:  Object to the form.
4      Q.  As a general proposition, you're aware that
5  if a water body is listed as impaired under 303(d),
6  there's a follow-on expectation to develop TMDLs to
7  eliminate the impairment; correct?
8      MR. HOMER:  Object to the form.
9      A.  I am, yes.
10     Q.  Do you agree that no PCB TMDL has ever been
11  promulgated or issued by the regional board for
12  San Diego Bay?
13     MR. HOMER:  Object to the form.
14     A.  I -- I believe they have not.
15     Q.  So I'm correct that the regional board has
16  not issued --
17     A.  I'm sorry.  Yes.  The regional board --
18     Q.  Oh.
19     A.  -- has not.
20     Q.  Let me just make the question clear.  So is
21  it correct that the regional board has not issued a
22  TMDL for PCBs anywhere in San Diego Bay?
23     MR. HOMER:  Object to the form, and let me
24  just make my prior objection to the scope clear.  This
25  is a topic that we've designated Karen Holman for on

## Page 81

1  May 16th, topic 54.
2      MR. HOWARD:  Okay.  So noted.
3      Q.  You can answer.
4      A.  I am not aware.
5      Q.  Are you aware of an investigation of
6  Switzer Creek for PCBs in approximately 2009?
7      MR. HOMER:  Objection; scope.
8      A.  I am.
9      MR. HOWARD:  Could I have Exhibit 6, please?
10     (Port Exhibit 6, Document      11:55
11  entitled "Characterization and Assessment
12  of Storm Drain Sediments from Switzer
13  Creek," dated March 20, 2009, marked for
14  identification, as of this date.)
15     MR. HOMER:  What number is this, Bob?
16     MR. HOWARD:  Exhibit?
17     MR. HOMER:  Yes.
18     MR. HOWARD:  This is 6.
19     MR. HOMER:  May I just make a clarification?
20  I think I objected twice and said that Karen Holman was
21  designated for topic 54 on this 303(d) listing.  It's
22  53 on my chart.  I'll confirm on the notice.
23     MS. DAVIS:  It's correct.  Karen Holman is
24  designated for 53.
25     Q.  In the course of your work for the

Page 82

1  Port District, have you had an opportunity to review
2  Exhibit 6, which is entitled "Characterization and
3  Assessment of Storm Drain Sediments from
4  Switzer Creek," dated March 20th, 2009, a City of
5  San Diego document?
6      A.  I am aware of the document, but have not
7  reviewed it in detail.
8      Q.  Do you remember when you last reviewed it?
9      A.  When we were developing the scope of
10  investigations for the TAMT IO.
11      Q.  "IO" being investigative order?
12      A.  I'm sorry.  Investigative order.  Some of
13  the team members, which include the Port of San Diego
14  and the City of San Diego -- some of the team members
15  were going to continue to sample that area.  So I was
16  aware of the report under those circumstances but did
17  not look at any detail associated with it.
18      Q.  Do you understand whether the investigation
19  was in response to the regional board's efforts to
20  develop a TMDL for Switzer Creek?
21      A.  I am not aware of that.
22      Q.  As you sit here today, what's your
23  assessment of PCB conditions in Switzer Creek?
24      MR. HOMER:  Object to the form.
25      MR. JULIUS:  Join.

Page 83

1      A.  The investigative order is currently
2  under- -- undergoing right now, so I don't have a --
3  formed an opinion of it.  I do believe that there has
4  been some PCBs detected along the banks of
5  Switzer Creek, but I have not formed an opinion as to
6  whether there are -- they are a source of PCBs.
7      Q.  You haven't formed an opinion whether
8  Switzer Creek is a source of PCBs or not?
9      A.  Right.
10      Q.  What's the Port's position on this same
11  issue?
12      MR. HOMER:  Objection; scope.  Again, same
13  one I raised before about specific sources.
14      Q.  How about topic 34, Discharges of PCBs or
15  contaminants onto trust property or into the bay via
16  any route, including, but not limited to, discharges
17  via the conveyance system?
18      MR. HOMER:  You can answer.
19      A.  I believe there is a belief or some data
20  that would suggest that's a possibility, but the
21  purpose of the data that's being collected with the
22  investigative order is to better understand whether
23  that is the case or not.
24      Q.  As we sit here today, no TMDL has been
25  issued by the regional board for PCBs in connection

Page 84

1  with Switzer Creek; correct?
2      A.  I am not aware of any.
3      Q.  And let me turn your attention to page ES3
4  of this report under section 1.  Do you see that?
5      A.  I do.
6      Q.  Okay.  The very last sentence of that
7  section states, PCBs were rarely detected.
8      Do you see that?
9      A.  I do.
10      Q.  Okay.  Do you have any information on behalf
11  of the Port that would call that conclusion into
12  question?
13      MR. HOMER:  Object to the form.
14      A.  No.  I believe that's why the data's being
15  collected as part of the IO for TAMT.
16      Q.  I'm talking about the -- let's try to keep
17  the Tenth Avenue Marine Terminal investigation separate
18  from this.  I'm just talking about this report.
19      Does the Port have any information that
20  would contradict the conclusion of the City's Switzer
21  Creek investigation that says PCBs were rarely
22  detected?
23      MR. JULIUS:  Object to the form.
24      A.  I am not aware of any.
25      Q.  Did the Port participate in any way in the

Page 85

1  Switzer Creek investigation?
2      A.  I don't know.
3      Q.  The reason that the Switzer Creek
4  investigation was performed is because Switzer Creek
5  was suspected as being a PCB pathway; correct?
6      MR. HOMER:  Object to the form.
7      MR. JULIUS:  Join.
8      A.  I believe that's correct.
9      Q.  And the results of this study determined
10  that PCBs were rarely detected; correct?
11      A.  That's correct.
12      MR. JULIUS:  Object to form.
13      Q.  Turn next to Exhibit 7, which is fairly
14  lengthy.  I'm trying to -- let's see if we can do this
15  somewhat efficiently.  It's actually -- let me read the
16  title of this.
17      MR. HOWARD:  So Exhibit 7 will be an
18  Amec Foster Wheeler report dated March 2018, entitled
19  "Investigation of Sediment Quality at the Mouth and
20  Tidally Influenced Area of Chollas Creek in
21  San Diego Bay."
22      (Port Exhibit 7, Report
23      titled "An Investigation of Sediment
24      Quality at the Mouth and Tidally Influenced
25      Area of Chollas Creek in San Diego Bay,"

TSG Reporting - Worldwide      877-702-9580

Exhibit 1
46

Page 86

1  marked for identification, as of this
2  date.)
3      MR. HOWARD:  And I will represent it is not
4  the entire report because it had too many data sheets
5  at the end.  We've appended the data sheets that
6  pertain to DDT at the end.
7      MR. JULIUS:  To what, Bob?
8      MR. HOWARD:  Appended, at the very end, the
9  Excel data sheets pertaining to PCBs.  There were
10 hundreds of pages of data.
11     Q.  I'll ask the witness whether he has reviewed
12 or had an opportunity to review at any time this
13 March 2018 report.
14     A.  I have.
15     Q.  And why did you review this report?
16     A.  Working with the Port, reviewing documents
17 from various studies.
18     Q.  Was it in connection with this case?
19     A.  No.
20     Q.  Was it in connection with today's
21 deposition?
22     A.  I was generally familiar with the material.
23     Q.  Do you understand this report to be in
24 response to a regional board-ordered investigation of
25 Chollas Creek to evaluate a large number of suspect

Page 87

1  contaminants flowing from Switzer Creek into the bay?
2      MR. HOMER:  Object to the form.
3      A.  Yeah, from the tidally --
4      MR. JULIUS:  Form.
5      A.  Yes, from the tidally influenced portion of
6  Chollas Creek, so lower portion of Chollas Creek.
7      Q.  Did it also not test the tidally influenced
8  areas of Chollas Creek in -- even further upgradient?
9      A.  I think the majority of the samples were
10 collected in the tidally influenced area, which is
11 upgradient in Chollas Creek.
12     Q.  Okay.  Do you have a general understanding
13 of what the results of this report are in connection
14 with PCBs?
15     A.  Yes.  I believe they -- they found low
16 detections or little detections of PCBs in the tidally
17 influenced portion.  But what I would term as the
18 "mouth" of Chollas Creek, they did identify and detect
19 PCBs.
20     Q.  At what level?
21     A.  I think they were in the range of, in some
22 cases, 3- to 400 parts per billion.
23     Q.  300 to 400 parts per billion?
24     A.  Yes.
25     Q.  Are you referring to data prior to the Navy

Page 88

1  dredge of the mouth of Chollas Creek or after the
2  dredge of --
3      A.  Well --
4      Q.  -- after the dredge of Chollas Creek by the
5  Navy?
6      A.  So some of the --
7      MR. HOMER:  Object to the form.
8      A.  So some of the sampling that occurred in
9  Chollas Creek was outside of the dredge print.  So
10 further bayward in particular.
11     Q.  Could I turn your attention to figure 2-2?
12     A.  Can you give me a page?
13     Q.  It's after -- it's after page 2-4.
14     A.  Okay.  I have it.
15     Q.  Okay.  Is this the -- does this visually
16 depict the mouth of Chollas Creek and the tidally
17 influenced areas that were subject to the investigation
18 by the City?
19     A.  Yes, it does appear.
20     Q.  And are you referring to -- you refer to
21 data of 300 and 400 parts per billion somewhere on this
22 map.  Where did you -- where were you referring to
23 them?
24     MR. HOMER:  Object to the form.
25     MR. JULIUS:  Join.

Page 89

1      A.  It's more out in the bay area.  So
2  circumscribed by pier 1, the pier on the opposite side
3  that's a NASSCO -- I believe that's a NASSCO pier.  The
4  samples were collected in that area.  The Navy's
5  dredging was -- was more confined up to where you see
6  the name Norman Scott Road.  That area was dredged.
7      Q.  Okay.  So looking at figure 2-2 and the area
8  that was being investigated, was there significant
9  amounts of PCBs found at the mouth of Chollas Creek
10 after the Navy completed this dredge or in the tidally
11 influenced areas of Chollas Creek?
12     MR. HOMER:  Object to the form.
13     MR. JULIUS:  Join.
14     A.  I believe the samples from the tidally
15 influenced area were fairly low in PCBs, and the area
16 that had been dredged by the Navy also were fairly low.
17     Q.  Okay.  Could you turn to page 4-5 of the
18 report entitled "PCB Congeners"?
19     A.  Okay.
20     Q.  The first sentence states, Concentrations of
21 total PCBs were uniformly very low at the Navy
22 post-dredge footprint in the TIA -- which I understand
23 is the tidally influenced area sites -- and were
24 elevated at the mouth's sites and several source sites
25 with concentrations ranging from 1.2 to

Page 90

1   4.2.1 micrograms per kilogram, what are parts per
2   billion; correct?
3       A.   That's what this sentence says, yes.
4       Q.   Okay.  So did any TMDLs result in the
5   aftermath of this investigation, or is the Port aware
6   of any that are being considered for PCBs in Chollas
7   Creek in response to this investigation?
8       MR. HOMER:  Object to the form and scope.
9       A.   I'm not aware of any.
10      Q.   Does this report indicate that Chollas Creek
11  is not likely to be subject to a TMDL for PCBs?
12      MR. HOMER:  Object to the form and scope.
13      A.   I don't know.
14      Q.   Is it fair to say that the data is
15  encouraging if one is evaluating whether Chollas Creek
16  is a source of loading of PCBs into the bay?
17      MR. HOMER:  Object to the form.
18      MR. JULIUS:  Same.
19      A.   Encouraging, yes.
20      Q.   So we have a situation here where
21  Switzer Creek has fairly good data and Chollas Creek
22  had fairly good data and both were under investigation
23  for purposes of developing a potential TMDL for PCBs;
24  correct?
25      MR. HOMER:  Object to the form.

Page 91

1       A.   That's correct.
2       Q.   Let's talk about the TMDLs that do exist in
3   the bay for chemicals other than PCBs.  So I'm going to
4   transition here.
5       MR. HOWARD:  I'm going to mark next in order
6   four exhibits.  Exhibit 8 is the August 14, 2002
7   Regional Board Resolution R9-2002-0123 for
8   Chollas Creek.
9       MR. HOMER:  Bob, to the extent we're going
10  to talk about what you just said, TMDLs that exist in
11  the bay for chemicals other than PCBs, I'm going to
12  object as to scope.  If you want to clarify what topic
13  you're going under --
14      MR. HOWARD:  I'm talking -- let me see --
15  yep -- Discharges of PCBs or contaminants -- topic 34,
16  Discharges of PCBs or contaminants -- that's other than
17  PCBs -- onto trust property or into the bay via any
18  route.
19      MR. HOMER:  Right.  And I -- again, what I'm
20  taking issue with is the TMDL.  We're not talking about
21  discharges; we're talking about a regulatory step --
22      MR. HOWARD:  Make the objection.
23      MR. HOMER:  Okay.
24      MR. HOWARD:  Okay.  So Exhibit 8 is
25  Resolution 9-2002-0123, Chollas Creek Diazinon Total

Page 92

1   Maximum Daily Load.  That's -- and I'll move through
2   these fairly quickly.
3       (Port Exhibit 8, Resolution
4       No. R9-2002-0123, marked for
5       identification, as of this date.)
6       MR. HOWARD:  And I'm trying to do this
7   chronologically.  I understand the Chollas Creek TMDL
8   for this insecticide was the first one developed in the
9   bay.  Three years later, Exhibit 9, 2005, regional
10  board resolution regarding the Shelter Island yacht
11  basin copper TMDL.  Exhibit 9.
12      (Port Exhibit 9, Resolution
13      No. R9-2005-0019, marked for
14      identification, as of this date.)
15      MR. HOWARD:  Exhibit 10 is going to be the
16  June 13th, 2007, two years after, again Chollas Creek,
17  but this pertains to dissolved copper, lead and zinc.
18      (Port Exhibit 10, Resolution
19      No. R9-2007-0043, marked for
20      identification, as of this date.)
21      MR. HOWARD:  And lastly in this category is
22  Exhibit 11.  The last that I'm aware of, anyways, is
23  June 11, 2008, TMDL, Resolution R9-2008-0027,
24  Shelter Island Shoreline Park for bacteria.
25      (Port Exhibit 11, Resolution        11:49

Page 93

1       No. R9-2008-0027, marked for
2       identification, as of this date.)
3   BY MR. HOWARD:
4       Q.   Dr. Johns, have you had any opportunity to
5   review these four total maximum daily load resolutions
6   that were adopted for San Diego Bay?
7       A.   I have not.
8       MR. HOMER:  Objection; scope.
9       Q.   You've been working for the Port for
10  12 years, and today is the first time you've had an
11  opportunity to review the four existing TMDLs for
12  San Diego Bay?
13      A.   That's correct.
14      MR. HOMER:  Objection; scope.
15      Q.   Is it fair to say that none of the four
16  existing TMDLs in San Diego Bay involves PCBs at all?
17      MR. HOMER:  Object to the form.  And
18  objection; scope.
19      A.   That appears to be correct.
20      Q.   Do you have any information to indicate that
21  any TMDLs are under consideration at the regional board
22  for PCBs anywhere in the bay?
23      MR. HOMER:  Objection; scope.
24      A.   I am not aware of any.
25      Q.   As you sit here today, is the Port aware of

Page 94

1   any Regional Water Quality Control Board order for the
2   Port or anyone else to remediate the bay for PCBs?
3       A.  I am not.
4           MR. HOMER:  Object to the form.
5           MR. JULIUS:  Join.
6       Q.  Is the Port aware of any baywide cleanup
7   order for PCBs being under any consideration by the
8   regional board?
9       A.  I am not aware.
10          MR. HOMER:  Object to form.
11          MR. HOWARD:  Okay.  I have 15 minutes before
12  we agree to take a break, so let me move into
13  Exhibit 12, which is a Southern California Coastal
14  Water Research Project, otherwise known as SCCWRP,
15  article entitled "In Situ Measurements of
16  Polychlorinated Biphenyls in the Waters of
17  San Diego Bay," published in the Environmental Science
18  and Technology Journal, 2002.  Presenting that to the
19  witness.
20          (Port Exhibit 12, SCCWRP      11:49
21          article entitled "In Situ Measurements of
22          Polychlorinated Biphenyls in the Waters of
23          San Diego Bay, California," marked for
24          identification, as of this date.)
25      Q.  I may bounce back and forth in terms of

Page 95

1   topics, but now I'm -- I want to talk about historical
2   levels of PCBs in the bay, topic 31.
3           Dr. Johns, have you seen this article before
4   in the course of your work for the Port District?
5       A.  Yes.
6       Q.  And why did you review this article?
7       A.  Just general understanding of the bay and
8   how material might be transported around the bay.  This
9   is as a -- correction.  This is one of the papers I
10  thought had been produced by the Navy.  I think because
11  of Zeng and Peng's number.  I think there's a Peng
12  that's published for the Navy.
13      Q.  I don't want to spend too much time on this,
14  really, but the introductory section of this caught my
15  attention, and I want to see if it's consistent with
16  your understanding for the Port.  And it basically
17  says, midway through that opening paragraph, The
18  highest concentrations of water column PCBs occurred in
19  the Central Bay, consistent with previous findings, and
20  sediments in the Central Bay contained higher PCB
21  levels than those in the North and South Bays.
22          Do you agree with that assessment?
23      A.  I believe that would be generally correct.
24      Q.  Is it also generally correct that PCBs in
25  San Diego Bay vary depending upon location in the bay?

Page 96

1       A.  That's correct.
2       Q.  And that includes even within the
3   Central Bay; there could be dramatic variations in
4   concentrations of PCBs even within the Central Bay
5   area?
6           MR. HOMER:  Object to the form.
7       A.  Yes.
8       Q.  The next sentence states that tidal
9   fluctuations remove about 1,000 grams of PCBs annually.
10  Do you see that?
11      A.  I do.
12      Q.  Okay.  Do you have any disagreement with
13  that statement?
14      A.  I don't know if -- the exact amount that
15  he's calculated, but the concept of off-bay or
16  out-of-bay transport of suspended particles that might
17  include PCBs I would generally agree with, yes.
18      Q.  The Port hasn't undertaken any independent
19  investigation to assess the amount of PCBs that may be
20  removed from the bay because of tidal influence; is
21  that fair?
22      A.  That is fair.  I'm not aware of any.
23      Q.  Is the Central Bay area where you would
24  expect to find the highest PCB concentrations because
25  of its history of shipbuilding, war plant manufacturing

Page 97

1   and Navy bases concentrated in that area?
2           MR. HOMER:  Object to the form.
3       A.  The studies in the data that have been
4   produced to date on sediment concentrations in
5   San Diego Bay would support that argument, yes.
6           MR. HOWARD:  Let me mark as -- some aerial
7   photographs and some photos.  Exhibits 13A, B, C, D are
8   some -- oh, I'm sorry.  Yeah.  These are aerials of
9   San Diego Bay.  They may help our discussion here as we
10  talk about general concentrations around the bay.  And
11  after this, then we'll take a break, take a lunch
12  break.
13          No, mark it this way.  We may have to
14  re-mark 13A, which shows the complete inversion of the
15  orientation of San Diego Bay.
16          (Court reporter interruption.)
17          MR. HOWARD:  I might want to take that one
18  back just so I can re-mark that one.
19          (Port Exhibit 13A, Aerial
20          photograph, marked for identification, as
21          of this date.)
22          MR. HOWARD:  Okay.  So the -- 13A was a --
23  just an aerial photograph of San Diego Bay.  13B is a
24  photo -- a aerial photo of San Diego Bay with the
25  military bases and federal properties.

Page 98

```
 1              (Port Exhibit 13B, Aerial        11:49
 2       photograph, marked for identification, as
 3       of this date.)
 4          MR. HOWARD:  13C will be an aerial of
 5   San Diego Bay with the Port trust properties
 6   enumerated.
 7              (Port Exhibit 13C, Aerial
 8       photograph, marked for identification, as
 9       of this date.)
10          MR. HOWARD:  And the last one will be an
11   aerial of San Diego Bay with the fishing and wildlife
12   area of South Bay depicted.
13              (Port Exhibit 13D, Aerial
14       photograph, marked for identification, as
15       of this date.)
16          MR. HOWARD:  We have five minutes, okay, so
17   this will be a good time.
18      Q.  Is -- okay.  So Exhibit 13D is the wildlife
19   areas depicted.
20              (Court reporter interruption.)
21      Q.  The aerials of San Diego Bay are depicted.
22   You were talking about -- just before I marked these
23   exhibits, and -- I think you used the term "heat map,"
24   so let me use that terminology.
25          If one were to develop a heat map of PCB
```

Page 99

```
 1   concentrations in the bay, would those concentrations
 2   be highest in Central Bay, along the shoreline where
 3   the Lindbergh Field plants, shipbuilding and Navy
 4   Base San Diego are located?
 5          MR. HOMER:  Object to the form.
 6      A.  Yes.  By and large, that's correct.
 7      Q.  Are PCB sediment concentrations in the bay
 8   generally lower in South Bay?
 9      A.  They are.
10      Q.  Does the Port know how much lower?
11          MR. HOMER:  Object to the form.
12      A.  I believe that Dr. Toll's heat map has all
13   the data that at least he considered useful and -- and
14   relevant time frame for that, and they do show lower
15   concentrations there.
16      Q.  So you would point us to Dr. Toll's report?
17      A.  The heat map that's there.  That's correct.
18      Q.  Are the PCB sediment concentrations in the
19   bay generally lower in the main navigational channel
20   and at the north end of the bay?
21      A.  Could you define "north end of the bay,"
22   please?
23      Q.  Above the -- let's define the north end of
24   the bay from the mouth of the bay down to
25   Shelter Island.  With that clarification.
```

Page 100

```
 1      A.  Yes.  I'm -- let me look at the question
 2   again.  I'm sorry.
 3      Q.  Let me restate it just so the record's
 4   clear.  Are PCB concentrations -- PCB sediment
 5   concentrations in the bay generally lower in the main
 6   navigational channel and at the north end of the bay?
 7          MR. HOMER:  Object to the form.
 8      A.  Two separate questions, but yes on both.
 9      Q.  Are PCBs lower in the main navigational
10   channel because of maintenance dredging?
11          MR. HOMER:  Object to the form.
12      A.  There's a couple possible explanations.  One
13   is maintenance dredging; the other is that they're not
14   close to shoreside sources or industrial activities.
15      Q.  Well, why is it that the PCB concentrations
16   tend to localize along the shoreline?
17      A.  Because that's --
18          MR. HOMER:  Object to the form.
19      A.  Because that's usually the source.  The
20   sources are in those areas because there oftentimes is
21   a gradient from the source outwards.
22      Q.  I have two related questions here.  Where
23   does the Port believe the highest concentrations of
24   PCBs ever existed in the bay?
25          MR. HOMER:  Object to the form.
```

Page 101

```
 1      A.  Oftentimes at depth in various areas.
 2      Q.  I'm looking for a specific area of the bay.
 3   Where does the Port believe the highest concentrations
 4   of PCBs ever existed in San Diego Bay?
 5          MR. HOMER:  Object to the form and scope.
 6      A.  Could you provide me a definition of what
 7   you consider the central area of the bay?  We have the
 8   north area as being Shelter Island bayward.  What would
 9   be -- what would you define as the central area of the
10   bay?
11      Q.  I think the Port actually has maps defining
12   those three areas.  But for purposes of my question,
13   I'm asking for anywhere in the bay.  Where does the
14   Port believe historically the highest concentrations of
15   PCBs ever existed in the bay?
16          MR. HOMER:  Objection; scope.
17      A.  I don't think the question could be answered
18   directly because there could be a core at depth in some
19   place that has the highest concentration.  But I think
20   in terms of high concentrations -- not even
21   consistently, but high concentrations that show up at
22   depth, I would say the central portion of the bay.
23   That could include the -- no particular place but the
24   shipyards.
25      Q.  Let me ask a follow-up question.  I'm asking
```

Page 102

1 for surface concentrations. I'm not trying to trick
2 anyone about depth -- you know, PCBs at depth. Where
3 does the Port believe the highest PCB concentrations
4 would have existed based on its understanding of the
5 bay?
6     MR. HOMER: Object to the form. And
7 objection; scope.
8     A. It's a difficult question because there
9 could be a single sample somewhere that is the highest,
10 and I don't know what that sample is. But --
11     Q. How about if we modify it by saying on
12 average?
13     A. On average, I would say in the shipyards
14 area, and I would include -- all of the data are not
15 in -- the new data are not in, but I would include both
16 the shipyards that are north of the shipyard site, of
17 the -- NASSCO, BAE, so Continental Maritime.
18     Q. So you named three shipyards?
19     A. I did. They're all in a row there. That is
20 correct.
21     Q. So that's the area of the bay where the Port
22 considers there to be the highest PCB concentrations.
23 Fair enough.
24     MR. HOMER: Object.
25     Q. If I modify that question to be where does

Page 103

1 the Port believe the highest PCB concentrations are
2 located today, would it be the same answer?
3     MR. HOMER: Object to the form, scope.
4     A. I don't have the data from Continental
5 Maritime, so I can't answer them. But relative to the
6 fact that the NASSCO/BAE shipyards have gone through a
7 cleanup, I would say that they're likely to have
8 shifted to -- to areas that are currently under
9 investigative orders, the expectation would be.
10     MR. HOWARD: I'm sorry to interrupt, but I
11 think we're lost -- are we out? We're running out, so
12 we have a hard stop here with the tape. So why don't
13 we stop here for lunch?
14     THE VIDEOGRAPHER: This is the end of media
15 number 1. The time is 12:29 p.m. We are now off the
16 record.
17     (Lunch recess taken from 12:29 p.m. to 1:21 p.m. )

Page 104

1     AFTERNOON SESSION
2     (Time Noted: 1:21 p.m.)
3 D A V I D   M I C H A E L   J O H N S,
4     resumed and testified as follows:
5     THE VIDEOGRAPHER: This is the beginning of
6 media number 2. The time is 1:21 p.m. We are back on
7 the record.
8 BY MR. HOWARD:
9     Q. Dr. Johns, I want to mark as Exhibit 1A what
10 I understand to be a copy of your CV.
11     (Port Exhibit 1A, D. Michael
12     Johns, PhD curriculum vitae, marked for
13     identification, as of this date.)
14     Q. Is that CV representative of your
15 credentials and studies and expertise through today?
16     A. Yes.
17     Q. You haven't had -- I've not had a chance to
18 go through it in detail. So you went to The Citadel?
19     A. That is correct.
20     Q. You know, one of my best friends is from
21 The Citadel. I know they're incredibly loyal, so --
22 let me see here. Okay. We'll just mark this for the
23 time being. I'll go through it and may have some
24 follow-up questions for you later or tomorrow.
25     We discussed the fact that you prepared a

Page 105

1 PowerPoint that you delivered to the regional board.
2     MR. HOWARD: I think it's responsive to our
3 discovery requests and we'd ask counsel to produce a
4 copy of that.
5     MR. HOMER: Do you want me to respond
6 substantively on that?
7     MR. HOWARD: I'm not expecting you to do it
8 now, but that's our request. So if you can consider it
9 and get back to us on that.
10     MR. HOMER: We'll produce a copy if we have
11 it in our possession, custody and control.
12     MR. HOWARD: Okay.
13     Q. Dr. Johns, how often are you actually
14 physically present on the bay?
15     A. On the bay like in a boat or something like
16 that?
17     Q. In any capacity.
18     A. Any capacity. So let me ask a clarifying
19 question. I mean, physically on the water or in
20 San Diego --
21     Q. Let's do --
22     A. -- observing the bay?
23     Q. I'm sorry. Let's do physically on the water
24 first.
25     A. I would say I've been on the water three or

Page 106

1  four times.
2      Q.  In your life?
3      A.  Yes.
4      Q.  Okay.  And how often are you here at the
5  Port building?
6      A.  It depends on the matter we're working on,
7  but usually only once every couple months.
8      Q.  And you've been working for the Port for
9  12 years?
10      A.  That's correct.
11      Q.  So if I -- 12 months times 12 years, so
12  144 times?
13      A.  No, I'd say every couple of months.  I'd say
14  probably 36 times to 40, something in that range.
15      Q.  Okay.
16      A.  Except I will clarify.  During the shipyard
17  settlement negotiations, which I guess qualify as being
18  at the Port, we met every week or every other week for
19  almost a year.
20      Q.  Is that when you were spending most of your
21  time at the Port, was during the NASSCO --
22      A.  That was --
23      Q.  -- shipyard negotiations?
24      A.  Yes.  And then the other times just occurred
25  when necessary.

Page 107

1      Q.  Was your involvement in the shipyard
2  negotiation for purposes of negotiating with the
3  regional board in terms of a cleanup level, or were you
4  involved in -- after the administrative hearings and
5  the negotiation on the contribution?
6          MR. HOMER:  Objection to the extent it calls
7  for any privileged information.
8          But you can answer where it doesn't.
9      A.  I was not involved in the contribution
10  portion.  I was involved in -- again, I don't -- I do
11  not recall at settlement negotiation we discussed the
12  cleanup level.  I think that was -- had been
13  adjudicated before I got involved.  The water board had
14  made a decision on using 84 parts per billion plus
15  whatever they used for the other chemicals.
16          I was involved in trying to unwind or to
17  help make a decision, work on a mutual decision as to
18  what -- what the losses of beneficial use were and what
19  would be done to rectify that situation, so set the
20  footprint, set technologies that might be applied,
21  although that was loosely discussed.  And then there
22  was a discussion on the long-term monitoring, what
23  would be required as part of anything that took place.
24      Q.  Okay.  Were those negotiations -- do those
25  negotiations involve the regional board or state board

Page 108

1  as part of those negotiations?
2      A.  Yes.  They weren't there all the time, but
3  they were there a fair amount of the time.
4      Q.  Is the Port District your only San Diego Bay
5  waterfront client?
6      A.  That's correct.
7      Q.  So to the extent that you've been on the bay
8  or in the bayfront, it would have been exclusively in
9  connection with your work for the Port; correct?
10      A.  That's correct.
11      Q.  You remember the discussion we had where you
12  indicated that it's not the Port's position that all
13  PCBs in the bay are Monsanto's?  Do you remember that
14  discussion?
15      A.  That's correct.
16      Q.  Does the Port have any understanding of the
17  amount of PCBs in the bay that were manufactured by
18  Monsanto?
19      A.  I -- I don't think so.
20      Q.  Have you been asked to perform any work to
21  make an assessment on that question?
22      A.  I have not.
23          MR. HOMER:  I'm going to object on scope.
24      Q.  Following up on the PCB trend analysis, does
25  the Port have any understanding of how much the PCB

Page 109

1  levels have declined over time?
2          MR. HOMER:  Objection; scope.
3      A.  Baywide I do not believe they do, because as
4  I described earlier, there's not been a significant --
5  there was not a significant historical inventory nor a
6  current inventory, nor have there been stations that
7  have been monitored over time.  So I don't believe they
8  have an accurate depiction of that.
9      Q.  When we broke for lunch, we were talking
10  about the highest -- you know, the area of the bay with
11  the highest PCB concentrations ever compared to today,
12  and you indicated that the -- it was with respect to
13  the shipyards.  I want to ask a clarifying question of
14  where you see Convair Lagoon historically in terms of
15  the amount of PCB contamination as an area of the bay
16  versus other areas of the bay that have been impacted
17  by PCBs.
18          MR. HOMER:  Object to the form.
19      A.  Well, it's a relatively small site.  So
20  surface area, it's not big, and concentrations have --
21  have -- I think have been largely in the mid range.
22  There might have been some high concentrations in
23  there, but I would say largely in the mid range.
24      Q.  Does the Port believe that PCBs in the bay
25  correlate with former defense manufacturing at the

Page 110

1  Lindbergh Field plants and at the shipyards?
2        MR. HOMER:  Object to the form.
3        MR. JULIUS:  Join.
4      A.  Let's see if I can clarify that to do they
5  believe they were a source contributing to PCBs in
6  those areas?  Yes.
7      Q.  That's not my question.  My question:  Does
8  the Port believe PCBs in the bay correlate mainly with
9  former defense manufacturing in Lindbergh Field and at
10  the shipyards?
11        MR. HOMER:  Object to the form.
12        MR. JULIUS:  Join.
13      A.  I don't think there's a direct correlation
14  in the sense that they're the only -- to be a
15  correlation you'd have to be the only source, and I
16  don't believe that's the case.  I believe the Port
17  believes that.
18      Q.  Let me clarify since there's confusion on
19  "correlate."  Does the Port believe that PCBs in the
20  bay are tied or associated with former defense
21  manufacturing at Lindbergh Field and at the shipyards?
22        MR. HOMER:  Object to the form and scope.
23        MR. JULIUS:  Join.
24      A.  Not all PCBs would be tied or associated
25  with former defense manufacturing.

Page 111

1      Q.  That's not my question.
2        Are you reviewing the question on the
3  screen?
4      A.  I am.  I'm trying to get clarity on the
5  question.
6      Q.  Let me rephrase it then.  In terms of
7  understanding, as the Port representative, sources of
8  PCB discharges, how does the Port rate the
9  contributions of the former defense manufacturing
10  facilities in the shipyards as being sources of PCBs
11  into the bay?
12        MR. HOMER:  Object to the form and scope.
13      A.  I think they rate them as a significant
14  contributor.
15      Q.  Does the Port have any information of
16  anything more significant in terms of PCB contributions
17  to the bay than the Lindbergh Field war plants and the
18  shipyards?
19        MR. HOMER:  Same objections.
20        MR. JULIUS:  Join.
21      A.  I don't believe so.
22      Q.  Are there any areas of the bay where PCBs
23  are so low in those areas that they are not considered
24  by the Port to be a health concern and do not impact
25  any public uses?

Page 112

1        MR. HOMER:  Object to the form and scope.
2      A.  Yes, there are -- I -- there are samples
3  that show PCBs in the single-digit part-per-billion
4  range.
5      Q.  My question relates to regions of the bay,
6  whether --
7      A.  Regions of the bay, yes.
8      Q.  -- whether there are any regions, parts of
9  the bay where the PCB levels are so low that in those
10  areas the Port does not consider them to be a health
11  concern and do not impact any public uses of the bay?
12      A.  I think with some possible exceptions in --
13  at local sources of Rohr and perhaps close to South Bay
14  Power Plant, probably the South Bay best qualifies as
15  that area.
16      Q.  Is the Port seeking to abate what it
17  considers impacts from PCBs for purposes of public
18  health and public uses of the bay within its
19  jurisdictional tide and boundaries only?
20        MR. HOMER:  Object to the form.
21        MR. DOBBS:  Scope.
22      A.  I don't believe that's -- I don't -- no.
23      Q.  What do you -- what do you base that answer
24  on?
25      A.  I believe one of the beneficial uses is

Page 113

1  recreational fishing.  And since fish move throughout
2  the bay, I believe that qualifies as a concern for
3  impacts of PCBs.  So wherever fish may be caught, that
4  would rise to a concern in terms of use of the bay and
5  public health.
6      Q.  So are you saying that the scope of this
7  lawsuit goes as far as where the fish swim?
8      A.  I'm --
9        MR. HOMER:  Object to -- object to the form
10  and scope.
11      A.  I'm not aware of the scope of the lawsuit.
12      Q.  Okay.  So you're not here -- you're not here
13  today to testify on behalf of the Port in terms of the
14  scope of the lawsuit; correct?
15      A.  That's correct.
16      Q.  Is the Port aware that the regional board
17  has adopted a background level of 84 parts per billion
18  for PCBs in San Diego Bay?
19        MR. HOMER:  Object to the form.
20      A.  I don't believe that's what the Port -- what
21  the water board has adopted.
22      Q.  What has the water board adopted as
23  background for PCBs in San Diego Bay?
24      A.  The Port adopted for the shipyard site
25  84 parts per billion as the background.  You asked

Page 114

1 about 84 -- I'm sorry -- right?

2     Q.  I asked is the Port aware that the regional

3 board has adopted a background level of 84 parts

4 per billion for PCBs --

5     A.  Right, and --

6     Q.  You answered --

7     A.  -- and I answered no.  I'm not aware that

8 that's the number they've adopted for the bay.  That

9 number was adopted for the shipyard site specifically

10 for that study.  It has been applied in discussions at

11 at least one other site that I'm aware of.

12     Q.  All right.  So let me -- let me focus more,

13 then.  Are you aware of any regional board-adopted

14 background level of PCBs at any site in San Diego Bay

15 that is lower than 84 parts per billion?

16     A.  The Campbell Shipyard proposed a background

17 of 70 parts per billion but was not applied.

18     Q.  That's not my question.  My question is with

19 respect to the regional board's actions -- I'm not

20 asking about any tenant's proposal, because Campbell

21 Shipyard was 950 parts per billion that was adopted

22 through CAO 95-21; correct?

23     A.  That wasn't a background concentration; that

24 was a concentration they decided to clean up to.

25     Q.  Okay.

Page 115

1     A.  That is not the background concentration

2 that was in those documents.

3     Q.  So let's then focus on the background of

4 what the regional board has applied around the bay.

5 Can we agree that 84 parts per billion is the standard

6 that the regional board has applied to the most recent

7 cleanups around San Diego Bay?

8         MR. HOMER:  Object to the form and scope.

9     A.  Shipyard site and Tow Basin are the only two

10 that I'm aware of that the board has applied them.

11     Q.  Wasn't it applied 84 parts per billion at

12 Laurel Hawthorn Embayment west, the 30-inch line?

13     A.  I stand corrected.  It was.

14     Q.  Has the board -- to the Port's knowledge,

15 has the board applied a concentration for background

16 levels of PCBs other than 84 parts per billion?

17     A.  Not that I'm aware of.

18     Q.  Has the Port ever written objections to the

19 regional board concerning 84 parts per billion as a

20 background level of PCBs in the bay?

21         MR. HOMER:  Objection; scope.  Bob, you have

22 two topics for Karen Holman that talk about the

23 Port District's communication in corroboration with

24 federal, state and local authorities.

25         MR. HOWARD:  They're relevant to topics 75

Page 116

1 and 38, including the Port's actions in response to

2 CAOs.

3         (Court reporter interruption.)

4         MR. HOWARD:  The responses are to topics 75

5 and 38, including Port actions in response to CAOs.

6         MR. HOMER:  Same objection.

7         MR. HOWARD:  Noted.

8     Q.  You're --

9     A.  I'm just trying to think.  I'm not aware of

10 any written communication to that fact.

11     Q.  Does the Port have the power to set a

12 background or a desired level of PCBs in San Diego Bay?

13     A.  I don't know.

14     Q.  Does the Port have the power to establish

15 any desired level of PCBs and sediments anywhere in the

16 bay?

17         MR. HOMER:  Objection; scope.

18     A.  I don't know.

19     Q.  Are you aware of State Resolution 92-49?

20     A.  I am.

21     Q.  Can you describe your understanding of that

22 resolution?

23         MR. HOMER:  Objection; scope.

24     A.  Yes.  It -- I think, at least in my terms,

25 it required that a -- an assessment of risk be

Page 117

1 conducted at sites with hazardous substances and that

2 risks -- you don't have to clean up the risks that are

3 below the background value.

4     Q.  Okay.  Are there any efforts underway at the

5 Port to reassess what are considered to be PCB

6 background levels in the bay?

7         MR. HOMER:  Objection; form, scope.

8     A.  Other than what may be in Dr. Toll's

9 analysis of the food web model.

10         (Court reporter interruption.)

11     A.  Of the food web model.

12     Q.  Other than Dr. Toll's analysis, you're not

13 relying upon anything else?

14     A.  I'm not relying on that.  I'm just asking

15 the question is the Port undertaking anything, and

16 that's the only thing I could think of, yes.

17     Q.  When we're talking about conditions in the

18 bay, I want to be clear.  When you and I are having

19 this conversation, are your -- is your testimony based

20 on just conditions in the water or are you also

21 referring to landside PCB-related conditions?

22         MR. HOMER:  Object to the form.

23     A.  On conditions in the water.

24     Q.  A general question as to the conveyance

25 system and then I may come back to it later.  What

Page 118

1    evidence does the Port have that PCBs in the conveyance
2    system were manufactured by Monsanto?
3        A.  I think there were several -- several
4    locations or several sites PCBs were identified and
5    reported as Aroclor concentrations.
6        Q.  So is it the Port's position that any
7    finding of Aroclor means it was manufactured by
8    Monsanto?
9        A.  I believe that's the assumption, yes.
10       Q.  And you reference certain outfalls were
11   tested and determined to have Aroclors.  What -- what
12   outfalls are you referring to?
13       A.  I believe Convair, the outfalls of the
14   conveyance systems associated with the General
15   Dynamics, general -- Lindbergh Field plant.
16   Continental Maritime's NPDES permit reports Aroclors,
17   and I believe the catch basin and paint analysis for
18   Tow Basin were also reported as Aroclors.
19       Q.  So each of those sites there's either a war
20   plant site or a shipbuilding site; correct?
21       A.  That's --
22       MR. HOMER:  Object to the form.
23       A.  That's correct.
24       Q.  Okay.
25       MR. HOWARD:  Can we just go with

Page 119

1    Exhibits 14 -- I'm going to mark 14, 15 and the
2    photographs in 16.
3        Okay.  I'm going to mark -- let me see -- as
4    Exhibit 14 a document titled "San Diego Bay Integrated
5    Natural Resources Management Plan," dated
6    September 2013.  It looks like it was jointly authored
7    by the Unified Port District and NAVFAC, Naval
8    Facilities Engineering Command.  And I'll represent
9    that's only an excerpt of that because it is quite
10   lengthy.
11       (Port Exhibit 14, Document
12       titled "Integrated Natural Resources
13       Management Plan," September 2013, marked
14       for identification, as of this date.)
15       MR. HOWARD:  And Exhibit 15 is a
16   September 1954 document entitled "Report on
17   San Diego Bay Area Sewage Problem, Staff Report to the
18   San Diego Bay Regional Quality Control Board."  That's
19   Exhibit 15.
20       (Port Exhibit 15, Report on     01:44
21       San Diego Bay Area Sewerage Problem, Staff
22       Report to the     San Diego Regional Water
23       Pollution Control Board, September 1954,
24       marked for identification, as of this
25       date.)

Page 120

1        MR. HOWARD:  Then we have four photographs.
2    Exhibit 16A is a photograph of America's Cup Harbor
3    from the UCLA air photo archive.
4        (Port Exhibit 16A,
5        Photograph, America's Cup Harbor, marked
6        for identification, as of this date.)
7        MR. HOWARD:  Exhibit 16B is a historical
8    photograph, undated, of NASSCO shipyard.
9        (Port Exhibit 16B, Historical
10       photograph, NASSCO shipyard, marked for
11       identification, as of this date.)
12       MR. HOWARD:  Exhibit 16C is a historical
13   photograph -- I believe we have these dates, but I
14   don't have them marked on this exhibit -- of the
15   Tenth Avenue Marine Terminal in its early stages.
16       (Port Exhibit 16C, Historical
17       photograph, Tenth Avenue Marine Terminal,
18       marked for identification, as of this
19       date.)
20       MR. HOWARD:  And Exhibit 16D is an aerial
21   photograph of the industries in South Bay around
22   Rohr Industries.  So we'll be bouncing back and forth a
23   little bit on that.
24       (Port Exhibit 16D, Aerial
25       photograph, industries in South Bay around

Page 121

1        Rohr Industries, marked for identification,
2        as of this date.)
3        Q.  But right now, we're going to talk a little
4    history of San Diego Bay.  Are you familiar with
5    Exhibit 14, this joint Navy-Port report on integrated
6    natural resources and management?
7        A.  Yes.
8        Q.  Okay.  And did you help participate in its
9    authorship?
10       A.  I did not.
11       Q.  And how have you used it or referred to it
12   in the past?
13       A.  When I was looking at the issue of
14   mitigation projects for one of the questions that's
15   been struck, I looked at that document to understand
16   what sort of mitigation projects that the Port and the
17   Navy, for that matter, had identified as potential
18   future projects.
19       Q.  Are you aware of -- has the Port had
20   negotiations with the Navy in terms of desired
21   mitigation projects around the bay?
22       MR. HOMER:  Objection; scope.  Again,
23   there's a specific topic -- two specific topics for
24   Ms. Holman on the 16th concerning --
25       MR. HOWARD:  I'm just asking him if he's

Page 122

1   had --
2     A.  I don't know.
3     Q.  Does this joint document allocate resource
4   management tasks as between the Port and the Navy?
5     A.  I believe it does, yes.
6     Q.  Do you know what the genesis of this
7   document was, why it was developed?
8     A.  I think it was -- it was developed as a
9   joint document looking at providing improvements to
10  San Diego Bay in terms of habitat and the --
11     MR. HOMER:  Same objection.
12     A.  -- development, construction.
13     MR. HOMER:  I didn't mean to talk over the
14  witness.  Same objection.
15     Q.  Do you know who participated in the
16  authorship of this at the Port, who at the Port wrote
17  this?
18     MR. HOMER:  Same objection.
19     A.  I do not know for sure.
20     Q.  Why don't we turn to Section 2.4.1, which is
21  marked as -- or it's page 2-15.  And I want to walk
22  through this because, quite frankly, this is one of the
23  better historical summaries of the bay that I've seen.
24  Have you read the same thing?
25     A.  I have.  I agree with your assessment.

Page 123

1     Q.  Have you seen a better historical summary of
2  the bay than this joint Navy port report?
3     A.  Not --
4     MR. HOMER:  Objection; scope.
5     A.  Not that I've run across.
6     Q.  So I'd like to paint a picture of the bay as
7  the -- as the Port does here and kind of walk through
8  chronologically the story here of San Diego Bay.  And
9  I'm not going to read the whole part -- I'm not going
10  to read the whole thing, but I want to pick out certain
11  sections and get the Port's testimony with respect to
12  it.
13     And I'll start with a foundational question.
14  So what is the Port's understanding of the conditions
15  in the bay in the World War II time frame?
16     MR. HOMER:  Objection; form.
17     A.  I don't know what they had in terms of
18  specific knowledge, but I think probably the fact that
19  there was raw sewage going into the bay was probably
20  general -- general knowledge and anticipation that that
21  was creating some level of harm or water quality
22  problems, but I'm not sure if they knew exactly the
23  numeric or quantitative relationship there.
24     Q.  I'm not asking for quantitative analysis
25  back in the '40s.  I'm just trying to understand a

Page 124

1   general sense of conditions in the bay.  And isn't it
2  fairly well-known that raw sewage was a profound
3  problem in the bay in the 1950s -- 1940s and 1950s?
4     MR. HOMER:  Object again on form and scope,
5  but this is another area where there's a specific
6  topic.  This one is for corporate witness number 2 on
7  May 2nd and 3rd.  I'm looking for it now, but it
8  relates to -- specifically to sewage in the bay.
9     MR. JULIUS:  Join as to form.
10     A.  I was also getting ahead of myself.  The
11  Port hadn't been formed until 1962, so I'm not sure
12  they had an opinion during the war as to the status of
13  the bay.
14     Q.  So the Port has no understanding of the
15  conditions of the bay prior to 1963?
16     A.  They might, but I thought the question was
17  did they know during World War II what the conditions
18  of the bay were.
19     Q.  Well, let me ask another foundation
20  question.  Because you're the Port --
21     A.  Yeah.
22     Q.  -- you're the Port, how familiar is the Port
23  with the historical conditions of the bay prior to
24  1963?
25     MR. HOMER:  Object to the form, scope.

Page 125

1     A.  I think familiar.
2     MR. JULIUS:  Join.
3     A.  They were coauthor of this document, so I'm
4  sure they were familiar with and contributed to it.
5     Q.  But you don't know who at the Port wrote
6  this history of the bay?
7     A.  I do not know.
8     MR. HOMER:  Object to the form.
9     Q.  Are you the best person to talk about the
10  Port -- the history of the bay from the Port's
11  perspective here today?
12     MR. HOMER:  Object to the form and scope.
13  I've already told you that we designated a witness on
14  collaboration with federal agencies.
15     MR. HOWARD:  Okay.  We've got all these
16  topics on shipbuilding, the Tenth Avenue Marine
17  Terminal.  This is the history of the bay.  These are
18  topics on the history of the bay.
19     MR. HOMER:  Same objection.
20     Q.  So my question is are you the best person to
21  be testifying on behalf of the Port on the history of
22  San Diego Bay?
23     MR. HOMER:  Same objection.
24     A.  I don't know.
25     Q.  Do you know of anyone at the Port that has a

Exhibit 1
56

Page 126

1  better understanding of the environmental conditions
2  and history of the bay?
3      MR. HOMER:  Same objection.
4      A.  I have not talked to anybody at the Port to
5  know whether that's the case.
6      Q.  When -- when you met with Mr. Brown and
7  Karen Holman and Eileen Maher, was the history of the
8  bay a topic of discussion?
9      A.  Only to the extent that I -- I had
10 identified this section saying I think this seems to be
11 a good summary of what's understood, and they agreed
12 that was true.
13     Q.  Okay.  So based on your meeting with those
14 three Port staff people, you determined that this
15 document would be an ideal roadmap to describe the
16 history of the San Diego Bay; correct?
17     MR. HOMER:  Object to the form.
18     A.  Yes.
19     Q.  Okay.  And how long did you meet with
20 Mr. Brown and Ms. Maher, Ms. Holman?
21     A.  I believe it was over several hours.
22     Q.  So as we sit here today, basically this
23 exhibit, Exhibit 14, is -- stands as the best summary
24 that the Port has of the history of the bay; correct?
25     MR. HOMER:  Object to the form and scope.

Page 127

1      A.  I believe that's correct.
2      Q.  And are you in a position to talk about
3  today the wastes that were discharged into the bay
4  into -- in the 1940s and 1950s, or are you going to
5  rely on just what you've read in Exhibit 14?
6      MR. HOMER:  Object to the form and scope.
7      A.  Some of it comes from there.  When we talk
8  about the incinerator at 8th Avenue, there was some
9  other documents that also cited and discussed what
10 the -- what was going on there.
11     Q.  So if I understand it, you rely, for
12 purposes of understanding the history of the bay,
13 Exhibit 14 and some documents in connection with
14 Campbell Shipyard?
15     A.  Campbell or TAMT, yes.  I think they both
16 covered the incineration -- the incinerator.
17     Q.  So as you sit here today, are you able to
18 provide testimony on behalf of the Port in terms of the
19 impacts of sewage on fish/wildlife in the bay?
20     MR. HOMER:  Object to the form.  Object to
21 the scope.  Again, you have a specific topic on
22 impacts.  Sewage, I think that that obviates any
23 broader topic that includes that.  We are putting
24 forward a witness on that topic.
25     MR. HOWARD:  Okay.  That's --

Page 128

1      MR. HOMER:  91.
2      MR. HOWARD:  -- the district -- Port
3  District's understanding of the impact of the presence
4  of contaminants in the bay on the health and public
5  uses of the bay.  And so...
6      MR. HOMER:  Same objection.
7      MR. HOWARD:  Okay.
8      Q.  There's a question pending.  Do you want me
9  to restate it?
10     A.  I can speak to the impacts of sewage
11 discharge.
12     Q.  Would you please speak to that issue?
13     A.  Yeah.  So according to the information that
14 was provided in this document, there was a fairly large
15 footprint off the central waterfront that was heavily
16 impacted by sewage waste discharge.  They described
17 that as being several feet of material, settled
18 particles, and that that had an impact on the community
19 in that area and --
20     Q.  And --
21     A.  -- likely may have had --
22     Q.  I'm sorry.
23     A.  -- might have had -- might have likely --
24 likely also had some local impacts on dissolved oxygen
25 because of the demand of the organic material

Page 129

1  associated with the sewage.
2      Q.  And based on what you reviewed, is it your
3  understanding that the sewage in the bay put the bay
4  under extreme stress in terms of fish and natural
5  resources?
6      MR. HOMER:  Object to the form, scope.
7      MR. JULIUS:  Join.
8      A.  Yes.  I mean that certainly could have
9  caused an impact or put stress on the system.  That's
10 correct.
11     Q.  How would you compare the conditions of the
12 bay back in the 1940s and '50s compared to the
13 conditions of the bay today from the perspective of the
14 Port?
15     A.  From a sewage -- from the impacts of --
16 associated with sewage discharge, they're far better
17 than they were before.  The sewage impacts would be
18 different in the sense that the primary drivers would
19 be high organic content and low dissolved oxygen
20 concentrations.  So that include -- that would impact
21 smothering of benthic communities and those sort of
22 actions, increased biological oxygen demand -- so
23 BOD -- in the water, which would have suppressed or
24 could have suppressed the oxygen concentration in the
25 water, which could have affected fish distributions.

Page 130

1  They would have stayed away from areas of low oxygen
2  concentration.
3      That's different than now in the sense that
4  we're now focused mostly not on organic contaminants
5  with sewage, but from chemical contaminants that have a
6  totally different way of impacting the bay, all the way
7  from direct toxicity to the benthic community, but
8  toxicity associated with the toxic action of the
9  chemicals not associated with the organic -- the
10  depression of oxygen and smothering of benthic
11  communities associated with sewage.
12      We also have the issue that likely didn't
13  occur early on with bioaccumulation and trophic
14  transfer of bioaccumulative compounds into the food web
15  in anticipation --
16  Q.  That didn't make sense back then?
17  A.  It may have.
18  Q.  Are you -- are you testifying as based on
19  your expertise in this area, or are you testifying
20  based on -- as the Port's representative and what --
21  the information that the Port has?
22  A.  Well, I think -- it's a combination of
23  experience and understanding of biological systems, but
24  also relying on the information that's in this document
25  and in the incinerator document to form the opinion as

Page 131

1  to what those sources might have looked like.
2  Q.  Because I'm just looking at -- trying to get
3  historical facts --
4  A.  Um-hum.  Okay.
5  Q.  -- since I'm trying to -- so -- and I'm
6  trying to get an understanding of whether the Port
7  considers the conditions of the bay today to be far
8  more improved than they were in the 1940s and 1950s.
9      MR. HOMER:  Object to the form.
10  A.  And I believe I answered with, say, relative
11  to sewage and sewage inputs, yes, the bay is far
12  improved.
13  Q.  Is there something about the bay in 2019
14  that is worse off than it was in 1940 and 1950?
15      MR. HOMER:  Object to the form.
16      MR. JULIUS:  Join.
17  A.  We may have more distribution of
18  contaminants in species that we didn't have in the
19  1930s or 1940s and then also a potential loss of
20  habitat in that time that occurred that would make the
21  bay relatively of lower quality because their shore
22  habitat might have been lost to additional development.
23  Q.  Does the Port believe the loss of habitat is
24  any way related to PCBs?
25  A.  No.

Page 132

1  Q.  And does the Port believe the amount of
2  chemical contamination discharged to the bay today is
3  more or less than it was during World War II?
4      MR. HOMER:  Object to the form.
5      MR. JULIUS:  Join.
6  A.  I don't believe they've made that -- made a
7  determination on that.  I don't believe the Port has an
8  opinion as to what -- as to that.
9  Q.  Okay.  So the Port can't answer that?
10  A.  That's correct.
11  Q.  In support of where the large sections of
12  San Diego Bay were determined to be unsuitable for
13  swimming in the 1950s?
14      MR. HOMER:  Object to the form.
15  A.  Yes.
16  Q.  Is the Port aware of any restrictions in the
17  bay today about swimming?
18  A.  No.  There are no restrictions.  There can
19  be localized -- I mean, they monitor some of the
20  beaches for bacterial count and there could be small,
21  very intermittent closures, but no wide prohibition.
22  Q.  Does the Port have any information on
23  whether the benthic conditions of San Diego Bay have
24  improved in 2019 compared to 1940 and -- 1940s and
25  1950s?

Page 133

1      MR. HOMER:  Object to the form.
2  A.  I think in areas where sewage outfalls had
3  a -- had an impact, I think they are improved relative
4  to the sewage impact.  But I don't believe the Port has
5  an opinion as to whether baywide the benthic community
6  is different.
7      (Court reporter interruption)
8  Q.  If you look on page 2-18 -- it's second line
9  down from the top -- it says, Visually, the color of
10  the bay -- it looks like bay's water varied from green
11  to brown.
12      Is that a condition of the bay today?
13  A.  It is not.
14  Q.  Okay.  So it's significantly improved based
15  on that; correct?
16  A.  Correct.
17  Q.  Also says that solid wastes were dumped --
18  below that it says, Solid wastes were dumped into the
19  South Bay and they ended up washing up onto the shores
20  over in Coronado.
21      That doesn't happen today, does it?
22  A.  It does not.
23      MR. HOMER:  Object to the form.
24  Q.  It also states, in that same paragraph, All
25  recreational areas had high bacterial densities.

Page 134

1    Is that the situation of the bay today?
2    A.  It is not.
3    Q.  This summary states that dissolved oxygen
4    levels were frequently found to be under 5 parts per
5    million over the mouth -- of most of the south and
6    central areas of the bay.
7    Is that the condition of the bay today?
8    A.  It is not.
9    Q.  This report says, Benthic animal life was
10   almost completely absent from a 372-acre zone between
11   U.S. Coast Guard station and the south end of the
12   U.S. Navy Supply Base due to the lethal effect of up to
13   3 feet, or 1 meter, of sludge deposits.
14   Is that the situation of the bay today?
15   A.  It is not.
16   Q.  The third paragraph begins, By 1955, the
17   CDPH, the California Department of Public Health, found
18   that waters of the central portion of the bay had
19   deteriorated since 1951 and were now sufficiently
20   contaminated by sewage wastes to be hazardous to public
21   health, particularly for recreational uses --
22   (Court reporter interruption)
23   MR. HOMER:  Why don't you restart the
24   question?
25   Q.  This joint Navy port report states, By 1955,

Page 135

1    the California Department of Public Health found that
2    the waters of the central portion of the bay had
3    deteriorated since 1951 and were now sufficiently
4    contaminated by sewage waste to be hazardous to public
5    health, particularly for recreational uses.
6    Is that anywhere close to the condition of
7    the bay today?
8    A.  It is not.
9    Q.  Next sentence, In December the California
10   Department of Public Health put a quarantine on the
11   beaches and shorelines of the Central Bay area.
12   Is anything like that, a quarantine,
13   occurring in San Diego Bay today?
14   A.  It is not.
15   Q.  And then the fourth paragraph states what I
16   believe to be the -- a significant turning point in the
17   conditions of the bay, and I wanted to see if the Port
18   agrees with this.  Once the sewage discharges stopped,
19   water clarity improved.  And then the next sentence
20   says, By 1966, basically the regional board staff were
21   noticing large schools of fish and occasionally seals
22   in the Central Bay.
23   Does that indicate to the Port that once the
24   sewage -- raw sewage discharges started to be solved,
25   the conditions in the bay started to rebound?

Page 136

1    MR. HOMER:  Objection; scope.
2    A.  They did relative to sewage inputs.
3    Q.  Okay.  It also goes on to say, in that same
4    paragraph, Sport fishing and clamming were once again a
5    popular activity.
6    Do you see that?
7    A.  I do.
8    Q.  And sport fishing and clamming -- and
9    clamming are a popular activity in San Diego Bay today,
10   are they not?
11   MR. HOMER:  Objection; form.
12   Q.  There's a question pending.
13   A.  Yes.  I'm trying to -- I believe clamming is
14   allowed in certain areas of the bay and sport fishing's
15   allowed.
16   Q.  Sport fishing is allowed on the bay;
17   correct?
18   A.  Yes.
19   Q.  Clamming is allowed on the bay; correct?
20   A.  Correct.
21   Q.  Are you aware of any PCB restrictions on
22   clams in the bay?  I should say is the Port aware of
23   any PCB restrictions on clams in the bay?
24   A.  Other than that was a stated genesis of the
25   need to do something at Convair Lagoon, I'm not aware.

Page 137

1    Q.  So all the --
2    A.  The Port is not aware.
3    Q.  Okay.  The Port was aware of, through the
4    Mussel Watch Program, issues back in 1980, '82 for
5    Convair Lagoon; correct?
6    A.  Correct.
7    Q.  But as of today, is the Port aware of any
8    limitations from PCBs on clamming in the bay?
9    A.  I'm -- the Port is not aware.
10   Q.  And then the -- underneath that table on
11   page 2-18, this is the point where I think you were
12   trying to touch upon, Dr. Johns:  After the success,
13   attention became focused on impacts of waste discharge
14   from vessels and from industrial sources.
15   Do you see that?
16   A.  That's correct, yes.
17   Q.  Was that the point you were trying to make,
18   that at some point later in history, the Port's
19   attention or the regional board's attention started to
20   shift from raw sewage to industrial waste?
21   MR. HOMER:  Object to the form.
22   A.  That's correct.
23   Q.  But as you sit here as the Port today, are
24   you aware of an increase in the loading through
25   industrial discharges in the bay compared to the time

Page 138

1    frame that we just discussed when sewage was such a
2    prominent issue in the bay?
3            MR. HOMER:  Object to the form --
4            MR. JULIUS:  Join.
5            MR. HOMER:  -- and scope.
6        A.  I don't know about increase in loading.
7    Certainly with the passing of the Clean Water Act and
8    other acts in the early '70s, loading has certainly
9    dropped.  I don't know if from 1950 through the 1960s
10   the loads changed appreciably.  There was very little
11   regulatory action on those issues.
12       Q.  The Port is not making a -- the Port is not
13   taking a position here today that the amount of
14   industrial waste discharged into the bay today is more
15   or less than what it was in the 1940s and 1950s;
16   correct?
17       A.  Correct.
18       Q.  Does the Port consider PCBs to be the
19   primary environmental issue or concern on the bay?
20           MR. HOMER:  Object to the form.
21           MR. JULIUS:  Join.
22       A.  Well, I think that that could be somewhat
23   site specific for -- certainly for PCBs and possibly
24   mercury because of the consumption advisories on fish,
25   which can be collected anywhere in the bay.  Those are

Page 139

1    concerns baywide.  But within a site, there would be or
2    could be concerns to other contaminants as they're
3    impacting the local resources that are relatively
4    isolated to those -- to those areas.
5        Q.  I understand.  But I'm asking a -- purposely
6    a broad question to the Port about whether the Port of
7    San Diego considers PCBs to be the primary
8    environmental concern to San Diego Bay?
9            MR. HOMER:  Object to the form and scope.
10       A.  I'm not aware that the Port has put a
11   primary and secondary concern on -- on contaminants.
12       Q.  So is the Port's testimony today that it's
13   not able to testify whether PCBs are its most important
14   priority or it's not its most important priority in
15   terms of San Diego Bay?
16           MR. HOMER:  Same objections.  Form and
17   scope.
18           MR. JULIUS:  Join.
19       A.  I'd still have to say I think it is a --
20   just putting the word "primary" on it means that it's
21   solely by itself, and I don't think that's the -- I
22   don't think that's the case.  I think they considered
23   it an important contaminant in terms of beneficial uses
24   and impacts of beneficial uses in the bay.  But I've
25   not had any -- I'm not aware of any -- this is the

Page 140

1    primary contaminant statements from the Port.
2        Q.  Okay.  Has PCBs been a topic of any policy
3    discussion within any committee here at the
4    Port District?
5            MR. HOMER:  Object to the form, scope.
6        A.  I don't know.
7        Q.  Has PCBs been a topic of discussion before
8    the Port commissioners?
9            MR. HOMER:  Object to the form, scope.
10       A.  I don't know.
11           MR. HOMER:  This is another one, Bob.
12   There's a specific topic on communications with the
13   Port commissioners about PCBs.  It's not assigned to
14   Dr. Johns.
15       Q.  But I'm trying to understand from the Port's
16   perspective where it's placing its resources, time and
17   energy.  And I'd like to know from the Port where it
18   ranks PCBs in terms of by priority compared to other
19   contaminants in the bay.
20           MR. HOMER:  Object to the form.  Object to
21   scope.
22           MR. JULIUS:  Join.
23       A.  I don't know.
24       Q.  So the Port's not able to answer that
25   question today; correct?

Page 141

1            MR. HOMER:  Same objections.
2        A.  That's correct.
3        Q.  Could you, Dr. Johns, look at the -- the
4    paragraph on page 2-19, the one that begins, By 1969?
5        A.  Okay.
6        Q.  You see that paragraph?
7        A.  I do.
8        Q.  Okay.  So this seems to paint a picture that
9    the bay is -- is coming back, and I want to walk
10   through this with you -- with the Port.  I want to walk
11   through this with the Port.
12           By 1969, water quality conditions for
13   turbidity, salinity, transparency, nutrients and
14   associated plankton populations were generally within
15   the limits set forth by the state and federal water
16   quality standards in most parts of the bay.
17           Do you see that?
18       A.  I do.
19       Q.  Okay.  And is that -- is that an accurate
20   description of the condition of the bay today as well?
21           MR. HOMER:  Object to the form and scope.
22       A.  Yes.
23       Q.  Next sentence says, In 1971, San Diego Bay
24   was reportedly considered one of the world's cleanest
25   metropolitan bays.

Page 142

1    Do you see that?
2    A.  I do.
3    Q.  Does the Port in 2019 still consider
4  San Diego Bay as one of the world's cleanest
5  metropolitan bays --
6    MR. HOMER:  Object to the form.
7    Q.  -- in the world?
8    MR. HOMER:  Sorry, Bob.  Object to the form.
9    Q.  I want to clean this question up.  Does the
10  Port in 2019 still consider San Diego Bay as one of the
11  world's cleanest metropolitan bays?
12    MR. HOMER:  Object to form, scope.
13    MR. JULIUS:  Join.
14    A.  I think in terms of --
15    (Court reporter interruption)
16    A.  I think in terms of general conditions,
17  that's an accurate statement.
18    Q.  Now, I want to -- and this summary sort of
19  explains the change and focus, if you will,
20  historically towards sediments.
21    MR. HOWARD:  Where is it?
22    Q.  Do I read this correctly, the summary
23  correctly, that in about 1978 the regional board
24  started to turn its attention toward sediments in
25  San Diego Bay?

Page 143

1    MR. HOMER:  Object to the form.  And, Bob,
2  could you just point us to where you're reading from?
3    MR. HOWARD:  I have it here.  Oh.  It's in
4  the paragraph, San Diego Bay's bacterial
5  contaminations, the sentence that begins, Much of the
6  chemical pollution was found in the bay sediments
7  rather than the water column.
8    MR. HOMER:  Have it?
9    THE WITNESS:  No, I don't have it.  Okay.
10  Thank you.
11    A.  Yes.
12    Q.  Okay.  From -- from -- sitting as the Port
13  today, is it the Port's understanding that the regional
14  board started to turn its attention to sediment quality
15  issues in the bay in the 1970s?
16    A.  I believe that -- yes, that is correct.
17    Q.  Oh, and what -- on the statement above where
18  we're talking about the world's cleanest metropolitan
19  bay, there's a citation to a 1995 Port document.  Have
20  you seen that Port document before?
21    MR. HOMER:  Object to the form.
22    A.  I don't believe so.
23    Q.  Okay.
24    A.  No.
25    Q.  On the paragraph beginning with, Copper ore

Page 144

1  spills, let me just read the sentence.  Copper ore
2  spills and associated discharges at a copper loading
3  facility at the 24th Street Marine Terminal caused
4  concentrations in bottom sediments in the spill area to
5  be 25 times higher in the mid-1980s than pre-spill
6  levels.
7    Do you see that?
8    A.  I do.
9    Q.  Is that a reference to Paco Terminals?
10    A.  Yes.
11    Q.  Are you familiar with Paco Terminals?
12    A.  I am.
13    Q.  How are you familiar with Paco Terminals?
14    A.  I reviewed some information about the
15  cleanup at Paco site.
16    Q.  And that was considered a large copper
17  sediment remediation; correct?
18    MR. HOMER:  Object to the form.
19    A.  It was, yes.
20    Q.  And did that contamination result from the
21  offloading of copper ore that sometimes spilled into
22  the bay?
23    A.  Yes.
24    Q.  And does the Port consider copper to be a
25  significant issue for San Diego Bay?

Page 145

1    A.  Baywide?
2    Q.  Correct.
3    A.  I think copper's considered an issue in some
4  locations.  One example would obviously be here.  We
5  elevated copper.  There's also, as you pointed out
6  earlier, TMDL for copper in Shelter Island Marina, but
7  I don't believe they consider that a baywide issue.
8    Q.  Okay.  So the Port doesn't consider copper
9  to be a baywide issue, more of a discrete site-specific
10  issue?
11    A.  That's correct.
12    Q.  Okay.  What's the Port's position in terms
13  of the impact of pesticides on the bay?  Is that -- is
14  that an issue of concern to the Port?
15    MR. HOMER:  Object to the form.
16    MR. JULIUS:  Join.
17    A.  I think it could be considered a localized
18  issue where there may be some sources, but I don't
19  believe it's considered a baywide issue.
20    Q.  Okay.  Are PCBs, in the Port's view,
21  considered a baywide issue?
22    A.  They are as they relate to fish that move
23  around baywide, yes.
24    Q.  Is it a bay -- are PCBs, in the Port's eyes,
25  a baywide issue in terms of sediments?

Page 146

1    MR. HOMER:  Object to the form.
2    A.  In the sense that there's a desire to reduce
3  the impact on beneficial uses of consumption of seafood
4  and the relationship that sediment may have in
5  contributing to the fish tissue, then yes, it's
6  considered a bayside issue.
7    Q.  Is the basis of your statement Dr. Toll's
8  opinion report?
9    A.  I think Dr. Toll just -- while he focused on
10  the bay, the work that was done by SCCWRP on
11  bioaccumulation and fish tissue concentrations is as
12  good a source of that statement as well.
13    Q.  That being said, I want to focus on
14  sediments and the Port's view of sediments.  I
15  understand what you said is the Port considers --
16    A.  Right.
17    Q.  -- PCBs to be an issue with respect to fish
18  throughout the bay; correct?
19    A.  Correct.
20    Q.  What is the Port's position in terms of PCBs
21  baywide in sediments?
22    A.  As they relate as a source of contaminants
23  to trophic transfer to fish, they are considered a
24  bayside issue, you know, the sediments, because they
25  act as a source.

Page 147

1    Q.  Okay.  So how is that different from copper,
2  pesticides or any other -- any other chemical in the
3  bay?
4    A.  Well, we don't see evidence of baywide
5  exposure to copper that rises to an issue of being an
6  issue, right, a impact on a beneficial use.  Copper or
7  other metals in particular that are -- except for
8  mercury, that are in sediment may be a localized impact
9  to that beneficial use.  The benthic community may be
10  impacted by that.  But that doesn't mean it's baywide.
11  Certainly if that same concentration were throughout
12  all sediments in the whole bay, then yes, it could well
13  be because it could be impacting the benthic community
14  throughout.  But most of those other contaminants,
15  those -- the metals and copper as an example, that's
16  more of a localized source and localized issue in terms
17  of its impacts.
18    Q.  So let me understand where we're at.  In
19  terms of metals like copper, lead, zinc, pesticides,
20  tributyltin, does the Port consider those issues for
21  sediments to be localized issues and not baywide
22  issues?
23    A.  Primarily that's correct, yes.
24    Q.  And does the Port consider PCBs and mercury
25  to be two examples of environmental issues that are

Page 148

1  baywide for sediments?
2    A.  As they -- as they relate to fish tissue
3  concentrations and trophic transfer resulting in
4  unacceptable fish tissue concentrations, yes.
5    Q.  And is that the -- is the fish tissue
6  concentrations the only basis for your answer there?
7    MR. HOMER:  Object to the form and scope.
8    MR. JULIUS:  Join.
9    A.  There can be localized additional impacts
10  associated with PCBs and mercury on the benthic
11  community in the area where those concentrations are
12  higher.  But in terms of a baywide issue, yes, it is
13  mercury and PCBs because of their presence in fish
14  tissue.
15    Q.  Is there anything else as we sit here today
16  that the Port considers to be a baywide sediment issue
17  other than PCBs and mercury?
18    MR. HOMER:  Object to the form, scope.
19    MR. JULIUS:  Join.
20    A.  I don't know.
21    Q.  Have you talked to the Port about any other
22  baywide sediment issues that are a concern to the Port?
23    A.  I have not.
24    Q.  If you look at the next page of this joint
25  Navy port summary of the bay, the last paragraph states

Page 149

1  what I believe are favorable trends.  And let me -- let
2  me read it and then get the Port's reaction to this.
3  In a 1998 Bight survey, chemical contamination was
4  still widespread in the bay sediments but at lower
5  levels for most of the contaminants of concern than in
6  previous decades.
7    Do you agree that that is support for what
8  the Port previously testified, that the trends and
9  concentrations are generally decreasing?
10    A.  Yes.  The bay study is the one that I was
11  referring to when I talked about the RHMP work.
12    Q.  Then the next sentence says, While
13  San Diego Bay ranked high in average sediment
14  contaminations for antimony, copper, mercury and PAHs,
15  the bay had the lowest level of pesticides of all of
16  the bays in the region.
17    Do you see that?
18    A.  I do.
19    Q.  Why is there no mention of PCBs?  Because
20  the Port --
21    MR. HOMER:  Object to the form.
22    MR. JULIUS:  Join.
23    Q.  Because the Port wrote this document.
24    MR. HOMER:  Object to the form and scope.
25    A.  I don't know.

Exhibit 1
62

Page 150

1  Q.  Okay.
2      MR. HOWARD:  It's -- we've been at it for a
3  while.  Want to take a 10-minute break?
4      MR. HOMER:  Sure.
5      THE VIDEOGRAPHER:  Going off the record.
6  The time is 2:26 p.m.
7          (Whereupon, a brief recess was taken
8          from 2:26 p.m. to 2:43 p.m.)
9      THE VIDEOGRAPHER:  We are back on the
10  record.  The time is 2:43 p.m.
11      MR. JULIUS:  Counsel, before we move
12  forward, I'd like to put on the record that I have
13  to attend a hearing in this case at 4 o'clock.  I'm
14  going to be leaving in about 15 minutes.  Going forward
15  for the remainder of today, to the extent that the Port
16  objects to a question as to form, the City joins that
17  objection, and we will have someone at the remainder of
18  the depos.
19      MR. HOWARD:  Thank you, Counsel.
20  BY MR. HOWARD:
21      Q.  Dr. Johns, I wanted to ask you a follow-up
22  question on -- a couple follow-up questions on copper.
23  And I've put before you Exhibit 16A, which -- a photo
24  of America's Cup Harbor and part of -- looks like
25  Shelter Island; correct?

Page 151

1      A.  Correct.
2      Q.  And it's a picture depicting a lot of boats
3  in at least this part of the bay; is that fair?
4      A.  Yes.
5      Q.  During the break we've looked at the Port's
6  website and its copper reduction program.  And I wanted
7  to ask if you've ever reviewed the Port's copper
8  reduction program.
9      A.  I have not.
10      Q.  Now, you're aware that copper leaches from
11  boat paints?
12      MR. HOMER:  Object to the form and scope.
13      MR. HOWARD:  Yeah, let me rephrase that.
14      Q.  Are you aware that copper leaches from boat
15  paints?
16      MR. HOMER:  Same objections.
17      A.  As an antifoulant, yes.
18      Q.  And does copper have the capacity of
19  building up in small creatures and impacting the food
20  chain?
21      MR. HOMER:  Object to the form and scope.
22      A.  No, it does not.
23      Q.  It does not?
24      A.  No.
25      Q.  It doesn't have the ability to bioaccumulate

Page 152

1  whatsoever?
2      A.  It has some ability to bioaccumulate, but
3  copper in particular is a regulated metal by organisms,
4  so they actually regulate their concentration range.
5      Q.  I understand they regulate the range, but
6  my -- my question relates to impacts of copper that are
7  beyond the regulated range.  And the question is does
8  copper leaching from boat paints have the capacity to
9  uptake into small creatures and impact the food chain
10  in San Diego Bay?
11      A.  Yes.
12      Q.  Okay.  Have you looked at the question of
13  whether copper, consistent with your testimony about
14  PCBs and mercury, ought to be considered a baywide
15  concern for sediments because it has the potential to
16  impact fish?
17      MR. HOMER:  Object to the form and scope.
18      A.  I have not.  The only data set I'm aware of
19  where copper was at least analyzed in fish would be the
20  shipyard site, and that didn't appear to be an issue.
21      Q.  Have you done a broad analysis in terms of
22  the contaminants in San Diego Bay sediments and
23  evaluate whether they have the capacity to
24  bioaccumulate and affect fish populations in
25  San Diego Bay?

Page 153

1      MR. HOMER:  Object to the form and scope.
2      A.  Not a broad analysis, no.
3      Q.  Okay.  Beyond PCBs and mercury, have you
4  done any analysis?
5      MR. HOMER:  Object to the form and scope.
6      A.  Other than the data that's specific to sites
7  like the shipyard site, no.
8      MR. HOWARD:  Let me mark -- next in sequence
9  I'll mark five CAOs and a map.  So it's going to be
10  Exhibits 17, 18, 19, 20, 21 and 22.
11      Okay.  Let me go through this.
12          (Port Exhibit 17, Cleanup and
13          Abatement Order 86-92 for Teledyne Ryan
14          Aeronautical near Lindbergh Field, marked
15          for identification, as of this date.)
16      Q.  So Exhibit 17, Cleanup and Abatement
17  Order 86-92 for the Teledyne Ryan Aeronautical near
18  Lindbergh Field, also known as the Convair Lagoon CAO;
19  correct?
20      A.  Correct.
21          (Port Exhibit 18, Cleanup and
22          Abatement Order Number 95-21, Campbell
23          Industries, marked for identification, as
24          of this date.)
25      MR. HOWARD:  Exhibit 18 is the Campbell

Exhibit 1
63

Page 154

1    Shipyard CAO called "Cleanup and Abatement Order
2    Number 95-21."  Hand that to the witness.  And these
3    will be in connection with the five sites.
4              (Port Exhibit 19, Cleanup and
5         Abatement Order No. R9-2012-0024, NASSCO
6         and BAE, marked for identification, as of
7         this date.)
8         MR. HOWARD:  Exhibit 19 will be the 2012
9    cleanup and abatement order from the regional board in
10   connection with NASSCO and BAE, also known as the
11   shipyard site.  Hand that to the witness.  So that's
12   19.
13             (Port Exhibit 20, Cleanup and
14        Abatement Order No. R9-2015-0018, Laurel
15        Hawthorn Embayment, marked for
16        identification, as of this date.)
17        MR. HOWARD:  Exhibit 20 is a 2015 Cleanup
18   and Abatement Order R9-2015-0018.  This pertains to the
19   Laurel Hawthorn Embayment west area.  And I am passing
20   that to the witness.
21             (Port Exhibit 21, Cleanup and
22        Abatement Order No. R9-2017-0021, tow
23        basin, marked for identification, as of
24        this date.)
25        MR. HOWARD:  And Exhibit 21 is a cleanup and

Page 155

1    abatement order from 2017, R9-2017-0021.  This relates
2    to the Tow Basin.
3              (Port Exhibit 22, Map of five
4         sites, Exhibit 17 through 21, marked for
5         identification, as of this date.)
6         MR. HOWARD:  And lastly in the sequence is
7    going to be Exhibit 22, which is a -- for ease of our
8    discussion, a map that the defendants prepared of
9    San Diego Bay with the physical locations of the five
10   sites that are subject to Exhibits 17 through 21.  And
11   they depict Tow Basin, Convair Lagoon, Laurel Hawthorn
12   Western Embayment, Campbell and the shipyard sediment
13   site.
14        And I'll also state for the record that
15   we've attached table 2 from the Port's second amended
16   disclosures, which just is an enumeration of the five
17   sites.  Give that to counsel.
18        Did you give that -- a copy to --
19        MR. HOMER:  Sorry.  Where did you attach
20   that?
21        MR. HOWARD:  It's on -- it's right here.
22        MR. HOMER:  Oh, gotcha.  Thanks.
23        MR. HOWARD:  We wanted to stay away from
24   that disclosure, but I wanted to at least have the five
25   sites.

Page 156

1    BY MR. HOWARD:
2         Q.  Let me know, Doctor, when you're ready to
3    proceed.
4         A.  I'm ready.
5         Q.  Have you -- are you familiar with the five
6    CAOs that I put before you?
7         A.  I am.
8         Q.  Okay.  And you reviewed those in preparation
9    for this deposition; correct?
10        A.  I did.
11        Q.  Okay.  I tried to prepare these in a
12   chronological fashion.  So these are the five sites
13   that the Port discloses as being active PCB sites;
14   correct?
15        A.  Correct.
16        Q.  And isn't it true to say that these are the
17   only CAOs that exist that involve any sort of dredging
18   and PCBs --
19        MR. HOMER:  Object to the form.
20        Q.  -- anywhere in the bay?
21        MR. HOMER:  Object to the form.
22        A.  Tow Basin hasn't been initiated yet, so
23   there's no dredging, but dredging is proposed.  So yes.
24        Q.  Let me refine that, then.  Does this -- and
25   thank you for that clarification.  Are these -- are

Page 157

1    these five sites the only sites in San Diego Bay where
2    the regional board has issued a cleanup level or is
3    expected to issue a cleanup level specific to PCBs?
4         MR. HOWARD:  Object to the form, scope.
5         MR. HOWARD:  I'm going -- objection to
6    scope, but it's the five sites.
7         MR. HOMER:  Right, but --
8         MR. HOWARD:  Do we have to keep objecting to
9    the scope every single time?
10        MR. HOMER:  We do because, again, this is a
11   topic that we've designated someone on 5A and 5B.
12        MR. HOWARD:  This is the five sites from --
13   look at -- I just don't want there to be a cluttered
14   record with these ongoing scope -- look at 75.  The
15   history, assessment, cleanup levels, restoration,
16   remediation of the active PCB sites.  These are the
17   five sites, so it's -- couldn't be more within scope.
18        MR. HOMER:  What I -- what's out of scope is
19   whether the regional board has taken -- issued any
20   cleanup level specific -- excuse me -- to use your
21   language, you asked, Are these the only five sites in
22   San Diego Bay where the regional board has issued a
23   cleanup level or is expected to issue a cleanup level
24   specific to PCBs?  That is not within the scope of your
25   topic.

Page 158

1  MR. HOWARD:  Okay.  Let me rephrase that,
2  then.
3      Q.  Are these the only five sites in
4  San Diego Bay where PCBs have been investigated and are
5  subject to a cleanup and abatement order?
6      A.  These are the only five public sites.  I do
7  not know what's going on at the Navy, whether there's
8  an order or a cleanup or what's going on at the Navy
9  base.
10     Q.  If something were going on at the Navy base,
11 would that be subject to disclosure on the website
12 called GeoTracker?
13     MR. HOMER:  Object to the form and scope.
14     A.  I believe it -- it would be, yes.
15     Q.  Have you reviewed GeoTracker for any other
16 sites around San Diego Bay that are being investigated
17 for -- let me restate that.
18     Have you reviewed GeoTracker to evaluate
19 whether any other site is subject to a cleanup and
20 abatement order for PCBs?
21     A.  I have, and there isn't any right now.
22     MR. HOWARD:  So my purpose in this line of
23 questioning is to see if we have the universe of PCB
24 sites in San Diego Bay that are subject to any sort of
25 regional board enforcement order/cleanup order.  And

Page 159

1  can we have an agreement that these are the five sites?
2      MR. HOMER:  I think so, Bob.  But, again,
3  your topic 38 is cleanup and abatement order.  So it
4  doesn't include investigative orders, for example.  Now
5  you just said any regional board enforcement order.
6  Before you said expected cleanup levels.  So if you
7  want to confine it to the language of 38, we're good.
8      MR. HOWARD:  Look, we have other topics here
9  understanding the impacts of presence of contaminants
10 in the bay.  And 34, Discharges of PCBs or
11 contaminants.  So it's a pretty -- it's a pretty broad
12 scope here, so...
13     MR. HOMER:  Okay.  Again, I --
14     MR. HOWARD:  I just want to -- look, it's a
15 very simple question.  I'm just trying to understand.
16 The Port has put forth in this lawsuit five so-called
17 active PCB sites.
18     Q.  Are there any other PCB -- so-called PCB
19 sites anywhere in San Diego Bay?
20     MR. HOMER:  So if -- may I speak with you
21 for a moment?
22     MR. HOWARD:  Sure.
23     MR. HOMER:  I think a way to ask that
24 question is are these the five sites listed by the
25 Port?  I don't think that the Port --

Page 160

1      MR. HOWARD:  That's not my question,
2  though --
3      MR. HOMER:  Okay.
4      MR. HOWARD:  -- because I want it from the
5  regional board's perspective.  This is not just the
6  Port.  I understand the Port's position.
7      MR. HOMER:  And you're not taking the
8  deposition of the regional board, so...
9      MR. HOWARD:  Well, I'm not taking the
10 deposition of the regional board; I'm taking a
11 deposition of the Port and its understanding, because
12 some of these -- some of these cleanup and abatement
13 orders may apply to the Port and some of them may not
14 apply to the Port.
15     MR. HOMER:  So, again -- and I'm -- I --
16 Bob, I really am not trying to make this difficult.  We
17 have a witness who is being prepared to speak on our
18 interactions with the regional board.
19     MR. HOWARD:  This is on the five sites --
20     MR. HOMER:  Okay.
21     MR. HOWARD:  -- okay?
22     MR. HOMER:  Keep it to five sites and we're
23 good.
24     MR. HOWARD:  I am going to keep it to five
25 sites, but I'm entitled to know whether there's

Page 161

1  anything else out there.
2  BY MR. HOWARD:
3      Q.  So once again, Dr. Johns, are you aware of
4  any regional board order that indicates a PCB specific
5  cleanup level other than the five sites?
6      A.  That they've gotten to the CAO stage and
7  they've identified it, no.
8      Q.  Let's start with Exhibit 17, Convair Lagoon.
9  Is this -- is Convair Lagoon the first site in
10 San Diego Bay that was subject to a cleanup and
11 abatement order that was -- that specified a cleanup
12 for PCBs?
13     A.  Yes.
14     Q.  And did Convair Lagoon also include issues
15 with heavy metals?
16     A.  Yes.  They were measured heavy metals.
17     Q.  So Convair Lagoon was not a PCB-only site;
18 correct?
19     A.  Correct.
20     Q.  The Port was not named on CAO 8692; is that
21 correct?
22     A.  That's correct.
23     Q.  The party who was responsible and has been
24 responsible for the investigation and cleanup of
25 Convair Lagoon has been Teledyne-Ryan or more recently

Page 162

1  TDY; correct?
2      A.  Correct.
3      Q.  That remedy involved a sand cap correct?
4      A.  Yes, that's correct.
5      Q.  How large of a cap was installed in
6  Convair Lagoon?
7      A.  I think it was under an acre.
8          MR. HOMER:  Object to form and scope.  I
9  think there's a topic on the cap at Convair Lagoon.
10  It's designated for another witness.
11         MR. HOWARD:  It's also in the cleanup and
12  abatement order.
13     Q.  How big was the Convair cap?
14     A.  I believe it was less than an acre.
15     Q.  Okay.  And what was the PCB specific cleanup
16  level that the regional board imposed for Convair
17  Lagoon?
18     A.  Yeah.  They required that anything greater
19  than 4.6 parts per million be covered with cap.
20     Q.  Is that the same thing as 4600 parts per
21  billion?
22     A.  That's correct.
23     Q.  Are there any Port obligations with respect
24  to Cleanup and Abatement Order 8692 for Convair Lagoon?
25     A.  Could you tell me what you mean by

Page 163

1  "obligations"?
2      Q.  Are -- does Cleanup and Abatement Order 8692
3  impose on the Port of San Diego any obligations
4  whatsoever?
5      A.  I don't know.
6      Q.  And is the reason you don't know because --
7      A.  I wasn't -- I wasn't prepared or asked to
8  discuss or know -- have knowledge of obligations or
9  restrictions to the Port.
10     Q.  It's a question that's targeted to what's in
11  or what's out of Cleanup and Abatement Order 8692.  Do
12  you know, based on your understanding of Cleanup and
13  Abatement Order 8692, whether the regional board
14  opposed any obligations whatsoever on the Port of
15  San Diego?
16     A.  I'm not aware.
17     Q.  On page 2 of Exhibit 17, paragraph 7 -- let
18  me know when you're there.
19     A.  Okay.
20     Q.  -- it states, at the very last sentence in
21  this regional board CAO, quote, In addition,
22  Convair Lagoon has been used for many years as a
23  dumping ground for derelict boats.
24         Do you see that?
25     A.  I do.

Page 164

1      Q.  What's your understanding of that comment?
2      A.  Other than that straight comment, that's
3  all -- that's my understanding.
4      Q.  You have no other historical understanding
5  in terms of the use of Convair Lagoon for the dumping
6  of derelict boats?
7      A.  I do not.
8      Q.  Let's go to Exhibit 18, the Campbell
9  Shipyard, CAO Number 95-21.  Have you reviewed this
10  CAO?
11     A.  Yes.
12     Q.  And just to make sure the record is clear on
13  Convair Lagoon, it was capped in 1998; correct?
14     A.  Yes.  I believe that's the year.
15     Q.  So turning to Campbell Shipyard, CAO 95-21,
16  can you tell us what the constituents subject to a
17  cleanup under that order were?
18     A.  The main driver was -- I believe was PCBs in
19  terms of designing cap and cleanup level, but there
20  were other constituents, including metals and PAHs,
21  that were also identified at the site.
22     Q.  There were specific cleanup levels set forth
23  in this cleanup and abatement order for copper;
24  correct?
25     A.  Yes, I believe that's correct.

Page 165

1      Q.  If you turn to page 21 of the order.
2      A.  Yes.
3      Q.  There was a specific cleanup level set for
4  lead?
5      A.  Yes.
6      Q.  A specific regional board cleanup level for
7  zinc; correct?
8      A.  Correct.
9      Q.  And also specific levels for tributyltin,
10  pI, molecular weight, polycyclic aromatic
11  hydrocarbons --
12     A.  Yes.
13     Q.  -- for PCBs at 950 parts per billion.  Do
14  you see that?
15     A.  I do.
16     Q.  And then for TPH, total petroleum
17  hydrocarbons, there was one set for 4300 -- looks like
18  parts per million in that context; correct?
19     A.  That's correct.
20     Q.  So there were seven different chemicals
21  listed in CAO 95-21 for which there was a specific
22  cleanup determined and established by the regional
23  board; correct?
24     A.  Correct.
25     Q.  Now, why did you say PCBs were the primary

Exhibit 1
66

Page 166

1 concern?  Is that based on the CAO or based on
2 information outside the CAO?
3      A.  I think -- well, in the sense that the --
4 that the footprint that was designed and stipulated for
5 Campbell Shipyard was based on that 95 -- 950 part per
6 billion for PCBs.  So I had forgotten about the fact
7 that they -- the AET process that they used was able to
8 generate numbers for other factors.  But I was thinking
9 specifically about the fact that that was driving the
10 cleanup or the cap.
11      Q.  But nothing in this cleanup and abatement
12 order says that PCBs are driving the cap; correct?
13      A.  No.  I think it was the design.  It was a
14 design feature.
15      Q.  And when was the remediation completed at
16 Campbell Shipyard?
17      A.  I want to say 2012, 2014.
18      Q.  I think that was the NASSCO shipyard.
19      A.  Okay.  So it would be 2011, '10?
20      Q.  My information is that it was dredged and
21 capped between 2006 and monitoring started in 2008.
22      A.  Okay.
23      Q.  Does that sound more accurate?
24      A.  It does, yes.
25      Q.  So the actual remediation of Campbell

Page 167

1 Shipyard was completed over 10 years ago if my math is
2 correct?
3      A.  That's correct, yes.
4      Q.  And the remediation at Convair Lagoon was
5 completed in 1998, which is about 21 years ago;
6 correct?
7      A.  That's correct.
8      Q.  And at Convair Lagoon, I believe the only
9 work that is ongoing is TDY is performing
10 post-remediation monitoring; is that right?
11      A.  At Convair?
12      Q.  At Convair.
13      A.  Yes.  They're showing increases in elevated
14 concentrations of PCBs on the cap.
15      Q.  And who's responsible for investigating and
16 resolving those increased PCBs found on the cap?
17          MR. HOMER:  Object to the form.
18      A.  I believe -- I believe TDY.
19      Q.  The Port is not responsible for
20 investigating or remediating those extra PCBs; correct?
21          MR. HOMER:  Object to the form.
22      A.  They are not.
23      Q.  And at Campbell Shipyard, the Port actually
24 took over the cleanup of that CAO; correct?
25      A.  That's correct.

Page 168

1      Q.  Are you familiar with the background of
2 that -- the takeover by the Port?
3      A.  Only in broad strokes.  I don't know the --
4 all the drama and history that went behind it.
5      Q.  Did the Port object to the regional board
6 about the cleanup level for PCBs of 950 parts per
7 billion?
8          MR. HOMER:  Object to the form and the
9 scope.
10      A.  I believe they did.  I believe seeing -- I
11 can't recall where I read that, but I believe they did.
12      Q.  But as you sit here today, that -- you can't
13 point to any information?
14      A.  I cannot, no.  I can't recall where I saw
15 that.
16      Q.  Did the Port object to the PCB cleanup level
17 of 4600 parts per billion at Convair Lagoon?
18      A.  I don't know.
19      Q.  Is there post-remediation monitoring being
20 conducted at Campbell Shipyard today?
21      A.  Yes.
22      Q.  And who's performing that monitoring?
23      A.  The Port.
24      Q.  Okay.  And do you know what the results of
25 that monitoring are?

Page 169

1      A.  Recent monitoring has shown increases in
2 constituents in the cap, PCBs in particular, in the cap
3 material -- or the settled material on top of the cap.
4      Q.  So you believe that there's evidence of more
5 PCBs on the cap?
6      A.  Yes.
7      Q.  Okay.  And is the regional board asking for
8 any additional work by the Port at Campbell Shipyard?
9      A.  Yes.  I believe the monitoring program
10 required that if they -- if they identified increases
11 in constituents that they had to go through a process
12 of investigating what -- what's the source of those --
13 those increases.
14      Q.  And what are the source of those increases?
15      A.  It's unknown right now.
16      Q.  Is the Port investigating at
17 Campbell Shipyard?
18      A.  They are.
19      Q.  Are you part of that investigation?
20      A.  In the sense that some of the sampling
21 that's been done for the investigative order for TAMT
22 includes sampling in that area.
23      Q.  Can you just tell me generally what the
24 monitoring reports for the Campbell cap?
25          MR. HOMER:  I'm going to object on the basis

Page 170

1  of privilege and instruct the witness not to go into
2  the substance of any assignment you received through
3  the office of general counsel of the Port District with
4  respect to the Campbell cap and ongoing investigation
5  to the extent it's not already been made public.
6      A.  I'm sorry.  I'll have to look at the
7  question, please.
8      Q.  What can you tell us that's in the public
9  realm about the data on top of the Campbell cap?
10     A.  Yes.  In the last couple years of sampling
11 at the monitoring -- at the Campbell cap, they
12 identified increases in specifically PCBs in the cap --
13 in the cap -- it's actually the bedded sediment that's
14 sitting on top of the cap.  So it's material that's
15 settling on top of the cap.
16     Q.  So just so I understand, when you say
17 "bedded sediment," what --
18     A.  I'm sorry.
19     Q.  I'm not sure I understand.
20     A.  So the cap is basically -- it has a lot of
21 rock structure to it.  And so this is material that's
22 settling on top of that.  What I mean by "bedded," it's
23 settled; it's there present.
24     Q.  Okay.  And is it only on the Campbell cap,
25 or has it been detected beyond the Campbell cap as

Page 171

1  well?
2      MR. HOMER:  Same objection.
3      A.  I don't believe there's been any -- any -- I
4  think there are some samples -- locations outside of
5  there, but I don't believe there's been any substantive
6  changes in those concentrations in those areas outside
7  that area that are detected differences from what were
8  already there as that local concentration.
9      Q.  As we sit here today, other than the Port
10 investigation, is there anything -- is there any
11 mandate from the regional board to -- for the Port to
12 do anything other than to investigate the source of
13 PCBs found on the Campbell cap?
14     A.  I believe the mandate is to figure out if
15 you can -- if you can figure out what the source is and
16 whether or not it can be addressed.
17     Q.  Have there -- has there been any suggestion
18 by the regional board that additional work would have
19 to be done at the Campbell site?
20     MR. HOMER:  Object to the form.
21     A.  I think it would depend on what the source
22 is.  For instance, if the -- if the source of -- if the
23 increase is due to failure of the cap -- the cap is
24 intended to keep in place material underneath it -- if
25 it's cap failure, I would assume the Port would -- I

Page 172

1  would assume that the water board would consider that a
2  potential need to remedy that situation.  If the
3  material's coming from some other source that's a
4  baywide source or some other source, I don't know.
5      Q.  Does the Port have any information that the
6  Campbell cap is failing in any way?
7      A.  No.
8      Q.  Okay.  So when you were talking about a
9  failure of the cap, that was hypothetical?
10     A.  I was just giving you an example, yes.
11     Q.  Is there any suggestion that the cap at
12 Convair Lagoon is failing?
13     A.  No.
14     Q.  Is the Port seeking to have the
15 Convair Lagoon cap and the Campbell Shipyard cap
16 removed for any reason?
17     A.  That's outside the scope of the questions
18 that -- that I've been asked to provide a Port opinion
19 on.  I don't know.
20     Q.  Okay.  That's -- that's a legitimate
21 question -- that's a legitimate answer.
22         Let's turn to Exhibit 19, which is the
23 shipyard sediment site, which sounds like, based on a
24 prior discussion, is something you spent a lot of time
25 on.

Page 173

1      A.  That's correct.
2      Q.  This was issued in 2012; correct?
3      A.  That is correct, yes.
4      Q.  How long did the NASSCO shipyard sediment
5  site take from initial testing through completion of a
6  remedy?  How long of a process did that take?
7      MR. HOMER:  Object to scope.  I think
8  earlier we talked about the fact you weren't going to
9  be asking about specific testing.
10         To the extent you can answer, please go
11 ahead.
12     MR. HOWARD:  It's just a time frame.
13     A.  Yeah.  I think -- I think the studies got
14 underway in '95, 1995, or in that block of time.
15     Q.  And when did the remediation complete?
16     A.  I think it was 2014.
17     Q.  So what I'm trying to figure out, is it
18 roughly a 19-year process --
19     A.  Yes, that's correct.
20     Q.  Okay.  And just let me --
21     A.  Oh, I'm sorry.
22     Q.  It was -- at the shipyard site, it was
23 approximately a 19-year process from the beginning to
24 the completion -- I should -- let me start over.
25         At the shipyard site, it was approximately a

Page 174

1  19-year project from initial testing to the completion
2  of the remedy; correct?
3      A.  That's correct.
4      Q.  How many chemicals of concern are addressed
5  in Exhibit 19, the shipyard CAO?
6      A.  There were multiples.  I'm looking at a
7  table that tells me there are five total that
8  ultimately had SWAC values associated with them.
9      Q.  Just so the record's clear, what's a
10  SWAC value?
11     A.  Oh, I'm sorry.  Surface weighted average
12  concentration.
13     Q.  And on page 14 of the cleanup and abatement
14  order for the shipyards, it indicates that background
15  sediment chemistry levels for PCBs is 84 parts per
16  billion; right?
17     A.  That's correct.
18     Q.  And this is what you were referring to when
19  you indicated that, on a site-specific basis, 84 parts
20  per billion have been applied in certain locations, and
21  the shipyard being one of them?
22     A.  That's correct.
23     Q.  And are these -- and is -- I'm sorry.  Was
24  table 1 the table you were looking at in terms of the
25  chemicals that have an established cleanup level?

Page 175

1      A.  I was looking at -- I just happened to run
2  across a table -- I don't know, page 29.  But there's
3  also a table 23 that basically has the same chemicals.
4      Q.  Yeah.  These are the -- page 29 are the
5  trigger levels; right?
6      A.  That's correct.
7      Q.  Those are the post-remediation --
8      A.  Right.
9      Q.  -- levels that, if exceeded, require
10  follow-on work --
11     A.  Right.
12     Q.  -- am I correct?
13     A.  That's correct.
14     Q.  Page 23 --
15     A.  Twenty-three, yes.
16     Q.  -- sets forth the regional board-mandated
17  cleanup levels for five chemicals: copper, mercury,
18  H -- PAHs, PCBs and tributyltin; correct?
19     A.  Correct.
20     Q.  Okay.  And so PCBs, the regional board set a
21  remediation standard of 194 parts per billion; correct?
22     A.  That's correct.
23     Q.  All right.  And the trigger value of 253 is
24  only for purposes of post-remediation and is the
25  standard by which, if that's exceeded, then additional

Page 176

1  work would be required?
2      A.  That's correct.
3      Q.  All right.  Is the BAE and NASSCO shipyards'
4  environmental site remediation the largest
5  environmental remediation in San Diego Bay history?
6          MR. HOMER:  Object to the form.
7      A.  For sediments I believe it is, yes.
8      Q.  So if the dredging and remediation were
9  completed in 2014, that means it's -- the project's
10  been completed over five years ago?
11         MR. HOMER:  Object to the form.
12     A.  That's correct.
13     Q.  What -- what obligations, if any, is the
14  Port required to undertake under the shipyard cleanup
15  and abatement order?
16         MR. HOMER:  Object to the form.
17     A.  They may have an obligation just tied to the
18  fact that they were a named party to it.  But I believe
19  that the performing parties are the ones who were doing
20  all the long-term monitoring and reporting.
21     Q.  And my understanding is that the performing
22  parties are the two shipyards, NASSCO and BAE; correct?
23     A.  That's correct.
24     Q.  The Port is not performing any
25  post-remediation monitoring at the shipyard site;

Page 177

1  correct?
2      A.  They are not.
3      Q.  Do you know what the results of the
4  post-remediation monitoring at the shipyard site are?
5      A.  I have not seen them.
6      Q.  It -- when's your -- you worked at the
7  shipyard site for a long time.  When did you stop
8  working at the shipyard site?
9      A.  When we were done with the technical issues.
10  I'm trying to put a date around that.  That might have
11  been 2010, 2011.  I think the issue that ultimately
12  culminated in the CAO took several years to finish that
13  process.
14     Q.  The Port is not actively providing any
15  monitoring or oversight of the shipyard remediation for
16  PCBs; correct?
17     A.  I don't know.
18     Q.  So is it fair to say as we're chocking
19  through or walking through each of the CAOs that
20  Convair Lagoon, the remediation, is complete, the
21  remediation at Campbell Shipyard is complete except
22  for post-remediation monitoring, the same story at
23  NASSCO --
24         (Court reporter interruption.)
25         MR. HOWARD:  I'll start over.  In fact, I'll

Page 178

1  do that after the next question, next area.
2      Q.  Let's turn to Exhibit 20, which is the CAO
3  for Laurel Hawthorn Embayment west, the 30-inch line.
4  Are you familiar with this cleanup?
5      A.  Yes.
6      Q.  And am I correct that this cleanup involved
7  both PCBs and PAHs?
8      A.  Yes.
9      Q.  And the party named by the regional board to
10  perform the remediation was TDY, which is the successor
11  to Teledyne-Ryan; correct?
12      A.  That's correct.
13      Q.  The Port of San Diego was not a party to
14  this cleanup and abatement order?
15      A.  They were not.
16      Q.  And the Port of San Diego has performed none
17  of the work and has no obligations under this cleanup
18  and abatement order; correct?
19          MR. HOMER:  Object to the form.
20      A.  In terms of performance, no.
21      Q.  Now, this is a site, I believe, that -- go
22  through it -- that established a PCB cleanup level of
23  84 parts per billion -- 84 parts per billion.  Is that
24  consistent with your understanding?
25      A.  Yes.

Page 179

1      Q.  And it was also geographically a very small
2  impacted area for PCBs, was it not?
3      A.  That's correct.
4      Q.  I've read the CAO and I want to make sure my
5  understanding is accurate.  And I saw that the -- from
6  the CAO there was 1.44 acres of PCB-impacted area.
7          Correct?
8      A.  That's correct.
9      Q.  Are you aware that about 125 cubic yards was
10  dredged in total?
11      A.  Yeah, right off the outfall.  Yes.
12      Q.  And what was the -- what was the nature of
13  the overall remedy, if you could describe that
14  generally?
15      A.  The remedy besides the dredging was
16  placement of a thin layer of sediment that had been
17  enriched with granulated activated carbon and also some
18  revetment or placement of a hard structure around the
19  outfall to prevent erosion.
20      Q.  Is that remediation completed?
21      A.  As of -- yeah, as of last year.
22      Q.  Is that a project which is now in a post- --
23  post-remediation monitoring phase?
24      A.  Yes.
25      Q.  Is TDY performing all the work necessary to

Page 180

1  execute the 30-inch line cleanup and abatement order?
2      A.  Yes.
3      Q.  All right.  At this point we've walked
4  through four CAOs for Convair Lagoon, NASSCO -- excuse
5  me -- Convair Lagoon, Campbell Shipyard, NASSCO and BAE
6  and then the 30-inch line at Laurel Hawthorn Embayment
7  west; correct?
8      A.  That's correct.
9      Q.  Is it fair to say that each and every one of
10  those sites have been remediated for PCBs?
11      A.  Yes.
12      Q.  Is it fair to say that each -- at each of
13  those four sites the only work that is left to do is
14  post-remediation monitoring?
15          MR. HOMER:  Object to the form.
16          THE WITNESS:  As it currently stands, that's
17  the only work that needs to be done.  I think both for
18  Convair and for Campbell cap, the recontamination of
19  the cap may ultimately result in additional actions
20  that may need to be taken.  I don't know what's in the
21  water board's head, but that's not an unreasonable
22  expectation.
23          MR. HOMER:  I also want to interject an
24  objection as to scope.
25      Q.  So when you just responded about what the

Page 181

1  regional board may do or may not do with respect to
2  Convair and Campbell, that was your speculation?
3      A.  That's my opinion, yes -- or my speculation
4  based on working at other sites around the country,
5  yes.
6      Q.  And of those four sites, is it also a fair
7  characterization to say that the only one in which the
8  Port took a leadership role in performing the remedy
9  was at the Campbell Shipyard site?
10          MR. HOMER:  Object to the form.
11      A.  That's correct.
12      Q.  On the fifth cleanup and abatement order for
13  Tow Basin, that was issued in 2017 and involved mercury
14  and PCBs; correct?
15      A.  That is correct, yes.
16      Q.  The parties named in that cleanup and
17  abatement order are General Dynamics; Lockheed, a
18  defunct party; and the Port District.  Correct?
19      A.  Correct.
20      Q.  So there are four parties named in that
21  cleanup and abatement order.  Who -- I'm sorry.  Go
22  ahead.  Were you going to say something?
23      A.  Just to clarify, my understanding, the final
24  cleanup and abatement order will only list LMC as the
25  performing party.

Page 182

1    Q.  That's where I was going to.  So there was a
2  settlement discussion among these parties; correct?
3    A.  Correct.
4    Q.  It's now a public record.  And General
5  Dynamics paid money to Lockheed, and Lockheed is
6  expected to perform about a $3.3 million cleanup;
7  correct?
8    A.  Correct.
9    Q.  Is the Port expected to perform any of the
10  work at Tow Basin?
11    A.  No.
12    Q.  Okay.  And how big of a remedial footprint
13  is Tow Basin?
14    A.  It's pretty small.  It's just a -- it's got
15  to be within an acre or two of everything.
16    Q.  But with respect to the Tow Basin CAO,
17  there's -- that's different because the remediation
18  hasn't been implemented at this time; right?
19    A.  That's correct.
20    Q.  So of the five sites, four of those sites
21  have been remediation -- have been remediated and are
22  in a post-remediation stage; correct?
23    A.  That's correct.
24    Q.  Why does the Port call these five active PCB
25  sites?

Page 183

1    A.  I believe because they're still undergoing
2  monitoring.  So they're actively being evaluated and --
3  and monitored.
4    Q.  Okay.  So the Port defines active if -- if
5  there's any post-remediation monitoring required, then
6  that remains an active site?
7    A.  That's correct.
8    Q.  Even though no additional remediation work
9  is required under the applicable CAOs?
10    MR. HOMER:  Object to the form and the
11  scope.
12    A.  That's correct.
13    Q.  And each of the five sites that we just
14  discussed involve multiple chemicals, not just PCBs;
15  correct?
16    A.  That's correct.
17    Q.  And the cleanup standards for PCBs range
18  from 84 parts per billion for two of them up to 4600
19  for Convair Lagoon; correct?
20    A.  That's correct.
21    Q.  And the regional board undertakes a
22  site-specific analysis in terms of developing an
23  appropriate PCB specific cleanup level?
24    MR. HOMER:  Object to the form.
25    A.  That's correct.  That's what they've done.

Page 184

1    Q.  As to Tow Basin, has there been a cleanup
2  level established for that particular site yet?
3    A.  Yes.  It's -- it's intended to meet the
4  SWAC.  The surface weighted average concentration's
5  intended to meet the background value of 84 and .75 for
6  mercury.
7    Q.  So three of the five sites then will have a
8  PCB cleanup goal of 84 parts per billion; correct?
9    A.  That's correct.
10    Q.  And then Campbell has 950 parts per billion
11  and then Convair Lagoon has 4,600 parts per billion?
12    A.  That's correct.
13    Q.  Were you involved in -- on Exhibit 22, the
14  acreage, were you involved in the determination of the
15  acres of these sites?
16    A.  I was not.
17    Q.  Okay.  Do these acres seem reasonable to you
18  as to the remediation footprint for each of those
19  sites?
20    A.  Oh, here they are.  I'm sorry.
21    Yes.
22    Q.  Okay.  And these are the only five sites
23  that the regional board has thus far determined needed
24  to be remediate -- needed to be remediated for purposes
25  of PCBs; correct?

Page 185

1    A.  Correct.
2    Q.  Are you aware of the total water acres of
3  the bay?
4    A.  Not the exact number, no.  I --
5    Q.  What's your best understanding?
6    A.  It's 3- or 4,000 acres, I think, or
7  something like that.
8    Q.  Water acres of the bay?
9    A.  Yeah.
10    Q.  And there --
11    A.  Or is it 40,000?  I --
12    Q.  Have you looked at the Port master plan in
13  terms of the Port acres of water versus land?
14    A.  I did, but I just don't recall what the
15  value was.
16    Q.  But does the Port agree in terms of
17  33.8 acres being a small percentage of the geographic
18  size of San Diego Bay?
19    MR. HOMER:  Objection; scope.  There's a
20  specific topic about this that's assigned to another
21  witness.
22    A.  Yes.
23    Q.  So if I wanted find out the total percentage
24  of the bay that has been designated by the regional
25  board for cleanup for PCBs, I would take this

Page 186

1   33.8 acres on Exhibit 22 and divide it by whatever the
2   water acres for the bay is; correct?
3      A. Yes.
4         MR. HOMER: Objection; scope.
5      A. Yes. Yes, you could do that.
6      Q. Now, looking at Exhibit 22, is it fair to
7   say that as to each of these five sites, each and every
8   one of them are associated with either Lindbergh Field
9   war plant manufacturing or shipyard manufacturing --
10        MR. HOMER: Object to form --
11      Q. -- or shipyard -- excuse me -- shipyard
12   work?
13        MR. HOMER: Object to the form.
14      A. Yes.
15      Q. And then to summarize here, in terms of the
16   five sites, the only thing that I heard based on the
17   Port's testimony in terms of future work is with
18   respect to the Campbell site and the monitoring of the
19   Campbell cap. Am I correct on that?
20        MR. HOMER: Object to the form.
21      A. As of now, yes, that's correct.
22      Q. Is the Port --
23      A. I don't know if you meant to include
24   Tow Basin. But since Tow Basin hasn't been remediated
25   yet, that still has to be undertaken.

Page 187

1      Q. Okay. Well, post -- post Tow Basin
2   settlement, is the expectation that the Port is going
3   to perform any of the remediation or post-remediation
4   work?
5      A. Oh, I'm sorry. No.
6      Q. So my question is in the context of
7   summarizing the five sites, as we sit here today, does
8   the Port have any obligation with respect to any of
9   those sites other than monitoring at the Campbell site?
10      A. No.
11      Q. Is the Port seeking additional dredging in
12   any of the four completed remediation areas, meaning
13   Convair Lagoon, Campbell Shipyard, NASSCO or at the
14   30-inch line?
15        MR. HOMER: Object to the form and scope.
16      A. You know, it's not a question that I was
17   asked to consider. I don't have -- I don't know the
18   answer.
19      Q. I would submit it's directly on topic with
20   75, the remediation of that active site. So the
21   question is as to those five sites, is the Port seeking
22   additional dredging --
23        MR. HOMER: Okay. And --
24      Q. -- from any of those four completed
25   remediation areas: Convair, Campbell, NASSCO or the

Page 188

1   Laurel Hawthorn west 30-inch line?
2        MR. HOMER: And I would object that this is,
3   A, topic 79 that the Court rejected on April 25th,
4   Combination of targeted removal work and mitigation
5   product the Port District expects to undertake,
6   et cetera. It's also -- Dr. Johns was designated on a
7   topic related to dredging, and that is areas of the bay
8   where precision dredging was conducted --
9        MR. HOWARD: Precision is no longer there.
10        MR. HOMER: Oh, yeah, you're right. And,
11   actually, I'm going to correct myself -- was conducted
12   to Port, yes.
13        MR. HOWARD: Or as planned. Or as planned
14   to occur.
15        MR. HOMER: Okay.
16        MR. HOWARD: Okay?
17        MR. HOMER: Thank you.
18      Q. Let me restate the question. Is the Port
19   seeking any additional dredging in any of the four
20   completed remediation areas: Convair Lagoon, Campbell
21   Shipyard, NASSCO shipyards or the 30-inch line in the
22   Laurel Hawthorn West Embayment?
23      A. I don't know.
24      Q. As to the Port's five PCB sites, is it fair
25   to say that the dischargers at each of those sites have

Page 189

1   been identified by the regional board and are
2   performing all the obligations imposed by the regional
3   board other than the post-remediation monitoring at
4   Campbell Shipyard?
5        MR. HOMER: Object to the form.
6      A. Yes.
7        MR. HOWARD: We're running out of tape, so
8   we're going to have to take a break.
9        THE VIDEOGRAPHER: This is the end of media
10   number 2. The time is 3:36 p.m. We are now off the
11   record.
12        (Whereupon, a brief recess was taken
13      from 3:36 p.m. to 3:45 p.m.)
14        THE VIDEOGRAPHER: This is the beginning of
15   media number 3. The time is 3:45 p.m. We are back on
16   the record.
17   BY MR. HOWARD:
18      Q. Dr. Johns, when you and I were talking about
19   the five sites, I think there may have been a part
20   there where you and I were talking too much inside
21   baseball.
22      And when I asked you sort of the summary of
23   what the Port has responsibility for and what it
24   doesn't, you remember we went through each of the five
25   sites? And the question was except for the Campbell

TSG Reporting - Worldwide     877-702-9580

Exhibit 1
72

Page 190

1   cap, the Port has no responsibility as to Convair,
2   NASSCO, the 30-inch line and Tow Basin; correct?
3       A. Correct.
4       Q. And so when I -- when we say "has no
5   responsibility," that means the Port is not hiring
6   consultants; correct? Let me do -- when we say the
7   Port has no responsibility, the Port is not incurring
8   the cost to hire consultants to evaluate the sites;
9   it's not spending money; it's not putting its Port
10  employees in meetings to continue to monitor those
11  sites. That's what -- that's what I intend when I say
12  "has no responsibility."
13      MR. HOMER: Object to the form, scope.
14      A. No. I believe that they are taking staff
15  time to review and keep track of what's going on at
16  these sites, as well as retaining consultants to
17  evaluate the sites and to understand what's going on.
18      Q. Oh, so the Port is -- the Port is evaluating
19  those -- those sites and incurring costs to evaluate
20  those sites?
21      A. Well, to at least -- whether it's -- whether
22  it's -- whether it is a Port employee assigned to
23  review a monitoring port, for example, or whether they
24  ask one of the consultants that works for them to
25  review it, yes, I assume -- somebody is reviewing and

Page 191

1   keeping -- keeping abreast of what's going on at the
2   sites.
3       Q. Who is that?
4       A. It depend -- I assume it depends on the
5   site.
6       Q. Do you know, or are you -- are you
7   speculating?
8       A. I -- I think they have a number of
9   consultants they could reach out to and ask. I don't
10  know who specifically is working on what site. For
11  example, I have worked on the Tow Basin site.
12      Q. So are you working for the Port on the
13  Tow Basin site?
14      A. Right.
15      Q. And what did you do for the report at the
16  Tow Basin site?
17      MR. HOMER: I'm going to assert a privilege
18  objection and instruct the witness to answer to the
19  extent he can without divulging any information he
20  gleaned through an assignment through the offices of
21  general counsel of the Port District.
22      A. I participated in the settlement
23  discussions.
24      Q. As a technical advisor?
25      A. Correct.

Page 192

1       Q. All right. So as to the -- what I'm calling
2   "the completed sites" -- and by that, I mean there's no
3   more dredging, no more capping, no more placing
4   anything at the site, that's -- when I talk about
5   completion, that's what I'm referring to.
6       Is the Port in the process now of incurring
7   costs to oversee or manage any of those completed
8   sites? And I'm putting Campbell to the side.
9       MR. HOMER: Object to the form.
10      A. Yeah. I don't know about the word
11  "oversee," but I think because of their trust
12  responsibilities for the lands, I think they have some
13  responsibility to keep track of how those sites are
14  performing relative to their intended goals.
15      Q. Okay.
16      A. As -- so I'll leave it at that, I think.
17      Q. Is any of that work that you just discussed
18  something that the regional board is requiring the Port
19  to perform?
20      A. No.
21      Q. All the -- all the review of reports and
22  tasks that you were talking about are voluntary choices
23  made by the Port?
24      MR. HOMER: Object to the form and scope.
25      A. Yes, for the -- for the purposes of

Page 193

1   continuing to track their trust properties.
2       Q. Let's turn to the sites where the Port has
3   been under a regional board order to investigate for
4   any contamination, not necessary -- not necessarily to
5   clean up but just to investigate.
6       MR. HOWARD: I will submit that we've
7   reviewed and found six investigation orders involving
8   the Port, and I want to walk through them with
9   Dr. Johns.
10      MR. HOMER: Bob, can we take a second to
11  address this and maybe avoid some objections? What
12  topic are you proceeding under?
13      MR. HOWARD: That was 34, Discharges of PCBs
14  or contaminants onto trust property or into the bay via
15  any route, including, but not limited to, discharges
16  via the conveyance system.
17      MR. HOMER: Okay. But it sounded like from
18  the preamble you just gave, you intend to talk about
19  investigative orders. And I would point out that 38 is
20  a specific topic that we prepared Dr. Johns to talk
21  about, and we just did talk about, which is cleanup and
22  abatement order. As much as the Port District has
23  identified, there is no similar investigative order
24  topic. I think this is a fine area to explore under
25  the topic you just described, but that Dr. Johns may or

---

Page 194

1  may not have detailed knowledge of each of these
2  investigative orders.
3      Q.  We'll find out.  Let -- just -- let me go
4  walk through it.  And let's mark as Exhibit 23 -- and
5  this is sequentially -- I should say chronological.
6  This is a 2004 investigation order of Chollas Creek.
7  Let me see -- one, two, three, four, five -- let's mark
8  and put them before the witness because that will be
9  far more efficient.
10          (Port Exhibit 23,          03:51
11      Investigation Order No. R9-2004-0277,
12      Chollas Creek, marked for identification,
13      as of this date.)
14          MR. HOWARD:  Second is -- next in order is
15  Exhibit 24, which is a 2011 investigation order to
16  Sunroad Resort Marina.
17          (Port Exhibit 24,
18      Investigative Order No. R9-2011-006,
19      Sunroad Resort Marina, marked for
20      identification, as of this date.)
21          MR. HOWARD:  Exhibit 25 is a Laurel Hawthorn
22  Embayment Central investigation order from 2014,
23  R9-2014-0007, pertaining to the 42-inch line.
24          (Port Exhibit 25,
25      Investigation Order No. R9-2014-0007,

---

Page 195

1  Laurel Hawthorn Central Embayment, marked
2      for identification, as of this date.)
3          MR. HOWARD:  26 -- Exhibit 20- -- I'm
4  sorry -- what's next in order?
5          So Exhibit 26 is investigation order from
6  2015, R9-2015-0058, for Chollas Creek.
7          (Port Exhibit 26,
8      Investigative Order No. R9-2015-0058,
9      Chollas Creek, marked for identification,
10      as of this date.)
11          MR. HOWARD:  Exhibit 27 is a 2017
12  investigation order pertaining to Tenth Avenue Marine
13  Terminal, Cesar Chavez Park, and Pacific Maritime
14  Freight.
15          (Port Exhibit 27,          03:53
16      Investigative Order No. R9-2017-0081, Tenth
17      Avenue Marine Terminal, Cesar Chavez Park,
18      and Pacific Maritime Freight, marked for
19      identification, as of this date.)
20          MR. HOWARD:  And lastly is Exhibit 28, which
21  is a draft investigation order targeting the
22  Laurel Hawthorn Embayment central area, once again, the
23  42-inch line.
24          (Port Exhibit 28, Draft
25      Investigative Order No. R9-2018-0035,

---

Page 196

1          Laurel Hawthorn Embayment, marked for
2      identification, as of this date.)
3  BY MR. HOWARD:
4      Q.  So let me set the stage just so that you're
5  not worried that we're going to be page turning
6  throughout this.  But we just walked through sort of
7  the orders, the regional board orders specific to PCBs
8  that involve a cleanup mandate.
9          Next I want to walk through the
10  investigation orders directing the Port to do anything
11  within San Diego Bay, PCBs or otherwise.
12          MR. HOMER:  I'm going to object as to the
13  scope for the reasons I gave before.  This witness was
14  prepared to answer a topic that specifically asked
15  about cleanup and abatement order, is not prepared to
16  answer the topic on investigative orders.  But to the
17  extent he can, he may.
18          MR. HOWARD:  Okay.  Pertains to topic 34.
19  Okay.
20      Q.  Have you seen --
21          MR. DOBBS:  Wait.  Let me -- I'm sorry I
22  couldn't inject there.  Topic 34, Discharged the PCBs
23  on the trust property --
24          THE WITNESS:  Or contaminants.
25          MR. DOBBS:  -- through the conveyance

---

Page 197

1  systems.  Thirty-eight is specific as to particular
2  orders.
3          Is 34 intended to trump any other topic
4  regardless of how narrow or broad it is?  I'm -- you
5  know, the thing is we prepared a witness for just
6  specific items listed based on what you've got here,
7  and you keep going back and say, Well, I have this
8  really broad one, so I can go into any of the others on
9  the list.
10          MR. HOWARD:  Well, I mean, it looks -- it is
11  broader than the others, but it is -- look, I don't
12  know who you have for certain categories.  But right
13  now, I'm prepared based on topic 34 to discuss
14  discharges of PCBs or contaminants onto trust property
15  in the bay by any route, and I want to know what the
16  Port has investigated in connection with that.  That's
17  not unreasonable.
18          MR. HOMER:  Okay.  To the extent you want to
19  talk about history obligations, et cetera, under these
20  investigative orders, again, we did not view that as
21  within this topic.  You have a specific topic asking
22  those things on cleanup and abatement orders we
23  prepared the witness for.  We're prepared to let you go
24  forward but, again, the objection stands.  It's outside
25  the scope for this witness.

---

Exhibit 1
74

Page 198

1    MR. HOWARD:  Okay.
2    Q.  Have you, Dr. Johns, looked at or been asked
3  to look at all the orders to which the Port has been
4  named to investigate contamination in San Diego Bay?
5    A.  Not all of them.
6    Q.  Some of them, but not all of them?
7    A.  That's correct.
8    Q.  Of the exhibits -- of the six investigation
9  orders that I have marked and put before you, what do
10  you recognize and what do you not recognize?
11    A.  Okay.  The Chollas Creek up -- the upstream
12  Chollas Creek, I do not recognize.  That was before my
13  time.
14    Q.  Is that the 2004 investigation order?
15    A.  Yes.  That's Exhibit 23.  Sunroad was also
16  executed -- I was only aware that it -- that the
17  sampling occurred because of Tow Basin.  We looked at
18  the data, but I was not aware, nor did I read the
19  investigative order at the time.
20    Q.  That's 2011.  You were working for the Port
21  for 12 years, so you were working for the Port at that
22  time; correct?
23    A.  I was.
24    Q.  Is that -- are those the only two?
25    A.  I can't even figure out which site this is.

Page 199

1    Yes.  Of the Laurel Hawthorn ones, it looks like -- it
2  looks, to me, that one supersedes the other in terms of
3  one is a current one of 2017.  I'm more familiar with
4  the 2017 one than the -- than the other order.
5    Q.  I don't see a 2000- -- are you talking
6  about --
7    A.  Yeah.  I thought there were --
8    Q.  Which one are you looking at?
9    A.  I thought there were two Laurel Hawthorn
10  ones you gave me.
11    Q.  Two?
12    A.  Central Laurel -- Laurel Hawthorn Central --
13    Q.  The central, 42-inch line?
14    A.  Right, but I think both of them cover the
15  42-inch line.
16    Q.  They do.
17    A.  So --
18    Q.  And one's a draft?
19    A.  Right.
20    Q.  And one of my questions is going to be --
21  one of my questions is do you know the status of the
22  draft or investigation order on the 42-inch line at
23  Laurel Hawthorn Embayment Central?
24    MR. HOMER:  Objection; scope and form.
25    A.  I believe it's still in draft.  I don't

Page 200

1    believe any -- I don't -- I'm -- I'm unaware of any
2  other actions that have been taken on it to date.
3    Q.  Okay.  Which orders are you familiar with of
4  the six I put before you?
5    MR. HOMER:  Objection; scope.
6    A.  Tenth Avenue Marine Terminal and -- I'm
7  sorry.  What was Exhibit 26?  I'm having a hard time
8  seeing a title.
9    Q.  That's the 2015 Chollas Creek --
10    A.  Yes.
11    Q.  -- investigation order.
12    A.  Yes, I'm familiar with that one.
13    Q.  You're familiar with that one?
14    A.  That's correct.  And then the draft
15  Laurel Hawthorn Central.
16    Q.  So you're familiar with Exhibits 26, 27 and
17  28, which are basically three of the six investigation
18  orders?
19    A.  That's correct.
20    Q.  Just so my notes are correct, you were
21  familiar with the Chollas Creek investigation order,
22  2015?
23    A.  That's correct.
24    Q.  Okay.
25    MR. HOMER:  That's Exhibit 26, Bob?

Page 201

1    MR. HOWARD:  That's 26.
2    Q.  All right.  Are you -- are you -- is the
3  Port aware of how many investigation orders issued by
4  the regional board have demanded that the Port
5  investigate PCBs in any way?
6    MR. HOMER:  Object to the form and scope.
7    A.  No, I'm not.  PCBs as a sole contaminant?
8    Q.  No, as a -- let me clarify.  It's -- is the
9  Port aware of how many regional board investigation
10  orders have been issued that encompass PCBs as one of
11  the chemicals of concern to investigate?
12    A.  I'm not aware of the total number of IOs
13  that the water board's put out.
14    MR. HOMER:  Object to the scope.
15    Q.  Is the Port aware that the regional board
16  issued an investigation order with respect to the
17  42-inch line at Laurel Hawthorn Embayment?
18    A.  Yes.
19    Q.  Okay.  And that was the -- that was a 2014
20  investigation order.  That's one that you indicated
21  that you weren't familiar with.  That's Exhibit 25.
22    A.  That's the old order, yes.  I'm not familiar
23  with it.
24    Q.  Not familiar.  You haven't been asked to
25  perform any -- any work for the Port District in

Exhibit 1
75

Page 202

1  connection with that investigation of the 42-inch line?
2      A.  I have not.
3      Q.  So you're not -- you're not in a position
4  today to testify in terms of what, if anything, the
5  Port is doing in connection with the implementation of
6  that regional board order; correct?
7          MR. HOMER:  Objection; scope.
8      A.  I do not know.
9      Q.  Okay.  You indicated that you were familiar
10  with Exhibit 26 pertaining to Chollas Creek, which it
11  was issued on 2015?
12      A.  Correct.
13          MR. HOMER:  Same objection.
14      A.  Correct.
15      Q.  And why are you familiar with that
16  investigation order?
17      A.  I reviewed the -- the data that has come out
18  of the two phases of the study.
19      Q.  Is -- is the 2018 Amec report that we've
20  discussed -- I believe that was Exhibit 7 -- the report
21  that came out of this 2015 investigation order?
22      A.  I believe it was.  Yes, it was.
23      Q.  And in that investigation order, 26, is it
24  correct that the Port is only secondarily liable under
25  that order?

Page 203

1          MR. HOMER:  Object to form and scope.
2      A.  I don't know.
3      Q.  Do you know what "secondarily liable" means
4  under cleanup and abatement orders?
5          MR. HOMER:  Same objections.
6      A.  I assume it's a legal term relative to
7  position in terms of direct liability of cleanup.
8      Q.  Did the Port perform any of the -- did the
9  Port perform or fund any of the work that became the
10  2018 Amec report for Chollas Creek?
11          MR. HOMER:  Same objections.
12      A.  They participated in the review of the
13  documents and what I would loosely call a "working
14  group" and participated in that.
15      Q.  Other than that?
16      A.  I -- I do not know if they paid any funds
17  directly into the effort.
18      Q.  Okay.  Do you know whether the Port is
19  obligated under the 2015 investigation order to perform
20  any work or incur any costs or do any -- anything else
21  under -- under that specific order?
22          MR. HOMER:  Object to the form, scope.
23      A.  I'm not aware of any.
24      Q.  Do you know whether the work required under
25  that investigation order is now complete?

Page 204

1          MR. HOMER:  Same objections.
2      A.  I believe that the phase 2 report, final
3  report, represents the end of that investigative order.
4      Q.  So that -- that -- that order is now done?
5      A.  The investigate --
6          MR. HOMER:  Same objection.
7      A.  The investigation -- the investigative order
8  is now done.  That's my understanding.
9      Q.  On Exhibit 27, which you indicated you're
10  familiar with, that pertains to Tenth Avenue Marine
11  Terminal, Cesar Chavez Park and Pacific Maritime
12  Freight; correct?
13      A.  That is correct.
14      Q.  And it looks like that investigation order
15  is directed to both the Port District and the City of
16  San Diego?
17      A.  That is correct.
18      Q.  Can you tell me the status of that
19  investigation?
20          MR. HOMER:  Object to the form and scope.
21      A.  Most of the sampling is complete.  There
22  were samples, suspended -- suspended load sampling --
23  samplers were just taken out of the water just
24  recently.  And my understanding is there's still some
25  ongoing upland sampling that's required under the

Page 205

1  order.
2      Q.  Has any of the data become publicly
3  available yet?
4          MR. HOMER:  Object to the form and scope.
5      A.  I don't know if it's been posted on
6  GeoTracker.  I believe it has.  But there was a draft
7  data report provided to the water board.
8      Q.  Who prepared that data report?
9      A.  Kleinfelder.
10      Q.  Did you personally review that report?
11      A.  Yes.  We participated in the -- in the
12  study.
13      Q.  Are you in a position to tell me generally
14  what the results for PCBs were?
15          MR. HOMER:  I'm going to object again as to
16  the form and scope, and I'm going to assert a privilege
17  objection, instruct the witness not to answer to the
18  extent this calls for any information developed
19  pursuant to an agreement or an assignment from the
20  office of general counsel of the Port District that
21  resulted in nonpublic data.
22      A.  There were PCBs detected in surface and
23  subsurface samples on -- throughout the bay --
24  throughout the study area.
25      Q.  At what levels or range of levels?

Page 206

1       MR. HOMER:  Same objections.
2       Q.  Before you answer that, let's turn to page 6
3   of the investigation order for the Tenth Avenue Marine
4   Terminal.
5       This was the data upon which the regional
6   board decided to issue an investigation order; correct?
7       A.  Yes, that's correct.
8       Q.  And on tables 1 and 2, I count nine -- nine
9   separate samples of a broader -- broad array of
10  constituents.  Am I correct so far?
11      A.  Yes, that's correct.
12      Q.  And on the bottom of each of those tables
13  are PCB detections in parts per billion that range from
14  0.4 parts per billion to a high of 73.3 parts per
15  billion?
16      A.  Yes, that's correct.
17      Q.  And will you agree with me that each and
18  every one of those data results is below 84 parts per
19  billion?
20      A.  They are.
21      Q.  Are the results that -- from the tests in
22  response of the investigation order consistent with the
23  results that you're seeing in the regional board
24  investigation order for Tenth Avenue Marine Terminal?
25      A.  They are not.

Page 207

1       Q.  And are they -- how do they differ?
2       A.  They're higher.
3       Q.  And -- and they are consistently higher?
4       MR. HOMER:  Object to the form, scope.
5   Again, assert a privilege objection to the extent this
6   calls for any information developed under the purposes
7   I described above that has not already been divulged to
8   the public regional board.
9       A.  There might be some that are in the same
10  range as the higher concentrations that are presented
11  here, but they're also concentrations that are higher.
12      Q.  Do you have an average?
13      A.  I do not.
14      Q.  Okay.
15      MR. HOMER:  Same objections.
16      Q.  As you sit here today, you're not able to
17  provide information in terms of how many samples are
18  above a 4 parts per billion and how many are below;
19  correct?
20      MR. HOMER:  Same objection.
21      A.  I am not.
22      Q.  You're not able to provide testimony on how
23  many, for example, are nondetect?
24      A.  That's correct.
25      Q.  Were any nondetect for PCBs?

Page 208

1       MR. HOMER:  Same objections.
2       A.  I don't recall any.
3       Q.  Okay.  Do you know how many -- do you know
4   how many samples were taken?
5       MR. HOMER:  Same objections.
6       A.  In order I think there were 32 samples.
7       Q.  Okay.  And did they all screen for the 11
8   constituents set out in investigation order 81?
9       A.  Yes, they were.
10      Q.  Was anything other than PCBs considered to
11  be elevated or a concern?
12      A.  There might be stations with some elevated
13  other contaminants.
14      Q.  Such as what?
15      MR. HOMER:  Same objections.
16      A.  PAHs and some metals.
17      Q.  What about copper?  Because the
18  investigation order has consistently elevated copper
19  levels.  What were the results for copper?
20      A.  I don't recall what they were.
21      MR. HOMER:  Same objections.
22      Q.  Do you know when -- you don't -- as you sit
23  here today, the data may be on GeoTracker or it may not
24  be on GeoTracker; correct?
25      A.  That's correct.  The draft report was

Page 209

1   submitted to the water board.  I just -- a status
2   report been submitted to the water board.  I don't know
3   what they've done with it.
4       Q.  Okay.  Who was Kleinfelder working for?  Was
5   it the Port or the City?  Because this pertains to both
6   the City and the Port.
7       A.  Right.  They're working for both parties, so
8   they were basically a joint consultant when it comes to
9   pulling the study together.
10      MR. HOMER:  Same objections.
11      Q.  Has the Port -- did the Port, in response to
12  that investigation, try to assess the source of those
13  PCBs?
14      MR. HOMER:  Same objections.
15      A.  There was upland sampling required as part
16  of the IO, the investigative order.
17      Q.  And what did that sampling determine?
18      A.  I don't know.  That's not something that
19  I've spent any time really reviewing or considering.
20      Q.  On the draft investigation order for the
21  42-inch line --
22      MR. HOMER:  This is Exhibit 28?
23      MR. HOWARD:  Exhibit 28.
24      Q.  -- is it correct to say that the
25  investigation of the 42-inch line involves a broad

Page 210

1  array of chemicals of concern: cadmium, chromium,
2  copper, lead, mercury zinc, DDT, dieldrin, PAHs and
3  PCBs?
4     A.  Yes, that's correct.
5        MR. HOMER:  Object to form, scope.
6     Q.  Does the Port have any understanding in
7  terms of where the regional board sits today for next
8  steps with respect to the 42-inch line?
9        MR. HOMER:  Same objections.
10    A.  My anticipation is fully negotiate and agree
11 to IO and the execution of the data -- of the
12 investigative order.
13    Q.  Has the Port asked you to be involved in the
14 42-inch line?
15    A.  They have not.
16    Q.  So we talked about investigation orders for
17 Chollas Creek, Tenth Avenue Marine Terminal and the
18 42-inch line on the Laurel Hawthorne Central Embayment.
19 Is it fair to say that each of those investigation
20 orders involve more than just PCBs?
21    A.  That is correct.
22       MR. HOMER:  Same objections.
23    Q.  Are you aware of any investigation --
24 investigations mandated by the regional board where the
25 Port is leading on that investigation?

Page 211

1        MR. HOMER:  Object to the form.  Object to
2  the scope.
3     A.  I think -- I think TAMT is an example of one
4  where they're at least coleading.  But they have taken
5  the primary lead of designing the -- the initial
6  sampling program for the baywide sediments, the bay
7  sediments, and then working with the City to approve
8  that design.  So somebody has to start -- somebody has
9  to do the initial design.  Somebody has to put the
10 first ideas down on paper, and the Port was the one who
11 did that.
12    Q.  When you just talked about -- you said a
13 baywide?
14    A.  Well, I meant baywide -- I mean the baywide
15 around the TMT [verbatim] so within the TMT footprint.
16    Q.  So everything you just testified to was with
17 respect --
18    A.  I'm sorry.  Yeah.  I'm sorry.  Yes.
19    Q.  Everything you just testified to with
20 respect to the Tenth Avenue Marine Terminal?
21    A.  That's correct.
22    Q.  Okay.  And so there was testing in the bay
23 adjoining the Tenth Avenue Marine Terminal?
24    A.  That's correct.
25       MR. HOMER:  And again, I object to the whole

Page 212

1  line of questioning as outside the scope of noticed
2  topics.
3     Q.  So as the Port sits -- as we sit here today
4  in April 2019, does the Port consider PCBs or copper to
5  be the more serious threat to the Port tidelands?
6        MR. HOMER:  Object to the form and scope.
7     A.  I think primarily -- I think it's PCBs
8  because of the fact that it's driving fish consumption.
9  It's one of the constituents driving fish consumption
10 advisories in the bay.
11    Q.  Okay.  Are you involved in Port fish surveys
12 or assessment of fish populations?
13    A.  I am not.
14    Q.  So PCBs are -- the Port considers PCBs to be
15 more of a threat to -- than copper in April of 2019?
16    A.  Yeah.  They -- because --
17       MR. HOMER:  Object to the form and scope.
18    A.  I think it's because of the spatial extent.
19 The issue with copper appears to be localized to
20 certain areas, whereas the issue with PCBs is really
21 being driven -- is being driven by fish consumption
22 advisories, and that's a baywide restriction on that
23 beneficial use.  So I think in that context, yes.
24    Q.  Is -- is there a background level generally
25 recognized by the regional board for copper in

Page 213

1  San Diego Bay?
2     A.  I believe there was a number set in the
3  shipyard site as part of that.
4     Q.  Okay.  So the Port's not testifying today
5  that there's an absence of copper generally --
6  generally throughout the bay; correct?
7        MR. HOMER:  Object to the form.
8     A.  That's -- that's correct.
9     Q.  And the -- the only basis by which the Port
10 is treating PCBs is more severe than copper is because
11 of the fish advisory; correct?
12       MR. HOMER:  Object to the form and scope.
13    A.  Yes.
14    Q.  Any other basis for the Port to treat
15 PCB-related issues in the bay as more severe or serious
16 than copper?
17       MR. HOMER:  Object to the form and scope.
18    A.  It is not in the area where I've been asked
19 to testify, but my understanding from the draft
20 questions that were -- that I briefly looked at was
21 there were some other issues that the Port appears to
22 be claiming that PCBs impact.  But I -- I don't have
23 any knowledge of those.
24    Q.  For Tenth Avenue Marine Terminal, based on
25 your understanding of the data, what is the primary

Page 214

1  concern with the data at Tenth Avenue Marine Terminal?
2  Is it metals?  Is it pesticides?  Is it PCBs?  What is
3  it?
4      A.  I think it depends.  There are areas around
5  Tenth Avenue Marine Terminal where PAHs would be the --
6  more the issue.  I don't recall any stations -- any
7  consistent stations, so I mean multiple stations in an
8  area that are triggering exceedances of the comparison
9  values that were stated in the IO to be used.
10     Q.  Has the Port evaluated the impact to -- by
11 which tow boats that are operating around the Tenth
12 Avenue Marine Terminal may resuspend sediments?
13         MR. HOMER:  Object to the form, scope.
14     A.  Have they -- I believe they are -- they are
15 aware of the potential for that.  But I don't know of
16 any studies that they're conducting that are directly
17 addressing that issue.  That's one of the potential
18 sources of recontamination of the Campbell cap.  Just
19 because it's in the general spacial area of the cap.
20     Q.  Wasn't that a primary consideration in terms
21 of engineering the Campbell cap?
22     A.  It was.
23         (Court reporter interruption.)
24     Q.  Wasn't that a primary consideration in terms
25 of engineering the Campbell cap?

Page 215

1      Are you aware of any studies around the bay
2  in terms of the impact of shipping and tow boats in
3  terms of resuspending sediments in the bay?
4      A.  I am.
5      Q.  And what are those studies?
6      A.  The published studies from the Navy.
7      Q.  Can you describe those Navy studies?
8      A.  In general.  They evaluated movement of fine
9  material that's suspended from tugboat activities and
10 moving ships in the Navy shipyard piers and tracking
11 that fine material as it moves through the bay.
12     Q.  What years were those studies?
13     A.  I do not know the exact years of the
14 studies.
15     Q.  How about an approximation?
16     A.  I would at least say the last decade.
17     Q.  Do you recall how many published Navy -- and
18 you said they were published?
19     A.  Yes.  I don't recall how many published
20 papers.  I can -- I think there's at least two that
21 I've come across and read -- and looked at.
22     Q.  That are specific to San Diego Bay?
23     A.  Yes.
24     Q.  And they looked at Navy Base San Diego or
25 some other area of the bay?

Page 216

1      A.  Navy Base San Diego.
2      Q.  And how many studies do you recall?
3      A.  I believe -- I think you asked about
4  publications.  I think there -- there are at least a
5  couple publications, but they might have all come from
6  the same study.
7      Q.  I don't think I understand what you meant
8  by that answer.
9          MR. HOMER:  Okay.  Well, I'm going to object
10 to the form and scope.
11         But go ahead and answer.
12     A.  Sure.  A single study might result in
13 multiple peer-reviewed articles, papers.  And the two
14 papers that I can remember running across -- I don't
15 know if they were related to two separate studies that
16 were done or were they two papers that were different
17 subject matters within -- that came from the same
18 study.
19     Q.  Where did you find these studies?
20     A.  I think they were published literature.
21     Q.  Okay.  And what were the general conclusions
22 of those studies?
23     A.  The stuff goes all over the place.  They
24 found -- they found signatures all the way up to at
25 least as far as Harbor Island associated with that,

Page 217

1  with that resuspension material.
2      Q.  Okay.  Is the Port evaluating the results of
3  that study and -- for purposes of its investigation and
4  what next steps it may take at Tenth Avenue Marine
5  Terminal?
6          MR. HOMER:  Objection; scope.  Also, to the
7  extent it calls for any information gleaned through an
8  assignment to the general counsel's office, do not
9  divulge any privileged information.
10     A.  The issue of resuspension and movement of
11 material is because of what's happened at Campbell cap
12 and potentially at Convair.  I think there is an
13 attempt to start to understand what is the resuspension
14 potential and movement of sediment.  And to that
15 extent, the Tenth Avenue Marine Terminal investigative
16 order included placing sediment traps in and around the
17 Tenth Avenue Marine Terminal.  They start to understand
18 what sort of material is suspended and would settle
19 out.
20     Q.  Is it fair to say that the Port's at the
21 beginning stage of trying to understand the impacts of
22 sediment resuspension from boat traffic?
23     A.  I think that's fair.  Yes.
24         MR. HOMER:  Object to the form and scope.
25     Q.  One of the topics you've been asked to

Page 218

1  testify about relates to surveys and estimates of
2  public uses of the bay for fishing, swimming, boating?
3      A.  That's correct.
4      Q.  Does the Port perform surveys of public uses
5  of the bay?
6      A.  They have done some surveys; that's correct.
7      Q.  Tell me about them.
8      A.  Yes.  They've done a survey and tracked, for
9  instance, the number of boat users at the
10 Shelter Island ramp so they get an idea of how active
11 ramps are with boaters and how active boating is.
12         They've also commissioned a recent study by
13 a group called -- I think they're called North Star --
14 and they have done a general survey throughout the bay
15 with the public that's using the waterfront and finding
16 out what -- what uses they're preferring or why are
17 they at the waterfront, how do they use the bay.
18         They also, through their -- just their
19 environmental education program, reach out to the
20 public and -- it's a survey but an informal survey of
21 just finding out what people's interests are in using
22 the bay, what sort of -- what sort of activities they
23 are undertaking or would like to undertake.
24     Q.  So you just outlined two formal surveys and
25 one informal survey.  Is that a fair way to describe

Page 219

1  them?
2      A.  I think so.  I'm -- I would -- the boat --
3  the boat uses I would say is an informal survey.  It's
4  just tracking the number of boats being launched.
5      Q.  Was that boat use survey at Shelter Island
6  done internally by the Port or with outside
7  consultants?
8      A.  I believe it was in- -- internally by the
9  Port.
10     Q.  Is that the survey that found 50,000 boat
11 users using Shelter Island -- the Shelter Island boat
12 ramp?
13     A.  That's correct.
14     Q.  And I think I saw a press release about
15 that, so -- and that's the Shelter Island boat ramp
16 that was upgraded and expanded and reopened a few
17 months ago; correct?
18     A.  That's correct.
19     Q.  Okay.  So that's one sur- -- informal survey
20 that was performed by the Port.  And did that survey
21 inform the Port that boat use around the bay is
22 thriving?
23        MR. HOMER:  Object to the form.
24     A.  I think one can conclude that, yes, there's
25 a lot of people wanting to get in the water and use

Page 220

1  their boats.
2      Q.  And is that something the Port seeks to
3  encourage?
4      A.  Yes.
5      Q.  Okay.  Is the Port satisfied with the
6  results of that survey in terms of the amount of boater
7  use of San Diego Bay?
8        MR. HOMER:  Object to the form, scope.
9      A.  I don't -- I'm not sure I would classify it
10 as -- as satisfied or unsatisfied.  It's just a data
11 point for them to evaluate whether facilities being
12 offered to the public are being used.
13     Q.  Well, let me ask a different question.  Is
14 the Port agnostic in terms of the amount of boater
15 activity at Shelter Island or the bay in general?
16        MR. HOMER:  Object to the form and scope.
17     A.  I think they'd like to encourage people to
18 do what they'd like to do on the bay, and if it's
19 boating, I think they'd like to encourage it and to
20 provide the resources to allow that to happen.
21     Q.  If the results of the informal survey of
22 Shelter Island, for example, found that not many users
23 of -- that there are not many users of the
24 Shelter Island boat ramp, would the board -- Port have
25 taken certain actions to correct that?

Page 221

1      A.  I think they would have, through their
2  outreach program and their marketing program, tried to
3  find out if there are limits on or inhibitions to
4  boating.  Why aren't people boating?  Just to see if
5  they can find that answer to understand.
6        MR. HOMER:  Same objections.
7      Q.  So I'm trying -- I'm trying to dig a little
8  bit deeper in terms of the Port motivation for
9  performing surveys.  One was with respect to the boat
10 ramps, and I'm not yet clear whether the Port is
11 supportive of the active use of the bay for purposes of
12 boating or not.
13        MR. HOMER:  Object to the form.
14     Q.  Can you answer that question?
15        MR. HOMER:  Object to the form and scope.
16 And, Bob, the basis of my objection is that we did not
17 prepare -- we didn't interpret topic 20 -- 43 -- excuse
18 me -- to include the Port's intent or state of mind as
19 to the results of these studies.  To the extent
20 Dr. Johns has beliefs on those, I'm perfectly happy to
21 let him testify.
22     Q.  46 -- topic 46 is going to be discussed.  We
23 haven't gotten into it.
24        MR. HOMER:  I'm sorry.  I used the wrong
25 number then.  Forty-three.

Page 222

1     MR. HOWARD:  Okay.  But we're going to be
2  talking about public uses of the bay.  So he's been
3  designated for the -- by the Port to talk about public
4  uses of the bay.
5     MR. HOMER:  Right.
6     MR. HOWARD:  Boating is a public use of the
7  bay.
8     MR. HOMER:  Absolutely.  And he can talk
9  about boating under either 43 or 46.  What I'm
10 objecting to is the extent you're asking about the
11 Port's state of mind or intent or satisfaction or lack
12 of satisfaction with results.
13    MR. HOWARD:  Okay.  You can make the
14 objection, but this witness is the Port.
15    MR. HOMER:  Okay.
16    Q.  So I'm talking to the Port.  I'm asking the
17 Port, based on the survey performed at Shelter Island,
18 is the Port supportive of the active use of the bay for
19 purposes of boating?
20    MR. HOMER:  Same objections.
21    A.  Yes.
22    Q.  And have PCBs stood in the way of the use of
23 the bay for purposes of boating?
24    MR. HOMER:  Same objections.
25    A.  There are restrictions, I think, on Campbell

Page 223

1  cap and Convair Lagoon in terms of navigation, use of
2  that area for anchorage and those sort of activities.
3  So in that respect, there has been some limitations,
4  but by and large, I think you can zoom up and down the
5  bay as --
6     Q.  Could people boat in Campbell Shipyard when
7  it was Campbell Shipyard?
8     A.  No.
9     Q.  Okay.  So has -- so there hasn't been
10 an impact on boating in Campbell Shipyard; correct?
11    MR. HOMER:  Object to the form.
12    A.  Well, Campbell Shipyard, in its current use,
13 there's an impact, but not when it was an active
14 shipyard, no.
15    Q.  So we talked about the boat survey and the
16 fact that the Port is supportive of uses -- the boating
17 uses of the bay; correct?
18    A.  Correct.
19    Q.  And then you indicated that there was a
20 survey, this North Star survey, of general waterfront
21 uses.  Did I get that correct?
22    A.  That's correct.
23    Q.  Can you describe that more specifically for
24 me?
25    A.  Yes.  They asked -- they did surveys of

Page 224

1  people along the shoreline who were using the bay, find
2  out what -- what activities they like to do and which
3  ones are they contemplating doing.  And then they
4  generated relative statistics to the query, to the
5  questionnaire.
6     Q.  Is North Star an outside firm that did the
7  survey for the Port?
8     A.  Yes.
9     Q.  When was that survey performed?
10    A.  The paper itself -- the publication -- or
11 the report was 2017, so I assume it was either 2017 or
12 it could have been -- it could have been performed the
13 year before but following 2017.
14    Q.  Is this an internal Port document, or is
15 this something that's published?
16    A.  I assume it's published, but I'm -- I think
17 I found it on the website -- on a website, not theirs.
18 I just found it.
19    Q.  Did you review it for purposes of today's
20 deposition?
21    A.  I did.
22    Q.  And you believe it may be publicly
23 available?
24    A.  Yes.
25    Q.  Did that shoreline survey involve any

Page 225

1  anglers or fishermen?
2     A.  It did, yes.
3     Q.  How many anglers or fishermen were
4  interviewed in the North Star survey?
5     A.  I don't recall the percent or the number.
6     Q.  How many -- how many people were surveyed
7  all together, if you recall, approximately?
8     A.  I do not.  I just -- I basically looked
9  through the report to see if there was -- what sort of
10 information they had gathered, but I didn't spend time
11 looking at any of the detail.
12    Q.  Do you recall what sort of questions were
13 asked of the shoreline people?  So I get a sense on the
14 breadth of the survey.
15    A.  I think they asked, Where are you from.  Are
16 you -- you know, Are you a visitor?  Are you local?
17 How often do you use the bay?  What activities do you
18 enjoy doing on or at the bay, you know, shoreside?
19    Q.  So it was all shoreside interviews?
20    A.  Right.
21    Q.  And do you know where around the bay these
22 shoreside interviews were performed?
23    A.  I think they went all the way to
24 Chula Vista, all the way up to -- all the way around --
25 I don't know if they -- Point Loma, perhaps.  I think

## Page 226

1  they covered the whole bay on that side.  And they may
2  have even covered Coronado.  I just don't remember if
3  there was -- if there was interviews over there.
4      Q.   Did the report provide any conclusions on
5  their surveys, or is it just a compilation of data?
6      A.   A compilation of data.
7      Q.   So this survey doesn't make any
8  recommendations about what the Port is doing well or
9  what the Port is not doing well?
10     A.   No.
11     Q.   Do you know whether the Port took any action
12 in response to the North Star survey?
13     A.   I do not.
14     Q.   So as we sit here today, you don't know
15 whether the Port is taking any responsive action in
16 terms of addressing any issues raised in that survey;
17 correct?
18     A.   I do not know of any in particular, no.
19     Q.   Do you know what led to the Port
20 commissioning that survey?
21     A.   Well, they have a trust responsibility to
22 provide recreational uses to the bay.  I assume that
23 this is just part of that outreach effort as their
24 public education and public outreach.  It's just part
25 of the effort of -- of working through that process.

## Page 227

1      Q.   But was this a one-off survey, meaning was
2  this the one occasion in 2017 where the Port conducted
3  this survey along the shoreline, or is it something
4  that is done on a periodic basis?
5      A.   It's the only one I'm familiar with.
6      Q.   How does the North Star survey differ from
7  the SCCWRP survey?
8           MR. HOMER:  Object to the form.
9      A.   Well, the SCCWRP survey was a survey of
10 fishermen, fisher people, who were utilizing the bay.
11 And so specifically it was looking to understand if --
12 who was fishing and whether they were retaining their
13 catch; and if they were retaining their catch, how much
14 were they eating of what species.
15     Q.   Does the North Star survey get into
16 questions about whether fishermen are keeping their
17 catch and consuming their catch?
18     A.   No.
19     Q.   Do you know what type of questions were
20 asked of the fishermen?
21     A.   I think it was more, what do you like to do
22 on the bay:  Do you like to hike?  Do you like to walk?
23 Skate?  Paddleboard?  Fish?
24     Q.   So the North Star study is not going to
25 inform us beyond what we know from the SCCWRP survey?

## Page 228

1           MR. HOMER:  Object to the form.
2      A.   In terms of consumption?
3      Q.   In terms of consumption of fish around the
4  bay.
5      A.   It will not.
6      Q.   Do you know at -- is the Port intending to
7  perform another North Star type of survey of the use
8  along the waterfront?
9      A.   I do not, no.
10     Q.   And do you know what department of the Port
11 commissioned the survey?
12     A.   I believe it's marketing.
13     Q.   The last survey that you cited was, Informal
14 survey of interest in the bay.  And can you help me
15 understand that better?
16     A.   I'm not sure I said that.  If I did, I'm not
17 sure --
18     Q.   What was the third survey, then?  You cited
19 three surveys.  I know it was an informal survey.
20     A.   Yeah.  I don't recall.  If I said that, I
21 misspoke.  The only two surveys I can think of are --
22 oh, the third survey -- no, I can't think of a specific
23 survey.  The first was the boat launch and then the
24 North Star.  If I suggested there was a third one, I
25 misspoke.  I think I was talking about North Star as an

## Page 229

1  informal survey.
2      Q.   So those two surveys, Shelter Island and
3  North Star, are the only ones that you're aware of that
4  the Port has performed a survey of uses of the bay;
5  correct?
6      A.   Yes, that's correct.
7      Q.   All right.  Has the Port commissioned the
8  survey through third parties or funded the survey
9  through third parties of uses of the bay?
10     A.   Except for the fish consumption survey, that
11 they may have provided some of the funding to the
12 SCCWRP survey, I'm not aware of any others.
13     Q.   Does the Port collect data on the amount of
14 various activities in the bay?  And by way of example,
15 does the Port collect data on the amount of swimming in
16 the bay?
17     A.   I don't believe so, no.
18     Q.   Would the Port collect data on the amount of
19 fishing in the bay?
20     A.   I don't believe so.
21     Q.   Does the Port -- other than the Shelter
22 Island boat ramp, does the Port collect data on the
23 amount of boating in the bay?
24     A.   I don't believe so.
25     Q.   Are there surveys performed of bay

TSG Reporting - Worldwide     877-702-9580

Exhibit 1
82

## Page 230

1  activities upon which the Port relies for
2  decision-making purposes?
3       MR. HOMER:  Object to the form.
4       A.  I don't know.
5       Q.  Does the Port have an understanding, as we
6  sit here today in April 2019, whether the amount of
7  swimming, fishing and boating in the bay has increased
8  over time?
9       MR. HOMER:  Object to the form.
10      A.  Well, as we discussed earlier, there was a
11 prohibition against swimming during the '50s because of
12 the sewage treatment and the bacteria.
13      Q.  Let me rephrase the question because I don't
14 want to make -- this one I'm not trying to go back a
15 century.
16      A.  Okay.
17      Q.  Let's make it within the last 10 years.
18      A.  Okay.  Not that I'm aware of.
19      Q.  Well, let me make sure the question's clear
20 for the record.  Does the Port have any understanding
21 in whether the amount of swimming, fishing and boating
22 has increased in the bay in the last 10 years?
23      A.  I'm not aware of any data that shows that.
24      Q.  Does the Port sponsor events on the bay
25 designed to increase boating and swimming?

## Page 231

1       MR. HOMER:  Object to the scope.
2       But you're welcome to answer.
3       A.  Swimming, I don't believe so.  Boating, I
4  think they -- in general, by the fact that they
5  publicized how many people are using the ramp, I think
6  they're encouraging boating.  But swimming locations
7  are relatively limited within the bay.
8       Q.  So it's your understanding that the Port
9  does not sponsor swimming events in the bay?
10      A.  I believe that's correct.  Yes, that's
11 correct.
12      MR. HOMER:  Object to the form and scope.
13      Q.  As the Port here today, does the Port
14 consult with the State Lands Commission in terms of
15 fish populations in San Diego Bay?
16      MR. HOMER:  So, Bob, I'm just going to
17 object to the scope.  If you're talking about count
18 surveys, et cetera, then I think that that's fair game.
19 Again, we have a topic specifically about consultation
20 with state agencies and federal agencies, and that's
21 topics 5A and B designated --
22      MR. HOWARD:  That's fair.  I'll withdraw
23 that question.
24      Q.  Does the Port perform any fish population
25 assessments in San Diego Bay?

## Page 232

1       A.  They have.
2       Q.  I thought that there was only three surveys
3  that we just went through.  Is there another survey?
4       A.  Well, those surveys were about public uses
5  of the bay.  I don't --
6       Q.  Ahh, okay.
7       A.  I don't interpret fish as public use -- as
8  the public.
9       Q.  All right.  So let's be clear because I want
10 to make sure --
11      A.  Because --
12      Q.  You're drawing a line.  I want to make sure
13 that we're not talking past each other.
14      So is fishing -- so -- all right.  So in
15 terms of activities like fishing on the bay, the Port
16 does not perform any surveys on the amount of fishing
17 being conducted on the bay?
18      A.  That's correct.
19      Q.  In terms of the population of fish in the
20 bay, however, the Port does undertake surveys?
21      A.  They do.
22      Q.  Explain that.
23      A.  They've -- they've sponsored and funded a
24 number of fish surveys that have been conducted in the
25 bay.

## Page 233

1       Q.  A number.  Can you be more specific?
2       A.  (Indicating) I have -- because -- this is a
3  little complicated -- I developed some notes.
4       Q.  Can we share those notes?
5       A.  Yes.
6       THE WITNESS:  Do you or Nancy have them?
7       MR. DOBBS:  Oh.
8       MR. MILLER:  You know what?  We'll put an
9  exhibit sticker on them and everyone will have them.
10      MR. HOMER:  The issue is that Ms. Yanochik,
11 who just ran to the hearing on the motion to compel,
12 had those notes.  So...
13      MR. DOBBS:  We have a copy --
14      MR. HOWARD:  We can probably save that for
15 tomorrow.  We also have a copy here.
16      Q.  Can I -- can I take a look at them now?
17      A.  Oh, yes.
18      MR. DOBBS:  We have them here.
19      MR. HOMER:  I just have two.  I just kept
20 two.  We can make copies of them if you want.  If you
21 want to plow through this one, let's plow through it.
22      MR. HOWARD:  Well, I want to understand sort
23 of whether -- this assessment of fish populations.  I
24 won't mark this up because I'll -- okay.  So we have a
25 one, two --

## Page 234

1      MR. HOMER:  Bob, can I make a suggestion?
2 We have 12 minutes where I might still get this
3 copied -- or I guess you all have a copier.  Do you
4 want to --
5      MR. HOWARD:  Yeah, I want to -- I'll pick
6 this up tomorrow.  I just want to understand what was
7 handed to me, and we'll -- we'll take a look at it
8 tonight, so...
9      It's a document entitled "Assessments of
10 Fish Populations in the Bay Since 1995."  So last 24
11 years.  And I see one, two, three, four, five, six,
12 seven, eight studies that are listed in this document.
13    Q.  And this was prepared by you, Dr. Johns?
14    A.  Yes.
15    Q.  And when was it prepared?
16    A.  In preparation for question 84, or topic 84.
17    Q.  Okay.  And the studies range from the years
18 1996 up to -- it looks like there's an assessment in
19 2016; correct?
20    A.  I don't have the table, but I'll go with
21 what --
22    Q.  Oh, you don't have the table?
23    A.  No.
24    Q.  Sorry.  All right.  That's not fair, then.
25 You know what?  We'll take this up tomorrow because --

## Page 235

1 we'll --
2      MR. HOMER:  It's a separate data.
3      MR. HOWARD:  Can I -- how about we mark it
4 tomorrow as well?  Would that be all right?
5      MR. HOMER:  That's fine.
6      MR. HOWARD:  But I need to have -- can I
7 keep this copy?
8      MS. DAVIS:  Do we have two or three copies?
9      MR. HOMER:  No.  We have one, so...
10      THE WITNESS:  No, just one copy.
11      MR. HOWARD:  Make a copy.  All right.
12    Q.  So we'll get to that in a moment.
13      Does the Port manage fish populations in
14 San Diego Bay?
15    A.  They do not.
16    Q.  Does the Port have the authority to issue
17 fishing licenses in San Diego Bay?
18    A.  No.
19    Q.  Does the Port have the authority to allow
20 the public to take fish and wildlife in San Diego Bay?
21    A.  No.
22    Q.  Does the Port record fish kills in San Diego
23 Bay?
24    A.  Not to my knowledge.
25    Q.  Does the Port stock the bay with fish?

## Page 236

1    A.  No.
2    Q.  Does the Port operate fish hatcheries?
3    A.  No.
4    Q.  Does the Port police force function in the
5 dual role of game wardens?
6      MR. HOMER:  Object to the form.
7    A.  I don't know.
8    Q.  Does the Port employ wildlife officers whose
9 job it is to inventory, protect and manage fish and
10 wildlife populations in San Diego Bay?
11      MR. HOMER:  Object to form.
12    A.  I don't know.
13      MR. HOMER:  And scope.
14    Q.  Does the Port have the authority to
15 investigate and prosecute unlawful fish kills?
16      MR. HOMER:  Object to the form and scope.
17    A.  I don't know.
18    Q.  What is the authority -- or who is the
19 authority that investigates fish kills in San Diego
20 Bay?
21      MR. HOMER:  Form and scope.
22    A.  I assume the state has authority to do that,
23 but I don't know the agency.
24    Q.  Are you referring to California department
25 of fish and game?

## Page 237

1    A.  Yes.
2    Q.  When was the last documented -- documented
3 fish kill in San Diego?
4    A.  I don't know.
5      MR. HOMER:  Form and scope.
6    Q.  To your knowledge, have any fish kills been
7 reported to the Port for action?
8    A.  I don't know.
9    Q.  Is the Port today performing any fish and
10 wildlife protection functions that you're aware of?
11      MR. HOMER:  Object to form and scope.
12    A.  They participate in -- in -- I think in
13 some -- and comanage some of the South Bay refuge and
14 cooperate with the fish and wildlife service there for
15 some of the -- some of the -- in some of the mitigation
16 work I believe they've done.  Upland stuff has been for
17 the protection and development of habitat for
18 threatened endangered species.
19    Q.  When you said the Port comanages with -- did
20 you say --
21    A.  Fish and wildlife service.
22    Q.  Fish and wildlife.
23    A.  Well, comanage in the sense that some of the
24 lands in the South Bay -- I should have said
25 coordinates with fish and wildlife services some of the

Page 238

1   lands in the South Bay that they have done restoration
2   work on or specifically targeted at improving and
3   creating habitat for some threatened, endangered
4   wildlife.
5       Q.  Okay.  I just want to clarify because you
6   said -- I wasn't clear whether the Port was doing the
7   improvements or fish and wildlife were doing the
8   improvements?
9       A.  I think both have done them, but the Port
10  has done specific improvements.
11      Q.  To areas of South Bay?
12      A.  Yes.
13      Q.  And does the Port control the South Bay
14  wildlife refuge?
15      MR. HOMER:  Object to the form and scope.
16      A.  Yeah.  That's not a -- that's not a question
17  that --
18      Q.  Okay.  I'll withdraw that.
19      A.  I'm not prepared to answer that.
20      Q.  It sounded like you had some familiarity
21  with how that works.
22      A.  I think we just covered my familiarity with
23  it.
24      Q.  But I want to make sure that I understand
25  that when you're -- when you talk about working -- the

Page 239

1   Port working with fish and wildlife, you're talking
2   about coordination only; correct?
3       A.  I believe that's the case, but there is -- I
4   believe you have a corporate -- whatever you call me --
5   that you're doing a deposition on -- he has knowledge
6   of the mitigation and the activities and the
7   coordination that's being done in South Bay.  I don't
8   have enough knowledge of it.
9       Q.  You're a corporate representative of the
10  Port today, just to be clear?
11      A.  Yeah.  On specific questions.
12      Q.  Does the Port have any evidence that fish
13  populations in San Diego Bay have been harmed because
14  of PCBs in San Diego Bay?
15      MR. HOMER:  Object to the form.
16      A.  The fish themselves?
17      Q.  The fish themselves.
18      A.  No, they don't.
19      Q.  I'm going to -- that's -- other than
20  finishing up on the surveys -- oh, let me make sure --
21  so we talked about these additional seven or eight fish
22  surveys that we'll talk about tomorrow.
23          Is there any other type of survey pertaining
24  to fish and wildlife that the Port performs to your
25  knowledge?

Page 240

1       MR. HOMER:  Object to the form and scope,
2   just the -- this is bound in the language of the topic.
3   That's the surveys we've prepared Dr. Johns to testify.
4       A.  Yeah.  Question 83 is -- the topic is, Biota
5   sampling activities conducted on or behalf of the
6   Port -- Port District and the bay since 1995 and future
7   biota sampling activities the Port District expects to
8   undertake in the bay.  And the answer is yes.
9       Q.  Okay.  So in response to a question for
10  topic 83, Biota sampling has been performed by the
11  Port District since 1995?
12      A.  That's correct.
13      Q.  And do you have a similar document outlining
14  all the surveys that have been performed by the Port
15  since 1995?
16      A.  I do.
17      Q.  Can you share that with us tonight?
18      MR. HOMER:  Same situation.  If we could go
19  to topic.
20      MS. DAVIS:  I just did this a minute ago.
21      THE WITNESS:  That was only the question he
22  was asking.
23      Q.  Well -- okay.  So we have information
24  related to biota and fish -- fish populations.  Okay.
25      MR. HOWARD:  Why don't we adjourn for the

Page 241

1   night, and we'll continue.  Let's -- you want to get
2   back together at 9 o'clock so we maximize the
3   likelihood that Dr. Johns can -- can make his plane?
4       MR. HOMER:  Yeah.  And, obviously, we're not
5   asking you to commit to anything, but can you just let
6   us know -- you said you had three binders -- where are
7   you?
8       MR. HOWARD:  Let me see here.  I think --
9   I'm at the -- I'm at the halfway point, so I think
10  we're going to be able to -- we're going to be able to
11  do this within the time frame, you know, barring some
12  unforeseen circumstance.
13      MR. HOMER:  Okay.  Great.
14      THE VIDEOGRAPHER:  This is the end of
15  today's portion of the deposition.  The time is
16  4:59 p.m.  We are now off the record.
17      (Time noted:  4:59 p.m.)
18
19
20
21
22
23
24
25

Exhibit 1
85

Page 242

J U R A T

1
2
3   I, DAVID MICHAEL JOHNS, PH.D., do hereby certify under
4   penalty of perjury that I have read the foregoing
5   transcript of my deposition taken on April 30, 2019;
6   that I have made such corrections as appear noted
7   herein in ink, initialed by me; that my testimony
8   as contained herein, as corrected, is true and correct.
9
10   DATED this _____ day of _____, 2019,
11   at _____, _____.
12
13
14
15
16
17   _____
18   DAVID MICHAEL JOHNS, PH.D.
19
20
21
22
23
24
25

Page 243

C E R T I F I C A T E

1
2   STATE OF CALIFORNIA)
3                     )ss:
4   COUNTY OF SAN DIEGO)
5
6   I, LORIE RHYNE, Registered Reporter,
7   Certified Realtime Reporter within and for the
8   State of California, do hereby certify:
9   That DAVID MICHAEL JOHNS, Ph.D., the
10   witness whose deposition is hereinbefore set
11   forth, was duly sworn by me and that such
12   deposition is a true record of the testimony
13   given by such witness.
14   I further certify that I am not
15   related to any of the parties to this action
16   by blood or marriage and that I am in no way
17   interested in the outcome of this matter.
18   In WITNESS WHEREOF, I have hereunto
19   set my hand this 3rd day of May, 2019.
20
21
22
23
24   _____
25   LORIE RHYNE, CSR 12905, RPR, CRR

Page 244

-----------------I N D E X----------------------

1
2
3   WITNESS          EXAMINATION BY          PAGE
4   DAVID MICHAEL JOHNS    MR. HOWARD          7
5
6   --------------------E X H I B I T S--------------------
7
8   PORT EXHIBIT                PAGE   LINE
9   Exhibit 1  Pharmacia's Amended Notice of
10          Videotaped Rule 30(B)(6)
11          Deposition of San Diego Unified
12          Port District................. 17    5
13   Exhibit 1A  D. Michael Johns, PhD
14          curriculum vitae.............. 104    11
15   Exhibit 2  Document entitled "California
16          State Mussel Watch"........... 66    2
17   Exhibit 3  Document entitled "California
18          State Mussel Watch 1980-1981"  67    5
19   Exhibit 4  Letter dated January 19, 2006 from
20          David Merk to Selica Potter... 77    9
21   Exhibit 5  Letter dated October 20, 2006 from
22          David Merk to Song Her........ 77    13
23
24
25

Page 245

1   Exhibit 6  Document entitled "Characterization
2          and Assessment of Storm Drain
3          Sediments from Switzer Creek,"
4          dated March 20, 2009.......... 81    10
5   Exhibit 7  Report titled "An Investigation of
6          Sediment Quality at the Mouth
7          and Tidally Influenced Area of
8          Chollas Creek in San Diego Bay" 85    22
9   Exhibit 8  Resolution No. R9-2002-0123... 92    3
10   Exhibit 9  Resolution No. R9-2005-0019... 92    12
11   Exhibit 10  Resolution No. R9-2007-0043... 92    18
12   Exhibit 11  Resolution No. R9-2008-0027... 92    25
13   Exhibit 12  SCCWRP article entitled "In Situ
14          Measurements of Polychlorinated
15          Biphenyls in the Waters of
16          San Diego Bay, California"... 94    20
17   Exhibit 13A Aerial photograph............ 97    19
18   Exhibit 13B Aerial photograph............ 98    1
19   Exhibit 13C Aerial photograph............ 98    7
20   Exhibit 13D Aerial photograph............ 98    13
21   Exhibit 14  Document titled "Integrated
22          Natural Resources Management
23          Plan," September 2013......... 119    11
24
25

Page 246

1  Exhibit 15  Report on San Diego Bay Area
2        Sewerage Problem, Staff Report to
3        the San Diego Regional Water
4        Pollution Control Board,
5        September 1954................ 119    20
6  Exhibit 16A Photograph, America's Cup
7        Harbor...................... 120    4
8  Exhibit 16B Historical photograph,
9        NASSCO shipyard............... 120    9
10 Exhibit 16C Historical photograph, Tenth Avenue
11       Marine Terminal.............. 120    16
12 Exhibit 16D Aerial photograph, industries
13       in South Bay around
14       Rohr Industries............... 120    24
15 Exhibit 17  Cleanup and Abatement Order 86-92
16       for Teledyne Ryan Aeronautical
17       near Lindbergh Field.......... 153    12
18 Exhibit 18  Cleanup and Abatement Order Number
19       95-21, Campbell Industries.... 153    21
20 Exhibit 19  Cleanup and Abatement Order
21       No. R9-2012-0024, NASSCO
22       and BAE...................... 154    4
23 Exhibit 20  Cleanup and Abatement Order
24       No. R9-2015-0018, Laurel Hawthorn
25       Embayment.................... 154    13

Page 247

1
2  Exhibit 21  Cleanup and Abatement Order
3        No. R9-2017-0021, Tow Basin... 154    21
4  Exhibit 22  Map of five sites, Exhibit 17
5        through 21................... 155    3
6  Exhibit 23  Investigation Order No. R9-2004-0277,
7        Chollas Creek................ 194    10
8  Exhibit 24  Investigative Order No. R9-2011-006,
9        Sunroad Resort Marina........ 194    17
10 Exhibit 25  Investigation Order No. R9-2014-0007,
11       Laurel Hawthorn Central
12       Embayment................... 194    24
13 Exhibit 26  Investigative Order No. R9-2015-0058,
14       Chollas Creek................ 195    7
15 Exhibit 27  Investigation Order No. R9-2017-0081,
16       Tenth Avenue Marine Terminal,
17       Cesar Chavez Park, and Pacific
18       Maritime Freight............. 195    15
19 Exhibit 28  Draft Investigative Order
20       No. R9-2018-0035, Laurel Hawthorn
21       Embayment................... 195    24
22
23
24
25

Page 248

1  NAME OF CASE:
2  DATE OF DEPOSITION:
3  NAME OF WITNESS:
4  Reason Codes:
5      1. To clarify the record.
6      2. To conform to the facts.
7      3. To correct transcription errors.
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
23 From _____ to _____
24
25       _____

63

**A**

**$3.3 (1)**
182:6
**a.m (6)**
2:5 6:10 61:1,3,3,5
**abate (1)**
112:16
**abatement (44)**
45:14 61:24 62:1
64:13 153:13,16,22
154:1,5,9,14,18,22
155:1 158:5,20
159:3 160:12
161:11 162:12,24
163:2,11,13 164:23
166:11 174:13
176:15 178:14,18
180:1 181:12,17,21
181:24 193:22
196:15 197:22
203:4 246:15,18,20
246:23 247:2
**ability (4)**
14:20 16:22 151:25
152:2
**able (14)**
12:14 16:13 18:18
19:4 41:20 74:2
127:17 139:13
140:24 166:7
207:16,22 241:10
241:10
**abreast (1)**
191:1
**absence (1)**
213:5
**absent (1)**
134:10
**Absolutely (2)**
63:19 222:8
**access (6)**
25:18,25 26:20,21,24
26:24
**accumulation (1)**
62:16
**accurate (5)**
109:8 141:19 142:17
166:23 179:5
**acre (3)**
162:7,14 182:15
**acreage (1)**
184:14
**acres (10)**
179:6 184:15,17
185:2,6,8,13,17
186:1,2

**act (4)**
40:18 76:24 138:7
146:25
**action (11)**
50:20 59:11,18 72:6,8
130:8 138:11
226:11,15 237:7
243:15
**actions (9)**
62:10,12 114:19
116:1,5 129:22
180:19 200:2
220:25
**activated (1)**
179:17
**active (12)**
156:13 157:16 159:17
182:24 183:4,6
187:20 218:10,11
221:11 222:18
223:13
**actively (2)**
177:14 183:2
**activities (12)**
100:14 215:9 218:22
223:2 224:2 225:17
229:14 230:1
232:15 239:6 240:5
240:7
**activity (3)**
136:5,9 220:15
**acts (1)**
138:8
**actual (1)**
166:25
**Adam (2)**
4:20 6:21
**add (2)**
43:8 65:22
**added (2)**
65:25 66:1
**addition (2)**
10:10 163:21
**additional (15)**
9:8 10:16 62:4 68:10
131:22 148:9 169:8
171:18 175:25
180:19 183:8
187:11,22 188:19
239:21
**address (2)**
47:7 193:11
**addressed (2)**
171:16 174:4
**addressing (2)**
214:17 226:16

**adjoining (1)**
211:23
**adjourn (1)**
240:25
**adjudicated (1)**
107:13
**adjust (1)**
34:9
**administer (1)**
5:13
**Administration (1)**
2:9
**administrative (6)**
26:22 35:13 45:12
47:24 48:5 107:4
**administrator (1)**
26:18
**adopted (10)**
47:10 93:6 113:17,21
113:22,24 114:3,8,9
114:21
**advance (2)**
42:12 44:16
**advice (1)**
49:16
**advisor (2)**
49:12 191:24
**advisories (3)**
138:24 212:10,22
**advisory (1)**
213:11
**aerial (16)**
97:6,19,23,24 98:1,4
98:7,11,13 120:20
120:24 245:17,18
245:19,20 246:12
**aerials (2)**
97:8 98:21
**Aeronautical (3)**
153:14,17 246:16
**AET (1)**
166:7
**affect (1)**
152:24
**aftermath (1)**
90:5
**AFTERNOON (1)**
104:1
**agencies (4)**
35:14 125:14 231:20
231:20
**agency (1)**
236:23
**agents (1)**
32:9
**agnostic (1)**

220:14
**ago (6)**
45:17 167:1,5 176:10
219:17 240:20
**agree (10)**
80:10 94:12 95:22
96:17 115:5 122:25
149:7 185:16
206:17 210:10
**agreed (5)**
5:3,7,11 27:13 126:11
**agreement (5)**
25:4 27:15 32:22
159:1 205:19
**agreements (1)**
28:19
**agrees (1)**
135:18
**ahead (6)**
76:14,21 124:10
173:11 181:22
216:11
**Ahh (1)**
232:6
**air (1)**
120:3
**al (2)**
6:4,5
**allocate (1)**
122:3
**allocation (1)**
49:4
**allow (4)**
15:25 16:1 220:20
235:19
**allowed (5)**
47:21 136:14,15,16
136:19
**allowing (2)**
34:10 42:13
**alter (1)**
14:16
**Amec (3)**
85:18 202:19 203:10
**amended (4)**
17:2,6 155:15 244:9
**America's (4)**
120:2,5 150:24 246:6
**amount (17)**
72:1 96:14,19 108:3
108:17 109:15
132:1 138:13 220:6
220:14 229:13,15
229:18,23 230:6,21
232:16
**amounts (1)**

89:9
**analysis (13)**
51:6,7 52:19 70:24
108:24 117:9,12
118:17 123:24
152:21 153:2,4
183:22
**analytical (4)**
19:6 23:19,20,23
**analyzed (1)**
152:19
**anchorage (1)**
223:2
**Andrew (3)**
3:8 7:4 11:3
**anglers (2)**
225:1,3
**animal (1)**
134:9
**annually (1)**
96:9
**answer (41)**
14:10 16:2,7,8 31:1
36:8 37:22 46:25
47:5,21 54:7,16
59:10 60:10 74:8,25
75:4 81:3 83:18
103:2,5 107:8
112:23 132:9
140:24 148:6
172:21 173:10
187:18 191:18
196:14,16 205:17
206:2 216:8,11
221:5,14 231:2
238:19 240:8
**answered (7)**
31:9 58:12 60:12
101:17 114:6,7
131:10
**answering (1)**
73:2
**answers (1)**
59:21
**anticipation (3)**
123:20 130:15 210:10
**antifoulant (1)**
151:17
**antimony (1)**
149:14
**anybody (2)**
74:7 76:7 126:4
**anyways (1)**
92:22
**apart (3)**
23:5 25:17 28:15

**appear (3)**
88:19 152:20 242:6
**appeared (1)**
54:14
**appears (3)**
93:19 212:19 213:21
**appended (2)**
86:5,8
**applicable (1)**
183:9
**applied (9)**
107:20 114:10,17
115:4,6,10,11,15
174:20
**apply (3)**
14:13 160:13,14
**appreciably (1)**
138:10
**appropriate (3)**
34:7,19 183:23
**approve (1)**
211:7
**approximately (8)**
6:10 45:16 66:2 77:5
81:6 173:23,25
225:7
**approximation (1)**
215:15
**April (9)**
1:18 2:4 6:10 55:4
188:3 212:4,15
230:6 242:5
**Arch (1)**
4:4
**archive (1)**
120:3
**area (49)**
82:15 85:20,25 87:10
89:1,4,6,7,15,15,23
96:5,23 97:1 98:12
101:2,7,8,9 102:14
102:21 109:10,15
109:20 112:15
119:17,21 124:5
128:19 130:19
135:11 144:4
148:11 154:19
169:22 171:7 178:1
179:2,6 193:24
195:22 205:24
213:18 214:8,19
215:25 223:2 245:7
246:1
**areas (28)**
70:22 87:8 88:17
89:11 98:19 100:20

101:1,12 103:8
109:16 110:6
111:22,23 112:10
130:1 133:2,25
134:6 136:14 139:4
171:6 187:12,25
188:7,20 212:20
214:4 238:11
**arguably (1)**
42:6
**argument (1)**
97:5
**Aroclor (2)**
118:5,7
**Aroclors (3)**
118:11,16,18
**aromatic (1)**
165:10
**array (2)**
206:9 210:1
**article (5)**
94:15,21 95:3,6
245:13
**articles (2)**
44:24 216:13
**aside (1)**
36:15
**asked (46)**
25:21 27:3,7 30:14
31:7 33:9,10 37:12
38:13,23 39:18
44:11 46:17,21,23
47:1 51:25 53:21
57:12,21 58:8 63:11
63:21 64:21 65:13
74:7,20 108:20
113:25 114:2
157:21 163:7
172:18 187:17
189:22 196:14
198:2 201:24
210:13 213:18
216:3 217:25
223:25 225:13,15
227:20
**asking (27)**
19:24 24:13 28:25
31:10,12 32:18
41:23 42:25 47:23
58:6,7 63:25 64:15
101:13,25 114:20
117:14 121:25
123:24 139:5 169:7
173:9 197:21
222:10,16 240:22
241:5

**assert (6)**
21:23 33:12 37:21
191:17 205:16
207:5
**assess (3)**
14:2 96:19 209:12
**assessment (12)**
81:11 82:3,23 95:22
108:21 116:25
122:25 157:15
212:12 233:23
234:18 245:2
**assessments (3)**
56:7 231:25 234:9
**assigned (5)**
17:18 18:3 140:13
185:20 190:22
**assignment (5)**
37:19 170:2 191:20
205:19 217:8
**assist (1)**
31:9
**associated (15)**
82:17 110:20,24
118:14 129:1,16
130:8,9,11 141:14
144:2 148:10 174:8
186:8 216:25
**associates (1)**
23:17
**association (1)**
6:14
**assume (12)**
9:13 25:23 76:8
171:25 172:1
190:25 191:4 203:6
224:11,16 226:22
236:22
**assumption (2)**
34:16 118:9
**assuredly (1)**
71:7
**attach (1)**
155:19
**attached (1)**
155:15
**Attachment (1)**
12:2
**attempt (1)**
217:13
**attend (1)**
150:13
**attention (10)**
69:11 70:1 84:3 88:11
95:15 137:13,19,19
142:24 143:14

**attorney (4)**
31:3 38:2,8,18
**attorneys (12)**
3:4,11,19 4:3,9,16 5:4
28:12,18 37:25
48:18,19
**August (1)**
91:6
**authored (3)**
44:23 67:3 119:6
**authorities (1)**
115:24
**authority (6)**
235:16,19 236:14,18
236:19,22
**authorized (1)**
5:13
**authors (1)**
68:14
**authorship (2)**
121:9 122:16
**available (4)**
19:5 76:8 205:3
224:23
**Avenue (25)**
3:6 6:13 84:17 120:15
120:17 125:16
127:8 195:12,17
200:6 204:10 206:3
206:24 210:17
211:20,23 213:24
214:1,5,12 217:4,15
217:17 246:10
247:16
**average (7)**
47:14 102:12,13
149:13 174:11
184:4 207:12
**avoid (1)**
193:11
**aware (93)**
50:18,23 51:9 53:17
56:12,23 57:3,8
58:12,23 59:16 60:3
60:8,13 62:12 66:3
66:12 68:16 71:24
72:3,12,12 73:17,20
74:12,24 75:2,6,10
76:9 79:7,14,23
80:4 81:4,5 82:6,16
82:21 84:2,24 90:5
90:9 92:22 93:24,25
94:6,9 96:22 113:11
113:16 114:2,7,11
114:13 115:10,17
116:9,19 121:19

132:16 136:21,22
136:25 137:2,3,7,9
137:24 139:10,25
151:10,14 152:18
161:3 163:16 179:9
185:2 198:16,18
201:3,9,12,15
203:23 210:23
214:15 215:1 229:3
229:12 230:18,23
237:10
**awareness (1)**
76:16

**B**

**B (3)**
97:7 231:21 244:6
**back (25)**
18:9 34:18 35:19
57:21 61:4 73:6
74:10,25 75:4 94:25
97:18 104:6 105:9
117:25 120:22
123:25 129:12
130:16 137:4 141:9
150:9 189:15 197:7
230:14 241:2
**background (23)**
41:24 42:22 43:17
48:3 50:3 113:17,23
113:25 114:3,14,16
114:23 115:1,3,15
115:20 116:12
117:3,6 168:1
174:14 184:5
212:24
**bacteria (2)**
92:24 230:12
**bacterial (3)**
132:20 133:25 143:4
**BAE (9)**
45:14 56:1 102:17
154:6,10 176:3,22
180:5 246:22
**banks (1)**
83:4
**BARON (1)**
3:18
**barring (1)**
241:11
**base (8)**
68:4 99:4 112:23
134:12 158:9,10
215:24 216:1
**baseball (1)**
189:21

**based (23)**
14:10 52:21 70:16
71:8 73:1 102:4
117:19 126:13
129:2 130:18,20
133:14 163:12
166:1,1,5 172:23
181:4 186:16 197:6
197:13 213:24
222:17
**bases (2)**
97:1,25
**basically (11)**
30:3 67:14 73:23
95:16 126:22
135:20 170:20
175:3 200:17 209:8
225:8
**basin (25)**
55:21 62:6,11 92:11
115:9 118:17,18
154:23 155:2,11
156:22 181:13
182:10,13,16 184:1
186:24,24 187:1
190:2 191:11,13,16
198:17 247:3
**basis (11)**
31:16 36:8 72:16
146:7 148:6 169:25
174:19 213:9,14
221:16 227:4
**Bates (6)**
9:6,9 10:3,8,24 67:18
**bay (385)**
11:25 12:1 18:15
21:17 22:9 23:24
25:22 26:14 29:11
30:11,21 31:14
33:17 50:11,16,22
50:25 51:4,16,23
52:4,7,13,15 55:19
56:2,5,17,25 57:17
58:6,17,22 59:1,25
60:6 62:4 63:2,7
64:9,10 65:18,18
66:3,7,13 67:15,25
69:4,22 70:10,19,25
71:2,11,14,21 72:1
72:8,10,18,22 73:1
73:15,20 74:1,10,13
74:17 75:1,15,16
76:1,23 77:2,4,22
79:10,16,24,25
80:12,22 83:15
85:21,25 87:1 89:1

90:16 91:3,11,17
92:9 93:6,12,16,22
94:2,17,23 95:2,7,8
95:19,20,25,25 96:3
96:4,20,23 97:5,9
97:10,15,23,24 98:5
98:11,12,21 99:1,2
99:7,8,19,20,21,24
99:24 100:5,6,24
101:2,4,7,10,13,15
101:22 102:5,21
105:14,15,22 108:4
108:7,13,17 109:10
109:15,16,24 110:8
110:20 111:11,17
111:22 112:5,7,9,11
112:13,14,18 113:2
113:4,18,23 114:8
114:14 115:4,7,20
116:12,16 117:6,18
119:4,17,21 120:21
120:25 121:4,21
122:10,23 123:2,6,8
123:15,19 124:1,3,8
124:13,15,18,23
125:6,10,17,18,22
126:2,8,16,24 127:3
127:12,19 128:4,5
129:3,3,12,13 130:6
131:7,11,13,21
132:2,12,17,23
133:10,12,19 134:1
134:6,7,14,18 135:2
135:7,11,13,17,22
135:25 136:9,14,16
136:19,22,23 137:8
137:25 138:2,14,19
138:25 139:8,15,24
140:19 141:9,16,20
141:23 142:4,10,25
143:6,15,19 144:22
144:25 145:13,24
146:10,18 147:3,12
148:25 149:4,10,13
149:15 151:3
152:10,22,25 155:9
156:20 157:1,22
158:4,16,24 159:10
159:19 161:10
176:5 185:3,8,18,24
186:2 188:7 193:14
196:11 197:15
198:4 205:23 211:6
211:22 212:10
213:1,6,15 215:1,3
215:11,22,25 218:2

218:5,14,17,22
219:21 220:7,15,18
221:11 222:2,4,7,18
222:23 223:5,17
224:1 225:17,18,21
226:1,22 227:10,22
228:4,14 229:4,9,14
229:16,19,23,25
230:7,22,24 231:7,9
231:15,25 232:5,15
232:17,20,25
234:10 235:14,17
235:20,23,25
236:10,20 237:13
237:24 238:1,11,13
239:7,13,14 240:6,8
245:8,16 246:1,13
**bay's (2)**
133:10 143:4
**bayfront (1)**
108:8
**Baykeepers (1)**
39:14
**bays (5)**
95:21 141:25 142:5
142:11 149:16
**bayward (2)**
88:10 101:8
**baywide (28)**
94:6 109:3 133:5
139:1 145:1,7,9,19
145:21,23,25 146:6
146:21,24 147:4,10
147:21 148:1,12,16
148:22 152:14
172:4 211:6,13,14
211:14 212:22
**beaches (2)**
132:20 135:11
**bedded (3)**
170:13,17,22
**Bedient (2)**
22:6 35:22
**Bedient's (1)**
53:7
**beginning (7)**
30:2 43:7 104:5
143:25 173:23
189:14 217:21
**begins (4)**
13:20 134:16 141:4
143:5
**behalf (22)**
1:16 6:18,20,21,24,25
7:2,5,7 17:13 24:6
35:12 42:24 43:17

45:8 49:18 72:5
84:10 113:13
125:21 127:18
240:5
**belief (1)**
83:19
**beliefs (1)**
221:20
**believe (113)**
37:2 39:2 43:6 46:8
52:9,18 56:3 58:24
59:5,24 60:5,8,13
60:16 61:19 62:7
66:11,16 69:25 71:2
72:4,16,23 73:17
80:14 83:3,19 84:14
85:8 87:15 89:3,14
95:23 99:12 100:23
101:3,14 102:3
103:1 109:3,7,24
110:5,8,16,16,19
111:21 112:22,25
113:2,20 118:9,13
118:17 120:13
122:5 126:21 127:1
131:10,23 132:1,6,7
133:4 135:16
136:13 143:16,22
145:7,19 149:1
158:14 162:14
164:14,18,25 167:8
167:18,18 168:10
168:10,11 169:4,9
171:3,5,14 176:7,18
178:21 183:1
190:14 199:25
200:1 202:20,22
204:2 205:6 213:2
214:14 216:3 219:8
224:22 228:12
229:17,20,24 231:3
231:10 237:16
239:3,4
**believes (1)**
110:17
**beneficial (8)**
107:18 112:25 139:23
139:24 146:3 147:6
147:9 212:23
**benthic (9)**
129:21 130:7,10
132:23 133:5 134:9
147:9,13 148:10
**Bernardo (1)**
3:20
**best (9)**

16:1,18 44:4 104:20
112:14 125:9,20
126:23 185:5
**better (6)**
83:22 122:23 123:1
126:1 129:16
228:15
**beyond (9)**
51:7 56:12 61:12
65:10,14 152:7
153:3 170:25
227:25
**big (3)**
109:20 162:13 182:12
**Bight (1)**
149:3
**bile (1)**
76:5
**billion (35)**
47:11 87:22,23 88:21
90:2 107:14 113:17
113:25 114:4,15,17
114:21 115:5,11,16
115:19 162:21
165:13 166:6 168:7
168:17 174:16,20
175:21 178:23,23
183:18 184:8,10,11
206:13,14,15,19
207:18
**bind (4)**
24:9,14 58:13 63:20
**binders (1)**
241:6
**binding (2)**
24:6 42:2
**bioaccumulate (3)**
151:25 152:2,24
**bioaccumulation (2)**
130:13 146:11
**bioaccumulative (1)**
130:14
**biological (2)**
129:22 130:23
**biology (1)**
19:11
**biota (4)**
240:4,7,10,24
**biphenyls (5)**
70:4 77:22 94:16,22
245:15
**bit (5)**
18:24 49:25 72:20
120:23 221:8
**block (1)**
173:14

**blood (1)**
243:16
**Bluff (1)**
4:10
**board (92)**
11:21 13:7 45:7,13,19
46:10 47:11,24
50:21 62:13 66:20
67:3 68:13 75:7
77:20 78:1 80:11,15
80:17,21 83:25 91:7
92:10 93:21 94:1,8
105:1 107:3,13,25
107:25 113:16,21
113:22 114:3 115:4
115:6,10,14,15,19
119:18,23 135:20
142:23 143:14
154:9 157:2,19,22
158:25 159:5 160:8
160:10,18 161:4
162:16 163:13,21
165:6,23 168:5
169:7 171:11,18
172:1 175:20 178:9
181:1 183:21
184:23 185:25
189:1,3 192:18
193:3 196:7 201:4,9
201:15 202:6 205:7
206:6,23 207:8
209:1,2 210:7,24
212:25 220:24
246:4
**board's (7)**
76:23 82:19 114:19
137:19 160:5
180:21 201:13
**board-adopted (1)**
114:13
**board-mandated (1)**
175:16
**board-ordered (1)**
86:24
**boat (19)**
105:15 151:11,14
152:8 217:22 218:9
219:2,3,5,10,11,15
219:21 220:24
221:9 223:6,15
228:23 229:22
**boater (2)**
220:6,14
**boaters (1)**
218:11
**boating (18)**

218:2,11 220:19
221:4,4,12 222:6,9
222:19,23 223:10
223:16 229:23
230:7,21,25 231:3,6
**boats (7)**
151:2 163:23 164:6
214:11 215:2 219:4
220:1
**Bob (24)**
8:9 28:24 41:13 48:22
55:1 57:9 62:21
68:24 79:2,19 81:15
86:7 91:9 115:21
140:11 142:8 143:1
159:2 160:16
193:10 200:25
221:16 231:16
234:1
**BOD (1)**
129:23
**body (1)**
80:5
**Boston (1)**
4:5
**bothered (1)**
54:6
**bottom (2)**
144:4 206:12
**Boulevard (2)**
3:13 4:18
**bounce (1)**
94:25
**bouncing (1)**
120:22
**bound (1)**
240:2
**boundaries (2)**
35:20 112:19
**breadth (1)**
225:14
**break (11)**
12:15 14:1 34:17
44:13 60:23 94:12
97:11,12 150:3
151:5 189:8
**Bridge (1)**
69:5
**brief (3)**
61:2 150:7 189:12
**briefly (2)**
8:6 213:20
**broad (11)**
32:18 58:8 139:6
152:21 153:2
159:11 168:3 197:4

197:8 206:9 209:25
**broader (3)**
127:23 197:11 206:9
**broadly (1)**
51:23
**broke (1)**
109:9
**brown (6)**
36:19 37:9,24 126:6
126:20 133:11
**BUDD (1)**
3:18
**building (4)**
2:10 25:7 106:5
151:19
**Business (1)**
26:21
**byproducts (1)**
52:12

_____
**C**
_____

**C (7)**
3:1 4:1 7:12 97:7
104:3 243:1,1
**cadmium (1)**
210:1
**calculated (1)**
96:15
**California (29)**
1:2,17 2:10 3:7,21
4:11 6:6,9 13:7,9
66:19,23 67:2,6,20
67:23 70:5 79:16
94:13,23 134:17
135:1,9 236:24
243:2,8 244:15,17
245:16
**call (4)**
84:11 182:24 203:13
239:4
**called (8)**
7:13 20:17 26:21
72:24 154:1 158:12
218:13,13
**calling (1)**
192:1
**calls (4)**
107:6 205:18 207:6
217:7
**Campbell (52)**
56:1 114:16,20
127:14,15 153:22
153:25 155:12
164:8,15 166:5,16
166:25 167:23
168:20 169:8,17,24

170:4,9,11,24,25
171:13,19 172:6,15
177:21 180:5,18
181:2,9 184:10
186:18,19 187:9,13
187:25 188:20
189:4,25 192:8
214:18,21,25
217:11 222:25
223:6,7,10,12
246:19
**CAO (22)**
62:7 64:16 68:7
114:22 153:18
154:1 161:6,20
163:21 164:9,10,15
165:21 166:1,2
167:24 174:5
177:12 178:2 179:4
179:6 182:16
**CAOs (11)**
63:14,17 74:21 116:2
116:5 153:9 156:6
156:17 177:19
180:4 183:9
**cap (44)**
162:3,5,9,13,19
164:19 166:10,12
167:14,16 169:2,2,3
169:5,24 170:4,9,11
170:12,13,14,15,20
170:24,25 171:1
171:23,23,25 172:6
172:9,11,15,15
180:18,19 186:19
190:1 214:18,19,21
214:25 217:11
223:1
**capacity (8)**
23:4 29:5,10 105:17
105:18 151:18
152:8,23
**CAPES (1)**
4:15
**capped (3)**
75:11 164:13 166:21
**capping (1)**
192:3
**carbon (1)**
179:17
**carefully (1)**
15:18
**case (48)**
1:7 20:20 21:5,12
22:3,19,21 23:5,6
24:20 25:19 26:1

27:2 28:11 31:19,20
31:21 32:8,10,23
33:10 39:10,20,22
40:1,3,3,5,11,14,22
40:23 41:1,2 43:25
44:3 45:10,10 52:18
53:2 83:23 86:18
110:16 126:5
139:22 150:13
239:1 248:1
**cases (9)**
14:23 33:13 39:8,9,15
39:19 43:1 44:8
87:22
**catch (7)**
11:2 57:10 118:17
227:13,13,17,17
**categories (2)**
63:1 197:12
**category (2)**
61:17 92:21
**caught (2)**
95:14 113:3
**caused (2)**
129:9 144:3
**CDPH (1)**
134:17
**Center (1)**
4:17
**central (25)**
95:19,20 96:3,4,23
99:2 101:7,9,22
128:15 134:6,18
135:2,11,22 194:22
195:1,22 199:12,12
199:13,23 200:15
210:18 247:11
**century (1)**
230:15
**CERCLA (2)**
40:11,13
**certain (14)**
17:15 26:5,9,19 38:11
72:22 74:18 118:10
123:10 136:14
174:20 197:12
212:20 220:25
**certainly (7)**
71:11,18 129:8 138:7
138:8,23 147:11
**certainty (1)**
71:1
**certified (4)**
2:11,12 7:14 243:7
**certify (3)**
242:3 243:8,14

Cesar (4)
195:13,17 204:11
247:17
cetera (4)
42:18 188:6 197:19
231:18
chain (2)
151:20 152:9
chance (2)
11:2 104:17
change (2)
43:13 142:19
changed (1)
138:10
changes (2)
16:13 171:6
changing (2)
43:10 72:18
channel (2)
99:19 100:6,10
character (1)
18:24
characterization (4)
81:11 82:2 181:7
245:1
characterized (1)
62:24
chart (1)
81:22
Chavez (4)
195:13,17 204:11
247:17
chemical (5)
130:5 132:2 143:6
147:2 149:3
chemicals (12)
91:3,11 107:15 130:9
165:20 174:4,25
175:3,17 183:14
201:11 210:1
chemist (3)
19:7 23:20,23
chemistry (2)
23:19 174:15
chocking (1)
177:18
choices (1)
192:22
Chollas (36)
85:20,25 86:25 87:6,6
87:8,11,18 88:1,4,9
88:16 89:9,11 90:6
90:10,15,21 91:8,25
92:7,16 194:6,12
195:6,9 198:11,12
200:9,21 202:10

203:10 210:17
245:8 247:7,14
choose (1)
65:3
chose (1)
65:2
chromium (1)
210:1
chronological (2)
156:12 194:5
chronologically (4)
75:14 76:15 92:7
123:8
chronology (1)
29:25
Chula (4)
59:25 60:5,14 225:24
Cicchetti (2)
22:6 35:22
Cicchetti's (1)
53:9
circumscribed (1)
89:2
circumstance (1)
241:12
circumstances (1)
82:16
Citadel (2)
104:18,21
citation (1)
143:19
cited (1)
127:9 228:13,18
citizen (3)
40:1,16,16
City (15)
1:5 3:19 7:8 58:24
59:12,24 60:5 82:4
82:14 88:18 150:16
204:15 209:5,6
211:7
City's (1)
84:20
claim (1)
41:5
claiming (1)
213:22
clamming (6)
136:4,8,9,13,19 137:8
clams (2)
136:22,23
clarification (5)
19:13 55:9 81:19
99:25 156:25
clarify (10)
40:2 46:12 54:3 91:12

106:16 110:4,18
201:8 238:5 248:5
clarifying (2)
105:18 109:13
clarity (3)
111:4 135:19 181:23
classify (1)
220:9
clean (8)
40:18 70:20 76:24
114:24 117:2 138:7
142:9 193:5
cleaned (1)
71:10
cleaner (1)
71:12
cleanest (4)
141:24 142:4,11
143:18
cleanup (89)
45:14,20,22 47:10
48:14,16 61:24 62:1
64:13 94:6 103:7
107:3,12 144:15
153:12,16,21 154:1
154:4,9,13,17,21,25
157:2,3,15,20,23,23
158:5,8,19 159:3,6
160:12 161:5,10,11
161:24 162:11,15
162:24 163:2,11,12
164:17,19,22,23
165:3,6,22 166:10
166:11 167:24
168:6,16 174:13,25
175:17 176:14
178:4,6,14,17,22
180:1 181:12,16,21
181:24 182:6
183:17,23 184:1,8
185:25 193:21
196:8,15 197:22
203:4,7 246:15,18
246:20,23 247:2
cleanups (2)
70:17 115:7
clear (15)
28:8 35:20 43:15
57:16 80:20,24
100:4 117:18
164:12 174:9
221:10 230:19
232:9 238:6 239:10
cleared (1)
42:11
Cleveland (1)

41:1
client (3)
40:6 41:6 108:5
close (4)
25:16 100:14 112:13
135:6
closures (1)
132:21
cluttered (1)
157:13
co-counsel (1)
15:3
coast (2)
70:5 134:11
Coastal (1)
94:13
coauthor (1)
125:3
Cobb (3)
4:13 6:19,19
Codes (1)
248:4
Coeur (1)
44:3
coleading (1)
211:4
collaboration (1)
125:14
collect (5)
62:4 229:13,15,18,22
collected (7)
9:9 68:11 83:21 84:15
87:10 89:4 138:25
collectively (1)
36:21
color (1)
133:9
column (2)
95:18 143:7
comanage (2)
237:13,23
comanages (1)
237:19
combination (3)
36:22 130:22 188:4
come (6)
64:10 71:6 117:25
202:17 215:21
216:5
comes (3)
72:15 127:7 209:8
comfortable (1)
14:18
coming (2)
141:9 172:3
Command (1)

119:8
comment (4)
16:13 78:2 164:1,2
comments (1)
79:15
Commission (1)
231:14
commissioned (4)
46:22 218:12 228:11
229:7
commissioners (3)
35:7 140:8,13
commissioning (1)
226:20
commit (1)
241:5
committee (1)
140:3
common (1)
8:4
communicated (2)
23:7,10
communicating (1)
22:23
communication (2)
115:23 116:10
communications (10)
23:11 24:14 31:3
32:14 34:12 35:21
36:2,4,6 140:12
communities (2)
129:21 130:11
community (6)
128:18 130:7 133:5
147:9,13 148:11
company (8)
1:8 6:5 20:8,11,17,21
20:24 21:11
compare (1)
129:11
compared (5)
109:11 129:12 132:24
137:25 140:18
comparison (1)
214:8
compel (1)
233:11
compensated (2)
27:17,21
compilation (2)
226:5,6
compiled (1)
52:3
complete (6)
97:14 173:15 177:20
177:21 203:25

204:21
**completed (12)**
89:10 166:15 167:1,5
176:9,10 179:20
187:12,24 188:20
192:2,7
**completely (3)**
32:11,12 134:10
**completion (4)**
173:5,24 174:1 192:5
**complicated (1)**
233:3
**compounds (2)**
67:23 130:14
**concentrated (1)**
97:1
**concentration (13)**
47:15 72:25 101:19
114:23,24 115:1,15
129:24 130:2
147:11 152:4 171:8
174:12
**concentration's (1)**
184:4
**concentrations (49)**
66:8 70:19 71:12
72:10,17,21 76:3,4
76:5 89:20,25 95:18
96:4,24 97:4,10
99:1,1,7,15,18
100:4,5,15,23 101:3
101:14,20,21 102:1
102:3,22 103:1
109:11,20,22 118:5
129:20 144:4
146:11 148:3,4,6,11
149:9 167:14 171:6
207:10,11
**concept (2)**
14:12 96:15
**concern (17)**
111:24 112:11 113:2
113:4 138:19 139:8
139:11 145:14
148:22 149:5
152:15 166:1 174:4
201:11 208:11
210:1 214:1
**concerned (1)**
64:18
**concerning (3)**
50:11 115:19 121:24
**concerns (2)**
139:1,2
**conclude (1)**
219:24

**conclusion (3)**
71:6 84:11,20
**conclusions (2)**
216:21 226:4
**condition (4)**
133:12 134:7 135:6
141:20
**conditions (19)**
82:23 117:17,20,21
117:23 123:14
124:1,15,17,23
126:1 129:11,13
131:7 132:23
135:17,25 141:12
142:16
**conducted (11)**
51:6 75:22,24 117:1
168:20 188:8,11
227:2 232:17,24
240:5
**conducting (1)**
214:16
**confine (1)**
159:7
**confined (1)**
89:5
**confirm (2)**
34:18 81:22
**conform (1)**
248:6
**confusion (1)**
110:18
**congeners (2)**
52:11 89:18
**connection (36)**
19:15 23:4,23 30:1,10
30:20 31:14,19,20
31:21 32:10,23 35:4
35:9,23 40:17 45:13
46:14,18 47:3,9
49:7 66:14 67:13
75:16 83:25 86:18
86:20 87:13 108:9
127:13 154:3,10
197:16 202:1,5
**consider (3)**
27:7 47:8 74:13,18
101:7 105:8 112:10
138:18 142:3,10
144:24 145:7,8
147:20,24 172:1
187:17 212:4
**consideration (4)**
93:21 94:7 214:20,24
**considerations (1)**
61:11

**considered (17)**
8:15,16 90:6 99:13
111:23 117:5
139:22 141:24
144:16 145:3,17,19
145:21 146:6,23
152:14 208:10
**considering (1)**
209:19
**considers (7)**
102:22 121:17 131:7
139:7 146:15
148:16 212:14
**consistent (9)**
14:18 18:2 39:23
95:15,19 152:13
178:24 206:22
214:7
**consistently (5)**
101:21 207:3 208:18
**constituents (7)**
164:16,20 169:2,11
206:10 208:8 212:9
**construction (1)**
122:12
**consult (4)**
48:10,12 78:9 231:14
**consultant (2)**
24:20 209:8
**consultants (6)**
190:6,8,16,24 191:9
219:7
**consultation (1)**
231:19
**consulted (2)**
21:7,11
**consulting (1)**
31:20
**consuming (1)**
227:17
**consumption (8)**
138:24 146:3 212:8,9
212:21 228:2,3
229:10
**contained (2)**
95:20 242:8
**contaminant (3)**
139:23 140:1 201:7
**contaminants (25)**
47:6,8 57:17 72:8
83:15 87:1 91:15,16
128:4 130:4,5
131:18 139:2,11
140:19 146:22
147:14 149:5
152:22 159:9,11

193:14 196:24
197:14 208:13
**contaminated (3)**
71:10 134:20 135:4
**contamination (7)**
12:1 109:15 132:2
144:20 149:3 193:4
198:4
**contaminations (2)**
143:5 149:14
**contemplating (1)**
224:3
**contemporaneously...**
67:19
**content (6)**
30:23 31:17,24 32:20
33:13 129:19
**context (5)**
62:13 64:16 165:18
187:6 212:23
**Continental (3)**
102:17 103:4 118:16
**continue (3)**
82:15 190:10 241:1
**Continued (1)**
4:1
**continuing (1)**
193:1
**contract (5)**
27:19,23,24 28:6,8
**contractors (1)**
72:4
**contradict (1)**
84:20
**contributed (2)**
20:9 125:4
**contributing (2)**
110:5 146:5
**contribution (2)**
107:5,9
**contributions (2)**
111:9,16
**contributor (1)**
111:14
**control (15)**
11:21 13:7 45:7 50:21
66:20 67:3 76:22
77:20 78:1 94:1
105:11 119:18,23
238:13 246:4
**Convair (53)**
55:24 66:8,9 68:3,7
68:10,18 69:1,18
75:8,10,17 76:13,17
109:14 118:13
136:25 137:5

153:18 155:11
161:8,9,14,17,25
162:6,9,13,16,24
163:22 164:5,13
167:4,8,11,12
168:17 172:12,15
177:20 180:4,5,18
181:2 183:19
184:11 187:13,25
188:20 190:1
217:12 223:1
**conversation (3)**
36:24 37:17 117:19
**conversations (10)**
21:25 27:14 31:11,13
31:18 32:7,19,20
35:23 47:19
**conveyance (14)**
18:15 19:1 56:9 57:13
58:17,22 59:21,22
83:17 117:24 118:1
118:14 193:16
196:25
**cooperate (1)**
237:14
**coordinates (1)**
237:25
**coordination (2)**
239:2,7
**copied (1)**
234:3
**copier (1)**
234:3
**copies (7)**
11:18 12:20 13:4,13
13:18 233:20 235:8
**copper (41)**
92:11,17 143:25
144:1,2,16,21,24
145:5,6,8 147:1,5,6
147:15,19 149:14
150:22 151:6,7,10
151:14,18 152:3,6,8
152:13,19 164:23
175:17 208:17,18
208:19 210:2 212:4
212:15,19,25 213:5
213:10,16
**copper's (1)**
145:3
**copy (11)**
13:2,6 104:10 105:4
105:10 155:18
233:13,15 235:7,10
235:11
**core (1)**

101:18
**Coronado (3)**
69:5 133:20 226:2
**corporate (4)**
27:11 124:6 239:4,9
**corporation (3)**
1:4,5,8
**correct (257)**
10:18,22 14:15 15:22
16:4 20:20 22:10,11
22:24 27:12 28:2,13
29:21 30:4,7,13,22
34:22,23 35:17,18
37:7 38:9 45:15
47:12,16 48:5,20
50:8 51:23 52:4
53:14 54:2 55:23
56:13 58:1 62:13
67:16,23,24 68:15
69:2,3,6,19,20,25
73:5 75:12,17 76:18
76:20 77:5,6 80:7
80:15,21 81:23 84:1
85:5,8,10,11 90:2
90:24 91:1 93:13,19
95:23,24 96:1 99:6
99:17 102:20
104:19 106:10
108:6,9,10,15
113:14,15 114:22
118:20,23 126:16
126:24 127:1
129:10 132:10
133:15,16 136:17
136:19,20 137:5,6
137:16,22 138:16
138:17 140:25
141:2 143:16
144:17 145:2,11
146:18,19 147:23
150:25 151:1
153:19,20 156:9,14
156:15 161:18,19
161:21,22 162:1,2,3
162:4,22 164:13,24
164:25 165:7,8,18
165:19,23,24
166:12 167:2,3,6,7
167:20,24,25 173:1
173:2,3,19 174:2,3
174:17,22 175:6,12
175:13,18,19,21,22
176:2,12,22,23
177:1,16 178:6,11
178:12,18 179:3,7,8
180:7,8 181:11,14

181:15,18,19 182:2
182:3,7,8,19,22,23
183:7,12,15,16,19
183:20,25 184:8,9
184:12,25 185:1
186:2,19,21 188:11
190:2,3,6 191:25
198:7,22 200:14,19
200:20,23 202:6,12
202:14,24 204:12
204:13,17 206:6,7
206:10,11,16
207:19,24 208:24
208:25 209:24
210:4,21 211:21,24
213:6,8,11 218:3,6
219:13,17,18
220:25 223:10,17
223:18,21,22
226:17 229:5,6
231:10,11 232:18
234:19 239:2
240:12 242:8 248:7
**corrected (2)**
115:13 242:8
**correction (1)**
95:9
**corrections (2)**
16:12 242:6
**correctly (2)**
142:22,23
**correlate (3)**
109:25 110:8,19
**correlation (2)**
110:13,15
**corroboration (1)**
115:23
**cost (7)**
39:10,21 40:11,13
43:25 49:3 190:8
**costs (3)**
190:19 192:7 203:20
**counsel (20)**
6:16 12:9,18 21:22,25
22:2 31:8 32:9 36:1
37:20 43:7 46:5,22
105:3 150:11,19
155:17 170:3
191:21 205:20
**counsel's (2)**
44:14 217:8
**count (5)**
22:7 35:6 132:20
206:8 231:17
**counted (1)**
34:21

**counting (1)**
35:6
**country (1)**
181:4
**COUNTY (1)**
243:4
**couple (8)**
8:5 12:10 100:12
106:7,13 150:22
170:10 216:5
**course (6)**
9:21 10:20,23 51:5
81:25 95:4
**court (24)**
1:1 3:20 5:15 6:5,13
7:9 11:24 12:5
15:24 55:4,12,22
59:4 70:12 97:16
98:20 116:3 117:10
133:7 134:22
142:15 177:24
188:3 214:23
**court-level (1)**
41:2
**courtesy (1)**
42:12
**courtroom (1)**
15:16
**cover (7)**
11:14 17:18,24 70:20
73:6,8 199:14
**coverage (3)**
40:21 41:7 43:22
**covered (7)**
37:18 54:23 127:16
162:19 226:1,2
238:22
**covering (1)**
42:1
**creating (2)**
123:21 238:3
**creatures (2)**
151:19 152:9
**credentials (1)**
104:15
**Creek (51)**
81:6,13 82:4,20,23
83:5,8 84:1,21 85:1
85:3,4,20,25 86:25
87:1,6,6,8,11,18
88:1,4,9,16 89:9,11
90:7,10,15,21,21
91:8,25 92:7,16
194:6,12 195:6,9
198:11,12 200:9,21
202:10 203:10

210:17 245:3,8
247:7,14
**cross-checked (1)**
9:24
**CRR (2)**
1:22 243:25
**CSR (2)**
1:22 243:25
**cubic (1)**
179:9
**culminated (1)**
177:12
**Cup (4)**
120:2,5 150:24 246:6
**current (7)**
10:12 51:11,15 56:25
109:6 199:3 223:12
**currently (5)**
51:19 62:16 83:1
103:8 180:16
**curriculum (2)**
104:12 244:14
**custody (1)**
105:11
**customers (4)**
57:6,24 58:15,21
**cut (1)**
14:6
**CV (10)**
41:14,16,18 44:6,9
45:1,3 50:4 104:10
104:14
**CWA (1)**
78:3

---

**D**

**D (9)**
7:12,12,12 97:7 104:3
104:3,11 244:1,13
**D'Alene (1)**
44:3
**daily (2)**
92:1 93:5
**damage (2)**
41:5 44:2
**damages (3)**
41:9,17 43:23
**data (45)**
19:5 49:14 62:4 72:16
73:1 83:19,21 86:4
86:5,9,10 87:25
88:21 90:14,21,22
97:3 99:13 102:14
102:15 103:4
152:18 153:6 170:9
198:18 202:17

205:2,7,8,21 206:5
206:18 208:23
210:11 213:25
214:1 220:10 226:5
226:6 229:13,15,18
229:22 230:23
235:2
**data's (1)**
84:14
**database (3)**
26:15,17 27:1
**date (45)**
17:9 44:6,11 66:4,25
67:8 73:7,8,12
77:12,16 81:14 86:2
92:5,14,20 93:2
94:24 97:4,21 98:3
98:9,15 104:13
119:14,25 120:6,11
120:19 121:2
153:15,24 154:7,16
154:24 155:5
177:10 194:13,20
195:2,10,19 196:2
200:2 248:2
**dated (13)**
67:4 77:9,13,20 78:1
81:13 82:4 85:18
119:5 242:10
244:19,21 245:4
**dates (1)**
120:13
**David (13)**
1:15 2:8 7:20 77:10
77:14,18,24 242:3
242:18 243:9 244:4
244:20,22
**Davis (11)**
4:6 6:23,23 11:3,7,10
11:15 15:4 81:23
235:8 240:20
**day (4)**
19:2 38:12 242:10
243:19
**days (1)**
8:5
**DDT (2)**
86:6 210:2
**deal (1)**
54:17
**decade (2)**
45:17 215:16
**decades (1)**
149:6
**December (5)**
27:6,8 28:22 29:12

135:9
**decided (2)**
114:24 206:6
**decision (3)**
107:14,17,17
**decision-making (1)**
230:2
**declined (3)**
70:5,14 109:1
**declining (1)**
70:10
**decreasing (1)**
149:9
**deep (1)**
19:7
**deeper (1)**
221:8
**Defendant (1)**
1:9
**defendants (10)**
4:3,9,16 6:18,20,22
6:24 46:2 50:15
155:8
**defense (6)**
12:9 109:25 110:9,20
110:25 111:9
**define (5)**
48:12 51:2 99:21,23
101:9
**defines (1)**
183:4
**defining (1)**
101:11
**definition (1)**
101:6
**defunct (1)**
181:18
**delivered (1)**
105:1
**demand (2)**
128:25 129:22
**demanded (1)**
201:4
**denied (1)**
26:24
**densities (1)**
133:25
**department (6)**
77:25 134:17 135:1
135:10 228:10
236:24
**depend (2)**
171:21 191:4
**depending (1)**
95:25
**depends (3)**

106:6 191:4 214:4
**depict (2)**
88:16 155:11
**depicted (3)**
98:12,19,21
**depicting (1)**
151:2
**depiction (1)**
109:8
**depos (1)**
150:18
**deposed (8)**
7:21 8:1 11:11 15:14
19:14 40:20,21 41:1
**deposition (51)**
1:14 2:8 5:12 6:2,8
8:14 9:4 12:1,2,13
12:17 16:21 17:3,7
32:17 33:5,20 34:11
34:14 35:7,20 36:7
36:12,16 37:6,16,19
37:20 38:21 39:3
42:15,18,19 43:24
44:9,16 78:8,9
86:21 156:9 160:8
160:10,11 224:20
239:5 241:15 242:5
243:10,12 244:11
248:2
**depositions (4)**
8:3 11:12 35:3,8
**deposits (1)**
134:13
**depression (1)**
130:10
**depth (6)**
18:22 101:1,18,22
102:2,2
**derelict (2)**
163:23 164:6
**describe (8)**
21:19 26:6 116:21
126:15 179:13
215:7 218:25
223:23
**described (4)**
109:4 128:16 193:25
207:7
**description (1)**
141:20
**descriptions (1)**
17:20
**design (4)**
166:13,14 211:8,9
**designated (18)**
17:14 27:4,10 41:25

43:18 55:6 65:15
79:20 80:25 81:21
81:24 125:13
157:11 162:10
185:24 188:6 222:3
231:21
**designation (4)**
8:16 9:6 10:6 12:21
**designed (5)**
58:11 70:24 72:13
166:4 230:25
**designees (1)**
11:24
**designing (2)**
164:19 211:5
**desire (1)**
146:2
**desired (3)**
116:12,15 121:20
**detail (4)**
82:7,17 104:18
225:11
**detailed (1)**
194:1
**detect (1)**
87:18
**detected (8)**
52:13 83:4 84:7,22
85:10 170:25 171:7
205:22
**detections (3)**
87:16,16 206:13
**deteriorated (1)**
134:19 135:3
**determination (2)**
132:7 184:14
**determine (2)**
52:15 209:17
**determined (6)**
85:9 118:11 126:14
132:12 165:22
184:23
**develop (3)**
80:6 82:20 98:25
**developed (8)**
26:13,14 92:8 122:7,8
205:18 207:6 233:3
**developing (7)**
21:8 22:13,18,22 82:9
90:23 183:22
**development (4)**
75:16 122:12 131:22
237:17
**Diazinon (1)**
91:25
**Diego (163)**

1:4,5,16,17 2:9,10 3:4
3:11,19,21 4:11 6:3
6:4,9 7:5,8 11:20
13:8,8 17:3,7,13
19:25 20:8 21:17
22:9 23:24 25:22
26:14 29:11 30:11
30:21 31:14 33:17
34:25 35:5,9,13
45:6 47:4 50:8,16
50:22,25 52:7,13
55:19 58:22,25 59:1
59:12,25 66:3 67:15
67:25 70:10 73:9,15
75:16 76:23 77:2,4
77:22 78:17,20
79:10,14 80:12,22
82:5,13,14 85:21,25
93:6,12,16 94:17,23
95:25 97:5,9,15,23
97:24 98:5,11,21
99:4 101:4 105:20
108:4 113:18,23
114:14 115:7
116:12 119:4,17,18
119:21,22 121:4
122:10 123:8
125:22 126:16
132:12,23 135:13
136:9 139:7,8,15
141:23 142:4,10,25
143:4 144:25
149:13 152:10,22
152:25 155:9 157:1
157:22 158:4,16,24
159:19 161:10
163:3,15 176:5
178:13,16 185:18
196:11 198:4
204:16 213:1
215:22,24 216:1
220:7 231:15,25
235:14,17,20,22
236:10,19 237:3
239:13,14 243:4
244:11 245:8,16
246:1,3
**dieldrin (1)**
210:2
**differ (2)**
207:1 227:6
**differences (1)**
171:7
**different (15)**
13:21 19:1,2 33:12
72:20 79:8 129:18

130:3,6 133:6 147:1
165:20 182:17
216:16 220:13
**differently (1)**
68:15
**difficult (3)**
70:25 102:8 160:16
**dig (1)**
221:7
**direct (3)**
110:13 130:7 203:7
**directed (4)**
57:6,24 58:21 204:15
**directing (1)**
196:10
**directly (2)**
101:18 187:19 203:17
214:16
**Director (2)**
77:19,24
**disagree (1)**
29:7
**disagreement (1)**
96:12
**discharge (8)**
55:18 56:8 58:5,17
128:11,16 129:16
137:13
**discharged (9)**
50:15 51:15 56:25
61:8 65:18 127:3
132:2 138:14
196:22
**discharger (3)**
58:25 64:11,17
**dischargers (9)**
51:8,23 52:3 56:5
61:9,16 64:14,20
188:25
**discharges (20)**
56:12 57:13,16 59:6
59:12 61:17 83:14
83:16 91:15,16,21
111:8 135:18,24
137:25 144:2
159:10 193:13,15
197:14
**disclose (1)**
46:23
**disclosed (1)**
32:3
**discloses (1)**
156:13
**disclosure (3)**
74:10 155:24 158:11
**disclosures (1)**

155:16
**discovery (5)**
9:14 10:20,24 34:6
105:3
**discrepancy (1)**
54:24
**discrete (2)**
32:5 145:9
**discuss (10)**
14:7 15:10 32:19
34:17 37:13 48:17
61:15,19 163:8
197:13
**discussed (15)**
14:8 16:5 48:16 61:11
72:5 104:25 107:11
107:21 127:9 138:1
183:14 192:17
202:20 221:22
230:10
**discussing (1)**
55:16
**discussion (11)**
37:1 97:9 107:22
108:11,14 126:8
140:3,7 155:8
172:24 182:2
**discussions (12)**
22:1 29:1 30:24 31:6
31:25 38:11 49:4,18
49:21 74:21 114:10
191:23
**disposal (6)**
57:5,18,20,23 58:3,20
**dispose (4)**
57:6,24 58:16,21
**disposed (2)**
50:25 51:4
**dissolved (4)**
92:17 128:24 129:19
134:3
**distribution (1)**
131:17
**distributions (1)**
129:25
**district (45)**
1:1,2,4,16 3:5,12 6:3
6:4,5,6 7:6 17:4,8
17:14 24:7,9 29:5
31:18 32:9,10,20
35:13 42:2,25 43:18
44:3 79:15 82:1
95:4 108:4 119:7
128:2 140:4 170:3
181:18 188:5
191:21 193:22

201:25 204:15
205:20 240:6,7,11
244:12
**District's (5)**
11:24 31:8,19 115:23
128:3
**districts (1)**
34:22
**divide (1)**
186:1
**divulge (1)**
217:9
**divulged (1)**
207:7
**divulging (1)**
191:19
**Dobbs (11)**
3:15 7:2,2 34:3 65:10
112:21 196:21,25
233:7,13,18
**docket (1)**
53:20
**doctor (2)**
19:8 156:2
**doctorate (1)**
19:10
**document (34)**
10:2 13:6 17:1 24:16
57:12 66:22 67:5
68:25 81:10 82:5,6
119:4,11,16 121:15
122:3,7,9 125:3
126:15 128:14
130:24,25 143:19
143:20 149:23
224:14 234:9,12
240:13 244:15,17
245:1,21
**documented (2)**
237:2,2
**documents (22)**
8:15,20 9:2,6,8,13,23
10:3,7,10,16 25:19
25:23 49:9,9,10
54:1 86:16 115:2
127:9,13 203:13
**doing (13)**
23:22 24:19 32:21
44:17 176:19 202:5
224:3 225:18 226:8
226:9 238:6,7 239:5
**Douglas (5)**
22:5 35:21 52:19 53:6
56:21
**Douglas's (1)**
62:5

**Dr (91)**
8:15,22,23,24 9:3,8
10:6,11 11:19 13:20
15:14 17:24 20:25
21:1,4,7,10,17 22:5
22:5,6,6,6,20 23:4
23:10 24:5,18,19
25:14,16,18,25
27:25 28:1,15 30:10
30:17,20 31:13,18
33:16,16,18,20,25
34:1,4,12,21 35:21
35:22,22 42:24
43:16 48:22 52:19
53:9 55:7 61:7
63:10,21 65:15
67:10 72:23 73:3
93:4 95:3 99:12,16
104:9 105:13 117:8
117:12 137:12
140:14 141:3 146:7
146:9 150:21 161:3
188:6 189:18 193:9
193:20,25 198:2
221:20 234:13
240:3 241:3
**draft (11)**
195:21,24 199:18,22
199:25 200:14
205:6 208:25
209:20 213:19
247:19
**Drain (3)**
81:12 82:3 245:2
**drains (1)**
75:8
**drama (1)**
168:4
**dramatic (1)**
96:3
**drawing (1)**
232:12
**dredge (5)**
88:1,2,4,9 89:10
**dredged (4)**
89:6,16 166:20
179:10
**dredging (19)**
44:21 71:15,16,18,21
89:5 100:10,13
156:17,23,23 176:8
179:15 187:11,22
188:7,8,19 192:3
**Drive (1)**
4:10
**driven (2)**

212:21,21
**driver (1)**
164:18
**drivers (1)**
129:18
**driving (4)**
166:9,12 212:8,9
**dropped (1)**
138:9
**Drye (8)**
3:3,10 7:4 28:15,21
29:2,4 32:22
**Dryer (4)**
28:4,5,7 38:5
**dual (1)**
236:5
**Duarte (2)**
4:23 6:11
**due (2)**
134:12 171:23
**duly (2)**
7:13 243:11
**dumped (2)**
133:17,18
**dumping (2)**
163:23 164:5
**Dynamics (5)**
55:22,25 118:15
181:17 182:5

---

**E**

**E (10)**
3:1,1 4:1,1 7:12 104:3
243:1,1 244:1,6
**earlier (12)**
29:12,14,15 30:14
32:6 33:5,22 79:6
109:4 145:6 173:8
230:10
**early (7)**
27:6 29:17 66:5,6
120:15 130:13
138:8
**ease (1)**
155:7
**East (2)**
62:6,11
**eating (1)**
227:14
**education (3)**
50:3 218:19 226:24
**educational (1)**
50:3
**effect (2)**
5:14 134:12
**efficient (1)**

194:9
**efficiently (1)**
85:15
**effort (4)**
20:10 203:17 226:23
226:25
**efforts (3)**
25:3 82:19 117:4
**eight (2)**
234:12 239:21
**Eileen (4)**
36:19 37:10,24 126:7
**either (6)**
62:16 68:21 118:19
186:8 222:9 224:11
**elaborate (1)**
70:15
**elevated (7)**
70:18 89:24 145:5
167:13 208:11,12
208:18
**eliminate (1)**
80:7
**Embayment (17)**
115:12 154:15,19
155:12 178:3 180:6
188:22 194:22
195:1,22 196:1
199:23 201:17
210:18 246:25
247:12,21
**employ (1)**
236:8
**employed (1)**
32:1
**employee (3)**
20:12,13 190:22
**employees (5)**
32:9,15,21 36:20
190:10
**encompass (1)**
201:10
**encourage (3)**
220:3,17,19
**encouraging (3)**
90:15,19 231:6
**endangered (2)**
237:18 238:3
**ended (1)**
133:19
**energy (1)**
140:17
**enforcement (3)**
50:20 158:25 159:5
**engineering (3)**
119:8 214:21,25

**enjoy (1)**
225:18
**enriched (1)**
179:17
**entered (1)**
49:11
**entering (1)**
75:8
**entire (3)**
47:15 77:22 86:4
**entitled (28)**
16:17 17:2 24:9,12
29:1,3,8 34:6 42:15
42:23,23 66:18,23
67:1,6 81:11 82:2
85:18 89:18 94:15
94:21 119:16
160:25 234:9
244:15,17 245:1,13
**enumerated (4)**
22:13,17 56:13 98:6
**enumeration (1)**
155:16
**environmental (18)**
20:17,19 22:24 24:17
25:11 73:9 74:3,6
77:19,24 94:17
126:1 138:19 139:8
147:25 176:4,5
218:19
**erosion (1)**
179:19
**errors (1)**
248:7
**ES3 (1)**
84:3
**ESQ (8)**
3:8,15,16,22 4:6,12
4:13,20
**establish (1)**
116:14
**established (4)**
165:22 174:25 178:22
184:2
**estimate (1)**
38:20
**estimates (1)**
218:1
**et (6)**
6:4,5 42:18 188:6
197:19 231:18
**ethics (1)**
21:13
**evaluate (9)**
50:24 51:2 86:25
152:23 158:18

190:8,17,19 220:11
**evaluated (7)**
49:14 67:22 71:20,25
183:2 214:10 215:8
**evaluating (5)**
39:22 51:5 90:15
190:18 217:2
**evaluation (4)**
46:18 48:14 52:14
56:18
**events (2)**
230:24 231:9
**Everett (1)**
20:9
**evidence (12)**
18:15 50:14,19 56:24
57:4,22 58:3,19
118:1 147:4 169:4
239:12
**evidentiary (1)**
40:4
**exact (7)**
66:4 71:4 72:13 79:21
96:14 185:4 215:13
**exactly (3)**
38:15 42:8 123:22
**EXAMINATION (2)**
7:16 244:3
**examined (1)**
7:15
**example (14)**
10:12 26:20 71:15
72:21 145:4 147:15
159:4 172:10
190:23 191:11
207:23 211:3
220:22 229:14
**examples (1)**
147:25
**exceed (1)**
66:9
**exceedances (1)**
214:8
**exceeded (2)**
175:9,25
**Excel (1)**
86:9
**exceptions (1)**
112:12
**excerpt (1)**
119:9
**exclusively (1)**
108:8
**excuse (7)**
21:3 45:5 56:4 157:20
180:4 186:11

221:17
**execute (1)**
180:1
**executed (1)**
198:16
**execution (1)**
210:11
**exhaustive (5)**
62:24 63:11 64:21,22
65:13
**exhibit (142)**
17:1,5 66:18,21,22
67:1,5 68:23 70:2
73:6 77:9,13,18,23
81:9,10,16 82:2
85:13,17,22 91:6,24
92:3,9,11,12,15,18
92:22,25 94:13,20
97:19 98:1,7,13,18
104:9,11 119:4,11
119:15,19,20 120:2
120:4,7,9,12,14,16
120:20,24 121:5
126:23,23 127:5,13
150:23 153:12,16
153:21,25 154:4,8
154:13,17,21,25
155:3,4,7 161:8
163:17 164:8
172:22 174:5 178:2
184:13 186:1,6
194:4,10,15,17,21
194:24 195:3,5,7,11
195:15,20,24
198:15 200:7,25
201:21 202:10,20
204:9 209:22,23
233:9 244:8,9,13,15
244:17,19,21 245:1
245:5,9,10,11,12,13
245:17,18,19,20,21
246:1,6,8,10,12,15
246:18,20,23 247:2
247:4,4,6,8,10,13
247:15,19
**exhibits (11)**
66:17 77:7 78:22 91:6
97:7 98:23 119:1
153:10 155:10
198:8 200:16
**exist (3)**
91:2,10 156:17
**existed (4)**
100:24 101:4,15
102:4
**existing (3)**

73:1 93:11,16
**expanded (1)**
219:16
**expect (4)**
24:8 34:3,6 96:24
**expectation (4)**
80:6 103:9 180:22
187:2
**expected (5)**
157:3,23 159:6 182:6
182:9
**expecting (2)**
42:5 105:7
**expects (2)**
188:5 240:7
**experience (3)**
42:17 43:1 130:23
**experiences (1)**
33:17
**expert (36)**
20:20,22,24 21:8
22:14,18,22 31:21
32:1,25 33:8,20
38:24,25 39:4,19
41:17 42:6 44:20
52:17,21 53:1,4,7,9
53:12,16,22,23 54:1
54:14 55:10,14
56:20 62:11 72:23
**expertise (5)**
19:9 41:8,21 104:15
130:19
**experts (10)**
21:21 22:3,7,17 24:12
32:7 35:23 36:10
54:2 62:3
**Explain (1)**
232:22
**explains (2)**
20:14 142:19
**explanations (2)**
71:13 100:12
**explore (2)**
41:12 193:24
**exploring (1)**
43:16
**Exponent (1)**
49:10
**exposure (1)**
147:5
**extended (1)**
42:12
**extent (28)**
24:4,11 32:21 33:6
37:17 42:1 43:7
46:21 71:17,20,25

91:9 107:6 108:7
126:9 150:15 170:5
173:10 191:19
196:17 197:18
205:18 207:5
212:18 217:7,15
221:19 222:10
**extra (3)**
12:20 13:4 167:20
**extreme (1)**
129:4
**eyes (1)**
145:24

**F**

**F (1)**
243:1
**facilities (3)**
111:10 119:8 220:11
**facility (1)**
144:3
**fact (16)**
25:21 42:22 71:10
79:9 103:6 104:25
116:10 123:18
166:6,9 173:8
176:18 177:25
212:8 223:16 231:4
**factors (1)**
166:8
**facts (2)**
131:3 248:6
**failing (2)**
172:6,12
**failure (3)**
171:23,25 172:9
**fair (29)**
20:1 34:16 42:8,18
63:18,19,20 69:21
73:14 90:14 93:15
96:21,22 102:23
108:3 151:3 177:18
180:9,12 181:6
186:6 188:24
210:19 217:20,23
218:25 231:18,22
234:24
**fairly (8)**
85:13 89:15,16 90:21
90:22 92:2 124:2
128:14
**fairness (1)**
65:1
**fall (2)**
58:16 62:25
**familiar (26)**

23:11 76:25 78:13
86:22 121:4 124:22
125:1,4 144:11,13
156:5 168:1 178:4
199:3 200:3,12,13
200:16,21 201:21
201:22,24 202:9,15
204:10 227:5
**familiaria (2)**
238:20,22
**far (10)**
28:24 51:24 113:7
129:16 131:7,11
184:23 194:9
206:10 216:25
**fashion (4)**
57:7,25 58:1 156:12
**favorable (1)**
149:1
**Fay (1)**
3:6
**FDA (1)**
66:9
**feature (1)**
166:14
**February (2)**
37:3,4
**federal (7)**
14:18 78:3 97:25
115:24 125:14
141:15 231:20
**feet (2)**
128:17 134:13
**felt (2)**
25:2 53:22
**Ferry (1)**
75:22
**Field (10)**
99:3 110:1,9,21
111:17 118:15
153:14,18 186:8
246:17
**fifth (1)**
181:12
**Fifty-two (1)**
54:20
**figure (8)**
12:15 60:18 88:11
89:7 171:14,15
173:17 198:25
**file (9)**
26:4,6,8,10,11,18,21
26:23,23
**filed (1)**
79:15
**files (1)**

26:19
**filing (1)**
5:5
**final (3)**
27:15 181:23 204:2
**find (11)**
50:2 73:22 74:2,4
96:24 185:23 194:3
216:19 221:3,5
224:1
**finding (3)**
118:7 218:15,21
**findings (1)**
95:19
**fine (6)**
8:7 15:5 193:24 215:8
215:11 235:5
**finish (3)**
15:25 16:2 177:12
**finishing (1)**
239:20
**firm (6)**
24:25 25:10 29:10
31:14 32:22 224:6
**first (20)**
10:2 29:19 49:8 50:10
64:2 66:2,11 67:14
69:22 70:2 75:1
78:22,24 89:20 92:8
93:10 105:24 161:9
211:10 228:23
**fish (62)**
76:3 77:6 113:1,3,7
129:4,25 135:21
138:24 145:22
146:5,11,17,23
148:2,4,5,13 152:16
152:19,24 212:8,9
212:11,12,21
213:11 227:23
228:3 229:10
231:15,24 232:7,19
232:24 233:23
234:10 235:13,20
235:22,25 236:2,9
236:15,19,25 237:3
237:6,9,14,21,22,25
238:7 239:1,12,16
239:17,21,24
240:24,24
**fish/wildlife (1)**
127:19
**fisher (1)**
227:10
**Fisheries (1)**
75:23

**fishermen (5)**
225:1,3 227:10,16,20
**fishing (14)**
98:11 113:1 136:4,8
136:16 218:2
227:12 229:19
230:7,21 232:14,15
232:16 235:17
**fishing's (1)**
136:14
**five (58)**
7:25 8:2 11:11,17
12:19 13:18 15:14
19:14 25:17 27:12
35:3,8 39:2,19
53:12 63:17 72:15
98:16 153:9 154:3
155:3,9,16,24 156:5
156:12 157:1,6,12
157:17,21 158:3,6
159:1,16,24 160:19
160:22,24 161:5
174:7 175:17
176:10 182:20,24
183:13 184:7,22
186:7,16 187:7,21
188:24 189:19,24
194:7 234:11 247:4
**five-minute (1)**
60:23
**fiveish (2)**
11:7,9
**flag (1)**
13:19
**floor (1)**
25:13
**flowing (1)**
87:1
**fluctuations (1)**
96:9
**focus (5)**
19:11 114:12 115:3
142:19 146:13
**focused (3)**
130:4 137:13 146:9
**follow (1)**
18:12
**follow-on (4)**
36:24 38:15 80:6
175:10
**follow-up (6)**
17:22 38:10 101:25
104:24 150:21,22
**following (5)**
27:13 47:15 108:24
224:13

**follows (2)**
7:15 104:4
**food (5)**
66:10 117:9,11
130:14 151:19
152:9
**footprint (9)**
49:14,15 89:22
107:20 128:15
166:4 182:12
184:18 211:15
**force (2)**
5:14 236:4
**foregoing (1)**
242:4
**forgotten (1)**
166:6
**form (190)**
5:8 14:9,21,23 19:3
19:19 23:8 26:15,16
30:12 37:11 43:3,8
43:9 45:4 47:13
56:14 59:2,8,14
60:1,2,7 61:14
62:22 65:21 70:11
71:23 72:2,11 74:15
75:18 76:19 79:2,12
79:18 80:3,8,13,23
82:24 84:13,23 85:6
85:12 87:2,4 88:7
88:24 89:12 90:8,12
90:17,25 93:17 94:4
94:10 96:6 97:2
99:5,11 100:7,11,18
100:25 101:5 102:6
103:3 109:18 110:2
110:11,22 111:12
112:1,20 113:9,19
115:8 117:7,22
118:22 123:16
124:4,9,25 125:8,12
126:17,25 127:6,20
129:6 130:25 131:9
131:15 132:4,14
133:1,23 136:11
137:21 138:3,20
139:9,16 140:5,9,20
141:21 142:6,8,12
143:1,21 144:18
145:15 146:1 148:7
148:18 149:21,24
150:16 151:12,21
152:17 153:1,5
156:19,21 157:4
158:13 162:8
167:17,21 168:8

171:20 176:6,11,16
178:19 180:15
181:10 183:10,24
186:10,13,20
187:15 189:5
190:13 192:9,24
199:24 201:6 203:1
203:22 204:20
205:4,16 207:4
210:5 211:1 212:6
212:17 213:7,12,17
214:13 216:10
217:24 219:23
220:8,16 221:13,15
223:11 227:8 228:1
230:3,9 231:12
236:6,11,16,21
237:5,11 238:15
239:15 240:1
**formal (2)**
75:15 218:24
**formed (4)**
83:3,5,7 124:11
**former (7)**
51:11,15 109:25
110:9,20,25 111:9
**forms (1)**
14:13
**Forsyth (1)**
4:18
**forth (9)**
12:2 50:4 94:25
120:22 141:15
159:16 164:22
175:16 243:11
**forthcoming (1)**
34:2
**Forty-three (1)**
221:25
**forward (5)**
15:6 127:24 150:12
150:14 197:24
**Foster (1)**
85:18
**found (18)**
52:7 56:17 76:7 87:15
89:9 134:4,17 135:1
143:6 167:16
171:13 193:7
216:24,24 219:10
220:22 224:17,18
**foundation (3)**
24:10 74:22 124:19
**foundational (6)**
47:1 50:12 57:11 63:3
63:6 123:13

**four (20)**
27:11 34:21 39:2,19
91:6 93:5,11,15
106:1 120:1 180:4
180:13 181:6,20
182:20 187:12,24
188:19 194:7
234:11
**fourth (1)**
135:15
**frame (5)**
99:14 123:15 138:1
173:12 241:11
**framework (1)**
34:14
**framing (1)**
55:14
**frankly (1)**
122:22
**Freight (4)**
195:14,18 204:12
247:18
**frequently (1)**
134:4
**friends (1)**
104:20
**front (2)**
35:7,13
**full (2)**
7:18,20
**fully (2)**
33:25 210:10
**function (1)**
236:4
**functions (1)**
237:10
**fund (1)**
203:9
**funded (2)**
229:8 232:23
**funding (3)**
62:14,14 229:11
**funds (1)**
203:16
**further (5)**
5:7,11 87:8 88:10
243:14
**future (3)**
121:18 186:17 240:6

_____
**G**

**G (1)**
69:5
**gain (1)**
26:19
**Gallagher (1)**

49:23
**game (7)**
42:18 63:18,19,20
231:18 236:5,25
**gathered (2)**
10:11 225:10
**general (33)**
18:24 46:22 49:6
55:22,25 62:17,18
71:14 80:2,4 87:12
95:7 97:10 117:24
118:14,15 123:20
123:20 124:1
142:16 170:3
181:17 182:4
191:21 205:20
214:19 215:8
216:21 217:8
218:14 220:15
223:20 231:4
**generally (19)**
49:12 71:3 74:17
75:13 86:22 95:23
95:24 96:17 99:8,19
100:5 141:14 149:9
169:23 179:14
205:13 212:24
213:5,6
**generate (1)**
166:8
**generated (1)**
224:4
**genesis (2)**
122:6 136:24
**geographic (1)**
185:17
**geographically (1)**
179:1
**Georgia-Pacific (1)**
40:6
**GeoTracker (6)**
158:12,15,18 205:6
208:23,24
**getting (3)**
19:24 71:12 124:10
**give (9)**
16:23 22:2 31:17 39:3
44:4 49:6 88:12
155:17,18
**given (6)**
11:23 25:21 43:24
58:15 71:9 243:13
**giving (1)**
172:10
**gleaned (2)**
191:20 217:7

**global (1)**
27:18
**go (29)**
8:3,5 19:7,19 26:22
28:5,5,24 41:1
44:17 60:23 63:9
104:18,23 118:25
153:11 164:8
169:11 170:1
173:10 178:21
181:21 194:3 197:8
197:23 216:11
230:14 234:20
240:18
**goal (1)**
184:8
**goals (1)**
192:14
**goes (3)**
113:7 136:3 216:23
**going (81)**
9:10 12:10,13,18,25
14:9 19:19 21:23
22:1 24:3,11,24,25
30:25 31:15 33:24
36:3,7 41:11 43:5
46:24 49:1 57:21
60:25 62:21 63:13
65:20 74:17,20,22
82:15 91:3,5,9,11
91:13 92:15 108:23
119:1,3 121:3 123:9
123:9,19 127:4,10
150:5,14,14 153:9
155:7 157:5 158:7,8
158:10 160:24
169:25 173:8
181:22 182:1 187:2
188:11 189:8
190:15,17 191:1,17
196:5,12 197:7
199:20 205:15,16
216:9 221:22 222:1
227:24 231:16
239:19 241:10,10
**Golightly (3)**
22:5 35:22 53:6
**good (9)**
12:19 16:23 90:21,22
98:17 126:11
146:12 159:7
160:23
**GOODMAN (1)**
4:15
**gotcha (1)**
155:22

**gotten (2)**
161:6 221:23
**gradient (1)**
100:21
**gradients (1)**
72:25
**grams (1)**
96:9
**Grand (1)**
39:16
**granulated (1)**
179:17
**Great (1)**
241:13
**greater (1)**
162:18
**green (1)**
133:10
**Greg (2)**
56:21 62:5
**ground (1)**
163:23
**group (7)**
37:1 38:6,13 74:4,6
203:14 218:13
**Guard (1)**
134:11
**guess (7)**
28:4,6 59:10 60:17
75:20 106:17 234:3

_____
**H**

**H (7)**
7:12,12,12 104:3,3
175:18 244:6
**H-E-R (1)**
77:25
**habitat (6)**
122:10 131:20,22,23
237:17 238:3
**half (2)**
30:5,8
**halfway (1)**
241:9
**hand (6)**
66:21 67:4 78:4 154:2
154:11 243:19
**handed (1)**
234:7
**handling (3)**
57:5,23 58:20
**happen (2)**
133:21 220:20
**happened (2)**
175:1 217:11
**happy (1)**

221:20
**Harbor (7)**
62:15 69:9 120:2,5
150:24 216:25
246:7
**hard (3)**
103:12 179:18 200:7
**harm (1)**
123:21
**harmed (1)**
239:13
**hatcheries (1)**
236:2
**Hawthorn (25)**
55:24,25 56:1 115:12
154:15,19 155:11
178:3 180:6 188:1
188:22 194:21
195:1,22 196:1
199:1,9,12,23
200:15 201:17
210:18 246:24
247:11,20
**hazardous (3)**
117:1 134:20 135:4
**head (1)**
180:21
**headquartered (1)**
6:12
**health (10)**
111:24 112:10,18
113:5 128:4 134:17
134:21 135:1,5,10
**heard (2)**
11:10 186:16
**hearing (4)**
40:4 47:24 150:13
233:11
**hearings (3)**
45:11,12 107:4
**heat (6)**
72:24,24 98:23,25
99:12,17
**heavily (1)**
128:15
**heavy (2)**
161:15,16
**held (3)**
2:9 6:8 50:7
**help (5)**
54:23 97:9 107:17
121:8 228:14
**hereinbefore (1)**
243:10
**hereunto (1)**
243:18

**high (9)**
4:10 66:9 101:20,21
109:22 129:19
133:25 149:13
206:14

**higher (7)**
95:20 144:5 148:12
207:2,3,10,11

**highest (13)**
95:18 96:24 99:2
100:23 101:3,14,19
102:3,9,22 103:1
109:10,11

**Highway (2)**
2:10 6:9

**hike (1)**
227:22

**hire (1)**
190:8

**hiring (1)**
190:5

**histopathology (1)**
76:4

**historian (2)**
74:14,19

**historical (13)**
95:1 109:5 120:7,9,12
120:16 122:23
123:1 124:23 131:3
164:4 246:8,10

**historically (3)**
101:14 109:14 142:20

**history (18)**
68:6 96:25 121:4
125:6,10,17,18,21
126:2,7,16,24
127:12 137:18
157:15 168:4 176:5
197:19

**Holman (11)**
36:19 37:9,24 79:20
80:25 81:20,23
115:22 121:24
126:7,20

**Homer (377)**
3:8 7:4,4 8:9,12,23
9:5,16,20 10:1,5,18
10:22 11:1,6,13,19
12:11,19,23 13:3,5
13:12,18,23 14:5,15
14:22 15:8,11 18:9
19:3,17,20,23 21:23
23:8 24:3,22 26:16
28:23 29:3 30:12,25
31:4,7,15 32:4,16
33:3,9,19 34:15

36:5 37:11,14,17
41:11,15,22 42:4,20
43:6,12 44:18 45:4
46:20 47:5,13 48:22
54:10 55:1,3,6
56:14 57:9,15,21
58:2,9,13 59:2,8,15
59:20 60:2,7 61:10
61:14 62:21 63:4,8
63:15,19,25 64:5,7
64:12,18,25 65:3,6
65:12,20 68:24
70:11 71:23 72:2,11
74:15 75:18 76:19
79:2,12,18 80:3,8
80:13,23 81:7,15,17
81:19 82:24 83:12
83:18 84:13 85:6
87:2 88:7,24 89:12
90:8,12,17,25 91:9
91:19,23 93:8,14,17
93:23 94:4,10 96:6
97:2 99:5,11 100:7
100:11,18,25 101:5
101:16 102:6,24
103:3 105:5,10
107:6 108:23 109:2
109:18 110:2,11,22
111:12,19 112:1,20
113:9,19 115:8,21
116:6,17,23 117:7
117:22 118:22
121:22 122:11,13
122:18 123:4,16
124:4,25 125:8,12
125:19,23 126:3,17
126:25 127:6,20
128:1,6 129:6 131:9
131:15 132:4,14
133:1,23 134:23
136:1,11 137:21
138:3,5,20 139:9,16
140:5,9,11,20 141:1
141:21 142:6,8,12
143:1,8,21 144:18
145:15 146:1 148:7
148:18 149:21,24
150:4 151:12,16,21
152:17 153:1,5
155:19,22 156:19
156:21 157:4,7,10
157:18 158:13
159:2,13,20,23
160:3,7,15,20,22
162:8 167:17,21
168:8 169:25 171:2

171:20 173:7 176:6
176:11,16 178:19
180:15,23 181:10
183:10,24 185:19
186:4,10,13,20
187:15,23 188:2,10
188:15,17 189:5
190:13 191:17
192:9,24 193:10,17
196:12 197:18
199:24 200:5,25
201:6,14 202:7,13
203:1,5,11,22 204:1
204:6,20 205:4,15
206:1 207:4,15,20
208:1,5,15,21
209:10,14,22 210:5
210:9,22 211:1,25
212:6,17 213:7,12
213:17 214:13
216:9 217:6,24
219:23 220:8,16
221:6,13,15,24
222:5,8,15,20,24
223:11 227:8 228:1
230:3,9 231:1,12,16
233:10,19 234:1
235:2,5,9 236:6,11
236:13,16,21 237:5
237:11 238:15
239:15 240:1,18
241:4,13

**honest (2)**
19:21,23

**hopefully (1)**
44:6

**hour (1)**
60:23

**hours (2)**
38:20 126:21

**housecleaning (1)**
15:9

**housekeeping (1)**
15:10

**Houston (1)**
3:14

**Howard (196)**
4:12 6:17,17 7:17
8:11,19,24 9:2,12
9:19,25 10:2,14,19
10:25 12:6,12,22,24
13:4,14,17,21,24
14:12,17 15:2,6,9
15:12,13 17:23
19:18,21 20:1 24:8
28:25 29:7 31:2,5

31:12,22 32:11,24
33:7 34:8,20 36:1
37:15 41:14,19 42:3
42:5 43:2,10,20
44:14 47:1 48:25
55:2,5,8 57:11,19
58:1,7,10,18 60:22
61:6 63:1,6,13,16
63:23 64:2,6,8,13
64:24 65:1,5,8,11
65:16 66:18 67:1
77:7,17 79:4,22
81:2,9,16,18 85:17
86:3,8 91:5,14,22
91:24 92:6,15,21
93:3 94:11 97:6,17
97:22 98:4,10,16
103:10 104:8 105:2
105:7,12 115:25
116:4,7 118:25
119:15 120:1,7,12
120:20 121:25
125:15 127:25
128:2,7 142:21
143:3 150:2,19,20
151:13 153:8,25
154:8,17,25 155:6
155:21,23 156:1
157:5,8,12 158:1,22
159:8,14,22 160:1,4
160:9,19,21,24
161:2 162:11
173:12 177:25
188:9,13,16 189:7
189:17 193:6,13
194:14,21 195:3,11
195:20 196:3,18
197:10 198:1 201:1
209:23 222:1,6,13
231:22 233:14,22
234:5 235:3,6,11
240:25 241:8 244:4

**hundreds (1)**
86:10

**hydrocarbons (2)**
165:11,17

**hypothetical (1)**
172:9

**I**

**idea (1)**
218:10

**ideal (1)**
126:15

**ideas (1)**
211:10

**identification (38)**
17:8 59:5 62:23,24
66:24 67:7 77:11,15
81:14 86:1 92:5,14
92:20 93:2 94:24
97:20 98:2,8,14
104:13 119:14,24
120:6,11,18 121:1
153:15,23 154:6,16
154:23 155:5
194:12,20 195:2,9
195:19 196:2

**identified (13)**
64:14 66:6 68:9,10
118:4 121:17
126:10 161:7
164:21 169:10
170:12 189:1
193:23

**identifies (1)**
24:17

**identify (17)**
9:17 10:23 51:4,14,22
61:12,23,25 62:12
62:18 63:11 64:3,16
65:13 69:14 77:17
87:18

**identifying (1)**
10:6

**II (3)**
123:15 124:17 132:3

**immediately (1)**
12:13

**impact (19)**
111:24 112:11 128:3
128:18 129:9,20
133:3,4 145:13
146:3 147:6,8 152:9
152:16 213:22
214:10 215:2
223:10,13

**impacted (4)**
109:16 128:16 147:10
179:2

**impacting (4)**
130:6 139:3 147:13
151:19

**impacts (15)**
112:17 113:3 127:19
127:22 128:10,24
129:15,17 137:13
139:24 147:17
148:9 152:6 159:9
217:21

**impair (1)**
16:22

**impaired (5)**
77:4 79:10,16,25 80:5
**impairment (1)**
80:7
**implementation (1)**
202:5
**implemented (1)**
182:18
**important (3)**
139:13,14,23
**impose (1)**
163:3
**imposed (2)**
162:16 189:2
**improperly (1)**
64:19
**improved (8)**
70:22 71:3 131:8,12
132:24 133:3,14
135:19
**improvements (4)**
122:9 238:7,8,10
**improving (1)**
238:2
**inadvertently (1)**
56:18
**incineration (1)**
127:16
**incinerator (3)**
127:8,16 130:25
**include (12)**
11:4 41:8 82:13 96:17
101:23 102:14,15
129:20 159:4
161:14 186:23
221:18
**included (2)**
10:9 217:16
**includes (3)**
96:2 127:23 169:22
**including (8)**
8:16 10:8 33:4 83:16
116:1,5 164:20
193:15
**increase (4)**
137:24 138:6 171:23
230:25
**increased (4)**
129:22 167:16 230:7
230:22
**increases (6)**
167:13 169:1,10,13
169:14 170:12
**incredibly (1)**
104:21
**incur (1)**

203:20
**incurring (3)**
190:7,19 192:6
**independent (1)**
96:18
**indicate (4)**
68:17 90:10 93:20
135:23
**indicated (7)**
108:12 109:12 174:19
201:20 202:9 204:9
223:19
**indicates (3)**
13:19 161:4 174:14
**Indicating (1)**
233:2
**indication (4)**
67:14 69:22 70:9,14
**individual (2)**
38:17 52:11
**individually (1)**
38:14
**individuals (4)**
24:15 36:25,25 38:11
**industrial (5)**
100:14 137:14,20,25
138:14
**industries (12)**
39:11,13 40:1,13
120:21,22,25 121:1
153:23 246:12,14
246:19
**Industry (1)**
40:3
**influence (2)**
72:1 96:20
**influenced (11)**
85:20,24 87:5,7,10,17
88:17 89:11,15,23
245:7
**inform (2)**
219:21 227:25
**informal (9)**
25:4 218:20,25 219:3
219:19 220:21
228:13,19 229:1
**information (29)**
31:17 34:1 42:10,22
51:11 65:19 73:19
84:10,19 93:20
107:7 111:15
128:13 130:21,24
132:22 144:14
166:2,20 168:13
172:5 191:19
205:18 207:6,17

217:7,9 225:10
240:23
**inhibitions (1)**
221:3
**initial (4)**
173:5 174:1 211:5,9
**initialed (1)**
242:7
**initiated (1)**
156:22
**inject (1)**
196:22
**ink (1)**
242:7
**input (1)**
52:1
**inputs (2)**
131:11 136:2
**insecticide (1)**
92:8
**inside (1)**
189:20
**insight (1)**
72:17
**installed (1)**
162:5
**instance (2)**
171:22 218:9
**instruct (11)**
14:10 21:24 31:1,16
36:3,8 37:21 46:24
170:1 191:18
205:17
**instructed (2)**
16:7 57:1
**instructing (4)**
31:23 32:4,13 34:9
**instruction (1)**
31:23
**instructions (6)**
57:5,23 58:4,11,14,20
**insurance (3)**
40:21 41:6 43:21
**integrated (4)**
119:4,12 121:5
245:21
**intend (2)**
190:11 193:18
**intended (5)**
171:24 184:3,5
192:14 197:3
**intending (1)**
228:6
**intent (2)**
221:18 222:11
**interactions (2)**

30:19 160:18
**interest (1)**
228:14
**interested (1)**
243:17
**interests (1)**
218:21
**interject (2)**
8:10 180:23
**intermittent (1)**
132:21
**internal (1)**
224:14
**internally (2)**
219:6,8
**interpret (2)**
221:17 232:7
**interrupt (1)**
103:10
**interruption (12)**
12:5 59:4 70:12 97:16
98:20 116:3 117:10
133:7 134:22
142:15 177:24
214:23
**interviewed (1)**
225:4
**interviews (3)**
225:19,22 226:3
**introduce (2)**
6:16 77:7
**introductory (1)**
95:14
**inventory (4)**
70:18 109:5,6 236:9
**inversion (1)**
97:14
**investigate (9)**
75:7 171:12 193:3,5
198:4 201:5,11
204:5 236:15
**investigated (5)**
51:3 89:8 158:4,16
197:16
**investigates (1)**
236:19
**investigating (4)**
167:15,20 169:12,16
**investigation (66)**
51:22 62:2 81:5 82:18
84:17,21 85:1,4,19
85:23 86:24 88:17
90:5,7,22 96:19
161:24 169:19
170:4 171:10 193:7
194:6,11,15,22,25

195:5,12,21 196:10
198:8,14 199:22
200:11,17,21 201:3
201:9,16,20 202:1
202:16,21,23
203:19,25 204:7,14
204:19 206:3,6,22
206:24 208:8,18
209:12,20,25
210:16,19,23,25
217:3 245:5 247:6
247:10
**investigations (2)**
82:10 210:24
**investigative (27)**
51:20 82:11,12 83:1
83:22 103:9 159:4
169:21 193:19,23
194:2,18 195:8,16
195:25 196:16
197:20 198:19
204:3,7 209:16
210:12 217:15
247:8,13,15,19
**invoices (1)**
28:5
**involve (9)**
37:24 41:3 47:4
107:25 156:17
183:14 196:8
210:20 224:25
**involved (17)**
37:20 43:22 48:23,23
49:3 107:4,9,10,13
107:16 162:3 178:6
181:13 184:13,14
210:13 212:11
**involvement (1)**
107:1
**involves (2)**
93:16 209:25
**involving (1)**
193:7
**IO (7)**
62:7 82:10,11 84:15
209:16 210:11
214:9
**IOs (1)**
201:12
**Island (25)**
68:21,21 69:1,5,9,14
69:18 92:10,24
99:25 101:8 145:6
150:25 216:25
218:10 219:5,11,11
219:15 220:15,22

220:24 222:17
229:2,22
**isolated (1)**
139:4
**issue (38)**
30:20 83:11 91:20
121:13 128:12
130:12 138:2,19
144:25 145:3,7,9,10
145:14,18,19,21,25
146:6,17,24 147:5,6
147:16 148:12,16
152:20 157:3,23
177:11 206:6
212:19,20 214:6,17
217:10 233:10
235:16
**issued (14)**
75:7 80:11,16,21
83:25 157:2,19,22
173:2 181:13 201:3
201:10,16 202:11
**issues (16)**
19:7 25:22 41:3 137:4
138:11 143:15
147:20,21,22,25
148:22 161:14
177:9 213:15,21
226:16
**It'll (1)**
44:6
**items (1)**
197:6

_____
**J**
_____
**J (3)**
7:12 104:3 242:1
**January (4)**
37:3 77:10,21 244:19
**January/early (1)**
37:4
**Jason (2)**
3:22 7:7
**Jennifer (3)**
23:14,15,16
**Jersey (1)**
39:17
**job (4)**
1:23 15:25 25:1 236:9
**John (2)**
20:25 62:5
**Johns (58)**
1:15 2:8 7:18,20,22
8:15,15,23,24,25
9:3,8 10:6,11 11:19
13:20 15:14 17:24

24:5,18 27:25 28:1
33:16,25 34:21
42:24 43:16 48:22
61:7 63:10,21 65:15
67:10 93:4 95:3
104:9,12 105:13
137:12 140:14
141:3 150:21 161:3
188:6 189:18 193:9
193:20,25 198:2
221:20 234:13
240:3 241:3 242:3
242:18 243:9 244:4
244:13
**Join (25)**
59:3,15 82:25 85:7
88:25 89:13 94:5
110:3,12,23 111:20
124:9 125:2 129:7
131:16 132:5 138:4
138:21 139:18
140:22 142:13
145:16 148:8,19
149:22
**joins (1)**
150:16
**joint (9)**
21:16,19 121:5 122:3
122:9 123:2 134:25
148:24 209:8
**jointly (1)**
119:6
**Jolla (1)**
3:7
**Jones (5)**
8:22 22:6 35:22 53:6
55:7
**Journal (1)**
94:18
**Julius (36)**
3:22 7:7,7 59:3,14,19
60:1 82:25 84:23
85:7,12 86:7 87:4
88:25 89:13 90:18
94:5 110:3,12,23
111:20 124:9 125:2
129:7 131:16 132:5
138:4,21 139:18
140:22 142:13
145:16 148:8,19
149:22 150:11
**jump (2)**
76:14,21
**June (2)**
92:16,23
**jurisdictional (1)**

112:19
**jury (1)**
15:16

_____
**K**
_____
**Kalamazoo (3)**
39:10,20 40:5
**Karen (9)**
36:19 37:9,24 79:20
80:25 81:20,23
115:22 126:7
**keep (11)**
14:25 25:2 84:16
157:8 160:22,24
171:24 190:15
192:13 197:7 235:7
**keeping (3)**
191:1,1 227:16
**Kelley (12)**
3:3,10 7:4 28:4,5,6,15
28:21 29:2,4 32:22
38:5
**kept (2)**
26:14 233:19
**kill (1)**
237:3
**kills (2)**
235:22 236:15,19
237:6
**kilogram (1)**
90:1
**kind (2)**
74:16 123:7
**Kleinfelder (2)**
205:9 209:4
**knew (2)**
64:20 123:22
**know (130)**
8:1 10:19 25:20 26:3
28:24 29:1,4,8
41:19 42:13,22 46:3
47:21 55:19 56:8,15
57:13 58:4 59:17
60:18,20 64:22
65:22 67:17,18,21
67:25 74:12,16,21
78:16,19 85:2 90:13
96:14 99:10 102:2
102:10 104:20,21
109:10 116:13,18
122:2,6,15,19
123:17 124:17
125:5,7,24,25 126:5
138:6,9 140:6,10,17
140:23 146:24
148:20 149:25

156:2 158:7 160:25
163:5,6,8,12,18
168:3,18,24 172:4
172:19 175:2 177:3
177:17 180:20
186:23 187:16,17
188:23 191:6,10
192:10 197:5,12,15
199:21 202:8 203:2
203:3,16,18,24
205:5 208:3,22
209:2,18 214:15
215:13 216:15
225:16,18,21,25
226:11,14,18,19
227:19,25 228:6,10
228:19 230:4 233:8
234:25 236:7,12,17
236:23 237:4,8
241:6,11
**knowledge (18)**
50:11 51:13 59:23
63:2,7 64:9 79:3
115:14 123:18,20
163:8 194:1 213:23
235:24 237:6 239:5
239:8,25
**known (10)**
27:10 52:3 56:4,8
61:8,16 63:21 94:14
153:18 154:10

_____
**L**
_____
**L (2)**
7:12 104:3
**L.A (2)**
20:8 43:25
**La (1)**
3:7
**labeled (2)**
6:2 13:6
**lack (1)**
222:11
**lacks (1)**
79:3
**Laclede (1)**
4:17
**Lagoon (44)**
55:24 66:8,9 68:3,7
68:10,18 69:1,18
75:8,10,17 76:13,17
109:14 136:25
137:5 153:18
155:11 161:8,9,14
161:17,25 162:6,9
162:17,24 163:22

164:5,13 167:4,8
168:17 172:12,15
177:20 180:4,5
183:19 184:11
187:13 188:20
223:1
**land (1)**
185:13
**lands (4)**
192:12 231:14 237:24
238:1
**landside (1)**
117:21
**language (3)**
157:21 159:7 240:2
**large (9)**
71:5 86:25 99:6
128:14 132:11
135:21 144:16
162:5 223:4
**largely (2)**
109:21,23
**larger (1)**
37:1
**largest (1)**
176:4
**lastly (3)**
92:21 155:6 195:20
**late (3)**
29:18 37:4 66:5
**Latham (3)**
4:8 6:18,19
**launch (1)**
228:23
**launched (1)**
219:4
**Laurel (26)**
55:24,25 56:1 115:12
154:14,19 155:11
178:3 180:6 188:1
188:22 194:21
195:1,22 196:1
199:1,9,12,12,23
200:15 201:17
210:18 246:24
247:11,20
**lawsuit (9)**
30:2 32:2 35:24 40:2
50:15 113:7,11,14
159:16
**lawyers (2)**
31:19 36:15
**layer (1)**
179:16
**leaches (2)**
151:10,14

leaching (1)
152:8
lead (5)
92:17 147:19 165:4
210:2 211:5
leadership (1)
181:8
leading (1)
210:25
leave (3)
44:19 65:12 192:16
leaving (1)
150:14
led (1)
226:19
leeway (1)
44:19
left (2)
78:19 180:13
legal (3)
6:11 14:14 203:6
legitimate (2)
172:20,21
lengthy (2)
85:14 119:10
let's (24)
12:6 43:11,12 69:10
84:16 85:14 91:2
99:23 105:21,23
110:4 115:3 161:8
164:8 172:22 178:2
193:2 194:4,7 206:2
230:17 232:9
233:21 241:1
lethal (1)
134:12
letter (8)
28:3 77:9,13,18,23
78:2 244:19,21
letters (5)
39:13 78:5,23 79:1,6
level (34)
19:4 47:10,17,18
72:22 74:16 87:20
107:3,12 113:17
114:3,14 115:20
116:12,15 123:21
149:15 157:2,3,20
157:23,23 161:5
162:16 164:19
165:3,6 168:6,16
174:25 178:22
183:23 184:2
212:24
levels (24)
48:14,16 70:4,10 95:2

95:21 109:1 112:9
115:16 117:6 134:4
144:6 149:5 157:15
159:6 164:22 165:9
174:15 175:5,9,17
205:25,25 208:19
liability (1)
203:7
liable (2)
202:24 203:3
licenses (1)
235:17
life (2)
106:2 134:9
likelihood (1)
241:3
Likewise (1)
14:22
limit (1)
66:10
limitations (2)
137:8 223:3
limited (3)
83:16 193:15 231:7
limits (2)
141:15 221:3
Lindbergh (10)
99:3 110:1,9,21
111:17 118:15
153:14,18 186:8
246:17
line (35)
24:5 70:3 115:12
133:8 158:22 178:3
180:1,6 187:14
188:1,21 190:2
194:23 195:23
199:13,15,22
201:17 202:1
209:21,25 210:8,14
210:18 212:1
232:12 244:8 248:8
248:10,12,14,16,18
248:20,22
list (14)
10:3 27:14 54:12
55:18 56:12 63:11
64:21,23 65:13,23
65:25 78:3 181:24
197:9
listed (11)
10:24 33:5,22 56:4
68:20 77:4 80:5
159:24 165:21
197:6 234:12
listen (2)

15:18 64:7
listing (7)
68:9 76:23 77:21
79:10,15,25 81:21
lists (1)
9:6
literally (1)
79:21
literature (2)
76:9 216:20
litigated (1)
39:15
litigation (18)
12:4 20:19,22,24 22:8
24:20 28:12,18
29:10 31:9,11 32:1
32:25 33:8 38:24,25
42:6 53:14
little (10)
18:24 49:25 60:22
72:20 87:16 120:23
121:3 138:10 221:7
233:3
liver (1)
76:4
LMC (1)
181:24
load (3)
92:1 93:5 204:22
loading (5)
90:16 137:24 138:6,8
144:2
loads (1)
138:10
local (6)
112:13 115:24 128:24
139:3 171:8 225:16
localize (1)
100:16
localized (8)
132:19 145:17 147:8
147:16,16,21 148:9
212:19
located (5)
25:8,16 40:24 99:4
103:2
location (1)
95:25
locations (6)
118:4 145:4 155:9
171:4 174:20 231:6
lock (1)
26:18
locked (2)
26:4,6
Lockheed (4)

55:22 181:17 182:5,5
Loma (1)
225:25
long (8)
34:24 43:4,14 78:16
126:19 173:4,6
177:7
long-term (3)
49:15 107:22 176:20
longer (2)
54:17 188:9
look (23)
12:15 14:2 18:4,6
44:12 58:7 71:16
73:3,7 82:17 100:1
133:8 141:3 148:24
157:13,14 159:8,14
170:6 197:11 198:3
233:16 234:7
looked (16)
25:21 69:13 75:25
76:2,4 121:15 131:1
151:5 152:12
185:12 198:2,17
213:20 215:21,24
225:8
looking (19)
10:15 51:1 68:19,22
69:15 73:23 89:7
101:2 121:13 122:9
124:7 131:2 174:6
174:24 175:1 186:6
199:8 225:11
227:11
looks (11)
68:20 69:9 119:6
133:10 150:24
165:17 197:10
199:1,2 204:14
234:18
loosely (2)
107:21 203:13
Lorie (3)
1:21 2:11 6:14 243:6
243:25
lose (1)
12:8
loss (2)
131:19,23
losses (2)
72:6 107:18
lost (3)
22:25 103:11 131:22
lot (7)
9:6 41:23 42:11 151:2
170:20 172:24

219:25
Louis (1)
4:19
low (8)
87:15 89:15,16,21
111:23 112:9
129:19 130:1
lower (11)
71:12 87:6 99:8,10,14
99:19 100:5,9
114:15 131:21
149:4
lowercase (1)
50:17
lowest (1)
149:15
loyal (1)
104:21
lunch (4)
97:11 103:13,17
109:9

M

M (2)
7:12 104:3
Maher (5)
36:19 37:10,24 126:7
126:20
main (4)
99:19 100:5,9 164:18
maintenance (5)
71:15,16,18 100:10
100:13
major (2)
75:16 76:16
majority (1)
87:9
making (3)
14:25 55:9 138:12
manage (3)
192:7 235:13 236:9
management (5)
119:5,13 121:6 122:4
245:22
Manager (1)
73:11
mandate (3)
171:11,14 196:8
mandated (1)
210:24
manufactured (6)
18:16 52:7 57:14
108:17 118:2,7
manufacturing (9)
52:12 96:25 109:25
110:9,21,25 111:9

186:9,9
**map (13)**
69:13 72:24,24,24
88:22 98:23,25
99:12,17 153:9
155:3,8 247:4
**maps (1)**
101:11
**March (6)**
66:20 81:13 82:4
85:18 86:13 245:4
**Marina (4)**
145:6 194:16,19
247:9
**marine (27)**
19:10,11 41:3 75:23
84:17 120:15,17
125:16 144:3
195:12,17 200:6
204:10 206:3,24
210:17 211:20,23
213:24 214:1,5,12
217:4,15,17 246:11
247:16
**Maritime (6)**
102:17 103:5 195:13
195:18 204:11
247:18
**Maritime's (1)**
118:16
**mark (16)**
12:8,10 17:1 91:5
97:6,13 104:9,22
119:1,3 153:8,9
194:4,7 233:24
235:3
**marked (42)**
12:16,17 14:3 17:8
66:24 67:7 77:11,15
81:13 86:1 92:4,13
92:19 93:1 94:23
97:20 98:2,8,14,22
104:12 119:13,24
120:5,10,14,18
121:1 122:21
153:14,23 154:6,15
154:23 155:4
194:12,19 195:1,9
195:18 196:1 198:9
**marketing (2)**
221:2 228:12
**marks (1)**
66:11
**marriage (1)**
243:16
**Massachusetts (1)**

4:5
**master (1)**
185:12
**material (17)**
54:13 70:20 71:19
86:22 95:8 128:17
128:25 169:3,3
170:14,21 171:24
215:9,11 217:1,11
217:18
**material's (1)**
172:3
**math (1)**
167:1
**matter (14)**
6:3 23:24 26:22 29:11
33:12 34:5 35:5,10
43:22 47:20 61:18
106:6 121:17
243:17
**matters (7)**
15:10 19:16 39:4,7
43:23 48:23 216:17
**maximize (1)**
241:2
**maximum (2)**
92:1 93:5
**McCain (1)**
76:2
**mean (15)**
20:15 34:9 64:24
79:20 105:19
122:13 129:8
132:19 147:10
162:25 170:22
192:2 197:10
211:14 214:7
**meaning (2)**
187:12 227:1
**means (5)**
118:7 139:20 176:9
190:5 203:3
**meant (3)**
186:23 211:14 216:7
**measured (1)**
161:16
**Measurements (3)**
94:15,21 245:14
**media (5)**
6:2 103:14 104:6
189:9,15
**medication (1)**
16:22
**meet (4)**
48:13 126:19 184:3,5
**meeting (9)**

37:8,10,12,13,23 38:6
38:10,17 126:13
**meetings (4)**
21:17,20 38:17
190:10
**Melissa (2)**
4:6 6:23
**member (3)**
20:21,23 23:9
**members (8)**
22:16,20,23 23:3,5,7
82:13,14
**mention (1)**
149:19
**mercury (13)**
138:24 147:8,24
148:10,13,17
149:14 152:14
153:3 175:17
181:13 184:6 210:2
**Merk (8)**
77:10,14,18,24 78:10
78:14 244:20,22
**met (12)**
21:21 22:4,5,6,8
30:15 38:12,13,14
78:14 106:18 126:6
**metal (1)**
152:3
**metals (8)**
147:7,15,19 161:15
161:16 164:20
208:16 214:2
**meter (1)**
134:13
**methods (2)**
18:20 19:6
**metropolitan (4)**
141:25 142:5,11
143:18
**Michael (13)**
1:15 2:8 3:15 4:23
6:11 7:2,20 104:11
242:3,18 243:9
244:4,13
**Michigan (1)**
39:16
**micrograms (1)**
90:1
**mid (2)**
109:21,23
**mid-1980s (1)**
144:5
**midway (1)**
95:17
**military (1)**

97:25
**Miller (12)**
4:20 6:21,21 13:5
15:5 32:3 33:14,23
34:5 42:14 60:21
233:8
**million (4)**
134:5 162:19 165:18
182:6
**mind (2)**
221:18 222:11
**mine (1)**
54:17
**Mining (1)**
44:3
**minute (3)**
9:23 11:2 240:20
**minutes (5)**
60:21 94:11 98:16
150:14 234:2
**Mission (1)**
69:4
**Missouri (1)**
4:19
**misspoke (2)**
228:21,25
**mistake (2)**
19:21,23
**misunderstanding (1)**
18:14
**mitigation (6)**
121:14,16,21 188:4
237:15 239:6
**model (2)**
117:9,11
**modify (2)**
102:11,25
**molecular (1)**
165:10
**molecule (2)**
52:7 56:17
**moment (5)**
8:10 67:9 76:22
159:21 235:12
**money (2)**
182:5 190:9
**monitor (2)**
132:19 190:10
**monitored (2)**
109:7 183:3
**monitoring (27)**
49:15 59:22 61:19
62:15 107:22
166:21 167:10
168:19,22,25 169:1
169:9,24 170:11

176:20,25 177:4,15
177:22 179:23
180:14 183:2,5
186:18 187:9 189:3
190:23
**Monsanto (14)**
1:8 6:4 18:16 50:20
52:8 57:1,6,14,23
58:14,21 108:18
118:2,8
**Monsanto's (2)**
56:17 108:13
**months (6)**
27:12 30:3 106:7,11
106:13 219:17
**morning (1)**
50:5
**motion (1)**
233:11
**motivation (1)**
221:8
**mouth (9)**
85:19,24 87:18 88:1
88:16 89:9 99:24
134:5 245:6
**mouth's (1)**
89:24
**move (9)**
15:6 43:11 69:10
79:22 92:1 94:12
113:1 145:22
150:11
**movement (3)**
215:8 217:10,14
**moves (1)**
215:11
**moving (3)**
14:25 65:8 215:10
**MS4 (7)**
59:6,9,12 61:9,17,20
61:20
**MS4s (1)**
56:8
**multiple (6)**
20:4 47:6 48:23
183:14 214:7
216:13
**multiples (1)**
174:6
**municipal (1)**
1:5
**municipalities (1)**
61:17
**Mussel (15)**
66:6,14,19,23 67:2,6
67:13,20 68:1 69:23

70:3 76:12 137:4
244:16,18
mussels (4)
66:7 67:23 68:1 69:8
mutual (1)
107:17

**N**

N (5)
3:1 4:1 7:12 104:3
244:1
N-L (1)
39:13
name (8)
6:11 7:18,20 23:13
40:23 89:6 248:1,3
named (8)
63:17 102:18 161:20
176:18 178:9
181:16,20 198:4
Nancy (3)
3:16 6:25 233:6
narrow (1)
197:4
NASSCO (24)
45:13 49:3 56:1 89:3
89:3 102:17 106:21
120:8,10 154:5,10
166:18 173:4 176:3
176:22 177:23
180:4,5 187:13,25
188:21 190:2 246:9
246:21
NASSCO/BAE (1)
103:6
National (1)
75:23
natural (10)
41:5,8,17 43:23 44:2
119:5,12 121:6
129:4 245:22
nature (5)
24:10 34:11 41:21
42:16 179:12
Naval (1)
119:7
NAVFAC (1)
119:7
navigation (1)
223:1
navigational (3)
99:19 100:6,9
Navy (27)
65:24 72:5 87:25 88:5
89:10,16,21 95:10
95:12 97:1 99:3

121:17,20 122:4
123:2 134:12,25
148:25 158:7,8,10
215:6,7,10,17,24
216:1
Navy's (1)
89:4
Navy-Port (1)
121:5
NCP (1)
39:24
near (5)
37:4 69:1 153:14,17
246:17
necessarily (2)
44:11 193:4
necessary (4)
16:11 106:25 179:25
193:4
need (10)
12:25 14:3 15:1,10
58:7 63:24 136:25
172:2 180:20 235:6
needed (2)
184:23,24
needs (1)
180:17
negotiate (1)
210:10
negotiating (1)
107:2
negotiation (3)
107:2,5,11
negotiations (9)
47:21 49:11,13
106:17,23 107:24
107:25 108:1
121:20
never (3)
30:9 48:16 50:7
new (4)
6:13,13 39:17 102:15
night (2)
8:12 241:1
nine (2)
206:8,8
NL (5)
39:11,13 40:1,3,13
NOAA (1)
75:23
non-Monsanto (1)
52:16
nondetect (2)
207:23,25
nonpublic (1)
205:21

nonsite (1)
57:19
Norman (1)
89:6
north (19)
95:21 99:20,21,23
100:6 101:8 102:16
218:13 223:20
224:6 225:4 226:12
227:6,15,24 228:7
228:24,25 229:3
noted (6)
71:2 81:2 104:2 116:7
241:17 242:6
notes (4)
200:20 233:3,4,12
notice (13)
8:13 9:22 10:9 12:2
17:2,6 73:15,16
74:1 75:1,15 81:22
244:9
noticed (1)
212:1
noticing (1)
135:21
notwithstanding (1)
42:14
November (1)
13:9
NPDES (1)
118:16
number (40)
6:2,7 9:7 10:13 17:1
17:18 24:1 25:22
42:13 48:2 53:20,25
54:12 63:1 67:18,22
81:15 86:25 95:11
103:15 104:6 114:8
114:9 124:6 153:22
154:2 164:9 185:4
189:10,15 191:8
201:12 213:2 218:9
219:4 221:25 225:5
232:24 233:1
246:18
numbers (4)
9:10 10:3 17:20 166:8
numeric (1)
123:23
nutrients (1)
141:13

**O**

O (2)
7:12 104:3
o'clock (2)

150:13 241:2
Oak (1)
3:13
oath (2)
5:13 15:15
object (194)
19:3 23:8 24:3 26:16
30:12 31:15 37:11
41:11 45:4 47:13
56:14 57:9 59:2,8
59:14 60:1,2,7
61:10,14 62:21
65:10,20,21 70:11
71:23 72:2,11 74:15
75:18 76:19 79:2,12
79:18 80:3,8,13,23
82:24 84:13,23 85:6
85:12 87:2 88:7,24
89:12 90:8,12,17,25
91:12 93:17 94:4,10
96:6 97:2 99:5,11
100:7,11,18,25
101:5 102:6,24
103:3 108:23
109:18 110:2,11,22
111:12 112:1,20
113:9,9,19 115:8
117:22 118:22
124:4,25 125:8,12
126:17,25 127:6,20
127:20 129:6 131:9
131:15 132:4,14
133:1,23 137:21
138:3,20 139:9
140:5,9,20,20
141:21 142:6,8,12
143:1,21 144:18
145:15 146:1 148:7
148:18 149:21,24
151:12,21 152:17
153:1,5 156:19,21
157:4 158:13 162:8
167:17,21 168:5,8
168:16 169:25
171:20 173:7 176:6
176:11,16 178:19
180:15 181:10
183:10,24 186:10
186:13,20 187:15
188:2 189:5 190:13
192:9,24 196:12
201:6,14 203:1,22
204:20 205:4,15
207:4 210:5 211:1,1
211:25 212:6,17
213:7,12,17 214:13

216:9 217:24
219:23 220:8,16
221:13,15 223:11
227:8 228:1 230:3,9
231:1,12,17 236:6
236:11,16 237:11
238:15 239:15
240:1
objected (1)
81:20
objecting (4)
41:23 42:21 157:8
222:10
objection (64)
14:9,13,21,24 19:17
21:24 24:22 28:23
30:25 37:14 42:21
43:8,9 46:20 59:19
65:13 80:24 81:7
83:12 91:22 93:8,14
93:18,23 101:16
102:7 107:6 109:2
115:21 116:6,17,23
117:7 121:22
122:11,14,18 123:4
123:16 125:19,23
126:3 128:6 136:1
136:11 150:17
157:5 171:2 180:24
185:19 186:4
191:18 197:24
199:24 200:5 202:7
202:13 204:6
205:17 207:5,20
217:6 221:16
222:14
objections (32)
5:8 8:13,14 14:8,13
16:6 43:3,4,14
44:14 111:19
115:18 139:16
141:1 151:16
193:11 203:5,11
204:1 206:1 207:15
208:1,5,15,21
209:10,14 210:9,22
221:6 222:20,24
objects (1)
150:16
obligated (1)
203:19
obligation (2)
176:17 187:8
obligations (9)
162:23 163:1,3,8,14
176:13 178:17

189:2 197:19
**observing (1)**
105:22
**obviates (1)**
127:22
**obviously (2)**
145:4 241:4
**occasion (3)**
30:16,16 227:2
**occasionally (1)**
135:21
**occupy (1)**
72:13
**occur (2)**
130:13 188:14
**occurred (8)**
44:5 70:18 71:1 88:8
95:18 106:24
131:20 198:17
**occurring (1)**
135:13
**ocean (1)**
72:6
**October (6)**
73:9,14,21 77:14 78:2
244:21
**off-bay (1)**
96:15
**off-site (1)**
57:18
**offered (1)**
220:12
**office (6)**
25:6,16 46:22 170:3
205:20 217:8
**officer (1)**
5:13
**officers (1)**
236:8
**offices (1)**
2:9 25:17 191:20
**offloading (1)**
144:21
**oftentimes (2)**
100:20 101:1
**oh (22)**
13:22 18:10 20:1
49:20 55:8 60:20
80:18 97:8 143:3,17
155:22 173:21
174:11 184:20
187:5 188:10
190:18 228:22
233:7,17 234:22
239:20
**okay (173)**

7:21 8:5 9:19 12:6,11
12:18,22 13:12,14
13:24 15:3 21:19
22:20 30:8 33:23
34:15 35:8 40:8,21
42:4 44:12 47:25
49:25 53:24 54:18
54:22 55:8,13 57:15
58:9,13 60:20,22
63:8,16,23 64:6,12
64:18 65:5,11 66:1
66:17 69:7,17 70:23
71:20 73:2,19 75:13
76:11,24 78:25
79:22,23 81:2 84:6
84:10 87:12 88:14
88:15 89:7,17,19
90:4 91:23,24 94:11
96:12 97:22 98:16
98:18 104:22
105:12 106:4,15
107:24 113:12
114:25 117:4
118:24 119:3 121:8
125:15 126:13,19
127:25 128:7 131:4
132:9 133:14 136:3
137:3 140:2 141:5,8
141:19 143:9,12,23
145:8,12,20 147:1
150:1 152:12 153:3
153:11 156:8,11
158:1 159:13 160:3
160:20,21 162:15
163:19 166:19,22
168:24 169:7
170:24 172:8,20
173:20 175:20
182:12 183:4
184:17,22 187:1,23
188:15,16 192:15
193:17 196:18,19
197:18 198:1,11
200:3,24 201:19
202:9 203:18
207:14 208:3,7
209:4 211:22
212:11 213:4 216:9
216:21 217:2
219:19 220:5 222:1
222:13,15 223:9
230:16,18 232:6
233:24 234:17
238:5,18 240:9,23
240:24 241:13
**old (1)**

201:22
**once (7)**
16:6 106:7 135:18,23
136:4 161:3 195:22
**one's (1)**
199:18
**one-off (1)**
227:1
**ones (7)**
9:17 55:19 176:19
199:1,10 224:3
229:3
**ongoing (4)**
157:14 167:9 170:4
204:25
**oOo (1)**
5:20
**open (1)**
26:11
**opening (1)**
95:17
**operate (1)**
236:2
**operating (1)**
214:11
**opinion (11)**
41:4 83:3,5,7 124:12
130:25 132:8 133:5
146:8 172:18 181:3
**opportunity (8)**
16:11 33:15,19,24
82:1 86:12 93:4,11
**opposed (3)**
79:10,25 163:14
**opposing (1)**
79:15
**opposite (1)**
89:2
**opposition (2)**
45:20 47:18
**order (113)**
34:7 45:14 61:24 62:1
62:2,13 75:7 82:11
82:12 83:1,22 91:5
94:1,7 153:13,17,22
154:1,5,9,14,18,22
155:1 158:5,8,20,25
159:3,5 161:4,11
162:12,24 163:2,11
163:13 164:17,23
165:1 166:12
169:21 174:14
176:15 178:14,18
180:1 181:12,17,21
181:24 193:3,22,23
194:6,11,14,15,18

194:22,25 195:4,5,8
195:12,16,21,25
196:15 198:14,19
199:4,22 200:11,21
201:16,20,22 202:6
202:16,21,23,25
203:19,21,25 204:3
204:4,7,14 205:1
206:3,6,22,24 208:6
208:8,18 209:16,20
210:12 217:16
246:15,18,20,23
247:2,6,8,10,13,15
247:19
**order/cleanup (1)**
158:25
**orders (24)**
51:20 64:14 103:9
159:4 160:13 193:7
193:19 194:2 196:7
196:7,10,16 197:2
197:20,22 198:3,9
200:3,18 201:3,10
203:4 210:16,20
**ordinarily (1)**
12:7
**ore (3)**
143:25 144:1,21
**organic (4)**
128:25 129:19 130:4
130:9
**organisms (1)**
152:3
**orientation (1)**
97:15
**ought (3)**
12:16,16 152:14
**out-of-bay (1)**
96:16
**outcome (1)**
243:17
**outfall (2)**
179:11,19
**outfalls (4)**
118:10,12,13 133:2
**outlined (4)**
36:11 44:9 62:10
218:24
**outlining (1)**
240:13
**outreach (3)**
221:2 226:23,24
**outside (20)**
24:4 28:12,18 32:16
34:14 36:2 48:18,19
58:2 62:13 64:15

88:9 166:2 171:4,6
172:17 197:24
212:1 219:6 224:6
**outwards (1)**
100:21
**overall (1)**
179:13
**overbroad (2)**
32:11,12
**overlap (1)**
24:11
**oversee (2)**
192:7,11
**oversight (1)**
177:15
**oxygen (7)**
128:24 129:19,22,24
130:1,10 134:3

**P**

**P (5)**
3:1,1 4:1,1 7:12
**p.m (15)**
103:15,17,17 104:2,6
150:6,8,8,10 189:10
189:13,13,15
241:16,17
**Pacific (6)**
2:10 6:9 195:13,18
204:11 247:17
**Paco (4)**
144:9,11,13,15
**Paddleboard (1)**
227:23
**page (36)**
17:21 68:23,24,25
69:4 70:1,2 73:7,8
84:3 88:12,13 89:17
122:21 133:8
137:11 141:4
148:24 163:17
165:1 174:13 175:2
175:4,14 196:5
206:2 244:3,8 248:8
248:10,12,14,16,18
248:20,22
**pages (1)**
86:10
**PAHs (8)**
76:3 149:14 164:20
175:18 178:7
208:16 210:2 214:5
**paid (2)**
182:5 203:16
**paint (3)**
118:17 123:6 141:8

**paints (3)**
151:11,15 152:8
**paper (2)**
211:10 224:10
**papers (7)**
45:2 76:6 95:9 215:20
216:13,14,16
**paragraph (12)**
70:2 95:17 133:24
134:16 135:15
136:4 141:4,6 143:4
143:25 148:25
163:17
**Park (5)**
92:24 195:13,17
204:11 247:17
**Parker (3)**
23:14,15,22
**part (19)**
13:24 48:7 50:17 52:2
52:20 77:2 84:15
107:23 108:1 123:9
150:24 151:3 166:5
169:19 189:19
209:15 213:3
226:23,24
**part-per-billion (1)**
112:3
**partial (1)**
62:14
**participate (4)**
49:17 84:25 121:8
237:12
**participated (7)**
21:16 49:20 122:15
191:22 203:12,14
205:11
**particles (2)**
96:16 128:18
**particular (12)**
26:9 64:4 66:8 68:15
88:10 101:23 147:7
152:3 169:2 184:2
197:1 226:18
**particularly (2)**
134:21 135:5
**parties (13)**
5:4 40:5 48:23 49:11
176:19,22 181:16
181:20 182:2 209:7
229:8,9 243:15
**Partner (1)**
26:21
**partners (1)**
26:20
**parts (39)**

47:11 87:22,23 88:21
90:1 107:14 112:8
113:17,25 114:3,15
114:17,21 115:5,11
115:16,19 134:4
141:16 162:19,20
165:13,18 168:6,17
174:15,19 175:21
178:23,23 183:18
184:8,10,11 206:13
206:14,14,18
207:18
**party (7)**
39:23 161:23 176:18
178:9,13 181:18,25
**pass (2)**
8:17 12:18
**passing (2)**
138:7 154:19
**path (1)**
28:24
**pathway (1)**
85:5
**Paul (2)**
36:19 37:24
**paused (1)**
21:3
**PCB (55)**
51:8,23 52:7 56:12,16
61:16 62:12,19
63:11 64:17 70:4,10
72:9,17 76:16 80:10
82:23 85:5 89:18
95:20 96:24 98:25
99:7,18 100:4,4,15
102:3,22 103:1
108:24,25 109:11
109:15 111:8,16
112:9 117:5 136:21
136:23 156:13
157:16 158:23
159:17,18,18 161:4
162:15 168:16
178:22 182:24
183:23 184:8
188:24 206:13
**PCB-containing (1)**
51:12
**PCB-impacted (1)**
179:6
**PCB-only (1)**
161:17
**PCB-related (5)**
57:5,22 58:20 117:21
213:15
**PCBs (202)**

11:25 18:15 46:19
47:4,6 50:11,16,22
50:25 51:4,12,15
52:4,15 55:19 56:5
56:19,25 57:7,16,24
58:16,22,25 59:13
59:25 60:5 61:8,24
61:25 63:2,7 64:9
65:17,18 66:3,6,10
66:12 67:15 69:22
70:18 71:14,17,21
72:1,7 73:15,20
74:1,10 75:1,15,17
76:3,24 77:5 79:16
79:25 80:22 81:6
83:4,6,8,14,25 84:7
84:21 85:10 86:9
87:14,16,19 89:9,15
89:21 90:6,11,16,23
91:3,11,15,16,17
93:16,22 94:2,7
95:2,18,24 96:4,9
96:17,19 100:9,24
101:4,15 102:2
108:13,17 109:17
109:24 110:5,8,19
110:24 111:10,22
112:3,17 113:3,18
113:23 114:4,14
115:16,20 116:12
116:15 118:1,4
131:24 137:8
138:18,23 139:7,13
140:2,7,13,18
145:20,24 146:17
146:20 147:24
148:10,13,17
149:19 152:14
153:3 156:18 157:3
157:24 158:4,20
159:10 161:12
164:18 165:13,25
166:6,12 167:14,16
167:20 168:6 169:2
169:5 170:12
171:13 174:15
175:18,20 177:16
178:7 179:2 180:10
181:14 183:14,17
184:25 185:25
193:13 196:7,11,22
197:14 201:5,7,10
205:14,22 207:25
208:10 209:13
210:3,20 212:4,7,14
212:14,20 213:10

213:22 214:2
222:22 239:14
**PCs (1)**
64:9
**peer-reviewed (2)**
76:6 216:13
**penalty (1)**
242:4
**pending (3)**
54:5 128:8 136:12
**Peng (1)**
95:11
**Peng's (1)**
95:11
**Pennsylvania (3)**
40:25 41:2 43:22
**people (15)**
25:11 26:5,10,19 38:7
126:14 219:25
220:17 221:4 223:6
224:1 225:6,13
227:10 231:5
**people's (1)**
218:21
**percent (1)**
225:5
**percentage (2)**
185:17,23
**perfectly (1)**
221:20
**perform (15)**
33:10 108:20 178:10
182:6,9 187:3
192:19 201:25
203:8,9,19 218:4
228:7 231:24
232:16
**performance (1)**
178:20
**performed (16)**
18:19,20 39:23 62:8
68:18 85:4 178:16
219:20 222:17
224:9,12 225:22
229:4,25 240:10,14
**performing (15)**
28:11 34:24 39:23
167:9 168:22
176:19,21,24
179:25 181:8,25
189:2 192:14 221:9
237:9
**performs (1)**
239:24
**period (1)**
76:8

**periodic (2)**
72:16 227:4
**perjury (1)**
242:4
**permit (1)**
118:16
**person (3)**
30:17 125:9,20
**personal (1)**
41:24
**personally (1)**
205:10
**perspective (6)**
56:10,11 125:11
129:13 140:16
160:5
**pertain (1)**
86:6
**pertaining (5)**
86:9 194:23 195:12
202:10 239:23
**pertains (6)**
18:14 92:17 154:18
196:18 204:10
209:5
**pesticides (5)**
145:13 147:2,19
149:15 214:2
**petroleum (1)**
165:16
**Ph.D (5)**
1:15 2:8 242:3,18
243:9
**PHARMACIA (1)**
1:8
**Pharmacia's (3)**
17:2,5 244:9
**phase (2)**
179:23 204:2
**phases (1)**
202:18
**PhD (2)**
104:12 244:13
**phone (2)**
30:18 38:11
**phonetic (1)**
75:22
**photo (4)**
97:24,24 120:3
150:23
**photograph (21)**
97:20,23 98:2,8,14
120:2,5,8,10,13,17
120:21,25 245:17
245:18,19,20 246:6
246:8,10,12

**photographs (3)**
97:7 119:2 120:1
**photos (1)**
97:7
**physical (1)**
155:9
**physically (3)**
105:14,19,23
**pI (1)**
165:10
**pick (2)**
123:10 234:5
**picture (3)**
123:6 141:8 151:2
**pier (3)**
89:2,2,3
**Pierre (1)**
4:17
**piers (1)**
215:10
**place (5)**
101:19,23 107:23
171:24 216:23
**placed (1)**
66:7
**placement (2)**
179:16,18
**placing (3)**
140:16 192:3 217:16
**plaintiff (8)**
1:6 3:4,11,19 7:1,3,5
7:8
**plaintiff's (1)**
54:2
**plan (5)**
62:17 119:5,13
185:12 245:23
**plane (1)**
241:3
**plankton (1)**
141:14
**planned (2)**
188:13,13
**plant (6)**
56:2 96:25 112:14
118:15,20 186:9
**plants (3)**
99:3 110:1 111:17
**please (14)**
6:16 7:10,19 15:20
22:2 23:13 39:12
66:17 77:8 81:9
99:22 128:12 170:7
173:10
**plow (2)**
233:21,21

**plus (1)**
107:14
**point (21)**
10:21 13:16 14:4 22:9
24:13 29:13,14
75:14 76:15 99:16
135:16 137:11,17
137:18 143:2
168:13 180:3
193:19 220:11
225:25 241:9
**pointed (1)**
145:5
**police (1)**
236:4
**policy (1)**
140:2
**pollution (3)**
119:23 143:6 246:4
**polychlorinated (5)**
70:4 77:22 94:16,22
245:14
**polycyclic (1)**
165:10
**popular (2)**
136:5,9
**population (2)**
231:24 232:19
**populations (10)**
141:14 152:24 212:12
231:15 233:23
234:10 235:13
236:10 239:13
240:24
**port (477)**
1:4,16 2:9 3:5,12 6:3
6:4 7:6 17:3,5,7,14
17:24 18:14,19
19:15,25 20:3,7,8,8
20:9,11,13,16 22:8
24:7,9,11,12,14,20
27:11,19,23,24 28:6
29:5 30:1 31:8,18
31:19 32:1,9,10,14
32:20,25 33:1,4,17
34:21,25 35:4,9,13
36:17,20 37:9 38:2
38:7 42:2,7,12,25
43:18,25 44:25 45:9
46:4,23 48:4 49:7
49:13,16,18 50:8,14
50:16,19,24 51:3,10
51:14,22 52:2,10,14
52:22 53:13,25
56:11,11,11,18,24
57:4,22 58:14,15,19

58:24 59:11,18,24
61:8,11,21,23,25
62:8,11 63:20,24
64:16,20 65:19 66:2
66:12,22 67:5,15,17
67:19 69:21 70:9
71:20,25 72:9,20
73:9,15,20,24 74:9
74:24 75:1,3,15
76:16 77:9,13 78:16
78:19 79:1,9,15,24
81:10 82:1,13 84:11
84:19,25 85:22
86:16 90:5 92:3,12
92:18,25 93:9,25
94:2,6,20 95:4,16
96:18 97:19 98:1,5
98:7,13 99:10
100:23 101:3,11,14
102:3,21 103:1
104:11 106:5,8,18
106:21 108:4,9,16
108:25 109:24
110:8,16,19 111:7,8
111:15,24 112:10
112:16 113:13,16
113:20,24 114:2
115:18,23 116:5,11
116:14 117:5,15
118:1 119:7,11,20
120:4,9,16,24
121:16,19 122:4,16
122:16 123:2,7
124:11,14,20,22,22
125:5,10,21,25
126:4,14,24 127:18
128:2 129:14
130:21 131:6,23
132:1,7,9,16,22
133:4 134:25
135:17,23 136:22
137:2,3,7,9,23
138:12,12,18 139:6
139:6,10 140:1,4,8
140:13,17 141:10
141:11 142:3,10
143:12,19,20
144:24 145:8,14
146:15 147:20,24
148:16,21,22,25
149:8,20,23 150:15
153:12,21 154:4,13
154:21 155:3
156:13 159:16,25
159:25 160:6,11,13
160:14 161:20

162:23 163:3,9,14
167:19,23 168:2,5
168:16,23 169:8,16
170:3 171:9,11,25
172:5,14,18 176:14
176:24 177:14
178:13,16 181:8,18
182:9,24 183:4
185:12,13,16
186:22 187:2,8,11
187:21 188:5,12,18
189:23 190:1,5,7,7
190:9,18,18,22,23
191:12,21 192:6,18
192:23 193:2,8,22
194:10,17,24 195:7
195:15,24 196:10
197:16 198:3,20,21
201:3,4,9,15,25
202:5,24 203:8,9,18
204:15 205:20
209:5,6,11,11 210:6
210:13,25 211:10
212:3,4,5,11,14
213:9,14,21 214:10
217:2 218:4 219:6,9
219:20,21 220:2,5
220:14,24 221:8,10
222:3,14,16,17,18
223:16 224:7,14
226:8,9,11,15,19
227:2 228:6,10
229:4,7,13,15,18,21
229:22 230:1,5,20
230:24 231:8,13,13
231:24 232:15,20
235:13,16,19,22,25
236:2,4,8,14 237:7
237:9,19 238:6,9,13
239:1,10,12,24
240:6,6,7,11,14
244:8,12
**Port's (47)**
28:12,17 29:8,10,20
31:23 32:4 50:11
52:6 60:4 63:2,7,17
64:8,9 67:18 69:22
83:10 108:12
115:14 116:1 118:6
123:11,14 125:10
130:20 137:18
139:12 140:15,24
143:13 145:12,20
145:24 146:14,20
149:2 151:5,7
155:15 160:6

186:17 188:24
213:4 217:20
221:18 222:11
**portion (8)**
87:5,6,17 101:22
107:10 134:18
135:2 241:15
**ports (3)**
19:25 20:4,5
**posed (1)**
54:8
**position (15)**
47:17 52:6,9,10 83:10
108:12 118:6 127:2
138:13 145:12
146:20 160:6 202:3
203:7 205:13
**positions (2)**
47:23 50:7
**possession (1)**
105:11
**possibility (2)**
23:12 83:20
**possible (3)**
44:19 100:12 112:12
**possibly (1)**
138:23
**post (4)**
3:13 179:22 187:1,1
**post-dredge (1)**
89:22
**post-remediation (1...**
167:10 168:19 175:7
175:24 176:25
177:4,22 179:23
180:14 182:22
183:5 187:3 189:3
**posted (1)**
205:5
**posterity (1)**
11:22
**postgraduate (1)**
50:3
**potential (10)**
41:5 72:5 90:23
121:17 131:19
152:15 172:2
214:15,17 217:14
**potentially (1)**
217:12
**Potter (3)**
77:11,19 244:20
**power (4)**
56:2 112:14 116:11
116:14
**PowerPoint (6)**

45:25 46:1,4,7,13
  105:1
**pre-spill (1)**
  144:5
**preamble (1)**
  193:18
**precision (2)**
  188:8,9
**preferring (1)**
  218:16
**preliminary (1)**
  14:5
**preparation (4)**
  46:9 54:15 156:8
  234:16
**prepare (9)**
  10:12 36:15 42:17
  45:24 54:19 55:11
  65:4 156:11 221:17
**prepared (28)**
  18:22 24:17 45:25
  46:14 52:22 53:2,13
  54:2 64:22 66:19
  79:1,9 104:25 155:8
  160:17 163:7
  193:20 196:14,15
  197:5,13,23,23
  205:8 234:13,15
  238:19 240:3
**preparing (11)**
  9:9,21 32:16 36:7,11
  37:6,15,18 38:21
  63:12 78:8
**presence (6)**
  48:18,19 63:2 128:3
  148:13 159:9
**present (4)**
  38:2,18 105:14
  170:23
**presentation (2)**
  45:24 46:10
**presented (3)**
  45:6 52:18 207:10
**Presenting (1)**
  94:18
**press (1)**
  219:14
**pretty (3)**
  159:11,11 182:14
**prevent (1)**
  179:19
**previous (2)**
  95:19 149:6
**previously (3)**
  12:3 55:6 149:8
**primarily (2)**

147:23 212:7
**primary (11)**
  129:18 138:19 139:7
  139:11,20 140:1
  165:25 211:5
  213:25 214:20,24
**print (1)**
  88:9
**prior (10)**
  11:23 19:15 33:10
  52:8 73:20 80:24
  87:25 124:15,23
  172:24
**priority (3)**
  139:14,14 140:18
**privilege (20)**
  14:10,14 21:23 26:5,7
  26:11,19,25 28:23
  30:25 31:16 33:12
  36:9 37:14,21 46:20
  170:1 191:17
  205:16 207:5
**privileged (3)**
  26:9 107:7 217:9
**probably (10)**
  7:25 14:24 25:17 37:3
  66:11 106:14
  112:14 123:18,19
  233:14
**probe (1)**
  22:1
**problem (4)**
  119:17,21 124:3
  246:2
**problems (1)**
  123:22
**proceed (5)**
  8:4 12:7 14:2 16:21
  156:3
**proceeding (1)**
  193:12
**Proceedings (1)**
  13:8
**process (12)**
  16:10 48:5,8,11 166:7
  169:11 173:6,18,23
  177:13 192:6
  226:25
**processes (1)**
  52:12
**produce (2)**
  105:3,10
**produced (12)**
  8:14 9:14 10:16,20,23
  12:3 35:17 46:1
  52:12 56:18 95:10

97:4
**product (2)**
  26:13 188:5
**product-related (1)**
  58:11
**production (4)**
  9:24 10:13 11:13,22
**products (1)**
  51:12
**professional (2)**
  44:23 50:4
**profound (1)**
  124:2
**program (16)**
  49:15 62:15 66:6,15
  67:13 68:2 70:3
  72:12 137:4 151:6,8
  169:9 211:6 218:19
  221:2,2
**prohibition (2)**
  132:21 230:11
**project (4)**
  26:8 94:14 174:1
  179:22
**project's (1)**
  176:9
**projects (6)**
  24:1,2 121:14,16,18
  121:21
**prominent (1)**
  138:2
**promulgated (1)**
  80:11
**properties (3)**
  97:25 98:5 193:1
**property (8)**
  50:16 57:17 58:5
  83:15 91:17 193:14
  196:23 197:14
**proposal (1)**
  114:20
**proposed (5)**
  45:20 76:23 77:21
  114:16 156:23
**proposition (2)**
  80:2,4
**prosecute (1)**
  236:15
**protect (1)**
  236:9
**protection (2)**
  237:10,17
**provide (15)**
  46:4 48:1 52:1 64:1
  64:21,22 74:22
  101:6 127:18

172:18 207:17,22
  220:20 226:4,22
**provided (10)**
  34:1 42:9,10 57:5,23
  58:20 63:24 128:14
  205:7 229:11
**provides (2)**
  72:16,25
**providing (4)**
  41:4 59:21 122:9
  177:14
**public (31)**
  1:4 111:25 112:11,17
  112:18 113:5 128:4
  134:17,20 135:1,4
  135:10 158:6 170:5
  170:8 182:4 207:8
  218:2,4,15,20
  220:12 222:2,3,6
  226:24,24 232:4,7,8
  235:20
**publication (1)**
  224:10
**publications (2)**
  216:4,5
**publicized (1)**
  231:5
**publicly (2)**
  205:2 224:22
**published (13)**
  45:2 75:20,24 76:6
  94:17 95:12 215:6
  215:17,18,19
  216:20 224:15,16
**pulled (1)**
  13:1
**pulling (1)**
  209:9
**purpose (6)**
  16:17 29:23 36:6
  53:18 83:21 158:22
**purposely (1)**
  139:5
**purposes (32)**
  9:3 12:12,17 21:8,12
  22:13,17,21 23:6
  26:14 27:2 29:20
  36:11 37:5,15 53:13
  55:14 90:23 101:12
  107:2 112:17
  127:12 175:24
  184:24 192:25
  207:6 217:3 221:11
  222:19,23 224:19
  230:2
**pursuant (2)**

68:1 205:19
**pursue (1)**
  24:5
**put (16)**
  9:7 129:3,9 135:10
  139:10 150:12,23
  156:6 159:16
  177:10 194:8 198:9
  200:4 201:13 211:9
  233:8
**putting (5)**
  36:14 127:23 139:20
  190:9 192:8

―――――――

**Q**

**qualifies (2)**
  112:14 113:2
**qualify (1)**
  106:17
**quality (15)**
  11:20,25 13:7 45:7
  50:21 85:19,24 94:1
  119:18 123:21
  131:21 141:12,16
  143:14 245:6
**quantitative (3)**
  72:22 123:23,24
**quarantine (2)**
  135:10,12
**query (1)**
  224:4
**question (74)**
  5:8 15:20 16:1 17:22
  23:1 47:2 51:2 58:8
  60:10 62:22 64:3
  69:11 72:19 73:2
  74:5,25 79:8 80:20
  84:12 100:1 101:12
  101:17,25 102:8,25
  105:19 108:21
  109:13 110:7,7
  111:1,2,5 112:5
  114:18,18 117:15
  117:24 123:13
  124:16,20 125:20
  128:8 134:24
  136:12 139:6
  140:25 142:9
  150:16,22 152:6,7
  152:12 159:15,24
  160:1 163:10 170:7
  172:21 178:1 187:6
  187:16,21 188:18
  189:25 220:13
  221:14 230:13
  231:23 234:16

238:16 240:4,9,21
**question's (1)**
230:19
**questioning (3)**
24:5 158:23 212:1
**questionnaire (1)**
224:5
**questions (28)**
15:19 33:15 38:16
41:24 50:13 51:25
53:20,23 54:5,5,8,9
54:14,16,16 100:8
100:22 104:24
121:14 150:22
172:17 199:20,21
213:20 225:12
227:16,19 239:11
**quick (1)**
18:6
**quickly (3)**
10:23 14:7 92:2
**quite (2)**
119:9 122:22
**quote (1)**
163:21

**R**

**R (4)**
3:1 4:1 242:1 243:1
**R9-2002-0123 (3)**
91:7 92:4 245:9
**R9-2004-0277 (2)**
194:11 247:6
**R9-2005-0019 (2)**
92:13 245:10
**R9-2007-0043 (2)**
92:19 245:11
**R9-2008-0027 (3)**
92:23 93:1 245:12
**R9-2011-006 (2)**
194:18 247:8
**R9-2012-0024 (2)**
154:5 246:21
**R9-2014-0007 (3)**
194:23,25 247:10
**R9-2015-0018 (3)**
154:14,18 246:24
**R9-2015-0058 (3)**
195:6,8 247:13
**R9-2017-0021 (3)**
154:22 155:1 247:3
**R9-2017-0081 (2)**
195:16 247:15
**R9-2018-0035 (2)**
195:25 247:20
**raised (2)**

83:13 226:16
**ramp (6)**
218:10 219:12,15
220:24 229:22
231:5
**ramps (2)**
218:11 221:10
**ran (1)**
233:11
**randomly (1)**
71:5
**range (13)**
87:21 106:14 109:21
109:23 112:4 152:4
152:5,7 183:17
205:25 206:13
207:10 234:17
**ranging (1)**
89:25
**ranked (1)**
149:13
**ranks (1)**
140:18
**Rapids (1)**
39:16
**rarely (3)**
84:7,21 85:10
**Raritan (1)**
39:14
**rate (2)**
111:8,13
**raw (4)**
123:19 124:2 135:24
137:20
**re-mark (2)**
97:14,18
**reach (2)**
191:9 218:19
**reaction (1)**
149:2
**read (21)**
17:19 32:5 43:19
53:22 55:10 56:20
63:4 79:6 85:15
122:24 123:9,10
127:5 142:22 144:1
149:2 168:11 179:4
198:18 215:21
242:4
**reading (2)**
68:8 143:2
**reads (1)**
11:23
**ready (2)**
156:2,4
**reaffirm (1)**

42:20
**reality (1)**
28:4
**realized (1)**
47:10
**really (8)**
28:6 49:16 69:9 95:14
160:16 197:8
209:19 212:20
**realm (1)**
170:9
**Realtime (2)**
2:11 243:7
**reason (16)**
16:20 22:4 55:10
74:20 85:3 163:6
172:16 248:4,8,10
248:12,14,16,18,20
248:22
**reasonable (1)**
184:17
**reasons (1)**
196:13
**reassess (1)**
117:5
**rebound (1)**
135:25
**recall (21)**
30:19 40:23 44:1,7
53:16 56:6 68:8
107:11 168:11,14
185:14 208:2,20
214:6 215:17,19
216:2 225:5,7,12
228:20
**received (6)**
44:16 50:5 67:19 73:8
73:17 170:2
**recess (4)**
61:2 103:17 150:7
189:12
**recognize (4)**
20:14 198:10,10,12
**recognized (1)**
212:25
**recollection (1)**
74:3
**recommend (1)**
12:7
**recommendations (1)**
226:8
**recontamination (2)**
180:18 214:18
**record (29)**
7:19 14:4 16:6,6
17:19 32:6 33:22

43:19 60:24,25 61:5
63:9 77:17 103:16
104:7 150:5,10,12
155:14 157:14
164:12 182:4
189:11,16 230:20
235:22 241:16
243:12 248:5
**record's (2)**
100:3 174:9
**records (3)**
25:25 26:12 71:17
**recovery (5)**
39:10,21 40:11,13
43:25
**recreational (5)**
113:1 133:25 134:21
135:5 226:22
**rectify (1)**
107:19
**redistribution (2)**
72:7,7
**reduce (1)**
146:2
**reduced (1)**
72:1
**reduction (3)**
71:14 151:6,8
**reductions (1)**
71:8
**Redwelds (2)**
10:15 11:3
**refer (2)**
8:21 88:20
**reference (2)**
118:10 144:9
**referenced (5)**
35:4 41:16,17 45:1,2
**referred (1)**
121:11
**referring (10)**
67:14 87:25 88:20,22
117:21 118:12
149:11 174:18
192:5 236:24
**refine (1)**
156:24
**refuge (2)**
237:13 238:14
**regarding (2)**
33:16 92:10
**regardless (1)**
197:4
**region (2)**
13:8 149:16
**regional (82)**

11:20 13:7 45:6,13
46:10 47:11,24
50:21 62:13,15 75:6
80:11,15,17,21
82:19 83:25 86:24
91:7 92:9 93:21
94:1,8 105:1 107:3
107:25 113:16
114:2,13,19 115:4,6
115:19 119:18,22
135:20 137:19
142:23 143:13
154:9 157:2,19,22
158:25 159:5 160:5
160:8,10,18 161:4
162:16 163:13,21
165:6,22 168:5
169:7 171:11,18
175:16,20 178:9
181:1 183:21
184:23 185:24
189:1,2 192:18
193:3 196:7 201:4,9
201:15 202:6 206:5
206:23 207:8 210:7
210:24 212:25
246:3
**regions (3)**
112:5,7,8
**Registered (1)**
243:6
**regulate (2)**
152:4,5
**regulated (2)**
152:3,7
**regulatory (3)**
50:20 91:21 138:11
**rejected (4)**
55:4,11,12 188:3
**relate (5)**
11:24 52:15 145:22
146:22 148:2
**related (12)**
11:21 45:7 47:19
50:21 53:22 54:13
100:22 131:24
188:7 216:15
240:24 243:15
**relates (6)**
51:17 112:5 124:8
152:6 155:1 218:1
**relating (1)**
13:25
**relationship (2)**
123:23 146:4
**relative (8)**

56:7 103:5 131:10
133:3 136:2 192:14
203:6 224:4
**relatively (6)**
9:22 70:20 109:19
131:21 139:3 231:7
**release (1)**
219:14
**relevant (3)**
67:19 99:14 115:25
**relied (6)**
8:21 9:3 10:3,7,11
33:18
**relies (1)**
230:1
**rely (2)**
127:5,11
**relying (4)**
55:13 117:13,14
130:24
**remainder (2)**
150:15,17
**remains (1)**
183:6
**remedial (1)**
182:12
**remediate (2)**
94:2 184:24
**remediated (4)**
180:10 182:21 184:24
186:24
**remediating (1)**
167:20
**remediation (26)**
47:16 76:17 144:17
157:16 166:15,25
167:4 173:15
175:21 176:4,5,8
177:15,20,21
178:10 179:20
182:17,21 183:8
184:18 187:3,12,20
187:25 188:20
**remedy (7)**
162:3 172:2 173:6
174:2 179:13,15
181:8
**remember (9)**
29:16 38:14 68:7 82:8
108:11,13 189:24
216:14 226:2
**removal (1)**
188:4
**remove (2)**
71:18 96:9
**removed (4)**

70:19 71:21 96:20
172:16
**reopened (1)**
219:16
**repeat (1)**
22:25
**rephrase (6)**
15:20 23:2 111:6
151:13 158:1
230:13
**replaced (1)**
70:20
**report (53)**
21:8 22:14,22 53:7,10
56:20 66:19 67:20
68:5,15 72:23 73:4
73:18,21 82:16 84:4
84:18 85:18,22 86:4
86:13,15,23 87:13
89:18 90:10 99:16
119:16,17,20,22
121:5 123:2 134:9
134:25 146:8
191:15 202:19,20
203:10 204:2,3
205:7,8,10 208:25
209:2 224:11 225:9
226:4 245:5 246:1,2
**report-driven (1)**
54:14
**reported (4)**
1:20 118:5,18 237:7
**reportedly (1)**
141:24
**reporter (20)**
2:11,12 6:14 7:9,14
12:5 15:24 59:4
70:12 97:16 98:20
116:3 117:10 133:7
134:22 142:15
177:24 214:23
243:6,7
**reporting (3)**
6:12,15 176:20
**reports (26)**
22:18 52:17,21 53:1,4
53:12,16,22,23 54:1
54:4,7,15,19 55:10
55:14 62:5,11 67:10
67:12,22 68:17
69:24 118:16
169:24 192:21
**represent (2)**
86:3 119:8
**representative (14)**
17:14,24 27:11 29:9

31:24 33:1,3 42:7
45:9 53:25 104:14
111:7 130:20 239:9
**representing (1)**
78:25
**represents (1)**
204:3
**request (4)**
10:13 11:13,22 105:8
**requests (1)**
105:3
**require (1)**
175:9
**required (12)**
16:8 107:23 116:25
162:18 169:10
176:1,14 183:5,9
203:24 204:25
209:15
**requiring (2)**
68:9 192:18
**Research (1)**
94:14
**reserved (1)**
5:9
**resist (1)**
15:23
**resolution (14)**
91:7,25 92:3,10,12,18
92:23,25 116:19,22
245:9,10,11,12
**resolutions (1)**
93:5
**resolving (1)**
167:16
**Resort (3)**
194:16,19 247:9
**resource (5)**
41:5,8 44:2 66:20
122:3
**resources (14)**
41:17 43:23 67:3
76:22 77:20 78:1
119:5,12 121:6
129:5 139:3 140:16
220:20 245:22
**respect (22)**
17:22 18:5 43:24
58:14 59:11 65:17
109:12 114:19
123:11 146:17
162:23 170:4 181:1
182:16 186:18
187:8 201:16 210:8
211:17,20 221:9
223:3

**respective (1)**
5:4
**respond (3)**
53:21,23 105:5
**responded (1)**
180:25
**response (11)**
10:13 74:9 82:19
86:24 90:7 116:1,5
206:22 209:11
226:12 240:9
**responses (2)**
10:8 116:4
**responsibilities (1)**
192:12
**responsibility (7)**
189:23 190:1,5,7,12
192:13 226:21
**responsible (4)**
161:23,24 167:15,19
**responsive (2)**
105:2 226:15
**restart (1)**
134:23
**restate (4)**
100:3 128:9 158:17
188:18
**restoration (2)**
157:15 238:1
**restriction (1)**
212:22
**restrictions (6)**
132:16,18 136:21,23
163:9 222:25
**result (5)**
69:23 90:4 144:20
180:19 216:12
**resulted (1)**
205:21
**resulting (2)**
148:3
**results (14)**
85:9 87:13 168:24
177:3 205:14
206:18,21,23
208:19 217:2 220:6
220:21 221:19
222:12
**resume (2)**
8:17 10:12
**resumed (1)**
104:4
**resuspend (1)**
214:12
**resuspending (1)**
215:3

**resuspension (4)**
217:1,10,13,22
**retained (8)**
28:14,17,21 29:9,19
31:8 32:8 49:8
**retaining (3)**
190:16 227:12,13
**retention (3)**
28:3,18 32:22
**revetment (1)**
179:18
**review (26)**
12:9 16:11 41:20 49:8
52:21 53:4,5,7,9,18
54:6,7 67:9 82:1
86:12,15 93:5,11
95:6 190:15,23,25
192:21 203:12
205:10 224:19
**reviewed (21)**
52:17,24 53:1,12,25
54:1,4,15,18 82:7,8
86:11 129:2 144:14
151:7 156:8 158:15
158:18 164:9 193:7
202:17
**reviewing (4)**
86:16 111:2 190:25
209:19
**RFPs (1)**
10:9
**RHMP (3)**
71:2 72:15 149:11
**Rhyne (5)**
1:21 2:11 6:14 243:6
243:25
**right (70)**
9:1,22 10:14 13:5
15:6,12,21 16:3,20
16:25 18:7 19:12
20:2 24:15,16 28:5
28:13 34:17 35:10
41:14,23 43:11,12
43:21 50:1 58:8
65:8 69:5,10 76:11
76:14 83:2,9 91:19
114:1,5,12 121:3
146:16 147:6
155:21 157:7
158:21 167:10
169:15 174:16
175:5,8,11,23 176:3
179:11 180:3
182:18 188:10
191:14 192:1
197:12 199:14,19

201:2 209:7 222:5
225:20 229:7 232:9
232:14 234:24
235:4,11
**rise (1)**
113:4
**rises (1)**
147:5
**risk (1)**
116:25
**risks (2)**
117:2,2
**Road (1)**
89:6
**roadmap (1)**
126:15
**Robert (2)**
4:12 6:17
**rock (1)**
170:21
**Rohr (5)**
56:2 112:13 120:22
121:1 246:14
**role (5)**
33:9 42:7 49:6 181:8
236:5
**room (1)**
36:23
**roster (1)**
52:3
**roughly (1)**
173:18
**route (4)**
83:16 91:18 193:15
197:15
**row (1)**
102:19
**RPR (2)**
1:22 243:25
**Rule (5)**
11:24 17:3,6 78:9
244:10
**rules (2)**
8:2 14:18
**run (2)**
123:5 175:1
**running (3)**
103:11 189:7 216:14
**Ryan (3)**
153:13,17 246:16

---

**S**

**S (5)**
3:1 4:1 7:12 104:3
244:6
**S-O-N-G (1)**

77:25
**safe (1)**
9:13
**salinity (1)**
141:13
**sample (3)**
82:15 102:9,10
**samplers (1)**
204:23
**samples (13)**
68:11 75:25 87:9 89:4
89:14 112:2 171:4
204:22 205:23
206:9 207:17 208:4
208:6
**sampling (14)**
88:8 169:20,22
170:10 198:17
204:21,22,25
209:15,17 211:6
240:5,7,10
**San (164)**
1:4,5,16,17 2:9,10 3:4
3:11,19,21 4:11 6:3
6:4,9 7:5,8 11:20
13:8,8 17:3,7,13
19:25 20:8 21:17
22:9 23:24 25:22
26:14 29:11 30:11
30:21 31:14 33:17
34:25 35:5,9,13
45:6 47:4 50:8,16
50:22,25 52:7,13
55:19 58:22,25 59:1
59:12,25 66:3 67:15
67:25 70:10 73:9,15
75:16 76:23 77:2,4
77:22 78:17,20
79:10,14,14 80:12
80:22 82:5,13,14
85:21,25 93:6,12,16
94:17,23 95:25 97:5
97:9,15,23,24 98:5
98:11,21 99:4 101:4
105:20 108:4
113:18,23 114:14
115:7 116:12 119:4
119:17,18,21,22
121:4 122:10 123:8
125:22 126:16
132:12,23 135:13
136:9 139:7,8,15
141:23 142:4,10,25
143:4 144:25
149:13 152:10,22
152:25 155:9 157:1

157:22 158:4,16,24
159:19 161:10
163:3,15 176:5
178:13,16 185:18
196:11 198:4
204:16 213:1
215:22,24 216:1
220:7 231:15,25
235:14,17,20,22
236:10,19 237:3
239:13,14 243:4
244:11 245:8,16
246:1,3
**sand (1)**
162:3
**SARACHAN (1)**
4:15
**satisfaction (2)**
222:11,12
**satisfied (2)**
220:5,10
**save (1)**
233:14
**saw (5)**
27:14 41:19 168:14
179:5 219:14
**saying (9)**
13:22 23:2 26:12 36:1
60:11 71:7 102:11
113:6 126:10
**says (11)**
84:21 90:3 95:17
133:9,17,18 134:9
135:20 141:23
149:12 166:12
**SCCWRP (8)**
94:14,20 146:10
227:7,9,25 229:12
245:13
**schools (2)**
50:4 135:21
**science (3)**
19:10 41:3 94:17
**scope (123)**
14:11 24:4 41:12
42:21 57:9 58:17
65:10,14,21 79:19
80:24 81:7 82:9
83:12 90:8,12 91:12
93:8,14,18,23 101:5
101:16 102:7 103:3
108:23 109:2
110:22 111:12
112:1,21 113:6,10
113:11,14 115:8,21
116:17,23 117:7

121:22 123:4 124:4
124:25 125:12
126:25 127:6,21
129:6 136:1 138:5
139:9,17 140:5,9,21
141:21 142:12
148:7,18 149:24
151:12,21 152:17
153:1,5 157:4,6,9
157:14,17,18,24
158:13 159:12
162:8 168:9 172:17
173:7 180:24
183:11 185:19
186:4 187:15
190:13 192:24
196:13 197:25
199:24 200:5 201:6
201:14 202:7 203:1
203:22 204:20
205:4,16 207:4
210:5 211:2 212:1,6
212:17 213:12,17
214:13 216:10
217:6,24 220:8,16
221:15 231:1,12,17
236:13,16,21 237:5
237:11 238:15
240:1
**Scott (1)**
89:6
**screen (2)**
111:3 208:7
**SDG&E (2)**
56:1,2
**seafood (1)**
146:3
**sealing (1)**
5:5
**seals (1)**
135:21
**Seattle (2)**
20:7 25:9
**second (6)**
35:2 70:2 133:8
155:15 193:10
194:14
**secondarily (2)**
202:24 203:3
**secondary (1)**
139:11
**section (8)**
76:24 78:3 79:17 84:4
84:7 95:14 122:20
126:10
**sections (2)**

123:11 132:11
**secured (3)**
26:15,17 27:1
**sediment (25)**
11:21 85:19,23 97:4
99:7,18 100:4
143:14 144:17
146:4 147:8 148:16
148:22 149:13
155:12 170:13,17
172:23 173:4
174:15 179:16
217:14,16,22 245:6
**sediments (26)**
46:19 81:12 82:3
95:20 116:15
142:20,24 143:6
144:4 145:25
146:14,14,21,24
147:12,21 148:1
149:4 152:15,22
176:7 211:6,7
214:12 215:3 245:3
**see (39)**
9:25 10:15 13:22 20:5
26:23 65:6 68:5,19
70:7 73:12 84:4,8
85:14 89:5 91:14
95:15 96:10 104:22
109:14 110:4 119:3
135:17 136:6
137:15 141:6,17
142:1 144:7 147:4
149:17 158:23
163:24 165:14
194:7 199:5 221:4
225:9 234:11 241:8
**seeing (3)**
168:10 200:8 206:23
**seek (1)**
34:13
**seeking (6)**
41:6 112:16 172:14
187:11,21 188:19
**seeks (1)**
220:2
**seen (10)**
17:10 67:10 78:5,23
95:3 122:23 123:1
143:20 177:5
196:20
**selected (2)**
33:10 71:5
**Selica (3)**
77:11,19 244:20
**senior (1)**

23:16
**sense (15)**
18:21 22:2 24:6 42:2
49:6 110:14 124:1
129:18 130:3,16
146:2 166:3 169:20
225:13 237:23
**sentence (11)**
84:6 89:20 90:3 96:8
135:9,19 141:23
143:5 144:1 149:12
163:20
**separate (14)**
21:13 23:5 24:19 25:3
27:24 28:15,18
34:21 61:17 84:17
100:8 206:9 216:15
235:2
**separated (1)**
25:3
**separately (3)**
28:14 34:13 36:21
**September (6)**
119:6 13,16,23
245:23 246:5
**sequence (2)**
153:8 155:6
**sequentially (1)**
194:5
**series (1)**
71:9
**serious (2)**
212:5 213:15
**serve (3)**
29:5 33:24 34:13
**served (2)**
8:12 49:12
**server (1)**
26:18
**service (2)**
237:14,21
**services (3)**
77:19,24 237:25
**serving (4)**
20:19,21,24 29:20
**SESSION (1)**
104:1
**set (22)**
9:24 12:2 21:14 27:1
49:13,14,15 50:4
107:19,20 116:11
141:15 152:18
164:22 165:3,17
175:20 196:4 208:8
213:2 243:10,19
**sets (1)**

175:16
**settle (1)**
217:18
**settled (3)**
128:17 169:3 170:23
**settlement (12)**
47:20 48:24 49:4,11
49:13,18,20 106:17
107:11 182:2 187:2
191:22
**settling (2)**
170:15,22
**seven (3)**
165:20 234:12 239:21
**severe (2)**
213:10,15
**sewage (28)**
119:17 123:19 124:2
124:8 127:19,22
128:10,16 129:1,3
129:15,16,17 130:5
130:11 131:11,11
133:2,4 134:20
135:4,18,24,24
136:2 137:20 138:1
230:12
**Sewerage (2)**
119:21 246:2
**share (2)**
233:4 240:17
**shared (1)**
33:16
**Shawn (2)**
4:13 6:19
**sheets (3)**
86:4,5,9
**Shelter (23)**
68:20,21 69:1,5,14,18
92:10,24 99:25
101:8 145:6 150:25
218:10 219:5,11,11
219:15 220:15,22
220:24 222:17
229:2,21
**shift (1)**
137:20
**shifted (1)**
103:8
**shipbuilding (4)**
96:25 99:3 118:20
125:16
**shipping (1)**
215:2
**ships (1)**
215:10
**shipyard (69)**

11:21 45:10,14 46:10
46:14,18 47:4,7,12
48:15 49:7 56:1
102:16 106:16,23
107:1 113:24 114:9
114:16,21 115:9
120:8,10 127:14
152:20 153:7 154:1
154:11 155:12
164:9,15 166:5,16
166:18 167:1,23
168:20 169:8,17
172:15,23 173:4,22
173:25 174:5,21
176:14,25 177:4,7,8
177:15,21 180:5
181:9 186:9,11,11
187:13 188:21
189:4 213:3 215:10
223:6,7,10,12,14
246:9
**shipyards (20)**
45:21 48:7,10,13,17
101:24 102:13,16
102:18 103:6
109:13 110:1,10,21
111:10,18 174:14
176:3,22 188:21
**shore (1)**
131:21
**shoreline (7)**
92:24 99:2 100:16
224:1,25 225:13
227:3
**shorelines (1)**
135:11
**shores (1)**
133:19
**shoreside (4)**
100:14 225:18,19,22
**short (1)**
9:22
**short-circuit (1)**
49:2
**shorthand (2)**
2:12 7:14
**Shortly (1)**
49:10
**show (5)**
44:11 69:8 99:14
101:21 112:3
**showing (1)**
167:13
**shown (3)**
54:6 70:4 169:1
**shows (3)**

13:15 97:14 230:23
**sic (4)**
20:18 24:19 28:4 38:5
**side (3)**
89:2 192:8 226:1
**sign (4)**
16:11,11 26:10,22
**sign-in (1)**
26:11
**signatures (1)**
216:24
**signed (3)**
5:12,14 77:23
**significant (7)**
89:8 109:4,5 111:13
111:16 135:16
144:25
**significantly (1)**
133:14
**similar (2)**
193:23 240:13
**Similarly (1)**
70:3
**simple (1)**
159:15
**single (7)**
52:6 53:21 56:16 64:3
102:9 157:9 216:12
**single-digit (1)**
112:3
**singular (1)**
71:9
**sit (19)**
16:18 51:10 53:24
68:16 82:22 83:24
93:25 126:22
127:17 137:23
148:15 168:12
171:9 187:7 207:16
208:22 212:3
226:14 230:6
**site (60)**
11:21 45:10,23 46:11
46:15,18 47:4,7,12
47:15 48:15 49:7
68:20 69:8,14
102:16 109:19
113:24 114:9,11,14
115:9 118:20,20
138:23 139:1
144:15 152:20
153:7 154:11
155:13 158:19
161:9,17 164:21
171:19 172:23
173:5,22,25 176:4

176:25 177:4,7,8
178:21 181:9 183:6
184:2 186:18 187:9
187:20 191:5,10,11
191:13,16 192:4
198:25 213:3
**site-specific (4)**
51:7 145:9 174:19
183:22
**sites (75)**
51:5,17,18,19,21
63:17 65:24 70:17
71:10 89:23,24,24
117:1 118:4,19
153:6 154:3 155:4
155:10,17,25
156:12,13 157:1,1,6
157:12,16,17,21
158:3,6,16,24 159:1
159:17,19,24
160:19,22,25 161:5
180:10,13 181:4,6
182:20,20,25
183:13 184:7,15,19
184:22 186:7,16
187:7,9,21 188:24
188:25 189:19,25
190:8,11,16,17,19
190:20 191:2 192:2
192:8,13 193:2
247:4
**sits (2)**
210:7 212:3
**sitting (2)**
143:12 170:14
**Situ (3)**
94:15,21 245:13
**situation (6)**
90:20 107:19 134:1
134:14 172:2
240:18
**six (10)**
22:7,12,17 25:17
36:10 193:7 198:8
200:4,17 234:11
**size (1)**
185:18
**Skate (1)**
227:23
**sludge (1)**
134:13
**small (9)**
24:25 25:10 109:19
132:20 151:19
152:9 179:1 182:14
185:17

185:17
**smothering (2)**
129:21 130:10
**snapshot (1)**
72:25
**so-called (2)**
159:16,18
**SOKOL (1)**
4:15
**Solar (1)**
55:25
**sole (1)**
201:7
**solely (3)**
28:1 54:7 139:21
**solid (2)**
133:17,18
**SOLUTIA (1)**
1:8
**solved (1)**
135:24
**somebody (6)**
38:5 74:2 190:25
211:8,8,9
**somewhat (2)**
85:15 138:22
**Song (3)**
77:14,25 244:22
**sorry (35)**
8:24,24 14:6 47:25
51:1 60:20 61:10,15
65:1,21 80:17 82:12
97:8 100:2 103:10
105:23 114:1
128:22 142:8
155:19 170:6,18
173:21 174:11,23
181:21 184:20
187:5 195:4 196:21
200:7 211:18,18
221:24 234:24
**sort (19)**
8:2 18:23 24:10 27:19
76:15 121:16
129:21 142:18
156:17 158:24
189:22 196:6
217:18 218:22,22
223:2 225:9,12
233:22
**sorted (1)**
44:15
**sought (7)**
50:24 51:3,14,22
61:23,25 64:16
**sound (1)**

166:23
**sounded (3)**
18:7 193:17 238:20
**sounds (2)**
12:19 172:23
**source (25)**
51:6 59:25 60:5 83:6
83:8 89:24 90:16
100:19,21 110:5,15
146:12,22,25
147:16 169:12,14
171:12,15,21,22
172:3,4,4 209:12
**sources (22)**
52:16 61:8,12,23,25
62:12,19,24 63:11
63:21 65:14 66:10
83:13 100:14,20
111:7,10 112:13
131:1 137:14
145:18 214:18
**south (18)**
56:2 95:21 98:12 99:8
112:13,14 120:21
120:25 133:19
134:5,11 237:13,24
238:1,11,13 239:7
246:13
**Southern (3)**
1:2 6:6 94:13
**spacial (1)**
214:19
**spatial (1)**
212:18
**speak (7)**
15:24 31:24 79:1
128:10,12 159:20
160:17
**speaking (3)**
24:6 35:6 43:4
**specialist (2)**
6:12 19:11
**specialty (2)**
19:9 23:18
**species (3)**
131:18 227:14 237:18
**specific (43)**
14:21 15:19 18:19,23
22:3 27:25 57:7,25
62:23 83:13 101:2
121:23,23 123:18
124:5 127:21
138:23 140:12
153:6 157:3,20,24
161:4 162:15
164:22 165:3,6,9,21

173:9 183:23
185:20 193:20
196:7 197:1,6,21
203:21 215:22
228:22 233:1
238:10 239:11
**specifically (13)**
37:5 58:10 68:5 114:9
124:8 166:9 170:12
191:10 196:14
223:23 227:11
231:19 238:2
**specificity (1)**
62:19
**specified (1)**
161:11
**speculating (1)**
191:7
**speculation (2)**
181:2,3
**Spell (1)**
39:12
**spend (2)**
95:13 225:10
**spending (2)**
106:20 190:9
**spent (3)**
38:20 172:24 209:19
**spill (1)**
144:4
**spilled (1)**
144:21
**spills (2)**
144:1,2
**spoke (2)**
45:8,10
**spokesperson (1)**
42:2
**sponsor (2)**
230:24 231:9
**sponsored (1)**
232:23
**sport (4)**
136:4,8,14,16
**ss (1)**
243:3
**St (1)**
4:19
**staff (16)**
22:16,20,23 23:3,5,7
23:9 36:17 38:7,7
119:17,21 126:14
135:20 190:14
246:2
**stage (4)**
161:6 182:22 196:4

217:21
**stages (1)**
120:15
**stamp (3)**
73:7,8,12
**stand (1)**
115:13
**standard (4)**
45:21 115:5 175:21
175:25
**standards (3)**
45:23 141:16 183:17
**stands (3)**
126:23 180:16 197:24
**Star (12)**
218:13 223:20 224:6
225:4 226:12 227:6
227:15,24 228:7,24
228:25 229:3
**start (9)**
6:1 34:3 123:13 161:8
173:24 177:25
211:8 217:13,17
**started (9)**
29:1,4 76:17 135:24
135:25 137:19
142:24 143:14
166:21
**starting (4)**
13:15 30:2 75:14
76:15
**state (31)**
7:18 14:23 40:25 41:2
66:14,19,20,23 67:2
67:3,6,13 69:23
76:22 77:20 78:1
79:16 107:25
115:24 116:19
141:15 155:14
221:18 222:11
231:14,20 236:22
243:2,8 244:16,18
**stated (6)**
14:9 79:3,4,5 136:24
214:9
**statement (8)**
54:3 69:21 70:7 96:13
142:17 143:17
146:7,12
**statements (1)**
140:1
**states (12)**
1:1 6:5 70:3 84:7
89:20 96:8 133:24
134:3,25 135:15
148:25 163:20

**station (1)**
134:11
**stations (10)**
71:4,4,6 72:13 75:25
109:6 208:12 214:6
214:7,7
**statistics (1)**
224:4
**status (4)**
124:12 199:21 204:18
209:1
**stay (2)**
63:10 155:23
**stayed (1)**
130:1
**step (2)**
35:19 91:21
**steps (2)**
210:8 217:4
**sticker (1)**
233:9
**stipulated (4)**
5:3,7,11 166:4
**stipulation (6)**
14:7 15:7 19:18 43:3
43:11,13
**stock (1)**
235:25
**stood (1)**
222:22
**stop (5)**
43:12 59:12 103:12
103:13 177:7
**stopped (1)**
135:18
**storm (5)**
18:25 75:8 81:12 82:3
245:2
**story (3)**
77:2 123:8 177:22
**straight (1)**
164:2
**Street (3)**
4:4 69:5 144:3
**stress (2)**
129:4,9
**strokes (1)**
168:3
**struck (1)**
121:15
**structure (2)**
170:21 179:18
**studies (27)**
51:6 62:16,17 66:5
68:10 71:2 72:3
75:19 76:10 86:17

97:3 104:15 173:13
214:16 215:1,5,6,7
215:12,14 216:2,15
216:19,22 221:19
234:12,17
**study (20)**
49:9 70:25 71:9,9
75:22,24 76:2 85:9
114:10 149:10
202:18 205:12,24
209:9 216:6,12,18
217:3 218:12
227:24
**stuff (4)**
42:1 76:5 216:23
237:16
**subject (18)**
30:10 33:12 47:20
48:24 51:21 61:18
77:21 78:2 88:17
90:11 155:10 158:5
158:11,19,24
161:10 164:16
216:17
**subjects (1)**
44:24
**submit (2)**
187:19 193:6
**submitted (2)**
209:1,2
**subpoena (3)**
16:25 33:25 34:13
**substance (6)**
21:25 31:10 32:7 36:5
46:23 170:2
**substances (1)**
117:1
**substantive (5)**
16:13 18:21 33:1,4
171:5
**substantively (1)**
105:6
**subsurface (1)**
205:23
**success (1)**
137:12
**successor (1)**
178:10
**sufficiency (1)**
39:21
**sufficient (2)**
25:2 43:9
**sufficiently (2)**
134:19 135:3
**suggest (1)**
83:20

**suggested (1)**
228:24
**suggestion (3)**
171:17 172:11 234:1
**suit (2)**
40:16,16
**summaries (1)**
122:23
**summarize (1)**
186:15
**summarizing (1)**
187:7
**summary (8)**
123:1 126:11,23
134:3 142:18,22
148:25 189:22
**Sunroad (4)**
194:16,19 198:15
247:9
**supersedes (1)**
199:2
**Supply (1)**
134:12
**support (10)**
45:20,22 47:17 48:1,2
62:14 72:14 97:5
132:11 149:7
**supporting (1)**
22:24
**supportive (3)**
221:11 222:18 223:16
**suppressed (2)**
129:23,24
**sur (1)**
219:19
**sure (25)**
8:11 14:19 15:2 17:20
18:13 25:20 49:8
122:19 123:22
124:11 125:4 150:4
159:22 164:12
170:19 179:4
216:12 220:9
228:16,17 230:19
232:10,12 238:24
239:20
**surface (6)**
47:14 102:1 109:20
174:11 184:4
205:22
**survey (52)**
62:6,17 149:3 218:8
218:14,20,20,25
219:3,5,10,19,20
220:6,21 222:17
223:15,20,20 224:7

224:9,25 225:4,14
226:7,12,16,20
227:1,3,6,7,9,9,15
227:25 228:7,11,13
228:14,18,19,22,23
229:1,4,8,8,10,12
232:3 239:23
**surveyed (1)**
225:6
**surveys (23)**
62:18 212:11 218:1,4
218:6,24 221:9
223:25 226:5
228:19,21 229:2,25
231:18 232:2,4,16
232:20,24 239:20
239:22 240:3,14
**suspect (1)**
86:25
**suspected (1)**
85:5
**suspended (5)**
96:16 204:22,22
215:9 217:18
**SWAC (3)**
174:8,10 184:4
**swear (1)**
7:10
**swim (1)**
113:7
**swimming (11)**
132:13,17 218:2
229:15 230:7,11,21
230:25 231:3,6,9
**Switzer (15)**
81:6,12 82:4,20,23
83:5,8 84:1,20 85:1
85:3,4 87:1 90:21
245:3
**sworn (4)**
5:12,14 7:13 243:11
**system (9)**
18:15 57:13 58:22
59:22 83:17 117:25
118:2 129:9 193:16
**systems (5)**
59:22 61:20 118:14
130:23 197:1

———————

**T**

**T (4)**
242:1 243:1,1 244:6
**table (9)**
137:10 155:15 174:7
174:24,24 175:2,3
234:20,22

**tables (2)**
206:8,12
**take (31)**
9:20 12:15,24 14:1,2
18:4,6 34:6,16
35:19 44:12 60:21
60:23 67:9 71:3
75:13 94:12 97:11
97:11,17 150:3
173:5,6 185:25
189:8 193:10 217:4
233:16 234:7,25
235:20
**taken (16)**
24:13 50:20 59:11,18
61:2 103:17 150:7
157:19 180:20
189:12 200:2
204:23 208:4 211:4
220:25 242:5
**takeover (1)**
168:2
**talk (38)**
16:2 19:5 21:15,24
32:6,13 33:1,4,21
34:18 36:10,14,15
36:20 49:25 50:10
63:9 75:3 76:21
91:2,10 95:1 97:10
115:22 121:3
122:13 125:9 127:2
127:7 192:4 193:18
193:20,21 197:19
222:3,8 238:25
239:22
**talked (14)**
30:9 36:17,24 38:15
43:21 61:7 126:4
148:21 149:11
173:8 210:16
211:12 223:15
239:21
**talking (25)**
18:25 31:4 57:16
63:13,16 84:16,18
91:14,20,21 98:22
109:9 117:17
143:18 172:8
189:18,20 192:22
199:5 222:2,16
228:25 231:17
232:13 239:1
**TAMT (3)**
82:10 84:15 127:15
169:21 211:3
**tape (2)**

103:12 189:7
**targeted (3)**
163:10 188:4 238:2
**targeting (1)**
195:21
**task (2)**
25:1 33:11
**tasks (2)**
122:4 192:22
**TDY (5)**
162:1 167:9,18
178:10 179:25
**team (3)**
31:11 82:13,14
**technical (4)**
49:12,16 177:9
191:24
**technologies (1)**
107:20
**Technology (1)**
94:18
**Teledyne (5)**
55:23,24 153:13,17
246:16
**Teledyne-Ryan (3)**
75:7 161:25 178:11
**tell (13)**
20:5 30:23 45:5,6
63:8 79:5 162:25
164:16 169:23
170:8 204:18
205:13 218:7
**telling (1)**
32:12
**tells (2)**
73:24 174:7
**temptation (1)**
15:23
**tenant (1)**
58:15
**tenant's (1)**
114:20
**tenants (6)**
51:12,15 55:18,21
56:25 57:1
**tend (1)**
100:16
**Tenth (22)**
84:17 120:15,17
125:16 195:12,16
200:6 204:10 206:3
206:24 210:17
211:20,23 213:24
214:1,5,11 217:4,15
217:17 246:10
247:16

**term (4)**
73:16 87:17 98:23
203:6
**Terminal (23)**
84:17 120:15,17
125:17 144:3
195:13,17 200:6
204:11 206:4,24
210:17 211:20,23
213:24 214:1,5,12
217:5,15,17 246:11
247:16
**Terminals (3)**
144:9,11,13
**terminology (1)**
98:24
**terms (59)**
14:2 35:20 41:6 71:7
79:24 94:25 101:20
107:3 109:14 111:6
111:16 113:4,13
116:24 121:20
122:10 123:17
127:18 129:4
139:15,23 140:18
142:14,16 145:12
145:25 146:20
147:16,19 148:12
152:21 164:5,19
174:24 178:20
183:22 185:13,16
186:15,17 199:2
202:4 203:7 207:17
210:7 214:20,24
215:2,3 220:6,14
221:8 223:1 226:16
228:2,3 231:14
232:15,19
**test (3)**
18:20 19:6 87:7
**tested (2)**
68:1 118:11
**testified (10)**
7:15 19:14 39:8,20
44:20 45:19 104:4
149:8 211:16,19
**testify (18)**
17:13 18:5,19,22
35:12 36:3 38:23
39:6,18 43:17 79:9
113:13 139:13
202:4 213:19 218:1
221:21 240:3
**testifying (10)**
11:20 15:16 18:18
32:8 42:24 44:25

125:21 130:18,19
213:4
**testimony (34)**
11:14,23 13:16,20,25
16:12,18,23 27:18
27:22 30:9 34:13
35:9,16 39:3 40:2
43:24 44:9 45:5
48:1 51:25 52:20
55:15 60:4 64:19
117:19 123:11
127:18 139:12
152:13 186:17
207:22 242:7
243:12
**testing (6)**
68:17 76:1 173:5,9
174:1 211:22
**tests (2)**
18:19 206:21
**Texas (1)**
3:14
**thank (10)**
13:17 15:8 18:10
19:12 58:24 66:1
143:10 150:19
156:25 188:17
**Thanks (1)**
155:22
**theirs (1)**
224:17
**they'd (3)**
220:17,18,19
**thin (1)**
179:16
**thing (8)**
14:6 64:15 117:16
122:24 123:10
162:20 186:16
197:5
**things (4)**
9:5 10:5 14:25 197:22
**think (132)**
12:9,14 14:17,23
15:11 23:12 29:16
30:7,17 31:7 33:19
34:7,15,19 36:22,22
43:10 48:22 60:12
62:4,5 68:19 70:13
71:1 72:3 73:5
75:24 81:20 87:9,21
95:10,11 98:23
101:11,17,19
103:11 105:2
107:12 108:19
109:21 110:13

111:13 112:12
116:9,24 117:16
118:3 122:8 123:18
125:1 126:10
127:15,22 130:22
133:2,3 137:11
138:22 139:19,21
139:22,22 142:14
142:16 145:3,17
146:9 159:2,23,25
162:7,9 166:3,13,18
171:4,21 173:7,13
173:13,16 177:11
180:17 185:6
189:19 191:8
192:11,12,16
193:24 199:14
208:6 211:3,3 212:7
212:7,18,23 214:4
215:20 216:3,4,7,20
217:12,23 218:13
219:2,14,24 220:17
220:19 221:1
222:25 223:4
224:16 225:15,23
225:25 227:21
228:21,22,25 231:4
231:5,18 237:12
238:9,22 241:8,9
**thinking (2)**
65:23 166:8
**third (7)**
6:13 134:16 228:18
228:22,24 229:8,9
**Thirty-eight (1)**
197:1
**Thirty-five (1)**
25:12
**thought (7)**
19:18 57:21 95:10
124:16 199:7,9
232:2
**threat (2)**
212:5,15
**threatened (2)**
237:18 238:3
**three (17)**
36:20 38:7 40:19
50:15 92:9 101:12
102:18 105:25
126:14 184:7 194:7
200:17 228:19
232:2 234:11 235:8
241:6
**thriving (1)**
219:22

**TIA (1)**
89:22
**tidal (5)**
71:25 72:6,8 96:8,20
**tidally (12)**
85:20,24 87:3,5,7,10
87:16 88:16 89:10
89:14,23 245:7
**tide (1)**
112:19
**tidelands (1)**
212:5
**tied (3)**
110:20,24 176:17
**Tim (1)**
49:23
**time (66)**
5:9 14:20 16:14 22:9
30:17,18 35:15,16
36:23 49:19 50:17
53:19 61:1,5 64:21
66:11 67:19 68:8
71:3,5,9 72:14 74:8
75:20 76:7 78:22,24
86:12 93:10 95:13
98:17 99:14 103:15
104:2,6,23 106:21
108:2,3 109:1,7
123:15 131:20
137:25 140:16
150:6,10 157:9
172:24 173:12,14
177:7 182:18
189:10,15 190:15
198:13,19,22 200:7
209:19 225:10
230:8 241:11,15,17
**timeline (1)**
68:6
**times (18)**
7:24 8:2 11:11 15:14
19:15 24:18 35:12
39:1,2 40:19 43:16
74:18 106:1,11,12
106:14,24 144:5
**tissue (9)**
66:10 76:2 77:6 146:5
146:11 148:2,4,5,14
**title (3)**
73:6 85:16 200:8
**titled (5)**
85:23 119:4,12 245:5
245:21
**TMDL (11)**
80:10,22 82:20 83:24
90:11,23 91:20 92:7

92:11,23 145:6
**TMDLs (7)**
80:6 90:4 91:2,10
93:11,16,21
**TMT (2)**
211:15,15
**today (66)**
10:17 16:18,21 17:12
27:18,22 32:6,17
33:21,22 35:17 42:9
51:10 52:20 53:24
55:16 68:16 82:22
83:24 93:10,25
103:2 104:15
109:11 113:13
125:11 126:22
127:3,17 129:13
131:7 132:2,17
133:12,21 134:1,7
134:14 135:7,13
136:9 137:7,23
138:13,14 139:12
140:25 141:20
143:13 148:15
150:15 168:12,20
171:9 187:7 202:4
207:16 208:23
210:7 212:3 213:4
226:14 230:6
231:13 237:9
239:10
**today's (7)**
9:3 35:20 36:11 38:21
86:20 224:19
241:15
**told (1)**
125:13
**Toll (26)**
20:25 21:1,4,7,10,17
22:5,20 23:4,10
25:14,25 28:15
30:10,17,20 31:13
31:18 33:16,18 34:1
34:4,12 53:6 73:3
146:9
**Toll's (10)**
25:16,18 33:20 62:5
72:23 99:12,16
117:8,12 146:7
**Tolls (1)**
24:19
**tomorrow (6)**
104:24 233:15 234:6
234:25 235:4
239:22
**tone (1)**

18:24
**tonight (2)**
234:8 240:17
**top (6)**
133:9 169:3 170:9,14
170:15,22
**topic (61)**
17:20 18:12,14,23
47:4 50:10 54:10,19
56:16 57:11 58:2
62:22 64:1,4 65:4
79:19,21 80:25 81:1
81:21 83:14 91:12
91:15 95:2 121:23
124:6 126:8 127:21
127:23,24 140:2,7
140:12 157:11,25
159:3 162:9 185:20
187:19 188:3,7
193:12,20,24,25
196:14,16,18,22
197:3,13,21,21
221:17,22 231:19
234:16 240:2,4,10
240:19
**topics (42)**
9:7 10:6 12:1 17:15
17:17,19,23,25 18:3
18:25 24:4 29:9
32:5 33:2,4,21
37:18,19 39:18
41:25 43:18 54:11
54:11,12,12,13,22
55:3,11,15 65:14
95:1 115:22,25
116:4 121:23
125:16,18 159:8
212:2 217:25
231:21
**total (9)**
89:21 91:25 93:5
165:16 174:7
179:10 185:2,23
201:12
**totally (1)**
130:6
**toto (1)**
71:11
**touch (1)**
137:12
**tough (1)**
15:25
**tow (23)**
55:21 115:9 118:18
154:22 155:2,11
156:22 181:13

182:10,13,16 184:1
186:24,24 187:1
190:2 191:11,13,16
198:17 214:11
215:2 247:3
**toxic (1)**
130:8
**toxicity (2)**
130:7,8
**toxicological (1)**
76:1
**TPH (1)**
165:16
**track (5)**
18:7 22:25 190:15
192:13 193:1
**tracked (1)**
218:8
**tracking (3)**
72:9 215:10 219:4
**traffic (1)**
217:22
**transcript (3)**
11:19 13:8 242:5
**transcription (1)**
248:7
**transcripts (7)**
11:4,8,12,14,15,23
13:22
**transfer (3)**
130:14 146:23 148:3
**transition (1)**
91:4
**transparency (1)**
141:13
**transport (1)**
96:16
**transported (1)**
95:8
**traps (1)**
217:16
**treat (1)**
213:14
**treating (2)**
33:7 213:10
**treatment (1)**
230:12
**trend (4)**
70:24 71:8,14 108:24
**trends (3)**
72:9 149:1,8
**Trenton (2)**
39:16 40:3
**trial (7)**
5:9 14:20 16:14 39:6
39:8 41:1 44:3

**tributyltin (3)**
147:20 165:9 175:18
**trick (1)**
102:1
**tried (2)**
156:11 221:2
**trigger (3)**
68:9 175:5,23
**triggering (1)**
214:8
**trophic (3)**
130:13 146:23 148:3
**true (4)**
126:12 156:16 242:8
243:12
**trump (1)**
197:3
**trust (12)**
50:16 57:17 58:5
83:15 91:17 98:5
192:11 193:1,14
196:23 197:14
226:21
**try (3)**
61:12 84:16 209:12
**trying (30)**
18:20 41:20 42:7 44:7
44:18 54:19 60:18
64:7 85:14 92:6
102:1 107:16 111:4
116:9 123:25 131:2
131:5,6 136:13
137:12,17 140:15
159:15 160:16
173:17 177:10
217:21 221:7,7
230:14
**TSG (2)**
6:12,15
**Tuesday (1)**
13:9
**tugboat (1)**
215:9
**turbidity (1)**
141:13
**Turbine (1)**
55:25
**turn (19)**
9:10 18:9 50:10 69:11
73:3,7 76:12 84:3
85:13 88:11 89:17
122:20 142:24
143:14 165:1
172:22 178:2 193:2
206:2
**turning (4)**

70:1 135:16 164:15
196:5
**Twenty-three (1)**
175:15
**twice (1)**
81:20
**two (40)**
10:15 13:21 30:19,19
39:8 40:19 61:12,15
67:10 69:23 78:5,23
79:1 92:16 100:8,22
115:9,22 121:23
147:25 176:22
182:15 183:18
194:7 198:24 199:9
199:11 202:18
215:20 216:13,15
215:25 216:13,15
216:16 218:24
228:21 229:2
233:19,20,25
234:11 235:8
**type (3)**
227:19 228:7 239:23

———————
**U**
———————

**U (1)**
242:1
**U.S (2)**
134:11,12
**UCLA (1)**
120:3
**ultimately (4)**
55:12 174:8 177:11
180:19
**Um-hum (7)**
10:25 28:10,20 39:25
70:21 73:10 131:4
**unacceptable (1)**
148:4
**unaware (1)**
200:1
**unclear (1)**
66:4
**undated (1)**
120:8
**undergoing (2)**
83:2 183:1
**underlying (1)**
49:9
**underneath (2)**
137:10 171:24
**understand (67)**
8:2,8,19 12:25 14:24
15:15,19 16:8,9,14
16:16 17:12,12,16
17:17,23 18:17

20:18 24:9,12 29:25
31:22 33:23,25 34:2
34:11 41:12,21 42:3
42:8,16 51:24 54:23
64:8 72:19,21 73:16
74:17 82:18 83:22
86:23 89:22 92:7
104:10 121:15
123:25 127:11
139:5 140:15
146:15 147:18
152:5 159:15 160:6
170:16,19 190:17
216:7 217:13,17,21
221:5 227:11
228:15 233:22
234:6 238:24
**understanding (47)**
8:4 15:3 18:2,11,21
28:20 44:4 61:22
65:17 69:16 79:24
87:12 95:7,16 102:4
108:16,25 111:7
116:21 123:14
124:14 126:1
127:12 128:3 129:3
130:23 131:6
143:13 159:9
160:11 163:12
164:1,3,4 176:21
178:24 179:5
181:23 185:5 204:8
204:24 210:6
213:19,25 230:5,20
231:8
**understood (6)**
24:24,25 34:15 42:20
44:18 126:11
**undertake (5)**
176:14 188:5 218:23
232:20 240:8
**undertaken (3)**
52:14 96:18 186:25
**undertakes (1)**
183:21
**undertaking (2)**
117:15 218:23
**underway (4)**
62:16,17 117:4
173:14
**unforeseen (1)**
241:12
**Unified (12)**
1:4,16 3:4,11 6:3,4
7:5 17:3,7,14 119:7
244:11

**uniformly (1)**
89:21
**United (2)**
1:1 6:5
**universe (1)**
158:23
**unknown (1)**
169:15
**unlawful (1)**
236:15
**unreasonable (2)**
180:21 197:17
**unsatisfied (1)**
220:10
**unsigned (1)**
77:18
**unsuitable (1)**
132:12
**unwind (1)**
107:16
**upgraded (1)**
219:16
**upgradient (2)**
87:8,11
**upland (3)**
204:25 209:15 237:16
**upstream (1)**
198:11
**uptake (1)**
152:9
**use (25)**
26:5 46:9 51:12 98:24
107:18 113:4 147:6
147:9 157:20 164:5
212:23 218:17
219:5,21,25 220:7
221:11 222:6,18,22
223:1,12 225:17
228:7 232:7
**useful (1)**
99:13
**users (4)**
218:9 219:11 220:22
220:23
**uses (23)**
111:25 112:11,18,25
128:5 134:21 135:5
139:23,24 146:3
218:2,4,16 219:3
222:2,4 223:16,17
223:21 226:22
229:4,9 232:4
**usually (2)**
100:19 106:7
**utilizing (1)**
227:10

---

**V**

**V (2)**
7:12 104:3
**vague (1)**
19:17
**value (6)**
48:2 117:3 174:10
175:23 184:5
185:15
**values (2)**
174:8 214:9
**variation (1)**
34:19
**variations (1)**
96:3
**varied (1)**
133:10
**variety (3)**
23:17 24:1 40:9
**various (4)**
20:5 86:17 101:1
229:14
**vary (1)**
95:25
**verbatim (1)**
211:15
**verify (1)**
18:8
**versus (4)**
6:4 39:13 109:16
185:13
**vessels (1)**
137:14
**video (1)**
6:12
**video-recorded (1)**
6:2
**VIDEOGRAPHER...**
4:22 6:1 7:9 60:25
61:4 103:14 104:5
150:5,9 189:9,14
241:14
**Videotaped (4)**
1:14 17:2,6 244:10
**view (3)**
145:20 146:14 197:20
**visitor (1)**
225:16
**Vista (4)**
59:25 60:5,14 225:24
**visually (2)**
88:15 133:9
**vitae (2)**
104:12 244:14
**voluntary (1)**
192:22

---

**vs (1)**
1:7

---

**W**

**Wait (1)**
196:21
**waived (1)**
5:5
**waiving (1)**
14:20
**walk (9)**
65:24 122:21 123:7
141:9,10 193:8
194:4 196:9 227:22
**walked (3)**
42:9 180:3 196:6
**walking (1)**
177:19
**wall (2)**
21:13,13
**want (74)**
8:17 12:8,8,8,10,14
12:14,23 14:15,19
15:2 17:19 18:12,13
18:16 24:5 28:24
35:19 41:12 43:13
43:14,15 50:2,12
57:9,15 63:9 69:11
74:21 76:12,21,21
77:7 91:12 95:1,13
95:15 97:17 104:9
105:5 109:13
117:18 122:21
123:10 128:8 141:9
141:10 142:9,18
146:13 150:3
157:13 159:7,14
160:4 166:17 179:4
180:23 193:8 196:9
197:15,18 230:14
232:9,12 233:20,21
233:22 234:4,5,6
238:5,24 241:1
**wanted (7)**
14:6 135:17 150:21
151:6 155:23,24
185:23
**wanting (1)**
219:25
**wants (1)**
43:7
**war (9)**
96:25 99:3 111:17
118:19 121:5
124:12,17 132:3
186:9

---

**wardens (1)**
236:5
**Warren (4)**
3:3,10 7:5 32:23
**washing (1)**
133:19
**Washington (2)**
20:9 25:9
**wasn't (12)**
27:14 42:5 63:21
64:21 78:13 114:23
115:11 163:7,7
214:20,24 238:6
**waste (5)**
128:16 135:4 137:13
137:20 138:14
**wastes (4)**
127:3 133:17,18
134:20
**Watch (15)**
66:6,15,19,23 67:2,6
67:13,20 68:1 69:23
70:3 76:12 137:4
244:16,18
**water (49)**
11:20,25 13:7 40:18
45:7 50:21 66:20
67:3 68:13,14 76:22
76:24 77:20 78:1
80:5 94:1,14 95:18
105:19,23,25
107:13 113:21,22
117:20,23 119:22
123:21 129:23,25
133:10 135:19
138:7 141:12,15
143:7 172:1 180:21
185:2,8,13 186:2
201:13 204:23
205:7 209:1,2
219:25 246:3
**waterfront (6)**
108:5 128:15 218:15
218:17 223:20
228:8
**waters (5)**
94:16,22 134:18
135:2 245:15
**Watkins (3)**
4:8 6:18,19
**way (24)**
11:25 12:7 14:16 18:7
21:4 22:22 34:8
65:22 84:25 97:13
130:6,6 131:24
159:23 172:6 201:5

---

216:24 218:25
222:22 225:23,24
225:24 229:14
243:16
**we'll (28)**
12:24 14:1,1,23 15:6
34:8,9,12,12,17,18
44:12 49:25 65:12
79:22 97:11 104:22
105:10 120:22
194:3 233:8 234:7,7
234:25 235:1,12
239:22 241:1
**we're (46)**
12:9,25 14:9,19 15:16
16:17 17:21 18:25
24:24 33:21 34:6
36:7 42:1,15,21,24
43:10 44:16 57:16
60:22 63:13,16
65:23 91:9,20,21
103:11,11 106:6
117:17 121:3 130:4
143:18 147:18
159:7 160:22
177:18 189:7,8
196:5 197:23 222:1
232:13 241:4,10,10
**we've (13)**
8:14 79:19 80:25 86:5
125:15 150:2 151:5
155:15 157:11
180:3 193:6 202:19
240:3
**web (3)**
117:9,11 130:14
**website (4)**
151:6 158:11 224:17
224:17
**week (2)**
106:18,18
**weight (1)**
165:10
**weighted (3)**
47:14 174:11 184:4
**welcome (1)**
231:2
**well-known (1)**
124:2
**went (5)**
104:18 168:4 189:24
225:23 232:3
**weren't (5)**
42:9,10 108:2 173:8
201:21
**west (8)**

Exhibit 1
118

3:20 25:11 115:12
154:19 178:3 180:7
188:1,22
**Western (1)**
155:12
**Weyerhaeuser (1)**
40:7
**whatsoever (3)**
152:1 163:4,14
**Wheeler (1)**
85:18
**when's (1)**
177:6
**WHEREOF (1)**
243:18
**White (2)**
4:2 6:23
**wide (1)**
132:21
**widespread (1)**
149:4
**wildlife (15)**
98:11,18 235:20
236:8,10 237:10,14
237:21,22,25 238:4
238:7,14 239:1,24
**Williams (2)**
4:2 6:24
**Windward (5)**
20:17 22:23 24:17
25:11 27:18
**withdraw (4)**
43:5 44:8 231:22
238:18
**withdrawing (1)**
43:2
**witness (69)**
7:10,13 8:21 9:1
11:10 14:10 17:10
18:10 19:1 21:24
27:4 29:6,21 31:1
31:16 32:5,13,14,24
32:25 33:11 36:3,8
37:21 42:8,9,10,13
42:16 46:24 58:12
63:24 65:2,3 66:21
67:4 78:4 86:11
94:19 122:14 124:6
125:13 127:24
143:9 154:2,11,20
160:17 162:10
170:1 180:16
185:21 191:18
194:8 196:13,24
197:5,23,25 205:17
222:14 233:6

235:10 240:21
243:10,13,18 244:3
248:3
**witness's (3)**
41:21,24 42:17
**witness-to-witness (1)**
31:5
**Woodward (1)**
20:18
**word (2)**
139:20 192:10
**work (59)**
20:15,16,16 21:10,11
21:13 22:16 23:4
24:10,18,19 25:6,11
25:13 26:9,13 27:2
28:9 29:10 34:25
39:22 46:21,24 47:3
47:9 48:7 52:2 62:3
62:8 72:14 81:25
95:4 107:17 108:9
108:20 146:10
149:11 167:9 169:8
171:18 175:10
176:1 178:17
179:25 180:13,17
182:10 183:8
186:12,17 187:4
188:4 192:17
201:25 203:9,20,24
237:16 238:2
**worked (12)**
20:3,4,6,7,8 22:12
23:25 25:21 34:22
78:16 177:6 191:11
**working (29)**
21:1,4 22:7,21 23:3,6
29:2,4 30:1 34:16
48:4 72:20 86:16
93:9 106:6,8 177:8
181:4 191:10,12
198:20,21 203:13
209:4,7 211:7
226:25 238:25
239:1
**works (4)**
24:2 31:13 190:24
238:21
**world (4)**
123:15 124:17 132:3
142:7
**world's (4)**
141:24 142:4,11
143:18
**worried (1)**
196:5

**worse (1)**
131:14
**wouldn't (2)**
45:9 74:18
**written (3)**
45:24 115:18 116:10
**wrong (1)**
221:24
**wrote (3)**
122:16 125:5 149:23

**X**

**X (2)**
244:1,6

**Y**

**yacht (1)**
92:10
**Yanochik (13)**
3:16 6:25,25 9:15,17
11:5,9,17 13:1,11
13:13,15 233:10
**yards (1)**
179:9
**yeah (37)**
8:19 9:5,16 10:1 11:6
12:24 13:23 14:22
41:22 60:12 65:12
68:20 69:17 70:13
74:2 87:3 97:8
124:21 128:13
151:13 162:18
173:13 175:4
179:11,21 185:9
188:10 192:10
199:7 211:18
212:16 228:20
234:5 238:16
239:11 240:4 241:4
**year (10)**
30:3,5,5,8,8 37:2
106:19 164:14
179:21 224:13
**years (21)**
24:1 25:22 72:15 92:9
92:16 93:10 106:9
106:11 163:22
167:1,5 170:10
176:10 177:12
198:21 215:12,13
230:17,22 234:11
234:17
**yep (2)**
63:15 91:15
**York (2)**
6:13,13

**Z**

**Zeng (1)**
95:11
**zinc (4)**
92:17 147:19 165:7
210:2
**zone (1)**
134:10
**zoom (1)**
223:4

**0**

**0.4 (1)**
206:14
**00578-WQH-AGS (...**
1:7
**01:44 (1)**
119:20
**02110 (1)**
4:5
**03:51 (1)**
194:10
**03:53 (1)**
195:15

**1**

**1 (14)**
6:2 10:13 17:1,5
42:13 84:4 89:2
103:15 134:13
174:24 206:8 244:9
245:18 248:5
**1,000 (1)**
96:9
**1.2 (1)**
89:25
**1.44 (1)**
179:6
**1:21 (3)**
103:17 104:2,6
**10 (10)**
60:21 92:15,18
166:19 167:1
230:17,22 245:4,11
247:7
**10-minute (1)**
150:3
**10:02 (2)**
2:5 6:10
**101 (1)**
4:4
**104 (1)**
244:14
**109 (1)**
54:21
**11 (13)**

56:4,12 61:8,16 63:21
64:20 92:22,23,25
208:7 244:14
245:12,23
**11:10 (2)**
61:1,3
**11:25 (2)**
61:3,5
**11:49 (5)**
17:5 67:5 92:25 94:20
98:1
**11:55 (2)**
81:10
**110 (1)**
54:12
**11440 (1)**
3:20
**119 (2)**
245:23 246:5
**12 (11)**
93:10 94:13,20 106:9
106:11,11 198:21
234:2 245:10,13
246:17
**12:29 (2)**
103:15,17
**120 (4)**
246:7,9,11,14
**125 (1)**
179:9
**12670 (1)**
4:10
**12905 (3)**
1:22 2:12 243:25
**13 (3)**
244:22 245:20 246:25
**13A (5)**
97:7,14,19,22 245:17
**13B (3)**
97:23 98:1 245:18
**13C (3)**
98:4,7 245:19
**13D (3)**
98:13,18 245:20
**13th (1)**
92:16
**14 (11)**
91:6 119:1,1,4,11
121:5 126:23 127:5
127:13 174:13
245:21
**144 (1)**
106:12
**15 (8)**
94:11 119:1,15,19,20
150:14 246:1

247:18
**153 (2)**
246:17,19
**154 (3)**
246:22,25 247:3
**155 (1)**
247:5
**15th (1)**
13:9
**16 (2)**
119:2 246:11
**160067 (1)**
1:23
**16A (4)**
120:2,4 150:23 246:6
**16B (3)**
120:7,9 246:8
**16C (3)**
120:12,16 246:10
**16D (3)**
120:20,24 246:12
**16th (3)**
79:20 81:1 121:24
**17 (11)**
153:10,12,16 155:4
155:10 161:8
163:17 244:12
246:15 247:4,9
**18 (11)**
17:18 29:9 44:24
55:15 56:4 153:10
153:21,25 164:8
245:11 246:18
**19 (10)**
77:10 153:10 154:4,8
154:12 172:22
174:5 244:19
245:17 246:20
**19-year (3)**
173:18,23 174:1
**1930s (1)**
131:19
**194 (6)**
47:11 48:2 175:21
247:7,9,12
**1940 (2)**
131:14 132:24
**1940s (7)**
124:3 127:4 129:12
131:8,19 132:24
138:15
**195 (3)**
247:14,18,21
**1950 (2)**
131:14 138:9
**1950s (7)**

124:3,3 127:4 131:8
132:13,25 138:15
**1951 (2)**
134:19 135:3
**1954 (3)**
119:16,23 246:5
**1955 (2)**
134:16,25
**1960s (1)**
138:9
**1962 (1)**
124:11
**1963 (2)**
124:15,24
**1966 (1)**
135:20
**1969 (2)**
141:4,12
**1970s (1)**
143:15
**1971 (2)**
70:6 141:23
**1977 (1)**
52:8
**1978 (2)**
70:6 142:23
**1980 (4)**
66:21 67:2,20 137:4
**1980-1981 (2)**
67:7 244:18
**1982 (10)**
67:4 73:9,14,21 74:7
74:10,25 75:4,13
76:15
**1986 (3)**
75:6 76:12,17
**1995 (6)**
143:19 173:14 234:10
240:6,11,15
**1996 (1)**
234:18
**1998 (4)**
75:11 149:3 164:13
167:5
**19th (1)**
77:21
**1A (3)**
104:9,11 244:13

_____
**2**
_____

**2 (15)**
66:17,18,21,22 70:2
104:6 124:6 155:15
163:17 189:10
204:2 206:8 244:15
244:16 248:6

**2-15 (1)**
122:21
**2-18 (2)**
133:8 137:11
**2-19 (1)**
141:4
**2-2 (2)**
88:11 89:7
**2-4 (1)**
88:13
**2.4.1 (1)**
122:20
**2:26 (2)**
150:6,8
**2:43 (2)**
150:8,10
**20 (13)**
77:14 81:13 153:10
154:13,17 178:2
195:3 221:17
244:21 245:4,16
246:5,23
**2000 (1)**
199:5
**2002 (2)**
91:6 94:18
**2004 (2)**
194:6 198:14
**2005 (1)**
92:9
**2006 (9)**
77:5,10,14,21 78:2,2
166:21 244:19,21
**2007 (2)**
35:1 92:16
**2008 (2)**
92:23 166:21
**2009 (4)**
81:6,13 82:4 245:4
**2010 (1)**
177:11
**2011 (5)**
13:9 166:19 177:11
194:15 198:20
**2012 (3)**
154:8 166:17 173:2
**2013 (3)**
119:6,13 245:23
**2014 (5)**
166:17 173:16 176:9
194:22 201:19
**2015 (7)**
154:17 195:6 200:9
200:22 202:11,21
203:19
**2016 (1)**

234:19
**2017 (12)**
29:18,18 62:6 155:1
181:13 195:11
199:3,4 224:11,11
224:13 227:2
**2018 (10)**
27:6,8 28:22 29:12,17
30:2 85:18 86:13
202:19 203:10
**2019 (15)**
1:18 2:4 6:10 72:10
72:21 131:13
132:24 142:3,10
212:4,15 230:6
242:5,10 243:19
**20th (3)**
73:14 78:2 82:4
**21 (11)**
153:10 154:21,25
155:4,10 165:1
167:5 246:19 247:2
247:3,5
**22 (9)**
153:10 155:3,7
184:13 186:1,6
245:8 247:4
**23 (6)**
175:3,14 194:4,10
198:15 247:6
**24 (7)**
194:15,17 234:10
246:14 247:8,12,21
**24th (1)**
144:3
**25 (6)**
144:5 194:21,24
201:21 245:12
247:10
**253 (1)**
175:23
**25th (2)**
55:4 188:3
**26 (10)**
195:3,5,7 200:7,16,25
201:1 202:10,23
247:13
**27 (5)**
195:11,15 200:16
204:9 247:15
**28 (7)**
17:25 195:20,24
200:17 209:22,23
247:19
**28th (2)**
73:9,21

234:19
**29 (2)**
175:2,4
**2nd (1)**
124:7

_____
**3**
_____

**3 (15)**
50:17 66:17 67:1,5
68:23 70:2 73:6
87:22 134:13 185:6
189:15 244:17
245:9 247:5 248:7
**3:15-cv (1)**
1:7
**3:15-cv-00578-WQ...**
6:7
**3:36 (2)**
189:10,13
**3:45 (2)**
189:13,15
**30 (3)**
1:18 2:4 242:5
**30-inch (8)**
115:12 178:3 180:1,6
187:14 188:1,21
190:2
**30(b)(6) (19)**
1:14 11:24 17:3,6
27:4 29:5,20 32:5
32:17 33:11 34:14
36:7,12 37:19,20
42:15,19 78:9
244:10
**300 (2)**
87:23 88:21
**303(d) (7)**
76:24 77:21 78:3
79:10,17 80:5 81:21
**30th (1)**
6:10
**31 (2)**
17:25 95:2
**3165 (2)**
2:10 6:9
**32 (1)**
208:6
**33 (3)**
17:25 18:12,14
**33.8 (2)**
185:17 186:1
**34 (12)**
17:25 57:12,16 58:17
83:14 91:15 159:10
193:13 196:18,22
197:3,13
**350 (1)**

Exhibit 1
120

75:25
**36 (1)**
106:14
**372-acre (1)**
134:10
**38 (6)**
17:25 116:1,5 159:3,7
193:19
**3rd (2)**
124:7 243:19

---

**4**

**4 (9)**
77:7,9,18 78:22
150:13 207:18
244:19 246:7,22
**4-5 (1)**
89:17
**4,000 (1)**
185:6
**4,600 (1)**
184:11
**4.2.1 (1)**
90:1
**4.6 (1)**
162:19
**4:59 (2)**
241:16,17
**40 (1)**
106:14
**40,000 (1)**
185:11
**400 (3)**
87:22,23 88:21
**40s (1)**
123:25
**42-inch (12)**
194:23 195:23 199:13
199:15,22 201:17
202:1 209:21,25
210:8,14,18
**43 (3)**
17:25 221:17 222:9
**4300 (1)**
165:17
**46 (4)**
17:25 221:22,22
222:9
**4600 (3)**
162:20 168:17 183:18
**47 (1)**
17:25

---

**5**

**5 (8)**
77:8,13,23 78:22

134:4 244:12,18,21
**50,000 (1)**
219:10
**50s (2)**
129:12 230:11
**515 (1)**
3:13
**53 (3)**
79:19 81:22,24
**54 (2)**
81:1,21
**5A (2)**
157:11 231:21
**5B (1)**
157:11

---

**6**

**6 (6)**
81:9,10,18 82:2 206:2
245:1
**63105 (1)**
4:19
**65 (1)**
17:25
**66 (1)**
244:16
**67 (1)**
244:18

---

**7**

**7 (9)**
85:13,17,22 163:17
202:20 244:4 245:5
245:19 247:14
**70 (1)**
114:17
**70s (2)**
66:5 138:8
**72 (1)**
54:20
**73 (1)**
54:20
**73.3 (1)**
206:14
**74 (1)**
54:20
**747 (1)**
6:13
**75 (6)**
17:25 115:25 116:4
157:14 184:5
187:20
**76 (1)**
54:20
**77 (5)**
54:20 68:23 69:4

244:20,22
**7701 (1)**
4:18
**77027 (1)**
3:14
**78 (1)**
54:20
**7825 (1)**
3:6
**79 (2)**
54:20 188:3

---

**8**

**8 (4)**
91:6,24 92:3 245:9
**80 (2)**
38:22 54:20
**80s (1)**
66:6
**81 (4)**
54:21 67:2 208:8
245:4
**82 (2)**
76:11 137:4
**83 (3)**
17:25 240:4,10
**84 (22)**
17:25 48:2 107:14
113:17,25 114:1,3
114:15 115:5,11,16
115:19 174:15,19
178:23,23 183:18
184:5,8 206:18
234:16,16
**85 (1)**
245:8
**86-92 (3)**
153:13,17 246:15
**8692 (5)**
161:20 162:24 163:2
163:11,13
**8th (1)**
127:8

---

**9**

**9 (7)**
92:9,11,12 241:2
244:20 245:10
246:9
**9-2002-0123 (1)**
91:25
**91 (1)**
128:1
**92 (5)**
75:24 245:9,10,11,12
**92-49 (1)**

116:19
**92037 (1)**
3:7
**92101 (1)**
6:9
**92127 (1)**
3:21
**92130 (1)**
4:11
**93 (1)**
18:1
**94 (1)**
245:16
**95 (3)**
18:1 166:5 173:14
**95-21 (7)**
114:22 153:22 154:2
164:9,15 165:21
246:19
**950 (5)**
114:21 165:13 166:5
168:6 184:10
**96 (1)**
18:1
**97 (2)**
18:1 245:17
**98 (5)**
18:1 75:25 245:18,19
245:20
**99 (1)**
18:1

Page 249

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF CALIFORNIA

3

   SAN DIEGO UNIFIED PORT DISTRICT, a  )
4  public corporation; and CITY OF     ) Case No.
   SAN DIEGO, a municipal corporation, ) 3:15-cv-00578-
5                                       ) WQH-AGS
                        Plaintiff,      )
6                                       )
   vs.                                  )
7                                       )
   MONSANTO CORPORATION, SOLUTIA INC.   )
8  and PHARMACIA CORPORATION,           )
                                        )
9                       Defendant.      )
   _____ )
10

11

12

13            30(b)(6) DEPOSITION OF

14        SAN DIEGO UNIFIED PORT DISTRICT

15          DAVID MICHAEL JOHNS, PH.D.

16                 VOLUME II

17           San Diego, California

18          Wednesday, May 1, 2019

19

20

21

22

23

   Reported by:
24 Tricia Rosate, RDR, RMR, CRR, CCRR
   CSR No. 10891
25 Job No. 160068

Page 250

```
 1
 2
 3
 4                    Wednesday, May 1, 2019
 5                         10:00 a.m.
 6
 7
 8
 9            30(b)(6) DEPOSITION OF
10        SAN DIEGO UNIFIED PORT DISTRICT,
11      DAVID MICHAEL JOHNS, PH.D., VOLUME II,
12    taken at Port of San Diego Administration Building,
13    3165 Pacific Highway, San Diego, California,
14    commencing at 10:00 a.m. and concluding at 3:02 p.m.,
15    Wednesday, May 1, 2019, before Tricia Rosate, RDR, RMR,
16    CRR, CCRR, CSR 10891, a Certified Shorthand Reporter.
17
18
19
20
21
22
23
24
25
```

Page 252

```
 1            A P P E A R A N C E S (Continued):
 2    The Videographer:
 3        MICHAEL DUARTE
 4
 5    Also Present:
 6        JOHN CARTER, ESQ.
          Deputy General Counsel, Port of San Diego
 7
 8        KAREN HOLMAN
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 251

```
 1    A P P E A R A N C E S :
 2    For the Plaintiff SAN DIEGO UNIFIED PORT DISTRICT:
 3        KELLEY DRYE & WARREN
          515 Post Oak Boulevard
 4        Houston, Texas 77027
          BY:  MICHAEL DOBBS, ESQ.
 5             NANCY YANOCHIK, ESQ.
 6
 7
 8
 9    For the Plaintiff CITY OF SAN DIEGO:
10        BARON & BUDD
          11440 West Bernardo Court
11        San Diego, California  92127
          BY:  JASON JULIUS, ESQ.
12
13
14
15    For the Defendants:
16        LATHAM & WATKINS
          12670 High Bluff Drive
17        San Diego, California  92130
          BY:  ROBERT HOWARD, ESQ.
18             DANIEL BRUNTON, ESQ.
               SHAWN COBB, ESQ.
19
20
21
22            -and-
23        WHITE AND WILLIAMS
          101 Arch Street
23        Boston, Massachusetts  02110
          BY:  MELISSA DAVIS, ESQ.
24
25
```

Page 253

```
 1                      I N D E X
 2    WITNESS:  David Michael Johns, Ph.D.
 3    EXAMINATION                        PAGE
 4    By Mr. Howard .............................. 256, 345
 5
 6              E X H I B I T S
 7    EXHIBIT         DESCRIPTION              PAGE
 8    Exhibit 29   Port Master Plan          264
 9    Exhibit 30   Handwritten calculations      265
10    Exhibit 31   Fish population assessment      266
11    Exhibit 32   Chart           266
12    Exhibit 33   Vantuna Research Group Study     269
13    Exhibit 34   OEHHA guidelines for eating fish   280
14    Exhibit 35   Water Quality Control Plan     299
15    Exhibit 36   Report                   307
16    Exhibit 37   Report                   307
17    Exhibit 38   Map                     320
18    Exhibit 39   Cleanup and Abatement Order     322
19    Exhibit 40   Report entitled "Disposal Options   322
                   for Ships"
20
      Exhibit 41   GAO report             388
21
      Exhibit 42   Historical photographs,     388
22                 42A through 42B
23    Exhibit 43   Photograph             348
24    Exhibit 44   Photograph             348
25    Exhibit 45   (Not marked)
```

Page 254

```
 1        E X H I B I T S (Continued)
 2   EXHIBIT      DESCRIPTION          PAGE
 3   Exhibit 46  Photograph            355
 4   Exhibit 47  Photograph            355
 5   Exhibit 48  Letter                358
 6   Exhibit 49  Letter                358
 7   Exhibit 50  Report and opinion    358
 8   Exhibit 51  Historical photographs, 359
              51A through 51F
 9
     Exhibit 52  Historical photographs, 373 - 375
10            52A through 52G
11   Exhibit 53  Historical photographs, 387
              53A through 53C
12
     Exhibit 54  Basis of Design Report  392
13
     Exhibit 55  Article                402
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 255

```
 1   SAN DIEGO, CALIFORNIA; WEDNESDAY, MAY 1, 2019
 2       10:00 A.M. - 3:02 P.M.
 3        - - - -
 4       THE VIDEOGRAPHER:  This is the start of
 5   Media labeled No. 1 of the continued video-recorded
 6   deposition of San Diego Unified Port District in the
 7   matter of San Diego Unified Port District, et al., vs.
 8   Monsanto Company, et al., in the United States
 9   District Court, Southern District of California,
10   No. 3:15-cv-00578-WQH-AGS.
11       This deposition is being held at 3165 Pacific
12   Highway, San Diego, California 92101, on May 1, 2019,
13   at approximately 10:00 o'clock a.m.
14       My name is Michael Duarte.  I am the legal
15   video specialist from TSG Reporting, Inc.
16       The court reporter is Tricia Rosate in
17   association with TSG Reporting.
18       Counsel, please introduce yourselves.
19       MR. DOBBS:  Micheal Dobbs for the
20   San Diego Unified Port District.
21       MR. JULIUS:  Jason Julius for City of
22   San Diego.
23       MR. BRUNTON:  Daniel Brunton for defendants.
24       MS. DAVIS:  Melissa Nott Davis with White and
25   Williams for the defendants.
```

Page 256

```
 1       MR. COBB:  Shawn Cobb, Latham & Watkins, for
 2   defendants.
 3       MR. HOWARD:  And Robert Howard with Latham &
 4   Watkins, for the defendants.
 5       THE VIDEOGRAPHER:  Will the court reporter
 6   please swear in the witness.
 7       DAVID MICHAEL JOHNS, PH.D.,
 8    having been first duly sworn, testified as follows:
 9           EXAMINATION
10   BY MR. HOWARD:
11    Q  Good morning, Dr. Johns.
12    A  Good morning.
13    Q  I apologize for the hour delay in getting
14   going here.  I think I have some ways to -- to make up
15   some time.  I understand that we really need to hit a
16   3:30 p.m. hard stop to make sure you get to the
17   airport, and we'll try to work within that time frame.
18    A  Thank you.
19    Q  After we concluded our deposition yesterday,
20   other than Mr. Dobbs, did you talk with anyone
21   overnight?
22    A  I checked with the office about the issue of
23   the confined -- the protected status of the files.
24       As a company of -- we've only -- in 20 years,
25   we've only done one other project where we've had a
```

Page 257

```
 1   conflict issue, and what I described to you is what we
 2   did.
 3       So I checked with our administrator, and we
 4   did not do that.  I apparently did not ask her to do
 5   it, which was my fault.  I didn't ask to get the -- the
 6   two files protected from each other.
 7    Q  Okay.
 8    A  And I was unaware -- I was unaware of -- that
 9   I didn't do it.  And --
10    Q  So, as -- as of today, there -- your files --
11   Dr. -- Dr. Johns' files are not segregated from
12   Dr. Toll's files; is that correct?
13    A  They're segregated in terms of they're in
14   separate file folders and project headings, but
15   they're -- they're accessible by anybody in the
16   company.
17    Q  I see.
18       And will -- when we're going forward, take any
19   steps to make your work protected from Dr. Toll's work?
20    A  Yes.  Yes.
21    Q  Did you give that instruction yesterday?
22    A  I did not.  I just wanted to find out what --
23   what -- if it had been -- if it had been executed, but
24   I will call today on our first break and ask her to
25   execute it.
```

Page 258

1    Q  Okay.  So, up through May 1, 2019, the
2  Windward Environmental files of -- of Dr. Johns and
3  Dr. Toll have, in theory, been accessible to each other
4  up until this point; correct?
5    A  That's correct.
6    Q  How long have you and Dr. Toll worked
7  together?
8    A  I think John came on board about 12 years ago.
9    Q  Did you know each other before Dr. Toll joined
10  Windward?
11    A  Just professionally, from meetings and stuff
12  like that.
13    Q  So you worked with each other basically for 12
14  years.
15    A  That's correct.
16    Q  And you've worked on projects together?
17    A  I have.
18    Q  How many projects have you worked together
19  with Dr. Toll?
20    A  Two come to mind.  Port of Portland or the --
21  the Portland Harbor Superfund Site and the Passaic
22  River Superfund Site.  I believe those are the only
23  two.
24    Q  Other than checking with your office about the
25  file access issue, did you talk to anyone else last

Page 259

1  night?
2    A  I did not.
3    Q  Did you talk to anyone at the Port about
4  the -- the deposition?
5    MR. DOBBS:  Objection.
6  BY MR. HOWARD:
7    Q  Non -- nonattorneys.  Did you talk to anyone
8  at the Port who's not an attorney about the
9  deposition -- deposition last night?
10    A  I talked to Karen Holman this morning.
11    Q  Okay.  What did you talk about with
12  Ms. Holman?
13    A  She asked me how it was going, and I said,
14  "Well, okay, I guess."  And that was the extent of the
15  conversation.
16    Q  You told her she was missing a lot of fun?
17    A  Uh-huh.
18    Q  Okay.  A few follow-up questions from
19  yesterday.
20    Does the Port consider aerial dispersion of
21  PCBs to be a source of PCBs to San Diego Bay?
22    MR. DOBBS:  Objection to form and scope.
23    THE WITNESS:  Yes.  I believe they -- they --
24  yes, they do.  They recognize that as -- as one of the
25  potential sources of PCBs.

Page 260

1  BY MR. HOWARD:
2    Q  And has the Port made any assessment on the
3  impact of aerial dispersion of PCBs to San Diego Bay?
4    MR. DOBBS:  Object to form and scope.
5    THE WITNESS:  I don't know.
6  BY MR. HOWARD:
7    Q  What is the Port doing to prevent the
8  redistribution of PCBs?  Specifically what I'm looking
9  at is whether the Port has implemented any protocols at
10  the Tenth Avenue Marine Terminal or the National City
11  Terminal to reduce the impacts of vessel traffic and
12  sediment redistribution.
13    A  I don't know if they have BMPs in place for
14  vessel docking.
15    Q  You remember yesterday we talked about
16  Campbell Shipyard, and you recall that Campbell
17  Shipyard was effectively the second PCB cleanup that
18  was performed in San Diego Bay under a cleanup and
19  abatement order; is that correct?
20    A  Correct.
21    Q  In terms of the chronology.
22    Did the Port do anything about PCBs in
23  San Diego Bay from the time it first learned about PCBs
24  in the bay through the Muscle Watch program in
25  approximately 1982 up until it took the lead in the

Page 261

1  Campbell cleanup between 2000 and 2006?
2    MR. DOBBS:  Objection.  Form.
3    THE WITNESS:  I don't know.
4  BY MR. HOWARD:
5    Q  Okay.  When we talked yesterday about Tow
6  Basin, I didn't ask you about which chemical is driving
7  the future dredging at Tow Basin.  Can you tell me what
8  chemical is driving the dredging at Tow Basin?
9    A  Mercury.
10    Q  And at Tow Basin, in your work for the Port,
11  did you conclude that the dredging that's proposed
12  there is sufficient to -- to protect beneficial uses of
13  the bay?
14    MR. DOBBS:  Objection.  Form and scope.
15    THE WITNESS:  I think the -- the remedy in
16  total, which included caps as well as sand cover, was
17  sufficient.
18  BY MR. HOWARD:
19    Q  Does the Port have an objection to the amount
20  of dredging that's been discussed for Tow Basin?
21    MR. DOBBS:  Objection.  Form and scope.
22    THE WITNESS:  That was subject to the
23  settlement negotiations.
24  BY MR. HOWARD:
25    Q  I don't mean to pry into settlement

Page 262

1  negotiations --
2      A  Yes.
3      Q  -- but to the extent you can talk about
4  information that's publicly available --
5      A  It was -- I cannot.  That's -- I -- I --
6  there's nothing I can say about it that I know that's
7  publicly available.
8      Q  There's no public information in terms of the
9  amount of anticipated dredge at -- at Tow Basin?
10     A  I believe the question was whether the Port
11 objected to the volume of dredging.
12     Q  No.  I -- do you believe the amount dredging
13 that is anticipated or proposed at Tow Basin is
14 sufficient to protect beneficial uses of the bay?
15         MR. DOBBS:  Objection.  Form and scope.
16         THE WITNESS:  Under the terms of the
17 settlement agreement, it's considered acceptable.
18 BY MR. HOWARD:
19     Q  And the Port is agreeable to the terms of that
20 settlement?
21     A  They're in support --
22         MR. DOBBS:  Objection.  Form and scope.
23         THE WITNESS:  They're in port of -- they're in
24 support of the settlement agreement.
25         MR. HOWARD:  For -- I'd like to present to the

Page 263

1  witness the Port Master Plan for a moment.
2      Q  And the reason -- I want to follow up,
3  Dr. Johns, on the discussion we had with Exhibit 22.
4  If you recall -- if I can pull out 22, which I think
5  you already have.  I think you may have taken that with
6  you last night.  That's the one --
7      A  Oh.  I still have it.  Yes.
8      Q  You still have that.
9         And on 22, there are five sites and the -- the
10 acres that are associated with each of the sites in
11 terms of a remedial footprint for PCBs.
12         Do you see that?
13         MR. DOBBS:  Objection.  Form.
14         THE WITNESS:  Yes.
15 BY MR. HOWARD:
16     Q  Okay.  And when we talked yesterday, you
17 indicated that, if I was interested in finding out the
18 total area of San Diego Bay that's been subject to a
19 mandatory California Regional Board abatement for PCBs,
20 I would take that 33.8 acres and divide it by the total
21 water acres of the bay; correct?
22     A  Correct.
23         MR. DOBBS:  Objection.  Form.
24         MR. HOWARD:  So on the Port Master Plan, what
25 I'd like to mark as next in order, which I believe is

Page 264

1  Exhibit 29 -- and we'll just indicate 29.
2         (Exhibit 29 was marked for identification.)
3  BY MR. HOWARD:
4      Q  This is the 2017 Port Master Plan that we
5  downloaded from the Port website, and I've tabbed
6  Figure 2, page 5, which enumerates the -- the water
7  acres and -- and land area of the bay.
8         Oh.  I'm sorry.  Did you --
9      A  I don't -- I have Exhibit 1 now.
10     Q  Yeah.  I just want to make sure that we have a
11 common understanding in terms of the water acres of the
12 bay.
13         You see, at the bottom of that -- that table,
14 it indicates -- it has land acres, water acres, total
15 acres, and underwater acres.  And it has total acres
16 for San Diego Bay of 10,532 acres.
17         Am I correct?
18     A  That is correct.
19     Q  So, in order to speed things up, I took a
20 piece of paper, I wrote 33.8 acres, divided it by
21 10,532.  I have a calculator if you want to check my
22 math.  I'll put that here if you want to check my math.
23         I'm going to present my mathematical
24 computation of that exercise, and based on the division
25 of 33.8 acres divided by 10,532 acres, that leads to

Page 265

1  0.32 percent of the water acres of San Diego Bay is
2  being remediated for PCBs under any sort of CAO.
3         MR. DOBBS:  Objection.  Form and scope.
4         MR. HOWARD:  I'll present that to the witness.
5      Q  And if you would like to check my math, please
6  do so.
7      A  Let me see if I can run this calculator.
8      Q  Is my math correct?
9      A  Correct.
10     Q  Okay.  So that means, if I were to look at it
11 from a different perspective, that 99.7 percent of
12 San Diego Bay has never been subject to a California
13 Regional Board cleanup and abatement order for PCBs;
14 correct?
15     A  That is correct.
16         MR. DOBBS:  Objection.  Form and scope.
17         MR. HOWARD:  I'd like to mark that as
18 Exhibit 30, please.
19         (Exhibit 30 was marked for identification.)
20         MR. HOWARD:  Okay.  Let me turn to the next in
21 order, which would be 31 and 32, the two charts that
22 Dr. Johns presented to the defendants yesterday
23 afternoon.
24         31 will be marked as the assessment of fish
25 populations in the bay since 1995.

Page 266

1    (Exhibit 31 was marked for identification.)
2    MR. HOWARD:  I'll present that to the witness.
3    And Exhibit 32 will be the chart that's
4    entitled "Biota Sampling Activities Conducted By and on
5    Behalf of The Port District in The Bay Since 1995."
6    I'll present that to the witness.
7    (Exhibit 32 was marked for identification.)
8    BY MR. HOWARD:
9    Q    So Exhibit 31 and 32, Dr. Johns, are your work
10   product in an effort to try to facilitate our testimony
11   today; correct?
12   A    That is correct.
13   Q    Okay.  And I appreciate that.
14   Let's look at -- let's look at 30 -- 31, which
15   is the fish populations in San Diego Bay for the last
16   24 years.
17   It looks to me that the range of the fish
18   population assessments are from 1996 to, most recently,
19   in the third column down, 2016; correct?
20   A    That is correct.
21   Q    Is it your understanding that these surveys
22   simply act as a census of fish populations, or they do
23   something more than that?
24   MR. DOBBS:  Objection.  Form.
25   THE WITNESS:  I think, by and large, they --

Page 267

1    they -- they do serve as a census.  My guess is the
2    SDG&E power plant cooling discharge channel was
3    probably a requirement of a permit they had to do a
4    census.
5    Some of these are university-based
6    publications or research.  So I think they're for
7    research purposes, as well as they serve the purpose of
8    providing a census of fish populations.
9    BY MR. HOWARD:
10   Q    I know the first one from 1996 was -- you were
11   unable to locate that one.  That was the Hoffman -- it
12   looks like NOAA Southwest Region report.
13   A    That is correct.
14   Q    But did you have a chance to review all the
15   other seven reports listed on Exhibit 31?
16   A    I did not review them in detail, but I
17   reviewed them to get a sense of the general context --
18   context of the study.
19   Q    And what's your sense on the general context
20   of the studies?  Do they have some basic conclusions
21   about fish populations in San Diego Bay?
22   A    There are fish in the bay --
23   MR. DOBBS:  Object to the form.
24   THE WITNESS:  There are fish in the bay.
25   There are a number of species in the bay that -- that

Page 268

1    represent both resident species and transient or
2    seasonal species.
3    The bay is a -- especially the south part of
4    the bay -- is a fairly intensive area for juvenile
5    stages of fish, and there are fish representing a
6    number of different fish types, including what we term
7    as forage fish, so smaller fish that are usually fed on
8    by others, anchovy being an example of that.
9    And then there are larger fish in the bay, as
10   well.  And I think, almost in every report, the
11   round -- the round ray is, by biomass, the -- the king
12   of the bay.
13   BY MR. HOWARD:
14   Q    Did these reports make any determination
15   when -- whether the fish populations in San Diego Bay
16   were, for lack of a better term, healthy, strong,
17   robust?
18   A    Yeah.  The studies that were done over a
19   year's time, they found some improvements in -- in bay
20   biomass when they've -- when they've calculated it.
21   I think the number of species hasn't changed
22   tremendously.  And, of course, there are differences
23   from year to year, but by and large, the the -- the trend
24   that has been identified in most studies is -- is --
25   when they've identified a trend, has been in -- either

Page 269

1    it's the same or it's improve-- -- it's improved in
2    terms of biomass.
3    Q    Okay.  Do any of these fish studies suggest
4    that fish -- fish populations in San Diego Bay have
5    been harmed by PCBs?
6    MR. DOBBS:  Objection.  Form.
7    THE WITNESS:  None of the studies evaluated
8    contaminant concentrations.  So they're silent on the
9    issue -- that issue.
10   MR. HOWARD:  Okay.  Let me mark, next in
11   order, the 2015 Vantuna Research Group study.
12   (Exhibit 33 was marked for identification.)
13   BY MR. HOWARD:
14   Q    And while we're marking that next in order,
15   which would be 33, let me ask Dr. Johns whether he has
16   worked with Merkel & Associates before.
17   A    I have not.
18   Q    Okay.  I've marked as Exhibit 33 -- it's a
19   September 2015 Vantuna Research Group study entitled
20   "Fish [sic] Inventory and Utilization of San Diego Bay,
21   San Diego, California, For Surveys Conducted in
22   April and July 2015."
23   I noted on the list you presented in
24   Exhibit 31, the eight fish population assessments,
25   then, that the Vantuna Research Group is on that list

Page 270

```
 1    and indicated to have performed a number of fish
 2    population assessments; correct?
 3        A  That's correct.
 4        Q  And the -- the exhibit I've presented to you
 5    is Exhibit -- 33, is it?  Do I have that right?  33 or
 6    34?
 7        A  Correct.  33.
 8        Q  33 is 2015.  I don't have the 2016 survey.
 9         Have you reviewed each one of those
10    Vantuna Research reports in preparation for your
11    deposition?
12        A  At the level of detail I described earlier.
13        Q  Okay.  What do you know of the Vantuna
14    Research Group?
15        A  Well, they're from Occidental College.  I --
16    I -- that's all I really know about them, but they've
17    got an ongoing program.  But that's what -- that's what
18    I know about them.
19        Q  Do they -- is your knowledge of the
20    Vantuna Group broad enough to -- to inform us whether
21    they research San Diego Bay exclusively, or do they
22    research other bays?
23        A  I don't know.
24        Q  Have you consulted with anyone from Vantuna on
25    any fish inventory?
```

Page 271

```
 1        A  I have not.
 2        Q  If you'd turn to page 2 of this particular
 3    fish inventory.  In the third section down, entitled
 4    "Best Estimates of Density and Standing Stock," the
 5    first sentence says "The stock size estimate in 2015
 6    was the highest of any other survey since 2005, and the
 7    biomass standing stock was the highest of all surveys.
 8    The best total estimate for total stock size is
 9    35,100,000" -- "-117,726 fishes."
10         I have no understanding of what 35 million
11    fish in San Diego Bay mean.  Is that good?  Is that --
12    what's that mean?
13        A  Well, that's a fair number of fish.  I, too,
14    don't know -- so one of the concepts that has not
15    really been addressed in any of the fish population
16    studies is -- is how does that number fit with the
17    carrying capacity of -- of the bay?
18         35 million fish sounds like a lot of fish, but
19    if the bay can actually support 100 million fish,
20    that's not -- that's not much.  But nobody has --
21    nobody's taken to that -- to that value.  I have not
22    been able to find anybody in any of the studies that have been
23    done, where somebody said, "Well, we could accommodate
24    this many fish" or -- or "We chockablock full with fish
25    right now."
```

Page 272

```
 1        Q  You used a terminology, "carrying capacity."
 2         Is that a term of art within your practice
 3    area?
 4        A  It is.
 5        Q  Okay.  So the concept being there's a
 6    scientific assessment of what a particular water body
 7    can hold at a maximum level; is that -- of fish?  Is
 8    that the concept?
 9         MR. DOBBS:  Objection.  Form.
10         THE WITNESS:  It's more not at a maximum level
11    but a capacity that can be sustained.
12    BY MR. HOWARD:
13        Q  I see.
14        A  So it's -- it's not only volume of water, but
15    it's sufficient food supply, which is probably one of
16    the most critical elements, and habitat type, which is
17    intimately tied with -- with food.
18        Q  Has anyone performed a capacity -- a
19    carrying-capacity study for San Diego Bay?
20        A  I'm not aware of any.
21        Q  Has the Port considered performing such a
22    study?
23         MR. DOBBS:  Objection.  Form and scope.
24         THE WITNESS:  I don't believe so, but the fact
25    that they are continuing to develop eel grass habitat
```

Page 273

```
 1    as part of their -- their programs is -- is maybe an
 2    indirect acknowledgement that there is an ability to
 3    increase carrying capacity in the bay, because the
 4    studies -- some of these studies -- I don't know if
 5    they're on this one or the next one -- identified and
 6    evaluated the -- the sufficiency of mitigated eel grass
 7    in terms of fish habitat, and they found that it was on
 8    par with fish habitat that came from natural or un- --
 9    unmiti- -- unmitigated areas -- unmiti- -- unmitigated
10    areas.
11         And so they're adding -- they're adding
12    capacity to the bay.  Whether that is -- I'm not aware
13    of any finite number they've calculated, but they're --
14    they're continuing to add capacity, carrying capacity,
15    to the bay.
16    BY MR. HOWARD:
17        Q  Has anyone at the Port performed any
18    computations to evaluate what that additional eel grass
19    will translate into in terms of increased fish
20    population?
21         MR. DOBBS:  Objection.  Form and scope.
22         THE WITNESS:  I don't -- I'm unaware of any --
23    any actual calculation other than they can draw on the
24    data that's been generated from the sites and -- and
25    express it forward, but I'm unaware of any.
```

Page 274

BY MR. HOWARD:
Q   How difficult would it be to perform a carrying-capacity study of San Diego Bay?
MR. DOBBS:  Objection.  Form and scope.
THE WITNESS:  I -- I think it -- it would be -- it's -- it is -- it would be difficult and probably uncertain in the sense that it's very difficult to take a bay this size and -- and generate that number, but you could probably, with some level of uncertainty, estimate it.
BY MR. HOWARD:
Q   Would it take years to perform?
MR. DOBBS:  Objection.  Form and scope.
THE WITNESS:  It probably would in a sense that you need to have a good sense of what that population looks like now and that probably, because of just natural variability, would need to do that over multiple years and assess habitat usage by those fish populations, because some of these studies also show that fish are tending to congregate in certain areas and not in others; and -- and, therefore, if you change those other areas to other uses and different habitat types, would that increase the carrying capacity?
So, yes, I think it would be an uncertain analysis.

Page 275

BY MR. HOWARD:
Q   The discussion about increased carrying capacity, then, in San Diego Bay, as we sit here today, is -- is it fair to say nothing more than a theoretical concept that really no one knows what the carrying capacity of San Diego Bay is today?
MR. DOBBS:  Objection.  Form and scope.
THE WITNESS:  I'm unaware of anybody having done that computation.
BY MR. HOWARD:
Q   Based on the Vantuna -- excuse me -- the -- yes, Vantuna Research Group inventory of approximately 35 million fish, the most we can conclude at this point is that it's a healthy number, but we don't know, with any sense of precision, how much more San Diego Bay could sustain in terms of fish population; correct?
MR. DOBBS:  Objection to form and scope.
THE WITNESS:  That's correct.
BY MR. HOWARD:
Q   Are you aware of any trend analysis in terms of fish populations in San Diego Bay?  Do we have a general understanding based on the studies that have been done whether the trends are increasing, remaining steady, or decreasing?
A   The studies that have done multiple-year

Page 276

analysis all point to trends that are in a positive direction, an increase in biomass.
Q   Let me turn your attention to Exhibit 32, which is the biota sampling.  Also covers 24 years.  Thank you for arranging this.
Can I -- have you had an opportunity to review these different studies in the course of your work for the Port?
A   To the same level of detail I described earlier.
Q   Okay.  Is there a general theme or conclusion that comes from these sampling studies in connection with biota and San Diego Bay?
A   I did not review the aquatic vegetation in great detail because that question is being addressed by another Port representative.
The fish studies are, I think, the same fish studies that were identified.  May-- -- they should have been identified, but maybe -- no, it's different because those are populations.
So the one fish study is similar, but the others, in terms of fish studies, did identify that -- they're single-year studies.  So, for instance, the demersal fishing channel deepening was a one-off project.

Page 277

I think I've wandered too far from the answer.
Q   Okay.  No.  That's -- that's fine.  I -- I understand.  I'm just trying to --
Is there --
A   Yeah.
Q   Let me -- let me phrase it this way:  Do any of these studies indicate that PCBs are causing harm to the biota in San Diego Bay?
MR. DOBBS:  Objection.  Form and scope.
THE WITNESS:  No.
BY MR. HOWARD:
Q   All right.  Let's see.  I'm going to shift topics here.  And I think I've found an an -- area where perhaps we can gain some speed, but I -- I need to have some clarity on this perhaps with -- with counsel.
MR. HOWARD:  On Topic 46 -- where's my chart?
As revised, we were going to -- 46 and 47, we're going to discuss data and evidence supporting the Port District's contention that public uses of the bay have been impacted or impaired due to the presence of PCBs; and on 47, trends in the impairment on limitations to public uses of the bay or trust property due to PCBs.
In preparing for this deposition, I

Exhibit 1
129

Page 278

1  anticipated going over with the Port's witness all
2  the -- the uses -- public uses of the bay.  And talking
3  with -- with counsel, I understand that there is a
4  different Port witness, Mr. Giffin, who will be talking
5  about the -- the public uses of the bay.
6      MR. DOBBS:  Yes.
7      MR. HOWARD:  Okay.  So when -- in talking to
8  Dr. Johns about the subject, we're only really focused
9  on those public uses of the bay that the Port believes
10 have been impaired or negatively impacted in some way;
11 is that correct?
12     MR. DOBBS:  That's my understanding of the
13 topics --
14     MR. HOWARD:  Okay.  All right.  So --
15     MR. DOBBS:  -- that Mr. Johns has been
16 designated for -- Dr. Johns has been designated for.
17     MR. HOWARD:  That will -- that will certainly
18 move things along considerably.
19     MR. DOBBS:  It will limit the objections, as
20 well.
21     MR. HOWARD:  Okay.
22     Q  And before we shift gears, did -- Dr. Johns,
23 did you prepare any other work product, other than
24 Exhibits 31 and 32, for purposes of the deposition?
25     A  No -- no other tables or anything.  I did have

Page 279

1  some notes.
2      Q  For purposes of the -- are those notes in your
3  file in front of you?
4      A  They are not.
5      Q  Where are your notes?
6      A  Well, on our server back at the office.  I may
7  have a -- a copy upstairs.
8      Q  Back at the office?
9      A  Yeah.
10     Q  And -- and do you -- what is in your folder in
11 front of you?
12     A  Oh.  Just the list of questions you provided
13 yesterday.
14     Q  Okay.
15     A  Nothing else.  I had -- the only thing I had
16 in there were the two -- two tables I brought in
17 yesterday.
18     Q  All right.  You're not involved in any way in
19 the aquaculture program here at -- in the bay; correct?
20     A  I am not.
21     Q  Have -- have you, on behalf of the Port,
22 worked or consulted in any way in combination with the
23 Navy to collaborate in any sort of bay initiatives,
24 including on natural resources?
25     A  I haven't --

Page 280

1      MR. DOBBS:  Objection.  Form and scope.
2      THE WITNESS:  I have not.
3  BY MR. HOWARD:
4      Q  Are you aware that the Navy performs dolphin
5  training in the bay?
6      A  I am not.
7      Q  Does the Port have any evidence that mammals
8  and birds in San Diego Bay are being harmed by PCBs?
9      MR. DOBBS:  Objection.  Form and scope.
10     THE WITNESS:  I do -- I do not.
11 BY MR. HOWARD:
12     Q  Let's talk about the OEHHA fish advisory,
13 which will be Exhibit 34.
14     (Exhibit 34 was marked for identification.)
15     MR. HOWARD:  Okay.  I need to get different
16 binders here.  I'll give that to --
17     Give me one second to change binders here.
18     Q  Okay.  Are you familiar with the 2013 --
19 October 2013 OEHHA fish advisory for San Diego Bay?
20     A  I am.
21     Q  And OEHHA, for the record, is a California
22 agency by the name of the Office of Environmental
23 Health Hazard Assessment; correct?
24     A  I'm sorry.  Yes.
25     Q  And what does OEHHA do?

Page 281

1      A  They provide risk assessment support to the
2  state.
3      Q  And do you know the circumstances that led to
4  OEHHA issuing, in October 2013, a fish advisory for
5  San Diego Bay?
6      A  As -- as part of their -- their process and
7  responsibility to evaluate potential for harm from
8  consumption of, in this particular case, seafood.
9      Q  And this particular advisory pertains to PCBs
10 and mercury; correct?
11     A  That is correct.
12     Q  I've heard the term used for fish advisories
13 that some -- some fish advisories are limited fish
14 advisories.  Have you heard that description?
15     A  I have.
16     Q  And would this San Diego Bay fish advisory for
17 PCBs and mercury be considered a limited fish advisory?
18     MR. DOBBS:  Objection.  Form.  Scope.
19     THE WITNESS:  Yes.
20 BY MR. HOWARD:
21     Q  And based on my nontechnical understanding
22 of -- of a limited fish advisory, that means that
23 there's not an outright ban against the consumption of
24 fish.  There's a state advisory to consume only certain
25 amounts of fish; correct?

Page 282

1    MR. DOBBS:  Objection.  Form.
2    THE WITNESS:  That is correct.
3    MR. JULIUS:  Join.
4  BY MR. HOWARD:
5    Q   And is this fish advisory also limited in the
6  sense that it only pertains to certain species of fish
7  in San Diego Bay and not all species?
8    A   That is correct.
9    Q   Is it the Port's view that this OEHHA 2013
10  fish advisory is the only PCB-related limitation on
11  public use of San Diego Bay?
12    MR. DOBBS:  Objection.  Form.
13    THE WITNESS:  I think, as we discussed
14  yesterday, there are limitations to boating activities
15  that could occur in Convair Lagoon and Campbell cap
16  because of the restrictions on being able to anchor up
17  in those areas.
18  BY MR. HOWARD:
19    Q   Okay.  So it's the Port's testimony that the
20  2013 limited fish advisory is one of the bases upon
21  which the Port believes there's a PCB-related
22  impairment of San Diego Bay; correct?
23    A   That's correct.
24    Q   And you've just enumerated two other reasons,
25  and that is in connection with boating around the

Page 283

1  Campbell cap and around the Convair Lagoon cap;
2  correct?
3    A   That's correct.
4    Q   So there are three bases for the Port's
5  position that there is a PCB-related impairment in
6  San Diego Bay.
7    MR. DOBBS:  Objection.  Form.
8    MR. JULIUS:  Join.
9    THE WITNESS:  That's correct.
10  BY MR. HOWARD:
11    Q   There are no other --
12    A   Or I -- I -- I should -- I'll clarify.
13  I don't know.
14    Q   Okay.  Well, this is our -- this is our time
15  to understand from the Port.
16    A   Yeah.
17    Q   I understand.  So let me phrase it.
18    As far as the Port's concerned, today, May 1,
19  2019, the three bases for which the Port believes
20  San Diego Bay is impaired for PCBs is, one, the
21  October 2013 limited fish advisory; two, boating
22  impairments around the Convair cap; and, three, boating
23  impairments around the Campbell cap; correct?
24    A   Correct.
25    MR. DOBBS:  Objection.  Form.

Page 284

1  BY MR. HOWARD:
2    Q   Does the Port promulgate this fish advisory on
3  its website?
4    A   I don't know.
5    Q   What has the Port done in response to this
6  October 2013 limited fish advisory?
7    MR. DOBBS:  Objection.  Scope and form.
8    THE WITNESS:  I don't know.
9  BY MR. HOWARD:
10    Q   This fish advisory doesn't counsel against the
11  eating of fish; correct?  Because I'm looking on
12  page 2, and the question -- and -- and this OEHHA
13  document, to the question "Should I continue eating
14  fish?" is "Yes!"; correct?
15    A   That is correct.
16    Q   And OEHHA explains that "Fish, in general, is:
17  An important part of a healthy well-balanced diet" and
18  "A good source of protein"; correct?
19    A   Correct.
20    Q   And then it goes through its recommendations
21  in terms of limiting fish consumption based on gender,
22  based on age, and based on the specific species of
23  fish; correct?
24    A   Correct.
25    MR. HOWARD:  All right.  What -- what number

Page 285

1  was this exhibit number?
2    MR. DOBBS:  34.
3    MR. HOWARD:  34.  Thank you.
4    Q   Has the Port itself warned the public not to
5  consume fish from San Diego Bay?
6    MR. DOBBS:  Objection.  Form and scope.
7    THE WITNESS:  I don't know.
8  BY MR. HOWARD:
9    Q   Related question:  Has the Port warned the
10  public to eat less fish from San Diego Bay?
11    MR. DOBBS:  Objection.  Form and scope.
12    There's another witness designated to testify
13  on this topic.
14    THE WITNESS:  I don't know.
15    MR. HOWARD:  Which witness?
16    MR. DOBBS:  Karen Holman.
17    MS. DAVIS:  Which topic?
18    MR. DOBBS:  Topic 19.
19    MR. HOWARD:  Give me a moment.
20    Okay.  Well, this -- this witness is talking
21  about limitations and public uses of the bay, and so
22  it's -- I think it's foundational to this topic.  So I
23  will keep -- I will ask it, and counsel can object to
24  it.
25    Q   But has the Port warned anyone in the public

Page 286

1  against eating less fish in San Diego Bay?
2       A  I don't know.
3           MR. DOBBS:  Objection.  Form and scope.
4  BY MR. HOWARD:
5       Q  Okay.  I'm going to move to Topic 65 -- it may
6  be 75 here -- on -- we're going to talk dredging.
7           Is the Port currently perform any maintenance
8  or environmental dredging in San Diego Bay today?
9       A  No.
10      Q  Does the Port employ in-house subject matter
11  experts in dredging?
12          Let me -- let me -- let me restate this.
13          Does the Port consider itself a licensing
14  authority to perform dredging in San Diego Bay?
15          MR. DOBBS:  Objection.  Form.
16          THE WITNESS:  Could you describe what a
17  licen- -- licensing authority is?
18  BY MR. HOWARD:
19      Q  Yes.  So any authority that would be in a
20  position to review and approve any aspect of a dredging
21  project in San Diego Bay.
22          And my question is:  Is San -- is the Port of
23  San Diego one of those entities that must review and
24  approve maintenance dredging or environmental dredging
25  in San Diego Bay?

Page 287

1       A  Yes.
2       Q  And how do they review and approve an
3  environmental or maintenance dredging project in
4  San Diego Bay?
5       A  I think it's primarily through the CEQA
6  process.
7       Q  Has the Port initiated the CEQA process for
8  purposes of any dredging proposed by the Port in this
9  lawsuit?
10          MR. DOBBS:  Objection.  Form and scope.
11          THE WITNESS:  I don't know.
12  BY MR. HOWARD:
13      Q  As the Port sits here today, has the Port
14  issued a notice of preparation for a CEQA environmental
15  impact report for any of the dredging proposed in
16  San Diego Bay through this lawsuit?
17          MR. DOBBS:  Objection.  Form and scope.  And I
18  will note that the Court already issued a protective
19  order related to questioning about future actions that
20  may be proposed as part of the Port's prayer for relief
21  in this case.
22          MR. HOWARD:  No.  That's -- Topic 65 is --
23          MR. DOBBS:  It's also as to Topic 69.
24          MR. HOWARD:  65 are areas of the bay where
25  dredging was conducted or is planned to occur due to

Page 288

1  the presence of contaminants or PCBs.
2           This is squarely within Topic 65.
3           MR. DOBBS:  And Topic 69 was specifically
4  actions the Port District can take in the future to
5  abate the nuisance as a result in --
6           MR. HOWARD:  This is about planning.  This
7  is -- so I'm not -- that's different.
8           MR. DOBBS:  No.  You're asking specifically
9  about actions that the Port District would take as a
10  remedy in this lawsuit as opposed to things the Port
11  has planned.
12          MR. HOWARD:  I'm not -- I'm not asking where
13  the dredging is specifically, but I'm entitled to know,
14  in Topic 65, the planning actions that the Port has
15  undertaken.
16          So that's where I'm going, and I'm entitled to
17  hear from this witness everything the Port has done on
18  that topic.
19          MR. DOBBS:  Outside of this lawsuit, the
20  witness may answer.
21          MR. HOWARD:  You can -- you can object.  You
22  can object, but this is clearly part of this topic.
23      Q  So we know how now, Dr. Johns, that the Port
24  hasn't -- is not currently performing any dredging in
25  San Diego Bay; correct?

Page 289

1       A  Correct.
2       Q  And the Port, through this lawsuit, is
3  planning to perform dredging, because you reviewed
4  Mr. Fuglevand's expert report; correct?
5           MR. DOBBS:  Objection.  Form and scope.
6           THE WITNESS:  I reviewed Mr. Fuglevand's
7  report.  I did not see it characterized as plans to
8  conduct dredging.  He provided an analysis and -- of
9  what it might cost if one was to -- to do dredging.  I
10  don't believe he said in his report that dredging was
11  planned.
12  BY MR. HOWARD:
13      Q  Well -- well, that's exactly my question here.
14          Has the Port undertaken any of the necessary
15  steps -- engineering analysis, permit applications,
16  additional sampling -- to implement any dredging
17  contemplated by this lawsuit?
18          MR. DOBBS:  Objection.  Form and scope.  This
19  is within the area of the protective order issued by
20  the Court, and I will instruct the witness not to
21  answer.  It was Topic No. 69.
22          MR. HOWARD:  No.  No, Counsel.  That is
23  completely inappropriate, because this -- just read
24  Topic 65.  "Areas of the bay where dredging was
25  conducted or is planned to occur due to the presence of

Exhibit 1
132

Page 290

1 the contaminants or PCBs."

2      I'm asking what is planned to occur.

3      MR. DOBBS: And 69 was specifically --

4      MR. HOWARD: I don't care about 69. 69's off

5 the table.

6      I'm talking about 65. These are questions I'm

7 entitled to know. I'm trying -- entitled to get

8 information from the Port today about Topic 65 and the

9 planning actions the Port has taken due -- that is

10 planned to occur due -- this is future-looking.

11      MR. DOBBS: And that's exactly what 69 was.

12      MR. HOWARD: Object, but do not instruct this

13 witness not to answer topics.

14      MR. DOBBS: I will instruct the witness not to

15 answer on topics that the Court has issued a protective

16 order on.

17      MR. HOWARD: This -- there is no protective

18 order on Topic 65.

19      If you're saying this witness is not prepared

20 to talk about the planning functions that the Port has

21 undertaken and you have a witness who will do that,

22 that's a separate issue, but I'm entitled -- this is my

23 only opportunity to talk to the Port and find out what

24 planning steps have been undertaken for purposes of any

25 future dredging.

Page 291

1      Q  So that said, Dr. Johns, I'm going to ask you

2 again. What planning steps has the Port of San Diego

3 taken, including basic engineering analysis, basic CEQA

4 analysis, consultations with Clean -- under the Clean

5 Water Act Section 404, under 401, under CEQA?

6      What planning steps, if any, has the Port of

7 San Diego taken for purposes of performing future

8 dredging in San Diego Bay?

9      MR. DOBBS: I'll object and instruct the

10 witness not to answer as it relates to planned actions

11 as a result of this lawsuit.

12      Outside this lawsuit, the witness may answer

13 the question.

14      MR. HOWARD: I have no idea what that means.

15      MR. DOBBS: Well, it means that --

16      MR. HOWARD: He does --

17      MR. DOBBS: -- the witness should not be

18 answering questions that fall within Topic No. 69 that

19 the Court issued a protective order.

20      MR. HOWARD: Counsel, you're ignoring the

21 plain language of Topic 65. If you're barring me -- if

22 you're barring me from my only time, my only

23 opportunity, to find out what -- with respect to

24 dredging, what is planned to occur due to the presence

25 of contaminants --

Page 292

1      And I'm asking only about the planning. I'm

2 not asking where it's taking place. I'm not even

3 asking the quantity. I'm asking specifically about the

4 Port planning. So are you going to stand in my way --

5      MR. DOBBS: Well, ask the witness about

6 planning, and maybe it will short-circuit some of this.

7      MR. HOWARD: What's that?

8      MR. DOBBS: Ask the witness about his

9 knowledge of any planned activities.

10      MR. HOWARD: That's what I've been doing.

11      MR. DOBBS: No. You've been asking him about

12 all the activities --

13      MR. HOWARD: He's the Port.

14      MR. DOBBS: -- that you would do if you were

15 going to do something.

16      MR. HOWARD: I'm asking him about any --

17      Q  I -- Dr. Johns, this shouldn't be this

18 difficult. You've been on the Tow Basin project and on

19 the shipyard project, both of which involved dredging;

20 correct?

21      A  Correct.

22      Q  And you're generally familiar with what is

23 required to execute a dredging project in San Diego

24 Bay, are you not?

25      A  I am.

Page 293

1      Q  Okay. And you understand the basic steps that

2 are required to execute a dredging project in San Diego

3 Bay; correct?

4      A  Correct.

5      Q  And that would include obtaining a permit from

6 Army Corps of Engineers under Section 404 of the Clean

7 Water Act; correct?

8      A  Correct.

9      Q  You're also aware that one of the required

10 permits to perform a dredge anywhere is to obtain a

11 state certification under Section 401 of the Clean

12 Water Act; correct?

13      A  Correct.

14      Q  And you're also aware that, in order to

15 perform a dredging project anywhere in San Diego Bay,

16 you would have to perform at least a CEQA analysis

17 evaluating the basic environmental risks; correct?

18      A  Correct.

19      Q  And you would -- you also understand that, in

20 order to execute a dredging project in San Diego Bay,

21 you would have to get, from the State Lands Commission,

22 a dredging license; is that not correct?

23      A  Correct.

24      Q  And in order for -- to execute a dredging

25 project in San Diego Bay, one would have to consult

Page 294

1   with a number of resource agencies, including U.S. Fish
2   and Wildlife; California Department of Fish and Game;
3   NOAA, National Marine Fisheries, to deal with
4   endangered species and all those sorts of complicated
5   issues; correct?
6       A   Correct.
7       Q   Has the Port performed any of those planning
8   functions with respect to any dredging project that it
9   anticipates it would perform through this lawsuit?
10          MR. DOBBS: Objection. Form. Scope.
11          THE WITNESS: Not that I am aware of.
12  BY MR. HOWARD:
13      Q   Okay. Do you know who in San Diego Bay
14  performs most of the dredging? Meaning, is it
15  Army Corps? Navy? Port Tenants? Is it the Port?
16      A   Probably, by volume, the Army Corps because of
17  navigation dredging.
18      Q   Does the Port of San Diego itself perform
19  dredging within the bay?
20      A   Historically, I believe they have, yes.
21      Q   Do they have, in-house, the subject matter
22  experts to perform dredging? Do they own the rigs, for
23  example?
24      A   They do --
25          MR. DOBBS: Objection. Form and scope.

Page 295

1           THE WITNESS: They do not.
2   BY MR. HOWARD:
3       Q   Does the Port have a separate budget through
4   which it funds dredging of San Diego Bay?
5           MR. DOBBS: Objection. Form and scope.
6           THE WITNESS: I don't know.
7   BY MR. HOWARD:
8       Q   Who at the Port is responsible for overseeing
9   and conducting Port dredging projects?
10          MR. DOBBS: Objection. Form and scope.
11          THE WITNESS: I don't know.
12  BY MR. HOWARD:
13      Q   Do you know how often the Port executes
14  dredging projects in San Diego Bay?
15          MR. DOBBS: Objection. Form and scope.
16          THE WITNESS: Rarely.
17  BY MR. HOWARD:
18      Q   You indicated yesterday that you understand
19  the largest environmental dredging project to occur in
20  San Diego Bay was the NASSCO in the shipyard
21  remediation; correct?
22      A   That is correct, except I don't know the
23  volume that was taken for Paco. But I think, in -- in
24  recent history, the shipyard site is the largest.
25      Q   So Paco Terminals was the copper ore sediment

Page 296

1   remediation that took place in the 1980s, I believe.
2       A   That -- that's correct. Late '80s.
3       Q   So between Paco -- the Paco Terminals
4   remediation and the shipyard remediation, one of those
5   two projects were the -- are considered to be the
6   largest environmental dredging projects in San Diego
7   Bay history; correct?
8       A   Correct.
9       Q   Who at the Port decides when, where, and why
10  to dredge the bay?
11          MR. DOBBS: Objection. Form and scope.
12          THE WITNESS: I don't know.
13  BY MR. HOWARD:
14      Q   Does the Port follow any formal guidance or
15  manual when determining when to dredge, where to
16  dredge, and how to evaluate the risks and benefits of
17  dredging?
18          MR. DOBBS: Objection. Form and scope.
19          THE WITNESS: I don't know.
20  BY MR. HOWARD:
21      Q   Does the Port keep records of its dredging
22  projects performed in San Diego Bay?
23          MR. DOBBS: Objection. Scope.
24          THE WITNESS: Yes.
25          MR. HOWARD: Excuse me. My live feed is --

Page 297

1       Q   Do you know where those records are
2   maintained?
3       A   I do not.
4       Q   Have you, through the course of your work,
5   reviewed those dredging records?
6       A   I have not.
7       Q   Through your work on Tow Basin and the
8   shipyard sites, did you work with someone in the Port
9   who is considered to be the most expert within the Port
10  staff on dredging issues?
11      A   In terms of the necessity from an
12  environmental perspective or the mechanical aspects of
13  dredging?
14      Q   Both.
15      A   The first, yes. The second, no.
16      Q   Okay. Tell me -- the first was -- now I've
17  lost track of what the first was.
18      A   It was the -- the environmental perspective.
19      Q   Okay.
20      A   So --
21      Q   Let me ask the question.
22          So through the course of your work, who did
23  you work with at the Port that you understand to be the
24  most expert in terms of environmental dredging?
25      A   I have conversations with Paul Brown.

Page 298

1    Q   Who decides what the proper navigational
2  depths in San Diego Bay should be?  Is that the Port,
3  Army Corps, or some other authority?
4        MR. DOBBS:  Objection.  Form and scope.
5        THE WITNESS:  The navigation -- the federal --
6  federally authorized navigation channel is determined
7  by the Corps.  I don't know otherwise.
8  BY MR. HOWARD:
9    Q   Your understanding is that the -- one of the
10  functions of the Port is not to determine navigational
11  depths in the bay?
12        MR. DOBBS:  Objection.  Form and scope.
13        THE WITNESS:  I don't know.
14  BY MR. HOWARD:
15    Q   Do you know -- let me say it differently.
16        Is the Campbell Shipyard remediation the last
17  time the Port funded a dredging operation in San Diego
18  Bay?
19        MR. DOBBS:  Objection.  Scope.
20        THE WITNESS:  I believe that's the case.
21  BY MR. HOWARD:
22    Q   Has the Port ever dredged outside its
23  jurisdictional trustee boundaries?
24        For example, has the Port been in the role of
25  dredging the navigational channel, for example?

Page 299

1        MR. DOBBS:  Objection.  Scope.
2        THE WITNESS:  I don't know.
3  BY MR. HOWARD:
4    Q   Does the Port perform both environmental and
5  maintenance dredging on occasion?
6        MR. DOBBS:  Objection.  Scope.
7        THE WITNESS:  Yes.
8        MR. HOWARD:  Okay.  Let me go to next in line,
9  the basin plan, which is next in order, Exhibit 35.
10        (Exhibit 35 was marked for identification.)
11  BY MR. HOWARD:
12    Q   And I'm going to -- I think that you have a
13  large document.  I just want to direct your attention,
14  Dr. Johns, to the section that begins on 4-58.  It's
15  the "Dredging and Disposal of Dredge Spoil" section.
16        Can you find that section?
17    A   I did.
18    Q   Are you generally familiar with the part of
19  the basin plan that discusses the requirements to
20  perform any dredging within San Diego Bay?
21    A   Generally, yes.
22    Q   And is it fair to say this basin -- basin plan
23  illustrates a fairly extensive process to obtain
24  approvals to dredge in San Diego Bay?
25    A   Yes, it does.

Page 300

1    Q   And is it also fair to say that, in order to
2  perform an environmental dredging project in San Diego
3  Bay, there seems to be additional requirements, such as
4  obtaining waste discharge requirements and the like?
5    A   That's correct.
6    Q   Has the Port prepared any feasibility studies
7  for purposes of any future dredging it expects to
8  perform in San Diego Bay for PCBs?
9    A   I don't know.
10    Q   Do you know whether the Port intends to be the
11  CEQA lead agency for purposes of any dredging projects
12  performed for purposes of PCB remediation?
13        MR. DOBBS:  Objection.  Scope.
14        THE WITNESS:  I don't know.
15  BY MR. HOWARD:
16    Q   Do you know whether the Port has solicited any
17  public comments about dredging in San Diego Bay for
18  PCBs or other contaminants?
19        MR. DOBBS:  Objection.  Scope.
20        THE WITNESS:  I don't know.
21  BY MR. HOWARD:
22    Q   If the Port were to seek to perform a PCB
23  remediation in San Diego -- San --
24        Excuse me.  Let me start that over.
25        If the Port is proposing to perform a PCB

Page 301

1  remediation in San Diego Bay, today, it would be doing
2  so in the absence of a regional board CAO; correct?
3        MR. DOBBS:  Objection.  Form and scope.
4        THE WITNESS:  "Today," do you mean --
5        Clarification:  "Today," you mean, like, today
6  as opposed to it's in a current CAO or IO
7  contemplated --
8  BY MR. HOWARD:
9    Q   Let me rephrase that.
10    A   Okay.
11    Q   Is the Port -- if the Port were to perform a
12  PCB remediation in broad areas of the bay, it would
13  have to do so in the absence of a regional board
14  cleanup and abatement order because there is no
15  existing baywide cleanup and abatement order for PCBs;
16  correct?
17    A   Correct.
18        MR. DOBBS:  Objection.  Scope.
19  BY MR. HOWARD:
20    Q   So, in that circumstance, if the Port were to
21  move forward with any PCB sediment remediation through
22  this lawsuit, it would be doing so under voluntary
23  circumstances; correct?
24        MR. DOBBS:  Objection.  Scope.
25        THE WITNESS:  I don't know.

Page 302

1  BY MR. HOWARD:
2      Q  Well, we know right now that there's no
3  baywide cleanup and abatement order; correct?
4      A  Correct.
5      Q  So there's no state order mandating that the
6  Port perform PCB contam- -- PCB remediation throughout
7  the bay; correct?
8      A  Correct.
9      Q  So if the Port decides to move forward and do
10  this environmental dredging for PCBs across the bay, it
11  would be doing so on a voluntary basis; correct?
12      MR. DOBBS:  Objection.  Form.
13      THE WITNESS:  Correct.  In some -- in some
14  regulatory programs, "voluntary" has specific meanings,
15  and so I just did not know if there was a specific
16  meaning to "voluntary."
17  BY MR. HOWARD:
18      Q  No.  I mean it in the --
19      A  From the plain language, yes.
20      Q  My -- my use of "voluntary" is in plain
21  language, that it's -- would be doing so without --
22  without being mandated under a State of California
23  order.  Is that fair?
24      A  Fair.
25      Q  Are you aware of any other circumstance, prior

Page 303

1  circumstance, where the Port has performed
2  environmental dredging in the absence of a cleanup and
3  abatement order?
4      A  By "environmental dredging," you're
5  specifically talking about the removal of contaminants?
6      Q  I am.
7      A  I am not aware of any others.
8      Q  Has the Port informed its tenants of any
9  anticipated dredging proposed in this lawsuit?
10      A  I don't know.
11      Q  Does the Port need to inform its tenants of --
12      MR. DOBBS:  Objection.  Form and scope.
13      MR. HOWARD:  Let me finish my sentence.
14      Q  Does the Port need to inform its tenants of
15  dredging that's performed within tenant leaseholds?
16      A  I would assume, yes.
17      Q  Do you know when the Port plans to inform its
18  tenants of dredging it seeks in this lawsuit?
19      MR. DOBBS:  Objection.  Form and scope.
20      THE WITNESS:  I don't know.
21  BY MR. HOWARD:
22      Q  Is it fair to say a lot of work still needs to
23  be done by the Port before any dredging for PCBs in the
24  bay can occur?
25      MR. DOBBS:  Objection.  Scope.

Page 304

1      THE WITNESS:  Yes.
2  BY MR. HOWARD:
3      Q  Given all the work that has to be done to get
4  a dredging project approved in San Diego Bay, how is
5  the Port evaluating the likelihood that the conceptual
6  dredging project in this lawsuit for PCBs will be
7  approved by all the state and federal agencies that
8  have to evaluate it?
9      MR. DOBBS:  Objection.  Form and scope.
10  Instruct the witness not to answer.  This is subject to
11  the protective order for Topic No. 69.
12      MR. HOWARD:  This is on Topic 65, clearly
13  within it.
14      MR. DOBBS:  No.
15      MR. HOWARD:  And you're instructing --
16      MR. DOBBS:  The witness testified that he is
17  not aware of any planned dredging activities.
18      MR. HOWARD:  Then let the witness answer it.
19  You can object.  But you're instructing him not --
20  you're denying us the opportunity to understand the
21  Port's evaluation of --
22      MR. DOBBS:  No.  I think it's consistent with
23  the Court's order that this topic is better suited for
24  the experts that have issued reports on it.
25      MR. HOWARD:  But I'm asking for the Port's

Page 305

1  understanding, not the experts' understanding.
2      MR. DOBBS:  Yeah.  And I think the Court said
3  that that was being repetitive, and that's why there
4  was a protective order issued as to the topics that
5  were the Port's understanding of its experts' work
6  product.
7      MR. HOWARD:  So let me understand the Port's
8  position.  I am not entitled to understand the
9  Port's -- not the expert, but the Port's -- position in
10  terms of its understanding of the likelihood that the
11  dredging project proposed in this lawsuit would ever be
12  approved by all required state and federal agencies.
13  Is that the Port's position?
14      MR. DOBBS:  Based on the Court's issuing of a
15  protective order for Item -- or Topic No. 69, I believe
16  that is correct.  You do not get a corporate rep
17  deposition as to that topic.
18      MR. HOWARD:  So you're instructing the witness
19  not to answer.
20      MR. DOBBS:  I am.
21      MR. HOWARD:  And if I were to ask the witness
22  in terms of how much or how -- how he's being paid for
23  today, would the Port also assert -- assert an
24  objection based on privilege?
25      MR. DOBBS:  I believe the witness testified as

Page 306

1  to how he was being paid yesterday.
2      MR. HOWARD:  Or how much he's being paid?
3      MR. DOBBS:  I don't have an objection to that.
4  BY MR. HOWARD:
5      Q  Okay.  Dr. Jones --
6      Dr. Johns, excuse me, how much are you being
7  paid for your work for the Port?
8      A  My charge-out rate is $220 an hour.
9      Q  And how much have -- if you can estimate, how
10  much have you charged the Port for your services over
11  the last 12 years?
12      A  I can't even give you an estimate.
13      Q  Okay.  Do you -- are you able to give an
14  estimate in terms of how much Windward Environmental
15  has charged the Port for all its work?
16      A  Maybe three quarters of a million dollars.
17      Q  From the inception of the work to today?
18      A  Yes.
19      Q  Okay.
20      MR. HOWARD:  All right.  So let's take a
21  break.  We're at --
22      And I think it won't be a problem making your
23  flight.
24      THE WITNESS:  Okay.  Thank you.
25      THE VIDEOGRAPHER:  Going off the record.

Page 307

1      The time is 11:11 a.m.
2      (Recess taken 11:11 a.m. - 11:28 a.m.)
3      (John Carter, Esq., and Nancy Yanochik,
4      Esq. join the deposition.)
5      (Exhibit 36 was marked for identification.)
6      (Exhibit 37 was marked for identification.)
7      THE VIDEOGRAPHER:  We are back on the record.
8      The time is 11:28 a.m.
9      MR. HOWARD:  We have new counsel in the
10  room.
11      MR. CARTER:  Yeah.  For -- for the record, my
12  name is John Carter.  I'm deputy general counsel for
13  the Port District.
14      MS. YANOCHIK:  I'm Nancy Yanochik.  I'm here
15  with Kelley Drye for the Port District.
16  BY MR. HOWARD:
17      Q  All right.  Dr. Johns, we've marked next in
18  sequence, as 36, a Tetra Tech report dated February 12,
19  2019, entitled "Tenth Avenue Marine Terminal
20  Investigation Order:  Dry Season Upland Sampling
21  Progress Report"; and, as 37, a Windward Environmental
22  report dated December 7, 2018, entitled
23  "San Diego Unified Port District:  Tenth Avenue Marine
24  Terminal Investigation Area Bay Sediment Data Progress
25  Report."

Page 308

1      And as to 37, I will represent that this is
2  just an excerpt of a very voluminous report.
3      And I'll also represent to you, Dr. Johns,
4  that I -- I found these last night after our discussion
5  about the Tenth Avenue Marine Terminal, and you
6  indicated that there was additional testing that was now
7  available.  So I went looking for it last night, and I
8  found two reports that I want to talk to you about.
9      MR. DOBBS:  Do you have extra copies, by the
10  way?
11      MR. HOWARD:  Oh, I'm sorry.  Yeah.  I'm sorry.
12      I only have one, unfortunately, because I -- I
13  was in a rush to --
14      MR. DOBBS:  That's all right.
15      MR. HOWARD:  -- get things printed out.  So
16  that's two.
17  BY MR. HOWARD:
18      Q  As you're looking at those, Doctor, I want
19  to -- you -- you indicated that there was a
20  comprehensive report performed in response to the Tenth
21  Avenue Marine Terminal Investigation Order
22  R9-2017-0081.
23      And both of these reports, one by the City and
24  one on behalf of the Port -- both state in the
25  introduction that they're responsive to the same

Page 309

1  investigation order; is that correct?
2      A  That is correct.
3      Q  So are you -- are you familiar with both of
4  these reports?
5      A  I am.
6      Q  I see one them was -- was prepared for the
7  Port by Windward Environmental, your firm.
8      Were you involved in the preparation of the
9  December 7, 2018, report?
10      A  I was.
11      Q  And how were you involved?
12      A  For senior review, primarily.  Also, in terms
13  of the development of the sampling plan, I contributed
14  to that overall design.
15      Q  So you helped design the sampling plan.
16      Were you involved in the authorship of this
17  report?
18      A  As a senior reviewer.
19      Q  I didn't see anyone sign it, so it's hard
20  to -- is there someone at Windward who authored this
21  particular report?
22      A  Sections were written by different people
23  depending on the subject and the issue.  This is
24  primarily a progress report with field data -- or data
25  in it.  So it would have been a couple of different

Page 310

1   people at the office.
2       Q  Okay.  So I have two reports in response to
3   the same order.  I'm trying to figure out, what was the
4   allocation of work between Exhibit 36 and 37?
5       A  Allocation of work --
6       Q  As between the City and the Port.
7       A  Yeah.  So Exhibit 36 is a work product of the
8   Port done by Tetra Tech, and it's their -- the sampling
9   that they've undertaken as part of the TAMT
10  investigative order.
11      37 is the -- the principal authority of this
12  was Windward, reviewed by the City.  And there's a
13  cost-share basis for the sampling and analysis of -- of
14  the end water work.
15      Q  As between the City and the Port?
16      A  That's correct.
17      Q  But help me understand.  Why two reports in
18  response to the same order?
19      A  I think that's how the two -- the clients
20  decided to produce it this time as their project -- as
21  they are just progress reports.
22      Q  Are they looking at the same issues?  Is
23  there --
24      A  No.
25      Q  Like, is there technical overlap, or is there

Page 311

1   a -- sort of a defined separation of the scope and the
2   objectives of these two reports?
3       A  Yes.  The -- the -- as stated in the title,
4   the San Diego is just an upland sampling event, whereas
5   the -- the work done by Windward was all the end water
6   sediment sampling.
7       Q  All right.  So just so I'm keeping score at
8   home, the City was looking at uplands sampling, and the
9   Port and Windward were looking at bay area sampling.
10  Is that fair?
11      A  That's correct.  And the -- Port also
12  has -- also had done upland sampling, too.  They have
13  some upland sampling responsibilities that are
14  different than the -- than the City's.
15      Q  When you say "responsibilities,"
16  responsibilities through the investigation order
17  that --
18      A  That's correct.
19      Q  The investigation order assigns the City
20  certain responsibilities and the Port certain
21  responsibilities?
22      A  That's correct.
23      Q  Taking a look at the City report, Exhibit 36,
24  on the uplands investigation, if -- I tabbed it for
25  ease of reference -- on page 21 and 22 seems to be the

Page 312

1   summary of the PCB analysis in which the City report
2   states that PCBs were detected in all 21 sediment
3   samples.
4       Does that mean upland sediment samples?
5       A  Yes.  Soils.
6       MR. DOBBS:  Objection.  Form.
7       MR. JULIUS:  Join.
8   BY MR. HOWARD:
9       Q  And are those upland sediment samples in
10  Switzer Creek?
11      A  They are a variety of locations.  I don't
12  remember the exact locations of all the --
13      Q  Okay.
14      A  -- all the samples.
15      Q  But we know that they were all upland sediment
16  samples; correct?
17      A  That's correct.
18      Q  And it states that the total PCB
19  concentrations ranged from 1.6 parts per billion --
20  this is Switzer-1 -- to 58 parts per billion at
21  Beardsley-4.
22      Do you see that?
23      A  Yes.
24      Q  And do those results indicate as to at least
25  all upland PCB samples that their results are all below

Page 313

1   84 parts per billion?
2       MR. DOBBS:  Objection.  Form and scope.
3       MR. JULIUS:  Join.
4       THE WITNESS:  They are all below 84 parts per
5   billion.
6   BY MR. HOWARD:
7       Q  So the City report does an upland sediment
8   investigation, takes 21 samples, and finds that PCB
9   concentrations are all below 84 parts per billion;
10  correct?
11      MR. DOBBS:  Objection.  Form.
12      MR. JULIUS:  Join.
13      THE WITNESS:  That's correct.
14  BY MR. HOWARD:
15      Q  And then the Port, in response to the same
16  investigation order, which is the Windward
17  Environmental report, looks at the area -- the bay area
18  around Tenth Avenue Marine Terminal; correct?
19      A  That is correct.
20      Q  And the Windward report -- looks like I --
21  hopefully, I tabbed it.  Did I tab it for you?  Yes.
22      On Section 4.3 that's entitled "PCBs and
23  PCTs," there's a summary table of the findings of the
24  sampling for PCBs and sediments, and that's depicted
25  in -- in a table, on 4-3.

Page 314

1  Do you see -- do you see that?
2  A  I do.
3  Q  Okay.  Can you help explain to me how to read
4  this table?  What -- I understand the difference in the
5  depths, but what's 14 J, 5.93 J?  What -- what does
6  that -- what does that mean?  I don't understand what
7  the J means in this table.
8  MR. DOBBS:  Objection.  Form.
9  THE WITNESS:  The J qualifier is a qualifier
10  put on by the QA -- third-party QA chemists.  It means
11  that the value is an estimated value.
12  BY MR. HOWARD:
13  Q  Why is it estimated?
14  A  It -- I'm not an analytical chemist, but there
15  could be interferences that they noted in the -- in the
16  record, analysis record.  So they -- they say this
17  is -- this value estimates what the value was.  They
18  don't know if it's exactly at 14 or whether it's 13 or
19  15.
20  Q  So there may be a certain amount of error
21  inherent in the data based on the J designation?
22  MR. DOBBS:  Objection.  Form.
23  THE WITNESS:  Yeah.  It lacks the quality of
24  an unqualified value.
25  ///

Page 315

1  BY MR. HOWARD:
2  Q  Okay.  And in this table, there is a column
3  that says "Mean," and it ranges from 153 parts per
4  billion up to 352 parts per billion.
5  Do you see that?
6  A  I do.
7  Q  Was -- was that the data you were referring to
8  yesterday about the -- the results for PCB sediment
9  testing indicated that the levels were elevated around
10  Tenth Avenue Marine Terminal?
11  A  I wasn't --
12  MR. DOBBS:  Objection.  Form.
13  THE WITNESS:  I wasn't thinking about the
14  mean.  I was thinking about some of the concentrations
15  that are represented in the maximum, and their values
16  below are near the maximum.
17  BY MR. HOWARD:
18  Q  Okay.  But what's the mean, then?  How should
19  I interpret the column that says "Mean" in this
20  table?
21  A  Well, there are 29 samples collected of the --
22  which all 29 detected PCBs, and this is just a straight
23  mean calculation of -- of those values.
24  Q  I see.  So if four- -- for example, if 14 --
25  14 J was the low and four-- 1,490 J was the high, if

Page 316

1  you add in the other 27 samples and their results, that
2  would generate the mean of 153 parts per billion?
3  A  That's correct.
4  Q  Okay.  And this table also indicates that
5  there's a variation of concentrations of PCBs depending
6  upon the depth.  And I think, maybe on the next page,
7  there's an indication on page 36 -- yes.
8  In the first paragraph, the last sentence, it
9  says "Average PCB concentrations increase with depth,
10  ranging from 153 parts per billion for the surface...to
11  352 parts per billion for 2-3-foot interval samples."
12  So can you help me understand why -- or, I
13  mean, do you have an understanding of why the
14  concentrations seem to be increasing with depth?
15  MR. DOBBS:  Objection.  Form.
16  THE WITNESS:  Well, all else being the same,
17  the sediment is settling out over time, that
18  concentrations of depth would indicate higher
19  concentrations were present in the sediment in -- in
20  past time.
21  If the sediments are highly disturbed, it
22  may -- may mean -- you may not be able to interpret
23  what it means other than that it's present there at
24  depth.
25  But, typically, if there's -- if there's no

Page 317

1  disturbance, then depth indicates usually time as
2  sediment settles out.
3  BY MR. HOWARD:
4  Q  Do you have an understanding in terms of the
5  time associated with sediments accruing three feet in
6  depth around Tenth Avenue Marine Terminal?
7  Is this a -- does the data from three feet
8  down indicate that that's -- that was once official
9  data from 50 years ago?  60 years ago?
10  A  We have --
11  MR. DOBBS:  Objection.  Form and scope.
12  THE WITNESS:  We have no analytical
13  information to estimate deposition rates.
14  BY MR. HOWARD:
15  Q  Okay.  So we don't know the deposition rates,
16  so we don't know in what time frame three feet down
17  would have been effectively surface concentrations at
18  some past point in time; correct?
19  A  That's correct.
20  MR. DOBBS:  Objection to form and the scope.
21  BY MR. HOWARD:
22  Q  But you indicated that this might be a form of
23  a time capsule in the sense that increased PCBs with
24  depth suggests that, over time, overall concentrations
25  in the bay are decreasing.

Page 318

1       Is that fair?
2     A  In -- in a particular location, sediment at
3 depth would indicate -- with all other things being
4 equal, would indicate a time function to the
5 concentrations.  Yes.
6     Q  So we have this Port report that's been
7 submitted sometime around December 7, 2018.  So it's
8 been, now, four to five months and --
9     I should ask:  Has this report been submitted
10 to the regional board now?
11     A  I believe I -- yes.  I believe this progress
12 report has been submitted to them.  That's why I
13 indicated it might be on GeoTracker.  Yeah.
14     Q  And is the Port awaiting a response from these
15 two investigation orders from the regional board?
16     A  Yes.
17     MR. DOBBS:  Objection.  Form and scope.
18 BY MR. HOWARD:
19     Q  Are you the Port's liaison with the regional
20 board for purposes of this investigation?
21     A  I am not.
22     Q  Who is?
23     MR. DOBBS:  Objection.  Scope.
24     THE WITNESS:  It would be Bill Golightly.
25 ///

Page 319

1 BY MR. HOWARD:
2     Q  So you're working with Mr. Golightly on this
3 Tenth Avenue Marine Terminal investigation?
4     A  That's correct.
5     Q  Will Windward be involved in developing
6 recommendations in terms of what to do in response to
7 the data that's in Exhibit 37?
8     MR. DOBBS:  Objection.  Scope.
9     THE WITNESS:  That's for the Port to decide,
10 whether it would participate or not.
11 BY MR. HOWARD:
12     Q  As we sit here today, though, we don't -- we
13 don't know whether the regional port -- excuse me.
14     As we sit here today, we don't know whether
15 the regional board is going to require from the Port
16 any additional investigation or any re-- -- any
17 remediation around the Tenth Avenue Marine Terminal.
18     Is that fair?
19     A  That's fair.
20     MR. DOBBS:  Objection.  Form and scope.
21 BY MR. HOWARD:
22     Q  And just to make sure I understand the
23 chronology, the Port and the City are -- are in a
24 wait-and-see mode to see what the -- the regional
25 board's reaction to the data is?

Page 320

1     A  That's correct.
2     MR. DOBBS:  Objection.  Form and scope.
3 BY MR. HOWARD:
4     Q  Has the Port proposed dredging at Tenth Avenue
5 Marine Terminal to the regional board as part of its
6 discussions?
7     MR. DOBBS:  Objection.  Scope.
8     THE WITNESS:  No.
9 BY MR. HOWARD:
10     Q  Okay.  Let's move to marine paints.  And for
11 this, we'll need a couple exhibits, including perhaps
12 referring back to Exhibit 9, which is the Shelter
13 Island Yacht TMDL [as said].  It should be Exhibit 9,
14 Dr. Johns.
15     Actually, I'll need four things.  We have
16 Exhibit 9, and then we have that, this --
17     MR. HOWARD:  So what's -- what is --
18     THE WITNESS:  These are not in order.
19     MR. HOWARD:  What's the map going to be?
20     MR. BRUNTON:  38.
21     MR. HOWARD:  Okay.  So that's going to be 38.
22 That's 38.
23     (Exhibit 38 was marked for identification.)
24 BY MR. HOWARD:
25     Q  Okay.  So marked as 38 is a Unified Port of

Page 321

1 San Diego diagram from its website entitled "Areas of
2 San Diego Bay with Copper Pollution."
3     Oh, are you looking for --
4     It should be on the bottom.
5     A  It's --
6     Q  It's reverse order.
7     No, it's not.
8     A  No.  They're all out of -- they're all out of
9 order.
10     Q  Oh, they're out of order.  All right.
11     A  Yeah.  So I'm -- I've had no luck doing this.
12     MR. DOBBS:  Do you mind if he refers to this
13 one?
14     MR. HOWARD:  No, not at all.
15     MR. DOBBS:  That might be easier.
16     MR. HOWARD:  No.  That's easier, so --
17     Yeah.  We're not --
18     THE WITNESS:  Move on.  Move on.
19     MR. HOWARD:  That's there more as a -- as a
20 resource anyway.  So let's just get the numbering
21 correct.
22     Q  38 is the -- a download of the Port's website
23 on "Areas of San Diego Bay with Contamination."
24     MR. DOBBS:  Objection.  Form.
25 ///

BY MR. HOWARD:

Q   We have the Shelter Island Yacht Club TMDL.

Next is the Paco Terminals --

(Exhibit 39 was marked for identification.)

MR. BRUNTON:  That will be 39?

MR. HOWARD:  That will be 39.

This will be the Paco Terminals CAO regarding copper ore.

MR. BRUNTON:  Excuse me.

MR. HOWARD:  And, lastly, as Exhibit 40 will be a copy of a 2001 RAND report entitled "Disposal Options for Ships."

(Exhibit 40 was marked for identification.)

BY MR. HOWARD:

Q   So for this part of the discussion, Doctor, we're going to be bouncing around a little bit with these -- with these four exhibits.  And I'll give you a moment to digest that.

I -- I suspect you're familiar with Exhibit 39, the Paco Terminals cleanup and abatement order.

A   Yes.

Q   Okay.  Are you -- have you seen, before, what's marked as 38, the Port District map of ten marinas around the bay with copper contamination?

A   Yes.

MR. DOBBS:  Objection.  Form.

BY MR. HOWARD:

Q   And have you ever seen what has been marked as Exhibit 40, the 2001 RAND report, "Disposal Options for Ships"?

A   I have not.

Q   Okay.  Let's look at Exhibit 38 first, which is the -- the map.

All right.  And based on the Shelter Island copper TMDL, I understand that the Port is required to reduce the overall loading from copper at Shelter Island by 76 percent by 2022.

Is that correct?

MR. DOBBS:  Objection.  Form.

THE WITNESS:  That's correct.

BY MR. HOWARD:

Q   Now, on page 3 of that -- let me see.  I want to make sure.  On the TMDL, on page 3 -- if you can turn to page 3 of the Shelter Island TMDL.

A   I'm sorry.  I don't have that.  I have Paco.

Q   We don't have Shelter Island?  I thought we gave you the Shelter Island.

A   Just a single page and then "Disposal Options" --

Q   Is that Exhibit 9?  Did we not --

A   I don't have that.

MR. DOBBS:  Oh.  Exhibit --

BY MR. HOWARD:

Q   I thought we handed you that.

A   Oh, I'm sorry.  There it is.  I'm sorry.  It got buried.

Q   I don't even have my own exhibits in another binder.  Let me see if I can go back to 9 here for a second.

All right.  So on the copper TMDL for Shelter Island Yacht Club, on page 3, paragraph 9, it talks about the adverse effects of copper.

Does the Port agree that copper is toxic to fish?

A   In some forms, it can be.  Yes.

Q   In what forms are you referring to?

A   Dissolved forms.

Q   Okay.  So, in certain forms, copper is not harmful to fish?

A   That's correct.

Q   And what forms are those?

A   In -- in forms where it's complexed with other ions or if it's in a matrix such as ore.

Q   Okay.  So in dissolved -- in dissolved form,

copper is toxic to fish; correct?

A   That's correct.

Q   And it was for that reason that copper was used for a period of time in marine paints in order to ward off barnacles and such from attaching to vessels; correct?

A   That's correct.  That was the principal action.  There's some bottom paints out there called ablate, which means that they -- thin layers of it fluff -- slough off the vessels, and so they -- the organisms don't have a chance to really attach themselves.  And the copper is there as a -- as a belt with that suspender to -- to ward it off.

Q   This paragraph also states, near the bottom -- I think it's the second-to-last sentence -- "Copper in the sediment may need to be removed through human intervention such as dredging, which can be very costly."

Do you see that?

A   I do.

Q   And Exhibit 38, the map, is the Port's depiction of ten marinas where there's significant copper pollution.

Is that also correct?

A   That's correct.

Page 326

1   Q  Isn't the Port seeking from defendants funding
2  to dredge some of the same areas that are designated by
3  the Port as being high for copper and sediment?
4        MR. DOBBS:  Objection.  Form and scope.
5        THE WITNESS:  There may be some overlap.  Yes.
6  BY MR. HOWARD:
7    Q  So if the -- if the Port were to, through this
8  lawsuit, conduct a voluntary dredging project, would it
9  not also be resolving, to some extent, the copper
10  contamination at some of these marinas?
11       MR. DOBBS:  Objection.  Form and scope.
12       THE WITNESS:  I think that's debatable
13  because, if -- if boat owners are continued to allow to
14  use copper paint, you may remove the sediments, but
15  you're going to recontaminate them with copper.  And
16  the cycle goes over -- over and over.
17  BY MR. HOWARD:
18   Q  Is copper paint allowed to be used by the Port
19  today?
20   A  By the Port?  I don't think the Port has
21  jurisdiction over what paints people can put on their
22  boats, but copper paint is allowed in the state of
23  California.
24   Q  So if the Port were to go out and conduct
25  dredging in various marinas that are high in copper for

Page 327

1  purposes of addressing PCBs in sediments, is it the
2  Port's testimony that that will not have a material
3  effect in terms of copper issues at those locations --
4        MR. DOBBS:  Objection.  Form and scope.
5  BY MR. HOWARD:
6    Q  -- because of recontamination?
7        MR. DOBBS:  Objection.
8        THE WITNESS:  Well, I -- it's a -- it's a time
9  function.  It -- I didn't put a time function on the
10  first answer, which is it could recontaminate if copper
11  is continued to be used.  So far in the future -- and I
12  don't know when that would be -- the copper
13  concentrations in the -- in the sediments might rise to
14  the need to redredge.  Yes.
15  BY MR. HOWARD:
16   Q  Then begs the question:  Why would it
17  make sense to dredge at this time at all until such
18  time as the copper paint issue is resolved?
19       MR. DOBBS:  Objection.  Form and scope.
20       THE WITNESS:  I think -- in Shelter Island,
21  for example, I don't think there is a -- I don't -- I
22  don't know from the expert reports whether that area is
23  identified, but Shelter Island is the one that has
24  the -- the area that has the high copper pollution.  So
25  I would assume that any action taken there --

Page 328

1  BY MR. HOWARD:
2    Q  Has the highest.  Just to correct, I just --
3  has the highest.
4    A  Yeah.  I would assume that, there, that would
5  still be a good option.
6        The others, I don't know if the fact that it
7  says that it's found to have copper pollution, whether
8  the concentrations in the sediments are at a level that
9  are harmful for the organisms or whether they're
10  just -- the fact that one can -- can detect elevated
11  levels of copper in the sediments.
12   Q  But is it fair to say that one of the
13  considerations for any environmental dredging project
14  is to make sure that you're not doing the same dredging
15  twice?  Is that fair?
16       MR. DOBBS:  Objection.  Form and scope.
17       THE WITNESS:  That is one of the base tenets
18  of a -- of a -- a well-thought-out dredging project.
19  Yes.
20  BY MR. HOWARD:
21   Q  Okay.  So one of the factors that would have
22  to be considered in any environmental dredge for PCBs
23  in San Diego Bay is the existing conditions in areas
24  that the -- that the Port proposes to dredge and
25  whether it has copper at high concentrations or not;

Page 329

1  correct?
2        MR. DOBBS:  Objection.  Form and scope.
3        THE WITNESS:  That could be one consideration.
4  Yes.
5  BY MR. HOWARD:
6    Q  What is your -- your understanding of Paco
7  Terminals and the -- and the -- the dredge that -- the
8  copper ore dredge that took place at that location?
9    A  It was dredged, and I believe it was put up on
10  -- in the same general area.
11   Q  Is that area considered to be a -- is the Paco
12  Terminals area still considered to be a concern for
13  purposes of copper concentrations around National City
14  Terminal?
15       MR. DOBBS:  Objection.  Form and scope.
16       THE WITNESS:  I don't believe so.  No.
17  BY MR. HOWARD:
18   Q  So is it the Port's position that there are no
19  ongoing material impacts of copper from the
20  Paco Terminals remediation in the bay?
21       MR. DOBBS:  Form and scope.  Objection.
22       THE WITNESS:  I don't know.
23  BY MR. HOWARD:
24   Q  Now, the Port operates two marine terminals
25  and one passenger terminal in San Diego Bay; correct?

Page 330

1   A  That's correct.
2   Q  Is it also correct that foreign vessels come
3  and go into the bay regularly?
4   A  I don't -- what's -- what's regularly?
5   Q  Let's -- let's talk in sort of plain language.
6       Are you aware that foreign vessels come and go
7  into -- into the bay?
8   A  Yes.
9   Q  Do you have a sense on how frequently foreign
10 vessels come and leave the bay?
11  A  I do not know.
12     MR. DOBBS:  Objection.  Scope.
13 BY MR. HOWARD:
14  Q  Do you know whether foreign vessels have
15 arrived and departed San Diego Bay for decades?
16     MR. DOBBS:  Objection.  Scope.
17     THE WITNESS:  Yes.
18 BY MR. HOWARD:
19  Q  Does the Port believe PCBs leech from marine
20 paints?
21  A  There's a potential for that.  Yes.
22  Q  But my question is:  Does the Port believe
23 that PCBs leech from marine paints?  It's not about
24 potentiality.
25  A  Yes.

Page 331

1   Q  Okay.  Does the Port have any understanding in
2  terms of whether foreign vessels used paints with PCBs
3  made by non-U.S. manufacturers of PCBs?
4      MR. DOBBS:  Objection.  Scope.
5      THE WITNESS:  I don't know.
6  BY MR. HOWARD:
7   Q  Has the Port accounted for the PCB loading to
8  San Diego Bay from foreign vessel traffic?
9      MR. DOBBS:  Objection.  Form and scope.
10     THE WITNESS:  I don't know.
11 BY MR. HOWARD:
12  Q  What has the Port done to prevent PCBs
13 manufactured outside the U.S. from leeching out of
14 foreign vessels?
15     MR. DOBBS:  Objection.  Form and scope.
16     THE WITNESS:  I don't know.
17 BY MR. HOWARD:
18  Q  Is the Port aware of the amount of PCBs
19 manufactured in the United States as a percentage of
20 the amount of PCBs that were manufactured outside of
21 the United States?
22     MR. DOBBS:  Objection.  Form and scope.
23     MR. JULIUS:  Join.
24     THE WITNESS:  I don't know.
25 ///

Page 332

1  BY MR. HOWARD:
2   Q  Let's take a look at the -- the 2001 RAND
3  report, Exhibit 40.  It's a -- it's a hefty document,
4  but I -- I tabbed so you're aware of where I want to
5  talk with you, Dr. Johns.  And it is -- it looks like
6  page 132.
7       And there's a table, Table C.1, in this RAND
8  report entitled "Analysis of PCBs for Navy and" -- the
9  acronym is all caps -- "MARAD Retired Ship Assets."
10      And the description lead-in to this table is
11 two paragraphs above the table.  It says "Table C-1
12 shows that 28 percent of all retired Navy ships have
13 been sampled in some manner for PCBs and that, of
14 these, 77 percent contain PCBs above" -- "above 50
15 parts per million in at least one material," and then
16 it's hyphen, "the limit at which stringent regulations
17 begins."
18      The next sentence, "Of the 113 Navy ships
19 ready for disposal, 50 have been sampled and all 50
20 were found to contain regulated levels of PCBs."
21      Okay.  Do you see that paragraph?
22  A  I do.
23  Q  Okay.  Is it the Port's understanding that
24 Navy ships contained PCB-containing materials?
25  A  Yes.

Page 333

1   Q  Is it the Port's assumption that U.S. Navy
2  ships contained PCBs manufactured by Monsanto?
3      MR. DOBBS:  Objection.  Form.
4      THE WITNESS:  Yes.
5  BY MR. HOWARD:
6   Q  Is it the Port's assumption that all foreign
7  vessels contained PCBs also manufactured by Monsanto?
8      MR. DOBBS:  Objection.  Form and scope.
9      THE WITNESS:  I don't know.
10 BY MR. HOWARD:
11  Q  Has the Port determined whether Navy vessels
12 in San Diego Bay had PCBs and to what extent those Navy
13 vessels contributed to PCBs in the bay?
14     MR. DOBBS:  Objection.  Form.
15     THE WITNESS:  Not specifically quantified to a
16 Navy vessel or Navy vessels in particular.
17 BY MR. HOWARD:
18  Q  Has the Port ever demanded from the Navy to
19 reduce PCB discharges from its facilities in Navy
20 ships?
21     MR. DOBBS:  Objection.  Scope and form.
22     THE WITNESS:  I don't know.
23 BY MR. HOWARD:
24  Q  On the next page that's tabbed on the RAND
25 report, there's a section entitled "PCBs In Other

## Page 334

1    Merchant Ships" at the bottom of the page.
2          And the first sentence states "PCBs are
3    regularly encountered during recycling of merchant
4    ships.  B. D. Ghosh reports up to 800 kilograms of PCBs
5    in the paint of merchant ships recycled in India in
6    recent years and also reports PCBs in electric cables
7    and other materials."
8          Is it the Port's understanding that PCBs are
9    also found on merchant vessels?
10    A  Yes.
11    Q  Is it the Port's assumption that those PCBs on
12    merchant vessels were manufactured by Monsanto?
13        MR. DOBBS:  Objection.  Form and scope.
14        THE WITNESS:  100 percent?  All PCBs on any
15    merchant ship?
16    BY MR. HOWARD:
17    Q  Correct.
18    A  No.  I don't know.
19    Q  Why were -- why did the Port testify that it
20    understood all U.S. Navy ships to have Monsanto PCBs?
21    What's the difference?
22        MR. DOBBS:  Objection.  Form.
23        THE WITNESS:  Contracts may have required use
24    of U.S.-based products in the building of the ships and
25    outfitting of the ships as opposed to relying on and

## Page 335

1    purchasing from foreign powers, foreign governments.
2    BY MR. HOWARD:
3    Q  Is that an assumption that you're making?
4    A  It's the assumption I'm making.
5        MR. DOBBS:  Objection.  Form.
6        THE WITNESS:  Correct.
7        MR. DOBBS:  Scope.
8    BY MR. HOWARD:
9    Q  So I think the -- you testified that -- that
10    the Port's aware that PCBs were also on merchant
11    vessels; correct?
12    A  Correct.
13    Q  And is it the Port's understanding that those
14    merchant vessels leeched PCBs into San Diego Bay?
15        MR. DOBBS:  Objection.  Form and scope.
16        THE WITNESS:  That's correct.
17    BY MR. HOWARD:
18    Q  Is it fair to say that the Port does not have
19    a policy in terms of requiring vessels that come and go
20    from San Diego Bay to be free of PCB-containing
21    materials?
22    A  I don't know.
23        MR. DOBBS:  Objection.  Form and scope.
24    BY MR. HOWARD:
25    Q  Does the Port have an understanding of how

## Page 336

1    much Navy traffic and Merchant Marine traffic takes
2    place in San Diego Bay?
3    A  Yes.
4    Q  And what's that based on?
5    A  I'm -- I'm assuming records are kept and that
6    they're aware of those records.
7    Q  Okay.  But, as you sit here today, you're not
8    familiar with those records.
9    A  I am not familiar with those records.
10    Q  Do you know who within San Diego -- at
11    San Diego Port District would be able to provide more
12    specifics on the amount of traffic of Navy vessels and
13    Merchant Marine vessels in San Diego Bay?
14    A  I don't know.
15    Q  So it's fair to say that the Port hasn't taken
16    any formal action to prevent vessels from discharging
17    PCBs into the bay?
18        MR. DOBBS:  Objection.  Form and scope.
19        THE WITNESS:  The question today has been
20    whether or not -- if -- if we're defining discharging
21    as leeching from the hull of a ship, that is correct.
22    BY MR. HOWARD:
23    Q  Is there -- are you aware of any Port
24    mandates, requirements, policies that prevent the
25    discharge of PCBs into the bay from other areas of Navy

## Page 337

1    vessels or Merchant Marine vessels?
2        MR. DOBBS:  Objection.  Form and scope.
3        THE WITNESS:  No.  I don't know.
4    BY MR. HOWARD:
5    Q  Are you aware -- has the Port ever made a
6    demand to a PCB discharger to remediate the PCBs that
7    discharger released into San Diego Bay?
8        MR. DOBBS:  Objection.  Form and scope.
9        THE WITNESS:  Yes.
10    BY MR. HOWARD:
11    Q  Okay.  Describe that Port demand to a PCB
12    discharger to remediate PCBs.
13    A  Yeah.  I think there was a lawsuit brought on
14    behalf of the Port to remediate Tow Basin that includes
15    PCBs as discharged.
16    Q  Okay.  Any other examples?
17    A  (No audible response.)
18    Q  And to be clear, for the record, that was a
19    lawsuit by the Port against Lockheed and
20    General Dynamics; correct?
21    A  That is correct.  Yes.
22       I don't know.
23    Q  Let's talk about Navy operations.  We have,
24    actually, only --
25        MR. HOWARD:  Here -- here's the lay of the

Page 338

1  land.  If I can -- if I can get to about 12:30 or
2  thereabouts, I think I'll have one more phase, and
3  we'll be done by early afternoon.  Okay?
4          MR. DOBBS:  Wonderful.
5          MR. HOWARD:  So I think that's a very
6  realistic possibility here, but I don't want to -- I
7  don't want to miscalculate and put everyone in a bind.
8  So if -- if we could at least go to -- we have ten
9  minutes.  So can we go to the end of this.  And then
10 we'll break for lunch and -- and then come back and
11 hopefully, in the next hour, finish this up.
12         THE WITNESS:  I'm good.
13         MR. HOWARD:  Okay.  Exhibit 41 is going to be
14 a 1994 GAO report on PCBs on DOD installations.
15         And, for the record, it's entitled -- it's
16 dated October -- excuse me.
17         It's dated August 1994, entitled
18 "Environmental Compliance; DOD Needs to Better Identify
19 and Monitor Equipment Containing Polychlorinated
20 Biphenyls."
21         (Exhibit 41 was marked for identification.)
22         MR. HOWARD:  And then we'll mark two
23 photographs as Exhibits 42A and 42B.
24         So that would be 42A.
25         42B.

Page 339

1          Thank you.
2          (Exhibit 42A was marked for identification.)
3          (Exhibit 42B was marked for identification.)
4  BY MR. HOWARD:
5     Q   These are -- 42A -- Exhibit 42A is a picture
6  of what could be considered the -- the Navy Mothball
7  Fleet that we located here in San Diego Bay.
8          And 42B is a picture of what is today -- an
9  area that is today around Navy Base San Diego.  So I
10 want to give you -- just so we have a visual frame of
11 reference.
12         When we had our historical discussion of
13 San Diego Bay yesterday, Dr. Johns, we talked about
14 the -- the -- the history of sewage in the bay, and we
15 touched about certain other features of the bay.
16         Is it fair to say that the U.S. Navy had a
17 heavy industrial use of San Diego Bay historically?
18     A   Yes.
19     Q   Okay.  And is it also fair to say the
20 U.S. Navy has discharged industrial chemicals into the
21 bay over the course of history?
22     A   That has been stated in several of the CAOs.
23     Q   Okay.  Is it also fair to say that San Diego
24 Bay had a long history of industrial facilities
25 populating the tidelands and discharging industrial

Page 340

1  waste into San Diego Bay?
2     A   Yes.
3     Q   This -- what has been marked as Exhibit 41,
4  this GAO report, paints a picture -- and we'll turn to
5  the specifics -- paints a picture that the Navy has
6  been slow to get the message that PCBs ought to be
7  removed from use.
8          And have you, through the course of your work,
9  ever reviewed this GAO report?
10         MR. DOBBS:  Objection.  Form.
11         THE WITNESS:  I have not.
12 BY MR. HOWARD:
13    Q   If you turn to page 3, that section that says
14 "Results in Brief" --
15    A   Yes.
16    Q   -- and talking about various DOD
17 installations.  The second paragraph states "More than
18 15 years after the act," which is referring to the
19 Toxic Substances Control Act, TSCA, "was enacted, some
20 installations are still not meeting the EPA
21 requirements regarding monitoring, storing, and
22 disposing of PCBs items."
23         Are we on the same page?
24    A   I am.
25    Q   Okay.  So I want to ask a question.

Page 341

1          From the Port's perspective, if -- if DOD
2  facilities around San Diego Bay, for example, are not
3  following the rules in terms of managing and handling
4  PCBs, does the Port believe the releases from those
5  facilities are still Monsanto's responsibility?
6          MR. DOBBS:  Objection.  Form and scope.
7          MR. JULIUS:  Join.
8          THE WITNESS:  I don't know.
9  BY MR. HOWARD:
10    Q   On page 10 of this DOD report, there's a
11 section entitled "Use of PCBs in DOD."
12    A   Yes.
13    Q   It says "Military installations have thousands
14 of electrical transformers and other electrical
15 equipment that either contain or are suspected to
16 contain PCBs."
17         And then it states "The Secretary of Defense
18 has not issued any PCB guidance to the military
19 services and does not maintain DOD-wide statistics."
20         Is that consistent with your understanding
21 that military installations had or used PCB-containing
22 electrical transformers and other equipment on their
23 facilities?
24         MR. DOBBS:  Objection.  Form.
25         THE WITNESS:  I believe, historically, yes,

Page 342

1    that's correct.
2    BY MR. HOWARD:
3        Q   And when we were talking yesterday about a PCB
4    heat map and the sediments around San Diego Bay, we
5    talked about there being higher concentrations around
6    the Lindbergh Field war plants, we talked about there
7    being higher concentrations around the shipyards, and
8    then we talked about higher concentrations around the
9    shoreline of the Navy facilities.  And --
10       Do you remember that?
11       A   I do, yes.
12       Q   Okay.  And is it the Port's position that the
13   reason one finds higher concentrations of PCBs in the
14   sediments around Naval facilities is because the Navy
15   used, for purposes of national defense, PCB-containing
16   equipment?
17       A   Yes.
18       Q   Does the Port have any information to indicate
19   that PCB-containing materials on Navy ships and
20   merchant ships were higher than, for example,
21   nonmilitary and noncommercial vessels?
22       MR. DOBBS:  Objection.  Form and scope.
23       THE WITNESS:  I don't know.
24       MR. HOWARD:  Okay.  We are at a hard stop here
25   with the -- the video.  We'll go off the record.

Page 343

1        THE VIDEOGRAPHER:  This is the end of
2    Media No. 1.
3        The time is 12:17 p.m.
4        We are now off the record.
5        (Lunch recess from 12:17 p.m. - 1:06 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 344

1        SAN DIEGO, CALIFORNIA; WEDNESDAY, MAY 1, 2019
2            1:06 P.M. - 3:02 P.M.
3            - - - -
4        THE VIDEOGRAPHER:  This is the beginning of
5    Media No. 2.
6        The time is 1:06 p.m.
7        We are back on the record.
8        (Karen Holman joins the deposition.)
9        MR. HOWARD:  I know we have someone else who
10   joined us.  Could they identify themselves for the
11   record?
12       KAREN HOLMAN:  Karen Holman.
13       MR. HOWARD:  Okay.  Ms. Holman, you're going
14   to be --
15       Is she a 30(b)(6) witness?
16       MR. CARTER:  Karen Holman is here as a Port
17   representative, just to observe.
18       MS. DAVIS:  Yes.  She's identified as a
19   30(b)(6) witness.
20       MR. HOWARD:  She is identified as a 30(b)(6)
21   witness.  That's my point.
22       MR. CARTER:  Yes.
23       MR. HOWARD:  Okay.
24   ///
25   ///

Page 345

1        EXAMINATION (Continued)
2    BY MR. HOWARD:
3        Q   All right.  Dr. Johns, as we sort of get to
4    the -- the tail end of this, I want to talk to you
5    about the -- finish up on the Navy bases and Navy
6    operations.
7        In Exhibit 42A and 42B -- I could have picked
8    a lot of other pictures, but I wanted to capture the
9    intense use of San Diego Bay by the Navy, and 42A looks
10   to me -- I tried to count them up, but they -- I gave
11   up.  They look like hundreds of Navy vessels.
12       I can't tell whether they're mothballed or
13   active, but would you agree with that?
14       MR. DOBBS:  Objection.  Form.
15       THE WITNESS:  I agree.
16   BY MR. HOWARD:
17       Q   Okay.  To your -- to the Port's knowledge,
18   there has been no prior PCB sediment remediations on
19   Navy installations in San Diego Bay; correct?
20       A   Strictly -- strictly for PCBs or -- or for
21   contaminants in general?
22       Q   Let's start more broadly.
23       How about for contaminants in general?
24       A   Yes.
25       Q   Environmental remediations?

Page 346

1      A  Yes.
2      Q  Where did they take place?
3      A  I -- I don't know the piers, but I believe
4  there were several piers that were identified for
5  remediation as part of the -- the work that Bart
6  Chadwick reported on.
7      Q  And were they located at Navy Base San Diego?
8      A  I believe that's correct.  Yes.
9      Q  And what about -- the same question but
10  specific to PCBs.
11      Have there been any -- any sediment
12  remediations on Navy -- Navy facilities specifically
13  targeting PCBs?
14      A  I don't know.
15      Q  Okay.  Does the Navy undergo a regular cycle
16  of maintenance dredging around its facilities?
17      MR. DOBBS:  Objection to scope.
18      THE WITNESS:  I don't know if it's irreg- --
19  if it's regular or irregular.  I don't know if it's on
20  a every-third-year, but they do it when it's necessary.
21  BY MR. HOWARD:
22      Q  Okay.  I'm trying to -- basically where I'm
23  going, I'm trying to understand, given the amount of --
24  of vessel traffic, Navy vessel traffic, what accounts
25  for the fact that around the Navy facility there's

Page 347

1  never been a PCB-specific cleanup.
2      And the question really is one of:  Does
3  maintenance dredging help account for the fact that PCB
4  levels are such that there have not been cleanup and
5  abatement orders specific to PCBs on these facilities?
6      MR. DOBBS:  Objection.  Form.
7      THE WITNESS:  I -- I think you'd have to ask
8  the -- the water board that question.  I -- I don't
9  know.
10  BY MR. HOWARD:
11      Q  Now, we discussed how the limited fish
12  advisory from OEHHA is baywide.
13      And has the Port accounted for the impacts of
14  sediments located on military installations in terms of
15  its position on PCB levels in fish?
16      MR. DOBBS:  Objection.  Form and scope.
17      THE WITNESS:  I don't know.
18  BY MR. HOWARD:
19      Q  Does the Port -- how is the Port accounting
20  for sediments that are on federally owned properties
21  that are a source of bioaccumulation of PCBs in fish?
22      MR. DOBBS:  Objection.  Scope and form.
23      THE WITNESS:  I don't think they're accounting
24  for any specific location as a percent cont- --
25  contributor to tissue concentrations.

Page 348

1  BY MR. HOWARD:
2      Q  Does the Port consider the Navy installations
3  an ongoing source of PCB impacts to San Diego Bay
4  today?
5      A  Yes.
6      Q  Is the Port taking any steps with respect to
7  the Navy to terminate those discharges?
8      MR. DOBBS:  Objection.  Scope.
9      THE WITNESS:  I don't know.
10  BY MR. HOWARD:
11      Q  When we talked about the limita- -- the three
12  limitations of public use in the bay because of PCBs,
13  you enumerated the baywide limited fish advisory and
14  boating access limitations at the Campbell cap and
15  boating access limitations at Convair Lagoon; correct?
16      A  Correct.
17      MR. HOWARD:  So I'm going to mark, next in
18  order, two maps.  The first will be --
19      We're -- what's our next in order?
20      MR. COBB:  43.
21      MR. HOWARD:  Mark, as 43, a photograph of
22  Convair Lagoon and Harbor Island.
23      (Exhibit 43 was marked for identification.)
24      MR. HOWARD:  And, as 44, a photograph of the
25  Campbell cap and the Hilton Bayfront Hotel area.

Page 349

1      (Exhibit 44 was marked for identification.)
2      MR. HOWARD:  And I -- and I -- I gave mine
3  away.  Is there another one?
4      MR. COBB:  This one.
5      MR. JULIUS:  Sorry.
6      MR. HOWARD:  That's all right.  I gave mine
7  away.
8      All right.  Is that all -- all the copies?
9  All right.  I'll go with it.  It's all right.
10      Q  As you -- as the Port sits here today, are you
11  able to visually depict, by marking on Exhibit 43,
12  where specifically the Port believes there are loss of
13  use by virtue of boating access limitations at
14  Convair Lagoon?
15      MR. HOWARD:  And I'll provide the witness a
16  pen.
17      THE WITNESS:  I would say that the limitations
18  are within all of Convair Lagoon.  That includes both
19  the area where the cap is and other areas just as a
20  safety factor around that -- around that cap.
21  BY MR. HOWARD:
22      Q  Can I see what you've indicated as the -- the
23  area?
24      So it looks like you've marked, as the boating
25  access limitation area, the -- a line that cuts across

Page 350

1  from the U.S. Coast Guard Base over to what we call
2  Harbor Island East; correct?
3      A  Correct.
4      Q  Okay.  And given the size of the cap, which I
5  understand is around seven acres --
6      A  Right.
7      Q  -- do you have a sense on --
8      A  I don't --
9      Q  -- approximation of how -- how large of an
10  area that would be?
11      A  I think the cap is in just basically this area
12  right in here.
13      Q  Okay.  How -- how much boat traffic occurs in
14  Convair Lagoon?
15      A  I don't know.
16      Q  Do you know how much boat traffic -- boat
17  traffic occurs around Harbor Island?
18      A  Not specifically the number of boats, but
19  there's two big marinas.
20      Q  I see those -- I see those in Figure 43.
21          Are those marinas limited in their boating by
22  virtue of the Convair cap?
23      A  No.
24      Q  So, in the visual depiction on 43, in terms of
25  boating access, you would be talking about specifically

Page 351

1  boats motoring into the Convair Lagoon right next to
2  Harbor Drive and right next to the U.S. Coast Guard
3  Station; correct?
4      A  Right.  And laying up -- laying up in there.
5      Q  Okay.  On Exhibit 44, which is the
6  Campbell Shipyard, is the boating access limitation
7  that you're referring to demarked by the buoy around
8  the Campbell cap in that photograph?
9      A  That's the --
10      MR. DOBBS:  Objection.  Form.
11      THE WITNESS:  That's the mitigation cap, I
12  believe, that's -- those buoys are representing there.
13  BY MR. HOWARD:
14      Q  All right.  Can --
15      A  I don't think that's the whole cap.
16      Q  Can you depict for us the area that the Port
17  believes is limited in terms of boating access and
18  public uses because of PCBs?
19      A  I don't recall the exact configuration of
20  the -- of the cap.  So it would be more difficult for
21  me to draw --
22      Q  An approximation will suffice.
23      A  Okay.  I think it's in this general area.
24      Q  Okay.  Can I see?
25          So it looks like you have depicted -- well,

Page 352

1  it's -- it's not closed off.
2          Does it go -- does it end where the --
3      A  Yes.
4      Q  -- floating buoys are?
5      A  Buoys are.
6      Q  Would you mind indicating that?
7      A  Yeah.
8      Q  So, on Exhibit 44, the Port has indicated that
9  the -- the area of the former Campbell Shipyard that is
10  considered by the Port to be limited for boat use as a
11  consequence of PCBs is the Mole Pier area, the area
12  that is described as the eel grass habitat area --
13          Correct?
14      A  Correct.
15      Q  -- and the -- it looks like it goes up to and
16  abuts the Tenth Avenue Marine navigation channel;
17  correct?
18      A  Yes.
19      Q  All right.  And that also looks generally
20  aligned with the former Campbell Shipyard waterside
21  leasehold footprint.
22          Is that what you were intending to draw?
23      MR. DOBBS:  Objection to form.
24      THE WITNESS:  Yes.
25  ///

Page 353

1  BY MR. HOWARD:
2      Q  So when you -- when you drew the area that the
3  Port believes is restricted for boat access, you were
4  attempting to draw the former leasehold area of the
5  Campbell Shipyard?
6      A  No.  I was --
7      MR. DOBBS:  Object to form.
8      THE WITNESS:  -- attempting to --
9      I was attempting to draw where I think the
10  footprint of the cap is.
11  BY MR. HOWARD:
12      Q  I got it.  Okay.
13      A  Yeah.
14      Q  So you're -- I got it.  Okay.  Thank you.
15          All right.  And as we talked about previously,
16  when this was an active -- this area was an active
17  shipyard, was there boating access allowed during that
18  time?
19      MR. DOBBS:  Objection.  Scope.
20      THE WITNESS:  No.
21  BY MR. HOWARD:
22      Q  Okay.  So is the -- is your -- is the Port's
23  concept of PCB-related boating limitations a reflection
24  on public access to the -- to that specific area?
25          Is that what the Port is basing the limitation

Page 354

1    on?
2       A   A Boating limitations as well as the ability
3    to -- to develop that property for boating uses.
4       Q   The property has been -- the Campbell property
5    has been developed, has it not?
6       A   The upland property has, yes.
7       Q   So you're just talking about the -- the
8    waterside?
9       A   Waterside, yes.
10      Q   All right.  And are you aware that the Port
11   approved the placement of both the Campbell and the
12   Convair Lagoon cap?
13      A   I am.
14        MR. DOBBS:  Objection.  Scope and form.
15   BY MR. HOWARD:
16      Q   But in spite of that Port approval, the Port
17   believes that's still a basis for a PCB-induced
18   impairment in the bay?
19      A   Yes.
20        MR. DOBBS:  Objection.  Form and scope.
21   BY MR. HOWARD:
22      Q   All right.  If there are other areas of the
23   bay that exclude boating and access to boating, would
24   they too become a limitation on public uses of the bay?
25      A   Yes.

Page 355

1       MR. HOWARD:  I'd like to mark, next in order,
2   Exhibit 46.  46 will be a photograph of the Naval
3   Station San Diego.
4      (Exhibit 46 was marked for identification.)
5       MR. HOWARD:  And 47 is a photograph of BAE and
6   portions of Continental Marine.
7      (Exhibit 47 was marked for identification.)
8   BY MR. HOWARD:
9      Q   Okay.  There you go.
10      Have you had a moment to review those
11   photographs, Dr. Johns?
12      A   Okay.  Yes.
13      Q   Are you familiar with the security buoys
14   around Naval Base San Diego and the shipyards from
15   Naval Base San Diego all the way up to and past the
16   Coronado Bridge?
17      A   Yes.
18      Q   Okay.  And is the -- is public boating allowed
19   within any of those areas?
20      A   They are not.
21      Q   Okay.  So by virtue of the Port's definition
22   of -- of limited boating access, then, is it also true
23   that these areas of Naval Base San Diego and  around
24   the shipyards are also impaired for public uses?
25       MR. DOBBS:  Objection.  Form and scope.

Page 356

1       THE WITNESS:  Yes.  They're limited here for
2   national security purposes.
3   BY MR. HOWARD:
4      Q   And the Port allows that limitation, does it
5   not?
6        MR. DOBBS:  Objection.  Form and scope.
7       THE WITNESS:  I'm not sure what you mean by
8   "allows."
9   BY MR. HOWARD:
10      Q   The Port, through its --
11      BAE and NASSCO are Port tenants, are they not?
12      A   They are.
13      Q   So in order for the shipyards to barricade and
14   limit public access, that would have to be allowed
15   through the Port lease, would it not?
16       MR. DOBBS:  Objection.  Form and scope.
17      THE WITNESS:  Yeah.  For the shipyard to do
18   business with the Navy, they'd have to have a -- they'd
19   have to have a protective barrier.
20   BY MR. HOWARD:
21      Q   So the Port approved the boating access
22   limitation around the Navy installation and the
23   shipyards, as you described, on the grounds of national
24   security; correct?
25       MR. DOBBS:  Objection.  Form and scope.

Page 357

1       THE WITNESS:  Yes.
2   BY MR. HOWARD:
3      Q   And the Port approved the placement of the
4   Campbell cap and the Convair Lagoon cap as well, did it
5   not?
6        MR. DOBBS:  Objection.  Scope.
7       THE WITNESS:  Yes.
8   BY MR. HOWARD:
9      Q   And the Port's position is, in spite of that,
10   there is a PCB-induced impairment to San Diego Bay by
11   virtue of those caps; correct?
12      A   Correct.
13      Q   Has the Port ever estimated the demand for
14   boating access to Convair Lagoon and the Campbell
15   Shipyard area?
16       MR. DOBBS:  Objection.  Scope.
17      THE WITNESS:  I don't know.
18   BY MR. HOWARD:
19      Q   Okay.  You can put that to the side.
20      Let's move to the Navy -- excuse me.
21      Let's move to the city incinerator.
22       MR. HOWARD:  Oh.  Could we go off the record
23   for a moment?
24       THE VIDEOGRAPHER:  Going off record.
25      The time is 1:25 p.m.

Page 358

1    (Recess taken 1:25 p.m. - 1:27 p.m.)
2    THE VIDEOGRAPHER:  We are back on the record.
3    The time is 1:27 p.m.
4    BY MR. HOWARD:
5    Q   Okay.  Dr. Johns, we're going to shift gears
6    to the City of San Diego incinerator and tidelands dump
7    near the Eighth Avenue street landing.
8    We have four exhibits that we want to present
9    to you and discuss.
10   All right.  48 -- marked as Exhibit 48 is a
11   Harbor Department letter dated January 30th, 1922, to
12   the mayor of San Diego and the Common Council, and it's
13   signed by the secretary of the Harbor -- Harbor
14   Commission.
15   (Exhibit 48 was marked for identification.)
16   MR. HOWARD:  Okay.  Next -- tell me --
17   Ready?  I'm sorry.
18   Next is Exhibit 49, which is a March 13, 1922,
19   letter from the deputy city attorney to the mayor and
20   the city council.
21   (Exhibit 49 was marked for identification.)
22   MR. HOWARD:  Exhibit 50 is a September 4,
23   1935, letter from -- or report from the city attorney
24   to the mayor regarding the city dump.
25   (Exhibit 50 was marked for identification.)

Page 359

1    MR. HOWARD:  And Exhibit 51 will be a series.
2    We'll mark them 51A, -B, -C, -D, and -E.  Historical
3    photographs of the city dump.  That will give us --
4    Take a moment.
5    (Exhibit 51A was marked for identification.)
6    (Exhibit 51B was marked for identification.)
7    (Exhibit 51C was marked for identification.)
8    (Exhibit 51D was marked for identification.)
9    (Exhibit 51E was marked for identification.)
10   (Exhibit 51F was marked for identification.)
11   BY MR. HOWARD:
12   Q   Okay.  Let see what we've got.
13   So this looks like it's -- 51A is a Ninyo &
14   Moore -- a photograph from a Ninyo & Moore report
15   viewing the area of the Campbell Machine Company and
16   the Eighth Avenue tideland dump.
17   51B is also from the Ninyo & Moore report from
18   1939, looking at the Eighth Street area, and it depicts
19   the city dump.
20   51C is a broader view of Downtown San Diego
21   along the waterfront.  This one, Ninyo & Moore, circa
22   1916, viewing the Campbell Machine Company and SDG&E in
23   the -- in the -- the picture.
24   Thank you.
25   51D is a picture of the tidelands dump and the

Page 360

1    infilling of San Diego Bay.
2    And lastly is --
3    Got two more?  Okay.  We've got two more.
4    51E is another picture of the tidelands dump.
5    I don't have a date on this photograph.
6    And 51F, okay, is another depiction in time of
7    the city tidal dump facility, and you can see Navy
8    ships in the background.  All right.
9    MR. JULIUS:  Sorry.  Can I ask --
10   MR. HOWARD:  Uh-huh.
11   MR. JULIUS:  We're at 59?
12   MR. HOWARD:  59?  We're not to --
13   MR. JULIUS:  Or what -- what --
14   MS. YANOCHIK:  51.
15   MR. JULIUS:  51E.
16   MR. HOWARD:  Okay.  Uh-huh.
17   MR. JULIUS:  Do you know where this came from?
18   MR. HOWARD:  I can find out.  You mean the
19   original source?
20   MR. JULIUS:  Yeah.  The -- the ones that --
21   that aren't marked as Ninyo & Moore, I guess.
22   MR. HOWARD:  Oh.  The original source of it?
23   MR. JULIUS:  Yeah.
24   MR. HOWARD:  I -- I can find out.  I don't
25   know off the top of my head.

Page 361

1    MR. JULIUS:  Okay.
2    BY MR. HOWARD:
3    Q   All right.  So let's talk about the -- a
4    little bit about the history of the city incinerator.
5    Why don't we start out by asking the witness
6    to what extent you have looked at the history of the
7    incinerator.  Just give us a general sense of what you
8    looked at.
9    A   Yeah.  I've looked at the history that's
10   available from other documents that cite the -- the
11   incinerator, so Tenth Avenue Marine Terminal document;
12   the IO, investigative order document, includes a
13   history of that.  That was the primary source, I think.
14   Other ones that I've run across, I've -- I've
15   read -- I don't recall the exact sources of those --
16   all had about the same narrative associated with them.
17   Q   Where -- in taking today's waterfront as the
18   baseline, where -- where was the former tideland dump
19   located?
20   A   It's on the east or the back eastern portion
21   of the Tenth Avenue Marine Terminal --
22   Q   So it would be --
23   A   -- proper.
24   Q   So if -- if we were to go to the Tenth Avenue
25   Marine Terminal, it would be landside of the Tenth

Page 362

1  Avenue Marine Terminal?
2      A   That -- that's correct.  I believe on the Dole
3  Company side of that, which would be the --
4      Q   North side?
5      A   North side.  Yes.
6      Q   Do you have a sense on how big of an area
7  the -- the tidelands dump comprised?
8      A   I do not know.
9      Q   When the Port was constructing the Tenth
10  Avenue Marine Terminal, were they dealing with debris
11  and waste from the city tideland dump?
12      MR. DOBBS:  Objection.  Form.
13      THE WITNESS:  I don't know.
14  BY MR. HOWARD:
15      Q   Okay.  Do you know how long the city tideland
16  dump operated on the bay?  Do you have a sense on when
17  it commenced and when it terminated?
18      A   I believe it was the early teens or late
19  single digits to about 1940, '41.
20      Q   So it operated approximately 30 years?
21      A   Yeah.  That's correct.
22      Q   Does the Port know what was deposited into the
23  tideland dump?
24      A   The records state that it was mostly refuse
25  from the City of San Diego, so more human waste.

Page 363

1      Q   Does the Port know whether industrial wastes
2  were deposited at the tideland dump?
3      MR. DOBBS:  Objection.  Form and scope.
4      MR. JULIUS:  Join.
5      THE WITNESS:  I -- the record I've read states
6  that there was some belief that that occurred.
7  BY MR. HOWARD:
8      Q   Does the Port have any information on the
9  question of whether PCBs were disposed of at any time
10  in the city tideland dump?
11      A   No.  Certainly not the early history of the
12  dump.  But I don't know if anybody has a record after
13  the late '30s, mid to late '30s.
14      Q   Does the Port have information on whether the
15  tideland dump area was tested for the presence or
16  absence of PCBs?
17      MR. JULIUS:  Object as to form.
18      THE WITNESS:  I don't know.
19  BY MR. HOWARD:
20      Q   So if I understand the geography, the port's
21  Tenth Avenue Marine Terminal is located immediately
22  adjacent to the former city tideland dump; correct?
23      A   Correct.
24      Q   And -- and the connection with the Port's
25  development of the Tenth Avenue Marine Terminal, the

Page 364

1  Port didn't undertake an investigation to determine
2  whether the tideland dump was -- contained PCBs?
3      MR. DOBBS:  Objection.  Scope.
4      MR. JULIUS:  Join.
5      THE WITNESS:  Yeah.  I -- I don't know.
6  BY MR. HOWARD:
7      Q   As we sit here today, can we conclude one way
8  or the other whether the tidelands dump contains or
9  does not contain PCBs?  I'm trying to get a sense on
10  what -- what the Port knows in terms of the overall
11  status of that former facility.
12      MR. DOBBS:  Objection.  Scope.
13      MR. JULIUS:  Object as to form.
14      THE WITNESS:  I'm -- I'm unaware of the -- of
15  their -- of the Port's overall status, knowledge of the
16  dump.
17  BY MR. HOWARD:
18      Q   Does the Port consider the tideland dump to be
19  an ongoing source of contamination to San Diego Bay?
20      A   No.
21      Q   It does not?
22      A   No.
23      Q   The Port has excluded the city tidelands dump
24  as a potential source of contamination to San Diego
25  Bay; is that correct?

Page 365

1      MR. DOBBS:  Objection.  Form.
2      THE WITNESS:  Current source?
3      MR. JULIUS:  Join.
4  BY MR. HOWARD:
5      Q   The objections --
6          Has the Port excluded the city tidelands dump
7  as a potential source of contamination to San Diego
8  Bay?
9      A   I don't know.
10      Q   Has the Port excluded the city tideland dump
11  as a potential source of PCB contamination to San Diego
12  Bay?
13      A   I don't know.
14      Q   Does that mean it remains an open issue; or,
15  as you sit here today, you just don't have information
16  one way or the other?
17      A   I don't have information one way or the other.
18      Q   Walking through the exhibits -- so Exhibit 48,
19  the January 30th, 1922, letter, it's common knowledge
20  now that the -- the tidelands dump became what is
21  described in this letter as a -- as a nuisance and
22  menace to health.
23          Is that a fair statement?
24      MR. DOBBS:  Objection.  Form.
25      MR. JULIUS:  Join.

Page 366

1    THE WITNESS: Yes.
2    BY MR. HOWARD:
3    Q   And this letter from Harbor Commission states,
4    at the -- at the bottom of the letter, "As we are
5    constantly receiving complaints from people in that
6    neighborhood, not only tenants on the tidelands but
7    people owning property in the immediate vicinity, we
8    appreciate early action."
9        And this letter is from the commission asking
10   the City to take some corrective action with respect to
11   the tidelands dump; correct?
12   A   Correct.
13   Q   Now, the tidelands dump also had, at some
14   point in time, an incinerator.
15   A   That's correct.
16   Q   When did the incinerator -- historically, when
17   did the incinerator come into the picture?
18       MR. DOBBS: Objection. Form.
19       MR. JULIUS: Join.
20       THE WITNESS: I don't know the exact date.
21   BY MR. HOWARD:
22   Q   Do you have an approximate date?
23   A   I think it's in the '30s.
24   Q   And do you know how long the incinerator
25   operated?

Page 367

1    A   They went through several iterations of
2    incinerators. I think they operated up to the time the
3    dump was no longer used.
4    Q   Am I correct that the dump was -- was closed
5    in response to a nuisance lawsuit that was filed by the
6    workers at Campbell Marine?
7    A   I don't --
8        MR. DOBBS: Objection. Form.
9        MR. JULIUS: Join.
10       THE WITNESS: I don't know.
11   BY MR. HOWARD:
12   Q   When the tidelands dump and incinerator were
13   closed down, did the City redirect its disposal to
14   Miramar, here in North County?
15       MR. DOBBS: Objection. Scope.
16       THE WITNESS: I don't know.
17       MR. JULIUS: Object as to form.
18   BY MR. HOWARD:
19   Q   Does the Port know where the City directed
20   its -- its waste and -- and garbage once the city
21   tidelands dump and incinerator were closed down?
22       MR. DOBBS: Objection. Form and scope.
23       MR. JULIUS: Join.
24       THE WITNESS: I don't have knowledge of that.
25   ///

Page 368

1    BY MR. HOWARD:
2    Q   Does the Port know when -- let me state it
3    differently.
4        Did the city incinerator terminate at the same
5    time as the operations of the tideland dump
6    terminated?
7        MR. JULIUS: Object as to form.
8        THE WITNESS: I believe the incinerator went a
9    few years beyond the dump.
10   BY MR. HOWARD:
11   Q   Do you know what was incinerated at the city
12   incinerator?
13       THE WITNESS: I do not.
14       MR. JULIUS: Object as to form.
15   BY MR. HOWARD:
16   Q   When working around the Tenth Avenue Marine
17   Terminal, have you found any evidence of burn ash or
18   any waste along those lines?
19   A   I have --
20       MR. DOBBS: Objection. Form.
21       THE WITNESS: I have not seen any.
22   BY MR. HOWARD:
23   Q   So just to make sure we have walked through
24   these exhibits, on Exhibit 49 is the March 13, 1922,
25   deputy city attorney letter to the mayor and the city

Page 369

1    council.
2        Have you seen this letter before?
3    A   I have not.
4    Q   The very last sentence states "It would seem
5    that the City will be obligated [sic] to find another
6    dumping ground for the rubbish which is now deposited
7    upon the tidelands."
8    A   It's "obliged" instead of "obligated."
9    Q   Oh. You're right. Thank you. Thank you.
10       Let me re-read that. Thank you.
11       "It would seem that the City will be obliged
12   to find another dumping ground for the rubbish which is
13   now deposited upon the tidelands."
14       That's accurate now; right?
15   A   Correct.
16   Q   And this is a letter from the city attor-- --
17   city -- deputy city attorney advising the City of
18   San Diego, the mayor and the city council, that a new
19   location, back in 1922, is necessary for the tideland
20   dump; correct?
21       MR. JULIUS: Object as to form.
22       THE WITNESS: That's the form of the letter.
23   BY MR. HOWARD:
24   Q   And no change in location occurred, based on
25   your information, until at least two to three decades

Page 370

1  later in the 1940s; correct?
2      A  Correct.
3          MR. DOBBS:  Objection to scope and form.
4          MR. JULIUS:  Join.
5  BY MR. HOWARD:
6      Q  And, briefly, on Exhibit 50, the 1935 city
7  attorney report to the mayor, on page 2 of that letter,
8  it indicates -- there's a sentence under a opening
9  sentence that says "From a thorough study of the facts
10 disclosed by the investigators, I have reached the
11 following conclusions," and the first
12 conclusion is that "undoubtedly a public nuisance
13 exists in connection with the present manner of
14 disposal of city rubbish."
15         Do you see that?
16     A  I do.
17     Q  So this is yet another statement by the City
18 describing its own city tidelands dump as a public
19 nuisance; correct?
20         MR. JULIUS:  Objection.  Form.
21         MR. DOBBS:  Objection.  Form.
22         THE WITNESS:  Correct.
23 BY MR. HOWARD:
24     Q  Okay.  And the exhibits, 51A, -B, -C, -D, -E,
25 all way through -F, are these photographs that you're

Page 371

1  generally familiar with?
2      A  Some of them are new to me, but generally
3  they're -- they're ones I've seen for different --
4      Q  Can you tell me which ones are new to you?
5      A  51E, 51D.
6      Q  Okay.
7      A  I've seen -A, -B, and -F, and --
8          I don't think I've seen -C before.
9      Q  Okay.  Could you -- just because I didn't mark
10 my own exhibits, can you kind of just turn --
11         Okay.  That one is new to you, and the other
12 two that are new to you, I think you put on the bottom
13 of the stack.
14     A  Yeah.  That's the up-close of the rubbish
15 piles.
16     Q  Got it.  Okay.  All right.
17         All right.  And these -- just in a broad
18 sense, these -- these photographs of the city
19 incinerator area show a high density of industrial uses
20 along the tidelands in this relative -- this respective
21 period of time; correct?
22         MR. DOBBS:  Objection.  Form and scope.
23         THE WITNESS:  That is correct.
24 BY MR. HOWARD:
25     Q  And are you aware of the use of the -- the

Page 372

1  refuse barge that would take debris from the tidelands
2  dump and purportedly take it off the coast of
3  Point Loma and dump it into the ocean?
4      A  I have read something about that.
5          (Clarification by the reporter.)
6          MR. DOBBS:  Objection.  Scope.
7          MR. JULIUS:  Objection.  Form.
8  BY MR. HOWARD:
9      Q  Can you tell me what you know about that?
10     A  What I had read was that there was a refuge
11 barge that would dump in open water.
12     Q  I think I also read that, and it also
13 indicated that sometimes that barge would dump right in
14 the middle of San Diego Bay; correct?
15     A  That's about what I recall reading.  Yes.
16         MR. JULIUS:  Object to the form.
17 BY MR. HOWARD:
18     Q  Were you involved in the -- any projects
19 around the -- surrounding the development of the
20 downtown ballpark?
21     A  I was not.
22     Q  Okay.  And these pictures from the 1920s and
23 the 1910s and the 1930s no way reflect what the -- this
24 area of San Diego Bay looks like today; correct?
25     A  That is correct.

Page 373

1      Q  Did the Port find any evidence when it was
2  constructing Tenth Avenue Marine Terminal the use of
3  tideland dump debris as fill material for the bay?
4          MR. DOBBS:  Objection.  Scope.
5          MR. JULIUS:  Join.
6          Object to the form.  Sorry.
7          THE WITNESS:  I don't know.
8  BY MR. HOWARD:
9      Q  How about -- let's turn to the war -- the
10 former war plants around Lindbergh Field, and I just
11 have a series of interesting historical photos to
12 discuss.
13         So we're starting with -- where are we here?
14 We are at 52A.
15         (Exhibit 52A was marked for identification.)
16 BY MR. HOWARD:
17     Q  52A is a historical photo of Lindbergh Field
18 with what is labeled "Consolidated Aircraft Oblique
19 View of Plans 1 and 2."  It looks like it's a
20 January 30 photo.  And then it's 1940-something, but
21 the -- the last digit of this photo is -- is cut off.
22 So sometime during the 1940s.
23         MR. DOBBS:  Rob, just to -- are these things
24 that were produced in discovery just so we -- will we
25 have copies?

Page 374

1      MR. HOWARD:  Some of these, no, I just
2  recently obtained.  Some of these, I just recently
3  obtained this week.  Okay.
4      And I think most of them, what you're going to
5  see is from, I think, a UCLA photo library where we got
6  these.
7      So 52B is a depiction of what we understand to
8  be one of the -- the construction of the first of the
9  war plants around Lindbergh Field.
10     (Exhibit 52B was marked for identification.)
11     MR. HOWARD:  52C is dated January 15, 1937, a
12 "Consolidated Aircraft Corporation Airview of
13 Facility" -- "Factory - Lingbergh Field &
14 North Island."
15     (Exhibit 52C was marked for identification.)
16     MR. HOWARD:  52D is a photograph of a solar
17 aircraft facility near Convair Lagoon.
18     (Exhibit 52D was marked for identification.)
19     MR. HOWARD:  52E is a photograph of
20 Lindbergh Field under construction along with war
21 plants to the north and to the south.
22     There's even -- in this photograph, 52E, you
23 can see the development -- early development of
24 Convair Lagoon and the Coast Guard facility.
25     (Exhibit 52E was marked for identification.)

Page 375

1      MR. HOWARD:  52F is a photograph from the UCLA
2  air photo archive.
3      (Exhibit 52F was marked for identification.)
4      MR. HOWARD:  As well as 52G, which shows a
5  fuller development of Lindbergh Field and the war
6  plants to the north, including a few military aircraft
7  along the runway.
8      (Exhibit 52G was marked for identification.)
9  BY MR. HOWARD:
10     Q  So give me a sense, Dr. Johns, how familiar
11 you are with the -- the history of the Lindbergh Field
12 war plants?
13     A  I'm familiar with the Lindbergh Field plant
14 that's up near -- well, what is now the rental car
15 area; that area, solar turbine; and then the TDY
16 facility that was along the Harbor Drive side of the
17 airport.
18     Q  Okay.  So these -- these photographs are of --
19 are intended to give sort of a chronology of the
20 development of Lindbergh Field and the war plants.
21     And is it your understanding that the war
22 plants were constructed around the World War II
23 time frame on both the north and south sides of
24 Lindbergh Field?
25     A  That's correct.

Page 376

1      Q  Do you -- does the Port have any information
2  in terms of who owned the physical structures
3  themselves, whether they were the defense contractor,
4  the Federal Government, or the City at that time?
5      MR. DOBBS:  Objection.
6      THE WITNESS:  I don't have that information.
7      MR. DOBBS:  Yeah.  Objection.  Scope and
8  form.
9      MR. JULIUS:  Join.
10 BY MR. HOWARD:
11     Q  Are you aware that the military took
12 operational control of Lindbergh Field during
13 World War II?
14     A  I have read that.  Yes.
15     Q  And the -- did the Port, at any time, own any
16 of the war plant structures themselves?
17     MR. DOBBS:  Objection.  Form and scope.
18     MR. JULIUS:  Join.
19     THE WITNESS:  When they took over leases?
20 When they took the lease back?
21 BY MR. HOWARD:
22     Q  That would be an example of one.  Yes.
23     A  Yes.
24     Q  Have you ever heard of a -- what's been called
25 a GOCO plant, G-O-C-O plant?

Page 377

1      A  No.
2      Q  Government-owned contractor- --
3  contractor-operated plant?  Have you ever heard that
4  term?
5      A  I've never heard the term before, but I've --
6  I've heard of that --
7      Q  When --
8      A  -- instance.
9      Q  When I talk about the war plants around
10 Lindbergh Field is -- I'm talking about the facilities
11 that were used for the development of -- of, back in
12 World War II, bombers.
13     Is that your understanding as well?
14     A  Yes.  And some other planes too, but yes.
15     Q  That's correct.  There were other planes.
16     A  Yes.
17     Q  And isn't it true that they built -- that
18 San Diego was one of the leading manufacturers of the
19 B-24 Liberator bomber?
20     MR. DOBBS:  Objection.  Scope.
21     THE WITNESS:  I don't know which bomber,
22 but --
23 BY MR. HOWARD:
24     Q  Okay.  Fair.
25     A  -- I'll agree to that.

Page 378

1    Q  Okay.  No.
2        Isn't the SPAWAR building along I-5 one of the
3    old war plants that were -- that was located around
4    Lindbergh Field?  And SPAWAR is the Space and Naval
5    Systems Command [sic].
6        MR. DOBBS:  Objection.  Form and scope.
7        THE WITNESS:  It certainly looks like it's the
8    same building type and structure.
9    BY MR. HOWARD:
10       Q  Is it your understanding that the war plants
11   around Lindbergh Field were constructed such that their
12   drainage systems would align and meet into, for
13   example, a 60-inch line that discharged into
14   Convair Lagoon?
15       A  Yes.
16       Q  Does the Port agree that it was standard
17   practice through the 1950s for untreated industrial
18   solutions and wastes used at the war plants to be
19   discharged into San Diego Bay?
20       MR. DOBBS:  Objection.  Form.
21       MR. JULIUS:  Join.
22       THE WITNESS:  Yes.
23   BY MR. HOWARD:
24       Q  Does the Port agree that PCB -- PCBs and
25   PCB-containing products were commonly used at the

Page 379

1    Lindbergh Field war plants, such as transformers and
2    capacitors?
3        MR. DOBBS:  Objection.  Form and scope.
4        MR. JULIUS:  Join.
5        THE WITNESS:  Yes.
6    BY MR. HOWARD:
7        Q  And didn't -- didn't each of the defense
8    contractors who operated the war plants, upon their
9    conclusion of operations, perform a closure inventory
10   of all their equipment and a site assessment of
11   conditions of -- of the facility so that they could
12   turn it back over to the Port at that time?
13       MR. DOBBS:  Objection.  Form and scope.
14       MR. JULIUS:  Join.
15       THE WITNESS:  I don't know.
16   BY MR. HOWARD:
17       Q  So if we discussed the commencement of the
18   construction of the war plants around World War II and
19   there -- you see photographs from back -- starting in
20   1937 or before about the construction of -- of the war
21   plants -- so if we start from the late '30s, what is --
22   what is your understanding of how long the war plants
23   operated around Lindbergh Field?
24       MR. DOBBS:  Objection.  Form and scope.
25       MR. JULIUS:  Join.

Page 380

1        THE WITNESS:  I don't know the exact
2    dates of --
3    BY MR. HOWARD:
4        Q  Understood.  I'm not looking for the exact
5    dates.
6        A  I don't -- I think they went into -- well, for
7    instance, I think the Tow Basin area was -- was still
8    in operation or at least owned until the late '80s.
9        Q  Didn't the war plants start to phase out at
10   different points in time?  You indicated that Tow Basin
11   was a -- variation of a war plant.  Was it not?
12       A  It was.
13       Q  And that's where defense contractors designed
14   and tested various military equipment; correct?
15       A  Correct.
16       Q  And Teledyne Ryan was also into the aircraft
17   and defense manufacturing industry, was it not?
18       A  It was.
19       Q  And north of Lindbergh Field was the
20   General Dynamics facility that -- my recollection is it
21   closed in the 1990s.  Did it not?
22       MR. DOBBS:  Objection.  Form.
23       THE WITNESS:  Yeah.  I don't know the --
24       MR. JULIUS:  Join.
25       THE WITNESS:  I don't know the exact dates,

Page 381

1    but I know that plants were operating into that period.
2    Yes.
3    BY MR. HOWARD:
4        Q  And -- and my -- and my point is there's a
5    large -- there is a large amount of war plants
6    surrounding Lindbergh Field, all in the business of
7    constructing aircraft and military equipment, and
8    they're actually using Lindbergh Field to fly their
9    planes off to -- off to war or to provide them to the
10   U.S. military; correct?
11       MR. DOBBS:  Objection.  Form and scope.
12       THE WITNESS:  Yes.
13   BY MR. HOWARD:
14       Q  And those war plants that were building war
15   planes commonly used industrial solvents to degrease,
16   they used oils, they used a wide assortment of
17   industrial chemicals as part of their manufacturing
18   process; correct?
19       MR. DOBBS:  Objection.  Form and scope.
20       MR. JULIUS:  Join.
21       THE WITNESS:  Yes.
22   BY MR. HOWARD:
23       Q  And some of those chemicals were actually
24   found as part of the investigation of Convair Lagoon;
25   correct?

Page 382

1    A  Correct.
2    Q  And some of those chemicals were also found as
3  part of the investigation into the Laurel Hawthorn
4  Embayment west 30-inch drain, were they not?
5    A  Yes.
6    Q  So is it safe to say that the industrial
7  operations of the war plants around Lindbergh Field,
8  from the 1937 time frame all the way up until the
9  1990s, left an impact on San Diego Bay?
10    MR. DOBBS:  Objection.  Form.
11    MR. JULIUS:  Join.
12    THE WITNESS:  Yes.
13  BY MR. HOWARD:
14    Q  And those impacts not only included PCBs, but
15  it included other industrial waste streams; correct?
16    A  There are other --
17    MR. DOBBS:  Objection.  Form.
18    MR. JULIUS:  Join.
19    THE WITNESS:  There have been other
20  contaminants detected.  Yes.
21  BY MR. HOWARD:
22    Q  Okay.  And is it the Port's view that these
23  former war plant operations around Lindbergh Field have
24  a continuing impact on San Diego Bay today?
25    A  Yes.  There's -- there's evidence that

Page 383

1  suggests that there's still discharges from the -- from
2  the conveyance systems from the facilities.
3    Q  And --
4    MR. JULIUS:  Object as to form.
5    Sorry.
6  BY MR. HOWARD:
7    Q  And with respect to those -- those ongoing
8  discharges, is it -- isn't it true that the defense
9  contractors who actually discharged the materials are
10  subject to various cleanup and abatement orders to
11  clean up their discharges?
12    MR. DOBBS:  Objection.  Form and scope.
13    MR. JULIUS:  Join.
14    THE WITNESS:  Yes.
15  BY MR. HOWARD:
16    Q  Does the Port have, today, any -- let's put
17  Tow Basin to the side.
18    Does the Port have any obligation in terms of
19  incurring cost, performing remediation, or performing
20  monitoring with respect to any impacts from the
21  Lindbergh Field war plants on San Diego Bay?
22    MR. DOBBS:  Objection.  Form and scope.
23    MR. JULIUS:  Join.
24    THE WITNESS:  There's a draft investigative
25  order that hasn't been totally resolved, but the Port

Page 384

1  is named on that investigative order for Laurel
2  Hawthorn Central.
3  BY MR. DOBBS:
4    Q  You're referring to the 42-inch line?
5    A  Yes.
6    Q  Okay.  Let me rephrase that.
7    Is there any part of San Diego Bay that the
8  Port of San Diego is obligated, as we sit here today,
9  to remediate for PCBs that were once used at the
10  Lindbergh Field war plants?
11    MR. DOBBS:  Objection.  Form and scope.
12    MR. JULIUS:  Join.
13    THE WITNESS:  I don't know.
14  BY MR. HOWARD:
15    Q  Do you know whether any of those defense
16  contractors were cited for violations of handling
17  PCB-containing materials?
18    MR. DOBBS:  Objection.  Scope.
19    THE WITNESS:  I don't know.
20  BY MR. HOWARD:
21    Q  Would that information be of interest or
22  relevant to the Port's analysis in terms of its -- its
23  views of Monsanto's liabilities in this case?
24    MR. DOBBS:  Objection.  Form and scope.
25    MR. JULIUS:  Join.

Page 385

1    THE WITNESS:  I don't know.
2  BY MR. HOWARD:
3    Q  Until this case, was it the Port's historical
4  practice to demand that actual PCB dischargers around
5  the bay perform any and all required work for the
6  remediation of sediments in the bay?
7    MR. DOBBS:  Objection to scope and form.
8    THE WITNESS:  I think the requirement was for
9  leaseholds -- leaseholders to present their property
10  back in a clean state.
11  BY MR. HOWARD:
12    Q  So the Port would look to the leaseholders as
13  the parties responsible for remediating their
14  properties; correct?
15    A  Correct.
16    Q  And would the Port also typically look at
17  dischargers as well?
18    MR. DOBBS:  Objection.  Scope.
19    THE WITNESS:  Correct.
20    MR. DOBBS:  Form.
21  BY MR. HOWARD:
22    Q  So --
23    MR. JULIUS:  Join.
24  BY MR. HOWARD:
25    Q  So that -- as to who -- as a -- in terms of

Page 386

1   standard practice, the Port would look at either the
2   tenants or the actual dischargers for purposes of
3   addressing any legacy contamination at those
4   leaseholds; correct?
5      A   Correct.
6      Q   Let's turn to the coal gasification facility.
7   This ought to be short.
8      Are you familiar with the SDG&E Silvergate
9   power plant?
10     A   The Silvergate plant, yes.
11     Q   Do you have a sense on when it operated and
12  closed down?
13     A   I do not know the dates.
14     Q   Do you have a general sense?
15     A   No, I do not.
16     Q   Was the Port involved in any cleanup actions
17  associated with the operations of the Silvergate plant?
18     A   As they relate to bay sediments?
19     Q   Correct.
20     A   Yes.
21     Q   And can you be more specific on that?
22     A   Yes.  The -- the flumes, the cooling flumes
23  for the -- for the Silvergate facility, were just north
24  of the BAE leasehold.  And some sampling had been
25  conducted in that area, and the -- some of the polygons

Page 387

1   that were required for cleanup included portions of the
2   polygons that were associated with that -- that area
3   directly offshore of the -- the Silvergate facility.
4      MR. HOWARD:  So let me just mark this so I
5   can --
6      Okay.  So I'm going to mark, as Exhibit 53A, a
7   Ninyo & Moore photograph from May 17, 1906, depicting
8   in the picture a San Diego Gas -- a San Diego
9   Consolidated Gas & Electric Company facility, and also
10  showing the construction of a 24-inch diameter pipeline
11  into the bay.
12     (Exhibit 53A was marked for identification.)
13     MR. HOWARD:  53 -- Exhibit 53B is a
14  approximately 1925 photograph, also from a Ninyo &
15  Moore report, looking in the general area of the S- --
16  San Diego Consolidated Gas & Electric Company facility
17  along the tidelands.
18     (Exhibit 53B was marked for identification.)
19     MR. HOWARD:  And Exhibit 53C is also a visual
20  depiction of the construction of a pipeline from the
21  facility into San Diego Bay, and it looks like it is a
22  1906 picture.  So --
23     (Exhibit 53C was marked for identification.)
24  BY MR. HOWARD:
25     Q   Have you seen those historical photographs

Page 388

1   before?
2      A   I have not.
3      Q   Are you aware that the Silvergate facility
4   constructed discharge pipelines into San Diego Bay?
5      A   I am.
6      Q   And were those pipelines the same ones that
7  you reference in connection with the investigation and
8  remediation of the shipyard sites?
9     A   I believe that's correct.
10     Q   Do you know what sort of contamination was
11  associated with the SDG&E power plant at Silvergate?
12     A   I think PAHs.
13     Q   Were any PCBs found?
14     A   I believe --
15     Q   Oh.  I'm sorry.
16     A   -- and PCBs as well.
17     Q   So PAHs and PCBs?
18     A   Correct.
19     Q   Did the Port determine that SDG&E was a source
20  of PCBs into San Diego Bay?
21     A   Yes.
22     Q   Does the Port -- in the Port's view, are there
23  any legacy impacts from the former SDG&E Silvergate
24  facility that are ongoing today with respect to
25  San Diego Bay?

Page 389

1      A   Yes.
2      Q   And what is that based on?
3      A   When the footprint was finalized for the
4   nor- -- for the BAE/NASSCO Shipyards, one of the
5   polygons -- so in setting the footprints, the -- if a
6   polygon qualified for cleanup, the entire polygon was
7   included in the cleanup.
8      There was a polygon along that northern
9  boundary that was split, and part of that polygon went
10  with the footprint for cleanup, and the other part of
11  that polygon remained outside of the area.
12     The -- the fact that that polygon is left
13  outside of the area was one of the -- one of the
14  reasons the -- the water board gave for requiring the
15  investigative orders for the shipyard north area, which
16  would be starting with that -- that line, going through
17  SDG&E, Continental Maritime, and Coronado Bridge, and
18  TAMT.
19     Q   Is SDG&E part of that investigation order?
20     A   I believe they -- they are.
21     Q   So is the -- the Port itself taking any
22  action, with respect to SDG&E, for that company to
23  terminate discharges into San Diego Bay?
24     MR. DOBBS:  Objection to form and scope.
25     MR. JULIUS:  Join.

Page 390

1       THE WITNESS:  I think they're awaiting the
2  outcome of the investigative order.
3  BY MR. HOWARD:
4     Q  And where -- what's the status of that
5  investigation order?
6     A  Well, they should be on sort of the same
7  timeline as the TAMT, but they seem to be lagging a
8  bit.
9     Q  Okay.
10    A  I don't know, but they should be in the same
11  rough timeline.
12    Q  Yesterday you also mentioned that you
13  considered the SDG&E South Bay facility to be a PCB
14  site; is that correct?
15    A  The South Bay power plant?
16    Q  Yes.
17    A  I think what I said was that there were
18  samples taken offshore of that facility, and PCBs were
19  detected, but the PCB concentrations are relatively
20  low.
21    Q  Didn't the Port's consultant -- that -- you're
22  talking about testing that was performed in connection
23  with SDG- -- SDG&E's divestiture of the South Bay
24  power plant; correct?
25    A  That's correct.

Page 391

1    Q  And the Port's consultant at that time did a
2  sediment investigation to determine whether it wanted
3  to accept the donation of the property as part of the
4  trust -- trust holdings; correct?
5    A  That's correct.
6    Q  And the Port's consultant determined, based on
7  the low concentrations of PCBs, that it presented no
8  risk to the Port; correct?
9     MR. DOBBS:  Objection.  Form.
10    THE WITNESS:  I don't know if that was their
11  conclusion, but the samples did indicate low
12  concentrations.
13  BY MR. HOWARD:
14    Q  And the Port went forward and completed the
15  transaction with SDG&E and accepted the donation of the
16  tidelands property; correct?
17    A  Correct.
18    Q  Because, at that time, that portion of the
19  tidelands was privately owned by SDG&E.
20    Am I correct?
21    A  I'm -- I'm not -- I'm not familiar with their
22  ownership.
23    Q  Okay.  Let's talk about the -- Topic 99, the
24  Port District's understanding of the impacts of the
25  presence of contaminants in the bay.

Page 392

1     MR. HOWARD:  I'm going to mark a couple of
2  exhibits here.
3     54?  Is this 54?
4     I'm marking, as 54 -- let's see -- a June 1992
5  Convair Lagoon basis of design report submitted by
6  Teledyne Ryan, and it was prepared by Ebasco
7  Environmental.
8     (Exhibit 54 was marked for identification.)
9     MR. HOWARD:  And 55 is a "San Diego Transcript
10  [sic]" article dated March 6, 1985.
11     (Exhibit 55 was marked for identification.)
12  BY MR. HOWARD:
13    Q  Let me know, Doctor, when you're done
14  reviewing the article.
15    A  Okay.
16     Okay.
17    Q  Okay.  Let's start with Exhibit 54, the
18  Teledyne Ryan basis of design report from 1992.
19     Are you familiar with this report?
20    A  I am not.
21    Q  Is this the first time you've seen this
22  report?
23    A  It is.
24    Q  Okay.  Let me walk you through a couple of
25  provisions of this report, which I'll represent was,

Page 393

1  for -- just for purposes of moving this along, give you
2  some -- some background -- was a early design, proposed
3  design, by the defense contractor for purposes of
4  remediating the lagoon.
5     But I want to draw your attention to a
6  couple -- couple facts that are spelled out in this
7  report.  Can you turn to page 1, Section 1.1, which
8  says "Site History" -- "Site Location and History."
9    A  Yes.
10    Q  Okay.  First sentence is "Convair Lagoon is a
11  ten-acre embayment located northeast of Harbor Island
12  and immediately west of the U.S. Coast Guard Station
13  within northern San Diego Bay"; correct?
14    A  Correct.
15    Q  And to the right of that is a general
16  depiction of Convair Lagoon.  There's a diagram showing
17  four different outfalls into Convair Lagoon.  And that
18  area is generally the same area that you've marked in
19  Exhibit 43 as being the area that's been capped and is
20  now limited for boating purposes; correct?
21    A  Correct.
22    Q  The next page is -- if you flip that over, is
23  now page 3.  The first paragraph in the upper left
24  describes how there was a Convair sailing club
25  associated with General Dynamics, and it talks about

Page 394

1   how it maintained a pier and dock for small sailboats
2   at the western portion of the lagoon.
3       Were you aware that there used to be a small
4   GD employee dock in Convair Lagoon?
5       A  I was.
6       Q  Okay.  Would you also describe this --
7   Convair Lagoon as having limited shoreline access
8   because it abuts Harbor Drive?
9       A  Yes.
10      Q  The third paragraph down has the following
11  sentence that I want to discuss with you -- two
12  sentences:  "Historically, the embayment was used as a
13  dumping ground and retrieval area for derelict vessels.
14  Over time, as many as 500 vessels have been scuttled in
15  the Lagoon.  Currently, less than five remain.  In the
16  1960s, Convair Lagoon was used by General Dynamics for
17  aerospace and ocean-" -- "oceanographic research."
18      Do you see that?
19      A  I do.
20      Q  Were you aware that Convair Lagoon was used as
21  a dumping ground for derelict vessels?
22      MR. JULIUS:  Objection to the form.
23      MR. DOBBS:  Objection to form and scope.
24      THE WITNESS:  I think it was mentioned
25  yesterday.

Page 395

1   BY MR. HOWARD:
2       Q  Is yesterday the first time you've heard of
3   Convair Lagoon being used as a dumping ground for
4   derelict vessels?
5       A  I -- I've heard it was -- there -- that it
6   contained derelict vessels.  I didn't -- I haven't seen
7   the term "dumping ground" before.
8       Q  Okay.  So this is new information to you?
9       A  Yes.
10      Q  If you go to the following paragraph, the
11  second sentence says "Such debris" -- he's referring to
12  the scuttling of boats -- "Such debris has included
13  tires, boat wreckage, engine batteries, portable
14  radios, cushions, plastic bags, miscellaneous plastic,
15  bottles, cans, wood, and assorted rubbish."
16      Is that information --
17      MR. DOBBS:  Objection to form.
18      MR. HOWARD:  I haven't asked a question.
19      Q  Is that information new information to you?
20      A  It's not surprising.  I would envision
21  derelict vessels having material around them.
22      Laid out as a specific sentence like this,
23  this is new to me.
24      Q  Why did the Port select Convair Lagoon as an
25  area to get rid of derelict boats?

Page 396

1       MR. DOBBS:  Object to the form.
2       THE WITNESS:  I don't know.
3   BY MR. HOWARD:
4       Q  Did the Port consider Convair Lagoon to be
5   less desirable than other areas of the bay?
6       MR. DOBBS:  Objection.  Form and scope.
7       MR. JULIUS:  Join.
8       THE WITNESS:  I don't know.
9   BY MR. HOWARD:
10      Q  Is it fair to say that hundreds of scuttled
11  boats would have been a source of contamination into
12  Convair Lagoon?
13      MR. JULIUS:  Object as to form.
14      THE WITNESS:  It could have been.  Yes.
15  BY MR. HOWARD:
16      Q  Have you been privy to any discussions about
17  the siting of a large boat marina in Convair Lagoon?
18      A  No.
19      Q  Let's turn to the article from the "San Diego
20  Transcript."  It's a one-page article dated March of
21  1985.
22      And this article talks about how the Port is
23  taking action against derelict boats, and it is
24  ordering them to be removed.  And there's a reference
25  to Convair Lagoon in the middle column, the second full

Page 397

1   paragraph that begins "Abandoned boats."
2       Do you see that?
3       A  I do.
4       Q  Let me read the sentence into the record.
5       "Abandoned boats in fair enough shape to be
6   towed are taken to Convair Lagoon off Harbor Drive next
7   to" -- "next to the Coast Guard Station and laid to
8   rest."
9       Is that new information to you?
10      A  The fact that it was a -- a place for derelict
11  boats, I would assume they had to get there somehow.
12      Q  But it talks about being laid to rest.
13      A  I -- I think that's journalistic license.  I'm
14  not sure what "laid to rest" means.
15      Q  All right.  So --
16      A  I assume they're just -- they're just placed
17  there as a holding area until they can figure out how
18  to -- how to get them out of there.
19      Q  Are you speculating?
20      A  I am, because I think a lot of areas, a lot of
21  ports and other areas, are -- the city I live in has
22  derelict boats, and they have to figure out how to take
23  care of them.  And they usually carry them into one
24  spot and then -- and then figure out how to get them
25  out of there.

Page 398

1    First they have to establish ownership or lack
2  of ownership and then eventually move them out.  So I
3  guess it's not surprising to me, but --
4    Q  But it's --
5    A  So, yes, it's speculation.
6    Q  But it's also the one spot that you've
7  identified as being the subject of a PCB-induced
8  impairment and a basis for this lawsuit.
9    And so my question is:  This is new
10 information to you; correct?
11   A  That it was used historically as a holding
12 spot for derelict boats?
13   Q  It wasn't a holding spot.  It's called --
14 scuttle boats are boats that are sunk, and here in this
15 article, it talks about laying -- laying derelict boats
16 to rest.
17   A  I -- I don't know what the journalist meant by
18 "laid to rest."  That's --
19   Were they buried there?  I -- I --
20   Q  What about the prior report from Teledyne Ryan
21 where it talks about 500 scuttled boats?
22   A  Yeah.  They were brought -- they were bringing
23 boats in to -- to remove them.  According to this
24 article, they're -- they're trying to move the boats
25 out, and then this article also says -- this paper

Page 399

1  says, at the time they wrote this, there were only five
2  boats remaining.
3    So they clearly were organizing the boats into
4  one area to get them out of there instead of chasing
5  them around the harbor.
6    Q  So they chose -- the Port chose Convair Lagoon
7  for purposes of bringing derelict boats, and you've --
8  you've opined -- or I should say the Port has testified
9  today that boating access is a concern for the Port for
10 purposes of this lawsuit.
11   And my question is:  Based on that background,
12 is this new information that changes the Port's view
13 that Convair Lagoon is subject -- is the subject of a
14 PCB-induced limitation on public use?
15   MR. DOBBS:  Objection.  Form and scope.
16   MR. JULIUS:  Join.
17   THE WITNESS:  No.  I don't agree with that.
18 BY MR. HOWARD:
19   Q  Okay.  So you are testifying today, as the
20 Port, that there were boating uses in Convair Lagoon at
21 all -- let me say -- let me state it over.
22   So you're testifying today that there were
23 boating uses at Convair Lagoon separate and apart from
24 its use as a -- let's call it a storage area, to use
25 your terminology, for storage of boats.

Page 400

1    MR. DOBBS:  Objection to form and scope.
2    MR. JULIUS:  Join.
3    THE WITNESS:  General Dynamics had a -- had a
4  sailing club there.  So there was boating use.
5  BY MR. HOWARD:
6    Q  They were General Dynamics employees; correct?
7    A  Boating use.  Yes.
8    Q  All right.  So that -- that's what the Port
9  will point to as the basis that -- of the loss of
10 boating use would be the General Dynamics employee
11 sailing club?
12   A  Well, I --
13   MR. DOBBS:  Objection.  Form and use --
14   THE WITNESS:  Well, I think it's evidence that
15 there was --
16   MR. DOBBS:  -- scope.
17   THE WITNESS:  -- historically boating use in
18 that area, and it was a good area to do that.
19   The -- the choice of -- of Convair Lagoon to
20 marshal the boats together before they're pulled out of
21 the -- out of the bay may be a choice of preference
22 because it was the best use at that time or the best
23 place to do that as opposed to some other shoreline.
24 BY MR. HOWARD:
25   Q  That's presumably the -- the conclusion that

Page 401

1  the Port reached.
2    A  Right.
3    Q  It wouldn't have -- wouldn't have allowed them
4  to be there unless --
5    A  Yes.
6    Q  -- it concluded that Convair Lagoon was the
7  best place to bring derelict boats, 500 of which were
8  scuttled.  And -- and, as the report from 1982
9  indicated, debris was found in the -- in the sediments;
10 correct?
11   MR. DOBBS:  Objection.  Form and scope.
12   THE WITNESS:  Correct.
13 BY MR. HOWARD:
14   Q  And just so the record's clear, that -- that
15 history of Convair Lagoon has no influence in the
16 Port's position today that boating use within
17 Convair Lagoon has been impaired by PCBs; is that
18 correct?
19   A  That's correct.
20   MR. DOBBS:  Object as to form.
21   MR. HOWARD:  And next is Exhibit 55 [sic].
22   Q  Do you know whether the Port authorized the
23 scuttling of boats, meaning the sinking of boats, at
24 Convair Lagoon?
25   MR. DOBBS:  Objection to form and scope.

Page 402

1    THE WITNESS:  I do not.
2    MR. HOWARD:  Are you looking for a number?
3  Fifty- -- I think we're at 55.
4    THE WITNESS:  55 has already been used.
5    MR. HOWARD:  Oh, I'm sorry.  We're at 56?
6    (Exhibit 56 was marked for identification.)
7  BY MR. HOWARD:
8    Q   Okay.  This is the last exhibit.  And let me
9  see here.  I'd like to dir- --
10     First of all, have you ever seen the
11  San Diego Unified Port District comprehensive annual
12  financial reports that are issued by the Port on an
13  annual basis?
14    A   I've never seen them.
15    Q   You've never seen -- okay.
16     I'm not going to ask you about any
17  financial -- any of the Port financial stuff, but there
18  is a -- there is a list starting on page 85 of this
19  document, which are the Port's description of areas of
20  the bay in which there are environmental matters.  And
21  I want to walk through this list with you.
22     And based on your testimony, I suspect that
23  you have not seen this list at all.  Correct?
24    A   I have not.
25    Q   Okay.  There, on -- are you at page 85?

Page 403

1    A   Yes.
2    Q   Okay.  On Section -- subsection (11)(b) is
3  "Contingencies."
4    A   Yes.
5    Q   Okay.  And that's where the Port is listing
6  its environmental -- its environmental matters around
7  the bay.  Okay?
8     And on the next page, it walks through a total
9  of 14 potential liabilities around the bay, 11 of which
10  I want to talk to you about because they're
11  environmental, and then three of which seem to be
12  development-related -- excuse me -- three of which seem
13  to be development-related disputes that we need not --
14  need not concern ourselves.
15     So in 2015 and 2016 --
16     And this is after this lawsuit was filed;
17  correct?
18    A   Yes.
19     Oh.  I don't -- I don't know when the lawsuit
20  was filed.
21    Q   Do you --
22     Okay.  I will represent to you it was after
23  the lawsuit was filed --
24    A   Okay.
25    Q   -- that the Port lists as liabilities the

Page 404

1  NASSCO Shipyard and BAE Shipyards; correct?
2    A   Correct.
3    Q   Okay.  The second liability it -- it lists is
4  in subsection (b), and it talks about the former
5  Campbell Shipyard; correct?
6    A   Correct.
7    Q   And in that second-to-last sentence of that
8  paragraph, it's talking about its postremediation
9  monitoring, and it states "The best estimate for the
10  costs at this time is 600,000 on the current award
11  contract."
12     So is that consistent with your
13  understanding of -- of the level of -- the level of
14  activity the Port is engaged with on -- on monitoring
15  at the Campbell Shipyard site?
16    A   I don't know.
17    Q   Okay.  The third area listed by the Port with
18  environmental impacts is Shelter Island Yacht Club --
19  excuse me -- Shelter Island Yacht Basin.
20     Do you see that?
21    A   I do.
22    Q   And that is in connection with the copper TMDL
23  that we discussed.
24     The fourth is -- in subsection (d) the
25  Lockheed Tow Basin and Marine Railway Facilities.

Page 405

1     That's a -- that's a site that you're familiar
2  with and we talked about; correct?
3    A   Correct.
4    Q   On the second paragraph of the Tow Basin
5  description, it states "The District will also look to
6  insurance carriers to fund any share the District may
7  ultimately be required to pay to resolve this matter."
8     Are you -- have you been involved in any of
9  the insurance issues for the Port?
10    A   I have not.
11    Q   The next site, environmental site, that the
12  Port lists is the Rohr/Goodrich site in subsection (e).
13     Do you see that?
14    A   I do.
15    Q   And I will -- in order to expedite things, I
16  looked at the -- the Rohr Port site description, and I
17  didn't find any reference to PCBs in there.
18     Does the Port, today, view the Rohr/Goodrich
19  site as being a PCB site?
20    A   There's still ongoing investigations, but
21  there's PCBs that have been detected in the L-channel
22  and offshore of the conveyance systems.
23    Q   Are those PCB-related issues being addressed
24  by Rohr or its successor?
25    A   Yes.

Page 406

1    Q   Okay.  Sixth area of the bay listed by the
2  Port is Pepper Oil.
3        Are you familiar with the Pepper Oil site?
4    A   I am not.
5    Q   The seventh is subsection (g), Laurel Hawthorn
6  Central Embayment, which you're familiar with; correct?
7    A   Correct.
8    Q   On the last sentence of that Port listing, it
9  also says "As a result, the District's share of
10 liability cannot be reasonably estimated at the present
11 time, and the District anticipates that insurance will
12 likely cover the liability incurred in this matter."
13       Are you familiar with the insurance issues in
14 connection with the Laurel Hawthorn Embayment Central
15 [sic]?
16   A   I am not.
17   Q   The eighth area listed by the Port is
18 Sunroad Marina.
19       Are you familiar with that site?
20   A   Yes.
21   Q   And does that site involve metals?
22   A   It does.
23   Q   And am I correct that that site does not
24 involve any PCBs?
25   A   That's correct.

Page 407

1    Q   The ninth site listed in the Port annual
2  report is the mouth of Chollas Creek.  And we discussed
3  this.  This was part of the 2015 investigation order;
4  is that correct?
5    A   Yes.
6    Q   I believe this section states that the Port is
7  secondarily liable, and we talked about that before.
8  So here it is; here's the sentence.  It is the -- one,
9  two, three, fourth -- the fifth line up from the
10 bottom.
11       "The order lists the District as a secondary
12 discharger, which means the District need not comply
13 unless and until others listed on the order fail to
14 comply."
15       Then it goes on to say "The City of San Diego
16 has taken the lead on drafting the Phase 1 work plan
17 and initial investigation."
18       Did I read that correctly?
19   A   Yes.
20   Q   Okay.  Does that mean that, for purposes of
21 the Chollas Creek investigation order, that the Port
22 is -- need not comply unless the City fails to perform?
23   A   That's correct.
24   Q   The tenth site listed is 1444 Crosby Street.
25       And are you familiar with this site?

Page 408

1    A   I am not.
2    Q   It talks about a pipeline release, which
3  suggests to me that it's a landside environmental
4  issue, if anything.  I don't see any -- any discussion
5  of impacts to the bay.
6        Do you?
7    A   I do not.
8    Q   The 11th site listed by the Port as a
9  potential liability around the bay is a "Naval Training
10 Center (NTC) Boat Channel."
11       Are you familiar with the NTC boat channel?
12   A   I am.
13   Q   Okay.  And what -- what is your -- what is
14 your general understanding of the boat channel and its
15 environmental issues?
16   A   It was -- there was some contamination in the
17 boat channel, and it's just been remediated in the last
18 year or so.
19   Q   Was the Port involved in that remediation?
20   A   I do not believe --
21       No.  I do not believe so.  No.
22   Q   And am I correct that the -- the City received
23 the former Navy base and the boat channel as part of
24 the base closure process?
25       MR. DOBBS:  Objection.  Form and scope.

Page 409

1        MR. JULIUS:  Join.
2        THE WITNESS:  That's what the text says here.
3  Yes.
4  BY MR. HOWARD:
5    Q   Okay.  Then next, the 12th enumerated area, is
6  the -- the -- it goes from -- from (k) at the Naval
7  Training Center to a designation of a romanette ii.  I
8  don't know why the change -- change, but it may be
9  because this is the year -- this is the time in which
10 the Port is considering its dispute less environmental
11 and more development.  So I don't know.
12       Because I'll -- I'll ask the next -- the next
13 one is SLPR, LLC, and it talks about a February 2006
14 dispute arising from dredging in San Diego Bay
15 performed by the District and the Army Corps of
16 Engineers.  It regarded compromise -- the dispute
17 regarded the integrity of the riprap and whether the
18 dredging impacted pool walls on properties out in
19 Coronado.
20       Are you familiar with that dispute?
21   A   I was not.
22   Q   And then the rest, I submit, are -- are
23 development-related disputes along the bay.
24       So -- and let's, for current purposes, put the
25 dredging dispute to the side if you're not familiar

Page 410

1    with it.  I don't know whether that was environmental
2    or -- or maintenance or whatever the purpose was.
3          So if we just counted up 11 different
4    environmental issues that the Port disclosed in its
5    annual report -- and in connection with those 11
6    environmental issues that the Port discusses, it has a
7    general conclusion on page 86, at the --
8          Right above the NASSCO site description, it
9    states "However, the District believes that the
10   recoveries discussed above will be sufficient to reduce
11   the District's financial responsibility for any
12   pollution remediation known as of the date of the
13   financial statements to amounts not considered to be
14   material to the financial statements of the District,"
15   which I interpret as -- as meaning none of these 11
16   sites that we discussed, in the -- in the mind of the
17   Port, is serious enough to amount to a financial -- a
18   material financial risk to the Port of San Diego.
19         And am I incorrect or correct in that
20   conclusion?
21         MR. DOBBS:  Objection.  Form and scope.
22         THE WITNESS:  That's what I read in this
23   sentence.
24   BY MR. HOWARD:
25     Q   And noting that there is no discussion in this

Page 411

1    enumerated list of any baywide PCB issues or plans to
2    dredge the bay.  And why is that?
3          MR. DOBBS:  Objection.  Form and scope.
4          THE WITNESS:  I don't know.
5    BY MR. HOWARD:
6      Q   Has the Port disclosed to the State Lands
7    Commission --
8          Oh.  I know.  That's for a different day.
9    I'll withdraw that question.
10         Does the Port consider pathogens to be a
11   serious environmental issue in San Diego Bay?
12     A   I think pathogens on a -- on a
13   small-scale-area basis and transient, yes.  They
14   monitor beaches for them.
15     Q   Okay.  Are pathogens a baywide issue of
16   concern to the Port, or is it a localized issue of
17   concern?
18     A   It's a localized issue.
19     Q   And where are those localized issues, if you
20   know?
21     A   Well, there are some swimming -- there are
22   some swimming areas that are monitored for pathogens.
23     Q   But that's just where they're mon- --
24         Are your -- is your answer based on just where
25   they're monitored, or is it your statement that, other

Page 412

1    than around the beaches, there's no pathogen issues in
2    the bay?
3      A   I think there's -- in general, there's no
4    pathogen issues in the bay, but in areas where humans
5    will come in contact through swimming and stuff,
6    there's a need to monitor and act accordingly if
7    pathogens do show up --
8      Q   Okay.  So --
9      A   -- on a transient basis.
10     Q   So, as I understand it today, at -- in
11   May 2019, it's the Port's position that pathogens are
12   not an issue in the bay except for areas of localized
13   swimming; correct?
14     A   Correct.
15         MR. DOBBS:  Objection to form and scope.
16         MR. HOWARD:  Okay.  I want to consult with my
17   co-counsel here, and I think we're -- in a few minutes,
18   we're ready to wrap this up.
19         Does the City have -- going to have any
20   questions?
21         MR. JULIUS:  No.
22         MR. DOBBS:  So can we take five --
23         MR. HOWARD:  Sure.
24         MR. DOBBS:  -- or so?  Ten?  And we can --
25         MR. HOWARD:  We'll do ten and we'll just --

Page 413

1          Are you going to have questions?
2          MR. DOBBS:  I doubt it, but this would be the
3    time to discuss it.
4          MR. HOWARD:  Okay.
5          MR. DOBBS:  So we don't have to do it again.
6          THE VIDEOGRAPHER:  Going off record.
7    The time is 2:43 p.m.
8          (Recess taken 2:43 p.m. - 3:01 p.m.)
9          THE VIDEOGRAPHER:  We are back on the record.
10   The time is 3:01 p.m.
11         MR. HOWARD:  Okay.  So thank you for the
12   opportunity to talk with my co-counsel.
13         I think we're at the point here where we're
14   prepared to thank the witness for his time and are
15   willing to conclude the deposition as to his assigned
16   topics.
17         MR. DOBBS:  Okay.  No questions from the Port.
18         MR. JULIUS:  Nothing from the City.
19         MR. HOWARD:  Do we have to talk about anything
20   on the record here, or are we good?
21         Tomorrow?  Anything?
22         MR. DOBBS:  I think we're good.
23         MR. HOWARD:  We're starting at 9:00 tomorrow?
24         MR. DOBBS:  I would -- I think we could
25   probably ge away with starting at 10:00.

Page 414

1    MR. HOWARD:  For tomorrow?
2    MR. DOBBS:  For tomorrow.  And if we need to
3    start earlier on Thursday, we can -- I mean, on Friday,
4    we can.
5    MR. CARTER:  Are we off the record?
6    MR. BRUNTON:  No.
7    MR. HOWARD:  Let's go off the record.
8    THE VIDEOGRAPHER:  This concludes today's
9    videotaped deposition.
10   The time is 3:02 p.m.
11   We are now off the record.
12   (Proceedings concluded at 3:02 p.m.)
13
14
15
16
17

_____
18   David Michael Johns, Ph.D.
19
20
21
22
23
24
25

Page 415

1    I, Tricia A. Rosate, Certified Shorthand
2    Reporter licensed in the State of California,
3    License No. 10891, hereby certify that the deponent
4    was by me first duly sworn, and the foregoing testimony
5    was reported by me and was thereafter transcribed with
6    computer-aided transcription; that the foregoing is a
7    full, complete, and true record of said proceedings.
8    I further certify that I am not of counsel or
9    attorney for any of the parties in the foregoing
10   proceeding and caption named or in any way interested
11   in the outcome of the cause in said caption.
12   The dismantling, unsealing, or unbinding of
13   the original transcript will render the reporter's
14   certificates null and void.
15   In witness whereof, I have hereunto set my
16   hand this day:  May 6, 2019
17
18
_____
Tricia Rosate, RDR, RMR, CRR, CCRR
19   CSR No. 10891
20
21
22
23
24
25

Page 416

1    ERRATA SHEET
2    Case Name:
3    Deposition Date:
4    Deponent:
5    Pg.  No. Now Reads   Should Read  Reason
6    ___ ___ _____   _____  _____
7    ___ ___ _____   _____  _____
8    ___ ___ _____   _____  _____
9    ___ ___ _____   _____  _____
10   ___ ___ _____   _____  _____
11   ___ ___ _____   _____  _____
12   ___ ___ _____   _____  _____
13   ___ ___ _____   _____  _____
14   ___ ___ _____   _____  _____
15   ___ ___ _____   _____  _____
16   ___ ___ _____   _____  _____
17   ___ ___ _____   _____  _____
18   ___ ___ _____   _____  _____
19   ___ ___ _____   _____  _____
20

21          Signature of Deponent
22   SUBSCRIBED AND SWORN BEFORE ME
23   THIS ____ DAY OF _____, 2019.
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____

**A**

**$220 (1)**
306:8
**a.m (8)**
250:5,14 255:2,13
307:1,2,2,8
**Abandoned (2)**
397:1,5
**abate (1)**
288:5
**abatement (11)**
253:18 260:19 263:19
265:13 301:14,15
302:3 303:3 322:20
347:5 383:10
**ability (2)**
273:2 354:2
**ablate (1)**
325:9
**able (6)**
271:22 282:16 306:13
316:22 336:11
349:11
**absence (4)**
301:2,13 303:2
363:16
**abuts (2)**
352:16 394:8
**accept (1)**
391:3
**acceptable (1)**
262:17
**accepted (1)**
391:15
**access (18)**
258:25 348:14,15
349:13,25 350:25
351:6,17 353:3,17
353:24 354:23
355:22 356:14,21
357:14 394:7 399:9
**accessible (2)**
257:15 258:3
**accommodate (1)**
271:23
**account (1)**
347:3
**accounted (2)**
331:7 347:13
**accounting (2)**
347:19,23
**accounts (1)**
346:24
**accruing (1)**
317:5
**accurate (1)**

**369:14**
**acknowledgement (1)**
273:2
**acres (16)**
263:10,20,21 264:7
264:11,14,14,15,15
264:15,16,20,25,25
265:1 350:5
**acronym (1)**
332:9
**act (7)**
266:22 291:5 293:7
293:12 340:18,19
412:6
**action (7)**
325:8 327:25 336:16
366:8,10 389:22
396:23
**actions (7)**
287:19 288:4,9,14
290:9 291:10
386:16
**active (3)**
345:13 353:16,16
**activities (5)**
266:4 282:14 292:9
292:12 304:17
**activity (1)**
404:14
**actual (3)**
273:23 385:4 386:2
**add (2)**
273:14 316:1
**adding (2)**
273:11,11
**additional (5)**
273:18 289:16 300:3
308:6 319:16
**addressed (3)**
271:15 276:15 405:23
**addressing (2)**
327:1 386:3
**adjacent (1)**
363:22
**Administration (1)**
250:12
**administrator (1)**
257:3
**adverse (1)**
324:13
**advising (1)**
369:17
**advisories (3)**
281:12,13,14
**advisory (17)**
280:12,19 281:4,9,16

**281:17,22,24 282:5**
282:10,20 283:21
284:2,6,10 347:12
348:13
**aerial (2)**
259:20 260:3
**aerospace (1)**
394:17
**afternoon (2)**
265:23 338:3
**age (1)**
284:22
**agencies (3)**
294:1 304:7 305:12
**agency (2)**
280:22 300:11
**ago (3)**
258:8 317:9,9
**agree (7)**
324:14 345:13,15
377:25 378:16,24
399:17
**agreeable (1)**
262:19
**agreement (2)**
262:17,24
**air (1)**
375:2
**aircraft (6)**
373:18 374:12,17
375:6 380:16 381:7
**airport (2)**
256:17 375:17
**Airview (1)**
374:12
**al (2)**
255:7,8
**align (1)**
378:12
**aligned (1)**
352:20
**allocation (2)**
310:4,5
**allow (1)**
326:13
**allowed (6)**
326:18,22 353:17
355:18 356:14
401:3
**allows (2)**
356:4,8
**amount (10)**
261:19 262:9,12
314:20 331:18,20
336:12 346:23
381:5 410:17

**amounts (2)**
281:25 410:13
**analysis (13)**
274:25 275:20 276:1
289:8,15 291:3,4
293:16 310:13
312:1 314:16 332:8
384:22
**analytical (2)**
314:14 317:12
**anchor (1)**
282:16
**anchovy (1)**
268:8
**annual (4)**
402:11,13 407:1
410:5
**answer (12)**
277:1 288:20 289:21
290:13,15 291:10
291:12 304:10,18
305:19 327:10
411:24
**answering (1)**
291:18
**anticipated (4)**
262:9,13 278:1 303:9
**anticipates (2)**
294:9 406:11
**anybody (3)**
257:15 275:8 363:12
**anyway (1)**
321:20
**apart (1)**
399:23
**apologize (1)**
256:13
**apparently (1)**
257:4
**applications (1)**
289:15
**appreciate (1)**
266:13 366:8
**approval (1)**
354:16
**approvals (1)**
299:24
**approve (3)**
286:20,24 287:2
**approved (6)**
304:4,7 305:12
354:11 356:21
357:3
**approximate (1)**
366:22
**approximately (5)**

**255:13 260:25 275:12**
362:20 387:14
**approximation (2)**
350:9 351:22
**April (1)**
269:22
**aquaculture (1)**
279:19
**aquatic (1)**
276:14
**Arch (1)**
251:23
**archive (1)**
375:2
**area (62)**
263:18 264:7 268:4
272:3 277:13
289:19 307:24
311:9 313:17,17
327:22,24 329:10
329:11,12 339:9
348:25 349:19,23
349:25 350:10,11
351:16,23 352:9,11
352:11,12 353:2,4
353:16,24 357:15
359:15,18 362:6
363:15 371:19
372:24 375:15,15
380:7 386:25 387:2
387:15 389:11,13
389:15 393:18,18
393:19 394:13
395:25 397:17
399:4,24 400:18,18
404:17 406:1,17
409:5
**areas (24)**
273:9,10 274:20,22
282:17 287:24
289:24 301:12
321:1,23 326:2
328:23 336:25
349:19 354:22
355:19,23 396:5
397:20,21 402:19
411:22 412:4,12
**arising (1)**
409:14
**Army (5)**
293:6 294:15,16
298:3 409:15
**arranging (1)**
276:5
**arrived (1)**
330:15

**art (1)**
272:2
**article (9)**
254:13 392:10,14
396:19,20,22
398:15,24,25
**ash (1)**
368:17
**asked (2)**
259:13 395:18
**asking (12)**
288:8,12 290:2 292:1
292:2,3,3,11,16
304:25 361:5 366:9
**aspect (1)**
286:20
**aspects (1)**
297:12
**assert (2)**
305:23,23
**assess (1)**
274:18
**assessment (7)**
253:10 260:2 265:24
272:6 280:23 281:1
379:10
**assessments (3)**
266:18 269:24 270:2
**Assets (1)**
332:9
**assigned (1)**
413:15
**assigns (1)**
311:19
**associated (7)**
263:10 317:5 361:16
386:17 387:2
388:11 393:25
**Associates (1)**
269:16
**association (1)**
255:17
**assorted (1)**
395:15
**assortment (1)**
381:16
**assume (5)**
303:16 327:25 328:4
397:11,16
**assuming (1)**
336:5
**assumption (5)**
333:1,6 334:11 335:3
335:4
**attach (1)**
325:11

**attaching (1)**
325:5
**attempting (3)**
353:4,8,9
**attention (3)**
276:3 299:13 393:5
**attor (1)**
369:16
**attorney (7)**
259:8 358:19,23
368:25 369:17
370:7 415:9
**audible (1)**
337:17
**August (1)**
338:17
**authored (1)**
309:20
**authority (5)**
286:14,17,19 298:3
310:11
**authorized (2)**
298:6 401:22
**authorship (1)**
309:16
**available (4)**
262:4,7 308:7 361:10
**Avenue (23)**
260:10 307:19,23
308:5,21 313:18
315:10 317:6 319:3
319:17 320:4
352:16 358:7
359:16 361:11,21
361:24 362:1,10
363:21,25 368:16
373:2
**Average (1)**
316:9
**awaiting (2)**
318:14 390:1
**award (1)**
404:10
**aware (23)**
272:20 273:12 275:20
280:4 293:9,14
294:11 302:25
303:7 304:17 330:6
331:18 332:4
335:10 336:6,23
337:5 354:10
371:25 376:11
388:3 394:3,20

_____
**B**
_____
**b (8)**

253:6 254:1 334:4
359:2 370:24 371:7
403:2 404:4
**B-24 (1)**
377:19
**back (16)**
279:6,8 307:7 320:12
324:9 338:10 344:7
358:2 361:20
369:19 376:20
377:11 379:12,19
385:10 413:9
**background (3)**
360:8 393:2 399:11
**BAE (4)**
355:5 356:11 386:24
404:1
**BAE/NASSCO (1)**
389:4
**bags (1)**
395:14
**ballpark (1)**
372:20
**ban (1)**
281:23
**barge (3)**
372:1,11,13
**barnacles (1)**
325:5
**BARON (1)**
251:10
**barricade (1)**
356:13
**barrier (1)**
356:19
**barring (2)**
291:21,22
**Bart (1)**
346:5
**base (9)**
328:17 339:9 346:7
350:1 355:14,15,23
408:23,24
**based (19)**
264:24 275:11,22
281:21 284:21,22
284:22 305:14,24
314:21 323:10
334:24 336:4
369:24 389:2 391:6
399:11 402:22
411:24
**baseline (1)**
361:18
**bases (4)**
282:20 283:4,19

345:5
**basic (5)**
267:20 291:3,3 293:1
293:17
**basically (3)**
258:13 346:22 350:11
**basin (20)**
261:6,7,8,10,20 262:9
262:13 292:18
297:7 299:9,19,22
299:22 337:14
380:7,10 383:17
404:19,25 405:4
**basing (1)**
353:25
**basis (11)**
254:12 302:11 310:13
354:17 392:5,18
398:8 400:9 402:13
411:13 412:9
**batteries (1)**
395:13
**bay (188)**
259:21 260:3,18,23
260:24 261:13
262:14 263:18,21
264:7,12,16 265:1
265:12,25 266:5,15
267:21,22,24,25
268:3,4,9,12,15,19
269:4,20 270:21
271:11,17,19
272:19 273:3,12,15
274:3,8 275:3,6,15
275:21 276:13
277:8,20,23 278:2,5
278:9 279:19,23
280:5,8,19 281:5,16
282:7,11,22 283:6
283:20 285:5,10,21
286:1,8,14,21,25
287:4,16,24 288:25
289:24 291:8
292:24 293:3,15,20
293:25 294:13,19
295:4,14,20 296:7
296:10,22 298:2,11
298:18 299:20,24
300:3,8,17 301:1,12
302:7,10 303:24
304:4 307:24 311:9
313:17 317:25
321:2,23 322:25
328:23 329:20,25
330:3,7,10,15 331:8
333:12,13 335:14

335:20 336:2,13,17
336:25 337:7 339:7
339:13,14,15,17,21
339:24 340:1 341:2
342:4 345:9,19
348:3,12 354:18,23
354:24 357:10
360:1 362:16
364:19,25 365:8,12
372:14,24 373:3
378:19 382:9,24
383:21 384:7 385:5
385:6 386:18
387:11,21 388:4,20
388:25 389:23
390:13,15,23
391:25 393:13
396:5 400:21
402:20 403:7,9
406:1 408:5,9
409:14,23 411:2,11
412:2,4,12
**Bayfront (1)**
348:25
**bays (1)**
270:22
**baywide (6)**
301:15 302:3 347:12
348:13 411:1,15
**beaches (2)**
411:14 412:1
**Beardsley-4 (1)**
312:21
**beginning (1)**
344:4
**begins (3)**
299:14 332:17 397:1
**begs (1)**
327:16
**behalf (4)**
266:5 279:21 308:24
337:14
**belief (1)**
363:6
**believe (32)**
258:22 259:23 262:10
262:12 263:25
272:24 289:10
294:20 296:1
298:20 305:15,25
318:11,11 329:9,16
330:19,22 341:4,25
346:3,8 351:12
362:2,18 368:8
388:9,14 389:20
407:6 408:20,21

**believes (8)**
278:9 282:21 283:19
349:12 351:17
353:3 354:17 410:9
**belt (1)**
325:12
**beneficial (2)**
261:12 262:14
**benefits (1)**
296:16
**Bernardo (1)**
251:10
**best (6)**
271:4,8 400:22,22
401:7 404:9
**better (3)**
268:16 304:23 338:18
**beyond (1)**
368:9
**big (2)**
350:19 362:6
**Bill (1)**
318:24
**billion (10)**
312:19,20 313:1,5,9
315:4,4 316:2,10,11
**bind (1)**
338:7
**binder (1)**
324:9
**binders (2)**
280:16,17
**bioaccumulation (1)**
347:21
**biomass (5)**
268:11,20 269:2
271:7 276:2
**biota (4)**
266:4 276:4,13 277:8
**Biphenyls (1)**
338:20
**birds (1)**
280:8
**bit (3)**
322:16 361:4 390:8
**Bluff (1)**
251:16
**BMPs (1)**
260:13
**board (12)**
258:8 263:19 265:13
301:2,13 318:10,15
318:20 319:15
320:5 347:8 389:14
**board's (1)**
319:25

**boat (13)**
326:13 350:13,16,16
352:10 353:3
395:13 396:17
408:10,11,14,17,23
**boating (31)**
282:14,25 283:21,22
348:14,15 349:13
349:24 350:21,25
351:6,17 353:17,23
354:2,3,23,23
355:18,22 356:21
357:14 393:20
399:9,20,23 400:4,7
400:10,17 401:16
**boats (26)**
326:22 350:18 351:1
395:12,25 396:11
396:23 397:1,5,11
397:22 398:12,14
398:14,15,21,23,24
399:2,3,7,25 400:20
401:7,23,23
**body (1)**
272:6
**bomber (2)**
377:19,21
**bombers (1)**
377:12
**Boston (1)**
251:23
**bottles (1)**
395:15
**bottom (8)**
264:13 321:4 325:8
325:14 334:1 366:4
371:12 407:10
**Boulevard (1)**
251:3
**bouncing (1)**
322:16
**boundaries (1)**
298:23
**boundary (1)**
389:9
**break (3)**
257:24 306:21 338:10
**Bridge (2)**
355:16 389:17
**Brief (1)**
340:14
**briefly (1)**
370:6
**bring (1)**
401:7
**bringing (2)**

398:22 399:7
**broad (3)**
270:20 301:12 371:17
**broader (1)**
359:20
**broadly (1)**
345:22
**brought (3)**
279:16 337:13 398:22
**Brown (1)**
297:25
**Brunton (7)**
251:18 255:23,23
320:20 322:5,9
414:6
**BUDD (1)**
251:10
**budget (1)**
295:3
**building (5)**
250:12 334:24 378:2
378:8 381:14
**built (1)**
377:17
**buoy (1)**
351:7
**buoys (4)**
351:12 352:4,5
355:13
**buried (2)**
324:7 398:19
**burn (1)**
368:17
**business (2)**
356:18 381:6

**C**

**C (5)**
251:1 252:1 359:2
370:24 371:8
**C-1 (1)**
332:11
**C.1 (1)**
332:7
**cables (1)**
334:6
**calculated (2)**
268:20 273:13
**calculation (2)**
273:23 315:23
**calculations (1)**
253:9
**calculator (2)**
264:21 265:7
**California (17)**
249:2,17 250:13

251:11,17 255:1,9
255:12 263:19
265:12 269:21
280:21 294:2
302:22 326:23
344:1 415:2
**call (3)**
257:24 350:1 399:24
**called (3)**
325:8 376:24 398:13
**Campbell (23)**
260:16,16 261:1
282:15 283:1,23
298:16 348:14,25
351:6,8 352:9,20
353:5 354:4,11
357:4,14 359:15,22
367:6 404:5,15
**cans (1)**
395:15
**CAO (4)**
265:2 301:2,6 322:7
**CAOs (1)**
339:22
**cap (20)**
282:15 283:1,1,22,23
348:14,25 349:19
349:20 350:4,11,22
351:8,11,15,20
353:10 354:12
357:4,4
**capacitors (1)**
379:2
**capacity (11)**
271:17 272:1,11,18
273:3,12,14,14
274:23 275:3,6
**capped (1)**
393:19
**caps (3)**
261:16 332:9 357:11
**capsule (1)**
317:23
**caption (2)**
415:10,11
**capture (1)**
345:8
**car (1)**
375:14
**care (2)**
290:4 397:23
**carriers (1)**
405:6
**carry (1)**
397:23
**carrying (7)**

271:17 272:1 273:3
273:14 274:23
275:2,5
**carrying-capacity (2)**
272:19 274:3
**Carter (7)**
252:6 307:3,11,12
344:16,22 414:5
**case (7)**
249:4 281:8 287:21
298:20 384:23
385:3 416:2
**cause (1)**
415:11
**causing (1)**
277:7
**CCRR (3)**
249:24 250:16 415:18
**census (4)**
266:22 267:1,4,8
**Center (2)**
408:10 409:7
**Central (3)**
384:2 406:6,14
**CEQA (7)**
287:5,7,14 291:3,5
293:16 300:11
**certain (8)**
274:20 281:24 282:6
311:20,20 314:20
324:19 339:15
**certainly (3)**
278:17 363:11 378:7
**certificates (1)**
415:14
**certification (1)**
293:11
**Certified (2)**
250:16 415:1
**certify (2)**
415:3,8
**Chadwick (1)**
346:6
**chance (2)**
267:14 325:11
**change (5)**
274:21 280:17 369:24
409:8,8
**changed (1)**
268:21
**changes (1)**
399:12
**channel (10)**
267:2 276:24 298:6
298:25 352:16
408:10,11,14,17,23

**characterized (1)**
289:7
**charge-out (1)**
306:8
**charged (2)**
306:10,15
**chart (3)**
253:11 266:3 277:17
**charts (1)**
265:21
**chasing (1)**
399:4
**check (3)**
264:21,22 265:5
**checked (2)**
256:22 257:3
**checking (1)**
258:24
**chemical (2)**
261:6,8
**chemicals (4)**
339:20 381:17,23
382:2
**chemist (1)**
314:14
**chemists (1)**
314:10
**chockablock (1)**
271:24
**choice (2)**
400:19,21
**Chollas (2)**
407:2,21
**chose (2)**
399:6,6
**chronology (3)**
260:21 319:23 375:19
**circa (1)**
359:21
**circumstance (3)**
301:20 302:25 303:1
**circumstances (2)**
281:3 301:23
**cite (1)**
361:10
**cited (1)**
384:16
**city (60)**
249:4 251:9 255:21
260:10 308:23
310:6,12,15 311:8
311:19,23 312:1
313:7 319:23
329:13 357:21
358:6,19,20,23,24
359:3,19 360:7

361:4 362:11,15,25
363:10,22 364:23
365:6,10 366:10
367:13,19,20 368:4
368:11,25,25 369:5
369:11,16,17,17,17
369:18 370:6,14,17
370:18 371:18
376:4 397:21
407:15,22 408:22
412:19 413:18
**City's (1)**
311:14
**Clarification (2)**
301:5 372:5
**clarify (1)**
283:12
**clarity (1)**
277:15
**clean (6)**
291:4,4 293:6,11
383:11 385:10
**cleanup (18)**
253:18 260:17,18
261:1 265:13
301:14,15 302:1
303:2 322:20 347:1
347:4 383:10
386:16 387:1 389:6
389:7,10
**clear (2)**
337:18 401:14
**clearly (3)**
288:22 304:12 399:3
**clients (1)**
310:19
**closed (6)**
352:1 367:4,13,21
380:21 386:12
**closure (2)**
379:9 408:24
**club (6)**
322:2 324:12 393:24
400:4,11 404:18
**co-counsel (2)**
412:17 413:12
**coal (1)**
386:6
**coast (6)**
350:1 351:2 372:2
374:24 393:12
397:7
**Cobb (5)**
251:18 256:1,1
348:20 349:4
**collaborate (1)**

279:23
**collected (1)**
315:21
**College (1)**
270:15
**column (4)**
266:19 315:2,19
396:25
**combination (1)**
279:22
**come (8)**
258:20 330:2,6,10
335:19 338:10
366:17 412:5
**comes (1)**
276:12
**Command (1)**
378:5
**commenced (1)**
362:17
**commencement (1)**
379:17
**commencing (1)**
250:14
**comments (1)**
300:17
**commission (6)**
293:21 358:14 366:3
366:9 411:7 416:25
**common (3)**
264:11 358:12 365:19
**commonly (2)**
378:25 381:15
**company (9)**
255:8 256:24 257:16
359:15,22 362:3
387:9,16 389:22
**complaints (1)**
366:5
**complete (1)**
415:7
**completed (1)**
391:14
**completely (1)**
289:23
**complexed (1)**
324:23
**Compliance (1)**
338:18
**complicated (1)**
294:4
**comply (3)**
407:12,14,22
**comprehensive (2)**
308:20 402:11
**comprised (1)**

362:7
**compromise (1)**
409:16
**computation (2)**
264:24 275:9
**computations (1)**
273:18
**computer-aided (1)**
415:6
**concentrations (24)**
269:8 312:19 313:9
315:14 316:5,9,14
316:18,19 317:17
317:24 318:5
327:13 328:8,25
329:13 342:5,7,8,13
347:25 390:19
391:7,12
**concept (4)**
272:5,8 275:5 353:23
**concepts (1)**
271:14
**conceptual (1)**
304:5
**concern (5)**
329:12 399:9 403:14
411:16,17
**concerned (1)**
283:18
**conclude (4)**
261:11 275:13 364:7
413:15
**concluded (3)**
256:19 401:6 414:12
**concludes (1)**
414:8
**concluding (1)**
250:14
**conclusion (7)**
276:11 370:12 379:9
391:11 400:25
410:7,20
**conclusions (2)**
267:20 370:11
**conditions (2)**
328:23 379:11
**conduct (3)**
289:8 326:8,24
**conducted (5)**
266:4 269:21 287:25
289:25 386:25
**conducting (1)**
295:9
**configuration (1)**
351:19
**confined (1)**

256:23
**conflict (1)**
257:1
**congregate (1)**
274:20
**connection (9)**
276:12 282:25 363:24
370:13 388:7
390:22 404:22
406:14 410:5
**consequence (1)**
352:11
**consider (6)**
259:20 286:13 348:2
364:18 396:4
411:10
**considerably (1)**
278:18
**consideration (1)**
329:3
**considerations (1)**
328:13
**considered (12)**
262:17 272:21 281:17
296:5 297:9 328:22
329:11,12 339:6
352:10 390:13
410:13
**considering (1)**
409:10
**consistent (3)**
304:22 341:20 404:12
**Consolidated (4)**
373:18 374:12 387:9
387:16
**constantly (1)**
366:5
**constructed (3)**
375:22 378:11 388:4
**constructing (3)**
362:9 373:2 381:7
**construction (6)**
374:8,20 379:18,20
387:10,20
**consult (2)**
293:25 412:16
**consultant (3)**
390:21 391:1,6
**consultations (1)**
291:4
**consulted (2)**
270:24 279:22
**consume (2)**
281:24 285:5
**consumption (3)**
281:8,23 284:21

**cont (1)**
347:24
**contact (1)**
412:5
**contain (5)**
332:14,20 341:15,16
   364:9
**contained (5)**
332:24 333:2,7 364:2
   395:6
**Containing (1)**
338:19
**contains (1)**
364:8
**contam (1)**
302:6
**contaminant (1)**
269:8
**contaminants (9)**
288:1 290:1 291:25
   300:18 303:5
   345:21,23 382:20
   391:25
**contamination (11)**
321:23 322:25 326:10
   364:19,24 365:7,11
   386:3 388:10
   396:11 408:16
**contemplated (2)**
289:17 301:7
**contention (1)**
277:20
**context (3)**
267:17,18,19
**Continental (2)**
355:6 389:17
**Contingencies (1)**
403:3
**continue (1)**
284:13
**continued (6)**
252:1 254:1 255:5
   326:13 327:11
   345:1
**continuing (3)**
272:25 273:14 382:24
**contract (1)**
404:11
**contractor (3)**
376:3 377:2 393:3
**contractor-operate...**
377:3
**contractors (4)**
379:8 380:13 383:9
   384:16
**Contracts (1)**

334:23
**contributed (2)**
309:13 333:13
**contributor (1)**
347:25
**control (3)**
253:14 340:19 376:12
**Convair (42)**
282:15 283:1,22
   348:15,22 349:14
   349:18 350:14,22
   351:1 354:12 357:4
   357:14 374:17,24
   378:14 381:24
   392:5 393:10,16,17
   393:24 394:4,7,16
   394:20 395:3,24
   396:4,12,17,25
   397:6 399:6,13,20
   399:23 400:19
   401:6,15,17,24
**conversation (1)**
259:15
**conversations (1)**
297:25
**conveyance (2)**
383:2 405:22
**cooling (2)**
267:2 386:22
**copies (3)**
308:9 349:8 373:25
**copper (34)**
295:25 321:2 322:8
   322:25 323:11,12
   324:11,13,14,19
   325:1,3,12,15,23
   326:3,9,14,15,18,22
   326:25 327:3,10,12
   327:18,24 328:7,11
   328:25 329:8,13,19
   404:22
**copy (2)**
279:7 322:11
**Coronado (3)**
355:16 389:17 409:19
**corporate (1)**
305:16
**corporation (5)**
249:4,4,7,8 374:12
**Corps (5)**
293:6 294:15,16
   298:3,7 409:15
**correct (208)**
257:12 258:4,5,15
   260:19,20 263:21
   263:22 264:17,18

265:8,9,14,15
266:11,12,19,20
267:13 270:2,3,7
275:16,18 278:11
279:19 280:23
281:10,11,25 282:2
282:8,22,23 283:2,3
283:9,23,24 284:11
284:14,15,18,19,23
284:24 288:25
289:1,4 292:20,21
293:3,4,7,8,12,13
293:17,18,22,23
294:5,6 295:21,22
296:2,7,8 300:5
301:2,16,17,23
302:3,4,7,8,11,13
305:16 309:1,2
310:16 311:11,18
311:22 312:16,17
313:10,13,18,19
316:3 317:18,19
319:4 320:1 321:21
323:14,16 324:21
325:1,2,6,7,24,25
328:2 329:1,25
330:1,2 334:17
335:6,11,12,16
336:21 337:20,21
342:1 345:19 346:8
348:15,16 350:2,3
351:3 352:13,14,17
356:24 357:11,12
362:2,21 363:22,23
364:25 366:11,12
366:15 367:4
369:15,20 370:1,2
370:19,22 371:21
371:23 372:14,24
372:25 375:25
377:15 380:14,15
381:10,18,25 382:1
382:15 385:14,15
385:19 386:4,5,19
388:9,18 390:14,24
390:25 391:4,5,8,16
391:17,20 393:13
393:14,20,21
398:10 400:6
401:10,12,18,19
402:23 403:17
404:1,2,5,6 405:2,3
406:6,7,23,25 407:4
407:23 408:22
410:19 412:13,14
**corrective (1)**

366:10
**correctly (1)**
407:18
**cost (2)**
289:9 383:19
**cost-share (1)**
310:13
**costly (1)**
325:18
**costs (1)**
404:10
**council (4)**
358:12,20 369:1,18
**counsel (11)**
252:6 255:18 277:16
   278:3 284:10
   285:23 289:22
   291:20 307:9,12
   415:8
**count (1)**
345:10
**counted (1)**
410:3
**County (1)**
367:14
**couple (6)**
309:25 320:11 392:1
   392:24 393:6,6
**course (6)**
268:22 276:7 297:4
   297:22 339:21
   340:8
**court (10)**
249:1 251:10 255:9
   255:16 256:5
   287:18 289:20
   290:15 291:19
   305:2
**Court's (2)**
304:23 305:14
**cover (2)**
261:16 406:12
**covers (1)**
276:4
**Creek (3)**
312:10 407:2,21
**critical (1)**
272:16
**Crosby (1)**
407:24
**CRR (3)**
249:24 250:16 415:18
**CSR (3)**
249:24 250:16 415:19
**current (4)**
301:6 365:2 404:10

409:24
**currently (3)**
286:7 288:24 394:15
**cushions (1)**
395:14
**cut (1)**
373:21
**cuts (1)**
349:25
**cycle (2)**
326:16 346:15

_____

**D**

**d (5)**
253:1 334:4 359:2
   370:24 404:24
**Daniel (2)**
251:18 255:23
**data (11)**
273:24 277:19 307:24
   309:24,24 314:21
   315:7 317:7,9 319:7
   319:25
**date (5)**
360:5 366:20,22
   410:12 416:3
**dated (8)**
307:18,22 338:16,17
   358:11 374:11
   392:10 396:20
**dates (4)**
380:2,5,25 386:13
**David (5)**
249:15 250:11 253:2
   256:7 414:18
**Davis (5)**
251:24 255:24,24
   285:17 344:18
**day (3)**
411:8 415:16 416:23
**deal (1)**
294:3
**dealing (1)**
362:10
**debatable (1)**
326:12
**debris (6)**
362:10 372:1 373:3
   395:11,12 401:9
**decades (2)**
330:15 369:25
**December (3)**
307:22 309:9 318:7
**decide (1)**
319:9
**decided (1)**

310:20
**decides (3)**
296:9 298:1 302:9
**decreasing (2)**
275:24 317:25
**deepening (1)**
276:24
**Defendant (1)**
249:9
**defendants (7)**
251:15 255:23,25
256:2,4 265:22
326:1
**defense (9)**
341:17 342:15 376:3
379:7 380:13,17
383:8 384:15 393:3
**defined (1)**
311:1
**defining (1)**
336:20
**definition (1)**
355:21
**degrease (1)**
381:15
**delay (1)**
256:13
**demand (4)**
337:6,11 357:13
385:4
**demanded (1)**
333:18
**demarked (1)**
351:7
**demersal (1)**
276:24
**density (2)**
271:4 371:19
**denying (1)**
304:20
**departed (1)**
330:15
**Department (2)**
294:2 358:11
**depending (2)**
309:23 316:5
**depict (2)**
349:11 351:16
**depicted (2)**
313:24 351:25
**depicting (1)**
387:7
**depiction (6)**
325:22 350:24 360:6
374:7 387:20
393:16

**depicts (1)**
359:18
**deponent (3)**
415:3 416:4,21
**deposited (4)**
362:22 363:2 369:6
369:13
**deposition (19)**
249:13 250:9 255:6
255:11 256:19
259:4,9,9 270:11
277:25 278:24
305:17 307:4
317:13,15 344:8
413:15 414:9 416:3
**depth (9)**
316:6,9,14,18,24
317:1,6,24 318:3
**depths (3)**
298:2,11 314:5
**deputy (5)**
252:6 307:12 358:19
368:25 369:17
**derelict (13)**
394:13,21 395:4,6,21
395:25 396:23
397:10,22 398:12
398:15 399:7 401:7
**describe (3)**
286:16 337:11 394:6
**described (6)**
257:1 270:12 276:9
352:12 356:23
365:21
**describes (1)**
393:24
**describing (1)**
370:18
**description (8)**
253:7 254:2 281:14
332:10 402:19
405:5,16 410:8
**design (7)**
254:12 309:14,15
392:5,18 393:2,3
**designated (4)**
278:16,16 285:12
326:2
**designation (2)**
314:21 409:7
**designed (1)**
380:13
**desirable (1)**
396:5
**detail (4)**
267:16 270:12 276:9

276:15
**detect (1)**
328:10
**detected (5)**
312:2 315:22 382:20
390:19 405:21
**determination (1)**
268:14
**determine (4)**
298:10 364:1 388:19
391:2
**determined (3)**
298:6 333:11 391:6
**determining (1)**
296:15
**develop (2)**
272:25 354:3
**developed (1)**
354:5
**developing (1)**
319:5
**development (9)**
309:13 363:25 372:19
374:23,23 375:5,20
377:11 409:11
**development-relate-**
403:12,13 409:23
**diagram (2)**
321:1 393:16
**diameter (1)**
387:10
**Diego (157)**
249:3,4,14,17 250:10
250:12,13 251:2,9
251:11,17 252:6
255:1,6,7,12,20,22
259:21 260:3,18,23
263:18 264:16
265:1,12 266:15
267:21 268:15
269:4,20,21 270:21
271:11 272:19
273:4 275:3,6,15,21
276:13 277:8 280:8
280:19 281:5,16
282:7,11,22 283:6
283:20 285:5,10
286:1,8,14,21,23,25
287:4,16 288:25
291:2,7,8 292:23
293:2,15,20,25
294:13,18 295:4,14
295:20 296:6,22
298:2,17 299:20,24
300:2,8,17,23 301:1
304:4 307:23 311:4

321:1,2,23 328:23
329:25 330:15
331:8 333:12
335:14,20 336:2,10
336:11,13 337:7
339:7,9,13,17,23
340:1 341:2 342:4
344:1 345:9,19
346:7 348:3 355:3
355:14,15,23
357:10 358:6,12
359:20 360:1
362:25 364:19,24
365:7,11 369:18
372:14,24 377:18
378:19 382:9,24
383:21 384:7,8
387:8,8,16,21 388:4
388:20,25 389:23
392:9 393:13
396:19 402:11
407:15 409:14
410:18 411:11
**diet (1)**
284:17
**difference (2)**
314:4 334:21
**differences (1)**
268:22
**different (16)**
265:11 268:6 274:22
276:7,19 278:4
280:15 288:7
309:22,25 311:14
371:3 380:10
393:17 410:3 411:8
**differently (2)**
298:15 368:3
**difficult (5)**
274:2,6,8 292:18
351:20
**digest (1)**
322:18
**digit (1)**
373:21
**digits (1)**
362:19
**dir (1)**
402:9
**direct (1)**
299:13
**directed (1)**
367:19
**direction (1)**
276:2
**directly (1)**

387:3
**discharge (4)**
267:2 300:4 336:25
388:4
**discharged (5)**
337:15 339:20 378:13
378:19 383:9
**discharger (2)**
337:6,7,12 407:12
**dischargers (3)**
385:4,17 386:2
**discharges (6)**
333:19 348:7 383:1,8
383:11 389:23
**discharging (3)**
336:16,20 339:25
**disclosed (3)**
370:10 410:4 411:6
**discovery (1)**
373:24
**discuss (5)**
277:19 358:9 373:12
394:11 413:3
**discussed (8)**
261:20 282:13 347:11
379:17 404:23
407:2 410:10,16
**discusses (2)**
299:19 410:6
**discussion (7)**
263:3 275:2 308:4
322:15 339:12
408:4 410:25
**discussions (2)**
320:6 396:16
**dismantling (1)**
415:12
**dispersion (2)**
259:20 260:3
**disposal (8)**
253:19 299:15 322:11
323:5,24 332:19
367:13 370:14
**disposed (1)**
363:9
**disposing (1)**
340:22
**dispute (5)**
409:10,14,16,20,25
**disputes (2)**
403:13 409:23
**dissolved (3)**
324:18,25,25
**District (28)**
249:1,2,3,14 250:10
251:2 255:6,7,9,9

255:20 266:5 288:4
288:9 307:13,15,23
322:24 336:11
402:11 405:5,6
406:11 407:11,12
409:15 410:9,14
**District's (4)**
277:20 391:24 406:9
410:11
**disturbance (1)**
317:1
**disturbed (1)**
316:21
**divestiture (1)**
390:23
**divide (1)**
263:20
**divided (2)**
264:20,25
**division (1)**
264:24
**Dobbs (234)**
251:4 255:19,19
256:20 259:5,22
260:4 261:2,14,21
262:15,22 263:13
263:23 265:3,16
266:24 267:23
269:6 272:9,23
273:21 274:4,13
275:7,17 277:9
278:6,12,15,19
280:1,9 281:18
282:1,12 283:7,25
284:7 285:2,6,11,16
285:18 286:3,15
287:10,17,23 288:3
288:8,19 289:5,18
290:3,11,14 291:9
291:15,17 292:5,8
292:11,14 294:10
294:25 295:5,10,15
296:11,18,23 298:4
298:12,19 299:1,6
300:13,19 301:3,18
301:24 302:12
303:12,19,25 304:9
304:14,16,22 305:2
305:14,20,25 306:3
308:9,14 312:6
313:2,11 314:8,22
315:12 316:15
317:11,20 318:17
318:23 319:8,20
320:2,7 321:12,15
321:24 323:2,15

324:3 326:4,11
327:4,7,19 328:16
329:2,15,21 330:12
330:16 331:4,9,15
331:22 333:3,8,14
333:21 334:13,22
335:5,7,15,23
336:18 337:2,8
338:4 340:10 341:6
341:24 342:22
345:14 346:17
347:6,16,22 348:8
351:10 352:23
353:7,19 354:14,20
355:25 356:6,16,25
357:6,16 362:12
363:3 364:3,12
365:1,24 366:18
367:8,15,22 368:20
370:3,21 371:22
372:6 373:4,23
376:5,7,17 377:20
378:6,20 379:3,13
379:24 380:22
381:11,19 382:10
382:17 383:12,22
384:3,11,18,24
385:7,18,20 389:24
391:9 394:23
395:17 396:1,6
399:15 400:1,13,16
401:11,20,25
408:25 410:21
411:3 412:15,22,24
413:2,5,17,22,24
414:2
**dock (2)**
394:1,4
**docking (1)**
260:14
**Doctor (3)**
308:18 322:15 392:13
**document (6)**
284:13 299:13 332:3
361:11,12 402:19
**documents (1)**
361:10
**DOD (6)**
338:14,18 340:16
341:1,10,11
**DOD-wide (1)**
341:19
**doing (8)**
260:7 292:10 301:1
301:22 302:11,21
321:11 328:14

**Dole (1)**
362:2
**dollars (1)**
306:16
**dolphin (1)**
280:4
**donation (2)**
391:3,15
**doubt (1)**
413:2
**download (1)**
321:22
**downloaded (1)**
264:5
**downtown (2)**
359:20 372:20
**Dr (32)**
256:11 257:11,11,12
257:19 258:2,3,6,9
258:19 263:3
265:22 266:9
269:15 278:8,16,22
288:23 291:1
292:17 299:14
306:5,6 307:17
308:3 320:14 332:5
339:13 345:3
355:11 358:5
375:10
**draft (1)**
383:24
**drafting (1)**
407:16
**drain (1)**
382:4
**drainage (1)**
378:12
**draw (6)**
273:23 351:21 352:22
353:4,9 393:5
**dredge (14)**
262:9 293:10 296:10
296:15,16 299:15
299:24 326:2
327:17 328:22,24
329:7,8 411:2
**dredged (2)**
298:22 329:9
**dredging (83)**
261:7,8,11,20 262:11
262:12 286:6,8,11
286:14,20,24,24
287:3,8,15,25
288:13,24 289:3,8,9
289:10,16,24
290:25 291:8,24

292:19,23 293:2,15
293:20,22,24 294:8
294:14,17,19,22
295:4,9,14,19 296:6
296:17,21 297:5,10
297:13,24 298:17
298:25 299:5,15,20
300:2,7,11,17
302:10 303:2,4,9,15
303:18,23 304:4,6
304:17 305:11
320:4 325:17 326:8
326:25 328:13,14
328:18 346:16
347:3 409:14,18,25
**drew (1)**
353:2
**Drive (5)**
251:16 351:2 375:16
394:8 397:6
**driving (2)**
261:6,8
**Dry (1)**
307:20
**Drye (2)**
251:3 307:15
**Duarte (2)**
252:3 255:14
**due (7)**
277:21,24 287:25
289:25 290:9,10
291:24
**duly (2)**
256:8 415:4
**dump (41)**
358:6,24 359:3,16,19
359:25 360:4,7
361:18 362:7,11,16
362:23 363:2,10,12
363:15,22 364:2,8
364:16,18,23 365:6
365:10,20 366:11
366:13 367:3,4,12
367:21 368:5,9
369:20 370:18
372:2,3,11,13 373:3
**dumping (6)**
369:6,12 394:13,21
395:3,7
**Dynamics (7)**
337:20 380:20 393:25
394:16 400:3,6,10

_____

E

**e (10)**
251:1,1 252:1,1 253:1

253:6 254:1 359:2
370:24 405:12
**earlier (3)**
270:12 276:10 414:3
**early (6)**
338:3 362:18 363:11
366:8 374:23 393:2
**ease (1)**
311:25
**easier (2)**
321:15,16
**east (2)**
350:2 361:20
**eastern (1)**
361:20
**eat (1)**
285:10
**eating (4)**
253:13 284:11,13
286:1
**Ebasco (1)**
392:6
**eel (4)**
272:25 273:6,18
352:12
**effect (1)**
327:3
**effectively (2)**
260:17 317:17
**effects (1)**
324:13
**effort (1)**
266:10
**eight (1)**
269:24
**eighth (4)**
358:7 359:16,18
406:17
**either (3)**
268:25 341:15 386:1
**electric (3)**
334:6 387:9,16
**electrical (3)**
341:14,14,22
**elements (1)**
272:16
**elevated (2)**
315:9 328:10
**embayment (5)**
382:4 393:11 394:12
406:6,14
**employ (1)**
286:10
**employee (2)**
394:4 400:10
**employees (1)**

400:6
**enacted (1)**
340:19
**encountered (1)**
334:3
**endangered (1)**
294:4
**engaged (1)**
404:14
**engine (1)**
395:13
**engineering (2)**
289:15 291:3
**Engineers (2)**
293:6 409:16
**entire (1)**
389:6
**entities (1)**
286:23
**entitled (20)**
253:19 266:4 269:19
    271:3 288:13,16
    290:7,7,22 305:8
    307:19,22 313:22
    321:1 322:11 332:8
    333:25 338:15,17
    341:11
**enumerated (4)**
282:24 348:13 409:5
    411:1
**enumerates (1)**
264:6
**environmental (39)**
258:2 280:22 286:8
    286:24 287:3,14
    293:17 295:19
    296:6 297:12,18,24
    299:4 300:2 302:10
    303:2,4 306:14
    307:21 309:7
    313:17 328:13,22
    338:18 345:25
    392:7 402:20 403:6
    403:6,11 404:18
    405:11 408:3,15
    409:10 410:1,4,6
    411:11
**envision (1)**
395:20
**EPA (1)**
340:20
**equal (1)**
318:4
**equipment (7)**
338:19 341:15,22
    342:16 379:10

380:14 381:7
**ERRATA (1)**
416:1
**error (1)**
314:20
**especially (1)**
268:3
**Esq (10)**
251:4,5,11,17,18,18
    251:24 252:6 307:3
    307:4
**establish (1)**
398:1
**estimate (8)**
271:5,8 274:10 306:9
    306:12,14 317:13
    404:9
**estimated (4)**
314:11,13 357:13
    406:10
**estimates (2)**
271:4 314:17
**et (2)**
255:7,8
**evaluate (4)**
273:18 281:7 296:16
    304:8
**evaluated (2)**
269:7 273:6
**evaluating (2)**
293:17 304:5
**evaluation (1)**
304:21
**event (1)**
311:4
**eventually (1)**
398:2
**every-third-year (1)**
346:20
**evidence (6)**
277:19 280:7 368:17
    373:1 382:25
    400:14
**exact (7)**
312:12 351:19 361:15
    366:20 380:1,4,25
**exactly (3)**
289:13 290:11 314:18
**EXAMINATION (3)**
253:3 256:9 345:1
**example (10)**
268:8 294:23 298:24
    298:25 315:24
    327:21 341:2
    342:20 376:22
    378:13

**examples (1)**
337:16
**excerpt (1)**
308:2
**exclude (1)**
354:23
**excluded (3)**
364:23 365:6,10
**exclusively (1)**
270:21
**excuse (10)**
275:11 296:25 300:24
    306:6 319:13 322:9
    338:16 357:20
    403:12 404:19
**execute (5)**
257:25 292:23 293:2
    293:20,24
**executed (1)**
257:23
**executes (1)**
295:13
**exercise (1)**
264:24
**exhibit (122)**
253:7,8,9,10,11,12,13
    253:14,15,16,17,18
    253:19,20,21,23,24
    253:25 254:2,3,4,5
    254:6,7,8,9,11,12
    254:13 263:3 264:1
    264:2,9 265:18,19
    266:1,3,7,9 267:15
    269:12,18,24 270:4
    270:5 276:3 280:13
    280:14 285:1 299:9
    299:10 307:5,6
    310:4,7 311:23
    319:7 320:12,13,16
    320:23 322:4,10,13
    322:20 323:5,8
    324:1,3 325:21
    332:3 338:13,21
    339:2,3,5 340:3
    345:7 348:23 349:1
    349:11 351:5 352:8
    355:2,4,7 358:10,15
    358:18,21,22,25
    359:1,5,6,7,8,9,10
    365:18 368:24
    370:6 373:15
    374:10,15,18,25
    375:3,8 387:6,12,13
    387:18,19,23 392:8
    392:11,17 393:19
    401:21 402:6,8

**exhibits (11)**
278:24 320:11 322:17
    324:8 338:23 358:8
    365:18 368:24
    370:24 371:10
    392:2
**existing (2)**
301:15 328:23
**exists (1)**
370:13
**expects (1)**
300:7
**expedite (1)**
405:15
**expert (5)**
289:4 297:9,24 305:9
    327:22
**experts (5)**
286:11 294:22 304:24
    305:1,5
**EXPIRES (1)**
416:25
**explain (1)**
314:3
**explains (1)**
284:16
**express (1)**
273:25
**extensive (1)**
299:23
**extent (5)**
259:14 262:3 326:9
    333:12 361:6
**extra (1)**
308:9

_____
**F**

**F (2)**
370:25 371:7
**facilitate (1)**
266:10
**facilities (13)**
333:19 339:24 341:2
    341:5,23 342:9,14
    346:12,16 347:5
    377:10 383:2
    404:25
**facility (19)**
346:25 360:7 364:11
    374:13,17,24
    375:16 379:11
    380:20 386:6,23
    387:3,9,16,21 388:3
    388:24 390:13,18
**fact (7)**
272:24 328:6,10

346:25 347:3
389:12 397:10
**factor (1)**
349:20
**factors (1)**
328:21
**Factory (1)**
374:13
**facts (2)**
370:9 393:6
**fail (1)**
407:13
**fails (1)**
407:22
**fair (22)**
271:13 275:4 299:22
    300:1 302:23,24
    303:22 311:10
    318:1 319:18,15
    328:12,15 335:18
    336:15 339:16,19
    339:23 365:23
    377:24 396:10
    397:5
**fairly (2)**
268:4 299:23
**fall (1)**
291:18
**familiar (23)**
280:18 292:22 299:18
    309:3 322:19 336:8
    336:9 355:13 371:1
    375:10,13 386:8
    391:21 392:19
    405:1 406:3,6,13,19
    407:25 408:11
    409:20,25
**far (3)**
277:1 283:18 327:11
**fault (1)**
257:5
**feasibility (1)**
300:6
**features (1)**
339:15
**February (2)**
307:18 409:13
**fed (1)**
268:7
**federal (4)**
298:5 304:7 305:12
    376:4
**federally (2)**
298:6 347:20
**feed (1)**
296:25

**feet (3)**
317:5,7,16
**field (25)**
309:24 342:6 373:10
373:17 374:9,13,20
375:5,11,13,20,24
376:12 377:10
378:4,11 379:1,23
380:19 381:6,8
382:7,23 383:21
384:10
**fifth (1)**
407:9
**Fifty (1)**
402:3
**figure (6)**
264:6 310:3 350:20
397:17,22,24
**file (3)**
257:14 258:25 279:3
**filed (4)**
367:5 403:16,20,23
**files (6)**
256:23 257:6,10,11
257:12 258:2
**fill (1)**
373:3
**finalized (1)**
389:3
**financial (8)**
402:12,17,17 410:11
410:13,14,17,18
**find (11)**
257:22 271:22 290:23
291:23 299:16
360:18,24 369:5,12
373:1 405:17
**finding (1)**
263:17
**findings (1)**
313:23
**finds (2)**
313:8 342:13
**fine (1)**
277:2
**finish (3)**
303:13 338:11 345:5
**finite (1)**
273:13
**firm (1)**
309:7
**first (22)**
256:8 257:24 260:23
267:10 271:5
297:15,16,17 316:8
323:8 327:10 334:2

348:18 370:11
374:8 392:21
393:10,23 395:2
398:1 402:10 415:4
**fish (82)**
253:10,13 265:24
266:15,17,22 267:8
267:21,22,24 268:5
268:5,6,7,7,9,15
269:3,4,4,20,24
270:1,25 271:3,11
271:13,15,18,18,19
271:24,24 272:7
273:7,8,19 274:18
274:20 275:13,16
275:21 276:17,17
276:21,22 280:12
280:19 281:4,12,13
281:13,16,17,22,24
281:25 282:5,6,10
282:20 283:21
284:2,6,10,11,14,16
284:21,23 285:5,10
286:1 294:1,2
324:15,20 325:1
347:11,15,21
348:13
**Fisheries (1)**
294:3
**fishes (1)**
271:9
**fishing (1)**
276:24
**fit (1)**
271:16
**five (5)**
263:9 318:8 394:15
399:1 412:22
**Fleet (1)**
339:7
**flight (1)**
306:23
**flip (1)**
393:22
**floating (1)**
352:4
**fluff (1)**
325:10
**flumes (2)**
386:22,22
**fly (1)**
381:8
**focused (1)**
278:8
**folder (1)**
279:10

**folders (1)**
257:14
**follow (2)**
263:2 296:14
**follow-up (1)**
259:18
**following (4)**
341:3 370:11 394:10
395:10
**follows (1)**
256:8
**food (2)**
272:15,17
**footprint (5)**
263:11 352:21 353:10
389:3,10
**footprints (1)**
389:5
**forage (1)**
268:7
**foregoing (3)**
415:4,6,9
**foreign (10)**
330:2,6,9,14 331:2,8
331:14 333:6 335:1
335:1
**form (168)**
259:22 260:4 261:2
261:14,21 262:15
262:22 263:13,23
265:3,16 266:24
267:23 269:6 272:9
272:23 273:21
274:4,13 275:7,17
277:9 280:1,9
281:18 282:1,12
283:7,25 284:7
285:6,11 286:3,15
287:10,17 289:5,18
294:10,25 295:5,10
295:15 296:11,18
298:4,12 301:3
302:12 303:12,19
304:9 312:6 313:2
313:11 314:8,22
315:12 316:15
317:11,20,22
318:17 319:20
320:2 321:24 323:2
323:15 324:25
326:4,11 327:4,19
328:16 329:2,15,21
331:9,15,22 333:3,8
333:14,21 334:13
334:22 335:5,15,23
336:18 337:2,8

340:10 341:6,24
342:22 345:14
347:6,16,22 351:10
352:23 353:7
354:14,20 355:25
356:6,16,25 362:12
363:3,17 364:13
365:1,24 366:18
367:8,17,22 368:7
368:14,20 369:21
369:22 370:3,20,21
371:22 372:7,16
373:6 376:8,17
378:6,20 379:3,13
379:24 380:22
381:11,19 382:10
382:17 383:4,12,22
384:11,24 385:7,20
389:24 391:9
394:22,23 395:17
396:1,6,13 399:15
400:1,13 401:11,20
401:25 408:25
410:21 411:3
412:15
**formal (2)**
296:14 336:16
**former (11)**
352:9,20 353:4
361:18 363:22
364:11 373:10
382:23 388:23
404:4 408:23
**forms (6)**
324:16,17,18,19,22
324:23
**forward (5)**
257:18 273:25 301:21
302:9 391:14
**found (13)**
268:19 273:7 277:13
308:4,8 328:7
332:20 334:9
368:17 381:24
382:2 388:13 401:9
**foundational (1)**
285:22
**four (7)**
315:24,25 318:8
320:15 322:17
358:8 393:17
**fourth (2)**
404:24 407:9
**frame (5)**
256:17 317:16 339:10
375:23 382:8

**free (1)**
335:20
**frequently (1)**
330:9
**Friday (1)**
414:3
**front (2)**
279:3,11
**Fuglevand's (2)**
289:4,6
**full (3)**
271:24 396:25 415:7
**fuller (1)**
375:5
**fun (1)**
259:16
**function (3)**
318:4 327:9,9
**functions (3)**
290:20 294:8 298:10
**fund (1)**
405:6
**funded (1)**
298:17
**funding (1)**
326:1
**funds (1)**
295:4
**further (1)**
415:8
**future (7)**
261:7 287:19 288:4
290:25 291:7 300:7
327:11
**future-looking (1)**
290:10

———————

**G**

**g (1)**
406:5
**G-O-C-O (1)**
376:25
**gain (1)**
277:14
**Game (1)**
294:2
**GAO (4)**
253:20 338:14 340:4
340:9
**garbage (1)**
367:20
**Gas (3)**
387:8,9,16
**gasification (1)**
386:6
**GD (1)**

394:4
**ge (1)**
413:25
**gears (2)**
278:22 358:5
**gender (1)**
284:21
**general (26)**
252:6 267:17,19
275:22 276:11
284:16 307:12
329:10 337:20
345:21,23 351:23
361:7 370:11
380:20 386:14
387:15 393:15,25
394:16 400:3,6,10
408:14 410:7 412:3
**generally (7)**
292:22 299:18,21
352:19 371:1,2
393:18
**generate (2)**
274:8 316:2
**generated (1)**
273:24
**geography (1)**
363:20
**GeoTracker (1)**
318:13
**getting (1)**
256:13
**Ghosh (1)**
334:4
**Giffin (1)**
278:4
**give (13)**
257:21 280:16,17
285:19 306:12,13
322:17 339:10
359:3 361:7 375:10
375:19 393:1
**given (3)**
304:3 346:23 350:4
**go (16)**
299:8 324:9 326:24
330:3,6 335:19
338:8,9 342:25
349:9 352:2 355:9
357:22 361:24
395:10 414:7
**GOCO (1)**
376:25
**goes (5)**
284:20 326:16 352:15
407:15 409:6

**going (35)**
256:14 257:18 259:13
264:23 277:12,18
277:19 278:1 286:5
286:6 288:16 291:1
292:4,15 299:12
306:25 319:15
320:19,21 322:16
326:15 338:13
344:13 346:23
348:17 357:24
358:5 374:4 387:6
389:16 392:1
402:16 412:19
413:1,6
**Golightly (2)**
318:24 319:2
**good (10)**
256:11,12 271:11
274:15 284:18
328:5 338:12
400:18 413:20,22
**Government (1)**
376:4
**Government-owne...**
377:2
**governments (1)**
335:1
**grass (4)**
272:25 273:6,18
352:12
**great (1)**
276:15
**ground (6)**
369:6,12 394:13,21
395:3,7
**grounds (1)**
356:23
**Group (7)**
253:12 269:11,19,25
270:14,20 275:12
**Guard (5)**
350:1 351:2 374:24
393:12 397:7
**guess (4)**
259:14 267:1 360:21
398:3
**guidance (2)**
296:14 341:18
**guidelines (1)**
253:13

_____

**H**

**H (2)**
253:6 254:1
**habitat (7)**

272:16,25 273:7,8
274:18,22 352:12
**hand (1)**
415:16
**handed (1)**
324:5
**handling (2)**
341:3 384:16
**Handwritten (1)**
253:9
**harbor (14)**
258:21 348:22 350:2
350:17 351:2
358:11,13,13 366:3
375:16 393:11
394:8 397:6 399:5
**hard (3)**
256:16 309:19 342:24
**harm (2)**
277:7 281:7
**harmed (2)**
269:5 280:8
**harmful (2)**
324:20 328:9
**Hawthorn (4)**
382:3 384:2 406:5,14
**Hazard (1)**
280:23
**head (1)**
360:25
**headings (1)**
257:14
**health (2)**
280:23 365:22
**healthy (3)**
268:16 275:14 284:17
**hear (1)**
288:17
**heard (8)**
281:12,14 376:24
377:3,5,6 395:2,5
**heat (1)**
342:4
**heavy (1)**
339:17
**hefty (1)**
332:3
**held (1)**
255:11
**help (4)**
310:17 314:3 316:12
347:3
**helped (1)**
309:15
**hereunto (1)**
415:15

**high (7)**
251:16 315:25 326:3
326:25 327:24
328:25 371:19
**higher (6)**
316:18 342:5,7,8,13
342:20
**highest (4)**
271:6,7 328:2,3
**highly (1)**
316:21
**Highway (2)**
250:13 255:12
**Hilton (1)**
348:25
**historical (10)**
253:21 254:8,9,11
339:12 359:2
373:11,17 385:3
387:25
**historically (7)**
294:20 339:17 341:25
366:16 394:12
398:11 400:17
**history (14)**
295:24 296:7 339:14
339:21,24 361:4,6,9
361:13 363:11
375:11 393:8,8
401:15
**hit (1)**
256:15
**Hoffman (1)**
267:11
**hold (1)**
272:7
**holding (3)**
397:17 398:11,13
**holdings (1)**
391:4
**Holman (9)**
252:7 259:10,12
285:16 344:8,12,12
344:13,16
**home (1)**
311:8
**hopefully (2)**
313:21 338:11
**Hotel (1)**
348:25
**hour (3)**
256:13 306:8 338:11
**Houston (1)**
251:4
**Howard (305)**
251:17 253:4 256:3,3

256:10 259:6 260:1
260:6 261:4,18,24
262:18,25 263:15
263:24 264:3 265:4
265:17,20 266:2,8
267:9 268:13
269:10,13 272:12
273:16 274:1,11
275:1,10,19 277:11
277:17 278:7,14,17
278:21 280:3,11,15
281:20 282:4,18
283:10 284:1,9,25
285:3,8,15,19 286:4
286:18 287:12,22
287:24 288:6,12,21
289:12,22 290:4,12
290:17 291:14,16
291:20 292:7,10,13
292:16 294:12
295:2,7,12,17
296:13,20,25 298:8
298:14,21 299:3,8
299:11 300:15,21
301:8,19 302:1,17
303:13,21 304:2,12
304:15,18,25 305:7
305:18,21 306:2,4
306:20 307:9,16
308:11,15,17 312:8
313:6,14 314:12
315:1,17 317:3,14
317:21 318:18
319:1,11,21 320:3,9
320:17,19,21,24
321:14,16,19 322:1
322:6,10,14 323:3
323:17 324:4 326:6
326:17 327:5,15
328:1,20 329:5,17
329:23 330:13,18
331:6,11,17 332:1
333:5,10,17,23
334:16 335:2,8,17
335:24 336:22
337:4,10,25 338:5
338:13,22 339:4
340:12 341:9 342:2
342:24 344:9,13,20
344:23 345:2,16
346:21 347:10,18
348:1,10,17,21,24
349:2,6,15,21
351:13 353:1,11,21
354:15,21 355:1,5,8
356:3,9,20 357:2,8

357:18,22 358:4,16
358:22 359:1,11
360:10,12,16,18,22
360:24 361:2
362:14 363:7,19
364:6,17 365:4
366:2,21 367:11,18
368:1,10,15,22
369:23 370:5,23
371:24 372:8,17
373:8,16 374:1,11
374:16,19 375:1,4,9
376:10,21 377:23
378:9,23 379:6,16
380:3 381:3,13,22
382:13,21 383:6,15
384:14,20 385:2,11
385:21,24 387:4,13
387:19,24 390:3
391:13 392:1,9,12
395:1,18 396:3,9,15
399:18 400:5,24
401:13,21 402:2,5,7
409:4 410:24 411:5
412:16,23,25 413:4
413:11,19,23 414:1
414:7
**hull (1)**
336:21
**human (2)**
325:16 362:25
**humans (1)**
412:4
**hundreds (2)**
345:11 396:10
**hyphen (1)**
332:16

**I**

**I-5 (1)**
378:2
**idea (1)**
291:14
**identification (41)**
264:2 265:19 266:1,7
269:12 280:14
299:10 307:5,6
320:23 322:4,13
338:21 339:2,3
348:23 349:1 355:4
355:7 358:15,21,25
359:5,6,7,8,9,10
373:15 374:10,15
374:18,25 375:3,8
387:12,18,23 392:8
392:11 402:6

**identified (10)**
268:24,25 273:5
276:18,19 327:23
344:18,20 346:4
398:7
**identify (3)**
276:22 338:18 344:10
**ignoring (1)**
291:20
**ii (7)**
249:16 250:11 375:22
376:13 377:12
379:18 409:7
**illustrates (1)**
299:23
**immediate (1)**
366:7
**immediately (2)**
363:21 393:12
**impact (4)**
260:3 287:15 382:9
382:24
**impacted (3)**
277:21 278:10 409:18
**impacts (10)**
260:11 329:19 347:13
348:3 382:14
383:20 388:23
391:24 404:18
408:5
**impaired (5)**
277:21 278:10 283:20
355:24 401:17
**impairment (6)**
277:22 282:22 283:5
354:18 357:10
398:8
**impairments (2)**
283:22,23
**implement (1)**
289:16
**implemented (1)**
260:9
**important (1)**
284:17
**improve (1)**
269:1
**improved (1)**
269:1
**improvements (1)**
268:19
**in-house (2)**
286:10 294:21
**inappropriate (1)**
289:23
**inception (1)**

306:17
**incinerated (1)**
368:11
**incinerator (15)**
357:21 358:6 361:4,7
361:11 366:14,16
366:17,24 367:12
367:21 368:4,8,12
371:19
**incinerators (1)**
367:2
**include (1)**
293:5
**included (6)**
261:16 382:14,15
387:1 389:7 395:12
**includes (3)**
337:14 349:18 361:12
**including (6)**
268:6 279:24 291:3
294:1 320:11 375:6
**incorrect (1)**
410:19
**increase (4)**
273:3 274:23 276:2
376:9
**increased (3)**
273:19 275:2 317:23
**increasing (2)**
275:23 316:14
**incurred (1)**
406:12
**incurring (1)**
383:19
**India (1)**
334:5
**indicate (9)**
264:1 277:7 312:24
316:18 317:8 318:3
318:4 342:18
391:11
**indicated (13)**
263:17 270:1 295:18
308:6,19 315:9
317:22 318:13
349:22 352:8
372:13 380:10
401:9
**indicates (4)**
264:14 316:4 317:1
370:8
**indicating (1)**
352:6
**indication (1)**
316:7
**indirect (1)**

273:2
**industrial (11)**
339:17,20,24,25
363:1 371:19
378:17 381:15,17
382:6,15
**industry (1)**
380:17
**infilling (1)**
360:1
**influence (1)**
401:15
**inform (4)**
270:20 303:11,14,17
**information (20)**
262:4,8 290:8 317:13
342:18 363:8,14
365:15,17 369:25
376:1,6 384:21
395:8,16,19,19
397:9 398:10
399:12
**informed (1)**
303:8
**inherent (1)**
314:21
**initial (1)**
407:17
**initiated (1)**
287:7
**initiatives (1)**
279:23
**installation (1)**
356:22
**installations (8)**
338:14 340:17,20
341:13,21 345:19
347:14 348:2
**instance (3)**
276:23 377:8 380:7
**instruct (5)**
289:20 290:12,14
291:9 304:10
**instructing (3)**
304:15,19 305:18
**instruction (1)**
257:21
**insurance (4)**
405:6,9 406:11,13
**integrity (1)**
409:17
**intended (1)**
375:19
**intending (1)**
352:22
**intends (1)**

300:10
**intense (1)**
345:9
**intensive (1)**
268:4
**interest (1)**
384:21
**interested (2)**
263:17 415:10
**interesting (1)**
373:11
**interferences (1)**
314:15
**interpret (3)**
315:19 316:22 410:15
**interval (1)**
316:11
**intervention (1)**
325:17
**intimately (1)**
272:17
**introduce (1)**
255:18
**introduction (1)**
308:25
**inventory (5)**
269:20 270:25 271:3
275:12 379:9
**investigation (23)**
307:20,24 308:21
309:1 311:16,19,24
313:8,16 318:15,20
319:3,16 364:1
381:24 382:3 388:7
389:19 390:5 391:2
407:3,17,21
**investigations (1)**
405:20
**investigative (6)**
310:10 361:12 383:24
384:1 389:15 390:2
**investigators (1)**
370:10
**involve (2)**
406:21,24
**involved (10)**
279:18 292:19 309:8
309:11,16 319:5
372:18 386:16
405:8 408:19
**IO (2)**
301:6 361:12
**ions (1)**
324:24
**irreg (1)**
346:18

**irregular (1)**
346:19
**Island (17)**
320:13 322:2 323:10
  323:13,20,22,23
  324:12 327:20,23
  348:22 350:2,17
  374:14 393:11
  404:18,19
**issue (15)**
256:22 257:1 258:25
  269:9,9 290:22
  309:23 327:18
  365:14 408:4
  411:11,15,16,18
  412:12
**issued (9)**
287:14,18 289:19
  290:15 291:19
  304:24 305:4
  341:18 402:12
**issues (14)**
294:5 297:10 310:22
  327:3 405:9,23
  406:13 408:15
  410:4,6 411:1,19
  412:1,4
**issuing (2)**
281:4 305:14
**Item (1)**
305:15
**items (1)**
340:22
**iterations (1)**
367:1

J

**J (7)**
314:5,5,7,9,21 315:25
  315:25
**January (4)**
358:11 365:19 373:20
  374:11
**Jason (2)**
251:11 255:21
**Job (1)**
249:25
**John (4)**
252:6 258:8 307:3,12
**Johns (30)**
249:15 250:11 253:2
  256:7,11 257:11
  258:2 263:3 265:22
  266:9 269:15 278:8
  278:15,16,22
  288:23 291:1

292:17 299:14
306:6 307:17 308:3
320:14 332:5
339:13 345:3
355:11 358:5
375:10 414:18
**join (37)**
282:3 283:8 307:4
  312:7 313:3,12
  331:23 341:7 363:4
  364:4 365:3,25
  366:19 367:9,23
  370:4 373:5 376:9
  376:18 378:21
  379:4,14,25 380:24
  381:20 382:11,18
  383:13,23 384:12
  384:25 385:23
  389:25 396:7
  399:16 400:2 409:1
**joined (2)**
258:9 344:10
**joins (1)**
344:8
**Jones (1)**
306:5
**journalist (1)**
398:17
**journalistic (1)**
397:13
**Julius (62)**
251:11 255:21,21
  282:3 283:8 312:7
  313:3,12 331:23
  341:7 349:5 360:9
  360:11,13,15,17,20
  360:23 361:1 363:4
  363:17 364:4,13
  365:3,25 366:19
  367:9,17,23 368:7
  368:14 369:21
  370:4,20 372:7,16
  373:5 376:9,18
  378:21 379:4,14,25
  380:24 381:20
  382:11,18 383:4,13
  383:23 384:12,25
  385:23 389:25
  394:22 396:7,13
  399:16 400:2 409:1
  412:21 413:18
**July (1)**
269:22
**June (1)**
392:4
**jurisdiction (1)**

326:21
**jurisdictional (1)**
298:23
**juvenile (1)**
268:4

K

**k (1)**
409:6
**Karen (7)**
252:7 259:10 285:16
  344:8,12,12,16
**keep (2)**
285:23 296:21
**keeping (1)**
311:7
**Kelley (2)**
251:3 307:15
**kept (1)**
336:5
**kilograms (1)**
334:4
**kind (1)**
371:10
**king (1)**
268:11
**know (132)**
258:9 260:5,13 261:3
  262:6 267:10
  270:13,16,18,23
  271:14 273:4
  275:14 281:3
  283:13 284:4,8
  285:7,14 286:2
  287:11 288:13,23
  290:7 294:13 295:6
  295:11,13,22
  296:12,19 297:1
  298:7,13,15 299:2
  300:9,10,14,16,20
  301:25 302:2,15
  303:10,17,20
  312:15 314:18
  317:15,16 319:13
  319:14 327:12,22
  328:6 329:22
  330:11,14 331:5,10
  331:16,24 333:9,22
  334:18 335:22
  336:10,14 337:3,22
  341:8 342:23 344:9
  346:3,14,18,19
  347:9,17 348:9
  350:15,16 357:17
  360:17,25 362:8,13
  362:15,22 363:1,12

363:18 364:5 365:9
365:13 366:20,24
367:10,16,19 368:2
368:11 372:9 373:7
377:21 379:15
380:1,23,25 381:1
384:13,15,19 385:1
386:13 388:10
390:10 391:10
392:13 396:2,8
398:17 401:22
403:19 404:16
409:8,11 410:1
411:4,8,20
**knowledge (6)**
270:19 292:9 345:17
  364:15 365:19
  367:24
**known (1)**
410:12
**knows (2)**
275:5 364:10

L

**L-channel (1)**
405:21
**labeled (2)**
255:5 373:18
**lack (2)**
268:16 398:1
**lacks (1)**
314:23
**lagging (1)**
390:7
**lagoon (42)**
282:15 283:1 348:15
  348:22 349:14,18
  350:14 351:1
  354:12 357:4,14
  374:17,24 378:14
  381:24 392:5 393:4
  393:10,16,17 394:2
  394:4,7,15,16,20
  395:3,24 396:4,12
  396:17,25 397:6
  399:6,13,20,23
  400:19 401:6,15,17
  401:24
**laid (5)**
395:22 397:7,12,14
  398:18
**land (3)**
264:7,14 338:1
**landing (1)**
358:7
**Lands (2)**

293:21 411:6
**landside (2)**
361:25 408:3
**language (4)**
291:21 302:19,21
  330:5
**large (7)**
266:25 268:23 299:13
  350:9 381:5,5
  396:17
**larger (1)**
268:9
**largest (3)**
295:19,24 296:6
**lastly (2)**
322:10 360:2
**late (6)**
296:2 362:18 363:13
  363:13 379:21
  380:8
**Latham (3)**
251:16 256:1,3
**Laurel (4)**
382:3 384:1 406:5,14
**lawsuit (23)**
287:9,16 288:10,19
  289:2,17 291:11,12
  294:9 301:22 303:9
  303:18 304:6
  305:11 326:8
  337:13,19 367:5
  398:8 399:10
  403:16,19,23
**lay (1)**
337:25
**layers (1)**
325:9
**laying (4)**
351:4,4 398:15,15
**lead (3)**
260:25 300:11 407:16
**lead-in (2)**
332:10
**leading (1)**
377:18
**leads (1)**
264:25
**learned (1)**
260:23
**lease (2)**
356:15 376:20
**leasehold (3)**
352:21 353:4 386:24
**leaseholders (2)**
385:9,12
**leaseholds (3)**

303:15 385:9 386:4
**leases (1)**
376:19
**leave (1)**
330:10
**led (1)**
281:3
**leech (2)**
330:19,23
**leeched (1)**
335:14
**leeching (2)**
331:13 336:21
**left (3)**
382:9 389:12 393:23
**legacy (2)**
386:3 388:23
**legal (1)**
255:14
**let's (26)**
266:14,14 277:12
280:12 306:20
320:10 321:20
323:8 330:5,5 332:2
337:23 345:22
357:20,21 361:3
373:9 383:16 386:6
391:23 392:4,17
396:19 399:24
409:24 414:7
**letter (15)**
254:5,6 358:11,19,23
365:19,21 366:3,4,9
368:25 369:2,16,22
370:7
**level (8)**
270:12 272:7,10
274:9 276:9 328:8
404:13,13
**levels (5)**
315:9 328:11 332:20
347:4,15
**liabilities (3)**
384:23 403:9,25
**liability (4)**
404:3 406:10,12
408:9
**liable (1)**
407:7
**liaison (1)**
318:19
**Liberator (1)**
377:19
**library (1)**
374:5
**licen (1)**

286:17
**license (3)**
293:22 397:13 415:3
**licensed (1)**
415:2
**licensing (2)**
286:13,17
**likelihood (2)**
304:5 305:10
**limit (3)**
278:19 332:16 356:14
**limita (1)**
348:11
**limitation (8)**
282:10 349:25 351:6
353:25 354:24
356:4,22 399:14
**limitations (10)**
277:23 282:14 285:21
348:12,14,15
349:13,17 353:23
354:2
**limited (16)**
281:13,17,22 282:5
282:20 283:21
284:6 347:11
348:13 350:21
351:17 352:10
355:22 356:1
393:20 394:7
**limiting (1)**
284:21
**Lindbergh (23)**
342:6 373:10,17
374:9,20 375:5,11
375:13,20,24
376:12 377:10
378:4,11 379:1,23
380:19 381:6,8
382:7,23 383:21
384:10
**line (6)**
299:8 349:25 378:13
384:4 389:16 407:9
**lines (1)**
368:18
**Lingbergh (1)**
374:13
**list (7)**
269:23,25 279:12
402:18,21,23 411:1
**listed (8)**
267:15 404:17 406:1
406:17 407:1,13,24
408:8
**listing (2)**

403:5 406:8
**lists (4)**
403:25 404:3 405:12
407:11
**little (2)**
322:16 361:4
**live (2)**
296:25 397:21
**LLC (1)**
409:13
**loading (2)**
323:12 331:7
**localized (4)**
411:16,18,19 412:12
**locate (1)**
267:11
**located (7)**
339:7 346:7 347:14
361:19 363:21
378:3 393:11
**location (6)**
318:2 329:8 347:24
369:19,24 393:8
**locations (3)**
312:11,12 327:3
**Lockheed (2)**
337:19 404:25
**Loma (1)**
372:3
**long (5)**
258:6 339:24 362:15
366:24 379:22
**longer (1)**
367:3
**look (11)**
265:10 266:14,14
311:23 323:8 332:2
345:11 385:12,16
386:1 405:5
**looked (4)**
361:6,8,9 405:16
**looking (12)**
260:8 284:11 308:7
308:18 310:22
311:8,9 321:3
359:18 380:4
387:15 402:2
**looks (16)**
266:17 267:12 274:16
313:17,20 332:5
345:9 349:24
351:25 352:15,19
359:13 372:24
373:19 378:7
387:21
**loss (2)**

349:12 400:9
**lost (1)**
297:17
**lot (6)**
259:16 271:18 303:22
345:8 397:20,20
**low (4)**
315:25 390:20 391:7
391:11
**luck (1)**
321:11
**lunch (2)**
338:10 343:5

_____

**M**
**Machine (2)**
359:15,22
**maintain (1)**
341:19
**maintained (2)**
297:2 394:1
**maintenance (7)**
286:7,24 287:3 299:5
346:16 347:3 410:2
**making (3)**
306:22 335:3,4
**mammals (1)**
280:7
**managing (1)**
341:3
**mandated (1)**
302:22
**mandates (1)**
336:24
**mandating (1)**
302:5
**mandatory (1)**
263:19
**manner (2)**
332:13 370:13
**manual (1)**
296:15
**manufactured (6)**
331:13,19,20 333:2,7
334:12
**manufacturers (2)**
331:3 377:18
**manufacturing (2)**
380:17 381:17
**map (6)**
253:17 320:19 322:24
323:9 325:21 342:4
**maps (1)**
348:18
**MARAD (1)**
332:9

**March (4)**
358:18 368:24 392:10
396:20
**marina (2)**
396:17 406:18
**marinas (6)**
322:25 325:22 326:10
326:25 350:19,21
**marine (33)**
260:10 294:3 307:19
307:23 308:5,21
313:18 315:10
317:6 319:3,17
320:5,10 325:4
329:24 330:19,23
336:1,13 337:1
352:16 355:6
361:11,21,25 362:1
362:10 363:21,25
367:6 368:16 373:2
404:25
**Maritime (1)**
389:17
**mark (12)**
263:25 265:17 269:10
338:22 348:17,21
355:1 359:2 371:9
387:4,6 392:1
**marked (53)**
253:25 264:2 265:19
265:24 266:1,7
269:12,18 280:14
299:10 307:5,6,17
320:23,25 322:4,13
322:24 323:4
338:21 339:2,3
340:3 348:23 349:1
349:24 355:4,7
358:10,15,21,25
359:5,6,7,8,9,10
360:21 373:15
374:10,15,18,25
375:3,8 387:12,18
387:23 392:8,11
393:18 402:6
**marking (3)**
269:14 349:11 392:4
**marshal (1)**
400:20
**Massachusetts (1)**
251:23
**Master (4)**
253:6 263:1,24 264:4
**material (7)**
327:2 329:19 332:15
373:3 395:21

410:14,18
**materials (6)**
332:24 334:7 335:21
  342:19 383:9
  384:17
**math (4)**
264:22,22 265:5,8
**mathematical (1)**
264:23
**matrix (1)**
324:24
**matter (5)**
255:7 286:10 294:21
  405:7 406:12
**matters (2)**
402:20 403:6
**maximum (4)**
272:7,10 315:15,16
**mayor (6)**
358:12,19,24 368:25
  369:18 370:7
**mean (21)**
261:25 271:11,12
  301:4,5 302:18
  312:4 314:6 315:3
  315:14,18,19,23
  316:2,13,22 356:7
  360:18 365:14
  407:20 414:3
**meaning (4)**
294:14 302:16 401:23
  410:15
**meanings (1)**
302:14
**means (10)**
265:10 281:22 291:14
  291:15 314:7,10
  316:23 325:9
  397:14 407:12
**meant (1)**
398:17
**mechanical (1)**
297:12
**Media (3)**
255:5 343:2 344:5
**meet (1)**
378:12
**meeting (1)**
340:20
**meetings (1)**
258:11
**Melissa (2)**
251:24 255:24
**menace (1)**
365:22
**mentioned (2)**

390:12 394:24
**merchant (12)**
334:1,3,5,9,12,15
  335:10,14 336:1,13
  337:1 342:20
**mercury (3)**
261:9 281:10,17
**Merkel (1)**
269:16
**message (1)**
340:6
**metals (1)**
406:21
**Michael (8)**
249:15 250:11 251:4
  252:3 253:2 255:14
  256:7 414:18
**Micheal (1)**
255:19
**mid (1)**
363:13
**middle (2)**
372:14 396:25
**military (9)**
341:13,18,21 347:14
  375:6 376:11
  380:14 381:7,10
**million (6)**
271:10,18,19 275:13
  306:16 332:15
**mind (4)**
258:20 321:12 352:6
  410:16
**mine (2)**
349:2,6
**minutes (2)**
338:9 412:17
**Miramar (1)**
367:14
**miscalculate (1)**
338:7
**miscellaneous (1)**
395:14
**missing (1)**
259:16
**mitigated (1)**
273:6
**mitigation (1)**
351:11
**mode (1)**
319:24
**Mole (1)**
352:11
**moment (6)**
263:1 285:19 322:18
  355:10 357:23

359:4
**mon (1)**
411:23
**monitor (3)**
338:19 411:14 412:6
**monitored (2)**
411:22,25
**monitoring (4)**
340:21 383:20 404:9
  404:14
**Monsanto (6)**
249:7 255:8 333:2,7
  334:12,20
**Monsanto's (2)**
341:5 384:23
**months (1)**
318:8
**Moore (7)**
359:14,14,17,21
  360:21 387:7,15
**morning (3)**
256:11,12 259:10
**Mothball (1)**
339:6
**mothballed (1)**
345:12
**motoring (1)**
351:1
**mouth (1)**
407:2
**move (11)**
278:18 286:5 301:21
  302:9 320:10
  321:18,18 357:20
  357:21 398:2,24
**moving (1)**
393:1
**multiple (1)**
274:18
**multiple-year (1)**
275:25
**municipal (1)**
249:4
**Muscle (1)**
260:24

_____
**N**
_____
**N (3)**
251:1 252:1 253:1
**name (4)**
255:14 280:22 307:12
  416:2
**named (2)**
384:1 415:10
**Nancy (3)**
251:5 307:3,14

**narrative (1)**
361:16
**NASSCO (4)**
295:20 356:11 404:1
  410:8
**national (6)**
260:10 294:3 329:13
  342:15 356:2,23
**natural (3)**
273:8 274:17 279:24
**Naval (8)**
342:14 355:2,14,15
  355:23 378:4 408:9
  409:6
**navigation (4)**
294:17 298:5,6
  352:16
**navigational (3)**
298:1,10,25
**Navy (45)**
279:23 280:4 294:15
  332:8,12,18,24
  333:1,11,12,16,16
  333:18,19 334:20
  336:1,12,25 337:23
  339:6,9,16,20 340:5
  342:9,14,19 345:5,5
  345:9,11,19 346:7
  346:12,12,15,24,25
  348:2,7 356:18,22
  357:20 360:7
  408:23
**near (5)**
315:16 325:14 358:7
  374:17 375:14
**necessary (3)**
289:14 346:20 369:19
**necessity (1)**
297:11
**need (17)**
256:15 274:15,17
  277:14 280:15
  303:11,14 320:11
  320:15 325:16
  327:14 403:13,14
  407:12,22 412:6
  414:2
**needs (2)**
303:22 338:18
**negatively (1)**
278:10
**negotiations (2)**
261:23 262:1
**neighborhood (1)**
366:6
**never (5)**

265:12 347:1 377:5
  402:14,15
**new (12)**
307:9 369:18 371:2,4
  371:11,12 395:8,19
  395:23 397:9 398:9
  399:12
**night (5)**
259:1,9 263:6 308:4,7
**ninth (1)**
407:1
**Ninyo (7)**
359:13,14,17,21
  360:21 387:7,14
**NOAA (2)**
267:12 294:3
**nobody's (1)**
271:21
**Non (1)**
259:7
**non-U.S (1)**
331:3
**nonattorneys (1)**
259:7
**noncommercial (1)**
342:21
**nonmilitary (1)**
342:21
**nontechnical (1)**
281:21
**north (10)**
362:4,5 367:14
  374:14,21 375:6,23
  380:19 386:23
  389:15
**northeast (1)**
393:11
**northern (2)**
389:8 393:13
**Notary (1)**
416:25
**note (1)**
287:18
**noted (2)**
269:23 314:15
**notes (3)**
279:1,2,5
**notice (1)**
287:14
**noting (1)**
410:25
**Nott (1)**
255:24
**NTC (2)**
408:10,11
**nuisance (5)**

288:5 365:21 367:5
370:12,19
**null (1)**
415:14
**number (14)**
267:25 268:6,21
270:1 271:13,16
273:13 274:9
275:14 284:25
285:1 294:1 350:18
402:2
**numbering (1)**
321:20

**O**

**o'clock (1)**
255:13
**Oak (1)**
251:3
**object (21)**
260:4 267:23 285:23
288:21,22 290:12
291:9 304:19 353:7
363:17 364:13
367:17 368:7,14
369:21 372:16
373:6 383:4 396:1
396:13 401:20
**objected (1)**
262:11
**objection (183)**
259:5,22 261:2,14,19
261:21 262:15,22
263:13,23 265:3,16
266:24 269:6 272:9
272:23 273:21
274:4,13 275:7,17
277:9 280:1,9
281:18 282:1,12
283:7,25 284:7
285:6,11 286:3,15
287:10,17 289:5,18
294:10,25 295:5,10
295:15 296:11,18
296:23 298:4,12,19
299:1,6 300:13,19
301:3,18,24 302:12
303:12,19,25 304:9
305:24 306:3 312:6
313:2,11 314:8,22
315:12 316:15
317:11,20 318:17
318:23 319:8,20
320:2,7 321:24
323:2,15 326:4,11
327:4,7,19 328:16

329:2,15,21 330:12
330:16 331:4,9,15
331:22 333:3,8,14
333:21 334:13,22
335:5,15,23 336:18
337:2,8 340:10
341:6,24 342:22
345:14 346:17
347:6,16,22 348:8
351:10 352:23
353:19 354:14,20
355:25 356:6,16,25
357:6,16 362:12
363:3 364:3,12
365:1,24 366:18
367:8,15,22 368:20
370:3,20,21 371:22
372:6,7 373:4 376:5
376:7,17 377:20
378:6,20 379:3,13
379:24 380:22
381:11,19 382:10
382:17 383:12,22
384:11,18,24 385:7
385:18 389:24
391:9 394:22,23
395:17 396:6
399:15 400:1,13
401:11,25 408:25
410:21 411:3
412:15
**objections (2)**
278:19 365:5
**objectives (1)**
311:2
**obligated (3)**
369:5,8 384:8
**obligation (1)**
383:18
**obliged (2)**
369:8,11
**Oblique (1)**
373:18
**observe (1)**
344:17
**obtain (2)**
293:10 299:23
**obtained (2)**
374:2,3
**obtaining (2)**
293:5 300:4
**occasion (1)**
299:5
**Occidental (1)**
270:15
**occur (8)**

282:15 287:25 289:25
290:2,10 291:24
295:19 303:24
**occurred (2)**
363:6 369:24
**occurs (2)**
350:13,17
**ocean (2)**
372:3 394:17
**oceanographic (1)**
394:17
**October (5)**
280:19 281:4 283:21
284:6 338:16
**OEHHA (10)**
253:13 280:12,19,21
280:25 281:4 282:9
284:12,16 347:12
**office (6)**
256:22 258:24 279:6
279:8 280:22 310:1
**official (1)**
317:8
**offshore (3)**
387:3 390:18 405:22
**Oh (15)**
263:7 264:8 279:12
308:11 321:3,10
324:3,6 357:22
360:22 369:9
388:15 402:5
403:19 411:8
**Oil (2)**
406:2,3
**oils (1)**
381:16
**okay (134)**
257:7 258:1 259:11
259:14,18 261:5
263:16 265:10,20
266:13 269:3,10,18
270:13 272:5
276:11 277:2 278:7
278:14,21 279:14
280:15,18 282:19
283:14 285:20
286:5 293:1 294:13
297:16,19 299:8
301:10 306:5,13,19
306:24 310:2
312:13 314:3 315:2
315:18 316:4
317:15 320:10,21
320:25 322:23
323:8 324:19,25
328:21 331:1

332:21,23 336:7
337:11,16 338:3,13
339:19,23 340:25
342:12,24 344:13
344:23 345:17
346:15,22 350:4,13
351:5,23,24 353:12
353:14,22 355:9,12
355:18,21 357:19
358:5,16 359:12
360:3,6,16 361:1
362:15 370:24
371:6,9,11,16
372:22 374:3
375:18 377:24
378:1 382:22 384:6
387:6 390:9 391:23
392:15,16,17,24
393:10 394:6 395:8
399:19 402:8,15,25
403:2,5,7,22,24
404:3,17 406:1
407:20 408:13
409:5 411:15 412:8
412:16 413:4,11,17
**old (1)**
378:3
**once (3)**
317:8 367:20 384:9
**one-off (1)**
276:24
**one-page (1)**
396:20
**ones (5)**
360:20 361:14 371:3
371:4 388:6
**ongoing (7)**
270:17 329:19 348:3
364:19 383:7
388:24 405:20
**open (2)**
365:14 372:11
**opening (1)**
370:8
**operated (7)**
362:16,20 366:25
367:2 379:8,23
386:11
**operates (1)**
329:24
**operating (1)**
381:1
**operation (2)**
298:17 380:8
**operational (1)**
376:12

**operations (7)**
337:23 345:6 368:5
379:9 382:7,23
386:17
**opined (1)**
399:8
**opinion (1)**
254:7
**opportunity (5)**
276:6 290:23 291:23
304:20 413:12
**opposed (4)**
288:10 301:6 334:25
400:23
**option (1)**
328:5
**Options (4)**
253:19 322:12 323:5
323:25
**order (58)**
253:18 260:19 263:25
264:19 265:13,21
269:11,14 287:19
289:19 290:16,18
291:19 293:14,20
293:24 299:9 300:1
301:14,15 302:3,5
302:23 303:3
304:11,23 305:4,15
307:20 308:21
309:1 310:3,10,18
311:16,19 313:16
320:18 321:6,9,10
322:21 325:4
348:18,19 355:1
356:13 361:12
383:25 384:1
389:19 390:2,5
405:15 407:3,11,13
407:21
**ordering (1)**
396:24
**orders (4)**
318:15 347:5 383:10
389:15
**ore (4)**
295:25 322:8 324:24
329:8
**organisms (2)**
325:11 328:9
**organizing (1)**
399:3
**original (3)**
360:19,22 415:13
**ought (2)**
340:6 386:7

**outcome (2)**
390:2 415:11
**outfalls (1)**
393:17
**outfitting (1)**
334:25
**outright (1)**
281:23
**outside (7)**
288:19 291:12 298:22
331:13,20 389:11
389:13
**overall (5)**
309:14 317:24 323:12
364:10,15
**overlap (2)**
310:25 326:5
**overnight (1)**
256:21
**overseeing (1)**
295:8
**owned (4)**
347:20 376:2 380:8
391:19
**owners (1)**
326:13
**ownership (3)**
391:22 398:1,2
**owning (1)**
366:7

———————

**P**

**P (4)**
251:1,1 252:1,1
**p.m (19)**
250:14 255:2 256:16
343:3,5,5 344:2,2,6
357:25 358:1,1,3
413:7,8,8,10 414:10
414:12
**Pacific (2)**
250:13 255:11
**Paco (11)**
295:23,25 296:3,3
322:3,7,20 323:21
329:6,11,20
**page (28)**
253:3,7 254:2 264:6
271:2 284:12
311:25 316:6,7
323:18,19,20,24
324:12 332:6
333:24 334:1
340:13,23 341:10
370:7 393:7,22,23
402:18,25 403:8

410:7
**PAHs (2)**
388:12,17
**paid (4)**
305:22 306:1,2,7
**paint (5)**
326:14,18,22 327:18
334:5
**paints (9)**
320:10 325:4,8
326:21 330:20,23
331:2 340:4,5
**paper (2)**
264:20 398:25
**par (1)**
273:8
**paragraph (11)**
316:8 324:12 325:14
332:21 340:17
393:23 394:10
395:10 397:1 404:8
405:4
**paragraphs (1)**
332:11
**part (21)**
268:3 273:1 281:6
284:17 287:20
288:22 299:18
310:9 320:5 322:15
346:5 381:17,24
382:3 384:7 389:9
389:10,19 391:3
407:3 408:23
**participate (1)**
319:10
**particular (7)**
271:2 272:6 281:8,9
309:21 318:2
333:16
**parties (2)**
385:13 415:9
**parts (11)**
312:19,20 313:1,4,9
315:3,4 316:2,10,11
332:15
**Passaic (1)**
258:21
**passenger (1)**
329:25
**pathogen (2)**
412:1,4
**pathogens (6)**
411:10,12,15,22
412:7,11
**Paul (1)**
297:25

**pay (1)**
405:7
**PCB (31)**
260:17 300:12,22,25
301:12,21 302:6,6
312:1,18,25 313:8
315:8 316:9 331:7
333:19 337:6,11
341:18 342:3
345:18 347:3,15
348:3 365:11
378:24 385:4
390:13,19 405:19
411:1
**PCB-containing (7)**
332:24 335:20 341:21
342:15,19 378:25
384:17
**PCB-induced (4)**
354:17 357:10 398:7
399:14
**PCB-related (5)**
282:10,21 283:5
353:23 405:23
**PCB-specific (1)**
347:1
**PCBs (97)**
259:21,21,25 260:3,8
260:22,23 263:11
263:19 265:2,13
269:5 277:7,22,24
280:8 281:9,17
283:20 288:1 290:1
300:8,18 301:15
302:10 303:23
304:6 312:2 313:22
313:24 315:22
316:5 317:23 327:1
328:22 330:19,23
331:2,3,12,18,20
332:8,13,14,20
333:2,7,12,13,25
334:2,4,6,8,11,14
334:20 335:10,14
336:17,25 337:6,12
337:15 338:14
340:6,22 341:4,11
341:16 342:13
345:20 346:10,13
347:5,21 348:12
351:18 352:11
363:9,16 364:2,9
378:24 382:14
384:9 388:13,16,17
388:20 390:18
391:7 401:17

405:17,21 406:24
**PCTs (1)**
313:23
**pen (1)**
349:16
**people (5)**
309:22 310:1 326:21
366:5,7
**Pepper (2)**
406:2,3
**percent (7)**
265:1,11 323:13
332:12,14 334:14
347:24
**percentage (1)**
331:19
**perform (22)**
274:2,12 286:7,14
289:3 293:10,15,16
294:9,18,22 299:4
299:20 300:2,8,22
300:25 301:11
302:6 379:9 385:5
407:22
**performed (12)**
260:18 270:1 272:18
273:17 294:7
296:22 300:12
303:1,15 308:20
390:22 409:15
**performing (5)**
272:21 288:24 291:7
383:19,19
**performs (2)**
280:4 294:14
**period (3)**
325:4 371:21 381:1
**permit (3)**
267:3 289:15 293:5
**permits (1)**
293:10
**perspective (4)**
265:11 297:12,18
341:1
**pertains (2)**
281:9 282:6
**Pg (1)**
416:5
**Ph.D (5)**
249:15 250:11 253:2
256:7 414:18
**PHARMACIA (1)**
249:8
**phase (3)**
338:2 380:9 407:16
**photo (5)**

405:17,21 406:24
**PCTs (1)**
313:23
**pen (1)**
349:16

373:17,20,21 374:5
375:2
**photograph (17)**
253:23,24 254:3,4
348:21,24 351:8
355:2,5 359:14
360:5 374:16,19,22
375:1 387:7,14
**photographs (12)**
253:21 254:8,9,11
338:23 355:11
359:3 370:25
371:18 375:18
379:19 387:25
**photos (1)**
373:11
**phrase (2)**
277:6 283:17
**physical (1)**
376:2
**picked (1)**
345:7
**picture (10)**
339:5,8 340:4,5
359:23,25 360:4
366:17 387:8,22
**pictures (2)**
345:8 372:22
**piece (1)**
264:20
**pier (2)**
352:11 394:1
**piers (2)**
346:3,4
**piles (1)**
371:15
**pipeline (3)**
387:10,20 408:2
**pipelines (2)**
388:4,6
**place (9)**
260:13 292:2 296:1
329:8 336:2 346:2
397:10 400:23
401:7
**placed (1)**
397:16
**placement (2)**
354:11 357:3
**plain (4)**
291:21 302:19,20
330:5
**Plaintiff (3)**
249:5 251:2,9
**plan (11)**
253:8,14 263:1,24

264:4 299:9,19,22
309:13,15 407:16
**planes (4)**
377:14,15 381:9,15
**planned (10)**
287:25 288:11 289:11
289:25 290:2,10
291:10,24 292:9
304:17
**planning (12)**
288:6,14 289:3 290:9
290:20,24 291:2,6
292:1,4,6 294:7
**plans (4)**
289:7 303:17 373:19
411:1
**plant (14)**
267:2 375:13 376:16
376:25,25 377:3
380:11 382:23
386:9,10,17 388:11
390:15,24
**plants (24)**
342:6 373:10 374:9
374:21 375:6,12,20
375:22 377:9 378:3
378:10,18 379:1,8
379:18,21,22 380:9
381:1,5,14 382:7
383:21 384:10
**plastic (2)**
395:14,14
**please (4)**
255:18 256:6 265:5
265:18
**point (10)**
258:4 275:13 276:1
317:18 344:21
366:14 372:3 381:4
400:9 413:13
**points (1)**
380:10
**policies (1)**
336:24
**policy (1)**
335:19
**pollution (5)**
321:2 325:23 327:24
328:7 410:12
**Polychlorinated (1)**
338:19
**polygon (6)**
389:6,6,8,9,11,12
**polygons (3)**
386:25 387:2 389:5
**pool (1)**

409:18
**populating (1)**
339:25
**population (8)**
253:10 266:18 269:24
270:2 271:15
273:20 274:16
275:16
**populations (10)**
265:25 266:15,22
267:8,21 268:15
269:4 274:19
275:21 276:20
**port (256)**
249:3,14 250:10,12
251:2 252:6 253:8
255:6,7,20 258:20
259:3,8,20 260:2,7
260:9,22 261:10,19
262:10,19,23 263:1
263:24 264:4,5
266:5 272:21
273:17 276:8,16
277:20 278:4,9
279:21 280:7
282:21 283:15,19
284:2,5 285:4,9,25
286:7,10,13,22
287:7,8,13,13 288:4
288:9,10,14,17,23
289:2,14 290:8,9,20
290:23 291:2,6
292:4,13 294:7,15
294:15,18 295:3,8,9
295:13 296:9,14,21
297:8,9,23 298:2,10
298:17,22,24 299:4
300:6,10,16,22,25
301:11,11,20 302:6
302:9 303:1,8,11,14
303:17,23 304:5
305:23 306:7,10,15
307:13,15,23
308:24 309:7 310:6
310:8,15 311:9,11
311:20 313:15
318:6,14 319:9,13
319:15,23 320:4,25
322:24 323:11
324:14 326:1,3,7,18
326:20,20,24
328:24 329:24
330:19,22 331:1,7
331:12,18 333:11
333:18 334:19
335:18,25 336:11

336:15,23 337:5,11
337:14,19 341:4
342:18 344:16
347:13,19,19 348:2
348:6 349:10,12
351:16 352:8,10
353:3,25 354:10,16
354:16 356:4,10,11
356:15,21 357:3,13
362:9,22 363:1,8,14
364:1,10,18,23
365:6,10 367:19
368:2 373:1 376:1
376:15 378:16,24
379:12 383:16,18
383:25 384:8
385:12,16 386:1,16
388:19,22 389:21
391:8,14,24 395:24
396:4,22 399:6,8,9
399:20 400:8 401:1
401:22 402:11,12
402:17 403:5,25
404:14,17 405:9,12
405:16,18 406:2,8
406:17 407:1,6,21
408:8,19 409:10
410:4,6,17,18 411:6
411:10,16 413:17
**port's (45)**
278:1 282:9,19 283:4
283:18 287:20
304:21,25 305:5,7,9
305:9,13 318:19
321:22 325:21
327:2 329:18
332:23 333:1,6
334:8,11 335:10,13
341:1 342:12
345:17 353:22
355:21 357:9
363:20,24 364:15
382:22 384:22
385:3 388:22
390:21 391:1,6
399:12 401:11
402:19 412:11
**portable (1)**
395:13
**portion (3)**
361:20 391:18 394:2
**portions (2)**
355:6 387:1
**Portland (2)**
258:20,21
**ports (1)**

397:21
**position (11)**
283:5 286:20 305:8,9
305:13 329:18
342:12 347:15
357:9 401:16
412:11
**positive (1)**
276:1
**possibility (1)**
338:6
**Post (1)**
251:3
**postremediation (1)**
404:8
**potential (8)**
259:25 281:7 330:21
364:24 365:7,11
403:9 408:9
**potentiality (1)**
330:24
**power (5)**
267:2 386:9 388:11
390:15,24
**powers (1)**
335:1
**practice (4)**
272:2 378:17 385:4
386:1
**prayer (1)**
287:20
**precision (1)**
275:15
**preference (1)**
400:21
**preparation (3)**
270:10 287:14 309:8
**prepare (1)**
278:23
**prepared (5)**
290:19 300:6 309:6
392:6 413:14
**preparing (1)**
277:25
**presence (6)**
277:21 288:1 289:25
291:24 363:15
391:25
**present (12)**
252:5 262:25 264:23
265:4 266:2,6
316:19,23 358:8
370:13 385:9
406:10
**presented (4)**
265:22 269:23 270:4

391:7
**presumably (1)**
400:25
**prevent (4)**
260:7 331:12 336:16
336:24
**previously (1)**
353:15
**primarily (3)**
287:5 309:12,24
**primary (1)**
361:13
**principal (2)**
310:11 325:7
**printed (1)**
308:15
**prior (3)**
302:25 345:18 398:20
**privately (1)**
391:19
**privilege (1)**
305:24
**privy (1)**
396:16
**probably (8)**
267:3 272:15 274:7,9
274:14,16 294:16
413:25
**problem (1)**
306:22
**proceeding (1)**
415:10
**proceedings (2)**
414:12 415:7
**process (6)**
281:6 287:6,7 299:23
381:18 408:24
**produce (1)**
310:20
**produced (1)**
373:24
**product (4)**
266:10 278:23 305:6
310:7
**products (2)**
334:24 378:25
**professionally (1)**
258:11
**program (3)**
260:24 270:17 279:19
**programs (2)**
273:1 302:14
**progress (5)**
307:21,24 309:24
310:21 318:11
**project (22)**

256:25 257:14
276:25 286:21
287:3 292:18,19,23
293:2,15,20,25
294:8 295:19 300:2
304:4,6 305:11
310:20 326:8
328:13,18
**projects (9)**
258:16,18 295:9,14
296:5,6,22 300:11
372:18
**promulgate (1)**
284:2
**proper (2)**
298:1 361:23
**properties (3)**
347:20 385:14 409:18
**property (9)**
277:23 354:3,4,4,6
366:7 385:9 391:3
391:16
**proposed (9)**
261:11 262:13 287:8
287:15,20 303:9
305:11 320:4 393:2
**proposes (1)**
328:24
**proposing (1)**
300:25
**protect (2)**
261:12 262:14
**protected (3)**
256:23 257:6,19
**protective (9)**
287:18 289:19 290:15
290:17 291:19
304:11 305:4,15
356:19
**protein (1)**
284:18
**protocols (1)**
260:9
**provide (4)**
281:1 336:11 349:15
381:9
**provided (2)**
279:12 289:8
**providing (1)**
267:8
**provisions (1)**
392:25
**pry (1)**
261:25
**public (24)**
249:4 262:8 277:20

277:23 278:2,5,9
282:11 285:4,10,21
285:25 300:17
348:12 351:18
353:24 354:24
355:18,24 356:14
370:12,18 399:14
416:25
**publications (1)**
267:6
**publicly (2)**
262:4,7
**pull (1)**
263:4
**pulled (1)**
400:20
**purchasing (1)**
335:1
**purportedly (1)**
372:2
**purpose (2)**
267:7 410:2
**purposes (22)**
267:7 278:24 279:2
287:8 290:24 291:7
300:7,11,12 318:20
327:1 329:13
342:15 356:2 386:2
393:1,3,20 399:7,10
407:20 409:24
**put (10)**
264:22 314:10 326:21
327:9 329:9 338:7
357:19 371:12
383:16 409:24

——————————
**Q**

**QA (2)**
314:10,10
**qualified (1)**
389:6
**qualifier (2)**
314:9,9
**quality (2)**
253:14 314:23
**quantified (1)**
333:15
**quantity (1)**
292:3
**quarters (1)**
306:16
**question (21)**
262:10 276:15 284:12
284:13 285:9
286:22 289:13
291:13 297:21

327:16 330:22
336:19 340:25
346:9 347:2,8 363:9
395:18 398:9
399:11 411:9
**questioning (1)**
287:19
**questions (7)**
259:18 279:12 290:6
291:18 412:20
413:1,17

——————————
**R**

**R (2)**
251:1 252:1
**R9-2017-0081 (1)**
308:22
**radios (1)**
395:14
**Railway (1)**
404:25
**RAND (5)**
322:11 323:5 332:2,7
333:24
**range (1)**
266:17
**ranged (1)**
312:19
**ranges (1)**
315:3
**ranging (1)**
316:10
**Rarely (1)**
295:16
**rate (1)**
306:8
**rates (2)**
317:13,15
**ray (1)**
268:11
**RDR (3)**
249:24 250:15 415:18
**re-read (1)**
369:10
**reached (2)**
370:10 401:1
**reaction (1)**
319:25
**read (12)**
289:23 314:3 361:15
363:5 372:4,10,12
376:14 397:4
407:18 410:22
416:5
**reading (1)**
372:15

**Reads (1)**
416:5
**ready (3)**
332:19 358:17 412:18
**realistic (1)**
338:6
**really (7)**
256:15 270:16 271:15
275:5 278:8 325:11
347:2
**reason (4)**
263:2 325:3 342:13
416:5
**reasonably (1)**
406:10
**reasons (2)**
282:24 389:14
**recall (5)**
260:16 263:4 351:19
361:15 372:15
**received (1)**
408:22
**receiving (1)**
366:5
**recess (4)**
307:2 343:5 358:1
413:8
**recognize (1)**
259:24
**recollection (1)**
380:20
**recommendations (2)**
284:20 319:6
**recontaminate (2)**
326:15 327:10
**recontamination (1)**
327:6
**record (25)**
280:21 306:25 307:7
307:11 314:16,16
337:18 338:15
342:25 343:4 344:7
344:11 357:22,24
358:2 363:5,12
397:4 413:6,9,20
414:5,7,11 415:7
**record's (1)**
401:14
**records (8)**
296:21 297:1,5 336:5
336:6,8,9 362:24
**recoveries (1)**
410:10
**recycled (1)**
334:5
**recycling (1)**

334:3
**redirect (1)**
367:13
**redistribution (2)**
260:8,12
**redredge (1)**
327:14
**reduce (4)**
260:11 323:12 333:19
410:10
**reference (5)**
311:25 339:11 388:7
396:24 405:17
**referring (7)**
315:7 320:12 324:17
340:18 351:7 384:4
395:11
**refers (1)**
321:12
**reflect (1)**
372:23
**reflection (1)**
353:23
**refuge (1)**
372:10
**refuse (2)**
362:24 372:1
**regarded (2)**
409:16,17
**regarding (3)**
322:7 340:21 358:24
**Region (1)**
267:12
**regional (11)**
263:19 265:13 301:2
301:13 318:10,15
318:19 319:13,15
319:24 320:5
**regular (2)**
346:15,19
**regularly (3)**
330:3,4 334:3
**regulated (1)**
332:20
**regulations (1)**
332:16
**regulatory (1)**
302:14
**relate (1)**
386:18
**related (2)**
285:9 287:19
**relates (1)**
291:10
**relative (1)**
371:20

**relatively (1)**
390:19
**release (1)**
408:2
**released (1)**
337:7
**releases (1)**
341:4
**relevant (1)**
384:22
**relief (1)**
287:20
**relying (1)**
334:25
**remain (1)**
394:15
**remained (1)**
389:11
**remaining (2)**
275:23 399:2
**remains (1)**
365:14
**remedial (1)**
263:11
**remediate (4)**
337:6,12,14 384:9
**remediated (2)**
265:2 408:17
**remediating (2)**
385:13 393:4
**remediation (19)**
295:21 296:1,4,4
298:16 300:12,23
301:1,12,21 302:6
319:17 329:20
346:5 383:19 385:6
388:8 408:19
410:12
**remediations (3)**
345:18,25 346:12
**remedy (2)**
261:15 288:10
**remember (3)**
260:15 312:12 342:10
**removal (1)**
303:5
**remove (2)**
326:14 398:23
**removed (3)**
325:16 340:7 396:24
**render (1)**
415:13
**rental (1)**
375:14
**rep (1)**
305:16

**repetitive (1)**
305:3
**rephrase (2)**
301:9 384:6
**report (54)**
253:15,16,19,20
254:7,12 267:12
268:10 287:15
289:4,7,10 307:18
307:21,22,25 308:2
308:20 309:9,17,21
309:24 311:23
312:1 313:7,17,20
318:6,9,12 322:11
323:5 332:3,8
333:25 338:14
340:4,9 341:10
358:23 359:14,17
370:7 387:15 392:5
392:18,19,22,25
393:7 398:20 401:8
407:2 410:5
**reported (3)**
249:23 346:6 415:5
**reporter (5)**
250:16 255:16 256:5
372:5 415:2
**reporter's (1)**
415:13
**Reporting (2)**
255:15,17
**reports (15)**
267:15 268:14 270:10
304:24 308:8,23
309:4 310:2,17,21
311:2 327:22 334:4
334:6 402:12
**represent (5)**
268:1 308:1,3 392:25
403:22
**representative (2)**
276:16 344:17
**represented (1)**
315:15
**representing (2)**
268:5 351:12
**require (1)**
319:15
**required (9)**
292:23 293:2,9
305:12 323:11
334:23 385:5 387:1
405:7
**requirement (2)**
267:3 385:8
**requirements (5)**

**299:19 300:3,4**
336:24 340:21
**requiring (2)**
335:19 389:14
**research (12)**
253:12 267:6,7
269:11,19,25
270:10,14,21,22
275:12 394:17
**resident (1)**
268:1
**resolve (1)**
405:7
**resolved (2)**
327:18 383:25
**resolving (1)**
326:9
**resource (2)**
294:1 321:20
**resources (1)**
279:24
**respect (8)**
291:23 294:8 348:6
366:10 383:7,20
388:24 389:22
**respective (1)**
371:20
**response (9)**
284:5 308:20 310:2
310:18 313:15
318:14 319:6
337:17 367:5
**responsibilities (5)**
311:13,15,16,20,21
**responsibility (3)**
281:7 341:5 410:11
**responsible (2)**
295:8 385:13
**responsive (1)**
308:25
**rest (6)**
397:8,12,14 398:16
398:18 409:22
**restate (1)**
286:12
**restricted (1)**
353:3
**restrictions (1)**
282:16
**result (3)**
288:5 291:11 406:9
**results (5)**
312:24,25 315:8
316:1 340:14
**retired (2)**
332:9,12

**retrieval (1)**
394:13
**reverse (1)**
321:6
**review (9)**
267:14,16 276:6,14
286:20,23 287:2
309:12 355:10
**reviewed (7)**
267:17 270:9 289:3,6
297:5 310:12 340:9
**reviewer (1)**
309:18
**reviewing (1)**
392:14
**revised (1)**
277:18
**rid (1)**
395:25
**right (42)**
270:5 271:25 277:12
278:14 279:18
284:25 302:2
306:20 307:17
308:14 311:7
321:10 323:10
324:11 345:3 349:6
349:8,9,9 350:6,12
351:1,2,4,14 352:19
353:15 354:10,22
358:10 360:8 361:3
369:9,14 371:16,17
372:13 393:15
397:15 400:8 401:2
410:8
**rigs (1)**
294:22
**riprap (1)**
409:17
**rise (1)**
327:13
**risk (3)**
281:1 391:8 410:18
**risks (2)**
293:17 296:16
**River (1)**
258:22
**RMR (3)**
249:24 250:15 415:18
**Rob (1)**
373:23
**Robert (2)**
251:17 256:3
**robust (1)**
268:17
**Rohr (2)**

405:16,24
**Rohr/Goodrich (2)**
405:12,18
**role (1)**
298:24
**romanette (1)**
409:7
**room (1)**
307:10
**Rosate (5)**
249:24 250:5 255:16
415:1,18
**rough (1)**
390:11
**round (2)**
268:11,11
**rubbish (5)**
369:6,12 370:14
371:14 395:15
**rules (1)**
341:3
**run (2)**
265:7 361:14
**runway (1)**
375:7
**rush (1)**
308:13
**Ryan (4)**
380:16 392:6,18
398:20

---
**S**

**S (5)**
251:1 252:1 253:6
254:1 387:15
**safe (1)**
382:6
**safety (1)**
349:20
**sailboats (1)**
394:1
**sailing (3)**
393:24 400:4,11
**sampled (2)**
332:13,19
**samples (12)**
312:3,4,9,14,16,25
313:8 315:21 316:1
316:11 390:18
391:11
**sampling (17)**
266:4 276:4,12
289:16 307:20
309:13,15 310:8,13
311:4,6,8,9,12,13
313:24 386:24

**San (159)**
249:3,4,14,17 250:10
250:12,13 251:2,9
251:11,17 252:6
255:1,6,7,12,20,22
259:21 260:3,18,23
263:18 264:16
265:1,12 266:15
267:21 268:15
269:4,20,21 270:21
271:11 272:19
274:3 275:3,6,15,21
276:13 277:8 280:8
280:19 281:5,16
282:7,11,22 283:6
283:20 285:5,10
286:1,8,14,21,22,23
286:25 287:4,16
288:25 291:2,7,8
292:23 293:2,15,20
293:25 294:13,18
295:4,14,20 296:6
296:22 298:2,17
299:20,24 300:2,8
300:17,23,23 301:1
304:4 307:23 311:4
321:1,2,23 328:23
329:25 330:15
331:8 333:12
335:14,20 336:2,10
336:11,13 337:7
339:7,9,13,17,23
340:1 341:2 342:4
344:1 345:9,19
346:7 348:3 355:3
355:14,15,23
357:10 358:6,12
359:20 360:1
362:25 364:19,24
365:7,11 369:18
372:14,24 377:18
378:19 382:9,24
383:21 384:7,8
387:8,8,16,21 388:4
388:20,25 389:23
392:9 393:13
396:19 402:11
407:15 409:14
410:18 411:11
**sand (1)**
261:16
**saying (1)**
290:19
**says (15)**
271:5 315:3,19 316:9
328:7 332:11

340:13 341:13
370:9 393:8 395:11
398:25 399:1 406:9
409:2
**scientific (1)**
272:6
**scope (133)**
259:22 260:4 261:14
261:21 262:15,22
265:3,16 272:23
273:21 274:4,13
275:7,17 277:9
280:1,9 281:18
284:7 285:6,11
286:3 287:10,17
289:5,18 294:10,25
295:5,10,15 296:11
296:18,23 298:4,12
298:19 299:1,6
300:13,19 301:3,18
301:24 303:12,19
303:25 304:9 311:1
313:2 317:11,20
318:17,23 319:8,20
320:2,7 326:4,11
327:4,19 328:16
329:2,15,21 330:12
330:16 331:4,9,15
331:22 333:8,21
334:13 335:7,15,23
336:18 337:2,8
341:6 342:22
346:17 347:16,22
348:8 353:19
354:14,20 355:25
356:6,16,25 357:6
357:16 363:3 364:3
364:12 367:15,22
370:3 371:22 372:6
373:4 376:7,17
377:20 378:6 379:3
379:13,24 381:11
381:19 383:12,22
384:11,18,24 385:7
385:18 389:24
394:23 396:6
399:15 400:1,16
401:11,25 408:25
410:21 411:3
412:15
**score (1)**
311:7
**scuttle (1)**
398:14
**scuttled (4)**
394:14 396:10 398:21

401:8
**scuttling (2)**
395:12 401:23
**SDG (1)**
390:23
**SDG&E (12)**
267:2 359:22 386:8
388:11,19,23
389:17,19,22
390:13 391:15,19
**SDG&E's (1)**
390:23
**seafood (1)**
281:8
**Season (1)**
307:20
**seasonal (1)**
268:2
**second (9)**
260:17 280:17 297:15
324:10 340:17
395:11 396:25
404:3 405:4
**second-to-last (2)**
325:15 404:7
**secondarily (1)**
407:7
**secondary (1)**
407:11
**secretary (2)**
341:17 358:13
**section (14)**
271:3 291:5 293:6,11
299:14,15,16
313:22 333:25
340:13 341:11
393:7 403:2 407:6
**Sections (1)**
309:22
**security (3)**
355:13 356:2,24
**sediment (20)**
260:12 295:25 301:21
307:24 311:6 312:2
312:4,9,15 313:7
315:8 316:17,19
317:2 318:2 325:16
326:3 345:18
346:11 391:2
**sediments (15)**
313:24 316:21 317:5
326:14 327:1,13
328:8,11 342:4,14
347:14,20 385:6
386:18 401:9
**see (36)**

257:17 263:12 264:13
265:7 272:13
277:12 289:7 309:6
309:19 312:22
314:1,1 315:5,24
319:24 323:18
324:9 325:19
332:21 349:22
350:20,20 351:24
359:12 360:7
370:15 374:5,23
379:19 392:4
394:18 397:2 402:9
404:20 405:13
408:4
**seek (1)**
300:22
**seeking (1)**
326:1
**seeks (1)**
303:18
**seen (14)**
322:23 323:4 368:21
369:2 371:3,7,8
387:25 392:21
395:6 402:10,14,15
402:23
**segregated (2)**
257:11,13
**select (1)**
395:24
**senior (2)**
309:12,18
**sense (19)**
267:17,19 274:7,14
274:15 275:15
282:6 317:23
327:17 330:9 350:7
361:7 362:6,16
364:9 371:18
375:10 386:11,14
**sentence (18)**
271:5 303:13 316:8
325:15 332:18
334:2 369:4 370:8,9
393:10 394:11
395:11,22 397:4
404:7 406:8 407:8
410:23
**sentences (1)**
394:12
**separate (4)**
257:14 290:22 295:3
399:23
**separation (1)**
311:1

**September (2)**
269:19 358:22
**sequence (1)**
307:18
**series (2)**
359:1 373:11
**serious (2)**
410:17 411:11
**serve (2)**
267:1,7
**server (1)**
279:6
**services (2)**
306:10 341:19
**set (1)**
415:15
**setting (1)**
389:5
**settlement (5)**
261:23,25 262:17,20
262:24
**settles (1)**
317:2
**settling (1)**
316:17
**seven (2)**
267:15 350:5
**seventh (1)**
406:5
**sewage (1)**
339:14
**shape (1)**
397:5
**share (2)**
405:6 406:9
**Shawn (2)**
251:18 256:1
**SHEET (1)**
416:1
**Shelter (12)**
320:12 322:2 323:10
323:13,20,22,23
324:12 327:20,23
404:18,19
**shift (3)**
277:12 278:22 358:5
**ship (3)**
332:9 334:15 336:21
**ships (17)**
253:19 322:12 323:6
332:12,18,24 333:2
333:20 334:1,4,5,20
334:24,25 342:19
342:20 360:8
**shipyard (20)**
260:16,17 292:19

295:20,24 296:4
297:8 298:16 351:6
352:9,20 353:5,17
356:17 357:15
388:8 389:15 404:1
404:5,15
**shipyards (7)**
342:7 355:14,24
356:13,23 389:4
404:1
**shoreline (3)**
342:9 394:7 400:23
**short (1)**
386:7
**short-circuit (1)**
292:6
**Shorthand (2)**
250:16 415:1
**show (3)**
274:19 371:19 412:7
**showing (2)**
387:10 393:16
**shows (2)**
332:12 375:4
**sic (6)**
269:20 369:5 378:5
392:10 401:21
406:15
**side (7)**
357:19 362:3,4,5
375:16 383:17
409:25
**sides (1)**
375:23
**sign (1)**
309:19
**Signature (1)**
416:21
**signed (1)**
358:13
**significant (1)**
325:22
**silent (1)**
269:8
**Silvergate (8)**
386:8,10,17,23 387:3
388:3,11,23
**similar (1)**
276:21
**simply (1)**
266:22
**single (2)**
323:24 362:19
**single-year (1)**
276:23
**sinking (1)**

401:23
**sit (7)**
275:3 319:12,14
336:7 364:7 365:15
384:8
**site (24)**
258:21,22 295:24
379:10 390:14
393:8,8 404:15
405:1,11,11,12,16
405:19,19 406:3,19
406:21,23 407:1,24
407:25 408:8 410:8
**sites (6)**
263:9,10 273:24
297:8 388:8 410:16
**siting (1)**
396:17
**sits (2)**
287:13 349:10
**Sixth (1)**
406:1
**size (4)**
271:5,8 274:8 350:4
**slough (1)**
325:10
**slow (1)**
340:6
**SLPR (1)**
409:13
**small (2)**
394:1,3
**small-scale-area (1)**
411:13
**smaller (1)**
268:7
**Soils (1)**
312:5
**solar (2)**
374:16 375:15
**solicited (1)**
300:16
**SOLUTIA (1)**
249:7
**solutions (1)**
378:18
**solvents (1)**
381:15
**somebody (1)**
271:23
**sorry (14)**
264:8 280:24 308:11
308:11 323:21
324:6,6 349:5
358:17 360:9 373:6
383:5 388:15 402:5

**sort (8)**
265:2 279:23 311:1
330:5 345:3 375:19
388:10 390:6
**sorts (1)**
294:4
**sounds (1)**
271:18
**source (14)**
259:21 284:18 347:21
348:3 360:19,22
361:13 364:19,24
365:2,7,11 388:19
396:11
**sources (2)**
259:25 361:15
**south (6)**
268:3 374:21 375:23
390:13,15,23
**Southern (2)**
249:2 255:9
**Southwest (1)**
267:12
**Space (1)**
378:4
**SPAWAR (2)**
378:2,4
**specialist (1)**
255:15
**species (8)**
267:25 268:1,2,21
282:6,7 284:22
294:4
**specific (9)**
284:22 302:14,15
346:10 347:5,24
353:24 386:21
395:22
**specifically (12)**
260:8 288:3,8,13
290:3 292:3 303:5
333:15 346:12
349:12 350:18,25
**specifics (2)**
336:12 340:5
**speculating (1)**
397:19
**speculation (1)**
398:5
**speed (2)**
264:19 277:14
**spelled (1)**
393:6
**spite (2)**
354:16 357:9
**split (1)**

389:9
**Spoil (1)**
299:15
**spot (4)**
397:24 398:6,12,13
**squarely (1)**
288:2
**stack (1)**
371:13
**staff (1)**
297:10
**stages (1)**
268:5
**stand (1)**
292:4
**standard (2)**
378:16 386:1
**standing (2)**
271:4,7
**start (8)**
255:4 300:24 345:22
361:3 379:21 380:9
392:17 414:3
**starting (6)**
373:13 379:19 389:16
402:18 413:23,25
**state (16)**
281:2,24 293:11,21
302:5,22 304:7
305:12 308:24
326:22 362:24
368:2 385:10
399:21 411:6 415:2
**stated (2)**
311:3 339:22
**statement (3)**
365:23 370:17 411:25
**statements (2)**
410:13,14
**states (17)**
249:1 255:8 312:2,18
325:14 331:19,21
334:2 340:17
341:17 363:5 366:3
369:4 404:9 405:5
407:6 410:9
**Station (4)**
351:3 355:3 393:12
397:7
**statistics (1)**
341:19
**status (4)**
256:23 364:11,15
390:4
**steady (1)**
275:24

**steps (7)**
257:19 289:15 290:24
291:2,6 293:1 348:6
**stock (4)**
271:4,5,7,8
**stop (2)**
256:16 342:24
**storage (2)**
399:24,25
**storing (1)**
340:21
**straight (1)**
315:22
**streams (1)**
382:15
**street (4)**
251:23 358:7 359:18
407:24
**strictly (2)**
345:20,20
**stringent (1)**
332:16
**strong (1)**
268:16
**structure (1)**
378:8
**structures (2)**
376:2,16
**studies (20)**
267:20 268:18,24
269:3,7 271:16,22
273:4,4 274:19
275:22,25 276:7,12
276:17,18,22,23
277:7 300:6
**study (9)**
253:12 267:18 269:11
269:19 272:19,22
274:3 276:21 370:9
**stuff (3)**
258:11 402:17 412:5
**subject (12)**
261:22 263:18 265:12
278:8 286:10
294:21 304:10
309:23 383:10
398:7 399:13,13
**submit (1)**
409:22
**submitted (4)**
318:7,9,12 392:5
**SUBSCRIBED (1)**
416:22
**subsection (5)**
403:2 404:4,24
405:12 406:5

Exhibit 1
185

**Substances (1)**
340:19
**successor (1)**
405:24
**suffice (1)**
351:22
**sufficiency (1)**
273:6
**sufficient (5)**
261:12,17 262:14
272:15 410:10
**suggest (1)**
269:3
**suggests (3)**
317:24 383:1 408:3
**suited (1)**
304:23
**summary (2)**
312:1 313:23
**sunk (1)**
398:14
**Sunroad (1)**
406:18
**Superfund (2)**
258:21,22
**supply (1)**
272:15
**support (4)**
262:21,24 271:19
281:1
**supporting (1)**
277:19
**sure (9)**
256:16 264:10 319:22
323:19 328:14
356:7 368:23
397:14 412:23
**surface (2)**
316:10 317:17
**surprising (2)**
395:20 398:3
**surrounding (2)**
372:19 381:6
**survey (2)**
270:8 271:6
**surveys (3)**
266:21 269:21 271:7
**suspect (2)**
322:19 402:22
**suspected (1)**
341:15
**suspender (1)**
325:13
**sustain (1)**
275:16
**sustained (1)**

272:11
**swear (1)**
256:6
**swimming (4)**
411:21,22 412:5,13
**Switzer (1)**
312:10
**Switzer-1 (1)**
312:20
**sworn (3)**
256:8 415:4 416:22
**systems (4)**
378:5,12 383:2
405:22

---

**T**

**T (2)**
253:6 254:1
**tab (1)**
313:21
**tabbed (5)**
264:5 311:24 313:21
332:4 333:24
**table (14)**
264:13 290:5 313:23
313:25 314:4,7
315:2,20 316:4
332:7,7,10,11,11
**tables (2)**
278:25 279:16
**tail (1)**
345:4
**take (15)**
257:18 263:20 274:8
274:12 288:4,9
306:20 332:2 346:2
359:4 366:10 372:1
372:2 397:22
412:22
**taken (15)**
250:12 263:5 271:21
290:9 291:3,7
295:23 307:2
327:25 336:15
358:1 390:18 397:6
407:16 413:8
**takes (2)**
313:8 336:1
**talk (21)**
256:20 258:25 259:3
259:7,11 262:3
280:12 286:6
290:20,23 308:8
330:5 332:5 337:23
345:4 361:3 377:9
391:23 403:10

413:12,19
**talked (12)**
259:10 260:15 261:5
263:16 339:13
342:5,6,8 348:11
353:15 405:2 407:7
**talking (13)**
278:2,4,7 285:20
290:6 303:5 340:16
342:3 350:25 354:7
377:10 390:22
404:8
**talks (9)**
324:13 393:25 396:22
397:12 398:15,21
404:4 408:2 409:13
**TAMT (3)**
310:9 389:18 390:7
**targeting (1)**
346:13
**TDY (1)**
375:15
**Tech (2)**
307:18 310:8
**technical (1)**
310:25
**teens (1)**
362:18
**Teledyne (4)**
380:16 392:6,18
398:20
**tell (6)**
261:7 297:16 345:12
358:16 371:4 372:9
**ten (5)**
322:24 325:22 338:8
412:24,25
**ten-acre (1)**
393:11
**tenant (1)**
303:15
**tenants (8)**
294:15 303:8,11,14
303:18 356:11
366:6 386:2
**tending (1)**
274:20
**tenets (1)**
328:17
**tenth (22)**
260:10 307:19,23
308:5,20 313:18
315:10 317:6 319:3
319:17 320:4
352:16 361:11,21
361:24,25 362:9

363:21,25 368:16
373:2 407:24
**term (7)**
268:6,16 272:2
281:12 377:4,5
395:7
**terminal (23)**
260:10,11 307:19,24
308:5,21 313:18
315:10 317:6 319:3
319:17 320:5
329:14,25 361:11
361:21,25 362:1,10
363:21,25 368:17
373:2
**terminals (9)**
295:25 296:3 322:3,7
322:20 329:7,12,20
329:24
**terminate (3)**
348:7 368:4 389:23
**terminated (2)**
362:17 368:6
**terminology (2)**
272:1 399:25
**terms (34)**
257:13 260:21 262:8
262:16,19 263:11
264:11 269:2 273:7
273:19 275:16,20
276:22 284:21
297:11,24 305:10
305:22 306:14
309:12 317:4 319:6
327:3 331:2 335:19
341:3 347:14
350:24 351:17
364:10 376:2
383:18 384:22
385:25
**tested (2)**
363:15 380:14
**testified (5)**
256:8 304:16 305:25
335:9 399:8
**testify (2)**
285:12 334:19
**testifying (2)**
399:19,22
**testimony (5)**
266:10 282:19 327:2
402:22 415:4
**testing (3)**
308:6 315:9 390:22
**Tetra (2)**
307:18 310:8

**Texas (1)**
251:4
**text (1)**
409:2
**thank (12)**
256:18 276:5 285:3
306:24 339:1
353:14 359:24
369:9,9,10 413:11
413:14
**theme (1)**
276:11
**theoretical (1)**
275:4
**theory (1)**
258:3
**thereabouts (1)**
338:2
**they'd (2)**
356:18,18
**thin (1)**
325:9
**thing (1)**
279:15
**things (8)**
264:19 278:18 288:10
308:15 318:3
320:15 373:23
405:15
**think (64)**
256:14 258:8 261:15
263:4,5 266:25
267:6 268:10,21
274:5,24 276:17
277:1,13 282:13
285:22 287:5
295:23 299:12
304:22 305:2
306:22 310:19
316:6 325:15
326:12,20 327:20
327:21 335:9
337:13 338:2,5
347:7,23 350:11
351:15,23 353:9
361:13 366:23
367:2 371:8,12
372:12 374:4,5
380:6,7 385:8
388:12 390:1,17
394:24 397:13,20
400:14 402:3
411:12 412:3,17
413:13,22,24
**thinking (2)**
315:13,14

Exhibit 1
186

**third (4)**
266:19 271:3 394:10
404:17
**third-party (1)**
314:10
**thorough (1)**
370:9
**thought (2)**
323:22 324:5
**thousands (1)**
341:13
**three (12)**
283:4,19,22 306:16
317:5,7,16 348:11
369:25 403:11,12
407:9
**Thursday (1)**
414:3
**tidal (1)**
360:7
**tideland (15)**
359:16 361:18 362:11
362:15,23 363:2,10
363:15,22 364:2,18
365:10 368:5
369:19 373:3
**tidelands (22)**
339:25 358:6 359:25
360:4 362:7 364:8
364:23 365:6,20
366:6,11,13 367:12
367:21 369:7,13
370:18 371:20
372:1 387:17
391:16,19
**tied (1)**
272:17
**time (56)**
256:15,17 260:23
268:19 283:14
291:22 298:17
307:1,8 310:20
316:17,20 317:1,5
317:16,18,23,24
318:4 325:4 327:8,9
327:17,18 343:3
344:6 353:18
357:25 358:3 360:6
363:9 366:14 367:2
368:5 371:21
375:23 376:4,15
379:12 380:10
382:8 391:1,18
392:21 394:14
395:2 399:1 400:22
404:10 406:11

409:9 413:3,7,10,14
414:10
**timeline (2)**
390:7,11
**tires (1)**
395:13
**tissue (1)**
347:25
**title (1)**
311:3
**TMDL (7)**
320:13 322:2 323:11
323:19,20 324:11
404:22
**today (37)**
257:10,24 266:11
275:3,6 283:18
286:8 287:13 290:8
301:1,4,5,5 305:23
306:17 319:12,14
326:19 336:7,19
339:8,9 348:4
349:10 364:7
365:15 372:24
382:24 383:16
384:8 388:24 399:9
399:19,22 401:16
405:18 412:10
**today's (2)**
361:17 414:8
**told (1)**
259:16
**Toll (4)**
258:3,6,9,19
**Toll's (2)**
257:12,19
**tomorrow (4)**
413:21,23 414:1,2
**top (1)**
360:25
**topic (25)**
277:17 285:13,17,18
285:22 286:5
287:22,23 288:2,3
288:14,18,22
289:21,24 290:8,18
291:18,21 304:11
304:12,23 305:15
305:17 391:23
**topics (6)**
277:13 278:13 290:13
290:15 305:4
413:16
**total (9)**
261:16 263:18,20
264:14,15 271:8,8

312:18 403:8
**totally (1)**
383:25
**touched (1)**
339:15
**Tow (15)**
261:5,7,8,10,20 262:9
262:13 292:18
297:7 337:14 380:7
380:10 383:17
404:25 405:4
**towed (1)**
397:6
**toxic (3)**
324:14 325:1 340:19
**track (1)**
297:17
**traffic (10)**
260:11 331:8 336:1,1
336:12 346:24,24
350:13,16,17
**training (3)**
280:5 408:9 409:7
**transaction (1)**
391:15
**transcribed (1)**
415:5
**transcript (3)**
392:9 396:20 415:13
**transcription (1)**
415:6
**transformers (3)**
341:14,22 379:1
**transient (3)**
268:1 411:13 412:9
**translate (1)**
273:19
**tremendously (1)**
268:22
**trend (3)**
268:23,25 275:20
**trends (3)**
275:23 276:1 277:22
**Tricia (5)**
249:24 250:15 255:16
415:1,18
**tried (1)**
345:10
**true (4)**
355:22 377:17 383:8
415:7
**trust (3)**
277:23 391:4,4
**trustee (1)**
298:23
**try (2)**

256:17 266:10
**trying (7)**
277:3 290:7 310:3
346:22,23 364:9
398:24
**TSCA (1)**
340:19
**TSG (2)**
255:15,17
**turbine (1)**
375:15
**turn (12)**
265:20 271:2 276:3
323:20 340:4,13
371:10 373:9
379:12 386:6 393:7
396:19
**twice (1)**
328:15
**two (27)**
257:6 258:20,23
265:21 279:16,16
282:24 283:21
296:5 308:8,16
310:2,17,19 311:2
318:15 329:24
332:11 338:22
348:18 350:19
360:3,3 369:25
371:12 394:11
407:9
**type (2)**
272:16 378:8
**types (2)**
268:6 274:23
**typically (2)**
316:25 385:16

_____
         U
_____
**U.S (11)**
294:1 331:13 333:1
334:20,24 339:16
339:20 350:1 351:2
381:10 393:12
**UCLA (2)**
374:5 375:1
**Uh-huh (3)**
259:17 360:10,16
**ultimately (1)**
405:7
**un (1)**
273:8
**unable (1)**
267:11
**unaware (6)**
257:8,8 273:22,25

275:8 364:14
**unbinding (1)**
415:12
**uncertain (2)**
274:7,24
**uncertainty (1)**
274:10
**undergo (1)**
346:15
**understand (23)**
256:15 277:3 278:3
283:15,17 293:1,19
295:18 297:23
304:20 305:7,8
310:17 314:4,6
316:12 319:22
323:11 346:23
350:5 363:20 374:7
412:10
**understanding (27)**
264:11 266:21 271:10
275:22 278:12
281:21 298:9 305:1
305:1,5,10 316:13
317:4 329:6 331:1
332:23 334:8
335:13,25 341:20
375:21 377:13
378:10 379:22
391:24 404:13
408:14
**understood (2)**
334:20 380:4
**undertake (1)**
364:1
**undertaken (5)**
288:15 289:14 290:21
290:24 310:9
**underwater (1)**
264:15
**undoubtedly (1)**
370:12
**unfortunately (1)**
308:12
**Unified (10)**
249:3,14 250:10
251:2 255:6,7,20
307:23 320:25
402:11
**United (4)**
249:1 255:8 331:19
331:21
**university-based (1)**
267:5
**unmiti (2)**
273:9,9

**unmitigated (2)**
273:9,9
**unqualified (1)**
314:24
**unsealing (1)**
415:12
**untreated (1)**
378:17
**up-close (1)**
371:14
**upland (10)**
307:20 311:4,12,13
312:4,9,15,25 313:7
354:6
**uplands (2)**
311:8,24
**upper (1)**
393:23
**upstairs (1)**
279:7
**usage (1)**
274:18
**use (22)**
302:20 326:14 334:23
339:17 340:7
341:11 345:9
348:12 349:13
352:10 371:25
373:2 399:14,24,24
400:4,7,10,13,17,22
401:16
**uses (18)**
261:12 262:14 274:22
277:20,23 278:2,2,5
278:9 282:11
285:21 351:18
354:3,24 355:24
371:19 399:20,23
**usually (3)**
268:7 317:1 397:23
**Utilization (1)**
269:20

—————————
**V**
—————————
**value (6)**
271:21 314:11,11,17
314:17,24
**values (2)**
315:15,23
**Vantuna (10)**
253:12 269:11,19,25
270:10,13,20,24
275:11,12
**variability (1)**
274:17
**variation (2)**

316:5 380:11
**variety (1)**
312:11
**various (4)**
326:25 340:16 380:14
383:10
**vegetation (1)**
276:14
**vessel (6)**
260:11,14 331:8
333:16 346:24,24
**vessels (30)**
325:5,10 330:2,6,10
330:14 331:2,14
333:7,11,13,16
334:9,12 335:11,14
335:19 336:12,13
336:16 337:1,11
342:21 345:11
394:13,14,21 395:4
395:6,21
**vicinity (1)**
366:7
**video (2)**
255:15 342:25
**video-recorded (1)**
255:5
**Videographer (12)**
252:2 255:4 256:5
306:25 307:7 343:1
344:4 357:24 358:2
413:6,9 414:8
**videotaped (1)**
414:9
**view (7)**
282:9 359:20 373:19
382:22 388:22
399:12 405:18
**viewing (2)**
359:15,22
**views (1)**
384:23
**violations (1)**
384:16
**virtue (4)**
349:13 350:22 355:21
357:11
**visual (3)**
339:10 350:24 387:19
**visually (1)**
349:11
**void (1)**
415:14
**volume (6)**
249:16 250:11 262:11
272:14 294:16

295:23
**voluminous (1)**
308:2
**voluntary (6)**
301:22 302:11,14,16
302:20 326:8
**vs (2)**
249:6 255:7

—————————
**W**
—————————
**wait-and-see (1)**
319:24
**walk (2)**
392:24 402:21
**walked (1)**
368:23
**Walking (1)**
365:18
**walks (1)**
403:8
**walls (1)**
409:18
**wandered (1)**
277:1
**want (20)**
263:2 264:10,21,22
299:13 308:8,18
323:18 332:4 338:6
338:7 339:10
340:25 345:4 358:8
393:5 394:11
402:21 403:10
412:16
**wanted (3)**
257:22 345:8 391:2
**war (33)**
342:6 373:9,10 374:9
374:20 375:5,12,20
375:21,22 376:13
376:16 377:9,12
378:3,10,18 379:1,8
379:18,18,20,22
380:9,11 381:5,9,14
381:14 382:7,23
383:21 384:10
**ward (2)**
325:5,13
**warned (3)**
285:4,9,25
**WARREN (1)**
251:3
**wasn't (3)**
315:11,13 398:13
**waste (7)**
300:4 340:1 362:11
362:25 367:20

368:18 382:15
**wastes (2)**
363:1 378:18
**Watch (1)**
260:24
**water (16)**
253:14 263:21 264:6
264:11,14 265:1
272:6,14 291:5
293:7,12 310:14
311:5 347:8 372:11
389:14
**waterfront (2)**
359:21 361:17
**waterside (3)**
352:20 354:8,9
**Watkins (3)**
251:16 256:1,4
**way (14)**
277:6 278:10 279:18
279:22 292:4
308:10 355:15
364:7 365:16,17
370:25 372:23
382:8 415:10
**ways (1)**
256:14
**we'll (11)**
256:17 264:1 320:11
338:3,10,22 340:4
342:25 359:2
412:25,25
**we're (22)**
257:18 269:14 277:19
278:8 286:6 306:21
321:17 322:16
336:20 348:19
358:5 360:11,12
373:13 402:3,5
412:17,18 413:13
413:13,22,23
**we've (6)**
256:24,25,25 307:17
359:12 360:3
**website (4)**
264:5 284:3 321:1,22
**Wednesday (5)**
249:18 250:4,15
255:1 344:1
**week (1)**
374:3
**well-balanced (1)**
284:17
**well-thought-out (1)**
328:18
**went (6)**

308:7 367:1 368:8
380:6 389:9 391:14
**west (3)**
251:10 382:4 393:12
**western (1)**
394:2
**whereof (1)**
415:15
**White (2)**
251:22 255:24
**wide (1)**
381:16
**Wildlife (1)**
294:2
**Williams (2)**
251:22 255:25
**willing (1)**
413:15
**Windward (12)**
258:2,10 306:14
307:21 309:7,20
310:12 311:5,9
313:16,20 319:5
**withdraw (1)**
411:9
**witness (202)**
253:2 256:6 259:23
260:5 261:3,15,22
262:16,23 263:1,14
265:4 266:2,6,25
267:24 269:7
272:10,24 273:22
274:5,14 275:8,18
277:10 278:1,4
280:2,10 281:19
282:2,13 283:9
284:8 285:7,12,14
285:15,20 286:16
287:11 288:17,20
289:6,20 290:13,14
290:19,21 291:10
291:12,17 292:5,8
294:11 295:1,6,11
295:16 296:12,19
296:24 298:5,13,20
299:2,7 300:14,20
301:4,25 302:13
303:20 304:1,10,16
304:18 305:18,21
305:25 306:24
313:4,13 314:9,23
315:13 316:16
317:12 318:24
319:9 320:8,18
321:18 323:16
326:5,12 327:8,20

328:17 329:3,16,22
330:17 331:5,10,16
331:24 333:4,9,15
333:22 334:14,23
335:6,16 336:19
337:3,9 338:12
340:11 341:8,25
342:23 344:15,19
344:21 345:15
346:18 347:7,17,23
348:9 349:15,17
351:11 352:24
353:8,20 356:1,7,17
357:1,7,17 361:5
362:13 363:5,18
364:5,14 365:2
366:1,20 367:10,16
367:24 368:8,13,21
369:22 370:22
371:23 373:7 376:6
376:19 377:21
378:7,22 379:5,15
380:1,23,25 381:12
381:21 382:12,19
383:14,24 384:13
384:19 385:1,8,19
390:1 391:10
394:24 396:2,8,14
399:17 400:3,14,17
401:12 402:1,4
409:2 410:22 411:4
413:14 415:15
**Wonderful (1)**
338:4
**wood (1)**
395:15
**work (27)**
256:17 257:19,19
261:10 266:9 276:7
278:23 297:4,7,8,22
297:23 303:22
304:3 305:5 306:7
306:15,17 310:4,5,7
310:14 311:5 340:8
346:5 385:5 407:16
**worked (6)**
258:6,13,16,18
269:16 279:22
**workers (1)**
367:6
**working (2)**
319:2 368:16
**World (4)**
375:22 376:13 377:12
379:18
**wouldn't (2)**

401:3,3
**WQH-AGS (1)**
249:5
**wrap (1)**
412:18
**wreckage (1)**
395:13
**written (1)**
309:22
**wrote (2)**
264:20 399:1

**X**

**X (3)**
253:1,6 254:1

**Y**

**Yacht (5)**
320:13 322:2 324:12
404:18,19
**Yanochik (5)**
251:5 307:3,14,14
360:14
**Yeah (27)**
264:10 268:18 277:5
279:9 283:16 305:2
307:11 308:11
310:7 314:23
318:13 321:11,17
328:4 337:13 352:7
353:13 356:17
360:20,23 361:9
362:21 364:5
371:14 376:7
380:23 398:22
**year (4)**
268:23,23 408:18
409:9
**year's (1)**
268:19
**years (14)**
256:24 258:8,14
266:16 274:12,18
276:4 306:11 317:9
317:9 334:6 340:18
362:20 368:9
**yesterday (18)**
256:19 257:21 259:19
260:15 261:5
263:16 265:22
279:13,17 282:14
295:18 306:1 315:8
339:13 342:3
390:12 394:25
395:2

**Z**

**0**

**0.32 (1)**
265:1
**02110 (1)**
251:23

**1**

**1 (14)**
249:18 250:4,15
255:1,5,12 258:1
264:9 283:18 343:2
344:1 373:19 393:7
407:16
**1,490 (1)**
315:25
**1.1 (1)**
393:7
**1.6 (1)**
312:19
**1:06 (3)**
343:5 344:2,6
**1:25 (2)**
357:25 358:1
**1:27 (2)**
358:1,3
**10 (1)**
341:10
**10,532 (3)**
264:16,21,25
**10:00 (5)**
250:5,14 255:2,13
413:25
**100 (2)**
271:19 334:14
**101 (1)**
251:23
**10891 (4)**
249:24 250:16 415:3
415:19
**11 (5)**
403:2,9 410:3,5,15
**11:11 (2)**
307:1,2
**11:28 (2)**
307:2,8
**113 (1)**
332:18
**11440 (1)**
251:10
**117,726 (1)**
271:9
**11th (1)**
408:8
**12 (4)**

258:8,13 306:11
307:18
**12:17 (2)**
343:3,5
**12:30 (1)**
338:1
**12670 (1)**
251:16
**12th (1)**
409:5
**13 (3)**
314:18 358:18 368:24
**132 (1)**
332:6
**14 (5)**
314:5,18 315:24,25
403:9
**1444 (1)**
407:24
**15 (3)**
314:19 340:18 374:11
**153 (3)**
315:3 316:2,10
**160068 (1)**
249:25
**17 (1)**
387:7
**19 (1)**
285:18
**1906 (2)**
387:7,22
**1910s (1)**
372:23
**1916 (1)**
359:22
**1920s (1)**
372:22
**1922 (5)**
358:11,18 365:19
368:24 369:19
**1925 (1)**
387:14
**1930s (1)**
372:23
**1935 (2)**
358:23 370:6
**1937 (3)**
374:11 379:20 382:8
**1939 (1)**
359:18
**1940 (1)**
362:19
**1940-something (1)**
373:20
**1940s (2)**
370:1 373:22

**1950s (1)**
378:17
**1960s (1)**
394:16
**1980s (1)**
296:1
**1982 (2)**
260:25 401:8
**1985 (2)**
392:10 396:21
**1990s (2)**
380:21 382:9
**1992 (2)**
392:4,18
**1994 (2)**
338:14,17
**1995 (2)**
265:25 266:5
**1996 (2)**
266:18 267:10

**2**

**2 (6)**
264:6 271:2 284:12
344:5 370:7 373:19
**2-3-foot (1)**
316:11
**2:43 (2)**
413:7,8
**20 (1)**
256:24
**2000 (1)**
261:1
**2001 (3)**
322:11 323:5 332:2
**2005 (1)**
271:6
**2006 (2)**
261:1 409:13
**2013 (7)**
280:18,19 281:4
282:9,20 283:21
284:6
**2015 (7)**
269:11,19,22 270:8
271:5 403:15 407:3
**2016 (3)**
266:19 270:8 403:15
**2017 (1)**
264:4
**2018 (3)**
307:22 309:9 318:7
**2019 (12)**
249:18 250:4,15
255:1,12 258:1
283:19 307:19

344:1 412:11
415:16 416:23
**2022 (1)**
323:13
**21 (3)**
311:25 312:2 313:8
**22 (4)**
263:3,4,9 311:25
**24 (2)**
266:16 276:4
**24-inch (1)**
387:10
**256 (1)**
253:4
**264 (1)**
253:8
**265 (1)**
253:9
**266 (2)**
253:10,11
**269 (1)**
253:12
**27 (1)**
316:1
**28 (1)**
332:12
**280 (1)**
253:13
**29 (6)**
253:8 264:1,1,2
315:21,22
**299 (1)**
253:14

———————
**3**
———————
**3 (6)**
323:18,19,20 324:12
340:13 393:23
**3:01 (2)**
413:8,10
**3:02 (5)**
250:14 255:2 344:2
414:10,12
**3:15-cv-00578 (1)**
249:4
**3:15-cv-00578-WQ…**
255:10
**3:30 (1)**
256:16
**30 (6)**
253:9 265:18,19
266:14 362:20
373:20
**30-inch (1)**
382:4
**30(b)(6) (5)**

249:13 250:9 344:15
344:19,20
**307 (2)**
253:15,16
**30s (4)**
363:13,13 366:23
379:21
**30th (2)**
358:11 365:19
**31 (9)**
253:10 265:21,24
266:1,9,14 267:15
269:24 278:24
**3165 (2)**
250:13 255:11
**32 (7)**
253:11 265:21 266:3
266:7,9 276:3
278:24
**320 (1)**
253:17
**322 (2)**
253:18,19
**33 (8)**
253:12 269:12,15,18
270:5,5,7,8
**33.8 (3)**
263:20 264:20,25
**34 (6)**
253:13 270:6 280:13
280:14 285:2,3
**345 (1)**
253:4
**348 (2)**
253:23,24
**35 (6)**
253:14 271:10,18
275:13 299:9,10
**35,100,000 (1)**
271:9
**352 (2)**
315:4 316:11
**355 (2)**
254:3,4
**358 (3)**
254:5,6,7
**359 (1)**
254:8
**36 (7)**
253:15 307:5,18
310:4,7 311:23
316:7
**37 (7)**
253:16 307:6,21
308:1 310:4,11
319:7

**373 (1)**
254:9
**375 (1)**
254:9
**38 (10)**
253:17 320:20,21,22
320:23,25 321:22
322:24 323:8
325:21
**387 (1)**
254:11
**388 (2)**
253:20,21
**39 (5)**
253:18 322:4,5,6,20
**392 (1)**
254:12

———————
**4**
———————
**4 (1)**
358:22
**4-3 (1)**
313:25
**4-58 (1)**
299:14
**4.3 (1)**
313:22
**40 (5)**
253:19 322:10,13
323:5 332:3
**401 (2)**
291:5 293:11
**402 (1)**
254:13
**404 (2)**
291:5 293:6
**41 (5)**
253:20 338:13,21
340:3 362:19
**42 (1)**
253:21
**42-inch (1)**
384:4
**42A (8)**
253:22 338:23,24
339:2,5,5 345:7,9
**42B (6)**
253:22 338:23,25
339:3,8 345:7
**43 (8)**
253:23 348:20,21,23
349:11 350:20,24
393:19
**44 (5)**
253:24 348:24 349:1
351:5 352:8

**45 (1)**
253:25
**46 (6)**
254:3 277:17,18
355:2,2,4
**47 (5)**
254:4 277:18,22
355:5,7
**48 (5)**
254:5 358:10,10,15
365:18
**49 (4)**
254:6 358:18,21
368:24

———————
**5**
———————
**5 (1)**
264:6
**5.93 (1)**
314:5
**50 (8)**
254:7 317:9 332:14
332:19,19 358:22
358:25 370:6
**500 (3)**
394:14 398:21 401:7
**51 (3)**
254:8 359:1 360:14
**515 (1)**
251:3
**51A (5)**
254:8 359:2,5,13
370:24
**51B (2)**
359:6,17
**51C (2)**
359:7,20
**51D (3)**
359:8,25 371:5
**51E (4)**
359:9 360:4,15 371:5
**51F (3)**
254:8 359:10 360:6
**52 (1)**
254:9
**52A (4)**
254:10 373:14,15,17
**52B (2)**
374:7,10
**52C (2)**
374:11,15
**52D (2)**
374:16,18
**52E (3)**
374:19,22,25
**52F (2)**

**375:1,3**
**52G (3)**
254:10 375:4,8
**53 (2)**
254:11 387:13
**53A (3)**
254:11 387:6,12
**53B (2)**
387:13,18
**53C (3)**
254:11 387:19,23
**54 (6)**
254:12 392:3,3,4,8,17
**55 (6)**
254:13 392:9,11
401:21 402:3,4
**56 (2)**
402:5,6
**58 (1)**
312:20
**59 (2)**
360:11,12

———————
**6**
———————
**6 (2)**
392:10 415:16
**60 (1)**
317:9
**60-inch (1)**
378:13
**600,000 (1)**
404:10
**65 (11)**
286:5 287:22,24
288:2,14 289:24
290:6,8,18 291:21
304:12
**69 (9)**
287:23 288:3 289:21
290:3,4,11 291:18
304:11 305:15
**69's (1)**
290:4

———————
**7**
———————
**7 (3)**
307:22 309:9 318:7
**75 (1)**
286:6
**76 (1)**
323:13
**77 (1)**
332:14
**77027 (1)**
251:4

| 8 |
|---|
| **800 (1)** |
| 334:4 |
| **80s (2)** |
| 296:2 380:8 |
| **84 (3)** |
| 313:1,4,9 |
| **85 (2)** |
| 402:18,25 |
| **86 (1)** |
| 410:7 |

| 9 |
|---|
| **9 (6)** |
| 320:12,13,16 324:1,9 |
| 324:12 |
| **9:00 (1)** |
| 413:23 |
| **92101 (1)** |
| 255:12 |
| **92127 (1)** |
| 251:11 |
| **92130 (1)** |
| 251:17 |
| **99 (1)** |
| 391:23 |
| **99.7 (1)** |
| 265:11 |