1
**KELLEY DRYE & WARREN LLP**
William J. Jackson (admitted *Pro Hac Vice*)
2
Texas Bar No. 00784325
Micheal W. Dobbs (admitted *Pro Hac Vice*)
3
Texas Bar No. 24012533
Kenneth O. Corley (admitted *Pro Hac Vice*)
4
Texas Bar No. 24048405
Nancy K. Yanochik *(*admitted *Pro Hac Vice*)
5
Texas Bar No. 01293000
515 Post Oak Blvd., Suite 900
6
Houston, Texas 77027
Telephone: (713) 355-5000
7

8
**KELLEY DRYE & WARREN LLP**
Andrew W. Homer (SBN 259852)
9
7825 Fay Ave., Suite 200
La Jolla, CA 92037
Telephone: (858) 795-0426
10

11
**SAN DIEGO UNIFIED PORT DISTRICT**
**OFFICE OF THE GENERAL COUNSEL**
Thomas A. Russell, SBN 108607, Gen. Counsel
12
Ellen F. Gross, SBN 149127, Asst. Gen. Counsel
John N. Carter, SBN 246886, Dep. Gen. Counsel
13
3165 Pacific Highway
P.O. Box 120488
14
San Diego, CA 92112-0488
Telephone: (619) 686-6219
15

16
*Attorneys for Plaintiff San Diego Unified Port District*

**UNITED STATES DISTRICT COURT**
17
**SOUTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19 SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation, | CASE NO. 3:15-CV-0578-WQH-AGS |
| 20 | **DECLARATION OF KENNETH O. CORLEY IN SUPPORT OF PLAINTIFF SAN DIEGO UNIFIED PORT DISTRICT'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (PUBLIC NUISANCE)** |
| 21 PLAINTIFFS, | |
| 22 v. | |
| 23 MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, | |
| 24 | |
| 25 DEFENDANTS. | Judge: Hon. William Q. Hayes |
| 26 | Filed Date: March 13, 2015 |
| | Trial Date: February 18, 2020 |

27

28

I, Kenneth O. Corley, declare and state as follows:

I am an attorney duly admitted to practice law in the State of Texas and am admitted pro hac vice to practice before this Court in this matter.  I am a partner at the law firm of Kelley Drye & Warren LLP, in Houston, Texas and am counsel of record for Plaintiff San Diego Unified Port District (the "Port") in this matter.  I am over the age of 18 and competent to testify.  I make the following declaration based on my personal knowledge and, if called to testify regarding the matters stated herein, could testify to the following about theExhibits attached hereto:

1.      **Exhibit 1** is true and correct copies of government agency records published and obtained from https://oehha.ca.gov/advisories/san-diego-bay:

      a.      2018 Fish Consumption Advisory issued by the California Office of Environmental Health Hazard Assessment ("OEHHA");

      b.      Information About Eating Fish from San Diego Bay (San Diego County) OEHHA, California Environmental Protection Agency, dated July 2018;

      c.      Updated Fish Advisory for San Diego Bay Offers Safe Eating Advice for Fifteen Species of Fish, an OEHHA press release dated July 31, 2018;

      d.      Health Advisory and Guidelines for Eating Fish from San Diego Bay (San Diego County) by Shannon R. Murphy, Ph.D., and Huyen Tran Pham, M.P.H., dated July 2018, published by OEHHA; and

      e.      Information About Eating Fish from San Diego Bay (San Diego County) OEHHA, California Environmental Protection Agency, dated October 2013.

2.     **Exhibit 2** is a true and correct copy of the Expert Report of Jack V. Matson, Ph.D., PE, dated April 5, 2019, prepared on behalf of the City of San Diego and the Port in this matter, and accompanied by the sworn Declaration of Matson.

3.     **Exhibit 3** is a true and correct copy of the Expert Report of Gregory S. Douglas, Ph.D., dated April 5, 2019, prepared on behalf of the City of San Diego and the Port in this matter, and accompanied by the sworn Declaration of Douglas.

4.     **Exhibit 4** is a true and correct copy of the Expert Report of William Golightly, P.E., dated April 5, 2019, prepared on behalf of the City of San Diego and the Port in this matter, and accompanied by the sworn Declaration of Golightly.

5.     **Exhibit 5** is a true and correct copy of government agency records, the Contaminants in Fish from the California Coast, 2009-2010: Summary Report on a Two-Year Screening Survey prepared by J.A. Davis, et al., for Surface Water Ambient Monitoring Program ("SWAMP"), dated May 24, 2012, and published on and obtained from the California State Water Resources Control Board's website at https://www.waterboards.ca.gov/water_issues/programs/swamp/docs/coast_study/bog2012may/coast2012report.pdf.

6.     **Exhibit 6** is a true and correct copy of government agency records, the Clean Water Act Sections 305(b) and 303(d) Integrated Report for the San Diego Region dated October 12, 2016, and published on and obtained from the San Diego Regional Water Quality Control Board's website at https://www.waterboards.ca.gov/sandiego/water_issues/programs/303d_list/docs/Staff_Report_101216.pdf.

7.     **Exhibit 7** is a true and correct copy of excerpts of the certified deposition of Port Corporate Representatives, David Michael Johns, Ph.D., conducted on April 30 and May 1, 2019; Duane Bennett, Esq., conducted on May 8 and 9, 2019; Jason Giffen

conducted on May 15, 2019; and Karen Holman conducted on May 16 and June 13, 2019;
in this matter.

8.    **Exhibit 8** is a true and correct copy of excerpts of the certified deposition of
Monsanto Expert, John Woodyard, conducted on July 10, 2019, in this matter.

9.    **Exhibit 9** is a true and correct copy of government agency records,
California Regional Water Quality Control Board, San Diego Region, Cleanup and
Abatement Order No. R9-2017-0021, dated April 4, 2017, marked as Exhibit 10 at the
July 10, 2019 deposition of Monsanto Expert, John Woodyard, Bates labeled DEFEXP-
JW-00013193–DEFEXP-JW-00013212, and produced by Monsanto in this matter.

10.    **Exhibit 10** is a true and correct copy of government agency records,
California Regional Water Quality Control Board, San Diego Region, Cleanup and
Abatement Order No. R9-2004-0295, dated October 13, 2004, Bates labeled DEFEXP-
JW-00003073–DEFEXP-JW-00003092, and produced by Monsanto in this matter.

11.    **Exhibit 11** is a true and correct copy of government agency records,
California Regional Water Quality Control Board, San Diego Region, Cleanup and
Abatement Order No. R9-2015-0018, dated September 3, 2015, Bates labeled DEFEXP-
RKarls-00019371–DEFEXP-RKarls-00019403, and produced by Monsanto in this
matter.

12.    **Exhibit 12** is a true and correct copy of the Expert Report of Ann
Shellenbarger Jones, Ph.D., dated April 5, 2019, prepared on behalf of the City of San
Diego and the Port in this matter, and accompanied by the sworn Declaration of Jones.

13.    **Exhibit 13** is a true and correct copy of the Response to Expert Statements
of Ann Shellenbarger Jones, Ph.D., PE (Rebuttal Report), dated June 14, 2019, prepared
on behalf of the City of San Diego and the Port in this matter, and accompanied by the
sworn Declaration of Jones.

14.    **Exhibit 14** is a true and correct copy of the Rebuttal Expert Report of John Toll, Ph.D., dated June 14, 2019, prepared on behalf of the City of San Diego and the Port in this matter, and accompanied by the sworn Declaration of Toll.

15.    **Exhibit 15** is a true and correct copy of excerpts from the certified deposition of Monsanto Expert, William Desvousges, Ph.D., conducted on July 11, 2019, in this matter.

16.    **Exhibit 16** is a true and correct copy of government agency records published and obtained from https://www.census.gov:

    a.    QuickFacts for San Diego city, California; United States, dated July 1, 2018; and

    b.    Demographic and Income Profile for San Diego, dated April 9, 2018.

17.    **Exhibit 17** is a true and correct copy of government agency records, Learn about Polychlorinated Biphenyls (PCBs) (https://www.epa.gov/pcbs/learn-about-polychlorinated-biphenyls-pcbs#healtheffects) section of Environmental Protection Agency's webpage, accessed June 24, 2019, and marked as Exhibit 9 at the June 27, 2019 deposition of Monsanto expert Russell Keenan, Ph.D., in this matter.

18.    **Exhibit 18** is a true and correct copy of excerpts of the certified deposition of Monsanto Expert, Russell Keenan, Ph.D., conducted on June 27, 2019, in this matter.

19.    **Exhibit 19** is a true and correct copy of the Expert Report of James R. Olson, Ph.D., dated April 5, 2019, prepared on behalf of the City of San Diego and the Port in this matter, and accompanied by the sworn Declaration of Olson.

20.    **Exhibit 20** is a true and correct copy of excerpts from the Expert Report of David L. Sunding, Ph.D., dated May 9, 2019, and prepared on behalf of Monsanto in this matter.

21.    **Exhibit 21** is a true and correct copy of government agency records, Environmental Health Coalition Survey of Fishers on Piers in San Diego Bay Results and

Conclusions by Laura Hunter, et al., dated March 2005, and published on and obtained from California State Water Resources Control Board's website at https://www.waterboards.ca.gov/sandiego/water_issues/programs/npdes/southbay_power_plant/docs/updates_022410/2005_EHC_Pier_StudyFINALMarch.30.05.pdf.

22.   **Exhibit 22** is a true and correct copy of the Declaration of Paul Brown, Environmental Program Director, San Diego Unified Port District, and accompanying Exhibits 5A, 5B, 6A, and 6B, dated September 30, 2019.

23.   **Exhibit 23** is a true and correct copy of the Declaration of David Gibson, San Diego Regional Water Quality Control Board Executive Officer, and accompanying Exhibits A-C, dated September 27, 2019.

24.   **Exhibit 24** [REMOVED]

25.   **Exhibit 25** is a true and correct copy of government agency records, Polychlorinated Biphenyl-Containing Wastes, Disposal Procedures, Environmental Protection Agency Federal Register, Volume 41, Number 64, dated April 1, 1976, and marked as Exhibit 28 at the July 12, 2019 deposition of Plaintiffs' expert Jack Matson in this matter.

26.   **Exhibit 26** is a true and correct copy of excerpts of the certified deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., conducted on February 19 and 20, and June 12 and 13, 2019, in this matter.

27.   **Exhibit 27** is a true and correct copy of Report of Aroclor "Ad Hoc" Committee, dated October 2, 1969, marked as Exhibit 10 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0443063–PCB-ARCH0443075, and produced by Monsanto in this matter.

28.   **Exhibit 28** is a true and correct copy of a Swann Chemical Company technical document regarding Aroclor Uses, dated January 1, 1935, marked as Exhibit 63 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert

1    Kaley, Ph.D., Bates labeled PCB-ARCH0222057–PCB-ARCH0222138, and produced
2    by Monsanto in this matter.

3          29.    **Exhibit 29** is a true and correct copy of Aroclor Uses, dated May 21, 1937,
4    marked as Exhibit 64 at the February 20, 2019 deposition of Monsanto Corporate
5    Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0089906–PCB-
6    ARCH0089909, and produced by Monsanto in this matter.

7          30.    **Exhibit 30** is a true and correct copy of Monsanto Technical Bulletin No. P-
8    124 Aroclors As Used in Chlorinated Rubber, dated January 1, 1948, marked as Exhibit
9    65 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert
10   Kaley, Ph.D., Bates labeled PCB-ARCH0232284–PCB-ARCH0232292, and produced
11   by Monsanto in this matter.

12         31.    **Exhibit 31** is a true and correct copy of the Expert Report of Gerald
13   Markowitz, Ph.D., and David Rosner, Ph.D., dated April 5, 2019, prepared on behalf of
14   the City of San Diego and the Port in this matter, accompanied by the sworn Declaration
15   of Markowitz.

16         32.    **Exhibit 32** is a true and correct copy of a letter from R. Emmet Kelly, M.D.,
17   Monsanto, to Griffith E. Quinby, M.D., Preventive Medicine, dated February 3, 1971,
18   marked as Exhibit 38 at the February 19, 2019 deposition of Monsanto Corporate
19   Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0051338 – PCB-
20   ARCH0051341, and produced by Monsanto in this matter.

21         33.    **Exhibit 33** is a true and correct copy of a note from L.A. Watt regarding
22   toxic effects of Aroclors in animals, dated October 11, 1937, marked as Exhibit 35 at the
23   February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley,
24   Ph.D., Bates labeled PCB-ARCH0177742, and produced by Monsanto in this matter.

25         34.    **Exhibit 34** is a true and correct copy of Report to the Monsanto Chemical
26   Company by Cecil K. Drinker, M.D., dated September 15, 1938, marked as Exhibit 36 at

27

28

1  the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley,
2  Ph.D., Bates labeled PCB-ARCH0305914 – PCB-ARCH0305926, and produced by
3  Monsanto in this matter.

4      35.    **Exhibit 35** is a true and correct copy of Monsanto Chemicals Report No.
5  2215 Final Report on Aroclor Data Book by R. R. Knight, dated April 27, 1948, marked
6  as Exhibit 37 at the February 19, 2019 deposition of Monsanto Corporate Representative,
7  Robert Kaley, Ph.D., Bates labeled PCB-ARCH0163066 – PCB-ARCH0163146, and
8  produced by Monsanto in this matter.

9      36.    **Exhibit 36** is a true and correct copy of Pathologic Changes in Animals
10 Exposed to a Chemical Chlorinated Diphenyl by J.W. Miller, dated August 18, 1944,
11 marked as Exhibit 40 at the February 19, 2019 deposition of Monsanto Corporate
12 Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0631675 – PCB-
13 ARCH0631686, and produced by Monsanto in this matter.

14     37.    **Exhibit 37** is a true and correct copy of a Monsanto Chemical Company
15 internal memorandum of from J.T. Garrett to H.B. Patrick, dated November 14, 1955,
16 with the subject Department 246 (Aroclors), Bates labeled PCB-ARCH0300011, and
17 produced by Monsanto in this matter.

18     38.    **Exhibit 38** is a true and correct copy of a memorandum from H. Emmet
19 Kelly, M.D. to Jack Benavoglia regarding Aroclor 1254, dated February 8, 1960, and
20 marked as Exhibit 44 at the February 19, 2019 deposition of Monsanto Corporate
21 Representative, Robert Kaley, Ph.D., in this matter.

22     39.    **Exhibit 39** is a true and correct copy of a letter from Joseph P. Allen,
23 Hexagon Laboratories, to Emmet Kelly, Monsanto Chemical Co., dated February 14,
24 1961, and marked as Exhibit 45 at the February 19, 2019 deposition of Monsanto
25 Corporate Representative, Robert Kaley, Ph.D., in this matter.

40.  **Exhibit 40** is a true and correct copy of a memorandum from Elmer P. Wheeler to Richard Davis, dated September 3, 1965, and marked as Exhibit 46 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., in this matter.

41.  **Exhibit 41** is a true and correct copy of Monsanto Chemicals Technical Bulletin No. P-134, Aroclor 1254, Co-Plasticizer with DOP for Vinyl Organosols and Pastes, dated November 1, 1948, and marked as Exhibit 5 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., in this matter.

42.  **Exhibit 42** is a true and correct copy of a letter from F.G. Benignus to X.W. Laske, dated June 17, 1948, and marked as Exhibit 6 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., in this matter.

43.  **Exhibit 43** is a true and correct copy of The Ubiquitous Aroclor "Genie" Does It Again!, dated December, 1961, marked as Exhibit 9 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0232927, and produced by Monsanto in this matter.

44.  **Exhibit 44** is a true and correct copy of the deposition of Gerald Miller taken October 29, 2001, in the matter *Sabrina Abernathy, et al., v. Monsanto Company, et al.*, Civil Action No. CV-2001-832 in the State of Alabama in the Circuit Court for Etowah County.

45.  **Exhibit 45** is a true and correct copy of Aroclors and Therminols Pollution Control, undated, marked as Exhibit 12 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0005063, and produced by Monsanto in this matter.

46.  **Exhibit 46** is a true and correct copy of Monsanto Chemicals Technical Bulletin No. P-141, Aroclors Used in Combination with Santophen 20 (Pentachlorophenol Technical) in the Preparation of Wood-Treating Formulations and

Soil-Poisons, dated February 17, 1950, marked as Exhibit 7 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH-EXT0020686 – PCB-ARCH-EXT0020701, and produced by Monsanto in this matter.

47.    **Exhibit 47** is a true and correct copy of a letter from W.B. Papageorge to F.G. Jenkins, Sprague Electric Company, dated July 8, 1970, marked as Exhibit 11 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0000094 – PCB-ARCH0000096, and produced by Monsanto in this matter.

48.    **Exhibit 48** is a true and correct copy of an internal memorandum from E. P. Wheeler to W.R. Richard regarding Aroclor Degradation in Soil, dated April 8, 1969, marked as Exhibit 13 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0053934, and produced by Monsanto in this matter.

49.    **Exhibit 49** is a true and correct copy of a Monsanto memorandum from E. S. Tucker to W.B. Papageorge regarding PCB Analysis of Florida Soil, dated September 15, 1970, and marked as Exhibit 14 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. in this matter.

50.    **Exhibit 50** is a true and correct copy of the Expert Report of Richard L. DeGrandchamp, Ph.D., dated April 5, 2019, prepared on behalf of the City of San Diego and the Port in this matter, and accompanied by the sworn Declaration of DeGrandchamp.

51.    **Exhibit 51** is a true and correct copy of a memorandum from Elmer P. Wheeler to W.B. Papageorge regarding PCB's in Human Adipose Tissue, dated October 13, 1970, marked as Exhibit 18B at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0288488, and produced by Monsanto in this matter.

52.    **Exhibit 52** is a true and correct copy of a press release from Monsanto Chemical Company, dated October 7, 1947, and marked as Exhibit 33 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., in this matter.

53.    **Exhibit 53** is a true and correct copy of a progress report titled Aroclor and Aroclor Blends: Process Improvement Plan, dated November 29, 1967, marked as Exhibit 57 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0207819 – PCB-ARCH0207844, and produced by Monsanto in this matter.

54.    **Exhibit 54** is a true and correct copy of a memorandum from Paul B. Hodges to H.S. Bergen, Jr. regarding Anniston – PCB – Cleanup Program, dated August 7, 1970, and marked as Exhibit 59 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., in this matter.

55.    **Exhibit 55** is a true and correct copy of a memorandum from Chas Williams to P.E. Heisler regarding Electrical Utilities, dated May 27, 1963, marked as Exhibit 60 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0212207, and produced by Monsanto in this matter.

56.    **Exhibit 56** is a true and correct copy of a memorandum from P.G. Benignus to E.M. Potter regarding Leaky Askarel Drums, dated December 1, 1971, marked as Exhibit 61 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0008304, and produced by Monsanto in this matter.

57.    **Exhibit 57** is a true and correct copy of a memorandum from E.M. Potter to H.S. Bergen regarding Aroclor Drums, dated January 18, 1972, marked as Exhibit 62 at

the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0268767, and produced by Monsanto in this matter.

58.     **Exhibit 58** is a true and correct copy of a meeting minutes titled The PCB-Pollution Problem from a St. Louis Meeting with General Electric, Co. held January 21 and 22, 1970, marked as Exhibit 23 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0064836 – PCB-ARCH0064854, and produced by Monsanto in this matter.

59.     **Exhibit 59** is a true and correct copy of Report and Comments on Meeting on Chlorinated Byphenyls in the Environment at Industrial Biotest Laboratories by Robert L. Metcalf, dated March 21, 1969, marked as Exhibit 77 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0042957, and produced by Monsanto in this matter.

60.     **Exhibit 60** is a true and correct copy of a memorandum from J.A. Alley to D. Wood regarding Recommendation on stopping customer returns of PCB waste to the W. G. Krummrich incinerator, dated May 13, 1977, marked as Exhibit 97 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PCB-ARCH0270558 – PCB-ARCH0270560, and produced by Monsanto in this matter.

61.     **Exhibit 61** is a true and correct copy of Monsanto Chemical Company Salesmen's Manual, Aroclor, Description and Properties, dated October 1, 1944, and marked as Exhibit 47 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., in this matter.

62.     **Exhibit 62** is a true and correct copy of *Toxicity Considerations in Pollution Control*, Air Pollution Control Association, dated January-February, 1957, marked as Exhibit 48 at the February 19, 2019 deposition of Monsanto Corporate Representative,

1  Robert Kaley, Ph.D., Bates labeled WATER_PCB-SD0000078531 – WATER_PCB-
2  SD0000078534, and produced by Monsanto in this matter.

3      63.   **Exhibit 63** is a true and correct copy of Report of Aroclor "Ad Hoc"
4  Committee (Second Draft) from M.N. Farrar, et al. to Rodney Harris, Jr., dated October
5  15, 1969, marked as Exhibit 4 at the February 19, 2019 deposition of Monsanto Corporate
6  Representative, Robert Kaley, Ph.D., Bates labeled WATER_PCB-SD0000054954 –
7  WATER_PCB-SD0000054986, and produced by Monsanto in this matter.

8      64.   **Exhibit 64** is a true and correct copy of Monsanto memorandum from P.G.
9  Benignus to C.L. Curtis regarding Askarel Inspection and Maintenance Guide, dated July
10 22, 1971, marked as Exhibit 91 at the February 20, 2019 deposition of Monsanto
11 Corporate Representative, Robert Kaley, Ph.D., Bates labeled PBC-ARCH0012145, and
12 produced by Monsanto in this matter.

13     65.   **Exhibit 65** is a true and correct copy of a letter from W.E. Schalk to Charles
14 M. Gore, United Electric Controls Company, regarding disposal instructions for Aroclor
15 1248, dated March 26, 1970, marked as Exhibit 92 at the February 20, 2019 deposition
16 of Monsanto Corporate Representative, Robert Kaley, Ph.D., Bates labeled PBC-
17 ARCH0484461, and produced by Monsanto in this matter.

18     66.   **Exhibit 66** is a true and correct copy of a letter from W.B. Papageorge to
19 Mary A. Appelhof, Environmental Health Committee, South Central Michigan Health
20 Planning Council, regarding termination and restriction of PCB sales, dated May 4, 1973,
21 marked as Exhibit 90 at the February 20, 2019 deposition of Monsanto Corporate
22 Representative, Robert Kaley, Ph.D., Bates labeled PBC-ARCH0002692 – PBC-
23 ARCH0002693, and produced by Monsanto in this matter.

24     67.   **Exhibit 67** is a true and correct copy of Keeping PCB's Out of the
25 Environment – A Status Report, dated October 1972, marked as Exhibit 93 at the
26 February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley,

27
28

Ph.D., Bates labeled PBC-ARCH0031708 – PCB-ARCH0031719, and produced by Monsanto in this matter.

68.    **Exhibit 68** is a true and correct copy of excerpts of the certified deposition of Sharon Cloward, President of third-party Port Tenants Association, conducted on April 24, 2019, in this matter.

69.    **Exhibit 69** is a true and correct copy of excerpts of the certified deposition of Norman Abell, Managing Partner of third-party San Diego Bay Aquaculture, conducted on April 26, 2019, in this matter.

70.    **Exhibit 70** is a true and correct copy of government agency records, California Regional Water Quality Control Board, San Diego Region, Tentative Investigative Order No. R9-2018-0035, dated March 16, 2018, marked as Exhibit 9 at the July 10, 2019 deposition of Monsanto Expert, John Woodyard, Bates labeled SDUPD-0001879537 – SDUPD-0001879554, and produced by the Port in this matter.

71.    **Exhibit 71** is a true and correct copy of excerpts of the certified deposition of Port Expert, Charles Cicchetti, Ph.D., conducted on July 10, 2019, in this matter.

72.    **Exhibit 72** is a true and correct copy of excerpts of the certified deposition of Port Environmental Group Program Manager, Paul Brown, conducted on June 11, 2019, in this matter.

73.    **Exhibit 73** is a true and correct copy of a letter from L. H. Delany, California Regional Water Quality Control Board, to San Diego Unified Port District regarding Assembly Bill No. 158, dated November 30, 1987, Bates labeled SDUPD-0001509525– SDUPD-000159352, and produced by the Port in this matter.

74.    **Exhibit 74** is a true and correct copy of correspondence between County of San Diego Department of Health Services, Port of San Diego, et al., regarding proposed Health Risk Study of San Diego Bay, dated 1987, Bates labeled SDUPD-0003716417 – SDUPD-0003716428, and produced by the Port in this matter.

75.  **Exhibit 75** is a true and correct copy of government agency records, Assessing Contaminants in Fish and Shellfish in San Diego Bay, dated February 2017, and published on and obtained from San Diego Water Board's website at https://www.waterboards.ca.gov/sandiego/water_issues/programs/swamp/docs/FSC_statusSheet_FINAL.pdf.

76.  **Exhibit 76** is a true and correct copy of SCCWRP Technical Report 976, San Diego Fish Consumption Study by Steven J. Steinberg and Shelly L. Moore, Southern California Coastal Waters Research Project, dated March 2017 (revised December 2017), prepared for California Regional Water Quality Control Board – San Diego Region, the San Diego Unified Port District, and the City of San Diego, Bates labeled SDUPD-0002314874 – SDUPD-0002314961, and produced by the Port in this matter.

77.  **Exhibit 77** is a true and correct copy of Pharmacia LLC's Objections and Responses to Plaintiff San Diego Port District's Requests for Admission [Set Four], Special Interrogatories [Set Five] and Requests for Production [Set Five], dated March 28, 2019, and served by Monsanto in this matter.

78.  **Exhibit 78** is a true and correct copy of the Expert Report of John Toll, Ph.D., dated April 5, 2019, prepared on behalf of the City of San Diego and the Port in this matter, and accompanied by the sworn Declaration of Toll.

79.  **Exhibit 79** is a true and correct copy of Pharmacia's Amended Notice of Videotaped Rule 30(b)(6) Deposition of San Diego Unified Port District, dated April 27, 2019, marked as Exhibit 1 at the April 30, 2019 deposition of Port Corporate Representative David Michael Johns, Ph.D., and served by Monsanto in this matter.

80.  **Exhibit 80** is a true and correct copy of

   a.   the Transcript of Official Electronic Sound Recording of Proceedings, Docket Number 360, dated April 25, 2019, filed May 1, 2019; and

b.    Tentative Rulings, Docket Number 354, dated and filed April 24, 2019, in this matter.

81.   **Exhibit 81** is a true and correct copy of the Chart of Holman-Designated Topics marked as Exhibit 187 at the May 16, 2019 deposition of Port Corporate Representative Karen Holman in this matter.

82.   **Exhibit 82** is a true and correct copy of excerpts of the certified deposition of Monsanto Expert, Paul Boehm, Ph.D., conducted on June 27, 2019, in this matter.

83.   **Exhibit 83** is a true and correct copy of the Chart of Bennett-Designated Topics marked as Exhibit 108 at the May 8, 2019 deposition of Port Corporate Representative Duane Bennett, Esq. in this matter.

84.   **Exhibit 84** is a true and correct copy of Draft Remedial Design and Implementation, Plan Tow Basin Site, dated January 2003, marked as Exhibit 230 at the June 13, 2019 deposition of Port Corporate Representative Karen Holman, Bates labeled SDUPD-0001308677, and produced by the Port in this matter.

85.   **Exhibit 85** is a true and correct copy of the Expert Report of J. Micheal Trapp, Ph.D., prepared on behalf of the City of San Diego in this matter, and accompanied by the sworn Declaration of Trapp.

86.   **Exhibit 86** is a true and correct copy of the Declaration of Ann Jones, Ph.D., dated September 30, 2019.

Executed on October 1, 2019                    _____
                                                                        KENNETH O. CORLEY

# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1a | 2018 Fish Consumption Advisory issued by the California Office of Environmental Health Hazard Assessment |
| 1b | Information About Eating Fish from San Diego Bay (San Diego County) OEHHA, California Environmental Protection Agency, dated July 2018 |
| 1c | Updated Fish Advisory for San Diego Bay Offers Safe Eating Advice for Fifteen Species of Fish, an OEHHA press release dated July 31, 2018 |
| 1d | Health Advisory and Guidelines for Eating Fish from San Diego Bay (San Diego County) by Shannon R. Murphy, Ph.D., and Huyen Tran Pham, M.P.H., dated July 2018 |
| 1e | Information About Eating Fish from San Diego Bay (San Diego County) OEHHA, California Environmental Protection Agency, dated October 2013 |
| 2 | Expert Report of Jack V. Matson, Ph.D., PE, dated April 5, 2019 |
| 3 | Expert Report of Gregory S. Douglas, Ph.D., dated April 5, 2019 |
| 4 | Expert Report of William Golightly, P.E., dated April 5, 2019 |
| 5 | Contaminants in Fish from the California Coast, 2009-2010: Summary Report on a Two-Year Screening Survey prepared by J.A. Davis, et al., for Surface Water Ambient Monitoring Program ("SWAMP"), dated May 24, 2012 |
| 6 | Clean Water Act Sections 305(b) and 303(d) Integrated Report for the San Diego Region dated October 12, 2016 |
| 7 | Excerpts of certified deposition transcripts of Port Corporate Representatives |

| Exhibit | Description |
|---------|-------------|
| 8 | Excerpts of the certified deposition of Monsanto Expert, John Woodyard, conducted on July 10, 2019 |
| 9 | CAO No. R9-2017-0021, dated April 4, 2017 |
| 10 | CAO No. R9-2004-0295, dated October 13, 2004 |
| 11 | CAO No. R9-2015-0018, September 3, 2015 |
| 12 | Expert Report of Ann Shellenbarger Jones, Ph.D., dated April 5, 2019 |
| 13 | Response to Expert Statements of Ann Shellenbarger Jones, Ph.D., PE (Rebuttal Report), dated June 14, 2019 |
| 14 | Rebuttal Expert Report of John Toll, Ph.D., dated June 14, 2019 |
| 15 | Excerpts from the certified deposition of Monsanto Expert, William Desvousges, Ph.D., conducted on July 11, 2019 |
| 16a | QuickFacts for San Diego city, California; United States, dated July 1, 2018 |
| 16b | Demographic and Income Profile for San Diego, dated April 9, 2018 |
| 17 | Learn about Polychlorinated Biphenyls (PCBs) |
| 18 | Excerpts of the certified deposition of Monsanto Expert, Russell Keenan, Ph.D., conducted on June 27, 2019 |
| 19 | Expert Report of James R. Olson, Ph.D., dated April 5, 2019 |
| 20 | Expert Report of David L. Sunding, Ph.D., dated May 9, 2019 |
| 21 | Environmental Health Coalition Survey of Fishers on Piers in San Diego Bay Results and Conclusions by Laura Hunter, et al., dated March 2005 |
| 22 | Declaration of Paul Brown, Environmental Program Director, San Diego Unified Port District, and accompanying Exhibits 5A-5B, dated September 30, 2019 |

| Exhibit | Description |
|---|---|
| 23 | Declaration of David Gibson, San Diego Regional Water Quality Control Board Executive Officer, and accompanying Exhibits A-C, dated September 27, 2019 |
| 24 | [REMOVED] |
| 25 | Polychlorinated Biphenyl-Containing Wastes, Disposal Procedures, Environmental Protection Agency Federal Register, Volume 41, Number 64, dated April 1, 1976, and marked as Exhibit 28 at the July 12, 2019 deposition of Plaintiffs' expert Jack Matson |
| 26 | Excerpts of the certified deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D., conducted on February 19 and 20, and June 12 and 13, 2019 |
| 27 | Report of Aroclor "Ad Hoc" Committee, dated October 2, 1969, marked as Exhibit 10 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 28 | Swann Chemical Company technical document regarding Aroclor Uses, dated January 1, 1935, marked as Exhibit 63 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 29 | Aroclor Uses, dated May 21, 1937, marked as Exhibit 64 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 30 | Monsanto Technical Bulletin No. P-124 Aroclors As Used in Chlorinated Rubber, dated January 1, 1948, marked as Exhibit 65 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |

| Exhibit | Description |
|---|---|
| 31 | Expert Report of Gerald Markowitz, Ph.D., and David Rosner, Ph.D., dated April 5, 2019 |
| 32 | Letter from R. Emmet Kelly, M.D., Monsanto, to Griffith E. Quinby, M.D., Preventive Medicine, dated February 3, 1971, marked as Exhibit 38 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 33 | Note from L.A. Watt regarding toxic effects of Aroclors in animals, dated October 11, 1937, marked as Exhibit 35 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 34 | Report to the Monsanto Chemical Company by Cecil K. Drinker, M.D., dated September 15, 1938, marked as Exhibit 36 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 35 | Monsanto Chemicals Report No. 2215 Final Report on Aroclor Data Book by R. R. Knight, dated April 27, 1948, marked as Exhibit 37 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 36 | Pathologic Changes in Animals Exposed to a Chemical Chlorinated Diphenyl by J.W. Miller, dated August 18, 1944, marked as Exhibit 40 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 37 | Monsanto Chemical Company internal memorandum of from J.T. Garrett to H.B. Patrick, dated November 14, 1955, with the subject Department 246 (Aroclors) |
| 38 | Memorandum from H. Emmet Kelly, M.D. to Jack Benavoglia regarding Aroclor 1254, dated February 8, 1960, and marked as Exhibit 44 at the |

| Exhibit | Description |
|---|---|
| | February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 39 | Letter from Joseph P. Allen, Hexagon Laboratories, to Emmet Kelly, Monsanto Chemical Co., dated February 14, 1961, and marked as Exhibit 45 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 40 | Memorandum from Elmer P. Wheeler to Richard Davis, dated September 3, 1965, and marked as Exhibit 46 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 41 | Monsanto Chemicals Technical Bulletin No. P-134, Aroclor 1254, Co-Plasticizer with DOP for Vinyl Organosols and Pastes, dated November 1, 1948, and marked as Exhibit 5 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 42 | Letter from F.G. Benignus to X.W. Laske, dated June 17, 1948, and marked as Exhibit 6 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 43 | The Ubiquitous Aroclor "Genie" Does It Again!, dated December, 1961, marked as Exhibit 9 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 44 | Deposition transcript of Gerald Miller taken October 29, 2001, in the matter *Sabrina Abernathy, et al., v. Monsanto Company, et al.*, Civil Action No. CV-2001-832 in the State of Alabama in the Circuit Court for Etowah County |

| Exhibit | Description |
|---------|-------------|
| 45 | Aroclors and Therminols Pollution Control, undated, marked as Exhibit 12 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 46 | Monsanto Chemicals Technical Bulletin No. P-141, Aroclors Used in Combination with Santophen 20 (Pentachlorophenol Technical) in the Preparation of Wood-Treating Formulations and Soil-Poisons, dated February 17, 1950, marked as Exhibit 7 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 47 | Letter from W.B. Papageorge to F.G. Jenkins, Sprague Electric Company, dated July 8, 1970, marked as Exhibit 11 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 48 | Internal memorandum from E. P. Wheeler to W.R. Richard regarding Aroclor Degradation in Soil, dated April 8, 1969, marked as Exhibit 13 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 49 | Monsanto memorandum from E. S. Tucker to W.B. Papageorge regarding PCB Analysis of Florida Soil, dated September 15, 1970, and marked as Exhibit 14 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 50 | Expert Report of Richard L. DeGrandchamp, Ph.D., dated April 5, 2019 |
| 51 | Memorandum from Elmer P. Wheeler to W.B. Papageorge regarding PCB's in Human Adipose Tissue, dated October 13, 1970, marked as Exhibit 18B at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |

| Exhibit | Description |
|---|---|
| 52 | Press release from Monsanto Chemical Company, dated October 7, 1947, and marked as Exhibit 33 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 53 | Memorandum from Paul B. Hodges to H.S. Bergen, Jr. regarding Anniston – PCB – Cleanup Program, dated August 7, 1970, and marked as Exhibit 59 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 54 | Memorandum from Paul B. Hodges to H.S. Bergen, Jr. regarding Anniston – PCB – Cleanup Program, dated August 7, 1970, and marked as Exhibit 59 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 55 | Memorandum from Chas Williams to P.E. Heisler regarding Electrical Utilities, dated May 27, 1963, marked as Exhibit 60 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 56 | Memorandum from P.G. Benignus to E.M. Potter regarding Leaky Askarel Drums, dated December 1, 1971, marked as Exhibit 61 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 57 | Memorandum from E.M. Potter to H.S. Bergen regarding Aroclor Drums, dated January 18, 1972, marked as Exhibit 62 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 58 | Meeting minutes titled The PCB-Pollution Problem from a St. Louis Meeting with General Electric, Co. held January 21 and 22, 1970, marked |

| Exhibit | Description |
|---|---|
|  | as Exhibit 23 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 59 | Report and Comments on Meeting on Chlorinated Byphenyls in the Environment at Industrial Biotest Laboratories by Robert L. Metcalf, dated March 21, 1969, marked as Exhibit 77 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 60 | Memorandum from J.A. Alley to D. Wood regarding Recommendation on stopping customer returns of PCB waste to the W. G. Krummrich incinerator, dated May 13, 1977, marked as Exhibit 97 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 61 | Monsanto Chemical Company Salesmen's Manual, Aroclor, Description and Properties, dated October 1, 1944, and marked as Exhibit 47 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 62 | *Toxicity Considerations in Pollution Control*, Air Pollution Control Association, dated January-February, 1957, marked as Exhibit 48 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 63 | Report of Aroclor "Ad Hoc" Committee (Second Draft) from M.N. Farrar, et al. to Rodney Harris, Jr., dated October 15, 1969, marked as Exhibit 4 at the February 19, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 64 | Monsanto memorandum from P.G. Benignus to C.L. Curtis regarding Askarel Inspection and Maintenance Guide, dated July 22, 1971, marked |

| Exhibit | Description |
|---|---|
| | as Exhibit 91 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 65 | Letter from W.E. Schalk to Charles M. Gore, United Electric Controls Company, regarding disposal instructions for Aroclor 1248, dated March 26, 1970, marked as Exhibit 92 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 66 | Letter from W.B. Papageorge to Mary A. Appelhof, Environmental Health Committee, South Central Michigan Health Planning Council, regarding termination and restriction of PCB sales, dated May 4, 1973, marked as Exhibit 90 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 67 | Keeping PCB's Out of the Environment – A Status Report, dated October 1972, marked as Exhibit 93 at the February 20, 2019 deposition of Monsanto Corporate Representative, Robert Kaley, Ph.D. |
| 68 | Excerpts of the certified deposition of Sharon Cloward, President of third-party Port Tenants Association, conducted on April 24, 2019 |
| 69 | Excerpts of the certified deposition of Norman Abell, Managing Partner of third-party San Diego Bay Aquaculture, conducted on April 26, 2019 |
| 70 | California Regional Water Quality Control Board, San Diego Region, Tentative Investigative Order No. R9-2018-0035, dated March 16, 2018, marked as Exhibit 9 at the July 10, 2019 deposition of Monsanto Expert, John Woodyard |
| 71 | Excerpts of the certified deposition of Port Expert, Charles Cicchetti, Ph.D., conducted on July 10, 2019 |

| Exhibit | Description |
|---|---|
| 72 | Excerpts of the certified deposition of Port Environmental Group Program Manager, Paul Brown, conducted on June 11, 2019 |
| 73 | Letter from L. H. Delany, California Regional Water Quality Control Board, to San Diego Unified Port District regarding Assembly Bill No. 158, dated November 30, 1987 |
| 74 | Correspondence between County of San Diego Department of Health Services, Port of San Diego, et al., regarding proposed Health Risk Study of San Diego Bay, dated 1987 |
| 75 | Assessing Contaminants in Fish and Shellfish in San Diego Bay, dated February 2017 |
| 76 | SCCWRP Technical Report 976, San Diego Fish Consumption Study by Steven J. Steinberg and Shelly L. Moore, Southern California Coastal Waters Research Project, dated March 2017 (revised December 2017) |
| 77 | Pharmacia LLC's Objections and Responses to Plaintiff San Diego Unified Port District's Requests for Admission [Set Four], Special Interrogatories [Set Five] and Requests for Production [Set Five] (March 28, 2019) |
| 78 | Expert Report of John Toll, Ph.D., dated April 5, 2019 |
| 79 | Pharmacia's Amended Notice of Videotaped Rule 30(b)(6) Deposition of San Diego Unified Port District, dated April 27, 2019 |
| 80a | Transcript of Official Electronic Sound Recording of Proceedings, ECF 360, May 1, 2019 |
| 80b | Tentative Rulings, ECF 354, April 24, 2019 |

| Exhibit | Description |
|---------|-------------|
| 81 | Chart of 30(b)(6) topics designated for Karen Holman marked as Exhibit 187 at the May 16, 2019 deposition of Port Corporate Representative Karen Holman |
| 82 | Certified deposition transcript of Monsanto Expert, Paul Boehm, Ph.D., conducted on June 27, 2019 |
| 83 | Chart of 30(b)(6) topics designated for Duane Bennett marked as Exhibit 108 at the May 8, 2019 deposition of Port Corporate Representative Duane Bennett |
| 84 | Draft Remedial Design and Implementation Plan, Tow Basin Site, dated January 2003, marked as Exhibit 230 at the June 13, 2019 deposition of Port Corporate Representative Karen Holman |
| 85 | Expert Report of J. Micheal Trapp, Ph.D. |
| 86 | Declaration of Ann Jones, Ph.D., dated September 30, 2019 |