**KELLEY DRYE & WARREN LLP**
William J. Jackson (admitted *Pro Hac Vice*)
Texas Bar No. 00784325
Micheal W. Dobbs (admitted *Pro Hac Vice*)
Texas Bar No. 24012533
Kenneth O. Corley (admitted *Pro Hac Vice*)
Texas Bar No. 24048405
Nancy K. Yanochik *(*admitted *Pro Hac Vice*)
Texas Bar No. 01293000
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
Telephone: (713) 355-5000

**KELLEY DRYE & WARREN LLP**
Andrew W. Homer (SBN 259852)
7825 Fay Ave., Suite 200
La Jolla, CA 92037
Telephone: (858) 795-0426

**SAN DIEGO UNIFIED PORT DISTRICT**
**OFFICE OF THE GENERAL COUNSEL**
Thomas A. Russell, SBN 108607, Gen. Counsel
Ellen F. Gross, SBN 149127, Asst. Gen. Counsel
John N. Carter, SBN 246886, Dep. Gen. Counsel
3165 Pacific Highway
P.O. Box 120488
San Diego, CA  92112-0488
Telephone: (619) 686-6219

*Attorneys for Plaintiff San Diego Unified Port District*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation, <br><br> PLAINTIFFS, <br><br> v. <br><br> MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, <br><br> DEFENDANTS. | CASE NO. 3:15-CV-0578-WQH-AGS <br><br> **DECLARATION OF MICHEAL W. DOBBS IN SUPPORT OF PLAINTIFF SAN DIEGO UNIFIED PORT DISTRICT'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ABATEMENT AND PURPRESTURE)** <br><br> Judge: Hon. William Q. Hayes <br><br> Filed Date:  March 13, 2015 <br><br> Trial Date:  February 18, 2020 |

I, Micheal W. Dobbs, declare and state as follows:

1.     I am an attorney duly admitted to practice law in the State of Texas and am admitted pro hac vice to practice before this Court in this matter.  I am a partner at the law firm of Kelley Drye & Warren LLP, in Houston, Texas and am counsel of record for Plaintiff San Diego Unified Port District (the "Port") in this matter.  I am over the age of 18 and competent to testify.  I make the following declaration based on my personal knowledge and, if called to testify, would testify to the following:

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the Port Expert Report of William Golightly, dated April 5, 2019.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the Port Expert Rebuttal Report of William Golighly, dated June 13, 2019.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of the Port Expert Report of Paul Fuglevand, dated April 5, 2019.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of the Port Expert Supplemental Report of Paul Fuglevand, dated May 8, 2019.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of the Port Expert Rebuttal Report of Paul Fuglevand, dated June 11, 2019.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of the Port Expert Report of Ann Jones, dated April 5, 2019.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of the Port Expert Rebuttal Report of Ann Jones, dated June 14, 2019.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of the Port Expert Report of Charles D. Cicchetti, dated April 5, 2019.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the Port Expert Rebuttal Report of Charles D. Cicchetti, dated June 14, 2019.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the Monsanto Expert Report of Robert Karls, dated May 9, 2019.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the Monsanto Expert Report of John Woodyard, dated May 10, 2019.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the deposition testimony of Monsanto Expert, Jason Conder, conducted on July 1, 2019.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the Sampling and Analysis Report, Area of Investigation Under Investigative Order Number R9-2017-0083, by Geosyntec Consultants, dated April 30, 2019, and marked as Exhibit 7 to the deposition of Monsanto Expert Jason Conder, conducted on July 1, 2019.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the Remedial Action Plan for the 30-Inch SWCS Outfall to the Laurel-Hawthorn Embayment, revised, by Geosyntec Consultants, dated September 20, 2016, and marked as Exhibit 12 to the deposition of Monsanto Expert Jason Conder, conducted on July 1, 2019.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition of Port Expert, Paul Fuglevand, conducted on June 19, 2019, in this matter.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the deposition of Port Corporate Representative, Duane Bennett, Esq., conducted on May 8 and May 9, 2019, in this matter.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the deposition of Monsanto Expert, John Woodyard, conducted on July 10, 2019, in this matter.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the deposition of Port Corporate Representative, Eileen Maher, conducted on May 7, 2019, in this matter.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the deposition of Port Expert, John Toll, conducted on June, 21, 2019, in this matter.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the deposition of Merkel & Associates Corporate Representative, Keith Merkel, conducted on June 27, 2019.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the deposition of Port District Corporate Representative, Michael Johns, conducted on April 30 and May 1, 2019, in this matter.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of the Consent Decree Among Defendant BP Exploration & Production Inc., the United States of America, and the States of Alabama, Florida, Louisiana, Mississippi, and Texas, dated April 4, 2016, entered in MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, in the United States District Court for the Eastern District of Louisiana, and published on the United States District Court, Eastern            District            of            Louisiana            website            at http://www.laed.uscourts.gov/sites/default/files/OilSpill/4042016ConsentDecree_0.pdf.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of the Agreement and Consent Decree, dated October 9, 1991, entered in C.A. No. A91-082 CV, *United States of America v. Exxon Corporation, et al.*, in the United States District Court, District of Alaska, and published on the *Exxon Valdez* Oil Spill Trustee Council website at http://www.evostc.state.ak.us/index.cfm?FA=pubs.listKeyDocs.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of the Consent Decree and Final Judgment, dated December 9, 1998, entered in Case No. J.C.C.P. 4041, *People of the State of California ex rel. Daniel E. Lungren, Attorney General of the State of California, et al. v. Philip Morris, Inc., et al.*, in the Superior Court of the State of

1 California, County of San Diego, and published on the State of California Department of
2 Justice website at https://oag.ca.gov/tobacco/msa.

3     26.    Attached hereto as **Exhibit 25** is a true and correct copy of the Record of
4 Decision for the Hudson River PCBs Site, New York, dated February 2000, and published
5 on the USEPA's website at https://www3.epa.gov/hudson/d_rod.htm#Ex. record.

6     27.    Attached hereto as **Exhibit 26** is a true and correct copy of the Record of
7 Decision for the Upper and Lower Harbor Operable Unit, New Bedford Harbor
8 Superfund Site, dated September 25, 1998, and published on the USEPA's website at
9 https://semspub.epa.gov/work/01/38206.pdf.

10     28.    Attached hereto as **Exhibit 27** is a true and correct copy of the Record of
11 Decision for the Lower Duwamish Waterway Superfund Site, dated November 21, 2014,
12 and published on the USEPA's website at https://semspub.epa.gov/work/10/715975.pdf.

13     29.    Attached hereto as **Exhibit 28** is a true and correct copy of the Record of
14 Decision for the Portland Harbor Superfund Site (appendices omitted), dated January 3,
15 2017, and published on the USEPA's website at
16 https://semspub.epa.gov/work/10/100036257.pdf.

17     30.    Attached hereto as **Exhibit 29** is a true and correct copy of the Record of
18 Decision for the Lower Fox River and Green Bay, Wisconsin, Operable Units 1 and 2,
19 dated December 2002, and published on the USEPA's website at
20 https://semspub.epa.gov/work/HQ/188717.pdf.

21     31.    Attached hereto as **Exhibit 30** is a true and correct copy of the Record of
22 Decision Amendment for the Lower Fox River and Green Bay Superfund Site, Operable
23 Units 2 (Deposit DD) and 3 through 5, dated June 2007, and published on the USEPA's
24 website at https://semspub.epa.gov/work/HQ/185414.pdf.

25     32.    Attached hereto as **Exhibit 31** is a true and correct copy of the Minute Order
26 73048386, entered by the Court in the *Orange Water County District v. Sabic Innovative*

*Plastics* matter, dated August 9, 2019, accessed on the Superior Court of California, County of Orange website at https://ocapps.occourts.org/civilwebShoppingNS/ShowCase.do?index=0&number=30-2008-00078246-CU-TT-CXC&tab=0#caseAnchor.

33.    Attached hereto as **Exhibit 32** is a true and correct copy of the Port's Supplemental Initial Disclosures, dated August 7, 2017, in this matter.

34.    Attached hereto as **Exhibit 33** is a true and correct copy of the Port's Second Supplemental Disclosures, dated April 30, 2018, in this matter.

35.    Attached hereto as **Exhibit 34** is a true and correct copy of the Port's Third Supplemental Disclosures, dated August 6, 2018, in this matter.

36.    Attached hereto as **Exhibit 35** is a true and correct copy of the Port's Second Amended Damages and Abatement Disclosures, dated April 4, 2019, in this matter.

37.    Attached hereto as **Exhibit 36** is a true and correct copy of the Port's Supplemental Answers to Pharmacia LLC's Special Interrogatories [Set Six, SI Nos. 17 and 18], dated May 10, 2019, in this matter.

38.    Attached hereto as **Exhibit 37** is a true and correct copy of the letter from the San Diego Regional Water Quality Control Board to San Diego Gas & Electric Co. and BAE Systems, San Diego Ship Repair, dated August 1, 2019, Bates labeled SDUPD-0003716407-16, and published on the GeoTracker website at https://geotracker.waterboards.ca.gov/regulators/deliverable_documents/3006722569/Comments%20on%20BAE-SDGE%20Sed%20Report_Aug-2019.pdf.

39.    Attached hereto as **Exhibit 38** is the Declaration of Paul Fuglevand in Support of San Diego Unified Port District's Motion to Strike Supplemental Report of Jason Conder, dated August 2, 2019, in this matter.

40.    Attached hereto as **Exhibit 39** is a true and correct copy of the California Water Code, Division 7, Article 5, Sections 13000 through 16104, published on the

California Legislative Information website at http://leginfo.legislature.ca.gov/faces/codes_displayexpandedbranch.xhtml?tocCode=WAT&division=7.&title=&part=&chapter=&article=.

41.    Attached hereto as **Exhibit 40** is a true and correct copy of the Quality Assurance Report and Documentation of Construction Completion, Sediment Remediation and Aquatic Enhancement, Former Campbell Shipyard Site (Campbell Shipyard Bay Sediment Cap), by Anchor Environmental, dated June 2008, Bates labeled SDUPD-000137170-335.

42.    Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of the deposition of Port Expert, Charles Cicchetti, conducted on July 10, 2019, in this matter.

43.    Attached hereto as **Exhibit 42** is a true and correct copy of the San Diego Unified Port District's Designation of Karen Holman as Corporate Representative and Previous Objections to Defendants' Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(B)(6) and Responses to Defendants' Requests for Production Attached to Amended Notice of Rule 30(b)(6) Deposition, in this matter.

44.    Attached hereto as **Exhibit 43** is a true and correct copy of the San Diego Unified Port District's Designation of Jason Giffen as Corporate Representative and Previous Objections to Defendants' Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(B)(6) and Responses to Defendants' Requests for Production Attached to Amended Notice of Rule 30(b)(6) Deposition, in this matter, and marked as Exhibit 146 to the Deposition of Jason Giffen, conducted on May 15, 2019.

45.    Attached hereto as **Exhibit 44** is a true and correct copy of the San Diego Unified Port District's Designation of Mike Johns as Corporate Representative and Previous Objections to Defendants' Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(B)(6) and Responses to Defendants' Requests for Production Attached to Amended Notice of Rule 30(b)(6) Deposition, in this matter.

46.     Attached hereto as **Exhibit 45** is a true and correct copy of the San Diego Unified Port District's Designation of Eileen Maher as Corporate Representative and Previous Objections to Defendants' Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(B)(6) and Responses to Defendants' Requests for Production Attached to Amended Notice of Rule 30(b)(6) Deposition, and marked as Exhibit 100 to the Deposition of Eileen Maher, conducted on May 7, 2019.

47.     Attached hereto as **Exhibit 46** is a true and correct copy of Defendants Monsanto Company, Solutia Inc. and Pharmacia LLC's Rule 26(a)(1) Initial Disclosures, dated May 12, 2017, in this matter.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of San Diego Unified Port District's Third Supplemental Disclosures [Witnesses with Discoverable Information], dated July 8, 2019, in this matter.

49.     Attached hereto as **Exhibit 48** is a true and correct copy of the San Diego Unified Port District's Second Amended Damages and Abatement Disclosures, dated February 26, 2019, in this matter.

50.     Attached hereto as **Exhibit 49** is a true and correct copy of a memorandum from Douglas Wright to Thomas Morgan, regarding Campbell's Landing Development – Manchester Ground Lease Scenario, dated September 21, 1999, produced by the Port and Bates labeled SDUPD-0000154822-835.

51.     Attached hereto as **Exhibit 50** is a true and correct copy of a memorandum from Dana Sclar, via Shaun Sumner, to the Board of Port Commissioners, regarding Update on the Fifth Avenue Landing Project & Port Master Plan Amendment, dated April 12, 2018, produced by the Port and Bates labeled SDUPD-0001144472-75.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of the Declaration of Paul Fuglevand in Support of San Diego Unified Port District's Opposition to

1   Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary
2   Judgment (Abatement), dated September 30, 2019, in this matter.

3        53.    Attached hereto as **Exhibit 52** is a true and correct copy of the Declaration
4   of Ann Jones in Support of San Diego Unified Port District's Opposition to Defendants'
5   Motions for Summary Judgment or, in the Alternative, Partial Summary Judgment
6   (Nuisance and Abatement), dated September 30, 2019, in this matter.

7        54.    Attached hereto as **Exhibit 53** is a true and correct copy of the Declaration
8   of Eileen Maher in Support of San Diego Unified Port District's Opposition to
9   Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary
10  Judgment (Abatement), dated October 1, 2019, in this matter.

11       55.    Attached hereto as **Exhibit 54** is a true and correct copy of the Declaration
12  of David Gibson, dated September 27, 2019, in this matter.

13       56.    Attached hereto as **Exhibit 55** is a true and correct copy of Pharmacia's
14  Amended Notice of Videotaped Rule 30(B)(6) Deposition of San Diego Unified Port
15  District, dated April 27, 2019, and marked as Exhibit 1 to the deposition of Michael
16  Johns, conducted on April 30 and May 1, 2019, in this matter.

17       57.    Attached hereto as **Exhibit 56** is a true and correct copy of the 30(B)(6)
18  designated deposition topics of Eileen Maher, and marked as Exhibit 78 to the deposition
19  of Eileen Maher, conducted on May 7, 2019.

20
21  Executed on October 1, 2019

                         MICHEAL W. DOBBS

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Expert Report of William Golightly, dated April 5, 2019 |
| 2 | Expert Rebuttal Report of William Golightly, dated June 13, 2019 |
| 3 | Expert Report of Paul Fuglevand, dated April 5, 2019 |
| 4 | Expert Supplemental Report of Paul Fuglevand, dated May 8, 2019 |
| 5 | Expert Rebuttal Report of Paul Fuglevand, dated June 11, 2019 |
| 6 | Expert Report of Ann Jones, dated April 5, 2019 |
| 7 | Expert Rebuttal Report of Ann Jones, dated June 14, 2019 |
| 8 | Expert Report of Charles D. Cicchetti, dated April 5, 2019 |
| 9 | Expert Rebuttal Report of Charles D. Cicchetti, dated June 14, 2019 |
| 10 | Expert Report of Robert Karls, dated May 9, 2019 |
| 11 | Expert Report of John Woodyard, dated May 10, 2019 |
| 12 | Excerpts of the deposition testimony of Monsanto Expert, Jason Conder, conducted on July 1, 2019 |
| 13 | Sampling and Analysis Report, Area of Investigation Under Investigative Order Number R9-2017-0083, by Geosyntec Consultants, dated April 30, 2019, and marked as Exhibit 7 to the deposition of Monsanto Expert Jason Conder, conducted on July 1, 2019 |
| 14 | Remedial Action Plan for the 30-Inch SWCS Outfall to the Laurel-Hawthorn Embayment, revised, by Geosyntec Consultants, dated September 20, 2016, and marked as Exhibit 12 to the deposition of Monsanto Expert Jason Conder, conducted on July 1, 2019 |
| 15 | Excerpts from the deposition of Port Expert, Paul Fuglevand, conducted on June 19, 2019 |
| 16 | Excerpts of the deposition of Port Corporate Representative, Duane |

| Exhibit | Description |
|---|---|
| | Bennett, Esq., conducted on May 8 and May 9, 2019 |
| 17 | Excerpts of the deposition of Monsanto Expert, John Woodyard, conducted on July 10, 2019 |
| 18 | Excerpts of the deposition of Port Corporate Representative, Eileen Maher, conducted on May 7, 2019 |
| 19 | Excerpts of the deposition of Port Expert, John Toll, conducted on June, 21, 2019 |
| 20 | Excerpts of the deposition of Merkel & Associates Corporate Representative, Keith Merkel, conducted on June 27, 2019 |
| 21 | Excerpts of the deposition of Port District Corporate Representative, Michael Johns, conducted on April 30 and May 1, 2019 |
| 22 | Consent Decree Among Defendant BP Exploration & Production Inc., the United States of America, and the States of Alabama, Florida, Louisiana, Mississippi, and Texas, dated April 4, 2016, entered in MDL No. 2179, In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| 23 | Agreement and Consent Decree, dated October 9, 1991, entered in C.A. No. A91-082 CV, United States of America v. Exxon Corporation, et al., in the United States District Court, District of Alaska |
| 24 | Agreement and Consent Decree, dated October 9, 1991, entered in C.A. No. A91-082 CV, United States of America v. Exxon Corporation, et al., in the United States District Court, District of Alaska |
| 25 | Record of Decision for the Hudson River PCBs Site, New York, dated February 2000 |
| 26 | Record of Decision for the Upper and Lower Harbor Operable Unit, New |

| Exhibit | Description |
|---------|-------------|
| | Bedford Harbor Superfund Site, dated September 25, 1998 |
| 27 | Record of Decision for the Lower Duwamish Waterway Superfund Site, dated November 21, 2014 |
| 28 | Record of Decision for the Portland Harbor Superfund Site (appendices omitted), dated January 3, 2017 |
| 29 | Record of Decision for the Lower Fox River and Green Bay, Wisconsin, Operable Units 1 and 2, dated December 2002 |
| 30 | Record of Decision Amendment for the Lower Fox River and Green Bay Superfund Site, Operable Units 2 (Deposit DD) and 3 through 5, dated June 2007 |
| 31 | Minute Order 73048386, entered by the Court in the Orange Water County District v. Sabic Innovative Plastics matter, dated August 9, 2019 |
| 32 | Port's Supplemental Initial Disclosures, dated August 7, 2017 |
| 33 | Port's Second Supplemental Disclosures, dated April 30, 2018 |
| 34 | Port's Third Supplemental Disclosures, dated August 6, 2018 |
| 35 | Port's Second Amended Damages and Abatement Disclosures, dated April 4, 2019 |
| 36 | Port's Supplemental Answers to Pharmacia LLC's Special Interrogatories [Set Six, SI Nos. 17 and 18], dated May 10, 2019 |
| 37 | Letter from the San Diego Regional Water Quality Control Board to San Diego Gas & Electric Co. and BAE Systems, San Diego Ship Repair, dated August 1, 2019 |
| 38 | Declaration of Paul Fuglevand in Support of San Diego Unified Port District's Motion to Strike Supplemental Report of Jason Conder, dated August 2, 2019 |

| Exhibit | Description |
|---------|-------------|
| 39 | California Water Code, Division 7, Article 5, Sections 13000 through 16104 |
| 40 | Quality Assurance Report and Documentation of Construction Completion, Sediment Remediation and Aquatic Enhancement, Former Campbell Shipyard Site (Campbell Shipyard Bay Sediment Cap), by Anchor Environmental, dated June 2008 |
| 41 | Excerpts of the deposition of Port Expert, Charles Cicchetti, conducted on July 10, 2019 |
| 42 | San Diego Unified Port District's Designation of Karen Holman as Corporate Representative and Previous Objections to Defendants' Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(B)(6) and Responses to Defendants' Requests for Production Attached to Amended Notice of Rule 30(b)(6) Deposition |
| 43 | San Diego Unified Port District's Designation of Jason Giffen as Corporate Representative and Previous Objections to Defendants' Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(B)(6) and Responses to Defendants' Requests for Production Attached to Amended Notice of Rule 30(b)(6) Deposition, in this matter, and marked as Exhibit 146 to the Deposition of Jason Giffen, conducted on May 15, 2019 |
| 44 | San Diego Unified Port District's Designation of Mike Johns as Corporate Representative and Previous Objections to Defendants' Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(B)(6) and Responses to Defendants' Requests for Production Attached to Amended Notice of Rule 30(b)(6) Deposition |

| Exhibit | Description |
|---|---|
| 45 | San Diego Unified Port District's Designation of Eileen Maher as Corporate Representative and Previous Objections to Defendants' Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(B)(6) and Responses to Defendants' Requests for Production Attached to Amended Notice of Rule 30(b)(6) Deposition, and marked as Exhibit 100 to the Deposition of Eileen Maher, conducted on May 7, 2019 |
| 46 | Defendants Monsanto Company, Solutia Inc. and Pharmacia LLC's Rule 26(a)(1) Initial Disclosures, dated May 12, 2017 |
| 47 | San Diego Unified Port District's Third Supplemental Disclosures [Witnesses with Discoverable Information], dated July 8, 2019 |
| 48 | San Diego Unified Port District's Second Amended Damages and Abatement Disclosures, dated February 26, 2019 |
| 49 | Memorandum from Douglas Wright to Thomas Morgan, regarding Campbell's Landing Development – Manchester Ground Lease Scenario, dated September 21, 1999 |
| 50 | Memorandum from Dana Sclar, via Shaun Sumner, to the Board of Port Commissioners, regarding Update on the Fifth Avenue Landing Project & Port Master Plan Amendment, dated April 12, 2018, |
| 51 | Declaration of Paul Fuglevand, dated September 30, 2019 |
| 52 | Declaration of Ann Jones, dated September 30, 2019 |
| 53 | Declaration of Eileen Maher, dated October 1, 2019 |
| 54 | Declaration of David Gibson, dated September 27, 2019 |
| 55 | Pharmacia's Amended Notice of Videotaped Rule 30(B)(6) Deposition of San Diego Unified Port District, dated April 27, 2019, and marked as Exhibit 1 to the deposition of Michael  Johns, conducted on April 30 and |

| Exhibit | Description |
|---------|-------------|
|         | May 1, 2019 |
| 56      | 30(B)(6) designated deposition topics of Eileen Maher, and marked as Exhibit 78 to the deposition of Eileen Maher, conducted on May 7, 2019 |