# EXHIBIT 1

**KELLEY DRYE & WARREN LLP**
William J. Jackson (Admitted *Pro Hac Vice*)
Texas Bar No. 00784325
Micheal W. Dobbs (admitted *Pro Hac Vice*)
Texas Bar No. 24012533
Kenneth O. Corley (Admitted *Pro Hac Vice*)
Texas Bar No. 24048405
Nancy K. Yanochik *(*Admitted *Pro Hac Vice*)
Texas Bar No. 01293000
515 Post Oak Blvd., Suite 900
Houston, Texas 77027

**KELLEY DRYE & WARREN LLP**
Andrew W. Homer (SBN 259852)
7825 Fay Ave., Suite 200
La Jolla, CA 92037

**SAN DIEGO UNIFIED PORT DISTRICT**
**OFFICE OF THE GENERAL COUNSEL**
Thomas A. Russell  (SBN 108607) Gen. Counsel
Ellen F. Gross (SBN 149127) Asst. Gen. Counsel
John N. Carter (SBN 246886) Dep. Gen. Counsel
3165 Pacific Highway
P.O. Box 120488
San Diego, CA 92112-0488
Telephone: (619) 686-6219

*Attorneys for Plaintiff San Diego Unified Port District*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | Case No.  3:15-CV-0578-WQH-AGS<br><br>**DECLARATION OF WILLIAM D. GOLIGHTLY**<br><br><br>Judge: Hon. William Q. Hayes<br>Filed Date:  March 13, 2015<br>Trial Date:  February 18, 2020 |

4820-2222-8646

1 | I, William D. Golightly, declare under the penalty of perjury that the following is true

2 | and correct:

3 |    1. I issued an expert report in the above-referenced matter on April 5, 2019.  I

4 |      issued a rebuttal report in the above-referenced matter on June 13, 2019.

5 |    2. The statements contained in each of my reports are true and correct.

6 |    3. If requested, I am able and would testify under oath as to the facts and opinions

7 |      set forth in those reports at trial.

8 |

9 |

10 |      Executed on September 18, 2019

11 |                                William D. Golightly



**SAN DIEGO UNIFIED PORT DISTRICT**
**ET AL. V. MONSANTO CO., ET AL.**
**WILLIAM GOLIGHTLY EXPERT REPORT**
**KLEINFELDER PROJECT NO. 20193073.001A**

**APRIL 5, 2019**

**Copyright 2019 Kleinfelder**
**All Rights Reserved**

**ONLY THE CLIENT OR ITS DESIGNATED REPRESENTATIVES MAY USE THIS DOCUMENT AND ONLY FOR THE SPECIFIC**
**PROJECT FOR WHICH THIS REPORT WAS PREPARED.**



A Report Prepared for:


Mr. .Andrew Homer
**Kelly Drye & Warren, LLP**
7825 Fay Avenue, Suite 200
La Jolla, California 92073



**SAN DIEGO UNIFIED PORT DISTRICT
ET AL. V. MONSANTO CO., ET AL.
WILLIAM GOLIGHTLY EXPERT REPORT**




Prepared by:



William D. Golightly, P.E.
Vice President







**KLEINFELDER**
550 West C Street Suite 1200
San Diego, California 92101
Phone: 619.831.4600


April 5, 2019
Kleinfelder Project No. 20193073.001A

KLEINFELDER
Bright People. Right Solutions.

**TABLE OF CONTENTS**

**Section**                                                                                                    **Page**

**1   STATEMENT OF QUALIFICATIONS AND COMPENSATION** ................................................ 1
    1.1    QUALIFICATIONS ........................................................................................................ 1
    1.2    COMPENSATION ......................................................................................................... 1

**2   INTRODUCTION** .......................................................................................................................... 2
    2.1    BACKGROUND .............................................................................................................. 2
    2.2    SUMMARY OF CONCLUSIONS .................................................................................... 2
    2.3    HISTORICAL BACKGROUND ....................................................................................... 3

**3   HISTORY AND REGULATORY ACTIONS FOR PCB IMPACTED SEDIMENT SITES IN
    SAN DIEGO BAY** ....................................................................................................................... 6
    3.1    ROHR/BF GOODRICH SITE ......................................................................................... 6
    3.2    SHIPYARD SEDIMENT SITE ........................................................................................ 9
             3.2.1  Regulatory Actions ........................................................................................... 11
    3.3    FORMER CAMPBELL SHIPYARD .............................................................................. 13
    3.4    LAUREL HAWTHORN EMBAYMENT .......................................................................... 15
             3.4.1  Solar Turbines/East LHE ................................................................................. 16
             3.4.2  Former General Dynamics Lindbergh Field Plant/LHCE .............................. 17
             3.4.3  San Diego International Airport/LHCE ............................................................. 19
             3.4.4  Teledyne Ryan Aeronautical/West LHE .......................................................... 20
    3.5    CONVAIR LAGOON ..................................................................................................... 21
    3.6    EAST BASIN ................................................................................................................. 24

**4   REGULATORY CLEANUP LEVELS FOR PCBS IN SAN DIEGO BAY SEDIMENTS** ...... 28

**5   CONCLUSIONS** ........................................................................................................................ 34


**FIGURES**
1-1    San Diego Bay Sediment Sampling Locations (1996-2018)
1-2    Total PCB Natural Neighbor Interpolation for Surface Sediments in San Diego Bay
1-3    San Diego Bay PCB Sites
2-1    BF Goodrich Site
2-2    Shipyard Sediment Site
2-3    Campbell Shipyard Site 2018
2-4    Former Campbell Shipyard Site 2000
2-5    Laurel Hawthorn Embayment
2-6    Solar Turbines Outfalls to LHE
2-7    SWCS Outfalls to LHE
2-8    Convair Lagoon
2-9    SWCS Outfalls to Convair Lagoon
2-10   East Basin
2-11   Harbor Drive Test Facility SWCS System and Outfalls to the East Basin
3-1    Shipyard Sediment Site Reference Site Locations


**APPENDICES**
A      Golightly CV
B      Documents Reviewed



## ACRONYMS

| | |
|---|---|
| AET | advanced effect threshold |
| ARCO | Atlantic Richfield Company |
| BNSF Railway | Burlington Northern Santa Fe Railway |
| CAO | Cleanup and Abatement Order |
| CERCLA | Comprehensive Environmental Response Compensation and Liability Act |
| DSV | Deep Submergence Vehicle |
| GDLFP | General Dynamics Lindbergh Field Plant |
| HDTF | Harbor Drive Test Facility |
| IS&E | Imminent or Substantial Endangerment Determination and Remedial Action Order |
| LHCE | Laurel Hawthorne Central Embayment |
| LHE | Laurel Hawthorn Embayment |
| µg/kg | microgram per kilogram |
| mg/kg | milligram per kilogram |
| MS4 | municipal separate storm sewer system |
| MTS | Metropolitan Transit System |
| NASSCO | National Steel and Shipbuilding Company |
| PAHs | polynuclear aromatic hydrocarbons |
| PCB | polychlorinated biphenyl compound |
| PCTs | polychlorinated terphenyls |
| RMI | Rohr Marine Incorporated |
| RFI | Resource Conservation and Recovery Act Facility Investigation |
| RWQCB | California Regional Water Quality Control Board – San Diego Region |
| SDCRAA | San Diego County Regional Airport Authority |
| SDG&E | San Diego Gas & Electric |
| SDIA | San Diego International Airport |
| SWAC | surface weighted average concentration |
| SWCS | storm water conveyance system |
| SVOCs | semi-volatile organic compounds |
| TDY | Teledyne Ryan Aeronautical |
| TPHs | total petroleum hydrocarbons |
| VOCs | volatile organic compounds |
| WDR | Waste Discharge Requirements |



# 1   STATEMENT OF QUALIFICATIONS AND COMPENSATION

## 1.1   QUALIFICATIONS

I have been retained by Kelley Drye & Warren, LLP and Baron & Budd, P. C. to provide expert testimony in support of C.A. No. 3:5-CV-0578-WQH-JLB; and San Diego Unified Port District, et al. v. Monsanto Co., et al.

I have over 30 years of environmental engineering experience with 24 years of experience in the San Diego area.  I hold a bachelor's degree geology from East Carolina University (1984) and a master's degree in civil/environmental engineering from Arizona State University (1989).  I am a registered professional engineer in Arizona and California and hold a certification as an Envison Sustainability Professional.

Over the past 30 years I have investigated, evaluated remedial alternatives and implemented remedial actions for sites impacted by polychlorinated biphenyl's (PCBs), dioxins and furans, halogenated volatile organic compounds (HVOCS), polycyclic aromatic hydrocarbons (PAHs), petroleum hydrocarbons and priority pollutant metals.  I have used my expertise to assist public and private clients including the San Diego Unified Port District, the U.S. Navy, the Air National Guard, the Arizona Department of Environmental Quality, the California Department of Toxic Substances Control, USEPA, the Los Angeles Department of Water and Power (LADWP), the Los Angeles County Metropolitan Transportation Authority, the San Diego County Regional Airport Authority, major oil companies, aerospace manufacturers, private developers, and hospitals.  I have a working knowledge of the regulatory frame-work including: TSCA, RCRA, CERCLA and state administered programs.

Over the course of the past 30 years, I have been retained to provide expert testimony on three occasions, but none of the testimony was requested or given within the past four years.  I have also been retained to provide expert third-party review of work products prepared by others.  A copy of my CV is provided in Appendix A to this document.

## 1.2   COMPENSATION

My hourly rate for preparing this expert report and for testimony is $350.

KLEINFELDER
Bright People. Right Solutions.

## 2   INTRODUCTION

### 2.1   BACKGROUND

This report has been prepared for Kelly Drye & Warren, LLP in support of C.A. No. 3:5-CV-0578-WQH-JLB; and San Diego Unified Port District, et al. v. Monsanto Co., et al.  The following information is intended to provide a brief historical summary of polychlorinated biphenyl compound (PCB) usage in and around the San Diego Bay (Bay), a summary of documented releases of PCBs impacting Bay sediments, a summary of regulatory actions addressing these releases, and a discussion of PCB background or reference levels established for the Bay.

### 2.2   SUMMARY OF CONCLUSIONS

A summary of documents reviewed to prepare this report are included in Appendix B.  The following conclusions are drawn based on the information contained in these documents and my professional experience.

- Past industrial activities around the San Diego Bay have released PCBs to the environment.

- PCBs have been discharged to the San Diego Bay either directly or through storm water conveyance systems.

- PCB concentrations are greatest near the shoreline and points of storm water discharge.

- Lower levels of PCBs are distributed throughout the San Diego Bay.

- The California Regional Water Quality Control Board – San Diego Region has found that the release of PCBs to San Diego Bay has caused a condition of pollution or nuisance.

- The California Regional Water Quality Control Board – San Diego Region has acknowledged the technical and economic impracticability of cleaning the San Diego Bay Sediments to natural background levels, which would require removal of all PCBs because they are man-made and do not occur naturally in the environment, and have required dischargers of PCBs to clean up to alternate "ambient" or "contemporary" background levels.

- Beyond the limits of remedial actions, residual concentration of PCBs remain in the San Diego Bay sediment and may continue to cause a condition of pollution or nuisance and be a source for recontamination of remediated areas.

KLEINFELDER
Bright People. Right Solutions.

## 2.3   HISTORICAL BACKGROUND

The San Diego Bay (Bay) and surrounding tidelands have a long history of industrial activity dating back to the early 1900's.  Industrial activities have included, among others:

- Ship and boat building and repair
- Electric utility pole treatment and storage
- Electric equipment storage and repair
- Aircraft and aircraft component manufacturing and testing
- Railways
- Rail car maintenance facilities
- Coal gasification
- Power generation

- Wood treating
- Fuel storage and transfer
- Fish processing
- Commercial fishing
- Garbage disposal and processing
- Ice manufacturing
- Kelp processing and product manufacturing
- Gas turbine manufacturing

These industrial activities used a wide variety of chemicals including polychlorinated biphenyls (PCBs).  Prior to their ban in the 1970's, PCBs were used in many products and applications including but not limited to:  cutting oils, hydraulic fluids, vacuum pumps, synthetic resins, wax extenders, dedusting agents, sealing and caulking compounds, dielectric fluids for transformers and capacitors, paints, some plastics and rubber compounds.  The widespread use of PCBs and historic waste management practices have resulted in the release of PCBs to the environment and the transport of PCBs to the Bay impacting water quality, sediments, and the beneficial use.  Evidence for these impacts include the following:

- In 1984/85, the wet weight concentration of total PCBs detected by the State Mussel Watch Program in mussels collected from Convair Lagoon exceeded the U.S Food and Drug Administration tolerance level for PCBs.  As a result, the County of San Diego, Department of Health Services, posted Convair Lagoon to restrict the collection and consumption of mussels from the area[1].

- McCain et al. 1992[2] found that the mean concentration of PCBs, metals, and aromatic hydrocarbons in sediments from sites in southern and central Bay were significantly higher

---

[1] State of California Regional Water Quality Control Board, San Diego Region Clean Up and Abatement Order 86-92.

[2] McCain, B.B., S.L. Chan, M.M. Krahn, D.W. Brown, M.S. Myers, J.T. Landahl, S. Pierce, R.C.

than sediment samples from nearby non-urban sites. Mean concentration of PCBs in fish tissue samples from these areas were also found to be higher.

- In 2013, the California Office of Environmental Health Hazard Assessment published a health advisory and guidelines for fish consumption from the Bay warning of unhealthy levels of PCBs and mercury in fish tissue[3].

- San Diego Bay is listed in the Final 2014 and 2016 State of California Integrated Report (303 [d]) list) as an impaired water body for PCB fish tissue. This decision is supported by fish and shellfish tissue studies cited in the decisions supporting information.  PCB sources cited by the State include contaminated sediments, dredge spoils, material from historic land management activities, illegally dumped waste, spills, urban runoff/storm sewers and other unknown sources[4].

Studies conducted within the Bay have demonstrated that PCBs are widely distributed in the sediments at varying concentrations throughout the Bay. Studies conducted between 1996 and 2018 and associated sampling location are summarized on Figure 1-1[5].  Figure 1-2 is a natural neighbor interpolation of the surface sediment data from these investigations[5].   The highest concentrations of PCBs have been reported in sediments near locations with current and historic industrial activities.  These include, for example (Figure 1-3):

- Rohr/BF Goodrich in Chula Vista

- U.S Navy 32nd Street Naval Station

- South Bay Shipyard sites (NASSCO, BAE Systems, Continental Maritime)

- South end of Tenth Avenue Marine Terminal

- Former Campbell Shipyard

- Laurel Hawthorn Embayment (Former Teledyne Ryan Facility, Solar Turbines, Former General Dynamics Lindberg Field Plant)

- Convair Lagoon (Former Teledyne Ryan Facility, Former General Dynamics Lindberg Field Plant)

---

*Clark, Jr., and U. Varanasi. 1992. Chemical Contamination and Associated Fish Diseases in San Diego Bay. Environ. Sci. Technol., 26:725–733.*
*[3] State of California Office of Environmental Health Hazard Assessment (https://oehha.ca.gov/fish/press-release/press-release-fish/state-fish-consumption-advisories-san-diego-bay-and-mission.)*
*[4] California Water Resources Control Board*
*(https://www.waterboards.ca.gov/water_issues/programs/tmdl/2014_16state_ir_reports/00062.shtml#33669)*
*[5] Windward, LLC, 2019.  Development and Application of a San Diego Bay PCB Bioaccumulation Model for Spotted Bass. April.*

- East Basin (Former General Dyanmics/Convair Harbor Drive Test Facility, Former Lockheed Marine Terminal and Railway facility and Tow Basin)
- America's Cup Harbor (Commercial Basin)

The activities and resulting discharges at these sites have likely contributed to the PCB impacts observed in Bay sediments and have been the subject of regulatory actions to address PCB impacts.   The following sections summarized the history, activities and regulatory action associated with these sites.

*KLEINFELDER*
Bright People. Right Solutions.

## 3    HISTORY AND REGULATORY ACTIONS FOR PCB IMPACTED SEDIMENT SITES IN SAN DIEGO BAY

### 3.1    ROHR/BF GOODRICH SITE

The former Rohr/BF Goodrich Site is located at 850 Lagoon Drive in Chula Vista, California (Figure 1-4) approximately 0.3 miles east of the southeastern edge of the Bay.  The property consisted of north and south campuses. The North Campus is approximately 86 acres and the South Campus is approximately 59 acres (Figure 2-1).

In 1941, Rohr Aircraft Corporation began manufacturing structural and engine components for the aviation and aerospace industry in a facility at the base of H Street. In 1969, the company incorporated as Rohr Corporation and subsequently became Rohr Industries in 1971 and Rohr Inc., in 1992.  BF Goodrich Company acquired Rohr Inc., in 1997 and began operating as BF Goodrich Aerospace Aerostructures Group.  In 2012, United Technologies Corporation acquired BF Goodrich Corporation (name change from Company to Corporation in 2001). Currently BF Goodrich Corporation continues to exist as a corporate entity.

Following construction of the original buildings in 1941, the facility continued to expand through the early 1970's.  The physical expansion was made possible through three major dredge and fill projects, conducted in 1960, 1968 and 1971, that expanded the facility footprint westward.  The second major dredge and fill project (circa 1968) created an area bordered by a ditch approximately 60 to 80 feet in width subsequently named the "L-ditch" due to its physical configuration.  The L-ditch discharged to the Bay through two outfalls referred to as Outfalls 3 and 4.  An open drainage channel, referred to as the "North Feeder", was created during the 1968 fill project.  The North Feeder connected northern portions of the South Campus to the L-ditch[6].

Throughout its operation, the Rohr/BF /Goodrich facility used a variety of products that may have contained PCB's until their ban in the 1970's. Hydraulic fluids and cutting oils, were stored in above ground storage tanks and used as lubricants and cooling fluids in metal cutting and bending operations and for heat transfer[7].  Wastes from these activities were historically discharged to drains leading to ditches and outfalls discharging to the Bay shoreline from 1941 through the

---

[6] *The Bodhi Group, 2013. Report of Source Evaluation of Waste at Outfall 4, L-Ditch and Goodrich Aerospace Facilities, Chula Vista, California. December.*
[7] *The Bodhi Group Inc.  2014.  Source Identification of PCB Impacts in H Street Former Goodrich Aerostructures Facility, Chula Vista, California. Prepared for the San Diego Unified Port District. March.*

KLEINFELDER
Bright People. Right Solutions.

1960s. Site investigations conducted in 1993, 1999, 2001 and 2014 have detected elevated concentration of PCBs near former and present outfall locations.

In 1999, ownership of the South Campus was transferred from Rohr to the San Diego Unified Port District (Port District). Rohr vacated the property and moved all operations to the North Campus in 2002. The Port District demolished the South Campus buildings in 2007 leaving the foundation, building slabs, pavement and subsurface utilities. In 2014, Rohr began surface and subsurface demolition and remediation of the South Campus property. These activities are ongoing as of the date of this report. Chemicals of concern for the remedial activities included a variety of industrial chemicals including metals and PCBs.

The Rohr/ BF Goodrich facility storm water conveyance system (SWCS) was initially installed during site development in the 1940's and was modified and expanded as the facility grew. Storm water runoff from the North Campus and northern portion of the South Campus was collected by an onsite SWCS and conveyed to one of two outfalls identified as Outfall 1 and Outfall 2. Outfall 1 is a 54-inch SWSC that drains the primarily the North Campus and outfalls to a marsh west of Building 61.[8] This outfall is still active. Outfall 2 is a 72-inch SWCS that drained portions of the North and South Campuses with an outfall in the Chula Vista Marina. During the South Campus demolition activities, the portion of the 72-inch SWCS that drained the South Campus was plugged and no longer contributes to the SWCS. Currently drainage to the 72-inch SWCS comes primarily from H street, the North Campus and areas to the east of the South Campus.

Storm water runoff from a majority of the South Campus was collected by an SWCS and discharged the L-ditch. One leg of the ditch flowed west to an outfall identified as Outfall 3, located in Chula Vista Marina. The other leg of the ditch flowed south to an outfall identified as Outfall 4, located in a ditch paralleling Marina Parkway[9]. Along the southwestern corner of the facility, storm water runs off as sheet flow and drains into the L-ditch and Outfalls 3 and 4 without entering the SWCS. During the South Campus demolition, the South Campus SWCS was abandoned in place, the L-ditch remediated, backfilled and replaced by a sand filter the conveys runoff to Outfalls 3 and 4[10].

---

[8]Haley and Aldrich, 2018. Stormwater Pollution Prevention Plan, 850 Lagoon Drive, Chula Vista, California. February.

[9] Secor International Inc. 1999. Phase I and Phase II Site Investigation, BF Goodrich Aerospace Aerostructures Group (Formerly Rohr Inc.), Chula Vista, California. October 25.

[10] Haley & Aldrich, Inc. 2012. L-Ditch Remediation Completion Report, Goodrich South Campus, Chula Vista, California. April 27.

KLEINFELDER
Bright People. Right Solutions.

REGULATORY ACTIONS

In 1998, the California Regional Water Quality Control Board – San Diego Region (RWQCB) issued Cleanup and Abatement Order (CAO) No. 98-08 to Aerostructures Group of BF Goodrich Aerospace and the BF Goodrich Company. In the Order, the RWQCB concluded that the facility had discharged chemical wastes from the various manufacturing operation to soil, groundwater and the SWCS causing an exceedance of groundwater and surface water quality objectives. Furthermore, the RWQCB concluded the discharges to the SWCS had been transported to the Bay by daily tidal flux and storm water flows.  Activities cited as being a source for discharges of wastes included: metal melting; cutting, drilling, casting, and parts fabrication; degreasing, cleaning; anodizing and plating; chemical milling; conversion coating and painting; and sludge treatment.  Chemicals of concern included priority pollutant metals, hexavalent chromium, volatile organic compounds (VOC), total petroleum hydrocarbons (TPHs), polynuclear aromatic hydrocarbons (PAHs) and semi-volatile organic compounds (SVOCs)[11].  The Order required BF Goodrich Aerospace to: conduct a Phase I Environmental Investigation, implement comprehensive storm water runoff sampling, conduct a comprehensive storm water conveyance system investigation, compile and evaluate sitewide data, and implement interim remedial actions.

In 2014, the RWQCB issued CAO No. R9-2014-0019 to  Rohr and Goodrich Corporation for the cleanup and abatement of waste discharged to soil and groundwater at the former South Campus facility, the Bay, and other adjacent land or groundwater.  As a result of the activities conducted pursuant to CAO 98-08, a variety of chemicals of concern were identified at the site including chlorinated solvents, priority pollutant metals, PAHs and PCBs, primarily Aroclor 1254.   In addition, PCBs and metals were found in building materials (e.g., concrete surfaces, coatings and expansion joint material) at hazardous or potentially hazardous concentrations. The 2014 Order found that these wastes have impacted soil and groundwater at the South Campus Facility and caused a violation of applicable water quality standards for groundwater and have created a condition of pollution in the waters of the State of California.  Furthermore, the 2014 Order concludes that a pathway exists for these wastes to migrate to the Bay through the SWCS[12].

---

[11] *California Regional Water Quality Control Board – San Diego Region, 1998. Cleanup and Abatement Order No. 98-08 Aerostructures Group of BF Goodrich Aerospace (formerly Rohr, Inc.) and the BF Goodrich Company, 850 Lagoon Drive, Chula Vista, San Diego County, California. Revised April 2, 1998).*
[12] *California Regional Water Quality Control Board – San Diego Region, 2014. Cleanup and Abatement Order No. R9-2014-0019 an Order Directing Rohr and Goodrich Corporation to Cleanup and Abate the Effects of Waste and Submit Technical and Monitoring Reports Pertaining to Corrective Actions at the Former Rohr/Goodrich South Campus Facility, Chula Vista San Diego County. June 24.*

KLEINFELDER
Bright People. Right Solutions.

## 3.2   SHIPYARD SEDIMENT SITE

The Shipyard Sediment Site was defined by the RWQCB in CAO R9-2014-0024 as a reach of the Bay bottom marine sediments along the eastern shore of Central San Diego Bay extending approximately from the Sampson Street extension southeast to Chollas Creek (Figure 1-4). Sediments within the site have been impacted by pollutants at concentrations above Bay background conditions.  The Shipyard Sediment Site includes the waters adjacent to two shipyard facilities including General Dynamics/National Steel and Shipbuilding Company (NASSCO) and BAE Systems San Diego Ship Repair, Inc., as well as adjacent upland facilities including the former San Diego Gas & Electric (SDG&E) Silver Gate Power Plant, a Chevron bulk fuel storage facility and an Atlantic Richfield Company (ARCO) bulk storage facility (Figure 2-2).

From the early 1900's until 1963, the City of San Diego was the trustee of the Bay tidelands, which includes the Shipyard Sediment Site. By an act of legislature in 1962, the Port District was created and the tidelands transferred as trustee.  The City of San Diego owns and operates a municipal separate storm sewer system (MS4) that collects urban runoff from upland areas adjacent and discharges to the Bay within the Shipyard Sediment Site.  The RWQCB concluded that the Port District owns a MS4 that discharges urban runoff to the Bay within the Shipyard Sediment Site. The Port District disputed these conclusions[13].  The United States Navy owns and operates a MS4 system that collects runoff from Naval Base San Diego to the south of the Shipyard Sediment Site and discharges to Chollas Creek.

Ship repair and construction operation have taken place within the current NASSCO leasehold since approximately 1939.  NASSCO's predecessor, National Iron Works, took over the existing ship building leaseholds in approximately 1944-1945.  This leasehold also includes a former Standard Oil bulk facility and wharf which began operation in 1909[14].  NASSCO has been operating a full-service ship building, modification, repair, and maintenance facility on a 126-acre parcel of tidelands since at least the 1960's.  The facility activities include steel storage, fabrication of steel for ship components, welding, grinding, painting, complete ship assembly and outfitting. The site configuration and equipment has changed over the years, but has generally included concrete platens for steel fabrication, building ways, a graving dock, floating dry dock, ship berth, rail mounted cranes, painting facilities and miscellaneous fabrication shops.  NASSCO was

---

[13] *San Diego Unified Port District, 2013. Petition to Review Decision, In re National Pollution Discharge Elimination System (NPDES) Permit and Waste Discharge Requirements for Discharges from Municipal Separate Storm Sewer System (MS4) Draining the Watersheds within the San Diego Region, Order No. R9-2013-0001. June 7.*
[14] *Booth, Susan E, REA-I, RG, 2004.  Historical Study San Diego Bay Waterfront, Sampson Street to 28th Street, San Diego, California.  June 30.*

**KLEINFELDER**
Bright People. Right Solutions.

purchased by General Dynamics in 1998 and has continued to operate as General Dynamics/NASSCO to the present.

Between 1938 and 1956, the U. S. Navy, 32nd Street Naval Base leasehold included a parcel of land at the foot of 28th Street, currently within the NASSCO leasehold and within the Shipyard Sediment Site. The parcel, which includes the 28th Street Pier, conducted operations similar to a small boat yard including solvent cleaning, degreasing of vessel parts, abrasive blasting and paint removal, surface preparations, metal plating, and surface finishing and painting.

BAE Systems and its predecessor Southwest Marine, Inc., have been operating a ship repair, alteration, and overhaul facility on approximately 40 acres of tidelands northwest of and adjoining General Dynamics NASSCO since 1979. The facility activities included storage and fabrication of steel for ship components, welding, grinding, painting, assembly and outfitting. Like NASSCO, the site configuration and equipment has changed over the years, but has generally included concrete platens for steel fabrication, floating dry docks, piers for ship berthing, marine railways, cranes, painting facilities, and miscellaneous fabrication shops.

Beginning in 1915, the San Diego Marine Construction Company obtained a 10-year lease from the City of San Diego and began development of the site at the foot of Sampson Street.. According to the lease, onsite activities included the erection and maintenance of a building for the purposes of maintaining a marine ways, repairing boats, and constructing and launching all kinds of watercraft, with the right to construct and maintain wharves and other structures necessary or convenient for the stated purposes[15].  By the lease terms, San Diego Marine Construction Company was permitted to fill the tidelands with material taken from the Bay bottom, and not with material brought from outside the Bay.

In 1925, the lease was extended 5 years and, in approximately 1930, the lease was extended again for 20 years.  By 1936, dredge and fill operations at the site had been completed and a new five-year lease, replacing the prior 20-year lease, was issued.  The San Diego Marine Construction Company continued to operate at the site and expand its leasehold until 1950 when the lease was renewed for another 20 years.

In 1972, the San Diego Marine Construction Company sold its leasehold to MCDC, a wholly-owned subsidiary of Campbell Industries who changed the name of the facility to San Diego Marine Construction Corporation.  In 1979, Campbell Industries was purchased by Southwest

---

[15] *Tetra Tech 2016, Historical Study of Shipyard Sites on the San Diego Bay Waterfront, Cesar Chavez Parkway to Sicard Street. September.*

Marine, Inc.  Southwest Marine acquired the ARCO marine fuel pier in 1982 which was then incorporated into the Southwest Marine lease hold.  In 2005, Southwest Marine Inc., changed its name to BAE Systems.

San Diego Gas and Electric (SDG&E), a subsidiary of Sempra Energy, owned and operated the Silver Gate Power Plant across Belt Street northeast of the BAE Systems facility from approximately 1943 to the 1990's.  SDGE maintained an easement along BAE Systems north property to the Bay for the intake and discharge of cooling water through a concrete tunnel.

3.2.1   Regulatory Actions

In March 2012, the RWQCB issued Cleanup and Abatement Order No. R9-2012-0024 (2012 Order) to NASSCO, BAE Systems San Diego Ship Repair, Inc., The City of San Diego, Campbell Industries, San Diego Gas and Electric, the United States Navy and the San Diego Unified Port District for the Shipyard Sediment Site.  In the Order, RWQCB made the following determination with respect to the named responsible persons[16].

*NASSCO* – The RWQCB determined that NASCCO has permitted waste, containing PCBs and other contaminants, to be discharged or deposited waste where it could be discharged to the Bay and created, or threatened to create, a condition of pollution or nuisance.  Waste from the NASSCO site included spent abrasives, paint, rust, petroleum products, marine growth, sanitary wastes and general refuse.

*BAE Systems San Diego Ship Repair Inc.* - The RWQCB determined that BAE Systems has permitted waste, containing PCBs and other contaminants, to be discharged or deposited waste where it could be discharged to the Bay and created, or threatened to create, a condition of pollution or nuisance.  Waste from the BAE Systems site included spent abrasives, paint, rust, petroleum products, marine growth, sanitary wastes and general refuse.

*Campbell Industries* – The RWQCB determined that Campbell Industries, prior tenant of the BAE Systems San Diego Ship Repair, Inc., parcel from 1972 to 1979, caused or permitted wastes to be discharged or to be deposited where they could be discharged into the Bay and created, or threatened to create, a condition of pollution or nuisance.

---

[16] *San Diego Regional Water Quality Control Board – San Diego Region, 2012.  Cleanup and Abatement Order No. R9-2012-0024, National Steel and Shipbuilding Company, BAE Systems San Diego Ship Repair, Inc., City of San Diego, Campbell Industries, San Diego Gas and Electric, United States Navy, San Diego Unified Port District, Shipyard Sediment Site, San Diego Bay, San Diego California.*

*San Diego Gas & Electric* – The RWQCB determined that SDG&E has caused or permitted wastes containing PCBs and other pollutants to be discharged to the Bay through the Silver Gate Power Plant cooling water tunnel operated between 1943 and the 1990's.

*U. S. Navy* – The RWQCB determined U.S. Navy has caused or permitted marine sediment and associated wastes to be resuspended by the thrust of propellers during ship movements at the 32nd Street Naval Base facility. The suspended sediments are a source of contaminants elsewhere in the Shipyard Sediment Site when redeposited. The RWQCB also determined that the Navy 28th Street Shore Boat Landing Station, operated between 1938 and 1956 within the current NASSCO leasehold, conducted activities like a small boat yard including solvent cleaning, degreasing, abrasive blasting and scraping for paint removal and surface preparations, metal plating, surface finishing and painting and that these activities likely produced wastes containing PCBs and other pollutants that may have been discharged to the Bay.

*City of San Diego* – As the trustee of the relevant Shipyard Sediment Site tidelands from the early 1900's to 1963, the RWQCB determined the City to be responsible for the wastes permitted to be discharged or deposited where they were discharged within the Shipyard Sediment Site. The RWQCB also determined that urban runoff containing PCBs and other pollutants, conveyed through the City's MS4 system and discharged to the Bay through two outfalls (SW4, located within the BAE Systems leasehold and SW9, located within the NASSCO leasehold) within the Shipyard Sediment Site has contributed to the sediment contamination observed in the Bay.

*San Diego Unified Port District* – As the trustee of the relevant Shipyard Sediment Site tidelands from 1963 forward, the RWQCB determined that the Port District caused or permitted wastes, including PCBs, to be discharged or to be deposited where they were discharged into the Bay and created, or threatened to create, a condition of pollution or nuisance. The RWQCB also determined that wastes, including PCBs, commonly found in urban runoff are being discharged to the Bay through the MS4 that the RWQCB concluded the Port District owns. As noted above, the Port District disputed the conclusions regarding the MS4.

The 2012 Order directed the responsible persons to 1) terminate illicit discharges, 2) prepare and implement a remedial action plan to remediate the contaminated marine sediment within the Shipyard Sediment Site, 3) implement interim measures to correct and abate discharges from the MS4 systems that contribute to outfall SW4 (Port District and City of San Diego) and 4) prepare and implement a MS4 Investigation and Mitigation Plan.

KLEINFELDER
*Bright People. Right Solutions.*

A background sediment chemistry level for PCBs of 84 µg/kg was also established in the Order. The cleanup levels for directive 2) above were established at Background Sediment Chemistry Levels derived by the RWQCB in the Technical Report supporting the 2012 Order[17]. Further discussion of the derivation of this background level is included in Section 3.

## 3.3   FORMER CAMPBELL SHIPYARD

The former Campbell Shipyard was located at 501 East Harbor Drive on the northeastern shoreline of north-central Bay (Figure 1-4).   The site has been recently redeveloped to a hotel/marina and is currently bounded to the southeast by the Port District's Tenth Avenue Marine Terminal, to the northwest by the South Embarcadero and the San Diego Convention Center to the northeast by Harbor Drive, the BNSF Railway and the MTS Maintenance Yard (Figures 2-3 and 2-4).

Prior to 1926, the Campbell site was tidelands. The Bay shoreline was expanded bayward by several reclamation projects.  Campbell Machine Company began an engine building and repair operation in the east parking lot of the site (foot of 8th Ave.) in 1908.  The City of San Diego Refuse Incinerator and the Economy Waste Paper Company were also in operation at the foot of 8th Avenue at the time. Campbell Industries (Campbell), successor to Campbell Machine Company, began operations in 1926 primarily building commercial fishing vessels. In the early 1980's, its business shifted to Naval ship repair due to the decline in the fishing industry. From approximately 1921 to the 1990's, the Campbell operations expanded into portions of adjacent properties occupied by Gould Hardware and Machinery, American Products Company, Arrow Transfer Company, and the San Diego Sports Arena (constructed over a SDG&E tar basin)[18].  The site infrastructure included cranes, floating dry docks, marine railways, berth, piers and over water structures.  Operation at the site included: formation and assembly of ship hulls; application of paints; installation and repair of mechanical, electrical and hydraulic systems; repair of damaged vessels; removal and replacement of expended/failed paint systems; and support systems for the ships and crew.  Campbell also operated a fueling apron wharf, in conjunction with General Petroleum of California who operated a fuel farm adjacent to and southeast of the Campbell site. Wastes generated by these operations included abrasive blast waste (i.e., spent grit, spent paint, marine organisms, rust), fresh paint, bilge waste/oil wastewater, hydro-blast waste water, oils,

---

[17]  State Water Resources Control Board (SWRCB) 2014, Technical Report for Cleanup and Abatement Order No. R9-2012-0024, for the Shipyard Sediment Site. March 14.
[18]  Ninyo & Moore, 2001.  Limited Historical Study, San Diego Bay Waterfront, 5th Avenue to Crosby Street, San Diego, California, April 20.

KLEINFELDER
Bright People. Right Solutions.

waste paints/sludges/solvents/thinners, construction and repair wastes, and other miscellaneous wastes typical of a ship building operation.

REGULATORY ACTIONS

In 1985, the RWQCB issued Order No. 85-01, Waste Discharge Requirements for Campbell Industries, San Diego, California.  This order, and associated addenda, required Campbell to collect and analyze sediments from three remote reference stations, 11 stations along the Campbell shoreline and four stations at SWCS outfalls discharging to the Bay at the Campbell site.  The suite of required analyses included metals, hydrocarbons, PCBs and polychlorinated terphenyls (PCTs).  As of 1995, average sediment concentrations of PCBs and PCTs in samples collected near the Campbell shoreline were 607.2 µg/kg and 9,700 µg/kg, respectively[19].  Average sediment concentrations of PCBs and PCTs at the SWCS outfalls were 24.5 µg/kg and 7,830 µg/kg, respectively.  Average reference station sediment concentrations of PCBs an PCTs at the reference station were 72.4 µg/kg and 4,610 µg/kg, respectively.

In 1989 and 1991, PTI, on behalf of Campbell, conducted Bay sediment sampling within the Campbell site.  The RWQCB also conducted sediment sampling in 1989.  A summary of the PCB and PCT results from these investigations are provided in the table below.

| Analyte | RWQCB 1989 | PTI 1989 | PTI 1991 Site Stations | PTI 1991 Ref. Stations |
|---|---|---|---|---|
| PCBs (µg/kg) | 170-3,300 | 53-7,100 | 17-8,100 | 8.9-880 |
| PCTs (µg/kg) | Not Analyzed | Not Analyzed | 110-3,400 | 89-1,200 |

In 1995, the RWQCB issued Cleanup and Abatement Order No. 95-21 to Campbell Industries, Marine Construction and Design Company.  This Order concluded, among other things, that concentrations of PCBs in sediment along the Campbell shoreline are above the background levels of 70 µg/kg and that the contaminated sediment have caused or threatened to cause a condition of pollution.  A discussion on the derivation of the 70 µg/kg background level is included in Section 3.

Order 95-21 required Campbell to implement best management practices to be implemented to the satisfaction of the RWQCB, cleanup sediment contaminated with PCBs and other chemicals,

---

[19] *California Regional Water Quality Control Board – San Diego Region, 1995. Cleanup and Abatement Order No. 95-21, Campbell Industries, Marine Construction and Design Company, Campbell Shipyards, 501 East Harbor Drive, San Diego, California.*

KLEINFELDER
Bright People. Right Solutions.

and cleanup upland soil and groundwater.  The order was amended (Revised Amendment No. 3) and replaced the Port District as a responsible party.

In 2005, the RWQCB issued Order No. R9-2004-0295, Waste Discharge Requirements for the Port of San Diego Campbell Shipyard Bay Sediment Cap, Closure and Post Closure Maintenance, San Diego Bay and associated Monitoring and Reporting Program No. R9-2004-0295. This Order included the requirements for dredging contaminated sediment from the Bay and placement of an engineered cap to isolate remaining contaminants.  The Monitoring and Reporting Program established the requirement for monitoring and reporting during the implementation of the remedial action and the long-term monitoring requirement after completion[20].

The sediment dredging and engineered cap construction were completed in 2008.  The cap included a 5-foot thick isolation cap with a 1.6-acre habitat cap to support eelgrass.  Pursuant to the requirements of the  long-term monitoring program, samples of sediment accumulated on the engineer cap since its completion and near the Switzer Creek  and the 8th Ave. outfall  were collected in October of 2015 and analyzed for metals, polynuclear aromatic hydrocarbons (PAHs), butyltins and PCBs.  Eight of the nine samples collected contained PCBs at concentration exceeding the Action Levels established by the Monitoring and Reporting Program (110 µg/kg). Total PCB concentration ranged between 110 µg/kg and 220 µg/kg[21].  The source of these PCBs in the recently deposited sediment is still under investigation.

## 3.4    LAUREL HAWTHORN EMBAYMENT

The Laurel Hawthorn Embayment (LHE) is defined by the RWQCB as the area bordered on the north by Laurel Street and on the south by West Hawthorn Street and the portion of the  Bay located south of Harbor Drive, immediately south of Solar Turbines (Solar), the San Diego International Airport (SDIA), and east of the U.S. Coast Guard Station.  The approximate extent of the area into the Bay is bounded by an imaginary line drawn between the southeast corner of the U.S. Coast Guard Facility and the West Hawthorn Street pier (Figure 2-5).

The east and north shoreline of LHE is bordered by Harbor Drive.  Most of the adjacent upland property across Harbor Drive to the north and east is occupied by the Solar leasehold.  The Solar

---

[20] California Regional Water Quality Control Board – San Diego Region, 2004. Order No R9-2004-0295 Waste Discharge Requirements for the Port of San Diego, Campbell Shipyard Bay Sediment Cap, Closure and Post Closure Maintenance, San Diego Bay. October 13.
[21] Amec Foster Wheeler, 2015. Final Eight Annual Report for Long-Term Monitoring of Sediment Cap, Former Campbell Shipyard, San Diego, California.

KLEINFELDER
Bright People. Right Solutions.

leasehold is bounded on the north by Laurel Street, on the south by Grape Street and on the east by Pacific Highway and on the west by Harbor Drive and the Bay.  The SDIA leasehold is located west of Laurel Street and north of Harbor Drive and includes the former General Dynamics Lindbergh Field Plant (GDLFP) facility.  The U.S. Coast Guard occupies the parcel on the western shoreline of the LHE.  The former Teledyne Ryan Aeronautical (TDY) facility is locate north and west of the U.S. Coast Guard Station between Harbor Drive and the SDIA.

Over the years, storm water runoff containing wastes from the Solar, SDIA, GDLFP and TDY facilities has been discharged to the LHE through several outfalls.  The RWQCB has divided the LHE in to three separate units based on the origin of the SWCSs that discharge to the LHE.  The West LHE includes SWCSs that originate primarily from Teledyne Ryan properties, the Central Embayment (LHCE) includes SWCSs that originate primarily from the GDLFP and portions of SDIA and the East LHE includes SWCSs from Solar.

The following sections include a brief history of the activities at each of these facilities, the wastes reported to have been discharged to the LHE and the ensuing regulatory actions.

### 3.4.1   Solar Turbines/East LHE

The Solar leasehold, located at 2200 Pacific Highway, is reclaimed tidelands built up over the years by dumping of various types of rubble and fill material.  The 27-acre parcel has been occupied by Solar since at least the mid-1940s. Prior to this, the buildings within the Solar complex were occupied by Solar, the Westgate Company, the Army Air Force and others[22].  Solar, currently at Caterpillar Company, was previously a division of International Harvester.  Navistar, Inc., is the successor to International Harvester.  Solar owns and operates the facility which manufactures industrial gas turbines.  Three 24-inch SWCS collect runoff from the Solar facility and discharge to the Bay (Figure 2-6).  The southern most of these 24-inch SWCSs was abandoned in the 1970's and the storm water collected by this SWCS rerouted to a 54-inch SWCS.  The 54-inch SWCS, reportedly owned by the City of San Diego, collects storm water from a portion of the Solar facility and discharges to the Bay.  Prior to 1968, all wastes, including industrial wastes, were discharged to the Bay through the three 24-inch SWCS and the 54-inch SWCS[7].

Based on recommendations from a Resource Conservation and Recovery Act Facility Investigation (RFI), conducted by Navistar in 1997, the northwestern most 24-inch storm drain

---

[22] *Boyle Engineering 1968. Industrial Waste Concept Study for Solar, Division of International Harvester. June.*

KLEINFELDER
Bright People. Right Solutions.

(located near Building 18) was inspected and repaired/relined between 1998 and 2000[23]. Prior to the repair/relining, sediment accumulated in the storm drain was removed, sampled and profiled for disposal. The sediment samples contained up to 21,800 μg/kg PCBs (Aroclor 1248 and 1254). Sediment samples collected from a sediment accumulation tank as part of the same investigation contained up to 93,000 μg/kg PCBs (Aroclor 1242, 1248 and 1254). A sediment investigation conducted within LHE in 2004 identified elevated concentration of PCBs in sediment samples collected off shore of the Solar facility[24]. A subsequent sediment investigation conducted in 2015[25] within in LHE in the vicinity of the repaired/relined 24-inch SWCS reported elevated concentration of PCBs up to 832 μg/kg in the immediate vicinity of the SWCS outfall and attenuating with distance from the outfall.

REGULATORY ACTIONS – Solar Turbines

In March 2018, the RWQCB issued the Draft Investigative Order No. R9-2018-0033 to Solar Turbines, Inc. and Navistar, Inc. The Draft 2018 Order finds that Navistar and Solar have discharged pollutants, including PCBs, to the ground and directly the SWCS that drains the facility and discharged the pollutants to LHE. The Order directed Solar and Navistar to prepare and implement a Sediment Chemistry Assessment Work Plan to assess the nature and extent of contaminants discharges to the LHE and to identify potential sources and pathways for ongoing contaminant transport to the LHE. This Investigative Order has not been finalized[26].

3.4.2   Former General Dynamics Lindbergh Field Plant/LHCE

The former GDLFP facility occupied approximately 90 acres north of the SDIA (Figure 2-6). The site is bordered to the east and northeast by Pacific Highway and several office buildings, commercial or light industrial facilities; to the north by the United States Marine Corps Recruit Depot; and to the west and south by SDIA Lindbergh Field. The site is currently leased to the San Diego County Regional Airport Authority (SDCRAA) by the Port District and has recently

---

[23] *ARCADIS Gerrity & Miller, Inc, 2000. 24-Inch Storm Drain Completion Report, Solar Turbines Incorporated, Harbor Facility Drive, San Diego, California. February 18.*
[24] *University of California, Davis, 2004. Sediment quality Assessment Study at the B Street/Broadway Piers, Downtown Anchorage, and Switzer Creek, San Diego Bay – Phase I Final Report.*
[25] *Geosyntec Consultants, 2015. Sediment Characterization Report for the Relined 24-inch Storm Drain Outfall Vicinity, Solar Turbines Facility; Geosyntec Consultants, 2015. Sediment Characterization Report for the Southernmost 24-inch Storm Drain Outfall Vicinity, Solar Turbines Facility.*
[26] *California Reginal Water Quality Control Board – San Diego Region, 2018. Draft Investigative Order No. R9-2018-033, An Order Directing Solar Turbines, Inc. and Navistar, Inc. to Submit Technical Reports Pertaining to an Investigation of Sediment Pollutants in the Laurel Hawthorn Embayment of San Diego Bay, San Diego County, California. March 16.*

*KLEINFELDER*
Bright People. Right Solutions.

undergone redevelopment to include a new rental car, fixed based operator and airport parking facilities.

The Convair Division of General Dynamics occupied the former GDLFP site from 1935 through approximately 1996. Operations conducted by Convair during these years included: military and commercial aircraft production; weapon assembly; rocket and weapons testing; aircraft parts manufacturing; spray painting; tooling and maintenance; radioactive chemical handling; photography  and reproduction; engineering; research and  support facilities including boilers,  air compressors and electrical transformers[27].  Industrial waste generated at the site included oil, fuels, acid and alkaline solutions, electroplating and anodizing solutions, solvents, paints and paint sludges, asbestos containing debris, salvageable metals. Reportedly, there was no onsite disposal or treatment of wastes during the years Convair occupied the site.

Stormwater from the south and eastern portion of the GDLFP site, SDIA, Pacific Highway and potentially other upland locations was collected by and onsite system of catch basins and underground laterals that drained to a 42-inch SWCS (Figure 2-7) with an outfall in the LHCE. The 42-inch SWCS originates on City of San Diego property and is owned by the City of San Diego.  Stormwater from the north and western portion of the GDLFP was collected in catch basins and laterals that drain to a 60-inch SWCS with an outfall in Convair Lagoon to the north.

An 84-inch SWCS, located in the center of the LHE and east of the 42-inch SWCS, drains an urbanized upland area of approximately 5 square miles.  There is also a SWCS of unknown diameter just east of the 42-inch SWCS and a 12-inch SWCS west of the 42-inch SWCS that outfall to the LHE. None of these SWCSs appear to drain any portion of the former GDLFP, SDIA, or Teledyne Ryan sites.

In 1987 sediment samples were collected from selected storm drains in the central portion of the of the GDLFP site and analyzed for metals and PCBs. The sampling appears to have been performed in conjunction with the Convair Lagoon investigation since the locations sampled discharged to the 60-inch SWCS.  PCB concentrations up to 51,000 µg/kg were reported in the sediment samples.  During the GDLFP decommissioning, the 60-inch and a tributary 54-inch SWCS storm drain system include the cleaned and the sediment removed and stockpiled.

---

[27] *Brown and Caldwell and General Dynamics Convair Division 1994.  Phase I Environmental Baseline Assessment for Lindbergh Field Plant & Harbor Drive Testing Facility. November.*

*KLEINFELDER*
*Bright People. Right Solutions.*

Samples collected from the stockpiled sediment contained concentrations of PCBs up to 8,400 µg/kg. In 2004, storm drain laterals at the site were also cleaned[28].

In 2009, the SDCRAA conducted a Phase II Environmental Site Assessment prior to the recent redevelopment of the former GDLFP site. PCBs including, Aroclor 1016, 1248, 1254, and 1260, were reported in near surface soil samples collected across the site at concentrations exceeding applicable human health screening levels[29]. In 2011, sediment samples collected from a lateral associated with the 60-inch SWCS and a surface sample collected adjacent to nearby catch basin contained PCBs (Aroclor 1260) of 59 µg/kg (surface sample) and up to 270 µg/kg (sediment sample)[30].

### 3.4.3  San Diego International Airport/LHCE

The SDIA has been operating at its current location since approximately 1928. It was owned and operated by the City of San Diego between 1928 and 1961, except for 1942 through 1945 when the U.S Military had control to support World War II operations. The Port District owned the SDIA from 1962 through 2002. In 2003, the SDCRAA took over operations and leased the property from the Port District. Wastes generate by the SDIA include jet fuel, brake pad residuals and various metals. Storm water from the eastern portion of SDIA drains to the 42-inch SWCS discharging to the LHCE.

REGULATORY ACTIONS – General Dynamics

In 2014, the RWQCB issued Investigative Order No. R9-2014-0007 directing General Dynamics, the SDCRAA and the Port District to Submit Technical Reports Pertaining to an Investigation of Sediment Chemistry in the Laurel Hawthorn Central Embayment in San Diego Bay, San Diego California. The LHCE is first described in this 2014 Order. The Order cites data from a 2012 sediment investigation conducted in the vicinity of the 42-inch SWCS in response to draft Investigative Order R9-2012-2009. Sediment samples collected during this investigation contained PCBs at concentration up to 1,100 µg/kg[31]. In response to Investigative Order R9-

---

[28] *Brown and Caldwell, 2006. Storm Drain Cleaning at the Former General Dynamics Site at Lindbergh Field. Presentation to the San Diego RWQCB. March 10.*
[29] *Kleinfelder, Inc. 2009. Phase II Environmental Site Assessment Report, Former General Dynamics Lindbergh Field Plant Facility, San Diego, California. December 11.*
[30] *Haley and Aldrich, Inc. 2011.  CCTV Survey and Sediment Sampling Activities, Former General Dynamics Lindbergh Field Plant, San Diego, California. June 30.*
[31] *California Regional Water Quality Control Board-San Diego Region, 2014. Investigative Order No R9-2014-007, An Order Directing General Dynamics, the San Diego County Regional Airport Authority and the San Diego Unified Port District to Submit Technical Reports Pertaining to an Investigation of*

KLEINFELDER
Bright People. Right Solutions.

2014-0007, a sediment chemistry assessment was conducted in the LCHE.  Total PCB concentration (41 congeners) in sediments ranging between 26 and 386 µg/kg were reported by this investigation[32].

In 2018, the RWQCB issued draft Investigative Order R9-2018-0035 to General Dynamics, SDCRAA, and the Port District.  This Order directed the named dischargers to develop and implement workplans to further assess the nature and extent of pollutants, including PCBs, previously reported in sediments within the LCHE.  This Order finds that General Dynamics discharged PCBs and metals on to the ground during normal operation and during the demolition of the GDLFP and that these chemicals likely entered the SWCS and were discharged to the LHE. The draft Order also finds the Port District responsible for discharges from the GDLFP during the time it owned and operated the SDIA and the SDCRAA responsible for discharges from the GDLFP since is acquired operation of the SDIA in 2003[33].  This Investigative Order has not been finalized.

### 3.4.4   Teledyne Ryan Aeronautical/West LHE

The site of the former TDY facility was originally tidelands filled with dredge material from the San Diego Harbor from 1936 to 1939 during the creation of Lindbergh Field[34].  Ryan Aeronautical Company and its successor Teledyne Ryan Aeronautical Company operated a 44-acre aerospace component manufacturing facility at 2701 North Harbor Drive from the 1939 to 1999. The land was initially leased from the City of San Diego and subsequently from the Port District. TDY's primary operation included fabrication and assembly of airframes.  The western most portion of the site was reportedly used by the City of San Diego for its operations during the 1940's.  Historic operation at the TDY site used PCBs in electrical components (transformers, capacitors etc.) and potentially in lubricating oils, hydraulic fluids and plastics.

A 30-inch SWCS, draining portion of the Teledyne Ryan property, SDIA and the U.S. Coast Guard facilities, discharges to the western edge of the LHE.  Previous investigation conducted at the site

---

*Sediment Chemistry in the Laurel Hawthorn Central Embayment in San Diego Bay, San Diego County, California. June 18.*
[32] *Amec Foster Wheeler Environment & Infrastructure, Inc., 2015. Final Sediment Chemistry Assessment Report, Laurel Hawthorn Central Embayment, San Diego Bay, San Diego California. April*
[33] *California Regional Water Quality Control Board-San Diego Region, 2018. Draft Investigative Order No R9-2018-035, An Order Directing General Dynamics, the San Diego County Regional Airport Authority and the San Diego Unified Port District to Submit Technical Reports Pertaining to an Investigation of Sediment Pollutants in the Laurel Hawthorn Embayment of San Diego Bay, San Diego County, California. June 18.*
[34] *Geosyntec Consultants 2005. Site Characterization Report, Airport/Former Teledyne Ryan Aeronautical Site, 2701 North Harbor Drive, San Diego, California. December 19.*

found PCBs in the site soils (Aroclor 1248, 1254, and 1260), building materials and sediments within the SWCS system[35].  As part of the former TDY demolition, connection to the 30-inch SWCS from the former Teledyne Ryan site was terminated in 2011[36].

<u>REGULATORY ACTIONS – Teledyne Ryan Aeronautical</u>

In 2015, the RWQCB issued Cleanup and Abatement Order No. R9-2015-0018 to TDY Industries, LLC, TDY Holdings, LLC and the Teledyne Ryan Aeronautical Company (collectively referred to as TDY below) to Clean Up and Abate the Effects of Waste Discharged from the Former Facility at 2701 North Harbor Drive to the Laurel Hawthorn Embayment of San Diego Bay, San Diego, California.  This Order finds that TDY discharged wastes to a 30-inch SWCS, draining the northeastern portions of the TDY facility, that discharges to LHE.  LHE sediments have been found to contain concentration of PCBs up to 12,200 µg/kg in the vicinity of the 30-inch SWCS[37] and attenuating with distance from this outfall. The order directs TDY clean up and abate the effects of the PCB discharge through dredging, placement of activated carbon amended, and shoreline stabilization. The Cleanup and Abatement activities were completed in 2017[38].

## 3.5   CONVAIR LAGOON

Convair Lagoon is in the northeast portion of the Bay between Harbor Island and LHE.  The Site is bounded on the east by the U.S. Coast Guard station, on the west by former rental car parking facilities (former Harbor Drive Test Facility) and to the north by Harbor Drive the former TDY site and the SDIA including the former GDLFP (Figure 2-8).  Storm water runoff from the former TDY, SDIA and GDLFP was collected and discharged to Convair Lagoon through 4 SWCS outfalls (Figure 2-9). The western most SWCS (54-inch) discharged runoff from the western portion of the TDY facility and portions of the SDIA southern taxiway.  A 30-inch SWCS just east of the 54-inch SWCS, discharged runoff from a small area in the south-central portion of the TDY facility.  The eastern most SWCS (30-inch) discharged runoff from the east-central portion the TDY facility.  The fourth SWCS (60-inch) originated north of Pacific Coast Highway, passes by the U.S. Marine

---

[35] *Geosyntec Consultants, 2010. PCB Characterization Report 2701 North Harbor Drive, San Diego, California. June 29.*
[36] *Ramboll Environ, 2016. Summary of Available Data, Laurel Hawthorn Embayment, San Diego Bay, California. October.*
[37] *Geosyntec Consultants, 2012. Sediment Sampling Investigation Results, Downtown Anchorage and San Diego Bay Outfalls, 2701 North Harbor Drive, San Diego, California. November 5.*
[38] *Geosyntec Consultants, 2018. Post Remediation Performance Report for the 30-inch SWCS Outfall to the Laurel-Hawthorn Embayment East of 2710 North Harbor Drive, San Diego California.*

KLEINFELDER
Bright People. Right Solutions.

Corps Recruiting Station, through the GDLFP, the SDIA and the TDY facility[39] collecting runoff from all these facilities.

Historic operations at TDY, SDIA and GDLFP have been discussed in prior sections of this report. The operation at TDY and GDLFP have reportedly resulted in discharges of PCBs to the ground and SWCSs at the respective sites. Discharges from the associated SWCSs reportedly impacted sediment in the Convair Lagoon. Sediment monitoring conducted within the Convair Lagoon by the RWQCB in 1983, 1984, and 1985[40] in the vicinity of the 30-inch, 54-inich and 60-inch SWCS outfalls revealed elevated concentration of PCBs in the sediments. Storm drain sampling conducted at the TDY facility, by the RWQCB in 1985, identified PCBs in the storm drain sumps at the site. The California State Mussel Watch Report for 1984-1985 stated that the dry, wet and lipid weight levels of PCBs in mussel tissues planted in the Convair Lagoon have been consistently the highest ever measured in the history of the Bay.

REGULATORY ACTIONS

In 1986, the RWQCB issued Cleanup and Abatement Order No. 86-92 for Teledyne Ryan Aeronautical near Lindbergh Field, San Diego County. This Order found that, at a minimum, PCB impacted sediment in the eastern-most 30-inch SWCS originating on the TDY site has contributed to the elevated PCB concentrations found in Convair Lagoon sediment and would continue to be a discharge source during future rainfall events. The Order directed TDY to submit reports of historic storm drain cleaning activities, remove sediment and waste from sump and storm drain lines along the 30-inch SWCS, onsite portions of the 54-inch and 60-inch SWCSs and tributary lines, and implement best management practices to prevent future discharges to the SWCSs.

Pursuant to Order 86-92 and addenda, between 1986 and 1998, TDY removed PCB containing equipment from the site, removed PCB impacted sediment from and cleaned the onsite SWCSs, replaced portions of the SWCS system and installed an engineered sand cap in Convair Lagoon to isolate the sediment containing PCBs at concentrations greater than 4,600 µg/kg from the environment. In 1998, the RWQCB issued Order No. 98-21 containing the Waste Discharge

---

[39] *Geosyntec Consultants, 207.  Storm Drain Cleanout Report, Airport/Former Teledyne Ryan Aeronautical Site, 2701 North Harbor Drive, San Diego, California. March 16.*
[40] *California Regional Water Quality Control Board – San Diego Region, 1986. Investigation of Polychlorinated Biphenyls (PCBs) in the Convair Lagoon Portion of San Diego Bay. July 29.*

KLEINFELDER
Bright People. Right Solutions.

Requirements (WDRs) and the Monitoring and Reporting Program for Closure and Post-Closure Maintenance of the Convair Lagoon sediment cap[41].

Sampling of the SWCS sediments performed by TDY and the Port District between 1999 and 2003 found continued elevated concentration of PCBs in the SWCS sediments[42]. RWQCB Cleanup and Abatement Order No. R9-2004-0258, issued to TDY Industries, TDY Holdings, LLC and Teledyne Ryan Aeronautical Company in 2004, found that, based on the SWCS sediment sampling conducted by TDY and the Port District and the post-closure monitoring performed between 1999 and 2003, PCBs continued to be discharged from the SWCS, impacting the Convair Lagoon engineered sand cap with PCBs ranging in concentration from 1,770 µg/kg and 20,440 µg/kg.  The Order directed TDY to conduct addition site characterization activities to identify the sources of PCB and other chemical of concern, implement interim remedial actions, conduct a remedial investigation/feasibility study and implement remedial actions.

Pursuant to Order R9-2004-0258, TDY performed cleanup and abatement activities to remove source of PCBs from the facility.  PCB sources identified by the Order included building materials (i.e., paint, joint compound, concrete slabs and foundations) and surrounding soils, SWCS sediment, localized areas of impacted soil and groundwater.

SWCS sampling conducted by TDY between 2007 and 2012 as part of the RWQCB Order 98-21 (Waste Discharger Requirements for Teledyne Ryan Aeronautical, Closure and Post Closure Maintenance of the Convair Lagoon Sand Cap, San Diego Bay) reported decreasing concentrations of PCBs in sediments at the outfalls of the 60-inch and 30-inch SWCSs[43].  In 2015, The RWQCB issued Order R9-2015-0029 containing WDR for the  Convair Lagoon sand cap superseding Order 98-21[44].  Order R9-2015-0029 reduced the monitoring requirements to visual inspections and sampling and analysis of the sand cap.  Monitoring of sediments at the SWCS outfalls was eliminated.

---

[41] California Regional Water Quality Control Board – San Diego Region, 1998. Order No. 98-21, Waste Discharge Requirements for Teledyne Ryan Aeronautical, Closure and Post-Closure Maintenance of the Convair Lagoon Sand Cap, San Diego Bay.

[42] California Regional Water Quality Control Board – San Diego Region, 2004. Clean up and Abatement Order R9-2004-0258 for TDY Industries, Inc. (f/k/a Teledyne Industries, Inc.) TDY Holdings,LLC and Teledyne Ryan Aeronautical Company, 2701 North Harbor Drive, San Diego, California. October 4 (Revised May 17, 2005).

[43] Geosyntec Consultants, 2007-1012. Conviar Lagoon Storm Drain Sampling (Monitoring and Reporting Plan 98-21. August 1, 2007, July 1, 2008, June 18, 2009, May 28,2010, July 2, 2012.

[44] California Regional Water Quality Control Board – San Diego Region, 2015.  Order No. R9-2015-0029, Waste Discharger Requirements for TDY Holdings, LLC and TDY Industries, LLC, Post-Closure Maintenance and Monitoring of the Convair Lagoon Sand Cap, San Diego Bay.

Surface samples collected from the sand cap cores in 2013 and 2018 have contained elevated concentrations of PCBs[45],[46].  These PCB concentrations have been attributes to the deposition of new PCB impacted sediment as opposed to failure of the cap.

## 3.6    EAST BASIN

The East Basin is located at the north end of the Bay just west of Convair Lagoon (Figure 2-10). The basin is formed by the "T" shaped Harbor Island that extends south from Harbor Drive.  The East Basin is the eastern embayment formed by Harbor Island.  Harbor Island and the surrounding shoreline were previously shallow areas of the Bay that were filled with dredged sediments between 1920 and 1961[47].   Harbor Island in its current configuration, was built in 1961 using dredge material from the Bay main navigation channel. The East Basin was dredged in 1966 to a depth of -10 feet mean lower low water level. Sediment along the north shoreline was dredged in 1984 up to a lateral distance of 200 feet from the south seawall.  In 2000-2001, the concrete seawall was replaced with a rock revetment and the sediment along the toe of the revetment dredged.

The Harbor Drive Test Facility (HDTF) occupied north shore of the East Basin from approximately 1942 until the late 1990's. Following decommissioning of the HDTF, the property was repurposed to airport rental car facilities.  The west end of the East Basin is bounded by the former Lockheed Martin Marine Terminal and Railway Facility.  Various Lockheed entities leased and operated at this location from 1966 to 2015.

Beginning in 1942, Convair/General Dynamics began occupancy of the HDTF along north shore of the East Basin.  At the time the facility consisted of one building. During the ensuing years, Convair/General Dynamics developed the site to support aircraft, rocket engine, and military weapons testing and other testing and research activities.  These activities continued in support of a variety of government and commercial programs until approximately 1996.   Site decommissioning began in the late 1990's and the property repurposed to airport rental car facilities.

---

[45] *Geosyntec Consultants, 2013. 2013 Convair Lagoon Post Closure Monitoring Report, 2701 North Harbor Drive, San Diego, California.  July 1.*
[46] *Geosyntec Consultants, 2018. 2018 Convair Lagoon Post Closure Monitoring Report, 2701 North Harbor Drive, San Diego, California.  August 14..*
[47] *Amec Foster Wheeler Environment & Infrastructure, Inc., 2016. Final Report Harbor Island East Basin Sediment Chemistry Sampling and Analysis Study, San Diego Bay, San Diego, California. July.*

In the late 1960's, the north central portions of the Harbor Drive Test Facility were subleased to Gulf General Atomic Division and then to Universal Oil Products Inc., during the late 1970's[48]. Near the end of the 1970's, the west portion of the of the site containing Building 61 (Convair)/923 (Lockheed), also known as the Tow Basin, was subleased Lockheed Ocean Labs.  The Tow Basin facility housed an open top concrete water tank used to test hull designs of boats.  By the end of the 1970's Convair/General Dynamics discontinued their lease of the property around the Tow Basin.  Lockheed purchased the Tow Basin and associated building and leased the surrounding property from Port District.  In 1983, Rohr Marine Incorporated (RMI) purchased the Tow Basin and associated building and leased the surrounding property from the Port District.  The Port District took ownership of the Tow Basin and associated building in 1986[49].

The Lockheed Marine Terminal and Railway facility was first leased by Lockheed Aircraft Company in 1966. At the time the site included a recently constructed (1965-1966) building, a pier and a railway that extended into the East Basin.  The Marine Terminal and Railway facility operated in conjunction with the former Lockheed Engineering and Science Company North Harbor Drive facility (3380 North Harbor Drive).  This facility included Building Nos. 901, 902 and 903, currently owned by the Harbor Police, and the former Tow Basin and building (Building 61/923).  Lockheed owned and operated Deep Submergence Vehicles (DSVs) out of the facility. Beginning in the early 1970's, the U.S. Navy also operated Deep Submergence Systems Programs and Deep Submergence Rescue Vehicles. Later uses of the facility included docking and off-loading of manganese nodules, prefabrication and testing of shipboard cables for power and date transfer, storage and staging of equipment and chemicals for array resurfacing and prefabrication and testing of cathodic protection equipment for oil rigs[50].

Storm water from the HDTF/Tow Basin and Marine Terminal and Railway facilities drained to a series catch basins or drainage channels with outfalls discharging to the Bay (Figure 2-11). Chemicals present or used at these facilities, including PCBs, were transported to the Bay through these storm water pathways.  During the replacement of a catch basin and 270 liner feet of SWCS at the HDTF in 1988, soils impacted with PCBs up to 13,000,000 μg/kg were encountered.  Paint

---

[48] *Groundwater Technology, 1992.  Baseline Environmental Study, General Dynamics Harbor Drive Test Facility, North Harbor Drive, San Diego, California.  August 5.*
[49] *McLaren, 1991. Phase I Environmental Assessment for Lockheed Missiles and Space Company, San Diego, California.*
[50] *Tetra Tech, 2012. Site Assessment Report, Lockheed Marine Terminal and Railway, San Diego, California. June 28.*

samples collected from the Tow Basin were reported to contain 3 to 6 percent PCBs (Aroclor 1254) and PCBs were also detected in paint hydro-blasted from the Tow Basin building[51].

Sediment samples collected by the RWQCB in 1983 and 1984 at two locations along the south edge of the HDTF seawall contained concentrations of PCBs up to 680 µg/kg.  Sediment investigations conducted within the East Basin in 2007 and between 2010 and 2016 have reported PCBs in the sediment throughout the East Basin.  The reported PCB concentrations exceeded the Shipyard Sediment Site background concentration of 84 ug/L throughout much of the East Basin with the highest surface sediment concentrations occurring offshore of the Tow Basin Site (up to 818 µg/kg at the surface and 1,343 µg/kg 1-2 ft below the surface)[52].  Surface sediment and core samples collected adjacent to the Lockheed Marine Terminal and Railway facilities were also reported to contain PCBs at concentrations ranging up to 271 µg/kg in surface sediment samples and 438 µg/kg in sediment core samples (2-3 ft depth interval).

REGULATORY ACTIONS

The California Environmental Protection Agency, Department of Toxic Substance Control issued an Imminent or Substantial Endangerment Determination and Remedial Action Order (IS&E Order) to the Port District, General Dynamics Corporation and Lockheed Martin Corporation in 1998 (Docket No. I &/SE 97/98-009).  The IS&E Order focused primarily on PCBs found in the Tow Basin and associated building paint, site soil and nearby catch basin sediments and to a lesser extent total petroleum hydrocarbons, volatile organic compounds and mercury.  The IS&E Order concluded that: there was an actual and/or threatened release of hazardous substances (i.e., PCBs), that the actual and/or threatened release may present an imminent or substantial endangerment to the public health or welfare or the environment and that the actual and/or threatened release constituted a public nuisance as defined by the California Civil Code.  The Port District, General Dynamics Corporation and Lockheed Martin Corporation were ordered to develop and implement a site remediation strategy, in conformance with the Comprehensive Environmental Response Compensation and Liability (CERCLA)act to address PCBs and other pollutants found at the Tow Basin Site[53].  The site investigation and soil, groundwater and hazardous materials remediation activities were completed and the site transferred to the RWQCB in 2009 to oversee the remaining sediment cleanup in the East Basin.

---

[51] California Regional Water Quality Control Board, 2017.  Cleanup and Abatement Order No. R9-2017-0021.
[52] Windward Environmental LLC, 2016. Summary of Sediment Chemistry Data for the East Basin. July 28.
[53] California Environmental Protection Agency, Department of Toxic Substances Control, Docket No. I&/SE 97/98-009, Imminent or Substantial Endangerment Determination and Remedial Action Order.

KLEINFELDER
Bright People. Right Solutions.

In 2017, the RWQCB issued Cleanup and Abatement Order No. R9-2017-0021 to Lockheed Martin Corporation to Cleanup and Abate the Effects of Waste Discharged from the Former Tow Basin and Former Marine Terminal and Railway Facilities at 3380 North Harbor Drive and 1160 Harbor Island Drive to the East Basin of San Diego Bay, San Diego California.  The Order finds that General Dynamics Corporation, Lockheed Martin Corporation, RMI Inc., and the Port District are responsible for the discharge of wastes originating from the Former Tow Basin Site and the Marine Terminal and Railway Facility to the sediment in East Basin.  The Order also finds that the concentration of pollutants in the East Basin sediments, which include PCBs, are present at levels that may have an impact on human health and the benthic community and may have an impact on aquatic-dependent wildlife, thus creating a condition of pollution and nuisance in waters of the State.  The Order directs Lockheed Martin Corporation to take all corrective actions necessary to cleanup and abate the effects of PCB and mercury discharges to background concentrations or alternative cleanup levels.  The Order states that for the purposes of the Cleanup and Abatement Order, background concentration of total PCBs applicable to the East Basin is 84 µg/kg (parts per billion).

## 4    REGULATORY CLEANUP LEVELS FOR PCBS IN SAN DIEGO BAY SEDIMENTS

State Water Resources Control Board Resolution 92-49, Policies and Procedures for Investigation and Cleanup and Abatement of Discharges Under California Water Code Section 13304, sets forth the policies and procedures to be used during an investigation, or cleanup and abatement of a discharge of waste, and requires that cleanup levels be consistent with State Water Board No. 68-16, Statement of Policy with Respect to Maintaining High Quality Waters in California. Resolution 92-49 requires that dischargers cleanup and abate the effects of discharges in manner that promotes the attainment of background water quality, or the best water quality that is reasonable if background water quality cannot be restored, considering all demands being made and to be made on those waters and the total values involved, beneficial and detrimental, economic and social, tangible and intangible.

PCBs are not naturally occurring compounds and therefore there is no naturally occurring background concentration of PCBs in sediment.  The presence of PCBs in Bay sediments is the result of the use and release of these chemicals to the Bay from industrial and non-industrial activities on adjacent shorelines and upland areas.  These releases have occurred either directly to the Bay or carried to the Bay by storm water collection systems (SWCSs) with outfalls in the Bay.

The RWQCB has issued six final CAOs for the cleanup and abatement of PCB impacted sediment in San Diego Bay. These include:

- Cleanup and Abatement Order 86-92 - Convair Lagoon

- Cleanup and Abatement Order 95-21 - Campbell Shipyard

- Cleanup and Abatement Order R9-2004-0258 - Convair Lagoon

- Cleanup and Abatement Order R9-2012-0024 – Shipyard Sediment Site

- Cleanup and Abatement Order R9-2015-0018  - Laurel Hawthorn Embayment

- Cleanup and Abatement Order R9-2017-0021 – East Basin (Tow Basin and Former Marine Terminal and Railway)

In recognition of the technical and economic impracticability of cleaning up PCBs in Bay sediments to natural background (i.e., zero), the RWQCB had established in its CAOs a non-zero reference or background level to be used as the basis for determining the extent of remedial action.

KLEINFELDER
Bright People. Right Solutions.

CAOs  86-92 and R9-2004-0258 (Convair Lagoon)

Addendum No. 4 to CAO 86-92 establishes a PCB action level for Convair Lagoon of 10 milligrams per kilogram (mg/kg) or 10,000 µg/kg. This action level is based a number of technical studies conducted by Teledyne Ryan including the following[54]:

- Recommendations for PCB Action Levels in Sediment: Convair Lagoon, San Diego Bay. March 1990.
- Engineering Evaluation Report, Sediment Cleanup Options: Convair Lagoon. January 25, 1991.
- Evaluation of Residual Sediment PCB Levels: Convair Lagoon. November 1, 1991.

*Recommendations for PCB Action Levels in Sediment: Convair Lagoon, San Diego Bay.  March 1990.*

This report recommended a range of PCB action levels for different levels of protection of benthic aquatic species specific to the Convair Lagoon.  These action levels were based on remedial information from other national sites, an evaluation of existing data regarding PCB levels throughout the Bay, and a compilation of proposed sediment quality criteria for PCBs (equilibrium partitioning, apparent effects threshold, screening level concentrations, sediment quality triad, and sediment bioassay data). Based on these studies the following PCB action level ranges were estimated.

| Protection Level | PCB Sediment Concentration mg/kg, dry weight |
|---|---|
| Most sensitive benthic species, chronic effects | <0.3 - 1.8 |
| Typical benthic species, chronic effects | 1.1 – 9.1 |
| Most sensitive species, acute effects | 13.3 - 16 |

The report concludes there is no single action level that satisfies all constraints (i.e., protection of benthic species, historical regulatory precedent, engineering/economical feasibility)  and recommends that an action level of 10 mg/kg be selected for elevated hots spots in the Convair Lagoon portion of the Bay and that a lower value of 5-10 mg/kg  be used in other areas of the Bay if benthic chronic effects become a major concern.

---

[54] *California Regional Water Quality Control Board – San Diego Region. Addendum No. 4 to Cleanup and Abatement Order No. 86-92 for Teledyne Ryan Aeronautical Near Lindbergh Field, San Diego County.*

KLEINFELDER
Bright People. Right Solutions.

*Engineering Evaluation Report, Sediment Cleanup Options: Convair Lagoon. January 25, 1991.*

This report evaluated the cost of different remedial option with respect to PCB actions levels of <1, 5 and 50 mg/kg.  Remedial actions cost estimates ranged from $126 million for dredging and treatment of PCB contaminated sediment to a <1 mg/kg action level to $2.9 million for a dredging, treatment and capping alternative to a 50 mg/kg action level.  The recommended alternative included a combination of dredging portions of the PCB impacted area and disposal of the dredge material in a shoreline containment facility along the north side of the U.S Coast Guard facility followed by  capping of the remaining area of PCB impact.  According to Addendum No. 4 this alternative  would have included filling of approximately 0.9 acres of the Bay.  The RWQCB noted that, due to the filling of the Bay, this option would require mitigation to be compliant with State Water Resources Control Board Resolution 68-16 "Statement of Policy with Respect to Maintaining High Quality of Water in California".

*Evaluation of Residual Sediment PCB Levels: Convair Lagoon. November 1, 1991.*

This report contained information demonstrating that cleanup of contaminated sediments within Convair Lagoon to a given action level would result in significantly lower residual PCB concentrations due to over-dredging associated with the typical dredging methods.  The estimated residual PCB levels associated with action levels of 5, 10, 20 and 50 mg/kg are summarized below.

| Action Level (mg/kg) | Residual Sediment PCB Level (mg/kg) |
|---|---|
| 5 | 2.0 |
| 10 | 4.6 |
| 20 | 8.1 |
| 50 | 21.4 |

Using the information presented in these reports, the RWQCB concluded that a 10 mg/kg action level for the affected portion of Convair Lagoon, resulting in a 4.6 mg/kg residual PCB sediment concentration, is reasonable, consistent with the maximum public benefit and should not unreasonably affect beneficial uses. The RWQCB estimated that this action level would result in the removal of 97% of the PCB mass.  However, the RWQCB qualifies this conclusion by indicating that the 10 mg/kg action level is the  most reasonable based on available information such as cost, existing background concentrations in the Bay and the apparent availability of PCBs to mussels held in Convair Lagoon.  The RWQCB goes on to say "*it should be understood that*

© 2019 Kleinfelder     

*such a cleanup is not based on any finding that all possible effects related to PCB contamination will be eliminated.  The action level is not based on a derivation of a no-effects concentration for the lagoon*".

The final Environmental Impact Report (EIR) prepared for the Convair Lagoon Remediation Project was certified by the Board of Port Commissioners on November 16, 1993. The Final EIR concluded that a sand cap alternative was an environmentally superior alternative to the near shore containment facility proposed by Teledyne Ryan.  The RWQCB agreed with this conclusion, with some modifications, and issued Addendum No. 8 to CAO 86-92 on January 27, 1995 (modified on February 9, 1995).  Addendum No. 8 ordered Teledyne Ryan to implement the sand cap alternative and contain sediment with a PCB concentration of 4.6 mg/kg (dry weight) or greater.[55]

CAO Order 95-21 (Campbell Shipyard)

In the absence of numeric sediment quality objectives at the time, a study was conducted by PTI to develop site-specific sediment quality objectives. The results of this study were included in Order 95-21. Factors considered in developing the PCB sediment quality objectives for the Campbell site included, organic carbon partitioning coefficient derived from the literature, sediment toxicity tests, and in situ benthic infauna.  Based on this study, an advanced effect threshold (AET) value of 950 µg/kg (dry weight) was develop for PCBs.

The RWQCB evaluated potential sediment cleanup levels for PCBs, ranging in concentration from the background levels of 70 µg/kg, based the reference station monitoring results, to the 950 µg/kg AET established by PTI.  The cost of potential remedial actions was estimated using each of the alternative cleanup levels and a cleanup level of 950 µg/kg (dry weight) selected.

CAO R9-2012-0024 (Shipyard Sediment Site)

The Background Sediment Chemistry Levels established in this Order were based on data collected from Bay reference stations during three independent sediment quality investigations: 1) Southern California Bight 1998 Regional Monitoring Program (Bight 98), 2) 2001 Mouth of Chollas Creek and Mouth of Paleta Creek TMDL, and 3) 2001 NASSCO and BAE Systems Detailed Sediment Investigations.  The reference stations were selected to represent "relatively cleaner areas of Bay in contrast to the Shipyard Sediment Site.  The reference stations selected

---

[55] *California Regional Water Quality Control Board – San Diego Region, 1995. Addendum No. 8 to Clean up and Abatement Order No. 86-92 for Teledyne Ryan Aeronautical, 2701 Harbor Drive, San Diego, San Diego County.*

KLEINFELDER
Bright People. Right Solutions.

to Established the Reference Sediment Quality Conditions are identified below in Table 1.  The locations of these reference stations are shown on Figure 3-1.

**Reference Stations Used to Establish Reference Sediment Quality Conditions[56]**

| 2001 Chollas/Paleta Reference Station | 2001 NASSCO/BAE Systems Reference Station | 1998 Bight '98 Reference Station |
|---|---|---|
| 2231 | 2231 | 2235 |
| 2243 | 2243 | 2241 |
| 2238 | 2433 | 2242 |
| 2433 | 2441 | 2243 |
| 2441 |  | 2256 |
|  |  | 2257 |
|  |  | 2258 |
|  |  | 2260 |
|  |  | 2265 |

Using the sediment quality data from these studies, the RWQCB calculated the 95-percent upper predictive limit for each chemical of concern with the Shipyard Sediment Site to establish Background Sediment Quality. Background sediment quality is defined in terms of an "ambient background" or "contemporary" background which means the ambient sediment quality conditions in areas removed from sources of contaminants, *recognizing that there may no longer be pristine surface marine sediment* in a given geographic area of a waterbody.  The background sediment quality value established by the RWQCB for total PCBs was 84 micrograms per kilogram (µg/kg)[57].   Finding 29 of the 2012 Order identifies 84 µg/kg as the Background Sediment Chemistry Level for Total PCBs.  Section A of the 2012 Order directives identifies 84 µg/kg as the Post Remedial Dredge Area Concentration for Total PCBs (41 congeners) and 194 µg/kg (41

---

[56] *2005 Final reference pool from CAO R9-2012-0024 Technical Report. Data from all station were 1) below the ERM or consensus-based guideline value for sediment chemistry, 2) above 80-percentt amphipod survival (except for 3 stations), and 3) classified as Reference Level or Response level 1 – Greater than 5-percent of reference species absent based on the BRI scores (with the exception of 5 stations).*

[57] *Table 18-4 and 29-1 of the SWRCB 2012 Technical report the footnotes indicate the total PCB value of 84 ug/kg is based on the sum of 41 congeners (18, 28, 37, 44, 49, 52, 66, 70, 74, 77, 81, 87, 99, 101, 105, 110, 114, 118, 119, 123, 126, 128, 138, 149, 151, 153, 156, 157, 158, 167, 168, 169, 170, 177, 180, 183, 187, 189, 194, 201 and 206.) However, the footnotes to Table A18-1 in the appendix supporting Section 18 notes that total PCB Congeners are estimated as the sum of 15 congeners increased by 21.2-percent (Shipyard data) or 9.5-percent (Chollas/Paleta) and Bight 89) to estimate the sum of 18 congeners then multiplied by 2 to estimate the total PCBs in accordance with Fairey et al. 2001.*

*KLEINFELDER*
Bright People. Right Solutions.

congeners) as the Post-Remedial Surface Weighted Average Concentration (SWAC) for the Shipyard Sediment Site.

More recent CAOs have used the 84 µg/kg background levels established in CAO R9-2012-0024 as the level for assessing the need for and the limits of clean up at other sites within the Bay. These Orders include:

- Cleanup and Abatement Order R9-2015-0018 (Laurel Hawthorn Embayment) –Order Directing TDY Industries, LLC, TDY Holdings, LLC, and Teledyne Ryan Aeronautical Company to Cleanup and Abate the Effects of Waste Discharged from the Former Facility at 2701 North Harbor Drive to the Laurel Hawthorn Embayment of San Diego Bay, San Diego, California.  This Order sets abatement level to a biologically available SWAC of 84 µg/kg.

- Cleanup and Abatement Order R9-2017-0021 (Tow Basin and Lockheed Marine Terminal and Railway) – An Order Directing Lockheed Martin Corporation to Cleanup and Abate the Effects of Waste Discharged from the Former Tow Basin and Former Marine Terminal and Railway Facilities at 3380 North Harbor Drive and 1160 Harbor Island Drive to the East Basin of San Diego Bay, San Diego, California.  This Order establishes 84 µg/kg as the background concentration for total PCBs in the East Basin based on an updated background analysis using Shipyard Sediment Site data and East Basin data[58].

---

[58] *San Diego Regional Water Quality Control Board, 2015.  Updated Background Analysis, Draft Remedial Action Plan – Northwest Portion of the East Basin, San Diego Tow Basin and Marine Terminal Sites. September 16.*

KLEINFELDER
Bright People. Right Solutions.

## 5   CONCLUSIONS

The following conclusions are drawn based on the forgoing information.

- Past industrial activities around the San Diego Bay have released PCBs to the environment.

- PCBs have been discharged to the San Diego Bay either directly or through storm water conveyance systems.

- PCB concentrations are greatest near the shoreline and points of storm water discharge.

- Lower levels of PCBs are distributed throughout the San Diego Bay.

- The California Regional Water Quality Control Board – San Diego Region has found that the release of PCBs to San Diego Bay has caused a condition of pollution or nuisance.

- The California Regional Water Quality Control Board – San Diego Region has acknowledged the technical and economic impracticability of cleaning the San Diego Bay Sediments to natural background levels, which would require removal of all PCBs because they are man-made and do not occur naturally in the environment, and have required dischargers of PCBs to clean up to alternate "ambient" or "contemporary" background levels.

- Beyond the limits of remedial actions, residual concentration of PCBs remain in the San Diego Bay sediment and may continue to cause a condition of pollution or nuisance and be a source for recontamination of remediated areas.

**FIGURES**



**Sediment sampling locations**
- Campbell Cap Mon 2015
- HIEB Sed 2016
- LHCE Sed 2015
- NBSD Sed Mon 2015
- SBPP Sed 2012
- Solar Turbines Sed 2015
- Sunroad Resort Marina 2011
- TDY Convair Lagoon Cap Mon 2013
- TDY Sed 2012
- TDY Sed 2013
- East Basin Sed 2007
- Solar Turbines Southern SD 2015

**Sediment sampling locations**
- Bight13/RHMP13
- CNM NPDES 2014
- LMR Site Assess 2012
- North Shipyard Post-Dredge Sed 2015
- SWHB 2014
- Tow Basin SQO 2010
- Bight08/RHMP08
- Chollas Creek Phase 1 2016
- Silver Gate PP 2005
- Chollas Creek Ph2 2018
- NASNI RI 1999
- TAMT 2018
- Windward sediment sample
- San Diego Bay study area

Windward environmental LLC

KLEINFELDER
Bright People. Right Solutions.
www.kleinfelder.com

| PROJECT NO. | 20193073 | SAN DIEGO BAY SEDIMENT SAMPLING LOCATIONS (1996-2018) | FIGURE |
|---|---|---|---|
| DRAWN: | 4/4/2019 | | 1-1 |
| DRAWN BY: | JP | | |
| CHECKED BY: | BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |
| FILE NAME: | 20193073_Loc.mxd | | |

Service Layer Credits: Sources: Esri, HERE, DeLorme, TomTom, Intermap, increment P Corp., GEBCO, USGS, FAO, NPS, NRCAN, GeoBase, IGN, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri China (Hong Kong), swisstopo, MapmyIndia, © OpenStreetMap contributors, and the GIS User Community
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The user or recipient of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.



**Boundary conditions location notes:**
1. Near US Navy North Island outfalls, the value furthest from the outfall for each location associated with each outfall (6 total).
2. For pocket areas seperated from the main channel (12 total), which had sufficient data and high concentrations, boundaries were given the average value of NN interpolation cells within 10-feet of the shoreline for that particular area. Only the locations within the pocket area were used for interpolation. For those without sufficient data (≤ 3 sample locations), thiessen polygons were used within the pocket area for boundary conditions.
3. The remaining boundary conditions were given the Total PCBs thiessen point value of the corresponding thiessen polygon.
4. A virtual station was placed between SDB18-SS31 and SS32, with a concentration based on the two proximal mid north bay samples, in order to provide a more representative surface in that area.
5. A special condition was done for West Basin, since concentrations varied between the inner and outer sections of the pocket area. The area was divided in two and followed the interpolation rules for boundary conditions of pocket areas.

| San Diego Bay SWAC = 34.8 ug/kg |
| North Bay SWAC = 40.1 ug/kg |
| Central Bay SWAC = 50.2 ug/kg |
| South Bay SWAC = 6.9 ug/kg |

**NN cell value avg for cells within 10ft of shoreline near:**
Chollas Creek = 13 ug/kg
Coronado Broadway Pier = 83 ug/kg
East Basin and LHE = 263 ug/kg
SBPP = 21 ug/kg
Shelter Island Yacht Basin = 53 ug/kg
Shipyards NW = 236 ug/kg
Shipyards SE = 256 ug/kg
TAMT NW = 55 ug/kg
US Navy N = 298 ug/kg
US Navy S = 107 ug/kg
West Basin (Inner) = 128 ug/kg
West Basin (Outer) = 20 ug/kg

**Sample location**
Total PCB (µg/kg)
● > 410 and ≤ 2,074 (> 90th and ≤ 100th percentile)
● > 210 and ≤ 410 (> 80th and ≤ 90th percentile)
● > 116 and ≤ 210 (> 70th and ≤ 80th percentile)
● > 71 and ≤ 116 (> 60th and ≤ 70th percentile)
● > 41 and ≤ 71 (> 50th and ≤ 60th percentile)
○ > 21 and ≤ 41 (> 40th and ≤ 50th percentile)
○ > 14 and ≤ 21 (> 30th and ≤ 40th percentile)
○ > 9.0 and ≤ 14 (> 20th and ≤ 30th percentile)
○ > 4.4 and ≤ 9.0 (> 10th and ≤ 20th percentile)
○ ≤ 4.4 (≤ 10th percentile)

**Natural neighbor interpolation with background concentrations in historically remediated areas**
Total PCB (µg/kg)
■ > 410 and ≤ 2,074 (> 90th and ≤ 100th percentile)
■ > 210 and ≤ 410 (> 80th and ≤ 90th percentile)
■ > 116 and ≤ 210 (> 70th and ≤ 80th percentile)
■ > 71 and ≤ 116 (> 60th and ≤ 70th percentile)
■ > 41 and ≤ 71 (> 50th and ≤ 60th percentile)
■ > 21 and ≤ 41 (> 40th and ≤ 50th percentile)
■ > 14 and ≤ 21 (> 30th and ≤ 40th percentile)
■ > 9.0 and ≤ 14 (> 20th and ≤ 30th percentile)
■ > 4.4 and ≤ 9.0 (> 10th and ≤ 20th percentile)
■ ≤ 4.4 (≤ 10th percentile)

☐ San Diego Bay ecoregions
☐ Parcel - Over Water

0  2,000  4,000  6,000 Feet
0  0.5  1  1.5 Miles

Service Layer Credits: Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community

**Windward** environmental LLC

**KLEINFELDER** Bright People. Right Solutions.
www.kleinfelder.com

| PROJECT NO. | 20193073 | TOTAL PCB NATURAL NEIGHBOR INTERPOLATION FOR SURFACE SEDIMENTS IN SAN DIEGO BAY | FIGURE |
| DRAWN: | 4/4/2019 | | |
| DRAWN BY: | JP | | 1-2 |
| CHECKED BY: | BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |
| FILE NAME: | 20193073_PCB.mxd | | |



EAST BASIN

CONVAIR LAGOON

LAUREL TO HAWTHORN
STREET EMBAYMENT

FORMER CAMPBELL SHIPYARD

SHIPYARD
SEDIMENT SITE

BF GOODRICH

Pacific Ocean

CALIFORNIA

SITE LOCATION
(SEE ABOVE)

0   1   2   4
Miles

Service Layer Credits: Sources: Esri, HERE,
Garmin, USGS, Intermap, INCREMENT P,
NRCan, Esri Japan, METI, Esri China (Hong
Kong), Esri Korea, Esri (Thailand), NGCC, ©
OpenStreetMap contributors, and the GIS User
Community

The information included on this graphic representation has been compiled from a variety of
sources and is subject to change without notice. Kleinfelder makes no representations or
warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the
use of such information. This document is not intended for use as a land survey product
nor is it designed or intended as a construction design document. The use or misuse
of the information contained on this graphic representation is at the sole risk of the
party using or misusing this information.

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_Vic.mxd

| | |
|---|---|
| PROJECT NO.  20193073 | SAN DIEGO BAY |
| DRAWN:  4/3/2019 | PCB INVESTIGATION SITES |
| DRAWN BY:  JP | |
| CHECKED BY:  BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO |
| FILE NAME:  20193073_Vic.mxd | EXPERT REPORT |
| | WILLIAM D. GOLIGHTLY, PE |

KLEINFELDER
Bright People. Right Solutions.
www.kleinfelder.com

FIGURE

1-3



BUILDING 61

OUTFALL NO. 1

NORTH CAMPUS

H STREET

OUTFALL NO. 2

SOUTH CAMPUS

CHULA VISTA MARINA

OUTFALL NO. 3

San Diego Bay

L DITCH

OUTFALL NO. 4

Bayfront Park

0    350    700    1,400
Feet

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.

Service Layer Credits: © 2019 Microsoft Corporation © 2019 DigitalGlobe ©CNES (2019) Distribution Airbus DS © 2019 HERE

**KLEINFELDER**
*Bright People. Right Solutions.*
www.kleinfelder.com

| PROJECT NO.   20193073 | BF GOODRICH SITE | FIGURE |
| DRAWN:        3/28/2019 | | |
| DRAWN BY:        JP | | **2-1** |
| CHECKED BY:        BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |
| FILE NAME: 20193073_SiteBFG.mxd | | |

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_SiteBFG.mxd



The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.

Service Layer Credits: © 2019 Microsoft Corporation © 2019 DigitalGlobe ©CNES (2019) Distribution Airbus DS © 2019 HERE

KLEINFELDER
Bright People. Right Solutions.
www.kleinfelder.com

| | | | |
|---|---|---|---|
| PROJECT NO. 20193073 | | SHIPYARD SEDIMENT SITE | FIGURE |
| DRAWN: | 3/21/2019 | | 2-2 |
| DRAWN BY: | JP | | |
| CHECKED BY: | BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO<br>EXPERT REPORT<br>WILLIAM D. GOLIGHTLY, PE | |
| FILE NAME: 20193073_SiteShip.mxd | | | |

\\sandiego\sandiego-data\GRAPHICS_clients\PortOfSanDiego\20193073\MXD\20193073_SiteShip.mxd



APPROXIMATE FOOTPRINT OF FORMER CAMPBELL SHIPYARD

SWITZER CREEK OUTFALL

**LEGEND**
● CITY OF SAN DIEGO SWCS OUTFALL

San Diego Bay

0   150   300          600
Feet

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.

Service Layer Credits: © 2019 Microsoft Corporation © 2019 DigitalGlobe ©CNES (2019) Distribution Airbus DS © 2019 HERE

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_SiteCamp.mxd

| PROJECT NO.   20193073 | CAMPBELL SHIPYARD SITE 2018 | FIGURE |
|---|---|---|
| DRAWN:           3/22/2019 | | |
| DRAWN BY:            JP | | **2-3** |
| CHECKED BY:          BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO | |
| FILE NAME: 20193073_SiteCamp.mxd | EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |

**KLEINFELDER**
*Bright People. Right Solutions.*
www.kleinfelder.com



\\sandiego\sandiego-data\GRAPHICS_clients\PortOfSanDiego\20193073\MXD\20193073_SiteCamp1.mxd

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.

AERIAL SOURCE:
GOOGLE EARTH, JANUARY 2000

KLEINFELDER
Bright People. Right Solutions.
www.kleinfelder.com

| | | | |
|---|---|---|---|
| PROJECT NO. 20193073 | FORMER CAMPBELL SHIPYARD SITE 2000 | FIGURE | 2-4 |
| DRAWN: 3/22/2019 | | | |
| DRAWN BY: JP | | | |
| CHECKED BY: BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO<br>EXPERT REPORT<br>WILLIAM D. GOLIGHTLY, PE | | |
| FILE NAME: 20193073_SiteCamp1.mxd | | | |



FORMER GENERAL DYNAMICS
LINDBERGH FIELD PLANT

SDIA LINDBERGH FIELD

FORMER TELEDYNE RYAN
AERONAUTICAL FACILITY

SOLAR TURBINES

U.S. COAST GUARD

CENTRAL
EMBAYMENT

LHE
WEST

LHE EAST

San Diego Bay

bing

0    350    700         1,400
                              Feet

The information included on this graphic representation has been compiled from a variety of
sources and is subject to change without notice. Kleinfelder makes no representations or
warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the
use of such information. This document is not intended for use as a land survey product
nor is it designed or intended as a construction design document. The use or misuse
of the information contained on this graphic representation is at the sole risk of the
party using or misusing the information.

Service Layer Credits: © 2019 Microsoft
Corporation © 2019 DigitalGlobe ©CNES
(2019) Distribution Airbus DS © 2019 HERE

| KLEINFELDER *Bright People. Right Solutions.* www.kleinfelder.com | PROJECT NO.   20193073 | LAUREL HAWTHORN EMBAYMENT | FIGURE |
| | DRAWN:        3/28/2019 | | |
| | DRAWN BY:           JP | | **2-5** |
| | CHECKED BY:         BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |
| | FILE NAME: 20193073_SiteLaural.mxd | | |

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_SiteLaural.mxd

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_Solar.mxd



SOURCE:
SANITARY/STORM SEWERS AND WATER LINES,
SOLAR TURBINES INCORPORATED - HARBOR
DRIVE FACILITY, FIGURE 2, BY ARCADIS,
DATED 02/09/2000

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.

**KLEINFELDER**
Bright People. Right Solutions.
www.kleinfelder.com

| PROJECT NO.  20193073 | SOLAR TURBINES | FIGURE |
| DRAWN:         3/22/2019 | SWCS OUTFALLS TO LHE | |
| DRAWN BY:              JP | | **2-6** |
| CHECKED BY:           BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |
| FILE NAME: 20193073_Solar.mxd | | |



Source:
Amec Foster Wheeler Environment and Infrastructure, Inc. 2015. Final Sediment Chemistry Assessment Report, Laurel Hawthorn Central Embayment, San Diego Bay, San Diego California. April.

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.

| PROJECT NO.   20193073 | SWCS OUTFALLS TO LHE | FIGURE |
|---|---|---|
| DRAWN:       3/22/2019 | | |
| DRAWN BY:         JP | | 2-7 |
| CHECKED BY:       BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO | |
| FILE NAME: 20193073_LHEoutfalls.mxd | EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |

KLEINFELDER
Bright People. Right Solutions.
www.kleinfelder.com

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_LHEoutfalls.mxd



0 300 600 1,200
Feet

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.

Service Layer Credits: © 2019 Microsoft Corporation © 2019 DigitalGlobe ©CNES (2019) Distribution Airbus DS © 2019 HERE

| | | | |
|---|---|---|---|
| KLEINFELDER<br>Bright People. Right Solutions.<br>www.kleinfelder.com | PROJECT NO. 20193073 | CONVAIR LAGOON | FIGURE |
| | DRAWN: 3/21/2019 | | 2-8 |
| | DRAWN BY: JP | | |
| | CHECKED BY: BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO<br>EXPERT REPORT<br>WILLIAM D. GOLIGHTLY, PE | |
| | FILE NAME: 20193073_SiteConvair.mxd | | |

\\sandiego\sandiego-data\GRAPHICS_clients\PortOfSanDiego\20193073\MXD\20193073_SiteConvair.mxd

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_ConvairLag.mxd



| PROJECT NO. 20193073 | | SWCS OUTFALLS TO CONVAIR LAGOON | FIGURE |
|---|---|---|---|
| DRAWN: | 3/21/2019 | | |
| DRAWN BY: | JP | | 2-9 |
| CHECKED BY: | BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |
| FILE NAME: 20193073_ConvairLag.mxd | | | |

KLEINFELDER
Bright People. Right Solutions.
www.kleinfelder.com

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained in this graphic representation is at the sole risk of the party using or misusing this information.



FORMER TELEDYNE RYAN
AERONAUTICAL

3380 NORTH
HARBOR DRIVE

FORMER HARBOR DRIVE
TEST FACILITY

TOW BASIN

EAST BASIN

LOCKHEED MARINE
TERMINAL AND RAILWAY

San Diego Bay

0   250   500   1,000
Feet

The information included on this graphic representation has been compiled from a variety of
sources and is subject to change without notice. Kleinfelder makes no representations or
warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the
use of such information. This document is not intended for use as a land survey product
nor is it designed or intended as a construction design document. The use or misuse
of the information contained on this graphic representation is at the sole risk of the
party using or misusing the information.

Service Layer Credits: © 2019 Microsoft
Corporation © 2019 DigitalGlobe ©CNES
(2019) Distribution Airbus DS © 2019 HERE

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_SiteTow.mxd

| | | | |
|---|---|---|---|
| PROJECT NO.   20193073 | | EAST BASIN | FIGURE |
| DRAWN:   3/22/2019 | | | |
| DRAWN BY:   JP | | | **2-10** |
| CHECKED BY:   BG | | SAN DIEGO UNIFIED PORT DISTRICT VS.<br>MONSANTO<br>EXPERT REPORT<br>WILLIAM D. GOLIGHTLY, PE | |
| FILE NAME:<br>20193073_SiteTow.mxd | | | |

**KLEINFELDER**
*Bright People. Right Solutions.*
www.kleinfelder.com



HARBOR DRIVE TEST SITE PLAN VIEW

| | | |
|---|---|---|
| PROJECT NO. | 20193073 | HARBOR DRIVE TEST FACILITY SWCS SYSTEM AND OUTFALLS TO THE EAST BASIN |
| DRAWN: | 3/22/2019 | |
| DRAWN BY: | JP | |
| CHECKED BY: | BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO |
| FILE NAME: 20193073_Harbor.mxd | | EXPERT REPORT WILLIAM D. GOLIGHTLY, PE |

FIGURE

2-11

KLEINFELDER
Bright People. Right Solutions.
www.kleinfelder.com



## LEGEND

★ PCB SITES

▲ SHIPYARD SEDIMENT SITE REFERENCE STATIONS

Service Layer Credits: Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, © OpenStreetMap contributors, and the GIS User Community

The information included on this graphic representation has been compiled from a variety of sources and is subject to change without notice. Kleinfelder makes no representations or warranties, express or implied, as to accuracy, completeness, timeliness, or rights to the use of such information. This document is not intended for use as a land survey product nor is it designed or intended as a construction design document. The use or misuse of the information contained on this graphic representation is at the sole risk of the party using or misusing the information.

| PROJECT NO.   20193073 | SHIPYARD SEDIMENT SITE REFERENCE LOCATIONS | FIGURE |
|---|---|---|
| DRAWN:   3/21/2019 | | |
| DRAWN BY:   JP | | 3-1 |
| CHECKED BY:   BG | SAN DIEGO UNIFIED PORT DISTRICT VS. MONSANTO | |
| FILE NAME:   20193073_Vic1.mxd | EXPERT REPORT WILLIAM D. GOLIGHTLY, PE | |

KLEINFELDER
Bright People. Right Solutions.
www.kleinfelder.com

\\sandiego\sandiego-data\GRAPHICS\_clients\PortOfSanDiego\20193073\MXD\20193073_Vic1.mxd

**APPENDIX A**

**Golightly CV**

# WILLIAM GOLIGHTLY  P.E., ENV. S.P.
## Senior Principal Environmental Engineer

## Summary of Experience

Mr. Golightly has over 30 years of environmental engineering experience with 24 years of experience in the San Diego Area.  He has a unique educational background, including degrees in both geology and engineering.  This has provided him a strong platform for an extensive career studying the fate, transport and cleanup of hazardous contaminants released to the environment.  Mr. Golightly has investigated, evaluated remedial alternatives and implemented remedial actions for sites impacted by polychlorinated biphenyl's (PCBs), dioxins and furans, halogenated volatile organic compounds (HVOCS), polycyclic aromatic hydrocarbons (PAHs), petroleum hydrocarbons and priority pollutant metals.  Mr. Golightly has used his expertise to assist public and private clients including the San Diego Unified Port District, the US Navy, the Air National Guard, the Arizona Department of Environmental Quality, the California Department of Toxic Substances Control, USEPA, the Los Angeles Department of Water and Power (LADWP), the Los Angeles County Metropolitan Transportation Authority, the San Diego County Regional Airport Authority, major oil companies, aerospace manufacturers, private developers, and hospitals.  He has a working knowledge of the regulatory frame-work including: TSCA, RCRA, CERCLA and state administered programs.  Mr. Golightly has also been retained to provide expert testimony and to provide expert third party review of work products.

## Education

MS, Civil Engineering (Environmental Emphasis). Arizona State University, Arizona, 1989
BS, Geology. East Carolina University, North Carolina, 1984

## Registrations/Certifications

Professional Engineer (P.E.) - Civil, No.C58959, California, CA, 1999
Professional Engineer (P.E.) - Civil, No.27815, Arizona, AZ, 1994
Envision Sustainability Professional (Env. S.P.) 2018

## Professional Affiliations

Industrial Environmental Association of San Diego County

## Project Experience

### Environmental Investigations and Remediation

**Los Angeles Department of Water and Power, Sylmar Converter Station**
Project manager and senior technical consultant for a multifaceted RCRA facility investigation at a major electrical converting station in north Los Angeles.  Chemicals of concern (COCs) include PCBs, petroleum hydrocarbons, HVOCs, mercury and other metals. Affected media include indoor air, building materials, soil, sediment and groundwater. Mr. Golightly is responsible for regulatory agency negotiation, compilation of site history, development of a site conceptual model, identifying data gaps; preparation of work plans and supporting quality assurance project plans to fulfill date gaps; implementing field investigations and providing engineering and regulatory support to assist the client in decision making and regulatory negotiations.

**Los Angeles Department of Water and Power, TSCA Training Seminar**
Developed and implemented a training seminar to familiarize LADWP project managers with the requirements of PCB assessment and remediation under TSCA.



**Tenth Avenue Marine Terminal Investigative Order Support, San Diego Unified Port District, CA**
In response to an Investigative Order issued by the San Diego Regional Water Quality Control Board, Mr. Golightly was retained by the San Diego Unified Port District (SDUPD) General Counsel's office to lead an investigation of San Diego Bay sediment adjacent to the Tenth Avenue Marine Terminal (TAMT) and associated upland areas, to assess the nature and extent of chemicals of concern (COCs) in the San Diego Bay and upland areas discharging storm water to the San Diego Bay . Principal COCs include PCBs, polychlorinated terphenyls (PCTs), pesticides, PAHs and priority pollutant metals. Mr. Golightly is serving as the overall project manager and the senior technical consultant for this ongoing investigation.

**Former Campbell Shipyard Sediment Cap Recontamination Study, San Diego Unified Port District, CA**
Mr. Golightly was retained by the SDUPD to design and oversee a study to evaluate potential upland sources responsible for PCBs, PAHs and petroleum hydrocarbon recontamination of the former Campbell Shipyard engineered sediment cap. Mr. Golightly was responsible for preparation of a conceptual site model identifying potential pathways for contaminants to enter the San Diego Bay near the engineered cap; a comprehensive review of land use, historical industrial activities and remedial actions to identify potential sources for contaminants; and preparation of an investigation plan to validate the conceptual site model and provide data to assist the SDUPD in identify potential sources.

**Metropolitan Transit System Tidelands Lease-hold Investigation, San Diego Unified Port District, CA**
Mr. Golightly is the project manager and lead technical consultant for an ongoing investigation of the portion of the Metropolitan Transit System's Imperial Ave. Maintenance yard lying within SDUPD jurisdiction. The investigation included a comprehensive historical review of the site ownership, historical activity and regulatory history and two phases of field investigation. COCs found at the site, including PCBs and PAHs, have potential to be transported and discharged to the nearby Switzer Creek by storm water and conveyed to the San Diego Bay. This ongoing investigation will also provide data to support the response to the TAMT Investigative Order.

**Former General Dynamics Site, San Diego County Regional Airport Authority, San Diego CA**
Project manager and senior technical consultant responsible for the design and implementation of a comprehensive investigation of the former General Dynamics facility, north of Lindbergh Field, for the presence of hazardous materials, including HVOCs, PCBs, metals and petroleum hydrocarbons. Used historical photographs, global positioning technology (GPS) and geographic information systems (GIS) to identify former site structures on the currently vacant site and to design the sampling and analysis plan for the facility. Conducted human health risk assessments to evaluate the exposure pathways and risk associated with residual contaminants on site, and to evaluate the extent of remediation or mitigation needed prior to site redevelopment.

**Signet Armorlite, San Marcos, San Diego, CA**
Project manager and senior technical consultant responsible for assessment and remediation of chlorinated solvent-contaminated soil and groundwater at a San Diego area eyeglass manufacturing facility. Project involved multiple phases of subsurface investigation in complex paleo-marine sediments. A 100-scfm-multiphase extraction system was designed to simultaneously extract subsurface vapor and water and enhance subsurface vapor transfer. System successfully removed more than 600 pounds of solvents from the subsurface.

**Boeing Realty Corp. Long Beach, CA**
Principal engineer responsible for performing feasibility evaluations to facilitate the selection of remedial actions at a former aircraft manufacturing facility in southern California. The remedial actions are being performed in cooperation with the Los Angeles Regional Water Quality Control Board as part of a proposed mixed use commercial, residential, and recreational redevelopment plan. Numerous feasibility



**William Golightly  P.E., ENV. S.P.**

evaluations have been performed to evaluate technologies and technology applications for the remediation of soil and groundwater impacted by HVOCs, PCBs, petroleum hydrocarbons, and metals.

## Third Party Review/Litigation Support

**Expert Witness, Bayless Investment and Trading Company, Phoenix, AZ**
Provided expert witness services on behalf of the plaintiff to support legal actions being taken against former tenants. Provided deposition and trial testimony regarding the subsurface fate and transport of petroleum hydrocarbon contaminants.

**Expert Witness, Electronics Manufacturer, San Diego, CA**
Provided expert witness testimony during an arbitration to assess financial responsibility for plant improvements completed to comply with design requirement for hazardous waste treatment systems contained Title 22 California Code of Regulations.

**Expert Witness, MKR Properties vs Palomar Plating, Escondido CA**
Provided expert witness testimony on behalf of the plaintiff, MKR Properties, seeking cost recovery from the former property owner for environmental investigation and remediation costs.  Provided deposition and trial testimony regarding contaminant fate and transport, investigation and remediation techniques and costs.

**Playa Capital Corp., Playa Vista, CA**
Participated in value engineering session as an outside reviewer for the design of dual phase extraction and groundwater remediation system to be installed at the former Hughes Aircraft manufacturing facility. Provided detailed third-party review of original and revised design documents, participated in a 3-day value engineering session and provided third party review of bid documents for the system installation.

**Greyhound Bus Facility/Dobson and Rowhouse Properties, California Regional Water Quality Control, San Diego, CA**
Third party expert retained to rescind a Cleanup and Abatement Order following remedial actions at the site. Also, retained by the San Diego Centre City Development Corporation to provide litigation support for cost recovery efforts.

**Costco Wholesale, Santee, CA**
Provided third party oversight for remedial investigation being performed at a Costco facility in Santee, California. Groundwater impacted with perchloroethene from an adjacent dry-cleaning establishment migrated beneath the Costco facility. Provided review and comment of responsible party consultant work plans and reports as well as oversight during the field investigation.

**Third Party Review, Menlo Park, CA**
Provided third party review of environmental documentation for the acquisition of an environmentally impaired semiconductor manufacturing facility. Provided expert professional opinion of potential environmental liabilities and co-coordinated with the lending institution on behalf of the client.



**APPENDIX B**

**Documents Reviewed**

| Footnote Number | Document Reference |
|---|---|
| 1 | California Regional Water Quality Control Board – San Diego Region, 1986. Cleanup and Abatement Order No. 86-92 for Teledyne Ryan Aeronautical Near Lindbergh Field, San Diego Count. October 20. |
| 2 | *McCain, B.B., S.L. Chan, M.M. Krahn, D.W. Brown, M.S. Myers, J.T. Landahl, S. Pierce, R.C. Clark, Jr., and U. Varanasi. 1992. Chemical Contamination and Associated Fish Diseases in San Diego Bay. Environ. Sci. Technol., 26:725–733.* |
| 3 | State of California Office of Environmental Health Hazard Assessment (https://oehha.ca.gov/fish/press-release/press-release-fish/state-fish-consumption-advisories-san-diego-bay-and-mission). |
| 4 | California Water Resources Control Board (https://www.waterboards.ca.gov/water_issues/programs/tmdl/2014_16state_ir_reports/00062.shtml#33669). |
| 5 | *Windward, LLC, 2019. Development and Application of a San Diego Bay PCB Bioaccumulation Model for Spotted Bass. April 5.* |
| 6 | *The Bodhi Group, 2013. Report of Source Evaluation of Waste at Outfall 4, L-Ditch and Goodrich Aerospace Facilities, Chula Vista, California. December.* |
| 7 | *The Bodhi Group Inc. 2014. Source Identification of PCB Impacts in H Street Former Goodrich Aerostructures Facility, Chula Vista, California. Prepared for the San Diego Unified Port District. March.* |
| 8 | *Haley and Aldrich, 2018. Stormwater Pollution Prevention Plan, 850 Lagoon Drive, Chula Vista, California. February.* |
| 9 | *Secor International Inc. 1999. Phase I and Phase II Site Investigation, BF Goodrich Aerospace Aerostructures Group (Formerly Rohr Inc.), Chula Vista, California. October 25.* |
| 10 | *Haley & Aldrich, Inc. 2012. L-Ditch Remediation Completion Report, Goodrich South Campus, Chula Vista, California. April 27.* |
| 11 | *California Regional Water Quality Control Board – San Diego Region, 1998. Cleanup and Abatement Order No. 98-08 Aerostructures Group of BF Goodrich Aerospace (formerly Rohr, Inc.) and the BF Goodrich Company, 850 Lagoon Drive, Chula Vista, San Diego County, California. Revised April 2, 1998.* |
| 12 | *California Regional Water Quality Control Board – San Diego Region, 2014. Cleanup and Abatement Order No. R9-2014-0019 an Order Directing Rohr and Goodrich Corporation to Cleanup and Abate the Effects of Waste and Submit Technical and Monitoring Reports Pertaining to Corrective Actions at the Former Rohr/Goodrich South Campus Facility, Chula Vista San Diego County. June 24.* |
| 13 | *San Diego Unified Port District, 2013. Petition to Review Decision, In re National Pollution Discharge Elimination System (NPDES) Permit and Waste Discharge Requirements for Discharges from Municipal Separate Storm Sewer System (MS4) Draining the Watersheds within the San Diego Region, Order No. R9-2013-0001. June 7.* |
| 14 | *Booth, Susan E, REA-I, RG, 2004. Historical Study San Diego Bay Waterfront, Sampson Street to 28th Street, San Diego, California. June 30.* |
| 15 | *Tetra Tech 2016, Historical Study of Shipyard Sites on the Sn Diego Bay Waterfront, Cesar Chavez Parkway to Sicard Street. September.* |

| 16 | *San Diego Regional Water Quality Control Board – San Diego Region, 2012.  Cleanup and Abatement Order No. R9-2012-0024, National Steel and Shipbuilding Company, BAE Systems San Diego Ship Repair, Inc., City of San Diego, Campbell Industries, San Diego Gas and Electric, United States Navy, San Diego Unified Port District, Shipyard Sediment Site, San Diego Bay, San Diego California.* |
|---|---|
| 17 | *State Water Resources Control Board (SWRCB) 2014, Technical Report for Cleanup and Abatement Order No. R9-2012-0024, for the Shipyard Sediment Site. March 14.* |
| 18 | *Ninyo & Moore, 2001.  Limited Historical Study, San Diego Bay Waterfront, 5th Avenue to Crosby Street, San Diego, California, April 20.* |
| 19 | *California Regional Water Quality Control Board – San Diego Region, 1995. Cleanup and Abatement Order No. 95-21, Campbell Industries, Marine Construction and Design Company, Campbell Shipyards, 501 East Harbor Drive, San Diego, California.* |
| 20 | *California Regional Water Quality Control Board – San Diego Region, 2004. Order No R9-2004-0295 Waste Discharge Requirements for the Port of San Diego, Campbell Shipyard Bay Sediment Cap, Closure and Post Closure Maintenance, San Diego Bay. October 13.* |
| 21 | *Amec Foster Wheeler, 2015. Final Eight Annual Report for Long-Term Monitoring of Sediment Cap, Former Campbell Shipyard, San Diego, California.* |
| 22 | *Boyle Engineering 1968. Industrial Waste Concept Study for Solar, Division of International Harvester. June.* |
| 23 | *ARCADIS Gerrity & Miller, Inc, 2000.  24-Inch Storm Drain Completion Report, Solar Turbines Incorporated, Harbor Facility Drive, San Diego, California. February 18.* |
| 24 | *University of California, Davis, 2004. Sediment quality Assessment Study at the B Street/Broadway Piers, Downtown Anchorage, and Switzer Creek, San Diego Bay – Phase I Final Report.* |
| 25 | *Geosyntec Consultants, 2015. Sediment Characterization Report for the Relined 24-inch Storm Drain Outfall Vicinity, Solar Turbines Facility; Geosyntec Consultants, 2015. Sediment Characterization Report for the Southernmost 24-inch Storm Drain Outfall Vicinity, Solar Turbines Facility.* |
| 26 | *California Reginal Water Quality Control Board – San Diego Region, 2018.  Draft Investigative Order No. R9-2018-033, An Order Directing Solar Turbines, Inc. and Navistar, Inc. to Submit Technical Reports Pertaining to an Investigation of Sediment Pollutants in the Laurel Hawthorn Embayment of San Diego Bay, San Diego County, California. March 16.* |
| 27 | *Brown and Caldwell and General Dynamics Convair Division, 1994. Phase I Environmental Baseline Assessment for Lindbergh Field Plant & Harbor Drive Testing Facility. November.* |
| 28 | *Brown and Caldwell, 2006. Storm Drain Cleaning at the Former General Dynamics Site at Lindbergh Field. Presentation to the San Diego RWQCB. March 10.* |
| 29 | *Kleinfelder, Inc. 2009. Phase II Environmental Site Assessment Report, Former General Dynamics Lindbergh Field Plant Facility, San Diego, California. December 11.* |
| 30 | *Haley and Aldrich, Inc. 2011.  CCTV Survey and Sediment Sampling Activities, Former General Dynamics Lindbergh Field Plant, San Diego, California. June 30.* |

| 31 | *California Regional Water Quality Control Board-San Diego Region, 2014. Investigative Order No R9-2014-007, An Order Directing General Dynamics, the San Diego County Regional Airport Authority and the San Diego Unified Port District to Submit Technical Reports Pertaining to an Investigation of Sediment Chemistry in the Laurel Hawthorn Central Embayment in San Diego Bay, San Diego County, California. June 18.* |
|---|---|
| 32 | *Amec Foster Wheeler Environment & Infrastructure, Inc., 2015. Final Sediment Chemistry Assessment Report, Laurel Hawthorn Central Embayment, San Diego Bay, San Diego California. April* |
| 33 | *California Regional Water Quality Control Board-San Diego Region, 2018. Draft Investigative Order No R9-2018-035, An Order Directing General Dynamics, the San Diego County Regional Airport Authority and the San Diego Unified Port District to Submit Technical Reports Pertaining to an Investigation of Sediment Pollutants in the Laurel Hawthorn Embayment of San Diego Bay, San Diego County, California. June 18.* |
| 34 | *Geosyntec Consultants 2005. Site Characterization Report, Airport/Former Teledyne Ryan Aeronautical Site, 2701 North Harbor Drive, San Diego, California. December 19.* |
| 35 | *Geosyntec Consultants, 2010. PCB Characterization Report 2701 North Harbor Drive, San Diego, California. June 29* |
| 36 | *Ramboll Environ, 2016. Summary of Available Data, Laurel Hawthorn Embayment, San Diego Bay, California. October.* |
| 37 | *Geosyntec Consultants, 2012. Sediment Sampling Investigation Results, Downtown Anchorage and San Diego Bay Outfalls, 2710 North Harbor Drive, San Diego, California. November 5.* |
| 38 | *Geosyntec Consultants, 2018. Post Remediation Performance Report for the 30-inch SWCS Outfall to the Laurel-Hawthorn Embayment East of 2710 North Harbor Drive, San Diego California.* |
| 39 | *Geosyntec Consultants, 2007.  Storm Drain Cleanout Report, Airport/Former Teledyne Ryan Aeronautical Site, 2701 North Harbor Drive, San Diego, California. March 16.* |
| 40 | *California Regional Water Quality Control Board – San Diego Region, 1986. Investigation of Polychlorinated Biphenyls (PCBs) in the Convair Lagoon Portion of San Diego Bay. July 29.* |
| 41 | *California Regional Water Quality Control Board – San Diego Region, 1998. Order No. 98-21, Waste Discharge Requirements for Teledyne Ryan Aeronautical, Closure and Post-Closure Maintenance of the Convair Lagoon Sand Cap, San Diego Bay.* |
| 42 | *California Regional Water Quality Control Board – San Diego Region, 2004. Clean up and Abatement Order R9-2004-0258 for TDY Industries, Inc. (f/k/a Teledyne Industries, Inc.) TDY Holdings,LLC and Teledyne Ryan Aeronautical Company, 2701 North Harbor Drive, San Diego, California. October 4 (Revised May 17, 2005).* |
| 43 | *Geosyntec Consultants, 2007-1012. Conviar Lagoon Storm Drain Sampling (Monitoring and Reporting Plan 98-21. August 1, 2007, July 1, 2008, June 18, 2009, May 28,2010, July 2, 2012.* |
| 44 | *California Regional Water Quality Control Board – San Diego Region, 2015.  Order No. R9-2015-0029, Waste Discharge Requirements for TDY Holdings, LLC and TDY Industries, LLC, Post-Closure Maintenance and Monitoring of the Convair Lagoon San Cap, San Diego Bay.* |
| 45 | *Geosyntec Consultants, 2013. 2013 Convair Lagoon Post Closure Monitoring Report, 2701 North Harbor Drive, San Diego, California.  July 1.* |

| 46 | *Geosyntec Consultants, 2018. 2018 Convair Lagoon Post Closure Monitoring Report, 2701 North Harbor Drive, San Diego, California.  August 14.* |
| 47 | *Amec Foster Wheeler Environment & Infrastructure, Inc., 2016. Final Report Harbor Island East Basin Sediment Chemistry Sampling and Analysis Study, San Diego Bay, San Diego, California. July.* |
| 48 | *Groundwater Technology, 1992.  Baseline Environmental Study, General Dynamics Harbor Drive Test Facility, North Harbor Drive, San Diego, California.  August 5.* |
| 49 | *McLaren, 1991. Phase I Environmental Assessment for Lockheed Missiles and Space Company, San Diego, California.* |
| 50 | *Tetra Tech, 2012. Site Assessment Report, Lockheed Marine Terminal and Railway, San Diego, California. June 28.* |
| 51 | *California Regional Water Quality Control Board – San Diego Region, 2017.  Cleanup and Abatement Order No. R9-2017-0021, An Order Directing Lockheed Martin Corporation to Clean Up and Abate the Effects of Waste Discharged from the former Tow Basin and the Former Marine Terminal and Railway Facilities at 3380 North Harbor Drive and 1160 Harbor Island Drive to the East Basin of San Diego Bay, San Diego, California. April 4.* |
| 52 | *Windward Environmental LLC, 2016. Summary of Sediment Chemistry Data for the East Basin. July 28.* |
| 53 | *California Environmental Protection Agency, Department of Toxic Substances Control, Docket No. I&/SE 97/98-009, Imminent or Substantial Endangerment Determination and Remedial Action Order.* |
| 54 | *California Regional Water Quality Control Board – San Diego Region. Addendum No. 4 to Cleanup and Abatement Order No. 86-92 for Teledyne Ryan Aeronautical Near Lindbergh Field, San Diego County.* |
| 55 | *California Regional Water Quality Control Board – San Diego Region, 1995. Addendum No. 8 to Clean up and Abatement Order No. 86-92 for Teledyne Ryan Aeronautical, 2701 Harbor Drive, San Diego, San Diego County.* |
| 58 | *San Diego Regional Water Quality Control Board, 2015.  Updated Background Analysis, Draft Remedial Action Plan – Northwest Portion of the East Basin, San Diego Tow Basin and Marine Terminal Sites. September 16.* |