**LATHAM & WATKINS LLP**
Robert M. Howard (Bar No. 145870)
Daniel P. Brunton (Bar No. 218615)
12670 High Bluff Drive
San Diego, California 92130
Tel: 858.523.5400 / Fax: 858.523.5450
Email: robert.howard@lw.com
Email: daniel.brunton@lw.com

**SHOOK HARDY & BACON LLP**
Thomas M. Goutman (PA. Bar No. 30236)
(Admitted *Pro Hac Vice*)
David S. Haase (PA. Bar No. 73835)
(Admitted *Pro Hac Vice*)
Rosemary R. Schnall, (PA. Bar No. 73455)
(Admitted *Pro Hac Vice*)
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Tel: 215.278.2555 / Fax: 215.278.2594
Email: tgoutman@shb.com
Email: dhaase@shb.com
Email: rschnall@shb.com

*Additional Counsel Listed on Signature Page(s)*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | CASE NO. 3:15-cv-00578-TWR-AGS<br><br>**JOINT MOTION TO STAY LITIGATION PENDING SETTLEMENT DISCUSSIONS**<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br><br>Judge: Hon. Todd W. Robinson<br><br>File Date: March 13, 2015 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NUMBER: 3:15-cv-00578-TWR-AGS
JOINT MOTION TO STAY LITIGATION
PENDING SETTLEMENT DISCUSSIONS

   Pursuant to Local Rule 7.2, Plaintiff San Diego Unified Port District ("Port District") and Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") (collectively, the "Parties") respectfully submit this Joint Motion to Stay Litigation Pending Settlement Discussions ("Joint Motion").

   In support of this Joint Motion, the Parties state:

   1. A proposed class action settlement is currently pending in the case of *City of Long Beach v. Monsanto*, Case No. 2:16-cv-03493-FMO-AS (C.D. Cal.) ("Proposed Settlement"). The Port District is a class member subject to the Proposed Settlement. Defendants are also parties to the Proposed Settlement, which proposes $550 million to be allocated among class members in exchange for a release of claims that would cover the claims asserted by the Port District in this case. If approved by the Court, the Proposed Settlement would resolve the claims asserted in this case.

   2. On June 24, 2020, in the United States District Court for the Central District of California, the proposed class members filed a joint motion for preliminary approval of a proposed nationwide settlement class. *Id. at* ECF No. 191-1.

   3. On April 23, 2021, the Central District directed the parties to file a complete settlement agreement, including all exhibits ("Settlement Agreement"). *Id*. at ECF No. 270. The parties filed the Settlement Agreement on April 26, 2021. *Id*. at ECF No. 271.

   4. On March 14, 2022, the Central District preliminarily approved the class settlement. *Id*. at ECF No. 293.

   5. On April 4, 2022, the Parties filed a Notice of Lodging of Proposed Schedule for Final Approval of Settlement and [Proposed] Scheduling Order for Purposes of Final Approval of Settlement. *Id*. at ECF No. 294. On May 9, 2022, the Central District entered a Scheduling Order establishing deadlines through final approval of the settlement, including a deadline for class members such as the Port

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NUMBER: 3:15-cv-00578-TWR-AGS
JOINT MOTION TO STAY LITIGATION
PENDING SETTLEMENT DISCUSSIONS

1  District to opt out by July 25, 2022 and the final approval hearing scheduled for
2  October 13, 2022. *Id*. at ECF No. 296.

3      6.    The Port District did not opt out of the Settlement Agreement. If the
4  Central District approves the Settlement Agreement following the final approval
5  hearing, the settlement will resolve the claims asserted in this case.

6      7.    Under the current schedule in this case (ECF No. 515), there are
7  upcoming litigation deadlines as soon as September 13, 2022, including (1) Pretrial
8  Disclosures pursuant to Rule 26(a)(3), (2) Supplemental Expert Reports pursuant
9  to Rule 26(e)(2) and (3) Memorandum of Fact and Law.

10     8.    To accommodate the settlement approval process, the Parties agree
11 that continued pre-trial litigation activity is not the best use of the Parties' or the
12 Court's resources, and it will not facilitate resolution of this case.

13     9.    For these reasons, the Parties respectfully request that the Court stay
14 this case including all pre-trial deadlines previous scheduled in the Order Granting
15 Joint Motion to Continue Pretrial Conference and Set Scheduling Order (ECF No.
16 515).

17     10.    On or before January 10, 2023, the Parties will submit a joint status
18 report apprising the Court as to the status of the settlement and, if the settlement
19 has been completed, will file a stipulation of dismissal with prejudice pursuant to
20 the schedule agreed to in the settlement agreement.

21 **IT IS SO STIPULATED.**

22 Dated: September 9, 2022    **LATHAM & WATKINS LLP**

23     By: */s/ Robert M. Howard*

24     Robert M. Howard (Bar No. 145870)
    Daniel P. Brunton (Bar No. 218615)
25     12670 High Bluff Drive
    San Diego, California 92130
26     Telephone: 858.523.5400
    Facsimile: 858.523.5450
27     Email: robert.howard@lw.com
28     Email: daniel.brunton@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

2

CASE NUMBER: 3:15-cv-00578-TWR-AGS
JOINT MOTION TO STAY LITIGATION
PENDING SETTLEMENT DISCUSSIONS

| | |
|---|---|
| 1 | **SHOOK HARDY & BACON LLP** |
| 2 | Thomas M. Goutman (PA. Bar No. 30236) |
| 3 | (Admitted *Pro Hac Vice*) |
|  | David S. Haase (PA. Bar No. 73835) |
| 4 | (Admitted *Pro Hac Vice*) |
|  | Two Commerce Square |
| 5 | 2001 Market Street, Suite 3000 |
|  | Philadelphia, PA 19103 |
| 6 | Tel: 215.278.2555 / Fax: 215.278.2594 |
| 7 | Email: tgoutman@shb.com |
|  | Email: dhaase@shb.com |
| 8 | Richard Campbell |
|  | (Mass. Bar No. 663934) |
| 9 | (Admitted *Pro Hac Vice*) |
|  | Melissa Nott Davis |
| 10 | (Mass. Bar No. 654546) |
| 11 | (Admitted *Pro Hac Vice*) |
|  | Stephen I. Hansen |
| 12 | (Mass. Bar No. 679134) |
| 13 | (Admitted *Pro Hac Vice*) |
|  | Brandon L. Arber |
| 14 | (Mass. Bar No. 676425) |
|  | (Admitted *Pro Hac Vice*) |
| 15 | 125 Summer Street, Suite 1220 |
|  | Boston, Massachusetts 02110 |
| 16 | Tel: 816.559.4025 |
| 17 | Email: rcampbell@shb.com |
|  | Email: mndavis@shb.com |
| 18 | Email: sihansen@shb.com |
|  | Email: barber@shb.com |
| 19 | |
| 20 | Adam E. Miller |
|  | (MOBA No. 40945) |
| 21 | (Admitted *Pro Hac Vice*) |
|  |  (Admitted *Pro Hac Vice*) |
| 22 | Lisa N. DeBord |
|  | (MOBA No. 61658) |
| 23 | (Admitted *Pro Hac Vice*) |
|  | 7777 Bonhomme Avenue, Suite 1800 |
| 24 | St. Louis, Missouri 63105 |
| 25 | Tel: 314.690.0200 / Fax: 314.690.0249 |
|  | Email: amiller@shb.com |
| 26 | Email: ldebord@shb.com |
| 27 | |
|  | *Attorneys for Defendants Monsanto* |
| 28 | *Company, Solutia Inc., and Pharmacia LLC* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

3

CASE NUMBER: 3:15-cv-00578-TWR-AGS
JOINT MOTION TO STAY LITIGATION
PENDING SETTLEMENT DISCUSSIONS

| | |
|---|---|
| Dated: September 9, 2022 | **KELLEY DRYE & WARREN LLP** |
| | By: */s/ Andrew W. Homer* |
| | William J. Jackson<br>(admitted *Pro Hac Vice*)<br>Texas Bar No. 00784325 |
| | 515 Post Oak Blvd., Suite 900<br>Houston, Texas 77027<br>Email: bjackson@kelleydrye.com<br>Email: jbarks@kelleydrye.com<br>Email: kcorley@kelleydrye.com<br>Email: nyanochik@kelleydrye.com |
| | Andrew W. Homer (Bar No. 259872)<br>7825 Fay Avenue, Suite 200<br>La Jolla, CA 92037<br>Telephone: 858.795.0426<br>Fax: 713.355.5001<br>Email: ahomer@kelleydrye.com |
| | **SAN DIEGO UNIFIED PORT DISTRICT OFFICE OF THE GENERAL COUNSEL**<br>John N. Carter (Bar No. 246886),<br>Dep. General Counsel<br>3165 Pacific Highway<br>P.O. Box 120488<br>San Diego, CA 92112-0488<br>Email: jcarter@portofsandiego.org |
| | *Attorneys for Plaintiff San Diego Unified Port District* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

4

CASE NUMBER: 3:15-cv-00578-TWR-AGS
JOINT MOTION TO STAY LITIGATION
PENDING SETTLEMENT DISCUSSIONS

## **ECF CERTIFICATION**

I, Robert M. Howard, hereby certify that the content of this *Joint Motion to Stay Litigation Pending Settlement Discussions* is acceptable to all parties who are required to sign this Joint Motion. Counsel for the San Diego Unified Port District authorized me to affix their CM/ECF electronic signature to this Joint Proposal.

Dated:  September 9, 2022                LATHAM & WATKINS LLP

By:   /s/Robert M. Howard
       Robert M. Howard

*Attorneys for Defendants*
*Monsanto Company, Solutia Inc., and*
*Pharmacia LLC*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

5

CASE NUMBER: 3:15-cv-00578-TWR-AGS
JOINT MOTION TO STAY LITIGATION
PENDING SETTLEMENT DISCUSSIONS