UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT, a public corporation; and CITY OF SAN DIEGO, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | Case No.: 15-CV-578 TWR (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING SETTLEMENT DISCUSSIONS**<br><br>(ECF No. 516) |

Presently before the Court is Plaintiff San Diego Unified Port District and Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC's Joint Motion to Stay Litigation Pending Settlement Discussions ("Joint Mot.," ECF No. 516), through which the Parties report that "[t]he Port District did not opt out of the [proposed class action] Settlement Agreement" that is pending final approval in the Central District of California in *City of Long Beach v. Monsanto*, Case No. 2:16-cv-03493-FMO-AS (C.D. Cal.), and "respectfully request that the Court stay this case including all pre-trial deadlines." (*See* Joint Mot. at 2.) Good cause appearing, the Court **GRANTS** the Joint Motion. As agreed among the Parties, the Court **STAYS** this action pending final approval of the Settlement

1  Agreement. Accordingly, <u>on or before January 10, 2023</u>, the Parties **SHALL SUBMIT** a
2  joint status report apprising the Court as to the status of the settlement.
3       **IT IS SO ORDERED.**
4  Dated: September 12, 2022

          *[signature: Todd Robinson]*
          Honorable Todd W. Robinson
          United States District Judge